UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x
DINO ANTOLINI,

                Plaintiff,                Case No.: 1:19-cv-09038 GBD

vs.

DIMUR ENTERPRISES INC., EDDIE C K CHUNG
and C&S MILLENIUM REAL ESTATE LLC,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - x

## PLAINTIFF'S RESPONSE/ANSWER TO DEFENDANTS' COUNTERCLAIM

Plaintiff, DINO ANTOLINI, through undersigned counsel, hereby files his Response/Answer to Defendants DIMUR ENTERPRISES INC., EDDIE C K CHUNG and C&S MILLENIUM REAL ESTATE LLC, answer To Complaint With Counterclaims, (hereinafter the "Counterclaims"), and herein says:

    A.    All claims and/or allegations against Plaintiff, under the heading "COUNTERCLAIMS", are hereby denied, are baseless, and fully disputed. In fact, Defendants provide no evidence whatsoever to support their baseless and spurious allegations therein.

    B.    WHEREFORE, the Plaintiff hereby, once again, demands judgment against the Defendants and requests the injunctive and declaratory relief prayed for in Plaintiff's Complaint and respectfully requests that the Court dismiss the defendants' counterclaims.

Dated: October 25, 2019
       Syosset, New York

                                                  _____S/S_____
                                                  Stuart H. Finkelstein, Esq.
                                                  FINKELSTEIN LAW GROUP, PLLC
                                                  Attorney for Plaintiff
                                                  338 Jericho Turnpike
                                                  Syosset, New York 11791
                                                  (718) 261-4900

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25th, 2019 I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_____S/S_____
Stuart H. Finkelstein, Esq.