UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
DINO ANTOLINI

**Defendant / Respondent:**
AMY MCCLOSKEY, THERESA LAURENT, DIMUR ENTERPRISES INC., EDDIE C K CHUNG and C&S MILLENIUM REAL ESTATE LLC

**AFFIDAVIT OF SERVICE**

Case 1:19-cv-09038-GBD
Date Filed: September 28, 2019

STATE OF NEW YORK          )
                           )SS:
COUNTY OF NASSAU           )

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State. That on Wed, Oct 02 2019 AT 08:48 PM AT 94 WEST HOUSTON STREET, NEW YORK, NY 10012 deponent served the within SUMMONS IN A CIVIL ACTION and COMPLAINT bearing Case 1:19-cv-09038-GBD and a date of filing of September 28, 2019 upon DIMUR ENTERPRISES INC. defendant therein named.

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation:** a defendant, therein named, by delivering a true copy of each to IFY EZEDINMA personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Manager-Authorized; thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential properly addressed to said defendant at defendant's last known residence, _____, to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department, with New York State. Mailed on _____.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 30-40          Skin Color: Brown Skin          Gender: Female          Weight: 170-190
Height: 5'9"        Hair: Black                    Eyes: Brown             Relationship: Manager-Authorized
Other: _____

Gina Eannucci - License #2078650

Sworn to before me on 10-3-19

Notary Public

MIGUEL OCASIO
NOTARY PUBLIC, State of New York
No. 01OC6293352
Qualified in Nassau County
Commission Expires 12-5-2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff / Petitioner:
DINO ANTOLINI

Defendant / Respondent:
AMY MCCLOSKEY, THERESA LAURENT, DIMUR ENTERPRISES INC., EDDIE C K CHUNG and C&S MILLENIUM REAL ESTATE LLC

**AFFIDAVIT OF SERVICE**

Case 1:19-cv-09038-GBD
Date Filed: September 28, 2019

STATE OF NEW YORK    )
                     )SS:
COUNTY OF NASSAU     )

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State. That on Wed, Oct 02 2019 AT 08:47 PM AT 94 WEST HOUSTON STREET, NEW YORK, NY 10012 deponent served the within SUMMONS IN A CIVIL ACTION and COMPLAINT bearing Case 1:19-cv-09038-GBD and a date of filing of September 28, 2019 upon THERESA LAURENT defendant therein named.

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to IFY EZEDINMA a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential properly addressed to said defendant at the above service address of 94 WEST HOUSTON STREET, NEW YORK, NY 10012, to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department, with New York State. Mailed on 10-3-19.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Description:
Age: 30-40        Skin Color: Brown Skin       Gender: Female           Weight: 170-190
Height: 5'9"      Hair: Black                  Eyes: Brown              Relationship: Co-Worker/Authorized
Other

_____
Gina Eannucci - License #2078650

Sworn to before me on 10-3-19

_____
Notary Public

MIGUEL OCASIO
NOTARY PUBLIC, State of New York
No. 01OC6293352
Qualified in Nassau County
Commission Expires 12-5-2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff / Petitioner:
DINO ANTOLINI

Defendant / Respondent:
AMY MCCLOSKEY, THERESA LAURENT, DIMUR ENTERPRISES INC., EDDIE C K CHUNG and C&S MILLENIUM REAL ESTATE LLC

**AFFIDAVIT OF SERVICE**

Case 1:19-cv-09038-GBD
Date Filed: September 28, 2019

STATE OF NEW YORK         )
                          )SS:
COUNTY OF NASSAU          )

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State. That on Wed, Oct 02 2019 AT 08:47 PM AT 94 WEST HOUSTON STREET, NEW YORK, NY 10012 deponent served the within SUMMONS IN A CIVIL ACTION and COMPLAINT bearing Case 1:19-cv-09038-GBD and a date of filing of September 28, 2019 upon AMY MCCLOSKEY defendant therein named.

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to IFY EZEDINMA a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential properly addressed to said defendant at the above service address of 94 WEST HOUSTON STREET, NEW YORK, NY 10012, to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department, with New York State. Mailed on 10-3-19.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Description:
Age: 30-40   Skin Color: Brown Skin   Gender: Female   Weight: 170-190
Height: 5'10"   Hair: Black   Eyes: Brown   Relationship: Co-Worker/Authorized
Other: _____

_____
Gina Eannucci - License #2078650

Sworn to before me on 10-3-19

_____
Notary Public

MIGUEL OCASIO
NOTARY PUBLIC, State of New York
No. 01OC6293352
Qualified in Nassau County
Commission Expires 12-9-2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**Plaintiff / Petitioner:**
DINO ANTOLINI

**Defendant / Respondent:**
AMY MCCLOSKEY, THERESA LAURENT, DIMUR ENTERPRISES INC., EDDIE C K CHUNG and C&S MILLENIUM REAL ESTATE LLC

**AFFIDAVIT OF SERVICE**

Case 1:19-cv-09038-GBD
Date Filed: September 28, 2019

STATE OF NEW YORK         )
                          )SS:
COUNTY OF NASSAU          )

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State. That on Tue, Oct 01 2019 AT 07:20 PM AT 2-55 150TH STREET, WHITESTONE, NY 11357 deponent served the within SUMMONS IN A CIVIL ACTION and COMPLAINT bearing Case 1:19-cv-09038-GBD and a date of filing of September 28, 2019 upon EDDIE C K CHUNG defendant therein named.

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to GRANDY CHUNG a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential properly addressed to said defendant at the above service address of 2-55 150TH STREET, WHITESTONE, NY 11357, to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department, with New York State. Mailed on 10-3-19.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 55-60    Skin Color: Asian American    Gender: Female    Weight: 160-180
Height: 5'7"  Hair: Black                   Eyes: Brown       Relationship: Wife-Co-Resident
Other: _____

Sworn to before me on 10-3-19

_____                    _____
Gina Eannucci - License #2078650             Notary Public

MIGUEL OCASIO
NOTARY PUBLIC, State of New York
No. 01OC6293352
Qualified in Nassau County
Commission Expires 12-9-204