UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
DINO ANTOLINI

**Defendant / Respondent:**
AMY MCCLOSKEY, THERESA LAURENT, DIMUR ENTERPRISES INC., EDDIE C K CHUNG and C&S MILLENIUM REAL ESTATE LLC

**AFFIDAVIT OF SERVICE**

Case 1:19-cv-09038-GBD
Date Filed: September 28, 2019

STATE OF NEW YORK          )
                           )SS:
COUNTY OF NASSAU           )

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State. That on Thu, Oct 10 2019 AT 04:54 PM AT 2-55 150TH STREET, WHITESTONE, NY 11357 deponent served the within SUMMONS IN A CIVIL ACTION and COMPLAINT bearing Case 1:19-cv-09038-GBD and a date of filing of September 28, 2019 upon C & S MILLENIUM REAL ESTATE LLC defendant therein named.

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation:** a defendant, therein named, by delivering a true copy of each to EDDIE CHUNG personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Authorized Agent; thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential properly addressed to said defendant at defendant's last known residence, _____, to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department, with New York State. Mailed on _____.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 55-60    Skin Color: Asian American    Gender: Male    Weight: 170-190
Height: 5'7"  Hair: Black    Eyes: Brown    Relationship: Authorized Agent
Other: Wearing glasses

Sworn to before me on 10-12-19

_____
Gina Eannucci - License #2078650

_____
Notary Public

ROY R MARTINEZ
Notary Public - State of New York
NO. 02MA6346137
Qualified in Queens County
My Commission Expires Aug 8, 2020