STUART H. FINKELSTEIN, ESQ.

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

December 13th, 2019

The Honorable Judge Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

Re: Antolini vs. Ramon Nieves, et al
Case No.: 1:19-cv-07645-VSB

Dear Judge Broderick,

I represent Plaintiff Dino Antolini in the above matter and further to your Order of December 6, 2019, I will continue to represent Mr. Antolini up to and including the trial of this matter.

Reverently, I ask the Court to hold any appearances before you beginning with February 5th, 2020. At that time my wife will have endured her first round of chemotherapy with a pause in her treatment.

I thank you very much for any considerations you may grant.

Very truly yours,

Stuart H. Finkelstein