STUART H. FINKELSTEIN, ESQ.

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

December 13th, 2019

The Honorable George B. Daniels
Southern District of New York
Daniel Patrick Moynihan
United States District Court
500 Pearl Street - Courtroom 11A
New York, New York 10007

Re: Antolini vs. McCloskey, et al
Case No.: 1:19-cv-09038-GBD

Dear Judge Daniels,

I represent Plaintiff Dino Antolini in the above matter and I am requesting an adjournment of the Initial Pretrial Conference set for December 19, 2019. I have communicated with defense counsel and he consents.

Respectfully, I ask the Court to hold any appearances until February 5th, 2020. At that time my wife will have endured her first round of chemotherapy with a pause in her treatment.

Any accommodation by the Court to my client and my office is very much appreciated.

Thanking you, I remain

Very truly yours,

Stuart H. Finkelstein

SHF/tc