STUART H. FINKELSTEIN, ESQ.

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

February 10th, 2020

The Honorable George B. Daniels
Southern District of New York
Daniel Patrick Moynihan
United States District Court
500 Pearl Street - Courtroom 11A
New York, New York 10007

Re: Antolini vs. McCloskey, et al
Case No.: 1:19-cv-09038-GBD

Dear Judge Daniels,

I represent Plaintiff Dino Antolini in the above matter and I am requesting an adjournment of the Initial Pretrial Conference set for February 20, 2020. This is my second request for an adjournment on this matter. My wife is completing her fourth scheduled round of chemotherapy and this round has been the most debilitating.

I have communicated with defense counsel and he consents.

Respectfully, I ask the Court if the conference can be held on February 26 in the PM March 4 in the PM or March 18 in the AM, your schedule permitting.

Any accommodation by the Court to my client is very much valued.

Thanking you, I remain

Very truly yours,

Stuart H. Finkelstein