STUART H. FINKELSTEIN, ESQ.

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

March 17th, 2020

The Honorable George B. Daniels
Southern District of New York
Daniel Patrick Moynihan
United States District Court
500 Pearl Street - Courtroom 11A
New York, New York 10007

**SO ORDERED** The conference scheduled for March 23, 2019 is adjourned to April 23, 2020 at 9:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

Dated: MAR 1 9 2020

Re: Antolini vs. McCloskey, et al
Case No.: 1:19-cv-09038-GBD

Dear Judge Daniels,

I represent Plaintiff Dino Antolini in the above matter and after speaking with Elizabeth of your staff today's date, I communicated with defense counsel and we both agree to April 23, 2020 for the pre-trial conference before the Court. It is presently on for March 23, 2020 but was advised by Elizabeth it will be adjourned.

Respectfully, I ask the Court if the conference can be held mid-morning on April 23, your schedule permitting.

Thanking you, I remain

Very truly yours,

Stuart H. Finkelstein

SHF/tc

STUART H. FINKELSTEIN, ESQ.

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

March 17th, 2020

MAR 1 9 2020

**SO ORDERED**

The conference scheduled for March 23, 2020 is adjourned to April 23, 2020 at 9:30 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

The Honorable George B. Daniels
Southern District of New York
Daniel Patrick Moynihan
United States District Court
500 Pearl Street - Courtroom 11A
New York, New York 10007

MAR 18 2020

Re: Antolini vs. McCloskey, et al
Case No.: 1:19-cv-09038-GBD

Dear Judge Daniels,

I represent Plaintiff Dino Antolini in the above matter and after speaking with Elizabeth of your staff today's date, I communicated with defense counsel and we both agree to April 23, 2020 for the pre-trial conference before the Court. It is presently on for March 23, 2020 but was advised by Elizabeth it will be adjourned.

Respectfully, I ask the Court if the conference can be held mid-morning on April 23, your schedule permitting.

Thanking you, I remain

Very truly yours,

Stuart H. Finkelstein

SHF/tc