UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

DINO ANTOLINI,

                       Plaintiff,

      -against-

AMY MCCLOSKEY et al.,

                       Defendants.

------------------------------------- x

ORDER

19 Civ. 9038 (GBD)

GEORGE B. DANIELS, United States District Judge:

The March 26, 2020 conference is adjourned to May 28, 2020 at 9:30 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge