STUART H. FINKELSTEIN, ESQ.

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

April 24th, 2020

The Honorable George B. Daniels
Southern District of New York
Daniel Patrick Moynihan
United States District Court
500 Pearl Street - Courtroom 11A
New York, New York 10007

Re: Antolini vs. McCloskey, et al
Case No.: 1:19-cv-09038-GBD

Dear Judge Daniels,

I represent Plaintiff Dino Antolini in the above matter. This case was filed some seven months ago and through no ones' fault, we haven't even had our Initial Conference to enter into a Case Management Plan & Scheduling Order.

I ask the Court, respectfully, to have both sides draft the CMP and order by a date certain its completion and its submission to your Honor, and to then hold a telephonic conference with both sides, if necessary.

Thanking you, I remain

Very truly yours,

Stuart H. Finkelstein

SHF/tc
To all counsel of record via ECF