**STUART H. FINKELSTEIN, ESQ.**

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

April 30th, 2020

The Honorable George B. Daniels
Southern District of New York
Daniel Patrick Moynihan
United States District Court
500 Pearl Street - Courtroom 11A
New York, New York 10007

Re: Antolini vs. McCloskey, et al
Case No.: 1:19-cv-09038-GBD

Dear Judge Daniels,

I represent Plaintiff Dino Antolini in the above matter and further to my conversation with chambers, subsequent to my letter of April 24, 2020, I have attempted to communicate with defense counsel by email to get this case moving. He declined to do so, as he declares he'd rather talk on the phone. We never had the phone call because he's been evasive. He then did an about face and said he would rather have the Conference in person. When I informed him that there aren't any in person appearances, he did not respond.

I ask the Court to allow me to submit a Case Management Plan & Scheduling Order to submit for your Honor's review.

Thanking you, I remain

Very truly yours,

Stuart H. Finkelstein

SHF/tc
To all counsel of record via ECF