UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

DINO ANTOLINI,

                       Plaintiff,

   -against-

AMY MCCLOSKEY; THERESA LAURENT;
DIMUR ENTERPRISES INC.; EDDIE C K
CHUNG; C&S MILLENIUM REAL ESTATE LLC,

                      Defendants.

------------------------------------ X

ORDER

19 Civ. 9038 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 0 5 2020

GEORGE B. DANIELS, District Judge:

The May 28, 2020 initial conference is adjourned to September 24, 2020 at 9:30 a.m. Additional relevant deadlines are as follows:

- Any further pre-discovery motions or letter applications must be submitted before or on June 30, 2020;

- Any document requests and discovery demands must be made by August 3, 2020, and responses to those demands are due by October 1, 2020;

- Any and all depositions must be conducted and completed between October 2, 2020 and December 2, 2020; and

- All discovery must be completed by December 31, 2020.

Dated: May 5, 2020
      New York, New York

SO ORDERED.

*[Signature]*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE