**STUART H. FINKELSTEIN, ESQ.**

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

May 25th, 2020

The Honorable George B. Daniels
Southern District of New York
Daniel Patrick Moynihan
United States District Court
500 Pearl Street - Courtroom 11A
New York, New York 10007

Re: Antolini vs. McCloskey, et al
Case No.: 1:19-cv-09038-GBD

Dear Judge Daniels,

I represent Plaintiff Dino Antolini in the above matter and further to your order of May 5, 2020, [DE 33] seek clarification.

Subsequent to defense counsel and I conducting our Rule 26(f) conference, I served multiple discovery Requests on October 25, 2019. To date, we have received nothing.

Plaintiff seeks responses and pursuant to Local Rule 37.2, as detailed in your Individual Rules of Practice, seek a pre-motion informal conference with the Court for Plaintiff's motion to compel.

Very truly yours,

Stuart H. Finkelstein

SHF/tc
To all counsel of record via ECF