UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

DINO ANTOLINI,

                     Plaintiff,

-against-

AMY MCCLOSKEY; THERESA LAURENT;
DIMUR ENTERPRISES INC.; EDDIE C K
CHUNG; C&S MILLENIUM REAL ESTATE
LLC,

                     Defendants.

------------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED: JUN 0 1 2020**

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

19 Civ. 9038 (GBD) (SDA)

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| _X_ | Specific Non-Dispositive Motion/Dispute:<br><br>**May 25, 2020 Letter Regarding Discovery (ECF No. 34);**<br>**May 28, 2020 Letter Motion (ECF No. 35)** | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | _X_ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |

Dated: June 1, 2020

SO ORDERED.

*George B. Daniels*
United States District Judge