```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dino Antolini,

                Plaintiff,

-against-

Amy McCloskey et al.,

                Defendants.

1:19-cv-09038 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference held today with both parties, it is hereby ORDERED, as follows:

1. Per Judge Daniels's May 5, 2020 Order (ECF No. 33), all discovery shall be completed by December 31, 2020.

2. The parties may agree to adjust any interim deadlines set forth in the May 5 Order so long as all discovery is completed by December 31, 2020.

3. Defendants are granted leave to serve no more than ten interrogatories upon the Plaintiff addressed to the "fraud on the court" allegations discussed during today's telephone conference. Plaintiff's counsel shall attest, as an officer of the Court, to Plaintiff's sworn interrogatory responses.

4. Defendants shall respond to the outstanding discovery requests no later than June 30, 2020.

5. The parties shall submit a joint letter regarding the status of discovery on August 14, 2020.

6. The September 24, 2020 initial conference before Judge Daniels is canceled.

**SO ORDERED.**

DATED:    New York, New York
              June 10, 2020

_____
STEWART D. AARON
United States Magistrate Judge