**STUART H. FINKELSTEIN, ESQ.**

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

June 10th, 2020

The Honorable Stewart D. Aaron
Southern District of New York
Daniel Patrick Moynihan
United States District Court
500 Pearl Street - Courtroom 11C
New York, New York 10007

Re: Antolini vs. McCloskey, et al
Case No.: 1:19-cv-09038-GBD

Dear Judge Aaron,

To remind the Court, respectfully, I represent Plaintiff Dino Antolini in the above matter. I seek clarification of this morning's phone conference with the Court, with all sides attending.

It is my understanding that during the conference you directed that Plaintiff's Discovery Requests sent to defendants in October of 2019, are due June 30, 2020. There is no mention of that in today's Order.

The date for the conclusion of discovery, December 31, 2020, remains unchanged.

Thanking you, I remain,

Very truly yours,

Stuart H. Finkelstein

SHF/tc
To all counsel of record via ECF