UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DINO ANTOLINI,

                Plaintiff,

  - against -

Case No.1:19-cv-09038 GBD

**Judge Stewart D. Aaron**

NOTICE OF MOTION AND ATTORNEY'S DECLARATION

AMY MCCLOSKEY, THERESA LAURENT, DIMUR
ENTERPRISES INC., EDDIE C K CHUNG and C&S
MILLENIUM REAL ESTATE LLC,

                Defendants.
-------------------------------------------------------------------X

      PLEASE TAKE NOTICE, that upon the annexed declaration of Stuart H. Finkelstein, Esq., and the accompanying Memorandum of Law dated the 18th day of June 2020, and upon all the pleadings and proceedings heretofore had herein, Plaintiff, by and through his attorney, will move this Court pursuant to Rule 6.3 of the Federal Rules of Civil Procedure, for reconsideration of this Court's order of June 10, 2020, for sanctions, and for any further relief as the this Court deems just and proper.

    Dated: Syosset, New York
           June 24, 2020

                                      _____S/_____
                                      Stuart H. Finkelstein, Esq.
                                      FINKELSTEIN LAW GROUP PLLC
                                      Mailing address
                                      338 Jericho Turnpike
                                      Syosset, New York 11791
                                      (718) 261-4900