STUART H. FINKELSTEIN, ESQ.

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

July 7th, 2020

The Honorable Stewart D. Aaron
Southern District of New York
Daniel Patrick Moynihan
United States District Court
500 Pearl Street - Courtroom 11C
New York, New York 10007

Re: Antolini vs. McCloskey, et al
Case No.: 1:19-cv-09038-GBD

Dear Judge Aaron,

In accordance with your Order and Decision of today's date, [DE 49] I am attaching Plaintiff's supplemental initial disclosures, in addition to being sent contemporaneously to defense counsel.

Moreover, pursuant to your Individual Rules of Practice II. A., I spoke with defense counsel Jason Mizrahi at 5:03 pm today's date to inquire when will I be receiving responses to Plaintiff's Discovery Requests, which were sent October 25, 2019. Absolutely *none* of the Requests have been responded to, some nine months later. He said he didn't have the file in front of him as he wasn't in the office. He said he would call me when he'd be there. I then asked when would that be, and he said he has no idea and then proceeded to hang up on me!

I am now requesting of your Honor a discovery conference with the Court.

Respectfully, I remain,

Very truly yours,

Stuart H. Finkelstein

ENDORSEMENT: There is no need for a discovery conference. In my Order of 6/10/2020 (ECF No. 38), I directed that "Defendants shall respond to the outstanding discovery requests no later than June 30, 2020." If Defendants have failed to respond to Plaintiff's outstanding discovery requests, they are in violation of a court order. If Defendants do not respond to the outstanding discovery requests by 7/14/2020, sanctions shall be imposed. SO ORDERED.
Dated: 7/8/2020

SHF/tc
To call counsel of record via ECF