STUART H. FINKELSTEIN, ESQ.

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

July 24th, 2020

The Honorable Stewart D. Aaron
Southern District of New York
Daniel Patrick Moynihan
United States District Court
500 Pearl Street - Courtroom 11C
New York, New York 10007

Re: Antolini vs. McCloskey, et al
Case No.: 1:19-cv-09038-GBD

Dear Judge Aaron,

To remind the court, I represent Plaintiff Dino Antolini and write in regard to your Order of July 20, 2020, [DE 53]. I wish to advise your Honor that Plaintiff has complied with same as of today's date.

Thank you,

Very truly yours,
Stuart H. Finkelstein

SHF/tc
To all counsel of record via ECF