**STUART H. FINKELSTEIN, ESQ.**

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

July 24th, 2020

The Honorable Stewart D. Aaron
Southern District of New York
Daniel Patrick Moynihan
United States District Court
500 Pearl Street - Courtroom 11C
New York, New York 10007

Re: Antolini vs. McCloskey, et al
Case No.: 1:19-cv-09038-GBD

Dear Judge Aaron,

I represent Plaintiff Dino Antolini and write in furtherance of defense counsel's inaccurate letter in response to Plaintiff seeking Court ordered discovery.

I would like very much to respond but am not sure if permitted, so I write the Court seeing guidance. If granted, I ask your Honor for time to do so as I will not be able until Sunday, at the earliest.

Very truly yours,

Stuart H. Finkelstein

SHF/tc
To all counsel of record via ECF