UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dino Antolini,<br><br>                    Plaintiff,<br><br>         -against-<br><br>Amy McCloskey, et al.,<br><br>                    Defendants. | 1:19-cv-09038 (GBD) (SDA)<br><br>ORDER SCHEDULING<br><u>TELEPHONE CONFERENCE</u> |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The parties shall appear via Telephone for a conference in the above-captioned matter on Friday, August 7, 2020, at 11:00 a.m. EST. During the conference, the parties should be prepared to discuss the letter motion (*see* ECF No. 61). At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:     New York, New York
                 August 5, 2020

_____
STEWART D. AARON
United States Magistrate Judge