**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

DINO ANTOLINI

                            *Plaintiff*,

        -*against*-

AMY MCCLOSKEY, THERESA LAURENT, DIMUR ENTERPRISES INC., EDDIE C K CHUNG and C&S MILLENIUM REAL ESTATE LLC,

                           *Defendants*.

----------------------------------------------------------------X

Case No.: 1:19-cv-9038

**DECLARATION OF JASON MIZRAHI, ESQ.**

      **JASON MIZRAHI**, an attorney duly admitted to practice in the United States District Court of the Southern District of New York, affirms the following under the penalties of perjury:

      1.    I am an Associate of Levin-Epstein & Associates, P.C., attorneys for Defendants Dimur Enterprises Inc., Amy McCloskey and Theresa Laurent (collectively, the "**Defendants**") in the above-captioned matter. As Defendants' counsel, I am familiar with the facts and circumstances discussed herein based upon personal knowledge and the files maintained by this office.

      2.    I make this declaration pursuant to the September 4, 2020 Order of the Honorable Magistrate Judge Stewart D. Aaron [Dckt. No. 75] granting Defendants' motion to compel and for sanctions.

      3.    In preparing Defendants' August 31, 2020 letter motion [Dckt. No. 72], the undersigned expended a total of 3 hours at the billed hourly rate of $225.

      4.    In preparing Defendants' September 3, 2020 reply [Dckt. No. 74], the undersigned expended a total of 3 hours at the billed hourly rate of $225.

5. Thus, the undersigned expended a combined total of 6 hours in preparing Defendants' August 31, 2020 letter motion [Dckt. No. 72] and September 3, 2020 reply [Dckt. No. 74] at the billed hourly rate of $225.

6. Multiple Courts in the Eastern Districts of New York have approved attorney's fee awards to the undersigned at the billed hourly rate of $225. *See Laureano-Capellan v. Chirichella et al*, 1:20-cv-00360-RER [July 15, 2020 Order]; *Feliciano v. Yoon et al*, 1:18-cv-06361-DLI-JO [March 27, 2020 Order].

Dated: New York, New York
September 9, 2020

By: /s/ *Jason Mizrahi*
Jason Mizrahi, Esq.
420 Lexington Ave., Suite 2525
New York, NY 10170
Telephone: (212) 792-0048
Email: Jason@Levinepstein.com
*Attorneys for Defendants Dimur Enterprises Inc., Amy McCloskey and Theresa Laurent*

Cc: All parties via ECF