STUART H. FINKELSTEIN, ESQ.

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

September 25th, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2020
```

Judge Stewart D. Aaron
Southern District of New York
Daniel Patrick Moynihan
United States District Court
500 Pearl Street - Courtroom 11C
New York, New York 10007

Re: Antolini vs. McCloskey, et al
Case No.: 1:19-cv-09038-GBD

Dear Judge Aaron,

I represent Plaintiff Dino Antolini in this matter. In light of your Order of September 14, 2020 I ask in the interest of fairness, evenhandedness and impartiality that you stay the payment of attorney fees to the defendants' attorney pending the hearing on for October 14, 2020 and submission of Plaintiff's motion for fees. Respectfully, I have brought to the Court's attention the behavior of defense counsel and I need the opportunity to be heard on it. There is and will not be any harm or prejudice to anyone by this asking.

With respect, I remain,

Very truly yours,

Stuart H. Finkelstein

ENDORSEMENT: Plaintiff's request for a stay of payment of the monetary sanction imposed in my 9/14/2020 Order pending the hearing on 10/14/2020 is GRANTED. SO ORDERED.
Dated: 9/26/2020

*[Signature: Stewart D. Aaron]*

To all counsel via ECF