**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Dino Antolini,

                Plaintiff,

-against-

Amy McCloskey, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2020

1:19-cv-09038 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties and for the reasons stated on the record, it is hereby ORDERED as follows:

1. No later than Wednesday, October 21, 2020, Plaintiff shall provide Defendant with a revised HIPAA release as agreed during today's conference.

2. No later than Wednesday, October 21, 2020, Plaintiff's counsel shall pay the monetary sanction imposed in the Court's September 14, 2020 Order. (*See* ECF No. 79.)

3. Defendants' Letter Motion to compel (ECF No. 80) is denied for the reasons stated on the record.

4. No later than Wednesday, October 28, 2020, Plaintiff shall file a Letter Motion, not to exceed three pages, regarding any additional financial-related documents that he seeks from either Dimur Enterprises Inc. or any individual defendant. Defendants shall file their response, also not to exceed three pages, no later than Wednesday, November 11, 2020.

**SO ORDERED.**

DATED: New York, New York
October 14, 2020

_____
STEWART D. AARON
United States Magistrate Judge

2