UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DINO ANTOLINI,

                Plaintiff(s),

      - against -

AMY MCCLOSKEY, THERESA LAURENT et al.

                Defendant(s),
------------------------------------------------------------X

19 Civ. 09038 (GBD)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 9/28/2019 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Eddie C K Chung by personally serving Grandy Chung, and proof of service was therefore filed on 10/1/2019, Doc. #(s) 18.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York
October 15, 2020

RUBY J. KRAJICK
Clerk of Court

By: _____
Deputy Clerk

SDNY Web 3/2015