UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DINO ANTOLINI,

                    Plaintiff(s),

- against -

AMY MCCLOSKEY, THERESA LAURENT et al

                    Defendant(s),
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/2020

19 Civ. 09038 (GBD)

**CLERK'S CERTIFICATE OF DEFAULT**

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on September 28 2019 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) C&S Millenium Real Estate LLC by personally serving Eddie Chung, and proof of service was therefore filed on 10/10/2019, Doc. #(s) 19.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

October 15, 2020

                                          RUBY J. KRAJICK
                                          Clerk of Court

                        By: _____
                                  Deputy Clerk