UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dino Antolini,

                Plaintiff,

-against-

Amy McCloskey, et al.,

                Defendants.

1:19-cv-09038 (GBD) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    WHEREAS, on October 26, 2020, a Letter Motion was filed by defense counsel to compel Plaintiff to produce an executed HIPAA authorization form (ECF No. 105); and

    WHEREAS, on October 27, 2020, Plaintiff was ordered to respond to such Letter Motion no later than November 3, 2020 (or simply comply with the requested relief by that date and so advise the Court) (ECF No. 106); and

    WHEREAS, Plaintiff to date has not responded to the Letter Motion, or advised the Court of his compliance with the requested relief.

    NOW, THEREFORE, it is hereby ORDERED that no later than November 27, 2020, Plaintiff shall file a letter regarding the status of the HIPAA authorization form.

    Failure to comply with this Order may result in sanctions being imposed.

**SO ORDERED.**

DATED:    New York, New York
                November 20, 2020

_____
STEWART D. AARON
United States Magistrate Judge