# STUART H. FINKELSTEIN

*Attorney at Law*
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

November 20th, 2020

Magistrate Judge Stewart D. Aaron
Southern District of New York
Daniel Patrick Moynihan
United States District Court
500 Pearl Street - Courtroom 11C
New York, New York 10007

                Re: Antolini vs. McCloskey, et al
                Case No.: 1:19-cv-09038-GBD

Dear Judge Aaron,

I represent Plaintiff Dino Antolin in this matter and seek an extension of time to December 18, 2020 to respond to defendants' opposition and cross motion, [DE 112].

Because of family health issues which I won't publish on pacer but if necessary, I would of course email the Court with the particulars.

I have emailed and called defendants' lawyer numerous times but he does not answer the phone nor is his voice mail accepting calls.

Plaintiff furnished the HIPPA authorization to counsel on November 3, 2020.

Very truly yours,

Stuart H. Finkelstein

SHF/tc
To all counsel via pacer