# STUART H. FINKELSTEIN

*Attorney at Law*
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

November 23rd, 2020

The Honorable Stewart D. Aaron
Southern District of New York
Daniel Patrick Moynihan
United States District Court
500 Pearl Street - Courtroom 11C
New York, New York 10007

                                      Re: Dino Antolini vs. McCloskey, et al
                                      Case No.: 1:19-cv-09038-GBD

Dear Judge Aaron,

To remind your Honor, respectfully, I represent Plaintiff Dino Antolini and write to correct the record in this case [DE 61].

I am writing to follow up with the Court in connection with my letter of August 4, 2020. Specifically, I stated that "the most powerful US Attorney's office in the country subpoenaed and spoke directly to my client and rightfully nothing came of it."

First, I want to be clear that this statement and any conclusions drawn were my personal opinion and were not based upon statements or representations made to myself or my attorney from the US Attorney's office about this or any other investigations they may be involved in. To be clear, the US Attorney's office has not made any statements or representations in any manner regarding any investigations they may or may not be conducting.

Second, I have now come to learn that the US Attorney's Office did not speak with my client. I was unaware if this at the time I wrote the letter but as I have now become aware of this and I wanted to correct that statement.

Thank you for your time.

                                                      Very truly yours,

                                                      Stuart H. Finkelstein, Esq.