```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:_____       │
│ DATE FILED:  12/17/2020     │
└─────────────────────────────┘
```

## STUART H. FINKELSTEIN

*Attorney at Law*

338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

December 16th, 2020

The Honorable Stewart D. Aaron
Southern District of New York
Daniel Patrick Moynihan
United States District Court
500 Pearl Street - Courtroom 11C
New York, New York 10007

ENDORSEMENT: Plaintiff's counsel is admonished for failing to comply with my Individual Rules which required him to consult with his adversary prior to making an extension request. Nevertheless, in the circumstances this request is granted. SO ORDERED.

Dated: 12/17/2020

Re: Antolini vs. McCloskey, et al
Case No.: 1:19-cv-09038-GBD

Dear Judge Aaron,

I am the attorney for Dino Antolini and because of continuing health issues of my family, I ask the Court for an extension of time of three days, i.e., to December 21, 2020 to complete our response to defendants' pending motion.

We appreciate any and all courtesies the Court may extend on our behalf.

Very truly yours,

Stuart H. Finkelstein

SHF/tc