# STUART H. FINKELSTEIN

*Attorney at Law*
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

January 22nd, 2021

SO ORDERED:

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: JAN 28 2021

The Honorable George B. Daniels
Southern District of New York
Daniel Patrick Moynihan
United States District Court
500 Pearl Street - Courtroom 11A
New York, New York 10007

Re: Antolini vs. McCloskey, et al
Case No.: 1:19-cv-09038-GBD

Dear Judge Daniels,

I represent Plaintiff Dino Antolini in the above matter and I am requesting an extension of time to respond to defendants' cross motion filed on January 19, 2021. [DE 135]. This is my first request for an adjournment on this matter. My wife is continuing in her recovery from major health issues. If the Court seeks additional information I request, respectfully, that I email same to you maintaining my wife's privacy.

When I communicated with defense counsel via email seeking his position, he asked why and I replied "personal". This morning I received a truly bizarre response:

> "Defendants do not consent to your extension request. Pursuant to Judge Aaron's Individual Rule I(D), please include the following in your letter to the Court:
>
> Defendants do not consent to the instant request because Attorney Finkelstein failed to articulate a good-faith basis for seeking the extension. No details were provided, and no attempt to explain the underlying reason surrounding the request. Moreover, Attorney Finkelstein did not provide Defendants with a proposed filling date for his response. Such conduct does not demonstrate a sincere willingness to compromise or find solutions. *Alexander Interactive, Inc. v. Adorama, Inc.*, 2013 WL 6283511, at *3 (S.D.N.Y. 2013).
>
> Please note, if you fail to state Defendants' exact position for not consenting to your request, pursuant to Judge Aaron's Individual Rule I(D), we will seek further judicial intervention."

Not only does he 'order' me what to write, but to whom I should make the application to, even though his cross motion is before this very Court. Why he would tell me to whom I should write is interesting.

-1-

STUART H. FINKELSTEIN, ESQ.

Respectfully, I ask your Honor to adjourn his cross motion for sanctions against me to February 19, 2021 or any date thereafter, your schedule permitting.

Thanking you for your time, I remain

Very truly yours,

Stuart H. Finkelstein

To all counsel of record via Pacer