UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
DINO ANTOLINI,

               Plaintiff,                 Case No.: 1:19-cv-09038

    -against-

AMY MCCLOSKEY, THERESA LAURENT, DIMUR
ENTERPRISES INC., EDDIE C K CHUNG and C&S
MILLENIUM REAL ESTATE LLC,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - -x

## DECLARATION OF DINO ANTOLINI

Pursuant to 28 U.S.C. § 1746 and S.D.N.Y. Local Rule 1.9(a), DINO ANTOLINI makes this Declaration as follows:

My attorney Stuart Finkelstein has informed me that the Court requires the following answers pursuant to Order of February 17, 2021 pertaining to my health.

1.     (a) and(b) The nature off of the affliction to my mouth is as follows: I have had Bell's Palsy since October of 2017 on one side of the mouth. However, starting two days after Christmas, 2020, I began to experience the same symptoms on the other side of mouth making it very difficult to eat and effecting my speech which is almost unintelligible. I am currently scheduled for an MRI the first week of March, 2021.

1.(c)   My doctor is Matthew Swan and his address and phone number is 10 Union Square East, Ste 5H, New York, NY 10003; (212) 844-8888.

1.(d)   I have attended and participated in settlement conferences on the following cases: Antolini v. 75 & 81 Orchard Associates LLC et al, 1:19-cv-05894-LGS-DCF on December 14, 2020; Antolini v. N Corporation 1:19-cv-07385-KPF on 12/3/2020;

Antolini v. Nieves, 1:19-cv-07645 on 11/23/2020, 12/9/2020 and 1/12/2021.

Executed on February 22, 2021