UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DINO ANTOLINI,

                                                                                                Case No.: 1:19-cv-09038 GBD-SDA

                          Plaintiff,

    - against -

AMY MCCLOSKEY, THERESA LAURENT,
DIMUR ENTERPRISES INC., EDDIE C.K.
CHUNG, and C&S MILLENIUM REAL
ESTATE LLC,

                         Defendants.
-----------------------------------------------------------------X

       Stuart H. Finkelstein, Esq., an attorney duly admitted to practice law before the United States District Court, Southern District of New York, duly affirms the following to be true under the penalties of perjury pursuant to 28 U.S.C. § 1746:

       1.    I am the attorney for Plaintiff herein, and as such I am fully familiar with the facts and circumstances heretofore had herein. This Declaration is submitted pursuant to this Court's Order of February 17, 2021.

       1.    (a) and(b) The nature off of the affliction to Mr. Antolini is as follows: He has had Bell's Palsy since October of 2017 on one side of his mouth. However, starting two days after Christmas, 2020, he began to experience the same symptoms on the other side of his mouth making it very difficult to eat and effecting his speech which now is almost unintelligible. He is am currently scheduled for an MRI the first week of March, 2021. His affliction is well documented and is part of the medical records that defendants have in their possession.

1.(c)   Plaintiff's Doctor is Matthew Swan and his address and phone number are 10 Union Square East, Suite 5H, New York, NY 10003,  (212) 844-8888.

1.(d)   Mr. Antolini and I have attended and participated in settlement conferences on the following cases: Antolini v. 75 & 81 Orchard Associates LLC et al, 1:19-cv-05894-LGS-DCF on December 14, 2020; Antolini v. N Corporation 1:19-cv-07385-KPF on 12/3/2020; Antolini v. Nieves,1:19-cv-07645 on 11/23/2020, 12/9/2020 and 1/12/2021.

Dated: Syosset, New York
       February 22, 2021

Stuart H. Finkelstein, Esq.