UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dino Antolini,

                Plaintiff,

-against-

Amy McCloskey, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/2021

1:19-cv-09038 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The Court's Order dated February 17, 2021 (ECF No. 142) is hereby amended by replacing paragraph 4 of that February 17 Order with the following:

4. A remote hearing shall be held at 11 a.m. on Tuesday, March 2, 2021 to address the pending Letter Motion. **Plaintiff himself shall participate in the hearing.** The Court requires attendance by video of all participants in this hearing. A Microsoft Teams link for this hearing has been sent to all counsel of record. Both the audio and the video components of the hearing will be conducted via that Microsoft Teams platform. Members of the public may use the following dial-in information: +1 917-933-2166, 973651551# Phone Conference ID: 973 651 551#.

SO ORDERED.

Dated:     New York, New York
            March 1, 2021

_____
STEWART D. AARON
United States Magistrate Judge