```
1

2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3    -----------------------------------------------X

4    DINO ANTOLINI,
                              Plaintiff,
5
                -against-          Case No.:
6                                  1:19-CV-09038

7
     AMY MCCLOSKEY, THERESA LAURENT, DIMUR
8    ENTERPRISES INC., EDDIE C K CHUNG
     and C&S MILLENIUM REAL ESTATE LLC,
9
                              Defendants.
10   -----------------------------------------------X
                              Zoom videoconference
11

12                            February 17, 2021
                              1:34 p.m.
13

14          DEPOSITION of AMY McCLOSKEY, a Defendant

15   herein, taken by the Plaintiff, pursuant to

16   Order, held at the above-mentioned time and

17   place, before Stephanie O'Keeffe, a Notary Public

18   of the State of New York.

19

20          LH REPORTING SERVICES, INC.
            Computer-Aided Transcription
21                (718)526-7100

22

23

24

25
```

```
 1

 2     A P P E A R A N C E S :

 3     FINKELSTEIN LAW GROUP, PLLC
       Attorneys for Plaintiff
 4         338 Jericho Turnpike
           Syosset, New York 11791
 5     BY:  STUART H. FINKELSTEIN, ESQ.

 6

 7     LEVIN-EPSTEIN & ASSOCIATES, P.C.
       Attorneys for Defendant
 8         420 Lexington Avenue, Suite 2525
           New York, New York 10170
 9     BY:  JASON MIZRAHI, ESQ.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2                      S T I P U L A T I O N S

3

4        IT IS HEREBY STIPULATED AND AGREED by and

5    between the attorneys for the respective parties

6    herein, that filing, sealing and certification be

7    and the same are hereby waived.

8

9        IT IS FURTHER STIPULATED AND AGREED that all

10   objections, except as to the form of the question

11   shall be reserved to the time of the trial.

12

13       IT IS FURTHER STIPULATED AND AGREED that the

14   within deposition may be signed and sworn to

15   before any officer authorized to administer an

16   oath, with the same force and effect as if signed

17   and sworn to before the Court.

18

19

20

21

22

23

24

25

```
1

2              THE REPORTER:  My name is

3         Stephanie O'Keeffe.  I am your court

4         reporter today.  I represent LH

5         Reporting Services.

6              Today is February 17, 2021.  The

7         time is 1:34 p.m.  We are here to take

8         the deposition of Amy McCloskey.

9              Before I swear in the witness, I

10        will ask each counsel to stipulate, on

11        the record, to the following:

12             Due to the COVID-19 pandemic, the

13        court reporter may swear in the witness

14        even though we are not physically in

15        the same location.

16             Each counsel shall also stipulate

17        that there is no objection to this at

18        the present time, and there will be no

19        objection to the same at any time in

20        the future.

21             MR. MIZRAHI:  Counsel for the

22        defendant, no objection.

23             MR. FINKELSTEIN:  So stipulated.

24             MR. MIZRAHI:  We stipulate.

25             THE REPORTER:  Counsel, can you
```

1
2              represent that, to the best of your
3              knowledge and belief, the witness
4              appearing today via videoconference is,
5              in fact, Amy McCloskey?
6                    MR. MIZRAHI:  I do.
7                    THE REPORTER:  Thank you.
8    A M Y   M C C L O S K E Y, after having first
9         been duly sworn by a Notary Public of the
10        State of New York, was examined and
11        testified as follows:
12                    THE REPORTER:  Please state your
13              name for the record.
14                    THE WITNESS:  Amy McCloskey.
15                    THE REPORTER:  Please state your
16              address for the record.
17                    THE WITNESS:  167 Nelson Street,
18              Brooklyn, New York 11231.
19   EXAMINATION BY
20   MR. FINKELSTEIN:
21                    MR. MIZRAHI:  Jason Mizrahi from
22              Leven-Epstein & Associates, PC would
23              like to make one quick clarification
24              for the record.
25                    The instant deposition will be

```
1                    A. McCLOSKEY

2           taken from Amy McCloskey in her

3           personal capacity as well as in her

4           official capacity as a representative

5           of defendant Dimur Enterprises, Inc.

6               MR. FINKELSTEIN:  Good afternoon,

7           Ms. McCloskey.

8               How are you?

9               THE WITNESS:  Just dandy.  Thanks.

10              MR. FINKELSTEIN:  You're welcome.

11              I'm going to be asking you a

12          series -- my name is Stuart

13          Finkelstein.  I'm going to be asking

14          you a series of questions about this

15          lawsuit.

16              If you don't understand anything

17          that I'm asking you, please let me

18          know.  I'll do my best to rephrase it.

19              If I go too fast for you, let me

20          know because I've been accused

21          sometimes of going very quickly.

22              With regard to any objections made

23          by your lawyer here, he is allowed to

24          make whatever objections he wants.  But

25          the judge has directed that all
```

```
 1                     A. McCLOSKEY
 2            questions are to be answered.
 3                   And obviously, everything here is
 4            to the best of your knowledge.
 5                   Are we good on that?  Do you
 6            understand what I'm saying?
 7                   THE WITNESS:  Yes.
 8            Q.   Okay.  Good.
 9                   Your home address is what, Ms.
10      McCloskey?
11            A.   167 Nelson Street, Brooklyn, New
12      York.
13            Q.   Okay.  Have you ever been
14      convicted of a crime?
15            A.   No.
16            Q.   Have you ever testified before --
17            A.   No.
18            Q.   -- at a deposition like this or in
19      person?  No?
20            A.   No.
21            Q.   How about at trial?
22            A.   No.  Nope.
23            Q.   Date of birth, please.
24            A.   August 5, 1961.
25            Q.   The last four numbers of your
```

```
 1                    A. McCLOSKEY
 2       Social Security number?
 3                 MR. MIZRAHI:  Objection to the
 4            form of the question.  It's irrelevant.
 5                 Ms. McCloskey, you can answer.
 6            A.   9143.
 7                 MR. FINKELSTEIN:  So in the
 8            future, so we know and so he doesn't
 9            clutter up the record.  Again, he is
10            allowed to make whatever objection he
11            wants, objection to form, this, that,
12            or anything else.  But you have to
13            answer all the questions.
14                 So for him to say you can answer
15            is gratuitous.  So I would appreciate
16            it if he can be constrained on that.
17                 So, yes, answer everything unless
18            he outright says don't answer.  And
19            then we just go to the judge for a
20            ruling.
21                 All right, Ms. McCloskey?
22                 THE WITNESS:  Yep.
23            Q.   Great.  Social, you gave me the
24       last four numbers.
25                 Did you review any paperwork,
```

```
 1                         A. McCLOSKEY
 2       documents, anything, e-mails, letters in
 3       preparation for this morning's -- excuse me,
 4       this afternoon's deposition?
 5             A.   I had a vague reading of the
 6       complaint a while ago, but nothing else.  No
 7             Q.   When you say a while ago, how long
 8       ago?
 9             A.   A week or two.
10             Q.   Anything yesterday, today?
11             A.   No.
12             Q.   Did you speak with your attorney
13       Mr. Mizrahi, also on the screen, or anybody
14       else at the law firm he works for in regard
15       to this morning's -- this afternoon's
16       deposition?
17             A.   Yes.
18             Q.   When?
19             A.   Yesterday.
20             Q.   Who did you speak with?
21             A.   Jason.
22             Q.   How long did the conversation go
23       for?
24             A.   About -- my part of it, probably
25       about 30, 40 minutes.  Forty.  Somewhere
```

```
 1                         A. McCLOSKEY
 2         around there.
 3              Q.    That was by telephone or by video?
 4              A.    Zoom.
 5              Q.    Zoom.
 6                    Did he show you any papers or
 7         documents on Zoom yesterday?
 8              A.    There were a couple of excerpts
 9         from the complaint.  That's it.
10              Q.    Which excerpts?
11                    MR. MIZRAHI:  Objection to the
12              form of the question.  It calls for
13              privileged attorney-client information.
14                    Ms. McCloskey, don't answer that
15              question.
16              Q.    After he showed you those
17         excerpts, what did you -- never mind.
18         Withdrawn.
19                    Ms. McCloskey, what is your
20         relationship to the property at 94 West
21         Houston Street, New York City?
22              A.    I am the president of Dimur
23         Enterprises Inc.  And Dimur Enterprises Inc
24         has access to that property for the use of
25         Madame X.
```

```
 1                         A. McCLOSKEY
 2           Q.    What do you mean by has access?  I
 3      don't know what you mean by that.
 4           A.    We are allowed to use it by the
 5      landlord.
 6           Q.    You have a lease?
 7           A.    Yes.
 8           Q.    How long have you been operating
 9      Madame X at that location?
10               MR. MIZRAHI:  Objection to the
11               form of the question.  It calls for a
12               legal conclusion.
13               MR. FINKELSTEIN:  Go ahead.  Ms.
14               McCloskey, go ahead.
15           A.    We have been there since 1997.
16           Q.    Who was the owner or owners in
17      1997?
18               MR. MIZRAHI:  Objection to the
19               form of the question.  It's vague and
20               ambiguous.
21               Amy, you can respond.
22           A.    Again, Dimur Enterprises had three
23      participants at that point.  Theresa
24      Laurent, myself, and our third partner, Mimi
25      Dimur, who has since passed away.
```

```
1                    A. McCLOSKEY
2         Q.   Ms. McCloskey, in 1997, when you
3    began business -- operating a business there
4    as Madame X, who were the owners of the
5    building?
6         A.   That would Eddie Chung, and I
7    don't know his partner's name.
8              It would be, actually, C&S
9    Millennium Real Estate.  I call him Eddie,
10   but that's -- the name of the business that
11   owns it is C&S Millennium Real Estate, LLC.
12        Q.   I'm assuming Eddie Chung is --
13   that's his company, the C&S Millennium Real
14   Estate?
15             MR. MIZRAHI:  Objection to the
16        form of the question.  It calls for
17        speculation.
18        Q.   Do you know?  Everything is do you
19   know.  Do you know?
20        A.   I don't know.  I would assume so.
21        Q.   All right.
22             MR. MIZRAHI:  Amy, I'm going to
23        ask, don't answer any questions under
24        any assumptions.  Please only answer
25        questions to the extent you know the --
```

```
 1                         A. McCLOSKEY
 2              MR. FINKELSTEIN:  Absolutely.  Ms.
 3         McCloskey, I couldn't agree with him
 4         more.
 5              Everything here is based on what
 6         you know.  We don't want you to guess,
 7         assume, or believe.  If you know the
 8         answer, you got to tell me.
 9         A.    The answer is, I do not know one
10    way or the other.
11         Q.    That's a fair answer, and that's
12    perfectly fine.  Okay.  All right.
13              Probably be the first time I agree
14    with your lawyer.
15              Do you know who the current owners
16    of the building are?
17         A.    It still C&S Millennium Real
18    Estate, that's --
19         Q.    And Eddie Chung?
20              MR. MIZRAHI:  Objection to the
21         form of the question.  It calls for
22         witness testimony.
23              It was previously asked and
24         answered.
25              MR. FINKELSTEIN:  You can answer
```

```
 1                    A. McCLOSKEY

 2          Ms. McCloskey.

 3          A.   C&S Millennium Real Estate.

 4          Q.   So you don't know if Eddie Chung

 5     is one of the owners of the property or the

 6     building?

 7          A.   He is the person I deal with.

 8     That's the only thing I can say that I know

 9     for sure.

10          Q.   Okay.  When you moved in 1997, did

11     you sign the lease?

12          A.   Yes.

13          Q.   Who are the signatories to that

14     lease?

15          A.   Myself, Mimi Dimur.  I don't know

16     if Theresa signed.  And it's been 23 years,

17     I can't say for sure who else.

18          Q.   If I told you Eddie Chung, would

19     that ring a bell?

20          A.   Yes.  He probably did, but I

21     haven't seen the lease.  Again, you don't

22     want me to assume.

23          Q.   Right.  Do you know if C&S

24     Millennium Real Estate was on that lease?

25          A.   Yes.
```

```
 1                    A. McCLOSKEY
 2          Q.   They're a signatory on the lease,
 3     or somebody on their behalf?
 4          A.   Again, I assume so.  I haven't
 5     seen it in 23 years.
 6          Q.   Fair answer.  I can't believe you
 7     don't remember something from 23 years ago.
 8               That's a joke.  That's a joke.
 9               Do you have a lease in effect
10     right now?
11               MR. MIZRAHI:  Objection to the
12          form of the question.  It calls for a
13          legal conclusion.
14               MR. FINKELSTEIN:  A lease is a
15          lease.
16          Q.   Do you have a lease right now
17     between you and the owners of the building?
18               MR. MIZRAHI:  Objection, again to
19          the form of the question.  It calls for
20          a legal conclusion.
21               MR. FINKELSTEIN:  Go ahead, Ms.
22          McCloskey.
23               You got to answer all the
24          questions unless he says, don't answer.
25               In the meantime, can I get an
```

1                A. McCLOSKEY

2           answer, please?  If you know, of

3           course.

4           A.    We have a month-to-month.

5           Q.    When did that start?

6           A.    2013.

7           Q.    Sorry?

8           A.    2013.

9           Q.    So you're month-to-month for the

10     last eight years; is that a fair statement?

11          A.    That's what it adds up to,

12     approximately.

13          Q.    Any reason that you don't have a

14     lease with the landlord, with the owner of

15     the property?

16               MR. MIZRAHI:  Objection to the

17          form of the question.  It's vague and

18          ambiguous.

19               It also calls for a legal

20          conclusion.

21               MR. FINKELSTEIN:  Go ahead, Ms.

22          McCloskey.

23          A.    You would have to ask them.

24          Q.    Ask them why there is no lease; is

25     that what you said?

```
                         A. McCLOSKEY
 1
 2         A.    Yes.
 3         Q.    Did you want a lease?
 4               MR. MIZRAHI:  Objection to the
 5         form of the question.  It's
 6         misconstruing witness testimony.
 7         Q.    Did you want a lease with the
 8    owners?
 9               MR. MIZRAHI:  Objection to the
10         form of the question.  Vague.
11               It's also irrelevant.
12               MR. FINKELSTEIN:  Go ahead.
13         A.    Ask the question again.
14         Q.    Would you prefer that there was a
15    lease in place in the last seven, eight
16    years, approximately?
17               MR. MIZRAHI:  Objection to the
18         form of the question.  It's irrelevant.
19               It also calls for witness
20         testimony.
21               MR. FINKELSTEIN:  Counsel, could
22         you do me a favor because I'm having
23         problems hearing the witness and I have
24         to keep the volume up, and you're kind
25         of yelling or talking really loud or
```

```
 1                    A. McCLOSKEY
 2           too close to the mic, can you lower it
 3           a little bit, please.  Thank you.
 4                Stephanie, I'm sorry, what was my
 5           last --
 6           A.   I didn't have an opinion.  I
 7      didn't have an opinion because there were
 8      good reasons for it and medium reasons for
 9      it.  I did not have an opinion.
10           Q.   All right.  In the past seven,
11      eight years, approximately, were you ever
12      given a 30-day notice to vacate?
13           A.   No.
14           Q.   Who owns or what owns the lounge
15      slash bar?
16           A.   That would be Dimur Enterprise
17      comma Inc?
18           Q.   Anybody else?  Anybody --
19           A.   No.
20           Q.   -- or other entity.  Sorry, I cut
21      you off.  No?
22           A.   No.
23           Q.   You're president of Dimur
24      Enterprises, correct?
25           A.   Yes.
```

```
 1                    A. McCLOSKEY
 2        Q.   So this is a corporation, correct?
 3        A.   Correct.
 4        Q.   Who are the shareholders?
 5        A.   At this point, myself and Theresa.
 6        Q.   What percentage of shares do you
 7   hold?
 8        A.   I own 78.
 9        Q.   And Ms. Laurent?
10        A.   Twenty-two.
11        Q.   Does she derive any income from
12   Dimur Enterprises?
13             MR. MIZRAHI:  Objection to the
14        form of the question.  It's irrelevant.
15             It also calls for speculation.
16             MR. FINKELSTEIN:  Is that a yes or
17        no, ma'am?
18        A.   No.
19        Q.   Is she given a dividend, receive
20   any --
21             MR. MIZRAHI:  Objection to the
22        form of the question.  It's irrelevant.
23        It has no material significance to
24        claims or defenses at issue in this
25        case.
```

```
 1                      A. McCLOSKEY
 2              It also calls for speculation.
 3              MR. FINKELSTEIN:  Do you remember
 4          the question after all that?
 5          A.   The answer is no.
 6          Q.   Does she work there?
 7          A.   No.
 8              MR. MIZRAHI:  Objection to the
 9          form of the question.  It calls for
10          speculation.
11          Q.   On what basis does she get
12      22 percent of the shares?
13              MR. MIZRAHI:  Objection to the
14          form of the question.  It's irrelevant.
15              It also calls for a legal
16          conclusion.
17          A.   Friendship.
18          Q.   How long has she had 22 shares?
19              MR. MIZRAHI:  Objection to the
20          form of the question.  It's irrelevant.
21              It also calls for speculation.
22          A.   Since we started.
23          Q.   In '97?
24          A.   Yes.
25          Q.   1997, Excuse me.?
```

```
 1                      A. McCLOSKEY
 2          A.   Correct.
 3          Q.   With regard to Madame X, who makes
 4     the -- who's responsible for the management
 5     of the lounge bar?
 6               MR. MIZRAHI:  Objection to the
 7          form of the question.  It's vague and
 8          ambiguous.
 9          A.   The general day-to-day is my bar
10     manager, Karen.
11               But nobody right now because we're
12     closed.
13          Q.   And you're opening up again on
14     March 31st?
15               MR. MIZRAHI:  Objection.
16          A.   No.
17               MR. MIZRAHI:  Objection to the
18          form of the question.
19          Q.   When do you plan on reopening?
20          A.   Your guess is as good as mine.
21          Q.   Okay.  Because I thought I read on
22     your website that you're opening up March
23     31st.
24          A.   That's on our Yelp page.  I have
25     to specify a date.
```

```
 1                        A. McCLOSKEY
 2               It keeps getting pushed back.
 3        Q.    You're aware of the 25 percent
 4   opening up by your governor?
 5        A.    Quite.
 6        Q.    So you're not gonna open up for
 7   that 25 percent?
 8        A.    No.
 9        Q.    You said your manager bar person,
10   I think you said that, does the day-to-day
11   operations of Madame X?
12        A.    She did.
13        Q.    She did.
14               What is her name?
15        A.    Karen Kramer.
16        Q.    Can you spell that, please?
17        A.    Karen spelled the regular way.
18   Kramer, K-R-A-M-E-R.
19        Q.    And how do you spell the first
20   name?
21        A.    Karen, K-A-R-E-N.
22        Q.    What was the last name?  You said
23   something about it wasn't spelled the
24   regular way.
25        A.    No.  Her first name is spelled
```

```
1                          A. McCLOSKEY
2          Karen, K-A-R-E-N, Kramer, K-R-A-M-E-R.
3               Q.   Okay.  When was the last time she
4          worked at the lounge?
5               A.   March 15, 2020.
6               Q.   I'm assuming that's when you
7          closed down.
8               A.   Yes.
9               Q.   Are you paying rent right now?
10              A.   No.
11                   MR. MIZRAHI:  Objection to the
12              form of the question.  It calls for a
13              legal conclusion.
14              Q.   What rent were you paying in
15         February --
16                   MR. FINKELSTEIN:  It's no legal
17              conclusion.  It's a fact question.
18              Q.   In February 2020, what rent were
19         you paying?
20                   MR. MIZRAHI:  Objection to the
21              form of the question.
22                   MR. FINKELSTEIN:  Can you lower
23              your volume?
24                   MR. MIZRAHI:  It's a conclusory
25              statement.
```

```
 1                      A. McCLOSKEY
 2              MR. FINKELSTEIN:  Yeah.  Great.
 3              What's the answer, please?
 4         A.   The amount that I put on the check
 5    every month was $15,000.
 6         Q.   That's up until March of 2020?
 7         A.   Yes.
 8         Q.   When you say you put on the check,
 9    did you also pay in any other way, in cash?
10         A.   No.
11         Q.   Okay.  When was the last time you
12    paid rent there?
13         A.   That was the last payment.
14         Q.   Do you pay the real estate taxes
15    there or a portion of them?
16              MR. MIZRAHI:  Objection to the
17              form of the question.
18         A.   That is part of the 15,000.
19         Q.   Has he given you a notice since
20    you stopped paying rent to leave, to vacate
21    the premises?
22              MR. MIZRAHI:  Objection to form of
23              the question.  It's irrelevant.  It has
24              nothing to do with the claims or
25              defenses at issue in this litigation.
```

```
 1                        A. McCLOSKEY
 2            A.   No.
 3            Q.   Do you have an agreement or have
 4       you had any conversations about when you're
 5       gonna start paying rent again with the
 6       owner?
 7                 MR. MIZRAHI:  Objection to the
 8            form of the question.  It is
 9            irrelevant.  It has nothing to do with
10            the claims or defenses at issue in this
11            ADA action.
12                 Objection on the basis that it may
13            be requesting privileged and/or
14            otherwise confidential information.
15                 Amy, to the extent that it doesn't
16            call for you to disclose any privilege
17            or confidential information, you can
18            answer the question.
19                 MR. FINKELSTEIN:  Do you remember
20            the question?
21                 THE WITNESS:  Yes.
22            A.   No.
23            Q.   Do you have intentions of
24       remaining at that location operating Madame
25       X when this plague is over?
```

1                    A. McCLOSKEY

2              MR. MIZRAHI:  Objection.  It calls

3          for speculation.

4          A.   In this case, I'm agreeing with my

5     lawyer.  It totally is up for speculation.

6     Too many variables.

7          Q.   Ms. McCloskey, are you familiar

8     with the Americans with Disabilities Act?

9          A.   Only generally.

10         Q.   Tell me what you mean by

11    generally, please.

12         A.   I understand it as a thing.  I

13    understand some vague things about it.  I

14    have never read it.

15         Q.   Okay.  What do you understand

16    about it?

17              MR. MIZRAHI:  Objection to the

18         form of the question.  It's vague and

19         ambiguous.

20              MR. FINKELSTEIN:  That's what Ms.

21         McCloskey just said, she has a general

22         and vague knowledge.

23         Q.   Tell me what you understand.

24         A.   We woke up a country and decided

25    to allow people to be more -- not decided --

```
1                      A. McCLOSKEY
2        said that -- I mean, like I said, it's
3        pretty vague.
4                 People with disabilities don't get
5        access to certain places.  They needed to
6        make it a rule.
7             Q.   When did you learn this?
8             A.   No idea.
9             Q.   More or less than five years ago?
10            A.   You know, it's part of -- it was
11       part of the press.
12            Q.   What did you mean by that, part of
13       the press?
14            A.   More than five years ago.
15            Q.   The law's been out since
16       approximately 1992, 1993.  Can you give me a
17       timeframe within that of when you found out
18       about it?
19            A.   After that.  I didn't pay
20       attention.
21            Q.   Okay.  Would it be between -- I
22       know the time period you said five years,
23       would it be more than ten years?
24            A.   Again, I can't say specifically.
25       I know what you're getting at.  It's in
```

```
1                      A. McCLOSKEY
2       general.  It's, you know -- there was an
3       understanding.  But if you're asking -- I
4       need a more specific question because I
5       don't -- I don't have an idea.  I really
6       honestly don't.
7               Q.   You say you heard about the ADA,
8       you knew about approximately the last five
9       year --
10              MR. MIZRAHI:  Objection to the
11           form of the question.  It is
12           misconstruing witness testimony.
13              MR. FINKELSTEIN:  Yeah.  Well,
14           let's start from scratch then.
15              Q.   When did you first become familiar
16      or hear about the ADA?
17              A.   I can't answer that.  I don't
18      know.  It's something that's generally out
19      there.  You become vaguely aware of things.
20              Q.   When you say generally out there,
21      how long ago would that be that you
22      generally found out?
23              A.   I can't answer that question.  I
24      don't like to be specific when I don't have
25      an answer.
```

```
 1                      A. McCLOSKEY
 2          Q.    That's fine.
 3                Did you acquire knowledge of it
 4      after 1993?
 5          A.    Sometime between 1993 and five
 6      years ago.  Absolutely?
 7          Q.    Okay.  Thank you.
 8                Ms. McCloskey, when did you become
 9      aware of the lawsuit?
10          A.    I don't know specifically.  I
11      honestly don't remember.
12          Q.    Approximately.
13          A.    When we were served and that was,
14      what, couple years ago, a year ago.
15      Somewhere between that.
16          Q.    Okay.  Did you bring any documents
17      with you or any paperwork or anything
18      related to this lawsuit with you today?
19          A.    No.
20          Q.    Did your attorney ever show you
21      the notice that was served on him for you to
22      come today?
23          A.    No.
24          Q.    No.
25                So you're not familiar with the
```

```
 1                     A. McCLOSKEY
 2         items that were requested in the notice --
 3         your notice of deposition today?
 4              A.   I know I'm supposed to be here.
 5         Anything more than that, I don't -- would
 6         not have any specific knowledge.
 7              Q.   Did anybody tell you not to bring
 8         anything with you today related to this
 9         lawsuit?
10              A.   Nope.
11              Q.   Who did you contact after you were
12         served with the lawsuit?
13              A.   That was a while ago.  I don't
14         recall.
15              Q.   Did you call a lawyer?
16              A.   Not initially.  I think we did
17         research into what it was all about.  I
18         don't -- again, it's been a while.
19              Q.   What did your research reflect?
20              A.   That we were grandfathered and not
21         liable was my estimation.
22              Q.   Under what grounds did your
23         research indicate that you were
24         grandfathered?
25                   MR. MIZRAHI:  Objection to the
```

```
1                      A. McCLOSKEY
2           form of the question.  It calls for a
3           legal conclusion.
4                MR. FINKELSTEIN:  It's all based
5           on her research, Counsel.
6                But you can answer the question,
7           ma'am.
8                MR. MIZRAHI:  Objection.  Renewed
9           objection.  It is --
10          A.   Can you rephrase?
11               MR. MIZRAHI:  -- requesting a
12          legal conclusion.
13               Amy, you can answer.
14               If you need him to --
15               MR. FINKELSTEIN:  Relax.  She
16          needs the question again.
17               Stephanie, can you please read it
18          back to Ms. McCloskey.  Thank you.
19               (Whereupon, the requested portion
20          of the transcript was read back by the
21          reporter.)
22          A.   I don't have a memory of the
23     specific.  Again, it's very general.
24          Q.   And after you did your research,
25     who did you contact, if anybody, regarding
```

```
 1                      A. McCLOSKEY
 2        this lawsuit?
 3             A.   Mostly, we spoke to other people
 4        in our business.
 5             Q.   Okay.  Did you tell the owners
 6        that everybody was being sued?
 7                  MR. MIZRAHI:  Objection to the
 8                  form of the question.  It's vague and
 9                  ambiguous.
10                  It's also irrelevant.  It has no
11                  material relevance to the claims or
12                  defenses at issue in this litigation.
13             A.   I know at some point Eddie reached
14        out to me to ask me; and I told him we were
15        handling it.  That was the extent of that.
16             Q.   When did Eddie -- I'm assuming
17        you're referring to Eddie Chung?
18             A.   Yes.
19             Q.   How soon after the lawsuit, you
20        found out about it, did he reach out to you?
21                  MR. MIZRAHI:  Amy, I'm instructing
22                  you not to answer this question.  It's
23                  completely irrelevant.  It has nothing
24                  to do with the claims or the defenses
25                  at issue in this litigation.  This is
```

```
 1                    A. McCLOSKEY
 2          unduly unnecessary.  It's unduly
 3          burdensome.  It's designated and
 4          targeted to harass you.
 5                 On that basis, I'm going to ask
 6          you not to answer the question.
 7                 I'm also going to object to the
 8          entire line of questioning that is
 9          being posed right now.
10                 MR. FINKELSTEIN:  Mark it for a
11          ruling.
12                 Stephanie, I didn't do it on the
13          last one.  We're calling Judge Stewart
14          Aaron before the deposition is
15          concluded.  I want to get a ruling on
16          this one.
17                 What was the question again,
18          please?
19                 (Whereupon, the requested portion
20          of the transcript was read back by the
21          reporter.)
22          Q.  Did Eddie reach out to you, or you
23      reached out to him?
24                 MR. MIZRAHI:  Amy, I'm going to
25          object to this line of questioning for
```

```
 1                        A. McCLOSKEY
 2              the same reasons that were set forth
 3              previously.  It's irrelevant.  It has
 4              no material relevance to the claims of
 5              defenses at issue in this litigation.
 6              I'm going to object on the basis that
 7              it is unduly burdensome.  It's designed
 8              to harass you.
 9                  Amy, don't respond to this
10              question.
11                  MR. FINKELSTEIN:  Mark it for a
12              ruling, please.
13              Q.   Was there a discussion between you
14      and Eddie Chung as to who would be
15      responsible for -- strike that.
16                  Was there any conversation either
17      by e-mail, phone call, text, anything, any
18      communication as to who would be hiring an
19      attorney to defend owners and Madame X in
20      this lawsuit?
21              A.   There was no specific discussion.
22      When we decided to hire a lawyer, we just
23      did so.
24              Q.   When did you hire the lawyer?
25              A.   I don't recall.
```

```
 1                         A. McCLOSKEY
 2            Q.    Approximately what year?
 3            A.    It would have been 2000.
 4            Q.    In the middle, during the summer
 5       --
 6            A.    I'm sorry.  2020.
 7            Q.    Would it be the springtime,
 8       wintertime, summertime?
 9            A.    Honestly, I don't recall.
10            Q.    Who hired the lawyer?
11            A.    Dimur Enterprises.
12            Q.    Was that this law firm, Epstein &
13       Associates, including the fellow on video
14       right now?
15            A.    Correct.
16            Q.    Who paid?
17            A.    Dimur Enterprises.
18            Q.    And you signed a retainer
19       agreement?
20            A.    I'm assuming yes.
21            Q.    Did Eddie Chung know that you
22       hired an attorney?
23                 MR. MIZRAHI:  Objection to the
24            form of the question.  It's irrelevant.
25                 It also calls for speculation.
```

```
 1                        A. McCLOSKEY
 2              MR. FINKELSTEIN:  Are you
 3         directing her not to answer?
 4              MR. MIZRAHI:  You can answer.
 5              THE WITNESS:  I hate to do this,
 6         but what was the question again?
 7              MR. FINKELSTEIN:  It's okay,
 8         ma'am.
 9              Go ahead, Stephanie, please.
10              (Whereupon, the requested portion
11         of the transcript was read back by the
12         reporter.)
13              MR. MIZRAHI:  Objection for the
14         record.  It's irrelevant.  It has no
15         material --
16              MR. FINKELSTEIN:  You just made
17         that objection.
18              MR. MIZRAHI:  It has no material
19         relevance to the claims of defenses at
20         issue in this litigation.
21              We're also going to object to this
22         question on the basis that it calls for
23         speculation.
24         A.   At some point or another, I spoke
25         with Eddie about hiring a lawyer and that we
```

```
 1                        A. McCLOSKEY
 2        would be hiring a lawyer.
 3             Q.    And that was in 2019 or 2020?
 4             A.    Honestly, I don't remember.
 5             Q.    Well, let's go back to when you
 6        closed up on March 15, 2020.
 7                   How soon after that did you and
 8        Eddie Chung talk about the lawyer?
 9             A.    I don't recall.  I honestly don't
10        recall.
11             Q.    Would it have been -- sorry.  Go
12        ahead.  Your turn.
13             A.    I think we need to accept the fact
14        that 2020 was a complete wash and so it's
15        kind of gone out of my head.
16                   We probably would have discussed
17        this in 2019.  But again, I am extremely
18        vague.  I don't have anything specific to
19        offer you.
20             Q.    I hear you about it being a wash.
21        It's a blur.  I get you.  It's nuts.  Let's
22        just say --
23             A.    I don't want to be specific
24        because I don't have an answer.
25             Q.    You don't have to be exactly
```

```
 1                       A. McCLOSKEY
 2         specific.  Whoever told you that, it's not
 3         true.
 4              A.   No.  No.  It's me.  I'm literal.
 5              Q.   Got you.
 6                   Would you say within six months of
 7         getting served with this lawsuit -- six
 8         months, within six months of the lawsuit,
 9         did you ever talk to Eddie Chung?
10                   MR. MIZRAHI:  Objection to the
11              form of the question.  It's completely
12              irrelevant.  It has nothing to do with
13              the claims or defenses at issue in this
14              litigation.
15                   We're also going to object to the
16              form of the question to the extent that
17              it calls for speculation.
18                   MR. FINKELSTEIN:  Answer, please.
19              A.   I would say that is probable.  I
20         have a timeline in my mind of my
21         conversation.
22                   Q.   More likely than not, within six
23         months, you spoke to Eddie Chung about the
24         lawsuit?
25                   MR. MIZRAHI:  Objection to the
```

```
1                    A. McCLOSKEY
2           form of the question.  It misconstrues
3           witness testimony.
4                MR. FINKELSTEIN:  She'll answer
5           me, she --
6                MR. MIZRAHI:  We're going to also
7           further object to this question on the
8           basis that it's irrelevant.  It has no
9           material significance to the claims or
10          the defenses at issue in this ADA
11          litigation.  We're also going to object
12          on the basis that it calls for any
13          speculation.
14          A.    That sounds likely.
15          Q.    What did that conversation
16     involve?  What did it entail?
17          A.    Eddie is in his 70s.  And it
18     probably just consisted of me saying to him
19     I'd handle it.
20          Q.    Okay.  Did he ever offer to pay
21     legal fees?
22               MR. MIZRAHI:  Objection to the
23          form of the question.  It's irrelevant.
24          It has nothing to do with the claims or
25          defenses at issue in this ADA
```

```
 1                    A. McCLOSKEY
 2          litigation.
 3                 We're also going to object to this
 4          line of questioning on the basis that
 5          it calls for any speculation.
 6                 We're further going to object to
 7          the extent that it's intended to harass
 8          the witness.
 9                 MR. FINKELSTEIN:  Go ahead, Ms.
10          McCloskey.
11                 Do you want the question again?
12                 THE WITNESS:  Very briefly.
13                 MR. FINKELSTEIN:  Stephanie, could
14          you please read it again.
15                 (Whereupon, the requested portion
16          of the transcript was read back by the
17          reporter.)
18                 MR. MIZRAHI:  Objection to the
19          form of the question.  It's irrelevant.
20          It has nothing to do with the claims or
21          the defenses at issue in this ADA
22          litigation.
23                 We're further going to object on
24          the basis that it calls for
25          speculation.
```

                          A. McCLOSKEY

1

2              Lastly, we're going to object on

3           the basis that it is a question that is

4           designed to harass the witness.

5           A.    I don't recall any specific

6      conversation.  I recall basically telling

7      him I would handle it.  I --

8           Q.    Did you ever ask him -- I'm sorry.

9      What?

10          A.    I just told him I would handle it.

11          Q.    Got you.

12          A.    I told him not to worry about it,

13      that I would handle it.

14          Q.    Did you ever ask him to share in

15      the legal fees, to pay some money?

16              MR. MIZRAHI:  Objection to the

17           form of the question.

18          A.    No.

19              MR. MIZRAHI:  It's irrelevant.  It

20           has nothing to do with the claims or

21           defenses at issue in this ADA

22           litigation.

23              We're also going to object to the

24           form of the question to the extent it

25           calls for any speculation.

```
1                    A. McCLOSKEY
2              MR. FINKELSTEIN:  Anything else?
3              THE WITNESS:  My answer was no.
4              MR. FINKELSTEIN:  I was talking to
5         him.  I thought maybe he wanted to keep
6         going.  Thank you anyway, Ms.
7         McCloskey.
8         Q.   Where did the conversation take
9    place that you had with Eddie Chung within
10   six months of the lawsuit of you telling him
11   you would take care of it?
12             MR. MIZRAHI:  Objection to the
13        form --
14             MR. FINKELSTEIN:  Let him make his
15        objection and you can answer.
16             MR. MIZRAHI:  Objection to the
17        form of the question.  It misconstrues
18        the witness' prior testimony.
19        A.   To the best of my recollection,
20   this happened -- it might have been a brief
21   phone call.  It might have been an e-mail.
22   It might have been a text message.  We
23   communicate in a variety of ways.  I don't
24   recall specifically, but it was very brief.
25   I do not engage him in a lot of
```

```
1                        A. McCLOSKEY
2         conversation.
3              Q.   Did he ever tell you that he was
4         served with a lawsuit as well?
5                   MR. MIZRAHI:  Objection to the
6              form of the question.  It calls for
7              speculation.
8                   We're further going to be
9              objecting to this question on the basis
10             that it's irrelevant.  It has nothing
11             to do with the claims or defenses at
12             issue.
13                  Lastly, we're going to be
14             objecting to this question on the basis
15             of hearsay.  It calls for out-of-court
16             statement.
17                  THE WITNESS:  You're gonna have to
18             read that one back again.
19                  (Whereupon, the requested portion
20             of the transcript was read back by the
21             reporter.)
22             A.   I do not recall if he said
23        anything to me.  I was aware -- if my memory
24        is correct, I was aware that his -- that
25        when we got paperwork, that C&S Millennium
```

```
 1                    A. McCLOSKEY
 2      Real Estate was on the paperwork.  So that
 3      would have given me a clue.
 4           Q.   Would have given you a clue as to
 5      what?  You lost me.
 6           A.    That he was on it.  That C&S
 7      Millennium Real Estate was named.
 8               MR. FINKELSTEIN:  Okay.  Can you
 9           please read back my question.
10               (Whereupon, the requested portion
11           of the transcript was read back by the
12           reporter.)
13               MR. MIZRAHI:  Objection to the
14           form of the question.  We're going to
15           renew the previous objection.
16           A.   He did not specifically mention to
17      my recollection.
18           Q.   Do you know how he found out about
19      the lawsuit?
20           A.   I don't know personally.  No.
21           Q.   Did you tell him about the
22      lawsuit?
23           A.   No.
24           Q.   When was the last time you had any
25      sort of communication with Eddie Chung, the
```

A. McCLOSKEY

2  owner of the building regarding the lawsuit?

3          MR. MIZRAHI:  We're going to be

4      objecting.  We're going to renew the

5      previous objection.

6          A.   Not in the last six months.  So it

7  would have been beyond that.  I don't have a

8  specific answer.

9          Q.   When you say beyond, it would have

10  been before six months ago; I think that's

11  what you're saying?

12          A.   Previous to six months ago.

13          Q.   Thank you.  All right.

14          A.   Is my memory.

15          Q.   From the time that you became

16  familiar with the Americans with Disability

17  Act, which I think you said was about 15

18  years ago, up until the time of the lawsuit

19  when you found out about it when you got

20  served, as you said before, was there ever

21  any inspection or evaluation performed at

22  Madame X to determine if it was ADA

23  compliant?

24          A.   No.

25          Q.   Did anybody tell you not to?

```
 1                    A. McCLOSKEY
 2         A.   No.
 3         Q.   Did you think the ADA didn't
 4    involve your lounge bar?
 5         A.   That's --
 6              MR. MIZRAHI:  Objection to the
 7         form of the question.
 8              Amy, please wait a moment for me
 9         to put in my objection.
10              THE WITNESS:  Okay.
11              MR. MIZRAHI:  Objection to the
12         form of the question.  It calls for a
13         legal conclusion.
14              MR. FINKELSTEIN:  You can answer.
15              THE WITNESS:  Apparently, my
16         short-term memory sucks.  I might need
17         to hear that again.
18              MR. FINKELSTEIN:  Go ahead,
19         Stephanie.
20              (Whereupon, the requested portion
21         of the transcript was read back by the
22         reporter.)
23         A.   I honestly never, rarely if ever,
24    considered it.
25         Q.   Do you have any financial interest
```

```
1                        A. McCLOSKEY
2         in the building itself?
3              A.   No.
4                   MR. MIZRAHI:  Objection to the
5              form of the question.
6                   Amy, please wait.  Okay?
7                   THE WITNESS:  I know.  I'm sorry.
8                   MR. MIZRAHI:  It's okay.  Please
9              just wait a moment for me to consider
10             putting in an objection.
11             Q.   Besides you and Ms. Laurent, does
12        anybody else have any financial involvement
13        with the lounge bar known as Madame X?
14                  MR. MIZRAHI:  Objection to the
15             form of the question.  It's irrelevant.
16             It has nothing to do with the claims or
17             the defenses at issue in this
18             litigation.
19                  Amy, you can go ahead and answer.
20                  MR. FINKELSTEIN:  She knows that.
21             A.   No.
22             Q.   Do you know if the building is
23        landmarked?
24                  MR. MIZRAHI:  Objection to the
25             form of the question.  It's vague and
```

```
 1                      A. McCLOSKEY
 2           ambiguous.
 3                   MR. FINKELSTEIN:  It's pretty
 4           simple.
 5                   But do you know the answer?
 6           A.   I know the neighborhood is
 7      landmarked.
 8           Q.   How do you know that?
 9           A.   It was in the newspapers in 2013.
10           Q.   Okay.  So you know the
11      neighborhood is landmarked, but you're not
12      sure about the building and the restaurant;
13      is that a fair statement?
14           A.   Correct.
15           Q.   Since you opened the restaurant
16      slash lounge slash bar -- I guess I
17      shouldn't be calling it a restaurant -- was
18      any renovation work done to it?
19           A.   Yes.
20           Q.   Tell me, tell us, please.
21                   MR. MIZRAHI:  Objection to the
22           form of the question.  It's vague and
23           ambiguous.
24                   MR. FINKELSTEIN:  Yeah.  Go ahead.
25           A.   It is pretty vague.  I mean, do
```

                           A. McCLOSKEY

1

2      you have any specific kind of question?  I

3      mean, any place that's been open 23 years,

4      there are gonna be renovations.

5           Q.   Whatever you remember as

6      renovations in 23 years is fine by me.

7           A.   Okay.  I'm going to have to be

8      fairly general.  It's -- there's all kinds

9      of little things that you do to a place.

10          Q.   Tell me any work done --

11          A.   But just to be clear, any

12     renovations that were done 2000 and prior.

13     There have been no renovations post-2000

14     that were of any significance.

15          Q.   Is there any reason that 2000

16     stands out in your mind as no renovations of

17     significance after that?

18          A.   That's when we last engaged a

19     contractor to do renovations.

20          Q.   What kind of renovations did that

21     contractor do?

22          A.   That's a darn good question.  I

23     would have to check.  It was interior

24     renovations.  I think we moved a bathroom

25     door from one side to another side.  I think

A. McCLOSKEY

1

2      we took out some barriers on our second

3      floor and put up some different walls.  I

4      think we added some plumbing to existing

5      plumbing.  We put in a separate bar up on

6      the second floor.  Things like that.

7          Q.   Were any of these renovations done

8      to comply with the Americans with

9      Disabilities Act?

10             MR. MIZRAHI:  Objection to the

11          form of the question.  It calls for a

12          legal conclusion.

13             It's vague and ambiguous.

14          A.   I don't believe so.

15          Q.   When you hired the contractor or

16      contractors to do the work that you

17      described, was any mention made by you or

18      him in terms of making the facility --

19          A.   This was our second floor.  Not

20      particularly accessible to anybody.  Again,

21      this is not something that we thought about

22      at that time.  It was not part of the

23      popular thinking.  So I don't recall

24      anything specific.  It might have been

25      brought up by the contractor, but I did not

```
 1                    A. McCLOSKEY
 2        have anything to do with the day-to-day work
 3        at that time.
 4               MR. FINKELSTEIN:  Move to strike
 5            those parts that are not responsive.
 6            Q.   Is the second floor still not
 7        accessible?
 8               MR. MIZRAHI:  Objection to the
 9            form of the question.  It calls for a
10            legal conclusion.
11               MR. FINKELSTEIN:  Well, she just
12            mentioned that.
13               Hold on a second.
14               Can you read back her answer to
15            that last question.
16               MR. MIZRAHI:  Madam Court
17            Reporter, please finish [sic] until I'm
18            done making my objection for the
19            record.
20               MR. FINKELSTEIN:  Yes, please do.
21               MR. MIZRAHI:  Please also note
22            opposing counsel's interruption, for
23            the record.
24               MR. FINKELSTEIN:  Yes, please do.
25               MR. MIZRAHI:  We're going to be
```

```
 1                     A. McCLOSKEY
 2          objecting to the question on the basis
 3          that it calls for a legal conclusion.
 4               We're further going to object to
 5          this question on the basis that it
 6          misconstrues the witness' prior
 7          testimony.
 8               MR. FINKELSTEIN:  Madam Court
 9          Reporter, can you please read back the
10          witness' last response to my last
11          question, please.  Thank you.
12               (Whereupon, the requested portion
13          of the transcript was read back by the
14          reporter.)
15          Q.   The question is:  The second
16     floor, is it still not particularly
17     accessible to anybody at the current time,
18     Ms. McCloskey?
19          A.   Nothing has changed since we
20     renovated, no.
21          Q.   Thank you.
22               To your knowledge, has anybody in
23     a wheelchair ever been in Madame X, in the
24     interior, inside of it?
25          A.   Yes.
```

```
                          A. McCLOSKEY
1

2          Q.    When?

3          A.    I don't know.  We have had a

4     number of people who have contacted us about

5     that, and we set it up so we can get them

6     in.

7                If we know that people have that

8     particular disability, we work with them to

9     allow them in.

10         Q.    How did you work with them?  You

11    say you set it up, what would you do?

12         A.    Just, you know, we would have

13    people available there or they would provide

14    people to help bring them in, bring the

15    wheelchair in, and make them comfortable.

16         Q.    Would the person, whether it's a

17    lady or a man, would they be in the

18    wheelchair when you have people helping them

19    get access?

20         A.    I don't have an answer to that.  I

21    don't think I was ever physically personally

22    there when these things happened.  I just

23    know we were asked and helped.

24         Q.    Once they got in, were they able

25    to use the bathrooms?
```

```
 1                      A. McCLOSKEY
 2           A.   Yes.
 3           Q.   How?
 4               MR. MIZRAHI:  Objection to the
 5           form of the question to the extent it
 6           calls for speculation.
 7               Amy --
 8           Q.   Do you know how they were able to
 9      get access to the bathrooms?
10           A.   I did not personally witness this.
11           Q.   Okay.
12           A.    It's all on the same floor.
13           Q.    How many entrances are there to
14      Madame X?
15           A.    There's the street entrance, which
16      is eight steps down from street level.
17      There's -- and that's it.
18           Q.    So correct me if I'm wrong, you
19      weren't there on the occasion or occasions
20      that folks who were wheelchair-bound would
21      either be carried in by your people at the
22      lounge or by their own people; am I correct?
23               MR. MIZRAHI:  Objection to the
24           form of the question to the extent that
25           it misconstrues the witness' prior
```

```
1                          A. McCLOSKEY
2              testimony.
3              A.   I was never personally physically
4         there witnessing this.
5              Q.   Do you know how many times folks
6         who were wheelchair-bound came in?
7              A.   I do not.
8              Q.   Do you know if they needed help to
9         get into the lavatories, the bathrooms?
10             A.   I do not.
11             Q.   Are you paying legal fees or is an
12        insurance company paying legal fees?
13                  MR. MIZRAHI:  Objection to the
14             form of the question.  It's irrelevant.
15             It has nothing to do with the claims or
16             defenses at issue in this case.
17                  I invite opposing counsel to
18             articulate the basis for which he is
19             continuing with this improper line of
20             questioning.
21                  It's completely improper.  It has
22             no relevance.
23                  We're going to instruct the client
24             not to answer this question.  It's --
25             Q.   Ms. McCloskey --
```

```
1                      A. McCLOSKEY
2               MR. MIZRAHI:  -- designed -- it's
3          designed to harass the witness.
4               MR. FINKELSTEIN:  Yeah.  For you,
5          sir, I'll articulate nothing.
6               And for you, Ms. McCloskey, I mean
7          no harassment in the least.  I'm here
8          just to get information.  That's all I
9          want to do.
10         Q.   Is there an insurance policy in
11    effect for your restaurant, for your lounge
12    bar?
13         A.   Not at present.
14         Q.   Did it expire recently?
15         A.   We have been closed for almost a
16    year.
17         Q.   All right.  So when was the last
18    time you had insurance?
19              Let me see if I can do it a better
20    way for you to help your memory.
21              When you were served with the
22    lawsuit, was there an insurance policy in
23    effect?
24         A.   Yes.
25         Q.   Did that insurance cover you for
```

```
1                        A. McCLOSKEY
2      ADA lawsuits?
3                 MR. MIZRAHI:  Objection to the
4            form of the question.  It calls for a
5            legal conclusion.
6            A.   I have a broker that handles that.
7            Q.   Have you ever been in touch with
8      the broker about this lawsuit?
9            A.   No.
10           Q.   You never asked him if the
11     insurance covered it?
12           A.   No.
13           Q.   You're paying the legal fees or
14     Dimur Enterprises is; am I correct?
15           A.   Dimur Enterprises is, yes.
16           Q.   Thank you.
17                You're month-to-month, so is there
18     any understanding between you and the owner
19     of the building that if it's deemed --
20     strike that.
21                Is there any understanding between
22     you and Dimur Enterprises, with the owners
23     of the building, that in the event ADA
24     violations have to be corrected, who will
25     pay for them?
```

```
1                     A. McCLOSKEY
2              MR. MIZRAHI:  Objection to the
3          form of the question.  It calls for a
4          legal conclusion.
5              We're further going to be
6          objecting to this question on the basis
7          of any documentary evidence that speaks
8          for itself.
9          A.    I honestly don't know how to
10     answer that question.
11         Q.    If as a result of this lawsuit
12     it's found that there were violations at
13     Madame X of the ADA, who is going to make
14     the repairs, you, the landlord, or somebody
15     else?
16             MR. MIZRAHI:  Objection to the
17         form of the question.  It calls for
18         speculation.
19             We're further going to be
20         objecting to form of this question to
21         the extent that it calls for a legal
22         conclusion.
23         A.    I plan the cross that bridge if
24     and when I ever get to it.
25         Q.    Have you ever had any training
```

```
 1                      A. McCLOSKEY
 2        with regards to the Americans with
 3        Disabilities Act?
 4                 MR. MIZRAHI:  Objection to the
 5             form of the question.  It's vague and
 6             ambiguous.
 7             A.   No.
 8             Q.   Subsequent to this lawsuit or at
 9        any time that you found out about this
10        lawsuit up until today's date, have you
11        hired an expert or anyone known as an
12        architect or general contractor or anybody
13        to do an inspection of the facility?
14             A.   No.
15             Q.   Do you expect to?
16                 MR. MIZRAHI:  Objection to the
17             form of the question.  It calls for
18             speculation.
19             A.   I'm going to file that one under
20        I'll cross that bridge if I need to.
21             Q.   Okay.  If you need to, who would
22        be paying for that expert, you or the
23        owners?
24                 MR. MIZRAHI:  Objection to the
25             form of this question again.  It calls
```

```
1                     A. McCLOSKEY
2          for speculation.
3          A.   Again, it would be Dimur
4     Enterprises.
5          Q.   Of which you're president with 78
6     percent of the shares?
7          A.   Correct.
8          Q.   I don't want to know the content,
9     but have you ever had any discussions with
10    your lawyer or lawyers regarding the various
11    discovery requests that were served on them?
12              If you don't know what I'm talking
13    about, let me know.
14              MR. MIZRAHI:  We're going to
15         object to the form of this question.
16              MR. FINKELSTEIN:  Hold on a
17         second.  I want to know if she knows,
18         so I can follow up.
19              MR. MIZRAHI:  We're going to
20         object to the form of this question to
21         the extent that it is probing any
22         confidential or otherwise privileged
23         information.
24              Amy, you can answer the question.
25         But please give me a moment to lodge
```

```
 1                    A. McCLOSKEY
 2            any objections in response to this
 3            current line of questioning.
 4                 THE WITNESS:  Did you have more
 5            you needed to ask Mr. Finkelstein?
 6                 MR. FINKELSTEIN:  No, but thank
 7            you.
 8                 Do you want her to read back the
 9            question?
10                 THE WITNESS:  Yeah.  I'm not sure
11            I understood it.
12                 MR. FINKELSTEIN:  Read it back,
13            please, Stephanie.
14                 (Whereupon, the requested portion
15            of the transcript was read back by the
16            reporter.)
17            Q.   I'm not trying to find out the
18       content.  I don't want to know the content.
19       Yes, it's privileged information.
20                 I just want to know if you had any
21       discussion or discussions with your lawyer
22       or lawyers regarding the discovery requests
23       that my office made of you and that were
24       served on your lawyers.
25                 I don't want to know the content,
```

```
 1                    A. McCLOSKEY
 2     I just want to know --
 3               MR. MIZRAHI:  We're going to renew
 4          the objection to the extent that it is
 5          probing any privileged or otherwise
 6          confidential information.
 7          A.   I don't remember specifically.
 8          Q.   Any conversations, one or ten?
 9               MR. MIZRAHI:  We're going to renew
10          the same objection.
11               We're going to be objecting on the
12          basis that it's probing any privileged
13          or otherwise confidential information.
14          A.   I'm not familiar with the
15     terminology discoveries, so I am not
16     comfortable answering that question.
17          Q.   When I say discovery, we requested
18     information, my client requested information
19     of you and the other defendants.
20               As a general rule, the lawyer
21     would go back to -- and those requests were
22     served on your lawyer.  As a general rule,
23     your lawyer or anybody's lawyer, would go
24     back to the client and discuss the requests
25     that I made of them.
```

```
 1                        A. McCLOSKEY
 2              So that's what my question means
 3       when I say discovery.
 4              A.    I'm sure some of that came up.
 5                    MR. FINKELSTEIN:  Okay.
 6              Stephanie, let's go back and read off
 7              to me one at time, the rulings.
 8                    Can you e-mail them to me?
 9                    THE REPORTER:  We can take a break
10              and I can do that.  Yes.
11                    MR. FINKELSTEIN:  Off the record.
12                    (Whereupon, a brief recess was
13              taken; after which the proceedings
14              continued as follows.)
15                    JUDGE AARON:  Good afternoon.
16              This is Magistrate Judge Aaron.  This
17              is the matter Antolini against
18              McCloskey 19CV9038.  If I could have
19              the partys identify themselves,
20              starting with the plaintiff.
21                    MR. FINKELSTEIN:  Stuart
22              Finkelstein for Plaintiff Antolini.
23                    MR. MIZRAHI:  Jason Mizrahi from
24              Leven-Epstein & Associates PC, counsel
25              for Defendants.
```

```
 1                    A. McCLOSKEY
 2              JUDGE AARON:  We had a call
 3         earlier today in connection with a
 4         dispute regarding a deposition.  My
 5         deputy reached out to me and told me
 6         there were additional matters that the
 7         partys wanted to raise and we arranged
 8         this dial-in.  So I don't know who
 9         wants to speak first.
10              MR. FINKELSTEIN:  I do.  Your
11         Honor.  I requested the Court to get
12         involved.
13              THE COURT:  Okay.
14              MR. FINKELSTEIN:  Okay.  We
15         finished the first deposition.  I'm
16         almost ending the second deposition.
17              To refresh your memory, there are
18         five defendants here, two have
19         answered, the two owners of the lounge
20         slash bar.  Actually, three, I beg your
21         pardon.  Two haven't answered, one
22         was -- regardless, two have not
23         answered, Eddie Chung and C&S
24         Millennium Real Estate LLC.
25              I am deposing one of the bar
```

```
 1                    A. McCLOSKEY

 2         owners, the lounge owners, Ms.

 3         McCloskey.  And I questioned as

 4         follows:  Did you tell the owner that

 5         everybody was being sued?

 6              Defense counsel says:  Objection

 7         to the form of the question, it's vague

 8         and ambiguous.

 9              It's also irrelevant.  It has no

10         material relevance to the claims or

11         defenses at issue in this litigation.

12              So Ms. McCloskey did, in fact,

13         answer.  She says, I know at some point

14         Eddie, that's the landlord, reached out

15         to me to ask me and I told him we were

16         handling it comma, that was the extent

17         of that.

18              Question by me:  When did Eddie,

19         I'm assuming you're referring to Eddie

20         Chung?

21              Answer, yes.

22              Question:  How soon after the

23         lawsuit -- you found out about it, did

24         he reach out to you?

25              He wouldn't let her answer.
```

```
 1                    A. McCLOSKEY

 2            Next question:  Did Eddie reach

 3       out to you or you reached out to him?

 4            Both of those, he directed his

 5       client not to answer those two

 6       questions, Your Honor.

 7            JUDGE AARON:  Okay.  Mr. Mizrahi,

 8       in light of my instructions earlier

 9       that you're not to instruct the witness

10       not to answer except on privilege

11       grounds, why did you make those

12       instructions not to answer?

13            MR. MIZRAHI:  Your Honor, opposing

14       counsel has just given you a limited

15       snapshot of the deposition that had

16       initiated at 1:30 p.m. and has gone on

17       without any interruption through and

18       including 3:00 p.m.

19            As a matter of fact, Ms. McCloskey

20       had answered the question.  In addition

21       to answering this question, which we

22       had properly objected on the grounds of

23       relevance, she was also answering many

24       other questions that also had no

25       material relevance to this case.  She
```

```
 1                     A. McCLOSKEY
 2         had answered them.
 3              Those questions that were lodged
 4         against her included requests for her
 5         full Social Security number, and
 6         requests for information concerning
 7         communications with my law office that
 8         are protected by the attorney-client
 9         privilege.
10              So Ms. McCloskey had answered his
11         question.  It was repeatedly being
12         reasked of her.
13              The instruction to her to refrain
14         from answering any further was based on
15         an objection that was designed -- a
16         line of questioning that was simply
17         designed to solicit a new response.  It
18         was designed to harass the client.  I'm
19         sorry, harass the deponent.
20              And to correct a material
21         misrepresentation that was made by my
22         adversary counsel, the codefendants
23         Eddie CK Chung, C&S Millennium Real
24         Estate, LLC have answered the operative
25         complaint in this action.  The answer
```

```
 1                    A. McCLOSKEY
 2          was filed on January 19, 2021.
 3                  We're also going to, you know,
 4          object to the characterization of the
 5          individual defendants as any owners or
 6          operators of the commercial premises at
 7          issue.  It's still unclear why these
 8          two individuals were named as
 9          defendants to this action.  It's
10          abundantly clear that only one --
11                  JUDGE AARON:  Okay.  I'll let you
12          finish your thought.
13                  MR. MIZRAHI:  Only the operating
14          entity Dimur Enterprises LLC was the
15          leaseholder and operator and owner of
16          the commercial premises.
17                  THE COURT:  So this call was not
18          an invitation to rehash everything or
19          many things that happened during the
20          course of the deposition.  Rather, it
21          was to address what the Court
22          understood were two narrow issues.
23                  So it sounds like in answer to my
24          question, my narrow question of why did
25          you instruct not to answer, your
```

```
 1                    A. McCLOSKEY
 2           response is that the questions were
 3           asked and answered and this was an
 4           attempt at harassment by
 5      Mr. Finkelstein.
 6               Mr. Finkelstein, you are not to
 7           ask the same questions over and over
 8           and over again.  You are not to harass
 9           the witness.
10               Having said that, my ruling is
11           that these questions should be put to
12           the witness.  She will answer them
13           concisely and that will be that.
14               Is there anything else?
15               MR. FINKELSTEIN:  No, Your Honor.
16               MR. MIZRAHI:  Nothing further from
17      Defendants, Your Honor.
18               JUDGE AARON:  Okay.  Thank you.
19               This matter is adjourned.
20               MR. FINKELSTEIN:  Thank you.
21               Stephanie, can you read back to
22      me, the first question was, did you
23      tell the owner that everybody was being
24      sued?
25               Can you go back to that and tell
```

```
 1                    A. McCLOSKEY
 2          me what was before that a couple of
 3          questions, please.  Or just one
 4          question anyway.
 5                  (Whereupon, the requested portion
 6          of the transcript was read back by the
 7          reporter.)
 8          Q.   So that's the pending question,
 9     Ms. McCloskey.
10                  Do you want me to ask you again,
11     Ms. McCloskey?
12          A.   What specifically are you asking?
13     I'm sorry.
14          Q.   Did you tell the owner -- after
15     you did your research on the lawsuit, did
16     you tell the owner that everybody was being
17     sued?
18                  MR. MIZRAHI:  Objection to the
19          form of the question.  It is not
20          relevant.
21                  MR. FINKELSTEIN:  The judge just
22          ruled on it.  Object to the form and I
23          think that --
24                  MR. MIZRAHI:  Madam Court
25          Reporter, please note my adversary's
```

```
 1                    A. McCLOSKEY
 2           interruption, for the record.
 3                We're going to object on the basis
 4           of relevancy.  It has no material
 5           relevance to the claims or defenses at
 6           issue in this litigation.
 7                We're further going to object to
 8           this line of questioning on the basis
 9           that it was previously asked and
10           answered.
11                Amy, please answer the question.
12                MR. FINKELSTEIN:  Hold on one
13           second, Ms. McCloskey, just so the
14           record is clear.  Actually, no, I don't
15           care about his verbiage.
16                Yes, you can answer.
17           A.   Geez Louise.  You think I can hold
18      onto the question long enough.
19                You just want to know --
20           Q.   After you did your research --
21      after you were served with the lawsuit and
22      you did your research and spoke to people
23      about the ADA blah, blah, blah, et cetera,
24      et cetera, et cetera, did you tell the owner
25      after that that everybody was being sued?
```

```
 1                    A. McCLOSKEY
 2            A.    I think he saw -- I'm sorry.   I
 3      think he saw by the paperwork that he
 4      received who was being sued.
 5                    MR. MIZRAHI:  We're going to
 6            object to that prior line of
 7            questioning on the basis that it calls
 8            for speculation.
 9            Q.    How do you know he saw paperwork?
10            A.    Because it -- it created a
11      conversation afterwards.  There was -- he --
12      you know, he must have gotten something.   I
13      don't know exactly when because I know it
14      wasn't immediate.
15            Q.    Forget about exact.  Approximately
16      how long after you were served with the
17      lawsuit did you and he have a discussion
18      about it?
19            A.    I don't believe we had a
20      discussion.  I believe that he might have
21      sent me a text or something like that saying
22      what is this about and --
23            Q.    Okay.
24            A.    And we did not get into it.  As I
25      mentioned, the only back and forth was,
```

A. McCLOSKEY

1

2     don't worry about it, we'll take care of it.

3         Q.   That was within how many months of

4     you finding out -- you being served with

5     this lawsuit?

6         A.   I don't have any honest clue the

7     answer to that.

8         Q.   How about three months?

9         A.   The bar business is busy.  There

10    were many other things I was thinking.

11        Q.   How about three months, within

12    three months, did you guys have a text

13    conversation?

14        A.   I don't know the answer to that.

15    I cannot honestly answer.

16        Q.   Was it in the year 2019?

17        A.   My guess is yes.

18        Q.   I don't want you -- that would be

19    November, December of 2019?

20        A.   You're pressing me for an answer I

21    don't have.  I'd answer if I knew, but I

22    don't know.

23        Q.   Do you still have those text

24    messages between you and Eddie Chung?

25        A.   I would have to check.  I don't

```
 1                    A. McCLOSKEY
 2      know offhand.
 3              MR. FINKELSTEIN:  I ask that a
 4         search be made.  Get back to your
 5         attorney --
 6              Are you all right?
 7              THE WITNESS:  Sorry.  I'm grabbing
 8         something.
 9              MR. FINKELSTEIN:  Anyway, I ask
10         that a search be made for those text
11         messages between you and Mr. Chung
12         regarding you telling him -- regarding
13         the lawsuit -- regarding the lawsuit
14         after he was served, after you were
15         served.
16         Q.   How long would you need to take to
17      find those text messages?
18              MR. MIZRAHI:  Objection to the
19         form of this question.  It calls for
20         speculation.  It's improper.
21         Q.   I don't want you to speculate.
22      How long do you think it would take?
23         A.   Few days.
24              MR. FINKELSTEIN:  I'm going to ask
25         that we put that on the record as part
```

```
 1                    A. McCLOSKEY
 2           of my demands and I hope to hear back
 3           from Counsel --
 4                THE WITNESS:  Again, I don't know
 5           for sure what form of correspondence it
 6           was, whether it was a phone call, text,
 7           or e-mail.  It's been a while.
 8                MR. FINKELSTEIN:  As long as you
 9           tell me it was in the latter part of
10           2019.  I got that.  If you can check
11           your texts and e-mails, I ask that a
12           search be made and notify your lawyer
13           either way.
14           Q.   You said you can do that within a
15      week?
16           A.   Within, yes.
17           Q.   That's fair.
18                How soon after the lawsuit, after
19      you found out about it, did Eddie Chung
20      reach out to you?
21           A.   I don't recall.
22           Q.   Was it within weeks or months?
23           A.   I do not recall.  I'm not --
24           Q.   Okay.
25           A.   We don't converse very much.
```

```
 1                      A. McCLOSKEY
 2          Q.   Did he send you the documentation
 3     that indicated to him that there was a
 4     lawsuit?
 5               THE WITNESS:  I'm sorry.  Repeat
 6          that.
 7               MR. FINKELSTEIN:  Repeat that
 8          back, Stephanie.
 9               (Whereupon, the requested portion
10          of the transcript was read back by the
11          reporter.)
12          A.   No.  He didn't send me any
13     documentation.
14          Q.   But he referred to it either in a
15     text, e-mail, or phone call; is that a fair
16     statement?
17          A.   Yes.
18          Q.   Thank you.
19               Do you have any recollection of
20     when this lawsuit was -- strike that.
21               Do you know when this lawsuit was
22     served upon you?
23          A.   I don't remember specifically.
24     I'm sure it was -- based on the fact that
25     2020 is a blur, it would have been most
```

```
 1                    A. McCLOSKEY
 2      likely 2019, but I don't recall
 3      specifically.
 4           Q.   Just to help refresh your memory,
 5      when you had this conversation either by
 6      e-mail, text, or phone call with Mr. Chung,
 7      was the restaurant open or closed at that
 8      time?
 9           A.   You mean because of COVID.  It was
10      before COVID.
11           Q.   That you had a conversation with
12      him by either e-mail, phone call, or text,
13      correct?
14           A.   Yes, I believe so.
15           Q.   Okay.  That's fine by me.
16           MR. FINKELSTEIN:  Subject to me
17      receiving these documents that I call
18      for the production of, I'm reserving my
19      rights to redepose Ms. McCloskey.
20           Ms. McCloskey, best of luck to
21      you, good health.  Thank you for your
22      time.
23           Thanks, Stephanie.
24           (TIME NOTED:  3:18 p.m.)
25
```

1

2                  A C K N O W L E D G M E N T

3           I, AMY MCCLOSKEY, do solemnly swear under

4      the penalty of perjury that I have read the

5      foregoing deposition transcript, which was taken

6      under oath reflecting the questions elicited from

7      me and my answers thereto.

8           This transcript is true and complete.  If

9      I deemed it necessary, I indicated additions,

10     changes or corrections on the attached errata

11     sheet.

12

13

14

15     _____

16                     AMY MCCLOSKEY

17

18     Subscribed and sworn to before me
       this ___ day of _____ 2021.
19
       _____
20                  Notary Public

21

22

23

24

25

1

2   -------------------I  N  D  E  X-------------------

3   WITNESS                    EXAMINATION BY      PAGE

4   AMY McCLOSKEY              MR. FINKELSTEIN       5

5

6   ----------------------RULINGS-------------------

7   Page 32, 33

8

9   ----------------------REQUESTS------------------

10  Page 74    Search for text messages with Mr.

11             Chung regarding the lawsuit

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1

2

3                 C E R T I F I C A T E

4      STATE OF NEW YORK)

5                                :SS

6      COUNTY OF SUFFOLK)

7

8           I, Stephanie O'Keeffe, a Notary Public

9      within and for the State of New York, do hereby

10     certify:

11          That the witness whose examination is

12     hereinbefore set forth was duly sworn and that

13     such an examination is a true record of the

14     testimony given by such witness.

15          I further certify that I am not related to

16     any of these parties to this action by blood or

17     marriage, and that I am not in any way interested

18     in the outcome of this matter.

19          IN WITNESS WHEREOF, I have hereunto set my

20     hand on this 17th day of February, 2021.

21

22
                       _Stephanie O'Keffe_
23                      Stephanie O'Keeffe

24

25
```

```
 1

 2     ERRATA SHEET FOR THE TRANSCRIPT OF:
       CASE NAME:   ANTOLINI V MCCLOSKEY
 3     DEPOSITION DATE:  February 23, 2021
       WITNESS:   AMY McCLOSKEY
 4     PLACE:   Zoom Videoconference

 5     PG   LN    NOW READS       SHOULD READ      REASON

 6     __   __   _____   _____   _____

 7     __   __   _____   _____   _____

 8     __   __   _____   _____   _____

 9     __   __   _____   _____   _____

10     __   __   _____   _____   _____

11     __   __   _____   _____   _____

12     __   __   _____   _____   _____

13     __   __   _____   _____   _____

14     __   __   _____   _____   _____

15     __   __   _____   _____   _____

16     __   __   _____   _____   _____

17     __   __   _____   _____   _____

18

19                           _____

20                           AMY MCCLOSKEY

21

22     Signed and subscribed to before me,
       This ___day of_____, 20__.
23

24     _____
       Notary Public, State of New York
25
```

**$15000** 24:5

**&** 2:7 5:22 35:12 63:24 (4)

**'97** 20:23

**119cv09038** 1:6

**17th** 80:20

**19cv9038** 63:18

**30day** 18:12

**31st** 21:14,23

**70s** 39:17

**[sic]** 51:17

**aaron** 33:14 63:15,16 64:2 66:7 68:11 69:18 (7)

**able** 53:24 54:8

**about** 6:14 7:21 9:24,25 22:23 25:4 26:13,16 27:18 28:7,8,16 30:17 32:20 36:25 37:8,20 38:23 41:12 44:18,21 45:17,19 48:12 50:21 53:4 57:8 59:9 60:13 65:23 71:15,23 72:15,18,22 73:2,8,11 75:19 (39)

**abovementioned** 1:16

**absolutely** 13:2 29:6

**abundantly** 68:10

**accept** 37:13

**access** 10:24 11:2 27:5 53:19 54:9 (5)

**accessible** 50:20 51:7 52:17

**accused** 6:20

**acquire** 29:3

**act** 26:8 45:17 50:9 59:3 (4)

**action** 25:11 67:25 68:9 80:16 (4)

**actually** 12:8 64:20 71:14

**ada** 25:11 28:7,16 39:10,25 40:21 41:21 45:22 46:3 57:2,23 58:13 71:23 (13)

**added** 50:4

**addition** 66:20

**additional** 64:6

**additions** 78:9

**address** 5:16 7:9 68:21

**adds** 16:11

**adjourned** 69:19

**administer** 3:15

**adversary** 67:22

**adversary's** 70:25

**after** 5:8 10:16 20:4 27:19 29:4 30:11 31:24 32:19 37:7 49:17 63:13

65:22 70:14 71:20,21,25 72:16 74:14,14 75:18,18 (21)

**afternoon** 6:6 63:15

**afternoon's** 9:4,15

**afterwards** 72:11

**again** 8:9 11:22 14:21 15:4,18 17:13 21:13 25:5 27:24 30:18 31:16,23 33:17 36:6 37:17 40:11,14 43:18 46:17 50:20 59:25 60:3 69:8 70:10 75:4 (25)

**against** 1:5 63:17 67:4

**ago** 9:6,7,8 15:7 27:9,14 28:21 29:6,14,14 30:13 45:10,12,18 (14)

**agree** 13:3,13

**agreed** 3:4,9,13

**agreeing** 26:4

**agreement** 25:3 35:19

**ahead** 11:13,14 15:21 16:21 17:12 36:9 37:12 40:9 46:18 47:19 48:24 (11)

**allow** 26:25 53:9

**allowed** 6:23 8:10 11:4

**almost** 56:15

64:16

**also** 4:16 9:13 16:19 17:11,19 19:15 20:2,15,21 24:9 32:10 33:7 35:25 36:21 38:15 39:6,11 40:3 41:23 51:21 65:9 66:23,24 68:3 (24)

**am** 4:3 10:22 37:17 54:22 57:14 62:15 64:25 80:15,17 (9)

**ambiguous** 11:20 16:18 21:8 26:19 32:9 48:2,23 50:13 59:6 65:8 (10)

**americans** 26:8 45:16 50:8 59:2 (4)

**amount** 24:4

**amy** 1:7,14 4:8 5:5,14 6:2 11:21 12:22 25:15 31:13 32:21 33:24 34:9 46:8 47:6,19 54:7 60:24 71:11 78:3,16 79:4 81:3,20 (24)

**andor** 25:13

**another** 36:24 49:25

**answer** 8:5,13,14,17,18 10:14 12:23,24 13:8,9,11,25 15:6,23,24 16:2 20:5 24:3 25:18 28:17,23,25 31:6,13 32:22 33:6 36:3,4 37:24 38:18 39:4 42:3,15 45:8

46:14 47:19 48:5 51:14 53:20 55:24 58:10 60:24 65:13,21,25 66:5,10,12 67:25 68:23,25 69:12 71:11,16 73:7,14,15,20,21 (59)

**answered** 7:2 13:24 64:19,21,23 66:20 67:2,10,24 69:3 71:10 (11)

**answering** 62:16 66:21,23 67:14 (4)

**answers** 78:7

**antolini** 1:4 63:17,22 81:2 (4)

**anybody** 9:13 18:18,18 30:7 31:25 45:25 47:12 50:20 52:17,22 59:12 (11)

**anybody's** 62:23

**anyone** 59:11

**anything** 6:16 8:12 9:2,10 29:17 30:5,8 34:17 37:18 42:2 43:23 50:24 51:2 69:14 (14)

**anyway** 42:6 70:4 74:9

**apparently** 46:15

**appearing** 5:4

**appreciate** 8:15

**approximately** 16:12 17:16 18:11 27:16 28:8 29:12 35:2 72:15 (8)

architect 59:12

are 3:7 4:7,14 6:8 7:2,5 11:4 13:16 14:13 19:4 23:9 26:7 36:2 49:4 51:5 54:13 55:11 64:17 67:8 69:6,8 70:12 74:6 (23)

around 10:2

arranged 64:7

articulate 55:18 56:5

ask 4:10 12:23 16:23,24 17:13 32:14 33:5 41:8,14 61:5 65:15 69:7 70:10 74:3,9,24 75:11 (17)

asked 13:23 53:23 57:10 69:3 71:9 (5)

asking 6:11,13,17 28:3 70:12 (5)

associates 2:7 5:22 35:13 63:24 (4)

assume 12:20 13:7 14:22 15:4 (4)

assuming 12:12 23:6 32:16 35:20 65:19 (5)

assumptions 12:24

attached 78:10

attempt 69:4

attention 27:20

attorney 9:12 29:20 34:19 35:22 74:5 (5)

attorneyclient 10:13 67:8

attorneys 2:3,7 3:5

august 7:24

authorized 3:15

available 53:13

avenue 2:8

aware 22:3 28:19 29:9 43:23,24 (5)

away 11:25

back 22:2 31:18,20 33:20 36:11 37:5 40:16 43:18,20 44:9,11 46:21 51:14 52:9,13 61:8,12,15 62:21,24 63:6 69:21,25 70:6 72:25 74:4 75:2 76:8,10 (29)

bar 18:15 21:5,9 22:9 46:4 47:13 48:16 50:5 56:12 64:20,25 73:9 (12)

barriers 50:2

based 13:5 31:4 67:14 76:24 (4)

basically 41:6

basis 20:11 25:12 33:5 34:6 36:22 39:8,12 40:4,24 41:3 43:9,14 52:2,5 55:18 58:6 62:12 71:3,8 72:7 (20)

bathroom 49:24

bathrooms 53:25 54:9 55:9

became 45:15

because 6:20 17:22 18:7 21:11,21 28:4 37:24 72:10,13 77:9 (10)

become 28:15,19 29:8

before 1:17 3:15,17 4:9 7:16 33:14 45:10,20 70:2 77:10 78:18 81:22 (12)

beg 64:20

began 12:3

behalf 15:3

being 32:6 33:9 37:20 65:5 67:11 69:23 70:16 71:25 72:4 73:4 (10)

belief 5:3

believe 13:7 15:6 50:14 72:19,20 77:14 (6)

bell 14:19

besides 47:11

best 5:2 6:18 7:4 42:19 77:20 (5)

better 56:19

between 3:5 15:17 27:21 29:5,15 34:13 57:18,21 73:24 74:11 (10)

beyond 45:7,9

birth 7:23

bit 18:3

blah 71:23,23,23

blood 80:16

blur 37:21 76:25

both 66:4

break 63:9

bridge 58:23 59:20

brief 42:20,24 63:12

briefly 40:12

bring 29:16 30:7 53:14,14 (4)

broker 57:6,8

brooklyn 5:18 7:11

brought 50:25

building 12:5 13:16 14:6 15:17 45:2 47:2,22 48:12 57:19,23 (10)

burdensome 33:3 34:7

business 12:3,3,10 32:4 73:9 (5)

busy 73:9

c 1:8 2:2 5:8,8 78:2 80:3,3 (7)

c&s 1:8

12:8,11,13 13:17 14:3,23 43:25 44:6 64:23 67:23 (11)

call 12:9 25:16 30:15 34:17 42:21 64:2 68:17 75:6 76:15 77:6,12,17 (12)

calling 33:13 48:17

calls 10:12 11:11 12:16 13:21 15:12,19 16:19 17:19 19:15 20:2,9,15,21 23:12 26:2 31:2 35:25 36:22 38:17 39:12 40:5,24 41:25 43:6,15 46:12 50:11 51:9 52:3 54:6 57:4 58:3,17,21 59:17,25 72:7 74:19 (38)

came 55:6 63:4

can 4:25 8:5,14,16 11:21 13:25 14:8 15:25 18:2 22:16 23:22 25:17 27:16 31:6,10,13,17 36:4 42:15 44:8 46:14 47:19 51:14 52:9 53:5 56:19 60:18,24 63:8,9,10 69:21,25 71:16,17 75:10,14 (37)

can't 14:17 15:6 27:24 28:17,23 (5)

cannot 73:15

capacity 6:3,4

care 42:11 71:15 73:2

carried 54:21

case 1:5 19:25 26:4 55:16 66:25 81:2 (6)

cash 24:9

certain 27:5

certification 3:6

certify 80:10,15

cetera 71:23,24,24

changed 52:19

changes 78:10

characterization 68:4

check 24:4,8 49:23 73:25 75:10 (5)

chung 1:8 12:6,12 13:19 14:4,18 32:17 34:14 35:21 37:8 38:9,23 42:9 44:25 64:23 65:20 67:23 73:24 74:11 75:19 77:6 79:11 (22)

city 10:21

ck 67:23

claims 19:24 24:24 25:10 32:11,24 34:4 36:19 38:13 39:9,24 40:20 41:20 43:11 47:16 55:15 65:10 71:5 (17)

clarification 5:23

clear 49:11 68:10 71:14

client 55:23 62:18,24 66:5 67:18 (5)

close 18:2

closed 21:12 23:7 37:6 56:15 77:7 (5)

clue 44:3,4 73:6

clutter 8:9

codefendants 67:22

come 29:22

comfortable 53:15 62:16

comma 18:17 65:16

commercial 68:6,16

communicate 42:23

communication 34:18 44:25

communications 67:7

company 12:13 55:12

complaint 9:6 10:9 67:25

complete 37:14 78:8

completely 32:23 38:11 55:21

compliant 45:23

comply 50:8

computeraided 1:20

concerning 67:6

concisely 69:13

concluded 33:15

conclusion 11:12 15:13,20 16:20 20:16 23:13,17 31:3,12 46:13 50:12 51:10 52:3 57:5 58:4,22 (16)

conclusory 23:24

confidential 25:14,17 60:22 62:6,13 (5)

connection 64:3

consider 47:9

considered 46:24

consisted 39:18

constrained 8:16

contact 30:11 31:25

contacted 53:4

content 60:8 61:18,18,25 (4)

continued 63:14

continuing 55:19

contractor 49:19,21 50:15,25 59:12 (5)

contractors 50:16

conversation 9:22 34:16 38:21 39:15 41:6 42:8 43:2 72:11 73:13 77:5,11 (11)

conversations 25:4 62:8

converse 75:25

convicted 7:14

corporation 19:2

correct 18:24 19:2,3 21:2 35:15 43:24 48:14 54:18,22 57:14 60:7 67:20 77:13 (13)

corrected 57:24

corrections 78:10

correspondence 75:5

could 17:21 40:13 63:18

couldn't 13:3

counsel 4:10,16,21,25 17:21 31:5 55:17 63:24 65:6 66:14 67:22 75:3 (12)

counsel's 51:22

country 26:24

county 80:6

couple 10:8 29:14 70:2

course 16:3 68:20

court 1:2 3:17

4:3,13 51:16 52:8 64:11,13 68:17,21 70:24 (11)

cover 56:25

covered 57:11

covid 77:9,10

covid19 4:12

created 72:10

crime 7:14

cross 58:23 59:20

current 13:15 52:17 61:3

cut 18:20

d 78:2 79:2

dandy 6:9

darn 49:22

date 7:23 21:25 59:10 81:3 (4)

day 78:2021 80:20 81:20

days 74:23

daytoday 21:9 22:10 51:2

deal 14:7

december 73:19

decided 26:24,25 34:22

deemed 57:19 78:9

defend 34:19

defendant 1:14

2:7 4:22 6:5 (4)

**defendants** 1:9
62:19 63:25 64:18
68:5,9 69:17 (7)

**defense** 65:6

**defenses** 19:24
24:25 25:10
32:12,24 34:5
36:19 38:13
39:10,25 40:21
41:21 43:11 47:17
55:16 65:11 71:5
(17)

**demands** 75:2

**deponent** 67:19

**deposing** 64:25

**deposition** 1:14
3:14 4:8 5:25 7:18
9:4,16 30:3 33:14
64:4,15,16 66:15
68:20 78:5 81:3
(16)

**deputy** 64:5

**derive** 19:11

**described** 50:17

**designated** 33:3

**designed** 34:7
41:4 56:2,3
67:15,17,18 (7)

**determine** 45:22

**dialin** 64:8

**didn't** 18:6,7
27:19 33:12 46:3
76:12 (6)

**different** 50:3

**dimur** 1:7 6:5

10:22,23 11:22,25
14:15 18:16,23
19:12 35:11,17
57:14,15,22 60:3
68:14 (17)

**dino** 1:4

**directed** 6:25
66:4

**directing** 36:3

**disabilities** 26:8
27:4 50:9 59:3 (4)

**disability** 45:16
53:8

**disclose** 25:16

**discoveries** 62:15

**discovery** 60:11
61:22 62:17 63:3
(4)

**discuss** 62:24

**discussed** 37:16

**discussion**
34:13,21 61:21
72:17,20 (5)

**discussions** 60:9
61:21

**dispute** 64:4

**district** 1:2,2

**dividend** 19:19

**documentary**
58:7

**documentation**
76:2,13

**documents** 9:2
10:7 29:16 77:17
(4)

**does** 19:11
20:6,11 22:10
47:11 (5)

**doesn't** 8:8 25:15

**done** 48:18
49:10,12 50:7
51:18 (5)

**door** 49:25

**down** 23:7 54:16

**due** 4:12

**duly** 5:9 80:12

**during** 35:4
68:19

**e** 2:2,2 5:8 78:2,2
79:2 80:3,3 (8)

**each** 4:10,16

**earlier** 64:3 66:8

**eddie** 1:8
12:6,9,12 13:19
14:4,18
32:13,16,17 33:22
34:14 35:21 36:25
37:8 38:9,23
39:17 42:9 44:25
64:23 65:14,18,19
66:2 67:23 73:24
75:19 (28)

**effect** 3:16 15:9
56:11,23 (4)

**eight** 16:10 17:15
18:11 54:16 (4)

**either** 34:16
54:21 75:13 76:14
77:5,12 (6)

**elicited** 78:6

**else** 8:12 9:6,14
14:17 18:18 42:2

47:12 58:15 69:14
(9)

**email** 34:17
42:21 63:8 75:7
76:15 77:6,12 (7)

**emails** 9:2 75:11

**ending** 64:16

**engage** 42:25

**engaged** 49:18

**enough** 71:18

**entail** 39:16

**enterprise** 18:16

**enterprises** 1:8
6:5 10:23,23
11:22 18:24 19:12
35:11,17
57:14,15,22 60:4
68:14 (14)

**entire** 33:8

**entity** 18:20
68:14

**entrance** 54:15

**entrances** 54:13

**epstein** 35:12

**errata** 78:10 81:2

**esq** 2:5,9

**estate** 1:8
12:9,11,14 13:18
14:3,24 24:14
44:2,7 64:24
67:24 (12)

**estimation** 30:21

**et** 71:23,24,24

**evaluation** 45:21

**even** 4:14

**event** 57:23

**ever** 7:13,16
18:11 29:20 38:9
39:20 41:8,14
43:3 45:20 46:23
52:23 53:21 57:7
58:24,25 60:9 (17)

**every** 24:5

**everybody** 32:6
65:5 69:23 70:16
71:25 (5)

**everything** 7:3
8:17 12:18 13:5
68:18 (5)

**evidence** 58:7

**exact** 72:15

**exactly** 37:25
72:13

**examination** 5:19
79:3 80:11,13 (4)

**examined** 5:10

**except** 3:10 66:10

**excerpts**
10:8,10,17

**excuse** 9:3 20:25

**existing** 50:4

**expect** 59:15

**expert** 59:11,22

**expire** 56:14

**extent** 12:25
25:15 32:15 38:16
40:7 41:24

54:5,24 58:21
60:21 62:4 65:16
(12)

**extremely** 37:17

**f** 80:3

**facility** 50:18
59:13

**fact** 5:5 23:17
37:13 65:12 66:19
76:24 (6)

**fair** 13:11 15:6
16:10 48:13 75:17
76:15 (6)

**fairly** 49:8

**familiar** 26:7
28:15 29:25 45:16
62:14 (5)

**fast** 6:19

**favor** 17:22

**february** 1:12
4:6 23:15,18
80:20 81:3 (6)

**fees** 39:21 41:15
55:11,12 57:13 (5)

**fellow** 35:13

**few** 74:23

**file** 59:19

**filed** 68:2

**filing** 3:6

**financial** 46:25
47:12

**find** 61:17 74:17

**finding** 73:4

**fine** 13:12 29:2
49:6 77:15 (4)

**finish** 51:17
68:12

**finished** 64:15

**finkelstein** 2:3,5
4:23 5:20
6:6,10,13 8:7
11:13 13:2,25
15:14,21 16:21
17:12,21 19:16
20:3 23:16,22
24:2 25:19 26:20
28:13 31:4,15
33:10 34:11
36:2,7,16 38:18
39:4 40:9,13
42:2,4,14 44:8
46:14,18 47:20
48:3,24
51:4,11,20,24 52:8
56:4 60:16
61:5,6,12
63:5,11,21,22
64:10,14
69:5,6,15,20 70:21
71:12 74:3,9,24
75:8 76:7 77:16
79:4 (73)

**firm** 9:14 35:12

**first** 5:8 13:13
22:19,25 28:15
64:9,15 69:22 (8)

**five** 27:9,14,22
28:8 29:5 64:18
(6)

**floor** 50:3,6,19
51:6 52:16 54:12
(6)

**folks** 54:20 55:5

**follow** 60:18

**following** 4:11

**follows** 5:11
63:14 65:4

**force** 3:16

**foregoing** 78:5

**forget** 72:15

**form** 3:10 8:4,11
10:12 11:11,19
12:16 13:21
15:12,19 16:17
17:5,10,18
19:14,22
20:9,14,20 21:7,18
23:12,21 24:17,22
25:8 26:18 28:11
31:2 32:8 35:24
38:11,16 39:2,23
40:19 41:17,24
42:13,17 43:6
44:14 46:7,12
47:5,15,25 48:22
50:11 51:9
54:5,24 55:14
57:4 58:3,17,20
59:5,17,25
60:15,20 65:7
70:19,22 74:19
75:5 (67)

**forth** 34:2 72:25
80:12

**forty** 9:25

**found** 27:17
28:22 32:20 44:18
45:19 58:12 59:9
65:23 75:19 (9)

**four** 7:25 8:24

**friendship** 20:17

**full** 67:5

**further** 3:9,13
39:7 40:6,23 43:8
52:4 58:5,19
67:14 69:16 71:7
80:15 (13)

**future** 4:20 8:8

**g** 78:2

**gave** 8:23

**geez** 71:17

**general** 21:9
26:21 28:2 31:23
49:8 59:12
62:20,22 (8)

**generally** 26:9,11
28:18,20,22 (5)

**get** 15:25 20:11
27:4 33:15 37:21
53:5,19 54:9 55:9
56:8 58:24 64:11
72:24 74:4 (14)

**getting** 22:2
27:25 38:7

**give** 27:16 60:25

**given** 18:12
19:19 24:19
44:3,4 66:14
80:14 (7)

**go** 6:19 8:19 9:22
11:13,14 15:21
16:21 17:12 36:9
37:5,11 40:9
46:18 47:19 48:24
62:21,23 63:6
69:25 (19)

**going** 6:11,13,21
12:22 33:5,7,24
34:6 36:21 38:15
39:6,11 40:3,6,23
41:2,23 42:6
43:8,13 44:14
45:3,4 49:7 51:25
52:4 55:23
58:5,13,19 59:19
60:14,19 62:3,9,11
68:3 71:3,7 72:5
74:24 (41)

**gone** 37:15 66:16

**gonna** 22:6 25:5
43:17 49:4 (4)

**good** 6:6 7:5,8
18:8 21:20 49:22
63:15 77:21 (8)

**got** 13:8 15:23
38:5 41:11 43:25
45:19 53:24 75:10
(8)

**gotten** 72:12

**governor** 22:4

**grabbing** 74:7

**grandfathered**
30:20,24

**gratuitous** 8:15

**great** 8:23 24:2

**grounds** 30:22
66:11,22

**group** 2:3

**guess** 13:6 21:20
48:16 73:17 (4)

**guys** 73:12

**h** 2:5

**hand** 80:20

**handle** 39:19
41:7,10,13 (4)

**handles** 57:6

**handling** 32:15
65:16

**happened** 42:20
53:22 68:19

**harass** 33:4 34:8

40:7 41:4 56:3
67:18,19 69:8 (8)

**harassment** 56:7
69:4

**has** 6:25 10:24
11:2,25 19:23
20:18 24:19,23
25:9 26:21
32:10,23 34:3
36:14,18 38:12
39:8,24 40:20
41:20 43:10 47:16
52:19,22 55:15,21
65:9 66:14,16
71:4 (30)

**hate** 36:5

**haven't** 14:21
15:4 64:21

**having** 5:8 17:22
69:10

**he** 6:23,24
8:8,9,10,16,18
9:14 10:6,16
14:7,20 15:24
24:19 32:20 39:20
42:5 43:3,3,22
44:6,16,18 55:18
65:24,25 66:4 72:
2,3,3,9,11,12,17,2
0 74:14 76:2,12,14
(39)

**head** 37:15

**health** 77:21

**hear** 28:16 37:20
46:17 75:2 (4)

**heard** 28:7

**hearing** 17:23

**hearsay** 43:15

**held** 1:16

**help** 53:14 55:8
56:20 77:4 (4)

**helped** 53:23

**helping** 53:18

**her** 6:2,3
22:14,25 31:5
36:3 51:14 61:8
65:25 67:4,4,12,13
(13)

**here** 4:7 6:23 7:3
13:5 30:4 56:7
64:18 (7)

**hereby** 3:4,7 80:9

**herein** 1:15 3:6

**hereinbefore**
80:12

**hereunto** 80:19

**him** 8:14 12:9
13:3 29:21 31:14
32:14 33:23 39:18
41:7,8,10,12,14
42:5,10,14,25
44:21 50:18 57:10
65:15 66:3 74:12
76:3 77:12 (25)

**hire** 34:22,24

**hired** 35:10,22
50:15 59:11 (4)

**hiring** 34:18
36:25 37:2

**his** 12:7,13 39:17
42:14 43:24 66:4
67:10 71:15 (8)

**hold** 19:7 51:13
60:16 71:12,17 (5)

**home** 7:9

**honest** 73:6

**honestly** 28:6
29:11 35:9 37:4,9
46:23 58:9 73:15
(8)

**honor** 64:11
66:6,13 69:15,17
(5)

**hope** 75:2

**houston** 10:21

**how** 6:8 7:21
9:7,22 11:8 20:18
22:19 28:21 32:19
37:7 44:18 48:8
53:10 54:3,8,13
55:5 58:9 65:22
72:9,16 73:3,8,11
74:16,22 75:18
(27)

**i'd** 39:19 73:21

**i'll** 6:18 56:5
59:20 68:11 (4)

**i'm** 6:11,13,17
7:6 12:12,22
17:22 18:4 23:6
26:4 30:4
32:16,21 33:5,7,24
34:6 35:6,20 38:4
41:8 47:7 49:7
51:17 54:18 56:7
59:19 60:12
61:10,17 62:14
63:4 64:15 65:19
67:18 70:13 72:2
74:7,24 75:23
76:5,24 77:18 (43)

**i've** 6:20

**idea** 27:8 28:5

**identify** 63:19

**immediate** 72:14

**improper**
55:19,21 74:20

**inc** 1:8,20 6:5
10:23,23 18:17 (6)

**included** 67:4

**including** 35:13
66:18

**income** 19:11

**indicate** 30:23

**indicated** 76:3
78:9

**individual** 68:5

**individuals** 68:8

**information**
10:13 25:14,17
56:8 60:23 61:19
62:6,13,18,18 67:6
(11)

**initially** 30:16

**initiated** 66:16

**inside** 52:24

**inspection** 45:21
59:13

**instant** 5:25

**instruct** 55:23
66:9 68:25

**instructing** 32:21

**instruction** 67:13

**instructions**
66:8,12

**insurance** 55:12
56:10,18,22,25
57:11 (6)

**intended** 40:7

**intentions** 25:23

**interest** 46:25

**interested** 80:17

**interior** 49:23
52:24

**interruption**
51:22 66:17 71:2

**into** 30:17 55:9
72:24

**invitation** 68:18

**invite** 55:17

**involve** 39:16
46:4

**involved** 64:12

**involvement**
47:12

**irrelevant** 8:4
17:11,18 19:14,22
20:14,20 24:23
25:9 32:10,23
34:3 35:24 36:14
38:12 39:8,23
40:19 41:19 43:10
47:15 55:14 65:9
(23)

**is** 3:4,9,13
4:2,6,7,17 5:4
6:12,23 7:3,9
8:9,15 10:19
12:11,12,18 13:5,9
14:5,7 15:14
16:10,24,24
19:2,16,19 20:5
21:9,20 22:14,25
24:18 25:8,25
26:5 28:11 31:9
32:25 33:8,14
34:7 38:19 39:17
41:3,3 43:24
45:14 47:22
48:6,11,13,25
49:6,15 50:21
51:6 52:15,16

54:16 55:11,18
56:10
57:14,15,17,21
58:13 60:21 62:4
63:16,17
69:2,10,14,19
70:19 71:14 72:22
73:9,17 76:15,25
78:8 80:11,13 (88)

**issue** 19:24 24:25
25:10 32:12,25
34:5 36:20 38:13
39:10,25 40:21
41:21 43:12 47:17
55:16 65:11 68:7
71:6 (18)

**issues** 68:22

**items** 30:2

**itself** 47:2 58:8

**january** 68:2

**jason** 2:9 5:21
9:21 63:23 (4)

**jericho** 2:4

**joke** 15:8,8

**judge** 6:25 8:19
33:13 63:15,16
64:2 66:7 68:11
69:18 70:21 (10)

**just** 6:9 8:19
26:21 34:22 36:16
37:22 39:18 41:10
47:9 49:11 51:11
53:12,22 56:8
61:20 62:2 66:14
70:3,21 71:13,19
77:4 (22)

**k** 1:8 5:8 78:2

**karen** 21:10
22:15,17,21,21
23:2,2 (7)

**keep** 17:24 42:5

**keeps** 22:2

**kind** 17:24 37:15
49:2,20 (4)

**kinds** 49:8

**knew** 28:8 73:21

**know** 6:18,20 8:8
11:3 12:7,18,19,19
,20,25 13:6,7,9,15
14:4,8,15,23 16:2
27:10,22,25
28:2,18 29:10
30:4 32:13 35:21
44:18,20 47:7,22
48:5,6,8,10
53:3,7,12,23 54:8
55:5,8 58:9
60:8,12,13,17
61:18,20,25 62:2
64:8 65:13 68:3
71:19
72:9,12,13,13
73:14,22 74:2
75:4 76:21 (65)

**knowledge** 5:3
7:4 26:22 29:3
30:6 52:22 (6)

**known** 47:13
59:11

**knows** 47:20
60:17

**kramer**
22:15,18,18 23:2,2
(5)

**l** 3:2 5:8 78:2

**lady** 53:17

**landlord** 11:5
16:14 58:14 65:14
(4)

**landmarked**

47:23 48:7,11

**last** 7:25 8:24
16:10 17:15 18:5
22:22 23:3
24:11,13 28:8
33:13 44:24 45:6
49:18 51:15
52:10,10 56:17
(18)

**lastly** 41:2 43:13

**latter** 75:9

**laurent** 1:7 11:24
19:9 47:11 (4)

**lavatories** 55:9

**law** 2:3 9:14
35:12 67:7 (4)

**law's** 27:15

**lawsuit** 6:15
29:9,18 30:9,12
32:2,19 34:20
38:7,8,24 42:10
43:4 44:19,22
45:2,18 56:22
57:8 58:11
59:8,10 65:23
70:15 71:21 72:17
73:5 74:13,13
75:18 76:4,20,21
79:11 (34)

**lawsuits** 57:2

**lawyer** 6:23
13:14 26:5 30:15
34:22,24 35:10
36:25 37:2,8
60:10 61:21
62:20,22,23,23
75:12 (17)

**lawyers** 60:10
61:22,24

**learn** 27:7

**lease** 11:6
14:11,14,21,24
15:2,9,14,15,16
16:14,24 17:3,7,15
(15)

**leaseholder**
68:15

**least** 56:7

**leave** 24:20

**legal** 11:12
15:13,20 16:19
20:15 23:13,16
31:3,12 39:21
41:15 46:13 50:12
51:10 52:3
55:11,12 57:5,13
58:4,21 (21)

**less** 27:9

**let** 6:17,19 42:14
56:19 60:13 65:25
68:11 (7)

**let's** 28:14
37:5,21 63:6 (4)

**letters** 9:2

**level** 54:16

**levenepstein** 5:22
63:24

**levinepstein** 2:7

**lexington** 2:8

**lh** 1:20 4:4

**liable** 30:21

**light** 66:8

**like** 5:23 7:18
27:2 28:24 50:6
68:23 72:21 (7)

**likely** 38:22

39:14 77:2

**limited** 66:14

**line** 33:8,25 40:4
55:19 61:3 67:16
71:8 72:6 (8)

**literal** 38:4

**litigation** 24:25
32:12,25 34:5
36:20 38:14 39:11
40:2,22 41:22
47:18 65:11 71:6
(13)

**little** 18:3 49:9

**llc** 1:8 12:11
64:24 67:24 68:14
(5)

**ln** 81:5

**location** 4:15
11:9 25:24

**lodge** 60:25

**lodged** 67:3

**long** 9:7,22 11:8
20:18 28:21 71:18
72:16 74:16,22
75:8 (10)

**lost** 44:5

**lot** 42:25

**loud** 17:25

**louise** 71:17

**lounge** 18:14
21:5 23:4 46:4
47:13 48:16 54:22
56:11 64:19 65:2
(10)

**lower** 18:2 23:22

**luck** 77:20

**m** 5:8,8 78:2

**ma'am** 19:17
31:7 36:8

**madam** 51:16
52:8 70:24

**madame** 10:25
11:9 12:4 21:3
22:11 25:24 34:19
45:22 47:13 52:23
54:14 58:13 (12)

**made** 6:22 36:16
50:17 61:23 62:25
67:21 74:4,10
75:12 (9)

**magistrate** 63:16

**make** 5:23 6:24
8:10 27:6 42:14
53:15 58:13 66:11
(8)

**makes** 21:3

**making** 50:18
51:18

**man** 53:17

**management**
21:4

**manager** 21:10
22:9

**many** 26:6 54:13
55:5 66:23 68:19
73:3,10 (7)

**march** 21:14,22
23:5 24:6 37:6 (5)

**mark** 33:10
34:11

**marriage** 80:17

**material** 19:23
32:11 34:4
36:15,18 39:9
65:10 66:25 67:20
71:4 (10)

**matter** 63:17
66:19 69:19 80:18
(4)

**matters** 64:6

**may** 3:14 4:13
25:12

**maybe** 42:5

**mccloskey** 1:7,14
4:8 5:5,14 6:1,2,7
7:1,10 8:1,5,21
9:1 10:1,14,19
11:1,14 12:1,2
13:1,3 14:1,2
15:1,22 16:1,22
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1,7,21 27:1
28:1 29:1,8 30:1
31:1,18 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1,10 41:1
42:1,7 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1,18 53:1
54:1 55:1,25
56:1,6 57:1 58:1
59:1 60:1 61:1
62:1 63:1,18 64:1
65:1,3,12 66:1,19
67:1,10 68:1 69:1
70:1,9,11 71:1,13
72:1 73:1 74:1
75:1 76:1
77:1,19,20 78:3,16
79:4 81:2,3,20
(115)

**me** 6:17,19 8:23
9:3 13:8 14:22
17:22 20:25

26:10,23 27:16
32:14,14 38:4
39:5,18 43:23
44:3,5 46:8 47:9
48:20 49:6,10
54:18 56:19
60:13,25 63:7,8
64:5,5 65:15,15,18
69:22 70:2,10
72:21 73:20 75:9
76:12 77:15,16
78:7,18 81:22 (47)

**mean** 11:2,3
26:10 27:2,12
48:25 49:3 56:6
77:9 (9)

**means** 63:2

**meantime** 15:25

**medium** 18:8

**memory** 31:22
43:23 45:14 46:16
56:20 64:17 77:4
(7)

**mention** 44:16
50:17

**mentioned** 51:12
72:25

**message** 42:22

**messages** 73:24
74:11,17 79:10 (4)

**mic** 18:2

**middle** 35:4

**might**
42:20,21,22 46:16
50:24 72:20 (6)

**millenium** 1:8

**millennium**
12:9,11,13 13:17
14:3,24 43:25

44:7 64:24 67:23
(10)

**mimi** 11:24 14:15

**mind** 10:17 38:20
49:16

**mine** 21:20

**minutes** 9:25

**misconstrues**
39:2 42:17 52:6
54:25 (4)

**misconstruing**
17:6 28:12

**misrepresentatio
n** 67:21

**mizrahi** 2:9
4:21,24 5:6,21,21
8:3 9:13 10:11
11:10,18 12:15,22
13:20 15:11,18
16:16 17:4,9,17
19:13,21
20:8,13,19
21:6,15,17
23:11,20,24
24:16,22 25:7
26:2,17 28:10
30:25 31:8,11
32:7,21 33:24
35:23 36:4,13,18
38:10,25 39:6,22
40:18 41:16,19
42:12,16 43:5
44:13 45:3
46:6,11
47:4,8,14,24 48:21
50:10
51:8,16,21,25
54:4,23 55:13
56:2 57:3 58:2,16
59:4,16,24
60:14,19 62:3,9
63:23,23 66:7,13
68:13 69:16
70:18,24 72:5
74:18 (95)

**moment** 46:8
47:9 60:25

**money** 41:15

**month** 24:5

**months**
38:6,8,8,23 42:10
45:6,10,12
73:3,8,11,12 75:22
(13)

**monthtomonth**
16:4,9 57:17

**more** 13:4 26:25
27:9,14,23 28:4
30:5 38:22 61:4
(9)

**morning's** 9:3,15

**most** 76:25

**mostly** 32:3

**move** 51:4

**moved** 14:10
49:24

**ms** 6:7 7:9 8:5,21
10:14,19 11:13
12:2 13:2 14:2
15:21 16:21 19:9
26:7,20 29:8
31:18 40:9 42:6
47:11 52:18 55:25
56:6 65:2,12
66:19 67:10
70:9,11 71:13
77:19,20 (32)

**much** 75:25

**must** 72:12

**my** 4:2 6:12,18
9:24 18:4 21:9
26:4 30:21 37:15
38:20,20 42:3,19
43:23 44:9,17

45:14 46:9,15
51:18 52:10 61:23
62:18 63:2 64:4
66:8 67:7,21
68:23,24 69:10
70:25 73:17 75:2
77:18 78:7 80:19
(37)

**myself** 11:24
14:15 19:5

**n** 2:2 3:2 78:2,2
79:2 (5)

**name** 4:2 5:13
6:12 12:7,10
22:14,20,22,25
81:2 (10)

**named** 44:7 68:8

**narrow** 68:22,24

**necessary** 78:9

**need** 28:4 31:14
37:13 46:16
59:20,21 74:16 (7)

**needed** 27:5 55:8
61:5

**needs** 31:16

**neighborhood**
48:6,11

**nelson** 5:17 7:11

**never** 10:17
26:14 46:23 55:3
57:10 (5)

**new** 1:2,18
2:11791,10170
5:10,18 7:11
10:21 67:17
80:4,9 81:24 (12)

**newspapers** 48:9

**next** 66:2

**no** 1:5 4:17,18,22
7:15,17,19,20,22
9:6,11 16:24
18:13,19,21,22
19:17,18,23 20:5,7
21:16 22:8,25
23:10,16 24:10
25:2,22 27:8
29:19,23,24 32:10
34:4,21 36:14,18
38:4,4 39:8 41:18
42:3 44:20,23
45:24 46:2
47:3,21 49:13,16
52:20 55:22 56:7
57:9,12 59:7,14
61:6 65:9 66:24
69:15 71:4,14
76:12 (65)

**nobody** 21:11

**nope** 7:22 30:10

**notary** 1:17 5:9
78:20 80:8 81:24
(5)

**note** 51:21 70:25

**noted** 77:24

**nothing** 9:6
24:24 25:9 32:23
38:12 39:24 40:20
41:20 43:10 47:16
52:19 55:15 56:5
69:16 (14)

**notice** 18:12
24:19 29:21
30:2,3 (5)

**notify** 75:12

**november** 73:19

**now** 15:10,16
21:11 23:9 33:9
35:14 81:5 (7)

**number** 8:2 53:4
67:5

**numbers** 7:25
8:24

**nuts** 37:21

**o** 3:2 5:8 78:2

**o'keeffe** 1:17 4:3
80:8

**oath** 3:16 78:6

**object** 33:7,25
34:6 36:21 38:15
39:7,11 40:3,6,23
41:2,23 52:4
60:15,20 68:4
70:22 71:3,7 72:6
(20)

**objected** 66:22

**objecting** 43:9,14
45:4 52:2 58:6,20
62:11 (7)

**objection**
4:17,19,22
8:3,10,11 10:11
11:10,18 12:15
13:20 15:11,18
16:16 17:4,9,17
19:13,21
20:8,13,19
21:6,15,17
23:11,20 24:16,22
25:7,12 26:2,17
28:10 30:25
31:8,9 32:7 35:23
36:13,17 38:10,25
39:22 40:18 41:16
42:12,15,16 43:5
44:13,15 45:5
46:6,9,11
47:4,10,14,24
48:21 50:10
51:8,18 54:4,23
55:13 57:3
58:2,16 59:4,16,24
62:4,10 65:6
67:15 70:18 74:18
(79)

**objections** 3:10
6:22,24 61:2 (4)

**obviously** 7:3

**occasion** 54:19

**occasions** 54:19

**off** 18:21 63:6,11

**offer** 37:19 39:20

**offhand** 74:2

**office** 61:23 67:7

**officer** 3:15

**official** 6:4

**once** 53:24

**one** 5:23 13:9
14:5 33:13,16
43:18 49:25 59:19
62:8 63:7
64:21,25 68:10
70:3 71:12 (15)

**only** 12:24 14:8
26:9 68:10,13
72:25 (6)

**onto** 71:18

**open** 22:6 49:3
77:7

**opened** 48:15

**opening** 21:13,22
22:4

**operating** 11:8
12:3 25:24 68:13
(4)

**operations** 22:11

**operative** 67:24

**operator** 68:15

**operators** 68:6

**opinion** 18:6,7,9

**opposing** 51:22
55:17 66:13

**order** 1:16

**other** 13:10
18:20 24:9 32:3
62:19 66:24 73:10
(7)

**otherwise** 25:14
60:22 62:5,13 (4)

**our** 11:24 21:24
32:4 50:2,19 (5)

**out** 27:15,17
28:18,20,22
32:14,20,20
33:22,23 37:15
44:18 45:19 49:16
50:2 59:9 61:17
64:5 65:14,23,24
66:3,3 73:4
75:19,20 (26)

**outcome** 80:18

**outofcourt** 43:15

**outright** 8:18

**over** 25:25
69:7,7,8 (4)

**own** 19:8 54:22

**owner** 11:16
16:14 25:6 45:2
57:18 65:4 68:15
69:23 70:14,16
71:24 (11)

**owners** 11:16
12:4 13:15 14:5
15:17 17:8 32:5
34:19 57:22 59:23
64:19 65:2,2 68:5
(14)

owns 12:11 18:14,14

p 2:2,2 3:2

page 21:24 79:3,7,10 (4)

paid 24:12 35:16

pandemic 4:12

papers 10:6

paperwork 8:25 29:17 43:25 44:2 72:3,9 (6)

pardon 64:21

part 9:24 24:18 27:10,11,12 50:22 74:25 75:9 (8)

participants 11:23

particular 53:8

particularly 50:20 52:16

parties 3:5 80:16

partner 11:24

partner's 12:7

parts 51:5

partys 63:19 64:7

passed 11:25

past 18:10

pay 24:9,14 27:19 39:20 41:15 57:25 (6)

paying 23:9,14,19 24:20 25:5 55:11,12

57:13 59:22 (9)

payment 24:13

pc 2:7 5:22 63:24

penalty 78:4

pending 70:8

people 26:25 27:4 32:3 53:4,7,13,14,18 54:21,22 71:22 (11)

percent 20:12 22:3,7 60:6 (4)

percentage 19:6

perfectly 13:12

performed 45:21

period 27:22

perjury 78:4

person 7:19 14:7 22:9 53:16 (4)

personal 6:3

personally 44:20 53:21 54:10 55:3 (4)

pg 81:5

phone 34:17 42:21 75:6 76:15 77:6,12 (6)

physically 4:14 53:21 55:3

place 1:17 17:15 42:9 49:3,9 81:4 (6)

places 27:5

plague 25:25

plaintiff 1:4,15 2:3 63:20,22 (5)

plan 21:19 58:23

please 5:12,15 6:17 7:23 12:24 16:2 18:3 22:16 24:3 26:11 31:17 33:18 34:12 36:9 38:18 40:14 44:9 46:8 47:6,8 48:20 51:17,20,21,24 52:9,11 60:25 61:13 70:3,25 71:11 (32)

pllc 2:3

plumbing 50:4,5

pm 1:1 4:7 66:16,18 77:24 (5)

point 11:23 19:5 32:13 36:24 65:13 (5)

policy 56:10,22

popular 50:23

portion 24:15 31:19 33:19 36:10 40:15 43:19 44:10 46:20 52:12 61:14 70:5 76:9 (12)

posed 33:9

post2000 49:13

prefer 17:14

premises 24:21 68:6,16

preparation 9:3

present 4:18 56:13

president 10:22 18:23 60:5

press 27:11,13

pressing 73:20

pretty 27:3 48:3,25

previous 44:15 45:5,12

previously 13:23 34:3 71:9

prior 42:18 49:12 52:6 54:25 72:6 (5)

privilege 25:16 66:10 67:9

privileged 10:13 25:13 60:22 61:19 62:5,12 (6)

probable 38:19

probably 9:24 13:13 14:20 37:16 39:18 (5)

probing 60:21 62:5,12

problems 17:23

proceedings 63:13

production 77:18

properly 66:22

property 10:20,24 14:5 16:15 (4)

protected 67:8

provide 53:13

public 1:17 5:9 78:20 80:8 81:24 (5)

pursuant 1:15

pushed 22:2

put 24:4,8 46:9 50:3,5 69:11 74:25 (7)

putting 47:10

question 3:10 8:4 10:12,15 11:11,19 12:16 13:21 15:12,19 16:17 17:5,10,13,18 19:14,22 20:4,9,14,20 21:7,18 23:12,17,21 24:17,23 25:8,18,20 26:18 28:4,11,23 31:2,6,16 32:8,22 33:6,17 34:10 35:24 36:6,22 38:11,16 39:2,7,23 40:11,19 41:3,17,24 42:17 43:6,9,14 44:9,14 46:7,12 47:5,15,25 48:22 49:2,22 50:11 51:9,15 52:2,5,11,15 54:5,24 55:14,24 57:4 58:3,6,10,17,20 59:5,17,25 60:15,20,24 61:9 62:16 63:2 65:7,18,22 66:2,20,21 67:11 68:24,24 69:22 70:4,8,19 71:11,18 74:19 (112)

questioned 65:3

questioning 33:8,25 40:4

55:20 61:3 67:16
71:8 72:7 (8)

**questions** 6:14
7:2 8:13 12:23,25
15:24 66:6,24
67:3 69:2,7,11
70:3 78:6 (14)

**quick** 5:23

**quickly** 6:21

**quite** 22:5

**r** 2:2 80:3

**raise** 64:7

**rarely** 46:23

**rather** 68:20

**reach** 32:20
33:22 65:24 66:2
75:20 (5)

**reached** 32:13
33:23 64:5 65:14
66:3 (5)

**read** 21:21 26:14
31:17,20 33:20
36:11 40:14,16
43:18,20 44:9,11
46:21 51:14
52:9,13 61:8,12,15
63:6 69:21 70:6
76:10 78:4 81:5
(25)

**reading** 9:5

**reads** 81:5

**real** 1:8
12:9,11,13 13:17
14:3,24 24:14
44:2,7 64:24
67:23 (12)

**really** 17:25 28:5

**reasked** 67:12

**reason** 16:13
49:15 81:5

**reasons** 18:8,8
34:2

**recall** 30:14
34:25 35:9
37:9,10 41:5,6
42:24 43:22 50:23
75:21,23 77:2 (13)

**receive** 19:19

**received** 72:4

**receiving** 77:17

**recently** 56:14

**recess** 63:12

**recollection**
42:19 44:17 76:19

**record** 4:11
5:13,16,24 8:9
36:14 51:19,23
63:11 71:2,14
74:25 80:13 (13)

**redepose** 77:19

**referred** 76:14

**referring** 32:17
65:19

**reflect** 30:19

**reflecting** 78:6

**refrain** 67:13

**refresh** 64:17
77:4

**regard** 6:22 9:14
21:3

**regarding** 31:25

45:2 60:10 61:22
64:4 74:12,12,13
79:11 (9)

**regardless** 64:22

**regards** 59:2

**regular** 22:17,24

**rehash** 68:18

**related** 29:18
30:8 80:15

**relationship**
10:20

**relax** 31:15

**relevance** 32:11
34:4 36:19 55:22
65:10 66:23,25
71:5 (8)

**relevancy** 71:4

**relevant** 70:20

**remaining** 25:24

**remember** 15:7
20:3 25:19 29:11
37:4 49:5 62:7
76:23 (8)

**renew** 44:15 45:4
62:3,9 (4)

**renewed** 31:8

**renovated** 52:20

**renovation** 48:18

**renovations** 49:4,
6,12,13,16,19,20,2
4 50:7 (9)

**rent** 23:9,14,18
24:12,20 25:5 (6)

**reopening** 21:19

**repairs** 58:14

**repeat** 76:5,7

**repeatedly** 67:11

**rephrase** 6:18
31:10

**reporter**
4:2,4,13,25
5:7,12,15 31:21
33:21 36:12 40:17
43:21 44:12 46:22
51:17 52:9,14
61:16 63:9
70:7,25 76:11 (22)

**reporting** 1:20
4:5

**represent** 4:4 5:2

**representative**
6:4

**requested** 30:2
31:19 33:19 36:10
40:15 43:19 44:10
46:20 52:12 61:14
62:17,18 64:11
70:5 76:9 (15)

**requesting** 25:13
31:11

**requests** 60:11
61:22 62:21,24
67:4,6 79:9 (7)

**research**
30:17,19,23
31:5,24 70:15
71:20,22 (8)

**reserved** 3:11

**reserving** 77:18

**respective** 3:5

**respond** 11:21
34:9

**response** 52:10
61:2 67:17 69:2
(4)

**responsible** 21:4
34:15

**responsive** 51:5

**restaurant**
48:12,15,17 56:11
77:7 (5)

**result** 58:11

**retainer** 35:18

**review** 8:25

**right** 8:21 12:21
13:12 14:23
15:10,16 18:10
21:11 23:9 33:9
35:14 45:13 56:17
74:6 (14)

**rights** 77:19

**ring** 14:19

**rule** 27:6
62:20,22

**ruled** 70:22

**ruling** 8:20
33:11,15 34:12
69:10 (5)

**rulings** 63:7 79:6

**s** 2:2 3:2,2 5:8 (4)

**said** 16:25
22:9,10,22 26:21
27:2,2,22 43:22
45:17,20 69:10
75:14 (13)

**same** 3:7,16
4:15,19 34:2
54:12 62:10 69:7
(8)

saw 72:2,3,9

say 8:14 9:7 14:8,17 24:8 27:24 28:7,20 37:22 38:6,19 45:9 53:11 62:17 63:3 (15)

saying 7:6 39:18 45:11 72:21 (4)

says 8:18 15:24 65:6,13 (4)

scratch 28:14

screen 9:13

sealing 3:6

search 74:4,10 75:12 79:10 (4)

second 50:2,6,19 51:6,13 52:15 60:17 64:16 71:13 (9)

security 8:2 67:5

see 56:19

seen 14:21 15:5

send 76:2,12

sent 72:21

separate 50:5

series 6:12,14

served 29:13,21 30:12 38:7 43:4 45:20 56:21 60:11 61:24 62:22 71:21 72:16 73:4 74:14,15 76:22 (16)

services 1:20 4:5

set 34:2 53:5,11 80:12,19 (5)

seven 17:15 18:10

shall 3:11 4:16

share 41:14

shareholders 19:4

shares 19:6 20:12,18 60:6 (4)

she 19:11,19 20:6,11,18 22:12,13 23:3 26:21 31:15 39:5 47:20 51:11 60:17 65:13 66:23,25 69:12 (18)

she'll 39:4

sheet 78:11 81:2

shortterm 46:16

should 69:11 81:5

shouldn't 48:17

show 10:6 29:20

showed 10:16

side 49:25,25

sign 14:11

signatories 14:13

signatory 15:2

signature 80:22

signed 3:14,16 14:16 35:18 81:22 (5)

significance 19:23 39:9 49:14,17 (4)

simple 48:4

simply 67:16

since 11:15,25 20:22 24:19 27:15 48:15 52:19 (7)

sir 56:5

six 38:6,7,8,22 42:10 45:6,10,12 (8)

slash 18:15 48:16,16 64:20 (4)

snapshot 66:15

so 4:23 8:7,8,8,14,15,17 12:20 14:4 15:4 16:9 19:2 22:6 29:25 34:23 37:14 44:2 45:6 48:10 50:14,23 53:5 54:18 56:17 57:17 60:18 62:15 63:2 64:8 65:12 67:10 68:17,23 70:8 71:13 77:14 (36)

social 8:2,23 67:5

solemnly 78:3

solicit 67:17

some 26:13 32:13 36:24 41:15 50:2,3,4 63:4 65:13 (9)

somebody 15:3 58:14

something 15:7 22:23 28:18 50:21 72:12,21 74:8 (7)

sometime 29:5

sometimes 6:21

somewhere 9:25 29:15

soon 32:19 37:7 65:22 75:18 (4)

sorry 16:7 18:4,20 35:6 37:11 41:8 47:7 67:19 70:13 72:2 74:7 76:5 (12)

sort 44:25

sounds 39:14 68:23

southern 1:2

speak 9:12,20 64:9

speaks 58:7

specific 28:4,24 30:6 31:23 34:21 37:18,23 38:2 41:5 45:8 49:2 50:24 (12)

specifically 27:24 29:10 42:24 44:16 62:7 70:12 76:23 77:3 (8)

specify 21:25

speculate 74:21

speculation 12:17 19:15 20:2,10,21 26:3,5 35:25 36:23 38:17 39:13 40:5,25 41:25 43:7 54:6 58:18 59:18 60:2 72:8 74:20 (21)

spell 22:16,19

spelled 22:17,23,25

spoke 32:3 36:24 38:23 71:22 (4)

springtime 35:7

ss 80:5

stands 49:16

start 16:5 25:5 28:14

started 20:22

starting 63:20

state 1:18 5:10,12,15 80:4,9 81:24 (7)

statement 16:10 23:25 43:16 48:13 76:16 (5)

states 1:2

stephanie 1:17 4:3 18:4 31:17 33:12 36:9 40:13 46:19 61:13 63:6 69:21 76:8 77:23 80:8 (14)

steps 54:16

stewart 33:13

still 13:17 51:6 52:16 68:7 73:23 (5)

stipulate 4:10,16,24

stipulated 3:4,9,13 4:23 (4)

stopped 24:20

street 5:17 7:11

10:21 54:15,16 (5)

**strike** 34:15 51:4 57:20 76:20 (4)

**stuart** 2:5 6:12 63:21

**subject** 77:16

**subscribed** 78:18 81:22

**subsequent** 59:8

**such** 80:13,14

**sucks** 46:16

**sued** 32:6 65:5 69:24 70:17 71:25 72:4 (6)

**suffolk** 80:6

**suite** 2:8

**summer** 35:4

**summertime** 35:8

**supposed** 30:4

**sure** 14:9,17 48:12 61:10 63:4 75:5 76:24 (7)

**swear** 4:9,13 78:3

**sworn** 3:14,17 5:9 78:18 80:12 (5)

**t** 3:2,2 78:2 80:3,3 (5)

**take** 4:7 42:8,11 63:9 73:2 74:16,22 (7)

**taken** 1:15 6:2 63:13 78:5 (4)

**talk** 37:8 38:9

**talking** 17:25 42:4 60:12

**targeted** 33:4

**taxes** 24:14

**telephone** 10:3

**tell** 13:8 26:10,23 30:7 32:5 43:3 44:21 45:25 48:20,20 49:10 65:4 69:23,25 70:14,16 71:24 75:9 (18)

**telling** 41:6 42:10 74:12

**ten** 27:23 62:8

**terminology** 62:15

**terms** 50:18

**testified** 5:11 7:16

**testimony** 13:22 17:6,20 28:12 39:3 42:18 52:7 55:2 80:14 (9)

**text** 34:17 42:22 72:21 73:12,23 74:10,17 75:6 76:15 77:6,12 79:10 (12)

**texts** 75:11

**than** 27:9,14,23 30:5 38:22 (5)

**thank** 5:7 18:3 29:7 31:18 42:6 45:13 52:11,21 57:16 61:6 69:18,20 76:18

77:21 (14)

**thanks** 6:9 77:23

**their** 15:3 54:22

**them** 16:23,24 24:15 53:5,8,9,10, 14,15,18 57:25 60:11 62:25 63:8 67:2 69:12 (16)

**themselves** 63:19

**there's** 49:8 54:15,17

**theresa** 1:7 11:23 14:16 19:5 (4)

**thereto** 78:7

**these** 50:7 53:22 68:7 69:11 77:17 80:16 (6)

**they're** 15:2

**thing** 14:8 26:12

**things** 26:13 28:19 49:9 50:6 53:22 68:19 73:10 (7)

**think** 22:10 30:16 37:13 45:10,17 46:3 49:24,25 50:4 53:21 70:23 71:17 72:2,3 74:22 (15)

**thinking** 50:23 73:10

**third** 11:24

**those** 10:16 51:5 62:21 66:4,5,11 67:3 73:23 74:10,17 (10)

**though** 4:14

**thought** 21:21 42:5 50:21 68:12 (4)

**three** 11:22 64:20 73:8,11,12 (5)

**through** 66:17

**time** 1:16 3:11 4:7,18,19 13:13 23:3 24:11 27:22 44:24 45:15,18 50:22 51:3 52:17 56:18 59:9 63:7 77:8,22,24 (21)

**timeframe** 27:17

**timeline** 38:20

**times** 55:5

**today** 4:4,6 5:4 9:10 29:18,22 30:3,8 64:3 (9)

**today's** 59:10

**told** 14:18 32:14 38:2 41:10,12 64:5 65:15 (7)

**too** 6:19 18:2 26:6

**took** 50:2

**totally** 26:5

**touch** 57:7

**training** 58:25

**transcript** 31:20 33:20 36:11 40:16 43:20 44:11 46:21 52:13 61:15 70:6 76:10 78:5,8 81:2 (14)

**transcription** 1:20

**trial** 3:11 7:21

**true** 38:3 78:8 80:13

**trying** 61:17

**turn** 37:12

**turnpike** 2:4

**twentytwo** 19:10

**two** 9:9 64:18,19,21,22 66:5 68:8,22 (8)

**u** 3:2

**unclear** 68:7

**under** 12:23 30:22 59:19 78:3,6 (5)

**understand** 6:16 7:6 26:12,13,15,23 (6)

**understanding** 28:3 57:18,21

**understood** 61:11 68:22

**unduly** 33:2,2 34:7

**united** 1:2

**unless** 8:17 15:24

**unnecessary** 33:2

**until** 24:6 45:18 51:17 59:10 (4)

**up** 8:9 16:11 17:24 21:13,22 22:4,6 24:6 26:5,24 37:6 45:18 50:3,5,25 53:5,11 59:10

60:18 63:4 (20)

**upon** 76:22

**us** 48:20 53:4

**use** 10:24 11:4
53:25

**v** 81:2

**vacate** 18:12
24:20

**vague** 9:5 11:19
16:17 17:10 21:7
26:13,18,22 27:3
32:8 37:18 47:25
48:22,25 50:13
59:5 65:7 (17)

**vaguely** 28:19

**variables** 26:6

**variety** 42:23

**various** 60:10

**verbiage** 71:15

**very** 6:21 31:23
40:12 42:24 75:25
(5)

**via** 5:4

**video** 10:3 35:13

**videoconference**
1:10 5:4 81:4

**violations** 57:24
58:12

**volume** 17:24
23:23

**w** 78:2

**wait** 46:8 47:6,9

**waived** 3:7

**walls** 50:3

**want** 13:6 14:22
17:3,7 33:15
37:23 40:11 56:9
60:8,17
61:8,18,20,25 62:2
70:10 71:19 73:18
74:21 (19)

**wanted** 42:5 64:7

**wants** 6:24 8:11
64:9

**wash** 37:14,20

**wasn't** 22:23
72:14

**way** 13:10
22:17,24 24:9
56:20 75:13 80:17
(7)

**ways** 42:23

**we'll** 73:2

**we're** 21:11
33:13 36:21 38:15
39:6,11 40:3,6,23
41:2,23 43:8,13
44:14 45:3,4
51:25 52:4 55:23
58:5,19 60:14,19
62:3,9,11 68:3
71:3,7 72:5 (30)

**website** 21:22

**week** 9:9 75:15

**weeks** 75:22

**welcome** 6:10

**well** 6:3 28:13
37:5 43:4 51:11
(5)

**weren't** 54:19

**west** 10:20

**what** 7:6,9
10:17,19 11:2,3
13:5 16:11,25
18:4,14 19:6
20:11 22:14,22
23:14,18
26:10,15,20,23
27:12,25 29:14
30:17,19,22 33:17
35:2 36:6
39:15,16 41:9
44:5 45:11 49:20
53:11 60:12 63:2
68:21 70:2,12
72:22 75:5 (44)

**what's** 24:3

**whatever** 6:24
8:10 49:5

**wheelchair** 52:23
53:15,18

54:20 55:6

**when** 9:7,18 12:2
14:10 16:5 21:19
23:3,6 24:8,11
25:4,25 27:7,17
28:15,20,24
29:8,13 32:16
34:22,24 37:5
43:25 44:24
45:9,19,19 49:18
50:15 53:2,18,22
56:17,21 58:24
62:17 63:3 65:18
72:13 76:20,21
77:5 (43)

**where** 42:8

**whereof** 80:19

**whereupon** 31:19
33:19 36:10 40:15
43:19 44:10 46:20

52:12 61:14 63:12
70:5 76:9 (12)

**whether** 53:16
75:6

**which** 10:10
45:17 54:15 55:18
60:5 63:13 66:21
78:5 (8)

**while** 9:6,7
30:13,18 75:7 (5)

**who** 9:20
11:16,25 12:4
13:15 14:13,17
18:14 19:4 21:3
30:11 31:25
34:14,18 35:10,16
53:4 54:20 55:6
57:24 58:13 59:21
64:8 72:4 (24)

**who's** 21:4

**whoever** 38:2

**whose** 80:11

**why** 16:24 66:11
68:7,24 (4)

**will** 4:10,18 5:25
57:24 69:12,13 (6)

**wintertime** 35:8

**withdrawn** 10:18

**within** 3:14 27:17
38:6,8,22 42:9
73:3,11
75:14,16,22 80:9
(12)

**without** 66:17

**witness** 4:9,13
5:3,14,17 6:9 7:7
8:22 13:22
17:6,19,23 25:21
28:12 36:5 39:3

40:8,12 41:4 42:3
43:17 46:10,15
47:7 54:10 56:3
61:4,10 66:9
69:9,12 74:7 75:4
76:5 79:3
80:11,14,19 81:3
(39)

**witness'** 42:18
52:6,10 54:25 (4)

**witnessing** 55:4

**woke** 26:24

**work** 20:6 48:18
49:10 50:16 51:2
53:8,10 (7)

**worked** 23:4

**works** 9:14

**worry** 41:12 73:2

**would** 5:22 8:15
12:6,8,20 14:18
16:23 17:14 18:16
27:21,23 28:21
30:5 34:14,18
35:3,7 37:2,11,16
38:6,19 41:7,10,13
42:11 44:3,4
45:7,9 49:23
53:11,12,13,16,17
54:20 59:21 60:3
62:21,23 73:18,25
74:16,22 76:25
(46)

**wouldn't** 65:25

**wrong** 54:18

**x** 1:3,10 10:25
11:9 12:4 21:3
22:11 25:25 34:19
45:22 47:13 52:23
54:14 58:13 79:2
(15)

**y** 5:8,8

**yeah** 24:2 28:13
48:24 56:4 61:10
(5)

**year** 28:9 29:14
35:2 56:16 73:16
(5)

**years** 14:16
15:5,7 16:10
17:16 18:11
27:9,14,22,23
29:6,14 45:18
49:3,6 (15)

**yelling** 17:25

**yelp** 21:24

**yep** 8:22

**yes** 7:7 8:17 9:17
11:7 14:12,20,25
17:2 18:25 19:16
20:24 23:8 24:7
25:21 32:18 35:20
48:19 51:20,24
52:25 54:2 56:24
57:15 61:19 63:10
65:21 71:16 73:17
75:16 76:17 77:14
(31)

**yesterday**
9:10,19 10:7

**york** 1:2,18 2:117
91,10170,10170
5:10,18 7:12
10:21 80:4,9
81:24 (12)

**you're** 6:10 16:9
17:24 18:23
21:13,22 22:3,6
25:4 27:25 28:3
29:25 32:17 43:17
45:11 48:11
57:13,17 60:5
65:19 66:9 73:20
(22)

**your** 4:3

5:2,12,15 6:23
7:4,9,25 9:12
10:19 13:14
21:20,22 22:4,9
23:23 29:20
30:3,19,22 31:24
37:12 46:4 49:16
52:22 54:21
56:11,11,20 60:10
61:21,24 62:22,23
64:10,17,20
66:6,13 68:12,25
69:15,17 70:15
71:20,22 74:4
75:11,12 77:4,21
(51)

**zoom** 1:10
10:4,5,7 81:4 (5)

**300** 66:18

**318** 77:24

**338** 2:4

**420** 2:8

**1961** 7:24

**1992** 27:16

**1993** 27:16 29:4,5

**1997** 11:15,17
12:2 14:10 20:25
(5)

**2000** 35:3
49:12,15

**2013** 16:6,8 48:9

**2019** 37:3,17
73:16,19 75:10
77:2 (6)

**2020** 23:5,18 24:6
35:6 37:3,6,14
76:25 (8)

**2021** 1:12 4:6
68:2 78:2021

**80:20 81:3 (6)**

**2525** 2:8

**9143** 8:6

**10170** 2:10170

**11231** 5:18

**11791** 2:11791

**15000** 24:18

**7185267100** 1:21