UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dino Antolini,

                    Plaintiff,

    -against-

Amy McCloskey et al.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2021

1:19-cv-09038 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a remote conference with the parties this morning, the Court hereby rules as follows:

1. Defendants' Letter Motion to Compel dated February 10, 2021 (ECF No. 140) is GRANTED (as modified by paragraph 5 below).

2. Defendants' deposition of Plaintiff shall commence on Monday, April 19, 2021, and continue from day to day until complete, provided, however, that the deposition shall be completed no later than Friday, April 23, 2021. The parties shall cooperate in determining the appropriate total length and day-by-day scheduling of the deposition; if the parties reach an impasse, counsel may contact the Court for guidance.

3. Any objections to the Notice of Deposition that Defendants served on Plaintiff are overruled. As indicated on the record during today's remote conference, there shall be no objections at Plaintiff's deposition other than objections to form and objections on the basis of privilege, and only in the case of the latter may Plaintiff decline to answer the question posed.

4. No later than Tuesday, March 16, 2021, Plaintiff shall serve on Defendants a supplemental expert report of Billy Chen, RA, AIA, which shall provide, at minimum: (a) a list of all publications Mr. Chen has authored in the previous 10 years; (b) a list of all other cases in which Mr. Chen has testified as an expert at trial or by deposition in the previous 4 years; and (c) a statement of the compensation Mr. Chen will receive for his study and testimony in this case.  *See* Fed. R. Civ. P. 26(a)(2)(B)(iv)-(vi).

5. The deadline for completion of depositions is extended to Friday, April 23, 2021.

6. The deadline for completion of all discovery is extended to Tuesday, May 11, 2021.

**SO ORDERED.**

Dated:     New York, New York
           March 2, 2021

_____
STEWART D. AARON
United States Magistrate Judge