UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dino Antolini,

       Plaintiff,

 -against-

Amy McCloskey et al.,

       Defendants.

1:19-cv-09038 (GBD) (SDA)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2021

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

  The Court has considered Plaintiff's Letter Motion to Compel, dated April 12, 2021, in which Plaintiff also moves for sanctions against Defendants (ECF No. 154); Defendants' Opposition thereto, which requests that the Court sanction Plaintiff (ECF No. 155); and Plaintiff's Reply in further support of his motion (ECF No. 156).

  The parties are admonished, once again, for their failure to appropriately meet and confer prior to raising their disputes with the Court.

  The Court hereby ORDERS as follows:

  1. The parties are directed to appear for a telephone conference on Friday, April 30, 2021, at 10:00 a.m., to address the completion of discovery in this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

  2. With regard to Plaintiff's motion to compel initial disclosures: Plaintiff's Reply raises alleged deficiencies in the disclosures Defendants produced concurrently with their Opposition to Plaintiff's motion. The parties are directed to meet and confer to attempt to resolve any disputes as to the sufficiency of those disclosures. No later than Thursday, April 29,

2021, Plaintiff and Defendants shall each submit a letter indicating any outstanding disputes as to those disclosures. If all such disputes have been resolved, the Court may cancel the conference.

3. With regard to Plaintiff's motion to compel expert discovery: The Court hereby sets Friday, April 30, 2021, as the deadline for the parties to serve expert disclosures pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure.

4. Plaintiff's motion for sanctions and Defendants' request for sanctions are denied.

**SO ORDERED.**

Dated:   New York, New York
         April 16, 2021

_____
STEWART D. AARON
United States Magistrate Judge