# STUART H. FINKELSTEIN

*Attorney at Law*

338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

April 19th, 2021

Magistrate Judge Stewart D. Aaron
Southern District of New York
Daniel Patrick Moynihan
United States District Court
500 Pearl Street - Courtroom 11C
New York, New York 10007

Re: Antolini vs. McCloskey, et al
Case No.: 1:19-cv-09038 GBD

Dear Judge Aaron:

As you may remember this morning Plaintiff Dino Antolini's deposition was held and you issued your Order after two phone conferences with both sides attending.

The deposition continued up until 2:59 PM (with breaks in between) with the most harassing, irrelevant, embarrassing out of bounds questions I've ever seen or heard.

However, I was limited by your Order in directing my client from answering on grounds of privilege only. To all others, simply object and then the answer would ensue.

However, when the lawyer for the defendants put up on all the monitors ***a copy of my arrest warrant***, for me, enough was enough. I told defense counsel "that's not happening" and advised him to continue with Mr. Antolin's deposition without my personal business being part of it.  He refused, continued asking the question and was cut off by me. The deposition was halted after some four hours of actual questioning. By my count, he still has three hours left for questioning and Mr. Antolini is ready, willing and able to continue with his deposition.

There is nothing of a factual nature about this ADA lawsuit that has anything to do with my client and what is going on in my life.

I expect when the defendants' lawyer makes his motion that he attaches the complete transcript, so your Honor can get the full picture. I say this because in the past he has only inserted those excerpts that are favorable to him and pastes those to his submissions. If he does not, then I will submit it to the Court.

Respectfully,

Stuart H. Finkelstein

To all via pacer