UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dino Antolini,

                    Plaintiff,

      -against-

Amy McCloskey et al.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2021

1:19-cv-09038 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The telephone conference originally scheduled for Friday, April 30, 2021 at 10:00 a.m. (*see* Order, ECF No. 157) is hereby rescheduled to that same day at 2:00 p.m.

**SO ORDERED.**

Dated:    New York, New York
           April 21, 2021

_____
STEWART D. AARON
United States Magistrate Judge