1

2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3    ---------------------------------------------X

4    DINO ANTOLINI,
                                    Plaintiff,
5
                 -against-            Case No.:
6                                     1:19-CV-09038

7
     AMY MCCLOSKEY, THERESA LAURENT, DIMUR
8    ENTERPRISES INC., EDDIE C K CHUNG
     and C&S MILLENIUM REAL ESTATE LLC,
9
                                    Defendants.
10   ---------------------------------------------X
                                    Zoom videoconference
11

12                                  February 17, 2021
                                    1:34 p.m.
13

14            DEPOSITION of AMY McCLOSKEY, a Defendant

15   herein, taken by the Plaintiff, pursuant to

16   Order, held at the above-mentioned time and

17   place, before Stephanie O'Keeffe, a Notary Public

18   of the State of New York.

19

20            LH REPORTING SERVICES, INC.
              Computer-Aided Transcription
21                  (718)526-7100

22

23

24

25

```
 1

 2    A P P E A R A N C E S :

 3    FINKELSTEIN LAW GROUP, PLLC
      Attorneys for Plaintiff
 4        338 Jericho Turnpike
          Syosset, New York 11791
 5    BY:  STUART H. FINKELSTEIN, ESQ.

 6

 7    LEVIN-EPSTEIN & ASSOCIATES, P.C.
      Attorneys for Defendant
 8        420 Lexington Avenue, Suite 2525
          New York, New York 10170
 9    BY:  JASON MIZRAHI, ESQ.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2                       S T I P U L A T I O N S

3

4          IT IS HEREBY STIPULATED AND AGREED by and

5     between the attorneys for the respective parties

6     herein, that filing, sealing and certification be

7     and the same are hereby waived.

8

9          IT IS FURTHER STIPULATED AND AGREED that all

10    objections, except as to the form of the question

11    shall be reserved to the time of the trial.

12

13         IT IS FURTHER STIPULATED AND AGREED that the

14    within deposition may be signed and sworn to

15    before any officer authorized to administer an

16    oath, with the same force and effect as if signed

17    and sworn to before the Court.

18

19

20

21

22

23

24

25

1

2              THE REPORTER:  My name is

3       Stephanie O'Keeffe.  I am your court

4       reporter today.  I represent LH

5       Reporting Services.

6              Today is February 17, 2021.  The

7       time is 1:34 p.m.  We are here to take

8       the deposition of Amy McCloskey.

9              Before I swear in the witness, I

10      will ask each counsel to stipulate, on

11      the record, to the following:

12             Due to the COVID-19 pandemic, the

13      court reporter may swear in the witness

14      even though we are not physically in

15      the same location.

16             Each counsel shall also stipulate

17      that there is no objection to this at

18      the present time, and there will be no

19      objection to the same at any time in

20      the future.

21             MR. MIZRAHI:  Counsel for the

22      defendant, no objection.

23             MR. FINKELSTEIN:  So stipulated.

24             MR. MIZRAHI:  We stipulate.

25             THE REPORTER:  Counsel, can you

1

2              represent that, to the best of your

3              knowledge and belief, the witness

4              appearing today via videoconference is,

5              in fact, Amy McCloskey?

6                   MR. MIZRAHI:  I do.

7                   THE REPORTER:  Thank you.

8    A M Y   M C C L O S K E Y, after having first

9         been duly sworn by a Notary Public of the

10        State of New York, was examined and

11        testified as follows:

12                   THE REPORTER:  Please state your

13              name for the record.

14                   THE WITNESS:  Amy McCloskey.

15                   THE REPORTER:  Please state your

16              address for the record.

17                   THE WITNESS:  167 Nelson Street,

18              Brooklyn, New York 11231.

19   EXAMINATION BY

20   MR. FINKELSTEIN:

21                   MR. MIZRAHI:  Jason Mizrahi from

22              Leven-Epstein & Associates, PC would

23              like to make one quick clarification

24              for the record.

25                   The instant deposition will be

```
1                    A. McCLOSKEY
2           taken from Amy McCloskey in her
3           personal capacity as well as in her
4           official capacity as a representative
5           of defendant Dimur Enterprises, Inc.
6                MR. FINKELSTEIN:  Good afternoon,
7           Ms. McCloskey.
8                How are you?
9                THE WITNESS:  Just dandy.  Thanks.
10               MR. FINKELSTEIN:  You're welcome.
11               I'm going to be asking you a
12          series -- my name is Stuart
13          Finkelstein.  I'm going to be asking
14          you a series of questions about this
15          lawsuit.
16               If you don't understand anything
17          that I'm asking you, please let me
18          know.  I'll do my best to rephrase it.
19               If I go too fast for you, let me
20          know because I've been accused
21          sometimes of going very quickly.
22               With regard to any objections made
23          by your lawyer here, he is allowed to
24          make whatever objections he wants.  But
25          the judge has directed that all
```

```
 1                     A. McCLOSKEY
 2          questions are to be answered.
 3                 And obviously, everything here is
 4          to the best of your knowledge.
 5                 Are we good on that?  Do you
 6          understand what I'm saying?
 7                 THE WITNESS:  Yes.
 8          Q.   Okay.  Good.
 9                 Your home address is what, Ms.
10     McCloskey?
11          A.   167 Nelson Street, Brooklyn, New
12     York.
13          Q.   Okay.  Have you ever been
14     convicted of a crime?
15          A.   No.
16          Q.   Have you ever testified before --
17          A.   No.
18          Q.   -- at a deposition like this or in
19     person?  No?
20          A.   No.
21          Q.   How about at trial?
22          A.   No.  Nope.
23          Q.   Date of birth, please.
24          A.   August 5, 1961.
25          Q.   The last four numbers of your
```

```
 1                      A. McCLOSKEY
 2        Social Security number?
 3                  MR. MIZRAHI:  Objection to the
 4             form of the question.  It's irrelevant.
 5                  Ms. McCloskey, you can answer.
 6             A.   9143.
 7                  MR. FINKELSTEIN:  So in the
 8             future, so we know and so he doesn't
 9             clutter up the record.  Again, he is
10             allowed to make whatever objection he
11             wants, objection to form, this, that,
12             or anything else.  But you have to
13             answer all the questions.
14                  So for him to say you can answer
15             is gratuitous.  So I would appreciate
16             it if he can be constrained on that.
17                  So, yes, answer everything unless
18             he outright says don't answer.  And
19             then we just go to the judge for a
20             ruling.
21                  All right, Ms. McCloskey?
22                  THE WITNESS:  Yep.
23             Q.   Great.  Social, you gave me the
24        last four numbers.
25                  Did you review any paperwork,
```

```
 1                        A. McCLOSKEY
 2         documents, anything, e-mails, letters in
 3         preparation for this morning's -- excuse me,
 4         this afternoon's deposition?
 5              A.    I had a vague reading of the
 6         complaint a while ago, but nothing else.  No
 7              Q.    When you say a while ago, how long
 8         ago?
 9              A.    A week or two.
10              Q.    Anything yesterday, today?
11              A.    No.
12              Q.    Did you speak with your attorney
13         Mr. Mizrahi, also on the screen, or anybody
14         else at the law firm he works for in regard
15         to this morning's -- this afternoon's
16         deposition?
17              A.    Yes.
18              Q.    When?
19              A.    Yesterday.
20              Q.    Who did you speak with?
21              A.    Jason.
22              Q.    How long did the conversation go
23         for?
24              A.    About -- my part of it, probably
25         about 30, 40 minutes.  Forty.  Somewhere
```

```
 1                       A. McCLOSKEY
 2       around there.
 3             Q.    That was by telephone or by video?
 4             A.    Zoom.
 5             Q.    Zoom.
 6                   Did he show you any papers or
 7       documents on Zoom yesterday?
 8             A.    There were a couple of excerpts
 9       from the complaint.  That's it.
10             Q.    Which excerpts?
11                   MR. MIZRAHI:  Objection to the
12             form of the question.  It calls for
13             privileged attorney-client information.
14                   Ms. McCloskey, don't answer that
15             question.
16             Q.    After he showed you those
17       excerpts, what did you -- never mind.
18       Withdrawn.
19                   Ms. McCloskey, what is your
20       relationship to the property at 94 West
21       Houston Street, New York City?
22             A.    I am the president of Dimur
23       Enterprises Inc.  And Dimur Enterprises Inc
24       has access to that property for the use of
25       Madame X.
```

```
 1                    A. McCLOSKEY
 2         Q.   What do you mean by has access?  I
 3    don't know what you mean by that.
 4         A.   We are allowed to use it by the
 5    landlord.
 6         Q.   You have a lease?
 7         A.   Yes.
 8         Q.   How long have you been operating
 9    Madame X at that location?
10              MR. MIZRAHI:  Objection to the
11              form of the question.  It calls for a
12              legal conclusion.
13              MR. FINKELSTEIN:  Go ahead.  Ms.
14              McCloskey, go ahead.
15         A.   We have been there since 1997.
16         Q.   Who was the owner or owners in
17    1997?
18              MR. MIZRAHI:  Objection to the
19              form of the question.  It's vague and
20              ambiguous.
21              Amy, you can respond.
22         A.   Again, Dimur Enterprises had three
23    participants at that point.  Theresa
24    Laurent, myself, and our third partner, Mimi
25    Dimur, who has since passed away.
```

A. McCLOSKEY

1

2     Q.   Ms. McCloskey, in 1997, when you

3     began business -- operating a business there

4     as Madame X, who were the owners of the

5     building?

6          A.   That would Eddie Chung, and I

7     don't know his partner's name.

8               It would be, actually, C&S

9     Millennium Real Estate.  I call him Eddie,

10    but that's -- the name of the business that

11    owns it is C&S Millennium Real Estate, LLC.

12         Q.   I'm assuming Eddie Chung is --

13    that's his company, the C&S Millennium Real

14    Estate?

15              MR. MIZRAHI:  Objection to the

16         form of the question.  It calls for

17         speculation.

18         Q.   Do you know?  Everything is do you

19    know.  Do you know?

20         A.   I don't know.  I would assume so.

21         Q.   All right.

22              MR. MIZRAHI:  Amy, I'm going to

23         ask, don't answer any questions under

24         any assumptions.  Please only answer

25         questions to the extent you know the --

```
 1                    A. McCLOSKEY
 2               MR. FINKELSTEIN:  Absolutely.  Ms.
 3          McCloskey, I couldn't agree with him
 4          more.
 5               Everything here is based on what
 6          you know.  We don't want you to guess,
 7          assume, or believe.  If you know the
 8          answer, you got to tell me.
 9          A.   The answer is, I do not know one
10     way or the other.
11          Q.   That's a fair answer, and that's
12     perfectly fine.  Okay.  All right.
13               Probably be the first time I agree
14     with your lawyer.
15               Do you know who the current owners
16     of the building are?
17          A.   It still C&S Millennium Real
18     Estate, that's --
19          Q.   And Eddie Chung?
20               MR. MIZRAHI:  Objection to the
21          form of the question.  It calls for
22          witness testimony.
23               It was previously asked and
24          answered.
25               MR. FINKELSTEIN:  You can answer
```

```
 1                      A. McCLOSKEY
 2           Ms. McCloskey.
 3           A.   C&S Millennium Real Estate.
 4           Q.   So you don't know if Eddie Chung
 5      is one of the owners of the property or the
 6      building?
 7           A.   He is the person I deal with.
 8      That's the only thing I can say that I know
 9      for sure.
10           Q.   Okay.  When you moved in 1997, did
11      you sign the lease?
12           A.   Yes.
13           Q.   Who are the signatories to that
14      lease?
15           A.   Myself, Mimi Dimur.  I don't know
16      if Theresa signed.  And it's been 23 years,
17      I can't say for sure who else.
18           Q.   If I told you Eddie Chung, would
19      that ring a bell?
20           A.   Yes.  He probably did, but I
21      haven't seen the lease.  Again, you don't
22      want me to assume.
23           Q.   Right.  Do you know if C&S
24      Millennium Real Estate was on that lease?
25           A.   Yes.
```

1                   A. McCLOSKEY

2          Q.   They're a signatory on the lease,

3     or somebody on their behalf?

4          A.   Again, I assume so.  I haven't

5     seen it in 23 years.

6          Q.   Fair answer.  I can't believe you

7     don't remember something from 23 years ago.

8               That's a joke.  That's a joke.

9               Do you have a lease in effect

10    right now?

11              MR. MIZRAHI:  Objection to the

12         form of the question.  It calls for a

13         legal conclusion.

14              MR. FINKELSTEIN:  A lease is a

15         lease.

16         Q.   Do you have a lease right now

17    between you and the owners of the building?

18              MR. MIZRAHI:  Objection, again to

19         the form of the question.  It calls for

20         a legal conclusion.

21              MR. FINKELSTEIN:  Go ahead, Ms.

22         McCloskey.

23              You got to answer all the

24         questions unless he says, don't answer.

25              In the meantime, can I get an

```
 1                    A. McCLOSKEY
 2         answer, please?  If you know, of
 3         course.
 4         A.    We have a month-to-month.
 5         Q.    When did that start?
 6         A.    2013.
 7         Q.    Sorry?
 8         A.    2013.
 9         Q.    So you're month-to-month for the
10    last eight years; is that a fair statement?
11         A.    That's what it adds up to,
12    approximately.
13         Q.    Any reason that you don't have a
14    lease with the landlord, with the owner of
15    the property?
16              MR. MIZRAHI:  Objection to the
17         form of the question.  It's vague and
18         ambiguous.
19              It also calls for a legal
20         conclusion.
21              MR. FINKELSTEIN:  Go ahead, Ms.
22         McCloskey.
23         A.    You would have to ask them.
24         Q.    Ask them why there is no lease; is
25    that what you said?
```

```
 1                    A. McCLOSKEY
 2          A.    Yes.
 3          Q.    Did you want a lease?
 4                MR. MIZRAHI:  Objection to the
 5          form of the question.  It's
 6          misconstruing witness testimony.
 7          Q.    Did you want a lease with the
 8    owners?
 9                MR. MIZRAHI:  Objection to the
10          form of the question.  Vague.
11                It's also irrelevant.
12                MR. FINKELSTEIN:  Go ahead.
13          A.    Ask the question again.
14          Q.    Would you prefer that there was a
15    lease in place in the last seven, eight
16    years, approximately?
17                MR. MIZRAHI:  Objection to the
18          form of the question.  It's irrelevant.
19                It also calls for witness
20          testimony.
21                MR. FINKELSTEIN:  Counsel, could
22          you do me a favor because I'm having
23          problems hearing the witness and I have
24          to keep the volume up, and you're kind
25          of yelling or talking really loud or
```

```
1                    A. McCLOSKEY
2           too close to the mic, can you lower it
3           a little bit, please.  Thank you.
4                Stephanie, I'm sorry, what was my
5           last --
6           A.   I didn't have an opinion.  I
7      didn't have an opinion because there were
8      good reasons for it and medium reasons for
9      it.  I did not have an opinion.
10          Q.   All right.  In the past seven,
11     eight years, approximately, were you ever
12     given a 30-day notice to vacate?
13          A.   No.
14          Q.   Who owns or what owns the lounge
15     slash bar?
16          A.   That would be Dimur Enterprise
17     comma Inc?
18          Q.   Anybody else?  Anybody --
19          A.   No.
20          Q.   -- or other entity.  Sorry, I cut
21     you off.  No?
22          A.   No.
23          Q.   You're president of Dimur
24     Enterprises, correct?
25          A.   Yes.
```

```
 1                          A. McCLOSKEY
 2            Q.    So this is a corporation, correct?
 3            A.    Correct.
 4            Q.    Who are the shareholders?
 5            A.    At this point, myself and Theresa.
 6            Q.    What percentage of shares do you
 7       hold?
 8            A.    I own 78.
 9            Q.    And Ms. Laurent?
10            A.    Twenty-two.
11            Q.    Does she derive any income from
12       Dimur Enterprises?
13                 MR. MIZRAHI:  Objection to the
14            form of the question.  It's irrelevant.
15                 It also calls for speculation.
16                 MR. FINKELSTEIN:  Is that a yes or
17            no, ma'am?
18            A.    No.
19            Q.    Is she given a dividend, receive
20       any --
21                 MR. MIZRAHI:  Objection to the
22            form of the question.  It's irrelevant.
23            It has no material significance to
24            claims or defenses at issue in this
25            case.
```

```
 1                        A. McCLOSKEY
 2               It also calls for speculation.
 3               MR. FINKELSTEIN:  Do you remember
 4          the question after all that?
 5          A.   The answer is no.
 6          Q.   Does she work there?
 7          A.   No.
 8               MR. MIZRAHI:  Objection to the
 9          form of the question.  It calls for
10          speculation.
11          Q.   On what basis does she get
12      22 percent of the shares?
13               MR. MIZRAHI:  Objection to the
14          form of the question.  It's irrelevant.
15               It also calls for a legal
16          conclusion.
17          A.   Friendship.
18          Q.   How long has she had 22 shares?
19               MR. MIZRAHI:  Objection to the
20          form of the question.  It's irrelevant.
21               It also calls for speculation.
22          A.   Since we started.
23          Q.   In '97?
24          A.   Yes.
25          Q.   1997, Excuse me.?
```

```
 1                    A. McCLOSKEY
 2          A.   Correct.
 3          Q.   With regard to Madame X, who makes
 4     the -- who's responsible for the management
 5     of the lounge bar?
 6               MR. MIZRAHI:  Objection to the
 7          form of the question.  It's vague and
 8          ambiguous.
 9          A.   The general day-to-day is my bar
10     manager, Karen.
11               But nobody right now because we're
12     closed.
13          Q.   And you're opening up again on
14     March 31st?
15               MR. MIZRAHI:  Objection.
16          A.   No.
17               MR. MIZRAHI:  Objection to the
18          form of the question.
19          Q.   When do you plan on reopening?
20          A.   Your guess is as good as mine.
21          Q.   Okay.  Because I thought I read on
22     your website that you're opening up March
23     31st.
24          A.   That's on our Yelp page.  I have
25     to specify a date.
```

```
 1                    A. McCLOSKEY
 2              It keeps getting pushed back.
 3         Q.    You're aware of the 25 percent
 4    opening up by your governor?
 5         A.    Quite.
 6         Q.    So you're not gonna open up for
 7    that 25 percent?
 8         A.    No.
 9         Q.    You said your manager bar person,
10    I think you said that, does the day-to-day
11    operations of Madame X?
12         A.    She did.
13         Q.    She did.
14              What is her name?
15         A.    Karen Kramer.
16         Q.    Can you spell that, please?
17         A.    Karen spelled the regular way.
18    Kramer, K-R-A-M-E-R.
19         Q.    And how do you spell the first
20    name?
21         A.    Karen, K-A-R-E-N.
22         Q.    What was the last name?  You said
23    something about it wasn't spelled the
24    regular way.
25         A.    No.  Her first name is spelled
```

```
 1                        A. McCLOSKEY
 2        Karen, K-A-R-E-N, Kramer, K-R-A-M-E-R.
 3             Q.   Okay.  When was the last time she
 4        worked at the lounge?
 5             A.   March 15, 2020.
 6             Q.   I'm assuming that's when you
 7        closed down.
 8             A.   Yes.
 9             Q.   Are you paying rent right now?
10             A.   No.
11                  MR. MIZRAHI:  Objection to the
12             form of the question.  It calls for a
13             legal conclusion.
14             Q.   What rent were you paying in
15        February --
16                  MR. FINKELSTEIN:  It's no legal
17             conclusion.  It's a fact question.
18             Q.   In February 2020, what rent were
19        you paying?
20                  MR. MIZRAHI:  Objection to the
21             form of the question.
22                  MR. FINKELSTEIN:  Can you lower
23             your volume?
24                  MR. MIZRAHI:  It's a conclusory
25             statement.
```

```
 1                           A. McCLOSKEY
 2                    MR. FINKELSTEIN:  Yeah.  Great.
 3                    What's the answer, please?
 4              A.    The amount that I put on the check
 5         every month was $15,000.
 6              Q.    That's up until March of 2020?
 7              A.    Yes.
 8              Q.    When you say you put on the check,
 9         did you also pay in any other way, in cash?
10              A.    No.
11              Q.    Okay.  When was the last time you
12         paid rent there?
13              A.    That was the last payment.
14              Q.    Do you pay the real estate taxes
15         there or a portion of them?
16                    MR. MIZRAHI:  Objection to the
17               form of the question.
18              A.    That is part of the 15,000.
19              Q.    Has he given you a notice since
20         you stopped paying rent to leave, to vacate
21         the premises?
22                    MR. MIZRAHI:  Objection to form of
23               the question.  It's irrelevant.  It has
24               nothing to do with the claims or
25               defenses at issue in this litigation.
```

```
1                    A. McCLOSKEY
2         A.   No.
3         Q.   Do you have an agreement or have
4    you had any conversations about when you're
5    gonna start paying rent again with the
6    owner?
7              MR. MIZRAHI:  Objection to the
8         form of the question.  It is
9         irrelevant.  It has nothing to do with
10        the claims or defenses at issue in this
11        ADA action.
12             Objection on the basis that it may
13        be requesting privileged and/or
14        otherwise confidential information.
15             Amy, to the extent that it doesn't
16        call for you to disclose any privilege
17        or confidential information, you can
18        answer the question.
19             MR. FINKELSTEIN:  Do you remember
20        the question?
21             THE WITNESS:  Yes.
22        A.   No.
23        Q.   Do you have intentions of
24   remaining at that location operating Madame
25   X when this plague is over?
```

```
1                      A. McCLOSKEY
2                MR. MIZRAHI:  Objection.  It calls
3           for speculation.
4           A.   In this case, I'm agreeing with my
5       lawyer.  It totally is up for speculation.
6       Too many variables.
7           Q.   Ms. McCloskey, are you familiar
8       with the Americans with Disabilities Act?
9           A.   Only generally.
10          Q.   Tell me what you mean by
11      generally, please.
12          A.   I understand it as a thing.  I
13      understand some vague things about it.  I
14      have never read it.
15          Q.   Okay.  What do you understand
16      about it?
17                MR. MIZRAHI:  Objection to the
18          form of the question.  It's vague and
19          ambiguous.
20                MR. FINKELSTEIN:  That's what Ms.
21          McCloskey just said, she has a general
22          and vague knowledge.
23          Q.   Tell me what you understand.
24          A.   We woke up a country and decided
25      to allow people to be more -- not decided --
```

```
1                        A. McCLOSKEY
2          said that -- I mean, like I said, it's
3          pretty vague.
4                    People with disabilities don't get
5          access to certain places.  They needed to
6          make it a rule.
7               Q.    When did you learn this?
8               A.    No idea.
9               Q.    More or less than five years ago?
10              A.    You know, it's part of -- it was
11         part of the press.
12              Q.    What did you mean by that, part of
13         the press?
14              A.    More than five years ago.
15              Q.    The law's been out since
16         approximately 1992, 1993.  Can you give me a
17         timeframe within that of when you found out
18         about it?
19              A.    After that.  I didn't pay
20         attention.
21              Q.    Okay.  Would it be between -- I
22         know the time period you said five years,
23         would it be more than ten years?
24              A.    Again, I can't say specifically.
25         I know what you're getting at.  It's in
```

```
1                         A. McCLOSKEY
2        general.  It's, you know -- there was an
3        understanding.  But if you're asking -- I
4        need a more specific question because I
5        don't -- I don't have an idea.  I really
6        honestly don't.
7              Q.   You say you heard about the ADA,
8        you knew about approximately the last five
9        year --
10                  MR. MIZRAHI:  Objection to the
11             form of the question.  It is
12             misconstruing witness testimony.
13                  MR. FINKELSTEIN:  Yeah.  Well,
14             let's start from scratch then.
15             Q.   When did you first become familiar
16        or hear about the ADA?
17             A.   I can't answer that.  I don't
18        know.  It's something that's generally out
19        there.  You become vaguely aware of things.
20             Q.   When you say generally out there,
21        how long ago would that be that you
22        generally found out?
23             A.   I can't answer that question.  I
24        don't like to be specific when I don't have
25        an answer.
```

```
 1                    A. McCLOSKEY
 2         Q.   That's fine.
 3              Did you acquire knowledge of it
 4    after 1993?
 5         A.   Sometime between 1993 and five
 6    years ago.  Absolutely?
 7         Q.   Okay.  Thank you.
 8              Ms. McCloskey, when did you become
 9    aware of the lawsuit?
10         A.   I don't know specifically.  I
11    honestly don't remember.
12         Q.   Approximately.
13         A.   When we were served and that was,
14    what, couple years ago, a year ago.
15    Somewhere between that.
16         Q.   Okay.  Did you bring any documents
17    with you or any paperwork or anything
18    related to this lawsuit with you today?
19         A.   No.
20         Q.   Did your attorney ever show you
21    the notice that was served on him for you to
22    come today?
23         A.   No.
24         Q.   No.
25              So you're not familiar with the
```

```
 1                    A. McCLOSKEY
 2      items that were requested in the notice --
 3      your notice of deposition today?
 4           A.   I know I'm supposed to be here.
 5      Anything more than that, I don't -- would
 6      not have any specific knowledge.
 7           Q.   Did anybody tell you not to bring
 8      anything with you today related to this
 9      lawsuit?
10           A.   Nope.
11           Q.   Who did you contact after you were
12      served with the lawsuit?
13           A.   That was a while ago.  I don't
14      recall.
15           Q.   Did you call a lawyer?
16           A.   Not initially.  I think we did
17      research into what it was all about.  I
18      don't -- again, it's been a while.
19           Q.   What did your research reflect?
20           A.   That we were grandfathered and not
21      liable was my estimation.
22           Q.   Under what grounds did your
23      research indicate that you were
24      grandfathered?
25                    MR. MIZRAHI:  Objection to the
```

```
 1                       A. McCLOSKEY
 2           form of the question.  It calls for a
 3           legal conclusion.
 4                MR. FINKELSTEIN:  It's all based
 5           on her research, Counsel.
 6                But you can answer the question,
 7           ma'am.
 8                MR. MIZRAHI:  Objection.  Renewed
 9           objection.  It is --
10           A.   Can you rephrase?
11                MR. MIZRAHI:  -- requesting a
12           legal conclusion.
13                Amy, you can answer.
14                If you need him to --
15                MR. FINKELSTEIN:  Relax.  She
16           needs the question again.
17                Stephanie, can you please read it
18           back to Ms. McCloskey.  Thank you.
19                (Whereupon, the requested portion
20           of the transcript was read back by the
21           reporter.)
22           A.   I don't have a memory of the
23      specific.  Again, it's very general.
24           Q.   And after you did your research,
25      who did you contact, if anybody, regarding
```

```
 1                        A. McCLOSKEY
 2        this lawsuit?
 3              A.   Mostly, we spoke to other people
 4        in our business.
 5              Q.   Okay.  Did you tell the owners
 6        that everybody was being sued?
 7                   MR. MIZRAHI:  Objection to the
 8              form of the question.  It's vague and
 9              ambiguous.
10                   It's also irrelevant.  It has no
11              material relevance to the claims or
12              defenses at issue in this litigation.
13              A.   I know at some point Eddie reached
14        out to me to ask me; and I told him we were
15        handling it.  That was the extent of that.
16              Q.   When did Eddie -- I'm assuming
17        you're referring to Eddie Chung?
18              A.   Yes.
19              Q.   How soon after the lawsuit, you
20        found out about it, did he reach out to you?
21                   MR. MIZRAHI:  Amy, I'm instructing
22              you not to answer this question.  It's
23              completely irrelevant.  It has nothing
24              to do with the claims or the defenses
25              at issue in this litigation.  This is
```

```
 1                    A. McCLOSKEY

 2          unduly unnecessary.  It's unduly

 3          burdensome.  It's designated and

 4          targeted to harass you.

 5                On that basis, I'm going to ask

 6          you not to answer the question.

 7                I'm also going to object to the

 8          entire line of questioning that is

 9          being posed right now.

10                MR. FINKELSTEIN:  Mark it for a

11          ruling.

12                Stephanie, I didn't do it on the

13          last one.  We're calling Judge Stewart

14          Aaron before the deposition is

15          concluded.  I want to get a ruling on

16          this one.

17                What was the question again,

18          please?

19                (Whereupon, the requested portion

20          of the transcript was read back by the

21          reporter.)

22          Q.  Did Eddie reach out to you, or you

23      reached out to him?

24                MR. MIZRAHI:  Amy, I'm going to

25          object to this line of questioning for
```

```
 1                      A. McCLOSKEY
 2              the same reasons that were set forth
 3              previously.  It's irrelevant.  It has
 4              no material relevance to the claims of
 5              defenses at issue in this litigation.
 6              I'm going to object on the basis that
 7              it is unduly burdensome.  It's designed
 8              to harass you.
 9                   Amy, don't respond to this
10              question.
11                   MR. FINKELSTEIN:  Mark it for a
12              ruling, please.
13         Q.   Was there a discussion between you
14    and Eddie Chung as to who would be
15    responsible for -- strike that.
16                   Was there any conversation either
17    by e-mail, phone call, text, anything, any
18    communication as to who would be hiring an
19    attorney to defend owners and Madame X in
20    this lawsuit?
21         A.   There was no specific discussion.
22    When we decided to hire a lawyer, we just
23    did so.
24         Q.   When did you hire the lawyer?
25         A.   I don't recall.
```

```
1                         A. McCLOSKEY
2            Q.    Approximately what year?
3            A.    It would have been 2000.
4            Q.    In the middle, during the summer
5       --
6            A.    I'm sorry.  2020.
7            Q.    Would it be the springtime,
8       wintertime, summertime?
9            A.    Honestly, I don't recall.
10           Q.    Who hired the lawyer?
11           A.    Dimur Enterprises.
12           Q.    Was that this law firm, Epstein &
13      Associates, including the fellow on video
14      right now?
15           A.    Correct.
16           Q.    Who paid?
17           A.    Dimur Enterprises.
18           Q.    And you signed a retainer
19      agreement?
20           A.    I'm assuming yes.
21           Q.    Did Eddie Chung know that you
22      hired an attorney?
23                 MR. MIZRAHI:  Objection to the
24            form of the question.  It's irrelevant.
25                 It also calls for speculation.
```

```
 1                    A. McCLOSKEY
 2              MR. FINKELSTEIN:  Are you
 3         directing her not to answer?
 4              MR. MIZRAHI:  You can answer.
 5              THE WITNESS:  I hate to do this,
 6         but what was the question again?
 7              MR. FINKELSTEIN:  It's okay,
 8         ma'am.
 9              Go ahead, Stephanie, please.
10              (Whereupon, the requested portion
11         of the transcript was read back by the
12         reporter.)
13              MR. MIZRAHI:  Objection for the
14         record.  It's irrelevant.  It has no
15         material --
16              MR. FINKELSTEIN:  You just made
17         that objection.
18              MR. MIZRAHI:  It has no material
19         relevance to the claims of defenses at
20         issue in this litigation.
21              We're also going to object to this
22         question on the basis that it calls for
23         speculation.
24         A.   At some point or another, I spoke
25    with Eddie about hiring a lawyer and that we
```

```
 1                    A. McCLOSKEY
 2      would be hiring a lawyer.
 3           Q.    And that was in 2019 or 2020?
 4           A.    Honestly, I don't remember.
 5           Q.    Well, let's go back to when you
 6      closed up on March 15, 2020.
 7                 How soon after that did you and
 8      Eddie Chung talk about the lawyer?
 9           A.    I don't recall.  I honestly don't
10      recall.
11           Q.    Would it have been -- sorry.  Go
12      ahead.  Your turn.
13           A.    I think we need to accept the fact
14      that 2020 was a complete wash and so it's
15      kind of gone out of my head.
16                 We probably would have discussed
17      this in 2019.  But again, I am extremely
18      vague.  I don't have anything specific to
19      offer you.
20           Q.    I hear you about it being a wash.
21      It's a blur.  I get you.  It's nuts.  Let's
22      just say --
23           A.    I don't want to be specific
24      because I don't have an answer.
25           Q.    You don't have to be exactly
```

```
 1                    A. McCLOSKEY
 2      specific.  Whoever told you that, it's not
 3      true.
 4            A.   No.  No.  It's me.  I'm literal.
 5            Q.   Got you.
 6                 Would you say within six months of
 7      getting served with this lawsuit -- six
 8      months, within six months of the lawsuit,
 9      did you ever talk to Eddie Chung?
10                 MR. MIZRAHI:  Objection to the
11            form of the question.  It's completely
12            irrelevant.  It has nothing to do with
13            the claims or defenses at issue in this
14            litigation.
15                 We're also going to object to the
16            form of the question to the extent that
17            it calls for speculation.
18                 MR. FINKELSTEIN:  Answer, please.
19            A.   I would say that is probable.  I
20      have a timeline in my mind of my
21      conversation.
22            Q.   More likely than not, within six
23      months, you spoke to Eddie Chung about the
24      lawsuit?
25                 MR. MIZRAHI:  Objection to the
```

```
 1                        A. McCLOSKEY
 2          form of the question.  It misconstrues
 3          witness testimony.
 4              MR. FINKELSTEIN:  She'll answer
 5          me, she --
 6              MR. MIZRAHI:  We're going to also
 7          further object to this question on the
 8          basis that it's irrelevant.  It has no
 9          material significance to the claims or
10          the defenses at issue in this ADA
11          litigation.  We're also going to object
12          on the basis that it calls for any
13          speculation.
14          A.    That sounds likely.
15          Q.    What did that conversation
16      involve?  What did it entail?
17          A.    Eddie is in his 70s.  And it
18      probably just consisted of me saying to him
19      I'd handle it.
20          Q.    Okay.  Did he ever offer to pay
21      legal fees?
22              MR. MIZRAHI:  Objection to the
23          form of the question.  It's irrelevant.
24          It has nothing to do with the claims or
25          defenses at issue in this ADA
```

```
 1                    A. McCLOSKEY
 2          litigation.
 3               We're also going to object to this
 4          line of questioning on the basis that
 5          it calls for any speculation.
 6               We're further going to object to
 7          the extent that it's intended to harass
 8          the witness.
 9               MR. FINKELSTEIN:  Go ahead, Ms.
10          McCloskey.
11               Do you want the question again?
12               THE WITNESS:  Very briefly.
13               MR. FINKELSTEIN:  Stephanie, could
14          you please read it again.
15               (Whereupon, the requested portion
16          of the transcript was read back by the
17          reporter.)
18               MR. MIZRAHI:  Objection to the
19          form of the question.  It's irrelevant.
20          It has nothing to do with the claims or
21          the defenses at issue in this ADA
22          litigation.
23               We're further going to object on
24          the basis that it calls for
25          speculation.
```

```
 1                    A. McCLOSKEY
 2              Lastly, we're going to object on
 3          the basis that it is a question that is
 4          designed to harass the witness.
 5          A.   I don't recall any specific
 6      conversation.  I recall basically telling
 7      him I would handle it.  I --
 8          Q.   Did you ever ask him -- I'm sorry.
 9      What?
10          A.   I just told him I would handle it.
11          Q.   Got you.
12          A.   I told him not to worry about it,
13      that I would handle it.
14          Q.   Did you ever ask him to share in
15      the legal fees, to pay some money?
16              MR. MIZRAHI:  Objection to the
17          form of the question.
18          A.   No.
19              MR. MIZRAHI:  It's irrelevant.  It
20          has nothing to do with the claims or
21          defenses at issue in this ADA
22          litigation.
23              We're also going to object to the
24          form of the question to the extent it
25          calls for any speculation.
```

```
 1                    A. McCLOSKEY
 2              MR. FINKELSTEIN:  Anything else?
 3              THE WITNESS:  My answer was no.
 4              MR. FINKELSTEIN:  I was talking to
 5         him.  I thought maybe he wanted to keep
 6         going.  Thank you anyway, Ms.
 7         McCloskey.
 8         Q.   Where did the conversation take
 9    place that you had with Eddie Chung within
10    six months of the lawsuit of you telling him
11    you would take care of it?
12              MR. MIZRAHI:  Objection to the
13         form --
14              MR. FINKELSTEIN:  Let him make his
15         objection and you can answer.
16              MR. MIZRAHI:  Objection to the
17         form of the question.  It misconstrues
18         the witness' prior testimony.
19         A.   To the best of my recollection,
20    this happened -- it might have been a brief
21    phone call.  It might have been an e-mail.
22    It might have been a text message.  We
23    communicate in a variety of ways.  I don't
24    recall specifically, but it was very brief.
25    I do not engage him in a lot of
```

```
 1                          A. McCLOSKEY
 2          conversation.
 3                  Q.   Did he ever tell you that he was
 4          served with a lawsuit as well?
 5                      MR. MIZRAHI:  Objection to the
 6                  form of the question.  It calls for
 7                  speculation.
 8                      We're further going to be
 9                  objecting to this question on the basis
10                  that it's irrelevant.  It has nothing
11                  to do with the claims or defenses at
12                  issue.
13                      Lastly, we're going to be
14                  objecting to this question on the basis
15                  of hearsay.  It calls for out-of-court
16                  statement.
17                      THE WITNESS:  You're gonna have to
18                  read that one back again.
19                      (Whereupon, the requested portion
20                  of the transcript was read back by the
21                  reporter.)
22                  A.   I do not recall if he said
23          anything to me.  I was aware -- if my memory
24          is correct, I was aware that his -- that
25          when we got paperwork, that C&S Millennium
```

```
1                    A. McCLOSKEY
2      Real Estate was on the paperwork.  So that
3      would have given me a clue.
4           Q.   Would have given you a clue as to
5      what?  You lost me.
6           A.   That he was on it.  That C&S
7      Millennium Real Estate was named.
8                MR. FINKELSTEIN:  Okay.  Can you
9           please read back my question.
10               (Whereupon, the requested portion
11          of the transcript was read back by the
12          reporter.)
13               MR. MIZRAHI:  Objection to the
14          form of the question.  We're going to
15          renew the previous objection.
16          A.   He did not specifically mention to
17     my recollection.
18          Q.   Do you know how he found out about
19     the lawsuit?
20          A.   I don't know personally.  No.
21          Q.   Did you tell him about the
22     lawsuit?
23          A.   No.
24          Q.   When was the last time you had any
25     sort of communication with Eddie Chung, the
```

```
 1                     A. McCLOSKEY
 2       owner of the building regarding the lawsuit?
 3                 MR. MIZRAHI:  We're going to be
 4             objecting.  We're going to renew the
 5             previous objection.
 6             A.    Not in the last six months.  So it
 7       would have been beyond that.  I don't have a
 8       specific answer.
 9             Q.    When you say beyond, it would have
10       been before six months ago; I think that's
11       what you're saying?
12             A.    Previous to six months ago.
13             Q.    Thank you.  All right.
14             A.    Is my memory.
15             Q.    From the time that you became
16       familiar with the Americans with Disability
17       Act, which I think you said was about 15
18       years ago, up until the time of the lawsuit
19       when you found out about it when you got
20       served, as you said before, was there ever
21       any inspection or evaluation performed at
22       Madame X to determine if it was ADA
23       compliant?
24             A.    No.
25             Q.    Did anybody tell you not to?
```

```
1                        A. McCLOSKEY
2            A.   No.
3            Q.   Did you think the ADA didn't
4       involve your lounge bar?
5            A.   That's --
6                 MR. MIZRAHI:  Objection to the
7            form of the question.
8                 Amy, please wait a moment for me
9            to put in my objection.
10                THE WITNESS:  Okay.
11                MR. MIZRAHI:  Objection to the
12           form of the question.  It calls for a
13           legal conclusion.
14                MR. FINKELSTEIN:  You can answer.
15                THE WITNESS:  Apparently, my
16           short-term memory sucks.  I might need
17           to hear that again.
18                MR. FINKELSTEIN:  Go ahead,
19           Stephanie.
20                (Whereupon, the requested portion
21           of the transcript was read back by the
22           reporter.)
23           A.   I honestly never, rarely if ever,
24       considered it.
25                Q.   Do you have any financial interest
```

```
1                        A. McCLOSKEY
2          in the building itself?
3               A.   No.
4                    MR. MIZRAHI:  Objection to the
5               form of the question.
6                    Amy, please wait.  Okay?
7                    THE WITNESS:  I know.  I'm sorry.
8                    MR. MIZRAHI:  It's okay.  Please
9               just wait a moment for me to consider
10              putting in an objection.
11              Q.   Besides you and Ms. Laurent, does
12         anybody else have any financial involvement
13         with the lounge bar known as Madame X?
14                   MR. MIZRAHI:  Objection to the
15              form of the question.  It's irrelevant.
16              It has nothing to do with the claims or
17              the defenses at issue in this
18              litigation.
19                   Amy, you can go ahead and answer.
20                   MR. FINKELSTEIN:  She knows that.
21              A.   No.
22              Q.   Do you know if the building is
23         landmarked?
24                   MR. MIZRAHI:  Objection to the
25              form of the question.  It's vague and
```

```
 1                    A. McCLOSKEY

 2          ambiguous.

 3                  MR. FINKELSTEIN:  It's pretty

 4          simple.

 5                  But do you know the answer?

 6          A.   I know the neighborhood is

 7          landmarked.

 8          Q.   How do you know that?

 9          A.   It was in the newspapers in 2013.

10          Q.   Okay.  So you know the

11          neighborhood is landmarked, but you're not

12          sure about the building and the restaurant;

13          is that a fair statement?

14          A.   Correct.

15          Q.   Since you opened the restaurant

16          slash lounge slash bar -- I guess I

17          shouldn't be calling it a restaurant -- was

18          any renovation work done to it?

19          A.   Yes.

20          Q.   Tell me, tell us, please.

21                  MR. MIZRAHI:  Objection to the

22          form of the question.  It's vague and

23          ambiguous.

24                  MR. FINKELSTEIN:  Yeah.  Go ahead.

25          A.   It is pretty vague.  I mean, do
```

                    A. McCLOSKEY

1
2        you have any specific kind of question?  I
3        mean, any place that's been open 23 years,
4        there are gonna be renovations.
5            Q.   Whatever you remember as
6        renovations in 23 years is fine by me.
7            A.   Okay.  I'm going to have to be
8        fairly general.  It's -- there's all kinds
9        of little things that you do to a place.
10           Q.   Tell me any work done --
11           A.   But just to be clear, any
12       renovations that were done 2000 and prior.
13       There have been no renovations post-2000
14       that were of any significance.
15           Q.   Is there any reason that 2000
16       stands out in your mind as no renovations of
17       significance after that?
18           A.   That's when we last engaged a
19       contractor to do renovations.
20           Q.   What kind of renovations did that
21       contractor do?
22           A.   That's a darn good question.  I
23       would have to check.  It was interior
24       renovations.  I think we moved a bathroom
25       door from one side to another side.  I think

                          A. McCLOSKEY

1

2        we took out some barriers on our second

3        floor and put up some different walls.  I

4        think we added some plumbing to existing

5        plumbing.  We put in a separate bar up on

6        the second floor.  Things like that.

7            Q.   Were any of these renovations done

8        to comply with the Americans with

9        Disabilities Act?

10               MR. MIZRAHI:  Objection to the

11          form of the question.  It calls for a

12          legal conclusion.

13               It's vague and ambiguous.

14           A.   I don't believe so.

15           Q.   When you hired the contractor or

16       contractors to do the work that you

17       described, was any mention made by you or

18       him in terms of making the facility --

19           A.   This was our second floor.  Not

20       particularly accessible to anybody.  Again,

21       this is not something that we thought about

22       at that time.  It was not part of the

23       popular thinking.  So I don't recall

24       anything specific.  It might have been

25       brought up by the contractor, but I did not

```
 1                      A. McCLOSKEY
 2        have anything to do with the day-to-day work
 3        at that time.
 4              MR. FINKELSTEIN:  Move to strike
 5           those parts that are not responsive.
 6           Q.   Is the second floor still not
 7        accessible?
 8              MR. MIZRAHI:  Objection to the
 9           form of the question.  It calls for a
10           legal conclusion.
11              MR. FINKELSTEIN:  Well, she just
12           mentioned that.
13              Hold on a second.
14              Can you read back her answer to
15           that last question.
16              MR. MIZRAHI:  Madam Court
17           Reporter, please finish [sic] until I'm
18           done making my objection for the
19           record.
20              MR. FINKELSTEIN:  Yes, please do.
21              MR. MIZRAHI:  Please also note
22           opposing counsel's interruption, for
23           the record.
24              MR. FINKELSTEIN:  Yes, please do.
25              MR. MIZRAHI:  We're going to be
```

```
 1                      A. McCLOSKEY
 2              objecting to the question on the basis
 3              that it calls for a legal conclusion.
 4                   We're further going to object to
 5              this question on the basis that it
 6              misconstrues the witness' prior
 7              testimony.
 8                   MR. FINKELSTEIN:  Madam Court
 9              Reporter, can you please read back the
10              witness' last response to my last
11              question, please.  Thank you.
12                   (Whereupon, the requested portion
13              of the transcript was read back by the
14              reporter.)
15              Q.   The question is:  The second
16         floor, is it still not particularly
17         accessible to anybody at the current time,
18         Ms. McCloskey?
19              A.   Nothing has changed since we
20         renovated, no.
21              Q.   Thank you.
22                   To your knowledge, has anybody in
23         a wheelchair ever been in Madame X, in the
24         interior, inside of it?
25              A.   Yes.
```

```
 1                    A. McCLOSKEY

 2          Q.   When?

 3          A.   I don't know.  We have had a

 4     number of people who have contacted us about

 5     that, and we set it up so we can get them

 6     in.

 7               If we know that people have that

 8     particular disability, we work with them to

 9     allow them in.

10          Q.   How did you work with them?  You

11     say you set it up, what would you do?

12          A.   Just, you know, we would have

13     people available there or they would provide

14     people to help bring them in, bring the

15     wheelchair in, and make them comfortable.

16          Q.   Would the person, whether it's a

17     lady or a man, would they be in the

18     wheelchair when you have people helping them

19     get access?

20          A.   I don't have an answer to that.  I

21     don't think I was ever physically personally

22     there when these things happened.  I just

23     know we were asked and helped.

24          Q.   Once they got in, were they able

25     to use the bathrooms?
```

```
 1                    A. McCLOSKEY
 2          A.   Yes.
 3          Q.   How?
 4               MR. MIZRAHI:  Objection to the
 5          form of the question to the extent it
 6          calls for speculation.
 7               Amy --
 8          Q.   Do you know how they were able to
 9     get access to the bathrooms?
10          A.   I did not personally witness this.
11          Q.   Okay.
12          A.   It's all on the same floor.
13          Q.   How many entrances are there to
14     Madame X?
15          A.   There's the street entrance, which
16     is eight steps down from street level.
17     There's -- and that's it.
18          Q.   So correct me if I'm wrong, you
19     weren't there on the occasion or occasions
20     that folks who were wheelchair-bound would
21     either be carried in by your people at the
22     lounge or by their own people; am I correct?
23               MR. MIZRAHI:  Objection to the
24          form of the question to the extent that
25          it misconstrues the witness' prior
```

```
 1                       A. McCLOSKEY
 2              testimony.
 3              A.   I was never personally physically
 4         there witnessing this.
 5              Q.   Do you know how many times folks
 6         who were wheelchair-bound came in?
 7              A.   I do not.
 8              Q.   Do you know if they needed help to
 9         get into the lavatories, the bathrooms?
10              A.   I do not.
11              Q.   Are you paying legal fees or is an
12         insurance company paying legal fees?
13              MR. MIZRAHI:  Objection to the
14              form of the question.  It's irrelevant.
15              It has nothing to do with the claims or
16              defenses at issue in this case.
17              I invite opposing counsel to
18              articulate the basis for which he is
19              continuing with this improper line of
20              questioning.
21              It's completely improper.  It has
22              no relevance.
23              We're going to instruct the client
24              not to answer this question.  It's --
25              Q.   Ms. McCloskey --
```

```
1                    A. McCLOSKEY
2              MR. MIZRAHI:  -- designed -- it's
3         designed to harass the witness.
4              MR. FINKELSTEIN:  Yeah.  For you,
5         sir, I'll articulate nothing.
6              And for you, Ms. McCloskey, I mean
7         no harassment in the least.  I'm here
8         just to get information.  That's all I
9         want to do.
10        Q.   Is there an insurance policy in
11   effect for your restaurant, for your lounge
12   bar?
13        A.   Not at present.
14        Q.   Did it expire recently?
15        A.   We have been closed for almost a
16   year.
17        Q.   All right.  So when was the last
18   time you had insurance?
19             Let me see if I can do it a better
20   way for you to help your memory.
21             When you were served with the
22   lawsuit, was there an insurance policy in
23   effect?
24        A.   Yes.
25        Q.   Did that insurance cover you for
```

```
 1                        A. McCLOSKEY
 2       ADA lawsuits?
 3                 MR. MIZRAHI:  Objection to the
 4             form of the question.  It calls for a
 5             legal conclusion.
 6             A.    I have a broker that handles that.
 7             Q.    Have you ever been in touch with
 8       the broker about this lawsuit?
 9             A.    No.
10             Q.    You never asked him if the
11       insurance covered it?
12             A.    No.
13             Q.    You're paying the legal fees or
14       Dimur Enterprises is; am I correct?
15             A.    Dimur Enterprises is, yes.
16             Q.    Thank you.
17                   You're month-to-month, so is there
18       any understanding between you and the owner
19       of the building that if it's deemed --
20       strike that.
21                   Is there any understanding between
22       you and Dimur Enterprises, with the owners
23       of the building, that in the event ADA
24       violations have to be corrected, who will
25       pay for them?
```

```
1                        A. McCLOSKEY
2               MR. MIZRAHI:  Objection to the
3          form of the question.  It calls for a
4          legal conclusion.
5               We're further going to be
6          objecting to this question on the basis
7          of any documentary evidence that speaks
8          for itself.
9          A.   I honestly don't know how to
10     answer that question.
11         Q.   If as a result of this lawsuit
12     it's found that there were violations at
13     Madame X of the ADA, who is going to make
14     the repairs, you, the landlord, or somebody
15     else?
16              MR. MIZRAHI:  Objection to the
17         form of the question.  It calls for
18         speculation.
19              We're further going to be
20         objecting to form of this question to
21         the extent that it calls for a legal
22         conclusion.
23         A.   I plan the cross that bridge if
24     and when I ever get to it.
25         Q.   Have you ever had any training
```

```
 1                       A. McCLOSKEY
 2       with regards to the Americans with
 3       Disabilities Act?
 4                 MR. MIZRAHI:  Objection to the
 5            form of the question.  It's vague and
 6            ambiguous.
 7            A.   No.
 8            Q.   Subsequent to this lawsuit or at
 9       any time that you found out about this
10       lawsuit up until today's date, have you
11       hired an expert or anyone known as an
12       architect or general contractor or anybody
13       to do an inspection of the facility?
14            A.   No.
15            Q.   Do you expect to?
16                 MR. MIZRAHI:  Objection to the
17            form of the question.  It calls for
18            speculation.
19            A.   I'm going to file that one under
20       I'll cross that bridge if I need to.
21            Q.   Okay.  If you need to, who would
22       be paying for that expert, you or the
23       owners?
24                 MR. MIZRAHI:  Objection to the
25            form of this question again.  It calls
```

                         A. McCLOSKEY

1

2          for speculation.

3          A.   Again, it would be Dimur

4     Enterprises.

5          Q.   Of which you're president with 78

6     percent of the shares?

7          A.   Correct.

8          Q.   I don't want to know the content,

9     but have you ever had any discussions with

10    your lawyer or lawyers regarding the various

11    discovery requests that were served on them?

12               If you don't know what I'm talking

13    about, let me know.

14               MR. MIZRAHI:  We're going to

15          object to the form of this question.

16               MR. FINKELSTEIN:  Hold on a

17          second.  I want to know if she knows,

18          so I can follow up.

19               MR. MIZRAHI:  We're going to

20          object to the form of this question to

21          the extent that it is probing any

22          confidential or otherwise privileged

23          information.

24               Amy, you can answer the question.

25          But please give me a moment to lodge

```
 1                     A. McCLOSKEY
 2          any objections in response to this
 3          current line of questioning.
 4                THE WITNESS:  Did you have more
 5          you needed to ask Mr. Finkelstein?
 6                MR. FINKELSTEIN:  No, but thank
 7          you.
 8                Do you want her to read back the
 9          question?
10                THE WITNESS:  Yeah.  I'm not sure
11          I understood it.
12                MR. FINKELSTEIN:  Read it back,
13          please, Stephanie.
14                (Whereupon, the requested portion
15          of the transcript was read back by the
16          reporter.)
17          Q.   I'm not trying to find out the
18     content.  I don't want to know the content.
19     Yes, it's privileged information.
20                I just want to know if you had any
21     discussion or discussions with your lawyer
22     or lawyers regarding the discovery requests
23     that my office made of you and that were
24     served on your lawyers.
25                I don't want to know the content,
```

```
 1                    A. McCLOSKEY
 2        I just want to know --
 3                  MR. MIZRAHI:  We're going to renew
 4             the objection to the extent that it is
 5             probing any privileged or otherwise
 6             confidential information.
 7             A.    I don't remember specifically.
 8             Q.    Any conversations, one or ten?
 9                  MR. MIZRAHI:  We're going to renew
10             the same objection.
11                  We're going to be objecting on the
12             basis that it's probing any privileged
13             or otherwise confidential information.
14             A.    I'm not familiar with the
15        terminology discoveries, so I am not
16        comfortable answering that question.
17             Q.    When I say discovery, we requested
18        information, my client requested information
19        of you and the other defendants.
20                  As a general rule, the lawyer
21        would go back to -- and those requests were
22        served on your lawyer.  As a general rule,
23        your lawyer or anybody's lawyer, would go
24        back to the client and discuss the requests
25        that I made of them.
```

```
 1                        A. McCLOSKEY
 2               So that's what my question means
 3          when I say discovery.
 4               A.    I'm sure some of that came up.
 5                    MR. FINKELSTEIN:  Okay.
 6               Stephanie, let's go back and read off
 7               to me one at time, the rulings.
 8                    Can you e-mail them to me?
 9                    THE REPORTER:  We can take a break
10               and I can do that.  Yes.
11                    MR. FINKELSTEIN:  Off the record.
12                    (Whereupon, a brief recess was
13               taken; after which the proceedings
14               continued as follows.)
15                    JUDGE AARON:  Good afternoon.
16               This is Magistrate Judge Aaron.  This
17               is the matter Antolini against
18               McCloskey 19CV9038.  If I could have
19               the partys identify themselves,
20               starting with the plaintiff.
21                    MR. FINKELSTEIN:  Stuart
22               Finkelstein for Plaintiff Antolini.
23                    MR. MIZRAHI:  Jason Mizrahi from
24               Leven-Epstein & Associates PC, counsel
25               for Defendants.
```

```
1                    A. McCLOSKEY
2              JUDGE AARON:  We had a call
3         earlier today in connection with a
4         dispute regarding a deposition.  My
5         deputy reached out to me and told me
6         there were additional matters that the
7         partys wanted to raise and we arranged
8         this dial-in.  So I don't know who
9         wants to speak first.
10              MR. FINKELSTEIN:  I do.  Your
11         Honor.  I requested the Court to get
12         involved.
13              THE COURT:  Okay.
14              MR. FINKELSTEIN:  Okay.  We
15         finished the first deposition.  I'm
16         almost ending the second deposition.
17              To refresh your memory, there are
18         five defendants here, two have
19         answered, the two owners of the lounge
20         slash bar.  Actually, three, I beg your
21         pardon.  Two haven't answered, one
22         was -- regardless, two have not
23         answered, Eddie Chung and C&S
24         Millennium Real Estate LLC.
25              I am deposing one of the bar
```

1              A. McCLOSKEY

2         owners, the lounge owners, Ms.

3         McCloskey.  And I questioned as

4         follows:  Did you tell the owner that

5         everybody was being sued?

6              Defense counsel says:  Objection

7         to the form of the question, it's vague

8         and ambiguous.

9              It's also irrelevant.  It has no

10        material relevance to the claims or

11        defenses at issue in this litigation.

12             So Ms. McCloskey did, in fact,

13        answer.  She says, I know at some point

14        Eddie, that's the landlord, reached out

15        to me to ask me and I told him we were

16        handling it comma, that was the extent

17        of that.

18             Question by me:  When did Eddie,

19        I'm assuming you're referring to Eddie

20        Chung?

21             Answer, yes.

22             Question:  How soon after the

23        lawsuit -- you found out about it, did

24        he reach out to you?

25             He wouldn't let her answer.

```
 1                    A. McCLOSKEY
 2              Next question:  Did Eddie reach
 3         out to you or you reached out to him?
 4              Both of those, he directed his
 5         client not to answer those two
 6         questions, Your Honor.
 7              JUDGE AARON:  Okay.  Mr. Mizrahi,
 8         in light of my instructions earlier
 9         that you're not to instruct the witness
10         not to answer except on privilege
11         grounds, why did you make those
12         instructions not to answer?
13              MR. MIZRAHI:  Your Honor, opposing
14         counsel has just given you a limited
15         snapshot of the deposition that had
16         initiated at 1:30 p.m. and has gone on
17         without any interruption through and
18         including 3:00 p.m.
19              As a matter of fact, Ms. McCloskey
20         had answered the question.  In addition
21         to answering this question, which we
22         had properly objected on the grounds of
23         relevance, she was also answering many
24         other questions that also had no
25         material relevance to this case.  She
```

```
 1                    A. McCLOSKEY
 2           had answered them.
 3                Those questions that were lodged
 4           against her included requests for her
 5           full Social Security number, and
 6           requests for information concerning
 7           communications with my law office that
 8           are protected by the attorney-client
 9           privilege.
10                So Ms. McCloskey had answered his
11           question.  It was repeatedly being
12           reasked of her.
13                The instruction to her to refrain
14           from answering any further was based on
15           an objection that was designed -- a
16           line of questioning that was simply
17           designed to solicit a new response.  It
18           was designed to harass the client.  I'm
19           sorry, harass the deponent.
20                And to correct a material
21           misrepresentation that was made by my
22           adversary counsel, the codefendants
23           Eddie CK Chung, C&S Millennium Real
24           Estate, LLC have answered the operative
25           complaint in this action.  The answer
```

```
 1                        A. McCLOSKEY
 2          was filed on January 19, 2021.
 3                  We're also going to, you know,
 4          object to the characterization of the
 5          individual defendants as any owners or
 6          operators of the commercial premises at
 7          issue.  It's still unclear why these
 8          two individuals were named as
 9          defendants to this action.  It's
10          abundantly clear that only one --
11                  JUDGE AARON:  Okay.  I'll let you
12          finish your thought.
13                  MR. MIZRAHI:  Only the operating
14          entity Dimur Enterprises LLC was the
15          leaseholder and operator and owner of
16          the commercial premises.
17                  THE COURT:  So this call was not
18          an invitation to rehash everything or
19          many things that happened during the
20          course of the deposition.  Rather, it
21          was to address what the Court
22          understood were two narrow issues.
23                  So it sounds like in answer to my
24          question, my narrow question of why did
25          you instruct not to answer, your
```

```
 1                     A. McCLOSKEY
 2          response is that the questions were
 3          asked and answered and this was an
 4          attempt at harassment by
 5          Mr. Finkelstein.
 6               Mr. Finkelstein, you are not to
 7          ask the same questions over and over
 8          and over again.  You are not to harass
 9          the witness.
10               Having said that, my ruling is
11          that these questions should be put to
12          the witness.  She will answer them
13          concisely and that will be that.
14               Is there anything else?
15               MR. FINKELSTEIN:  No, Your Honor.
16               MR. MIZRAHI:  Nothing further from
17          Defendants, Your Honor.
18               JUDGE AARON:  Okay.  Thank you.
19               This matter is adjourned.
20               MR. FINKELSTEIN:  Thank you.
21               Stephanie, can you read back to
22          me, the first question was, did you
23          tell the owner that everybody was being
24          sued?
25               Can you go back to that and tell
```

```
1                      A. McCLOSKEY
2           me what was before that a couple of
3           questions, please.  Or just one
4           question anyway.
5                (Whereupon, the requested portion
6           of the transcript was read back by the
7           reporter.)
8           Q.   So that's the pending question,
9      Ms. McCloskey.
10               Do you want me to ask you again,
11     Ms. McCloskey?
12          A.   What specifically are you asking?
13     I'm sorry.
14          Q.   Did you tell the owner -- after
15     you did your research on the lawsuit, did
16     you tell the owner that everybody was being
17     sued?
18               MR. MIZRAHI:  Objection to the
19          form of the question.  It is not
20          relevant.
21               MR. FINKELSTEIN:  The judge just
22          ruled on it.  Object to the form and I
23          think that --
24               MR. MIZRAHI:  Madam Court
25          Reporter, please note my adversary's
```

```
1                      A. McCLOSKEY
2           interruption, for the record.
3                  We're going to object on the basis
4           of relevancy.  It has no material
5           relevance to the claims or defenses at
6           issue in this litigation.
7                  We're further going to object to
8           this line of questioning on the basis
9           that it was previously asked and
10          answered.
11                 Amy, please answer the question.
12                 MR. FINKELSTEIN:  Hold on one
13          second, Ms. McCloskey, just so the
14          record is clear.  Actually, no, I don't
15          care about his verbiage.
16                 Yes, you can answer.
17          A.   Geez Louise.  You think I can hold
18     onto the question long enough.
19                 You just want to know --
20          Q.   After you did your research --
21     after you were served with the lawsuit and
22     you did your research and spoke to people
23     about the ADA blah, blah, blah, et cetera,
24     et cetera, et cetera, did you tell the owner
25     after that that everybody was being sued?
```

```
 1                        A. McCLOSKEY
 2           A.    I think he saw -- I'm sorry.   I
 3      think he saw by the paperwork that he
 4      received who was being sued.
 5                 MR. MIZRAHI:  We're going to
 6           object to that prior line of
 7           questioning on the basis that it calls
 8           for speculation.
 9           Q.    How do you know he saw paperwork?
10           A.    Because it -- it created a
11      conversation afterwards.  There was -- he --
12      you know, he must have gotten something.  I
13      don't know exactly when because I know it
14      wasn't immediate.
15           Q.    Forget about exact.  Approximately
16      how long after you were served with the
17      lawsuit did you and he have a discussion
18      about it?
19           A.    I don't believe we had a
20      discussion.  I believe that he might have
21      sent me a text or something like that saying
22      what is this about and --
23           Q.    Okay.
24           A.    And we did not get into it.  As I
25      mentioned, the only back and forth was,
```

```
 1                    A. McCLOSKEY
 2        don't worry about it, we'll take care of it.
 3             Q.   That was within how many months of
 4        you finding out -- you being served with
 5        this lawsuit?
 6             A.   I don't have any honest clue the
 7        answer to that.
 8             Q.   How about three months?
 9             A.   The bar business is busy.  There
10        were many other things I was thinking.
11             Q.   How about three months, within
12        three months, did you guys have a text
13        conversation?
14             A.   I don't know the answer to that.
15        I cannot honestly answer.
16             Q.   Was it in the year 2019?
17             A.   My guess is yes.
18             Q.   I don't want you -- that would be
19        November, December of 2019?
20             A.   You're pressing me for an answer I
21        don't have.  I'd answer if I knew, but I
22        don't know.
23             Q.   Do you still have those text
24        messages between you and Eddie Chung?
25             A.   I would have to check.  I don't
```

```
1                         A. McCLOSKEY
2        know offhand.
3                   MR. FINKELSTEIN:  I ask that a
4              search be made.  Get back to your
5              attorney --
6                   Are you all right?
7                   THE WITNESS:  Sorry.  I'm grabbing
8              something.
9                   MR. FINKELSTEIN:  Anyway, I ask
10             that a search be made for those text
11             messages between you and Mr. Chung
12             regarding you telling him -- regarding
13             the lawsuit -- regarding the lawsuit
14             after he was served, after you were
15             served.
16             Q.   How long would you need to take to
17        find those text messages?
18                  MR. MIZRAHI:  Objection to the
19             form of this question.  It calls for
20             speculation.  It's improper.
21             Q.   I don't want you to speculate.
22        How long do you think it would take?
23             A.   Few days.
24                  MR. FINKELSTEIN:  I'm going to ask
25             that we put that on the record as part
```

```
1                    A. McCLOSKEY
2           of my demands and I hope to hear back
3           from Counsel --
4                THE WITNESS:  Again, I don't know
5           for sure what form of correspondence it
6           was, whether it was a phone call, text,
7           or e-mail.  It's been a while.
8                MR. FINKELSTEIN:  As long as you
9           tell me it was in the latter part of
10          2019.  I got that.  If you can check
11          your texts and e-mails, I ask that a
12          search be made and notify your lawyer
13          either way.
14          Q.   You said you can do that within a
15     week?
16          A.   Within, yes.
17          Q.   That's fair.
18               How soon after the lawsuit, after
19     you found out about it, did Eddie Chung
20     reach out to you?
21          A.   I don't recall.
22          Q.   Was it within weeks or months?
23          A.   I do not recall.  I'm not --
24          Q.   Okay.
25          A.   We don't converse very much.
```

```
 1                    A. McCLOSKEY
 2         Q.   Did he send you the documentation
 3    that indicated to him that there was a
 4    lawsuit?
 5              THE WITNESS:   I'm sorry.  Repeat
 6         that.
 7              MR. FINKELSTEIN:  Repeat that
 8         back, Stephanie.
 9              (Whereupon, the requested portion
10         of the transcript was read back by the
11         reporter.)
12         A.   No.  He didn't send me any
13    documentation.
14         Q.   But he referred to it either in a
15    text, e-mail, or phone call; is that a fair
16    statement?
17         A.   Yes.
18         Q.   Thank you.
19              Do you have any recollection of
20    when this lawsuit was -- strike that.
21              Do you know when this lawsuit was
22    served upon you?
23         A.   I don't remember specifically.
24    I'm sure it was -- based on the fact that
25    2020 is a blur, it would have been most
```

```
 1                      A. McCLOSKEY
 2      likely 2019, but I don't recall
 3      specifically.
 4           Q.   Just to help refresh your memory,
 5      when you had this conversation either by
 6      e-mail, text, or phone call with Mr. Chung,
 7      was the restaurant open or closed at that
 8      time?
 9           A.   You mean because of COVID.  It was
10      before COVID.
11           Q.   That you had a conversation with
12      him by either e-mail, phone call, or text,
13      correct?
14           A.   Yes, I believe so.
15           Q.   Okay.  That's fine by me.
16           MR. FINKELSTEIN:  Subject to me
17           receiving these documents that I call
18           for the production of, I'm reserving my
19           rights to redepose Ms. McCloskey.
20           Ms. McCloskey, best of luck to
21           you, good health.  Thank you for your
22           time.
23           Thanks, Stephanie.
24           (TIME NOTED:  3:18 p.m.)
25
```

1

2               A C K N O W L E D G M E N T

3         I, AMY MCCLOSKEY, do solemnly swear under

4    the penalty of perjury that I have read the

5    foregoing deposition transcript, which was taken

6    under oath reflecting the questions elicited from

7    me and my answers thereto.

8         This transcript is true and complete.  If

9    I deemed it necessary, I indicated additions,

10   changes or corrections on the attached errata

11   sheet.

12

13

14

15   _____

16                  AMY MCCLOSKEY

17

18   Subscribed and sworn to before me
     this ___ day of _____ 2021.
19
     _____
20                  Notary Public

21

22

23

24

25

1

2     --------------------I N D E X--------------------

3     WITNESS                    EXAMINATION BY      PAGE

4     AMY McCLOSKEY              MR. FINKELSTEIN       5

5

6     ----------------------RULINGS--------------------

7     Page 32, 33

8

9     ----------------------REQUESTS-------------------

10    Page 74    Search for text messages with Mr.

11               Chung regarding the lawsuit

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1

 2

 3                 C E R T I F I C A T E

 4    STATE OF NEW YORK)

 5                            :SS

 6    COUNTY OF SUFFOLK)

 7

 8        I, Stephanie O'Keeffe, a Notary Public

 9    within and for the State of New York, do hereby

10    certify:

11        That the witness whose examination is

12    hereinbefore set forth was duly sworn and that

13    such an examination is a true record of the

14    testimony given by such witness.

15        I further certify that I am not related to

16    any of these parties to this action by blood or

17    marriage, and that I am not in any way interested

18    in the outcome of this matter.

19        IN WITNESS WHEREOF, I have hereunto set my

20    hand on this 17th day of February, 2021.

21

22                  _____
                    Stephanie O'Keeffe

23

24

25
```

```
 1

 2     ERRATA SHEET FOR THE TRANSCRIPT OF:
       CASE NAME:  ANTOLINI V MCCLOSKEY
 3     DEPOSITION DATE:  February 23, 2021
       WITNESS:  AMY McCLOSKEY
 4     PLACE:  Zoom Videoconference

 5     PG   LN     NOW READS      SHOULD READ      REASON

 6     __   __   _____   _____   _____

 7     __   __   _____   _____   _____

 8     __   __   _____   _____   _____

 9     __   __   _____   _____   _____

10     __   __   _____   _____   _____

11     __   __   _____   _____   _____

12     __   __   _____   _____   _____

13     __   __   _____   _____   _____

14     __   __   _____   _____   _____

15     __   __   _____   _____   _____

16     __   __   _____   _____   _____

17     __   __   _____   _____   _____

18

19                             _____

20                             AMY MCCLOSKEY

21

22     Signed and subscribed to before me,
       This ___day of_____, 20__.
23

24     _____
       Notary Public, State of New York
25
```

**$15000** 24:5

**&** 2:7 5:22 35:12 63:24 (4)

**'97** 20:23

**119cv09038** 1:6

**17th** 80:20

**19cv9038** 63:18

**30day** 18:12

**31st** 21:14,23

**70s** 39:17

**[sic]** 51:17

**aaron** 33:14 63:15,16 64:2 66:7 68:11 69:18 (7)

**able** 53:24 54:8

**about** 6:14 7:21 9:24,25 22:23 25:4 26:13,16 27:18 28:7,8,16 30:17 32:20 36:25 37:8,20 38:23 41:12 44:18,21 45:17,19 48:12 50:21 53:4 57:8 59:9 60:13 65:23 71:15,23 72:15,18,22 73:2,8,11 75:19 (39)

**abovementioned** 1:16

**absolutely** 13:2 29:6

**abundantly** 68:10

**accept** 37:13

**access** 10:24 11:2 27:5 53:19 54:9 (5)

**accessible** 50:20 51:7 52:17

**accused** 6:20

**acquire** 29:3

**act** 26:8 45:17 50:9 59:3 (4)

**action** 25:11 67:25 68:9 80:16 (4)

**actually** 12:8 64:20 71:14

**ada** 25:11 28:7,16 39:10,25 40:21 41:21 45:22 46:3 57:2,23 58:13 71:23 (13)

**added** 50:4

**addition** 66:20

**additional** 64:6

**additions** 78:9

**address** 5:16 7:9 68:21

**adds** 16:11

**adjourned** 69:19

**administer** 3:15

**adversary** 67:22

**adversary's** 70:25

**after** 5:8 10:16 20:4 27:19 29:4 30:11 31:24 32:19 37:7 49:17 63:13

**almost** 56:15

65:22 70:14 71:20,21,25 72:16 74:14,14 75:18,18 (21)

**afternoon** 6:6 63:15

**afternoon's** 9:4,15

**afterwards** 72:11

**again** 8:9 11:22 14:21 15:4,18 17:13 21:13 25:5 27:24 30:18 31:16,23 33:17 36:6 37:17 40:11,14 43:18 46:17 50:20 59:25 60:3 69:8 70:10 75:4 (25)

**against** 1:5 63:17 67:4

**ago** 9:6,7,8 15:7 27:9,14 28:21 29:6,14,14 30:13 45:10,12,18 (14)

**agree** 13:3,13

**agreed** 3:4,9,13

**agreeing** 26:4

**agreement** 25:3 35:19

**ahead** 11:13,14 15:21 16:21 17:12 36:9 37:12 40:9 46:18 47:19 48:24 (11)

**allow** 26:25 53:9

**allowed** 6:23 8:10 11:4

64:16

**also** 4:16 9:13 16:19 17:11,19 19:15 20:2,15,21 24:9 32:10 33:7 35:25 36:21 38:15 39:6,11 40:3 41:23 51:21 65:9 66:23,24 68:3 (24)

**am** 4:3 10:22 37:17 54:22 57:14 62:15 64:25 80:15,17 (9)

**ambiguous** 11:20 16:18 21:8 26:19 32:9 48:2,23 50:13 59:6 65:8 (10)

**americans** 26:8 45:16 50:8 59:2 (4)

**amount** 24:4

**amy** 1:7,14 4:8 5:5,14 6:2 11:21 12:22 25:15 31:13 32:21 33:24 34:9 46:8 47:6,19 54:7 60:24 71:11 78:3,16 79:4 81:3,20 (24)

**andor** 25:13

**another** 36:24 49:25

**answer** 8:5,13,14,17,18 10:14 12:23,24 13:8,9,11,25 15:6,23,24 16:2 20:5 24:3 25:18 28:17,23,25 31:6,13 32:22 33:6 36:3,4 37:24 38:18 39:4 42:3,15 45:8

46:14 47:19 48:5 51:14 53:20 55:24 58:10 60:24 65:13,21,25 66:5,10,12 67:25 68:23,25 69:12 71:11,16 73:7,14,15,20,21 (59)

**answered** 7:2 13:24 64:19,21,23 66:20 67:2,10,24 69:3 71:10 (11)

**answering** 62:16 66:21,23 67:14 (4)

**answers** 78:7

**antolini** 1:4 63:17,22 81:2 (4)

**anybody** 9:13 18:18,18 30:7 31:25 45:25 47:12 50:20 52:17,22 59:12 (11)

**anybody's** 62:23

**anyone** 59:11

**anything** 6:16 8:12 9:2,10 29:17 30:5,8 34:17 37:18 42:2 43:23 50:24 51:2 69:14 (14)

**anyway** 42:6 70:4 74:9

**apparently** 46:15

**appearing** 5:4

**appreciate** 8:15

**approximately** 16:12 17:16 18:11 27:16 28:8 29:12 35:2 72:15 (8)

**architect** 59:12

**are** 3:7 4:7,14 6:8
7:2,5 11:4 13:16
14:13 19:4 23:9
26:7 36:2 49:4
51:5 54:13 55:11
64:17 67:8 69:6,8
70:12 74:6 (23)

**around** 10:2

**arranged** 64:7

**articulate** 55:18
56:5

**ask** 4:10 12:23
16:23,24 17:13
32:14 33:5
41:8,14 61:5
65:15 69:7 70:10
74:3,9,24 75:11
(17)

**asked** 13:23
53:23 57:10 69:3
71:9 (5)

**asking** 6:11,13,17
28:3 70:12 (5)

**associates** 2:7
5:22 35:13 63:24
(4)

**assume** 12:20
13:7 14:22 15:4
(4)

**assuming** 12:12
23:6 32:16 35:20
65:19 (5)

**assumptions**
12:24

**attached** 78:10

**attempt** 69:4

**attention** 27:20

**attorney** 9:12
29:20 34:19 35:22
74:5 (5)

**attorneyclient**
10:13 67:8

**attorneys** 2:3,7
3:5

**august** 7:24

**authorized** 3:15

**available** 53:13

**avenue** 2:8

**aware** 22:3 28:19
29:9 43:23,24 (5)

**away** 11:25

**back** 22:2
31:18,20 33:20
36:11 37:5 40:16
43:18,20 44:9,11
46:21 51:14
52:9,13 61:8,12,15
62:21,24 63:6
69:21,25 70:6
72:25 74:4 75:2
76:8,10 (29)

**bar** 18:15 21:5,9
22:9 46:4 47:13
48:16 50:5 56:12
64:20,25 73:9 (12)

**barriers** 50:2

**based** 13:5 31:4
67:14 76:24 (4)

**basically** 41:6

**basis** 20:11 25:12
33:5 34:6 36:22
39:8,12 40:4,24
41:3 43:9,14
52:2,5 55:18 58:6
62:12 71:3,8 72:7
(20)

**bathroom** 49:24

**bathrooms** 53:25
54:9 55:9

**became** 45:15

**because** 6:20
17:22 18:7
21:11,21 28:4
37:24 72:10,13
77:9 (10)

**become** 28:15,19
29:8

**before** 1:17
3:15,17 4:9 7:16
33:14 45:10,20
70:2 77:10 78:18
81:22 (12)

**beg** 64:20

**began** 12:3

**behalf** 15:3

**being** 32:6 33:9
37:20 65:5 67:11
69:23 70:16 71:25
72:4 73:4 (10)

**belief** 5:3

**believe** 13:7 15:6
50:14 72:19,20
77:14 (6)

**bell** 14:19

**besides** 47:11

**best** 5:2 6:18 7:4
42:19 77:20 (5)

**better** 56:19

**between** 3:5
15:17 27:21
29:5,15 34:13
57:18,21 73:24
74:11 (10)

**beyond** 45:7,9

**birth** 7:23

**bit** 18:3

**blah** 71:23,23,23

**blood** 80:16

**blur** 37:21 76:25

**both** 66:4

**break** 63:9

**bridge** 58:23
59:20

**brief** 42:20,24
63:12

**briefly** 40:12

**bring** 29:16 30:7
53:14,14 (4)

**broker** 57:6,8

**brooklyn** 5:18
7:11

**brought** 50:25

**building** 12:5
13:16 14:6 15:17
45:2 47:2,22
48:12 57:19,23
(10)

**burdensome** 33:3
34:7

**business**
12:3,3,10 32:4
73:9 (5)

**busy** 73:9

**c** 1:8 2:2 5:8,8
78:2 80:3,3 (7)

**c&s** 1:8

12:8,11,13 13:17
14:3,23 43:25
44:6 64:23 67:23
(11)

**call** 12:9 25:16
30:15 34:17 42:21
64:2 68:17 75:6
76:15 77:6,12,17
(12)

**calling** 33:13
48:17

**calls** 10:12 11:11
12:16 13:21
15:12,19 16:19
17:19 19:15
20:2,9,15,21 23:12
26:2 31:2 35:25
36:22 38:17 39:12
40:5,24 41:25
43:6,15 46:12
50:11 51:9 52:3
54:6 57:4
58:3,17,21
59:17,25 72:7
74:19 (38)

**came** 55:6 63:4

**can** 4:25
8:5,14,16 11:21
13:25 14:8 15:25
18:2 22:16 23:22
25:17 27:16
31:6,10,13,17 36:4
42:15 44:8 46:14
47:19 51:14 52:9
53:5 56:19
60:18,24 63:8,9,10
69:21,25 71:16,17
75:10,14 (37)

**can't** 14:17 15:6
27:24 28:17,23 (5)

**cannot** 73:15

**capacity** 6:3,4

**care** 42:11 71:15
73:2

carried 54:21

case 1:5 19:25
26:4 55:16 66:25
81:2 (6)

cash 24:9

certain 27:5

certification 3:6

certify 80:10,15

cetera
71:23,24,24

changed 52:19

changes 78:10

characterization
68:4

check 24:4,8
49:23 73:25 75:10
(5)

chung 1:8
12:6,12 13:19
14:4,18 32:17
34:14 35:21 37:8
38:9,23 42:9
44:25 64:23 65:20
67:23 73:24 74:11
75:19 77:6 79:11
(22)

city 10:21

ck 67:23

claims 19:24
24:24 25:10
32:11,24 34:4
36:19 38:13
39:9,24 40:20
41:20 43:11 47:16
55:15 65:10 71:5
(17)

clarification 5:23

clear 49:11 68:10
71:14

client 55:23
62:18,24 66:5
67:18 (5)

close 18:2

closed 21:12 23:7
37:6 56:15 77:7
(5)

clue 44:3,4 73:6

clutter 8:9

codefendants
67:22

come 29:22

comfortable
53:15 62:16

comma 18:17
65:16

commercial
68:6,16

communicate
42:23

communication
34:18 44:25

communications
67:7

company 12:13
55:12

complaint 9:6
10:9 67:25

complete 37:14
78:8

completely 32:23
38:11 55:21

compliant 45:23

comply 50:8

computeraided
1:20

concerning 67:6

concisely 69:13

concluded 33:15

conclusion 11:12
15:13,20 16:20
20:16 23:13,17
31:3,12 46:13
50:12 51:10 52:3
57:5 58:4,22 (16)

conclusory 23:24

confidential
25:14,17 60:22
62:6,13 (5)

connection 64:3

consider 47:9

considered 46:24

consisted 39:18

constrained 8:16

contact 30:11
31:25

contacted 53:4

content 60:8
61:18,18,25 (4)

continued 63:14

continuing 55:19

contractor
49:19,21 50:15,25
59:12 (5)

contractors
50:16

conversation
9:22 34:16 38:21
39:15 41:6 42:8
43:2 72:11 73:13
77:5,11 (11)

conversations
25:4 62:8

converse 75:25

convicted 7:14

corporation 19:2

correct 18:24
19:2,3 21:2 35:15
43:24 48:14
54:18,22 57:14
60:7 67:20 77:13
(13)

corrected 57:24

corrections 78:10

correspondence
75:5

could 17:21
40:13 63:18

couldn't 13:3

counsel
4:10,16,21,25
17:21 31:5 55:17
63:24 65:6 66:14
67:22 75:3 (12)

counsel's 51:22

country 26:24

county 80:6

couple 10:8
29:14 70:2

course 16:3
68:20

court 1:2 3:17

4:3,13 51:16 52:8
64:11,13 68:17,21
70:24 (11)

cover 56:25

covered 57:11

covid 77:9,10

covid19 4:12

created 72:10

crime 7:14

cross 58:23 59:20

current 13:15
52:17 61:3

cut 18:20

d 78:2 79:2

dandy 6:9

darn 49:22

date 7:23 21:25
59:10 81:3 (4)

day 78:2021
80:20 81:20

days 74:23

daytoday 21:9
22:10 51:2

deal 14:7

december 73:19

decided 26:24,25
34:22

deemed 57:19
78:9

defend 34:19

defendant 1:14

2:7 4:22 6:5 (4)

**defendants** 1:9
62:19 63:25 64:18
68:5,9 69:17 (7)

**defense** 65:6

**defenses** 19:24
24:25 25:10
32:12,24 34:5
36:19 38:13
39:10,25 40:21
41:21 43:11 47:17
55:16 65:11 71:5
(17)

**demands** 75:2

**deponent** 67:19

**deposing** 64:25

**deposition** 1:14
3:14 4:8 5:25 7:18
9:4,16 30:3 33:14
64:4,15,16 66:15
68:20 78:5 81:3
(16)

**deputy** 64:5

**derive** 19:11

**described** 50:17

**designated** 33:3

**designed** 34:7
41:4 56:2,3
67:15,17,18 (7)

**determine** 45:22

**dialin** 64:8

**didn't** 18:6,7
27:19 33:12 46:3
76:12 (6)

**different** 50:3

**dimur** 1:7 6:5

10:22,23 11:22,25
14:15 18:16,23
19:12 35:11,17
57:14,15,22 60:3
68:14 (17)

**dino** 1:4

**directed** 6:25
66:4

**directing** 36:3

**disabilities** 26:8
27:4 50:9 59:3 (4)

**disability** 45:16
53:8

**disclose** 25:16

**discoveries** 62:15

**discovery** 60:11
61:22 62:17 63:3
(4)

**discuss** 62:24

**discussed** 37:16

**discussion**
34:13,21 61:21
72:17,20 (5)

**discussions** 60:9
61:21

**dispute** 64:4

**district** 1:2,2

**dividend** 19:19

**documentary**
58:7

**documentation**
76:2,13

**documents** 9:2
10:7 29:16 77:17
(4)

**does** 19:11
20:6,11 22:10
47:11 (5)

**doesn't** 8:8 25:15

**done** 48:18
49:10,12 50:7
51:18 (5)

**door** 49:25

**down** 23:7 54:16

**due** 4:12

**duly** 5:9 80:12

**during** 35:4
68:19

**e** 2:2,2 5:8 78:2,2
79:2 80:3,3 (8)

**each** 4:10,16

**earlier** 64:3 66:8

**eddie** 1:8
12:6,9,12 13:19
14:4,18
32:13,16,17 33:22
34:14 35:21 36:25
37:8 38:9,23
39:17 42:9 44:25
64:23 65:14,18,19
66:2 67:23 73:24
75:19 (28)

**effect** 3:16 15:9
56:11,23 (4)

**eight** 16:10 17:15
18:11 54:16 (4)

**either** 34:16
54:21 75:13 76:14
77:5,12 (6)

**elicited** 78:6

**else** 8:12 9:6,14
14:17 18:18 42:2

47:12 58:15 69:14
(9)

**email** 34:17
42:21 63:8 75:7
76:15 77:6,12 (7)

**emails** 9:2 75:11

**ending** 64:16

**engage** 42:25

**engaged** 49:18

**enough** 71:18

**entail** 39:16

**enterprise** 18:16

**enterprises** 1:8
6:5 10:23,23
11:22 18:24 19:12
35:11,17
57:14,15,22 60:4
68:14 (14)

**entire** 33:8

**entity** 18:20
68:14

**entrance** 54:15

**entrances** 54:13

**epstein** 35:12

**errata** 78:10 81:2

**esq** 2:5,9

**estate** 1:8
12:9,11,14 13:18
14:3,24 24:14
44:2,7 64:24
67:24 (12)

**estimation** 30:21

**et** 71:23,24,24

**evaluation** 45:21

**even** 4:14

**event** 57:23

**ever** 7:13,16
18:11 29:20 38:9
39:20 41:8,14
43:3 45:20 46:23
52:23 53:21 57:7
58:24,25 60:9 (17)

**every** 24:5

**everybody** 32:6
65:5 69:23 70:16
71:25 (5)

**everything** 7:3
8:17 12:18 13:5
68:18 (5)

**evidence** 58:7

**exact** 72:15

**exactly** 37:25
72:13

**examination** 5:19
79:3 80:11,13 (4)

**examined** 5:10

**except** 3:10 66:10

**excerpts**
10:8,10,17

**excuse** 9:3 20:25

**existing** 50:4

**expect** 59:15

**expert** 59:11,22

**expire** 56:14

**extent** 12:25
25:15 32:15 38:16
40:7 41:24

54:5,24 58:21
60:21 62:4 65:16
(12)

**extremely** 37:17

**f** 80:3

**facility** 50:18
59:13

**fact** 5:5 23:17
37:13 65:12 66:19
76:24 (6)

**fair** 13:11 15:6
16:10 48:13 75:17
76:15 (6)

**fairly** 49:8

**familiar** 26:7
28:15 29:25 45:16
62:14 (5)

**fast** 6:19

**favor** 17:22

**february** 1:12
4:6 23:15,18
80:20 81:3 (6)

**fees** 39:21 41:15
55:11,12 57:13 (5)

**fellow** 35:13

**few** 74:23

**file** 59:19

**filed** 68:2

**filing** 3:6

**financial** 46:25
47:12

**find** 61:17 74:17

**finding** 73:4

**fine** 13:12 29:2
49:6 77:15 (4)

**finish** 51:17
68:12

**finished** 64:15

**finkelstein** 2:3,5
4:23 5:20
6:6,10,13 8:7
11:13 13:2,25
15:14,21 16:21
17:12,21 19:16
20:3 23:16,22
24:2 25:19 26:20
28:13 31:4,15
33:10 34:11
36:2,7,16 38:18
39:4 40:9,13
42:2,4,14 44:8
46:14,18 47:20
48:3,24
51:4,11,20,24 52:8
56:4 60:16
61:5,6,12
63:5,11,21,22
64:10,14
69:5,6,15,20 70:21
71:12 74:3,9,24
75:8 76:7 77:16
79:4 (73)

**firm** 9:14 35:12

**first** 5:8 13:13
22:19,25 28:15
64:9,15 69:22 (8)

**five** 27:9,14,22
28:8 29:5 64:18
(6)

**floor** 50:3,6,19
51:6 52:16 54:12
(6)

**folks** 54:20 55:5

**follow** 60:18

**following** 4:11

**follows** 5:11
63:14 65:4

**force** 3:16

**foregoing** 78:5

**forget** 72:15

**form** 3:10 8:4,11
10:12 11:11,19
12:16 13:21
15:12,19 16:17
17:5,10,18
19:14,22
20:9,14,20 21:7,18
23:12,21 24:17,22
25:8 26:18 28:11
31:2 32:8 35:24
38:11,16 39:2,23
40:19 41:17,24
42:13,17 43:6
44:14 46:7,12
47:5,15,25 48:22
50:11 51:9
54:5,24 55:14
57:4 58:3,17,20
59:5,17,25
60:15,20 65:7
70:19,22 74:19
75:5 (67)

**forth** 34:2 72:25
80:12

**forty** 9:25

**found** 27:17
28:22 32:20 44:18
45:19 58:12 59:9
65:23 75:19 (9)

**four** 7:25 8:24

**friendship** 20:17

**full** 67:5

**further** 3:9,13
39:7 40:6,23 43:8
52:4 58:5,19
67:14 69:16 71:7
80:15 (13)

**future** 4:20 8:8

**g** 78:2

**gave** 8:23

**geez** 71:17

**general** 21:9
26:21 28:2 31:23
49:8 59:12
62:20,22 (8)

**generally** 26:9,11
28:18,20,22 (5)

**get** 15:25 20:11
27:4 33:15 37:21
53:5,19 54:9 55:9
56:8 58:24 64:11
72:24 74:4 (14)

**getting** 22:2
27:25 38:7

**give** 27:16 60:25

**given** 18:12
19:19 24:19
44:3,4 66:14
80:14 (7)

**go** 6:19 8:19 9:22
11:13,14 15:21
16:21 17:12 36:9
37:5,11 40:9
46:18 47:19 48:24
62:21,23 63:6
69:25 (19)

**going** 6:11,13,21
12:22 33:5,7,24
34:6 36:21 38:15
39:6,11 40:3,6,23
41:2,23 42:6
43:8,13 44:14
45:3,4 49:7 51:25
52:4 55:23
58:5,13,19 59:19
60:14,19 62:3,9,11
68:3 71:3,7 72:5
74:24 (41)

**gone** 37:15 66:16

**gonna** 22:6 25:5
43:17 49:4 (4)

**good** 6:6 7:5,8
18:8 21:20 49:22
63:15 77:21 (8)

**got** 13:8 15:23
38:5 41:11 43:25
45:19 53:24 75:10
(8)

**gotten** 72:12

**governor** 22:4

**grabbing** 74:7

**grandfathered**
30:20,24

**gratuitous** 8:15

**great** 8:23 24:2

**grounds** 30:22
66:11,22

**group** 2:3

**guess** 13:6 21:20
48:16 73:17 (4)

**guys** 73:12

**h** 2:5

**hand** 80:20

**handle** 39:19
41:7,10,13 (4)

**handles** 57:6

**handling** 32:15
65:16

**happened** 42:20
53:22 68:19

**harass** 33:4 34:8

40:7 41:4 56:3
67:18,19 69:8 (8)

**harassment** 56:7
69:4

**has** 6:25 10:24
11:2,25 19:23
20:18 24:19,23
25:9 26:21
32:10,23 34:3
36:14,18 38:12
39:8,24 40:20
41:20 43:10 47:16
52:19,22 55:15,21
65:9 66:14,16
71:4 (30)

**hate** 36:5

**haven't** 14:21
15:4 64:21

**having** 5:8 17:22
69:10

**he** 6:23,24
8:8,9,10,16,18
9:14 10:6,16
14:7,20 15:24
24:19 32:20 39:20
42:5 43:3,3,22
44:6,16,18 55:18
65:24,25 66:4 72:
2,3,3,9,11,12,17,2
0 74:14 76:2,12,14
(39)

**head** 37:15

**health** 77:21

**hear** 28:16 37:20
46:17 75:2 (4)

**heard** 28:7

**hearing** 17:23

**hearsay** 43:15

**held** 1:16

**help** 53:14 55:8
56:20 77:4 (4)

**helped** 53:23

**helping** 53:18

**her** 6:2,3
22:14,25 31:5
36:3 51:14 61:8
65:25 67:4,4,12,13
(13)

**here** 4:7 6:23 7:3
13:5 30:4 56:7
64:18 (7)

**hereby** 3:4,7 80:9

**herein** 1:15 3:6

**hereinbefore**
80:12

**hereunto** 80:19

**him** 8:14 12:9
13:3 29:21 31:14
32:14 33:23 39:18
41:7,8,10,12,14
42:5,10,14,25
44:21 50:18 57:10
65:15 66:3 74:12
76:3 77:12 (25)

**hire** 34:22,24

**hired** 35:10,22
50:15 59:11 (4)

**hiring** 34:18
36:25 37:2

**his** 12:7,13 39:17
42:14 43:24 66:4
67:10 71:15 (8)

**hold** 19:7 51:13
60:16 71:12,17 (5)

**home** 7:9

**honest** 73:6

**honestly** 28:6
29:11 35:9 37:4,9
46:23 58:9 73:15
(8)

**honor** 64:11
66:6,13 69:15,17
(5)

**hope** 75:2

**houston** 10:21

**how** 6:8 7:21
9:7,22 11:8 20:18
22:19 28:21 32:19
37:7 44:18 48:8
53:10 54:3,8,13
55:5 58:9 65:22
72:9,16 73:3,8,11
74:16,22 75:18
(27)

**i'd** 39:19 73:21

**i'll** 6:18 56:5
59:20 68:11 (4)

**i'm** 6:11,13,17
7:6 12:12,22
17:22 18:4 23:6
26:4 30:4
32:16,21 33:5,7,24
34:6 35:6,20 38:4
41:8 47:7 49:7
51:17 54:18 56:7
59:19 60:12
61:10,17 62:14
63:4 64:15 65:19
67:18 70:13 72:2
74:7,24 75:23
76:5,24 77:18 (43)

**i've** 6:20

**idea** 27:8 28:5

**identify** 63:19

**immediate** 72:14

**improper**
55:19,21 74:20

**inc** 1:8,20 6:5
10:23,23 18:17 (6)

**included** 67:4

**including** 35:13
66:18

**income** 19:11

**indicate** 30:23

**indicated** 76:3
78:9

**individual** 68:5

**individuals** 68:8

**information**
10:13 25:14,17
56:8 60:23 61:19
62:6,13,18,18 67:6
(11)

**initially** 30:16

**initiated** 66:16

**inside** 52:24

**inspection** 45:21
59:13

**instant** 5:25

**instruct** 55:23
66:9 68:25

**instructing** 32:21

**instruction** 67:13

**instructions**
66:8,12

**insurance** 55:12
56:10,18,22,25
57:11 (6)

**intended** 40:7

**intentions** 25:23

**interest** 46:25

**interested** 80:17

**interior** 49:23
52:24

**interruption**
51:22 66:17 71:2

**into** 30:17 55:9
72:24

**invitation** 68:18

**invite** 55:17

**involve** 39:16
46:4

**involved** 64:12

**involvement**
47:12

**irrelevant** 8:4
17:11,18 19:14,22
20:14,20 24:23
25:9 32:10,23
34:3 35:24 36:14
38:12 39:8,23
40:19 41:19 43:10
47:15 55:14 65:9
(23)

**is** 3:4,9,13
4:2,6,7,17 5:4
6:12,23 7:3,9
8:9,15 10:19
12:11,12,18 13:5,9
14:5,7 15:14
16:10,24,24
19:2,16,19 20:5
21:9,20 22:14,25
24:18 25:8,25
26:5 28:11 31:9
32:25 33:8,14
34:7 38:19 39:17
41:3,3 43:24
45:14 47:22
48:6,11,13,25
49:6,15 50:21
51:6 52:15,16

54:16 55:11,18
56:10
57:14,15,17,21
58:13 60:21 62:4
63:16,17
69:2,10,14,19
70:19 71:14 72:22
73:9,17 76:15,25
78:8 80:11,13 (88)

**issue** 19:24 24:25
25:10 32:12,25
34:5 36:20 38:13
39:10,25 40:21
41:21 43:12 47:17
55:16 65:11 68:7
71:6 (18)

**issues** 68:22

**items** 30:2

**itself** 47:2 58:8

**january** 68:2

**jason** 2:9 5:21
9:21 63:23 (4)

**jericho** 2:4

**joke** 15:8,8

**judge** 6:25 8:19
33:13 63:15,16
64:2 66:7 68:11
69:18 70:21 (10)

**just** 6:9 8:19
26:21 34:22 36:16
37:22 39:18 41:10
47:9 49:11 51:11
53:12,22 56:8
61:20 62:2 66:14
70:3,21 71:13,19
77:4 (22)

**k** 1:8 5:8 78:2

**karen** 21:10
22:15,17,21,21
23:2,2 (7)

**keep** 17:24 42:5

**keeps** 22:2

**kind** 17:24 37:15
49:2,20 (4)

**kinds** 49:8

**knew** 28:8 73:21

**know** 6:18,20 8:8
11:3 12:7,18,19,19
,20,25 13:6,7,9,15
14:4,8,15,23 16:2
27:10,22,25
28:2,18 29:10
30:4 32:13 35:21
44:18,20 47:7,22
48:5,6,8,10
53:3,7,12,23 54:8
55:5,8 58:9
60:8,12,13,17
61:18,20,25 62:2
64:8 65:13 68:3
71:19
72:9,12,13,13
73:14,22 74:2
75:4 76:21 (65)

**knowledge** 5:3
7:4 26:22 29:3
30:6 52:22 (6)

**known** 47:13
59:11

**knows** 47:20
60:17

**kramer**
22:15,18,18 23:2,2
(5)

**l** 3:2 5:8 78:2

**lady** 53:17

**landlord** 11:5
16:14 58:14 65:14
(4)

**landmarked**

47:23 48:7,11

**last** 7:25 8:24
16:10 17:15 18:5
22:22 23:3
24:11,13 28:8
33:13 44:24 45:6
49:18 51:15
52:10,10 56:17
(18)

**lastly** 41:2 43:13

**latter** 75:9

**laurent** 1:7 11:24
19:9 47:11 (4)

**lavatories** 55:9

**law** 2:3 9:14
35:12 67:7 (4)

**law's** 27:15

**lawsuit** 6:15
29:9,18 30:9,12
32:2,19 34:20
38:7,8,24 42:10
43:4 44:19,22
45:2,18 56:22
57:8 58:11
59:8,10 65:23
70:15 71:21 72:17
73:5 74:13,13
75:18 76:4,20,21
79:11 (34)

**lawsuits** 57:2

**lawyer** 6:23
13:14 26:5 30:15
34:22,24 35:10
36:25 37:2,8
60:10 61:21
62:20,22,23,23
75:12 (17)

**lawyers** 60:10
61:22,24

**learn** 27:7

**lease** 11:6
14:11,14,21,24
15:2,9,14,15,16
16:14,24 17:3,7,15
(15)

**leaseholder**
68:15

**least** 56:7

**leave** 24:20

**legal** 11:12
15:13,20 16:19
20:15 23:13,16
31:3,12 39:21
41:15 46:13 50:12
51:10 52:3
55:11,12 57:5,13
58:4,21 (21)

**less** 27:9

**let** 6:17,19 42:14
56:19 60:13 65:25
68:11 (7)

**let's** 28:14
37:5,21 63:6 (4)

**letters** 9:2

**level** 54:16

**levenepstein** 5:22
63:24

**levinepstein** 2:7

**lexington** 2:8

**lh** 1:20 4:4

**liable** 30:21

**light** 66:8

**like** 5:23 7:18
27:2 28:24 50:6
68:23 72:21 (7)

**likely** 38:22

39:14 77:2

**limited** 66:14

**line** 33:8,25 40:4
55:19 61:3 67:16
71:8 72:6 (8)

**literal** 38:4

**litigation** 24:25
32:12,25 34:5
36:20 38:14 39:11
40:2,22 41:22
47:18 65:11 71:6
(13)

**little** 18:3 49:9

**llc** 1:8 12:11
64:24 67:24 68:14
(5)

**ln** 81:5

**location** 4:15
11:9 25:24

**lodge** 60:25

**lodged** 67:3

**long** 9:7,22 11:8
20:18 28:21 71:18
72:16 74:16,22
75:8 (10)

**lost** 44:5

**lot** 42:25

**loud** 17:25

**louise** 71:17

**lounge** 18:14
21:5 23:4 46:4
47:13 48:16 54:22
56:11 64:19 65:2
(10)

**lower** 18:2 23:22

luck 77:20

m 5:8,8 78:2

ma'am 19:17
31:7 36:8

madam 51:16
52:8 70:24

madame 10:25
11:9 12:4 21:3
22:11 25:24 34:19
45:22 47:13 52:23
54:14 58:13 (12)

made 6:22 36:16
50:17 61:23 62:25
67:21 74:4,10
75:12 (9)

magistrate 63:16

make 5:23 6:24
8:10 27:6 42:14
53:15 58:13 66:11
(8)

makes 21:3

making 50:18
51:18

man 53:17

management
21:4

manager 21:10
22:9

many 26:6 54:13
55:5 66:23 68:19
73:3,10 (7)

march 21:14,22
23:5 24:6 37:6 (5)

mark 33:10
34:11

marriage 80:17

material 19:23
32:11 34:4
36:15,18 39:9
65:10 66:25 67:20
71:4 (10)

matter 63:17
66:19 69:19 80:18
(4)

matters 64:6

may 3:14 4:13
25:12

maybe 42:5

mccloskey 1:7,14
4:8 5:5,14 6:1,2,7
7:1,10 8:1,5,21
9:1 10:1,14,19
11:1,14 12:1,2
13:1,3 14:1,2
15:1,22 16:1,22
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1,7,21 27:1
28:1 29:1,8 30:1
31:1,18 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1,10 41:1
42:1,7 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1,18 53:1
54:1 55:1,25
56:1,6 57:1 58:1
59:1 60:1 61:1
62:1 63:1,18 64:1
65:1,3,12 66:1,19
67:1,10 68:1 69:1
70:1,9,11 71:1,13
72:1 73:1 74:1
75:1 76:1
77:1,19,20 78:3,16
79:4 81:2,3,20
(115)

me 6:17,19 8:23
9:3 13:8 14:22
17:22 20:25

26:10,23 27:16
32:14,14 38:4
39:5,18 43:23
44:3,5 46:8 47:9
48:20 49:6,10
54:18 56:19
60:13,25 63:7,8
64:5,5 65:15,15,18
69:22 70:2,10
72:21 73:20 75:9
76:12 77:15,16
78:7,18 81:22 (47)

mean 11:2,3
26:10 27:2,12
48:25 49:3 56:6
77:9 (9)

means 63:2

meantime 15:25

medium 18:8

memory 31:22
43:23 45:14 46:16
56:20 64:17 77:4
(7)

mention 44:16
50:17

mentioned 51:12
72:25

message 42:22

messages 73:24
74:11,17 79:10 (4)

mic 18:2

middle 35:4

might
42:20,21,22 46:16
50:24 72:20 (6)

millenium 1:8

millennium
12:9,11,13 13:17
14:3,24 43:25

44:7 64:24 67:23
(10)

mimi 11:24 14:15

mind 10:17 38:20
49:16

mine 21:20

minutes 9:25

misconstrues
39:2 42:17 52:6
54:25 (4)

misconstruing
17:6 28:12

misrepresentatio
n 67:21

mizrahi 2:9
4:21,24 5:6,21,21
8:3 9:13 10:11
11:10,18 12:15,22
13:20 15:11,18
16:16 17:4,9,17
19:13,21
20:8,13,19
21:6,15,17
23:11,20,24
24:16,22 25:7
26:2,17 28:10
30:25 31:8,11
32:7,21 33:24
35:23 36:4,13,18
38:10,25 39:6,22
40:18 41:16,19
42:12,16 43:5
44:13 45:3
46:6,11
47:4,8,14,24 48:21
50:10
51:8,16,21,25
54:4,23 55:13
56:2 57:3 58:2,16
59:4,16,24
60:14,19 62:3,9
63:23,23 66:7,13
68:13 69:16
70:18,24 72:5
74:18 (95)

moment 46:8
47:9 60:25

money 41:15

month 24:5

months
38:6,8,8,23 42:10
45:6,10,12
73:3,8,11,12 75:22
(13)

monthtomonth
16:4,9 57:17

more 13:4 26:25
27:9,14,23 28:4
30:5 38:22 61:4
(9)

morning's 9:3,15

most 76:25

mostly 32:3

move 51:4

moved 14:10
49:24

ms 6:7 7:9 8:5,21
10:14,19 11:13
12:2 13:2 14:2
15:21 16:21 19:9
26:7,20 29:8
31:18 40:9 42:6
47:11 52:18 55:25
56:6 65:2,12
66:19 67:10
70:9,11 71:13
77:19,20 (32)

much 75:25

must 72:12

my 4:2 6:12,18
9:24 18:4 21:9
26:4 30:21 37:15
38:20,20 42:3,19
43:23 44:9,17

45:14 46:9,15
51:18 52:10 61:23
62:18 63:2 64:4
66:8 67:7,21
68:23,24 69:10
70:25 73:17 75:2
77:18 78:7 80:19
(37)

**myself** 11:24
14:15 19:5

**n** 2:2 3:2 78:2,2
79:2 (5)

**name** 4:2 5:13
6:12 12:7,10
22:14,20,22,25
81:2 (10)

**named** 44:7 68:8

**narrow** 68:22,24

**necessary** 78:9

**need** 28:4 31:14
37:13 46:16
59:20,21 74:16 (7)

**needed** 27:5 55:8
61:5

**needs** 31:16

**neighborhood**
48:6,11

**nelson** 5:17 7:11

**never** 10:17
26:14 46:23 55:3
57:10 (5)

**new** 1:2,18
2:11791,10170
5:10,18 7:11
10:21 67:17
80:4,9 81:24 (12)

**newspapers** 48:9

**next** 66:2

**no** 1:5 4:17,18,22
7:15,17,19,20,22
9:6,11 16:24
18:13,19,21,22
19:17,18,23 20:5,7
21:16 22:8,25
23:10,16 24:10
25:2,22 27:8
29:19,23,24 32:10
34:4,21 36:14,18
38:4,4 39:8 41:18
42:3 44:20,23
45:24 46:2
47:3,21 49:13,16
52:20 55:22 56:7
57:9,12 59:7,14
61:6 65:9 66:24
69:15 71:4,14
76:12 (65)

**nobody** 21:11

**nope** 7:22 30:10

**notary** 1:17 5:9
78:20 80:8 81:24
(5)

**note** 51:21 70:25

**noted** 77:24

**nothing** 9:6
24:24 25:9 32:23
38:12 39:24 40:20
41:20 43:10 47:16
52:19 55:15 56:5
69:16 (14)

**notice** 18:12
24:19 29:21
30:2,3 (5)

**notify** 75:12

**november** 73:19

**now** 15:10,16
21:11 23:9 33:9
35:14 81:5 (7)

**number** 8:2 53:4
67:5

**numbers** 7:25
8:24

**nuts** 37:21

**o** 3:2 5:8 78:2

**o'keeffe** 1:17 4:3
80:8

**oath** 3:16 78:6

**object** 33:7,25
34:6 36:21 38:15
39:7,11 40:3,6,23
41:2,23 52:4
60:15,20 68:4
70:22 71:3,7 72:6
(20)

**objected** 66:22

**objecting** 43:9,14
45:4 52:2 58:6,20
62:11 (7)

**objection**
4:17,19,22
8:3,10,11 10:11
11:10,18 12:15
13:20 15:11,18
16:16 17:4,9,17
19:13,21
20:8,13,19
21:6,15,17
23:11,20 24:16,22
25:7,12 26:2,17
28:10 30:25
31:8,9 32:7 35:23
36:13,17 38:10,25
39:22 40:18 41:16
42:12,15,16 43:5
44:13,15 45:5
46:6,9,11
47:4,10,14,24
48:21 50:10
51:8,18 54:4,23
55:13 57:3
58:2,16 59:4,16,24
62:4,10 65:6
67:15 70:18 74:18
(79)

**objections** 3:10
6:22,24 61:2 (4)

**obviously** 7:3

**occasion** 54:19

**occasions** 54:19

**off** 18:21 63:6,11

**offer** 37:19 39:20

**offhand** 74:2

**office** 61:23 67:7

**officer** 3:15

**official** 6:4

**once** 53:24

**one** 5:23 13:9
14:5 33:13,16
43:18 49:25 59:19
62:8 63:7
64:21,25 68:10
70:3 71:12 (15)

**only** 12:24 14:8
26:9 68:10,13
72:25 (6)

**onto** 71:18

**open** 22:6 49:3
77:7

**opened** 48:15

**opening** 21:13,22
22:4

**operating** 11:8
12:3 25:24 68:13
(4)

**operations** 22:11

**operative** 67:24

**operator** 68:15

**operators** 68:6

**opinion** 18:6,7,9

**opposing** 51:22
55:17 66:13

**order** 1:16

**other** 13:10
18:20 24:9 32:3
62:19 66:24 73:10
(7)

**otherwise** 25:14
60:22 62:5,13 (4)

**our** 11:24 21:24
32:4 50:2,19 (5)

**out** 27:15,17
28:18,20,22
32:14,20,20
33:22,23 37:15
44:18 45:19 49:16
50:2 59:9 61:17
64:5 65:14,23,24
66:3,3 73:4
75:19,20 (26)

**outcome** 80:18

**outofcourt** 43:15

**outright** 8:18

**over** 25:25
69:7,7,8 (4)

**own** 19:8 54:22

**owner** 11:16
16:14 25:6 45:2
57:18 65:4 68:15
69:23 70:14,16
71:24 (11)

**owners** 11:16
12:4 13:15 14:5
15:17 17:8 32:5
34:19 57:22 59:23
64:19 65:2,2 68:5
(14)

owns 12:11 18:14,14

p 2:2,2 3:2

page 21:24 79:3,7,10 (4)

paid 24:12 35:16

pandemic 4:12

papers 10:6

paperwork 8:25 29:17 43:25 44:2 72:3,9 (6)

pardon 64:21

part 9:24 24:18 27:10,11,12 50:22 74:25 75:9 (8)

participants 11:23

particular 53:8

particularly 50:20 52:16

parties 3:5 80:16

partner 11:24

partner's 12:7

parts 51:5

partys 63:19 64:7

passed 11:25

past 18:10

pay 24:9,14 27:19 39:20 41:15 57:25 (6)

paying 23:9,14,19 24:20 25:5 55:11,12

---

57:13 59:22 (9)

payment 24:13

pc 2:7 5:22 63:24

penalty 78:4

pending 70:8

people 26:25 27:4 32:3 53:4,7,13,14,18 54:21,22 71:22 (11)

percent 20:12 22:3,7 60:6 (4)

percentage 19:6

perfectly 13:12

performed 45:21

period 27:22

perjury 78:4

person 7:19 14:7 22:9 53:16 (4)

personal 6:3

personally 44:20 53:21 54:10 55:3 (4)

pg 81:5

phone 34:17 42:21 75:6 76:15 77:6,12 (6)

physically 4:14 53:21 55:3

place 1:17 17:15 42:9 49:3,9 81:4 (6)

places 27:5

---

plague 25:25

plaintiff 1:4,15 2:3 63:20,22 (5)

plan 21:19 58:23

please 5:12,15 6:17 7:23 12:24 16:2 18:3 22:16 24:3 26:11 31:17 33:18 34:12 36:9 38:18 40:14 44:9 46:8 47:6,8 48:20 51:17,20,21,24 52:9,11 60:25 61:13 70:3,25 71:11 (32)

pllc 2:3

plumbing 50:4,5

pm 1:1 4:7 66:16,18 77:24 (5)

point 11:23 19:5 32:13 36:24 65:13 (5)

policy 56:10,22

popular 50:23

portion 24:15 31:19 33:19 36:10 40:15 43:19 44:10 46:20 52:12 61:14 70:5 76:9 (12)

posed 33:9

post2000 49:13

prefer 17:14

premises 24:21 68:6,16

preparation 9:3

present 4:18 56:13

---

president 10:22 18:23 60:5

press 27:11,13

pressing 73:20

pretty 27:3 48:3,25

previous 44:15 45:5,12

previously 13:23 34:3 71:9

prior 42:18 49:12 52:6 54:25 72:6 (5)

privilege 25:16 66:10 67:9

privileged 10:13 25:13 60:22 61:19 62:5,12 (6)

probable 38:19

probably 9:24 13:13 14:20 37:16 39:18 (5)

probing 60:21 62:5,12

problems 17:23

proceedings 63:13

production 77:18

properly 66:22

property 10:20,24 14:5 16:15 (4)

protected 67:8

provide 53:13

---

public 1:17 5:9 78:20 80:8 81:24 (5)

pursuant 1:15

pushed 22:2

put 24:4,8 46:9 50:3,5 69:11 74:25 (7)

putting 47:10

question 3:10 8:4 10:12,15 11:11,19 12:16 13:21 15:12,19 16:17 17:5,10,13,18 19:14,22 20:4,9,14,20 21:7,18 23:12,17,21 24:17,23 25:8,18,20 26:18 28:4,11,23 31:2,6,16 32:8,22 33:6,17 34:10 35:24 36:6,22 38:11,16 39:2,7,23 40:11,19 41:3,17,24 42:17 43:6,9,14 44:9,14 46:7,12 47:5,15,25 48:22 49:2,22 50:11 51:9,15 52:2,5,11,15 54:5,24 55:14,24 57:4 58:3,6,10,17,20 59:5,17,25 60:15,20,24 61:9 62:16 63:2 65:7,18,22 66:2,20,21 67:11 68:24,24 69:22 70:4,8,19 71:11,18 74:19 (112)

questioned 65:3

questioning 33:8,25 40:4

---

55:20 61:3 67:16
71:8 72:7 (8)

**questions** 6:14
7:2 8:13 12:23,25
15:24 66:6,24
67:3 69:2,7,11
70:3 78:6 (14)

**quick** 5:23

**quickly** 6:21

**quite** 22:5

**r** 2:2 80:3

**raise** 64:7

**rarely** 46:23

**rather** 68:20

**reach** 32:20
33:22 65:24 66:2
75:20 (5)

**reached** 32:13
33:23 64:5 65:14
66:3 (5)

**read** 21:21 26:14
31:17,20 33:20
36:11 40:14,16
43:18,20 44:9,11
46:21 51:14
52:9,13 61:8,12,15
63:6 69:21 70:6
76:10 78:4 81:5
(25)

**reading** 9:5

**reads** 81:5

**real** 1:8
12:9,11,13 13:17
14:3,24 24:14
44:2,7 64:24
67:23 (12)

**really** 17:25 28:5

**reasked** 67:12

**reason** 16:13
49:15 81:5

**reasons** 18:8,8
34:2

**recall** 30:14
34:25 35:9
37:9,10 41:5,6
42:24 43:22 50:23
75:21,23 77:2 (13)

**receive** 19:19

**received** 72:4

**receiving** 77:17

**recently** 56:14

**recess** 63:12

**recollection**
42:19 44:17 76:19

**record** 4:11
5:13,16,24 8:9
36:14 51:19,23
63:11 71:2,14
74:25 80:13 (13)

**redepose** 77:19

**referred** 76:14

**referring** 32:17
65:19

**reflect** 30:19

**reflecting** 78:6

**refrain** 67:13

**refresh** 64:17
77:4

**regard** 6:22 9:14
21:3

**regarding** 31:25

45:2 60:10 61:22
64:4 74:12,12,13
79:11 (9)

**regardless** 64:22

**regards** 59:2

**regular** 22:17,24

**rehash** 68:18

**related** 29:18
30:8 80:15

**relationship**
10:20

**relax** 31:15

**relevance** 32:11
34:4 36:19 55:22
65:10 66:23,25
71:5 (8)

**relevancy** 71:4

**relevant** 70:20

**remaining** 25:24

**remember** 15:7
20:3 25:19 29:11
37:4 49:5 62:7
76:23 (8)

**renew** 44:15 45:4
62:3,9 (4)

**renewed** 31:8

**renovated** 52:20

**renovation** 48:18

**renovations** 49:4,
6,12,13,16,19,20,2
4 50:7 (9)

**rent** 23:9,14,18
24:12,20 25:5 (6)

**reopening** 21:19

**repairs** 58:14

**repeat** 76:5,7

**repeatedly** 67:11

**rephrase** 6:18
31:10

**reporter**
4:2,4,13,25
5:7,12,15 31:21
33:21 36:12 40:17
43:21 44:12 46:22
51:17 52:9,14
61:16 63:9
70:7,25 76:11 (22)

**reporting** 1:20
4:5

**represent** 4:4 5:2

**representative**
6:4

**requested** 30:2
31:19 33:19 36:10
40:15 43:19 44:10
46:20 52:12 61:14
62:17,18 64:11
70:5 76:9 (15)

**requesting** 25:13
31:11

**requests** 60:11
61:22 62:21,24
67:4,6 79:9 (7)

**research**
30:17,19,23
31:5,24 70:15
71:20,22 (8)

**reserved** 3:11

**reserving** 77:18

**respective** 3:5

**respond** 11:21
34:9

**response** 52:10
61:2 67:17 69:2
(4)

**responsible** 21:4
34:15

**responsive** 51:5

**restaurant**
48:12,15,17 56:11
77:7 (5)

**result** 58:11

**retainer** 35:18

**review** 8:25

**right** 8:21 12:21
13:12 14:23
15:10,16 18:10
21:11 23:9 33:9
35:14 45:13 56:17
74:6 (14)

**rights** 77:19

**ring** 14:19

**rule** 27:6
62:20,22

**ruled** 70:22

**ruling** 8:20
33:11,15 34:12
69:10 (5)

**rulings** 63:7 79:6

**s** 2:2 3:2,2 5:8 (4)

**said** 16:25
22:9,10,22 26:21
27:2,2,22 43:22
45:17,20 69:10
75:14 (13)

**same** 3:7,16
4:15,19 34:2
54:12 62:10 69:7
(8)

**saw** 72:2,3,9

**say** 8:14 9:7
14:8,17 24:8
27:24 28:7,20
37:22 38:6,19
45:9 53:11 62:17
63:3 (15)

**saying** 7:6 39:18
45:11 72:21 (4)

**says** 8:18 15:24
65:6,13 (4)

**scratch** 28:14

**screen** 9:13

**sealing** 3:6

**search** 74:4,10
75:12 79:10 (4)

**second** 50:2,6,19
51:6,13 52:15
60:17 64:16 71:13
(9)

**security** 8:2 67:5

**see** 56:19

**seen** 14:21 15:5

**send** 76:2,12

**sent** 72:21

**separate** 50:5

**series** 6:12,14

**served** 29:13,21
30:12 38:7 43:4
45:20 56:21 60:11
61:24 62:22 71:21
72:16 73:4
74:14,15 76:22
(16)

**services** 1:20 4:5

**set** 34:2 53:5,11
80:12,19 (5)

**seven** 17:15
18:10

**shall** 3:11 4:16

**share** 41:14

**shareholders**
19:4

**shares** 19:6
20:12,18 60:6 (4)

**she** 19:11,19
20:6,11,18
22:12,13 23:3
26:21 31:15 39:5
47:20 51:11 60:17
65:13 66:23,25
69:12 (18)

**she'll** 39:4

**sheet** 78:11 81:2

**shortterm** 46:16

**should** 69:11
81:5

**shouldn't** 48:17

**show** 10:6 29:20

**showed** 10:16

**side** 49:25,25

**sign** 14:11

**signatories** 14:13

**signatory** 15:2

**signature** 80:22

**signed** 3:14,16
14:16 35:18 81:22
(5)

**significance**
19:23 39:9
49:14,17 (4)

**simple** 48:4

**simply** 67:16

**since** 11:15,25
20:22 24:19 27:15
48:15 52:19 (7)

**sir** 56:5

**six** 38:6,7,8,22
42:10 45:6,10,12
(8)

**slash** 18:15
48:16,16 64:20 (4)

**snapshot** 66:15

**so** 4:23
8:7,8,8,14,15,17
12:20 14:4 15:4
16:9 19:2 22:6
29:25 34:23 37:14
44:2 45:6 48:10
50:14,23 53:5
54:18 56:17 57:17
60:18 62:15 63:2
64:8 65:12 67:10
68:17,23 70:8
71:13 77:14 (36)

**social** 8:2,23 67:5

**solemnly** 78:3

**solicit** 67:17

**some** 26:13 32:13
36:24 41:15
50:2,3,4 63:4
65:13 (9)

**somebody** 15:3
58:14

**something** 15:7
22:23 28:18 50:21
72:12,21 74:8 (7)

**sometime** 29:5

**sometimes** 6:21

**somewhere** 9:25
29:15

**soon** 32:19 37:7
65:22 75:18 (4)

**sorry** 16:7
18:4,20 35:6
37:11 41:8 47:7
67:19 70:13 72:2
74:7 76:5 (12)

**sort** 44:25

**sounds** 39:14
68:23

**southern** 1:2

**speak** 9:12,20
64:9

**speaks** 58:7

**specific** 28:4,24
30:6 31:23 34:21
37:18,23 38:2
41:5 45:8 49:2
50:24 (12)

**specifically** 27:24
29:10 42:24 44:16
62:7 70:12 76:23
77:3 (8)

**specify** 21:25

**speculate** 74:21

**speculation**
12:17 19:15
20:2,10,21 26:3,5
35:25 36:23 38:17
39:13 40:5,25
41:25 43:7 54:6
58:18 59:18 60:2
72:8 74:20 (21)

**spell** 22:16,19

**spelled**
22:17,23,25

**spoke** 32:3 36:24
38:23 71:22 (4)

**springtime** 35:7

**ss** 80:5

**stands** 49:16

**start** 16:5 25:5
28:14

**started** 20:22

**starting** 63:20

**state** 1:18
5:10,12,15 80:4,9
81:24 (7)

**statement** 16:10
23:25 43:16 48:13
76:16 (5)

**states** 1:2

**stephanie** 1:17
4:3 18:4 31:17
33:12 36:9 40:13
46:19 61:13 63:6
69:21 76:8 77:23
80:8 (14)

**steps** 54:16

**stewart** 33:13

**still** 13:17 51:6
52:16 68:7 73:23
(5)

**stipulate**
4:10,16,24

**stipulated**
3:4,9,13 4:23 (4)

**stopped** 24:20

**street** 5:17 7:11

10:21 54:15,16 (5)

**strike** 34:15 51:4
57:20 76:20 (4)

**stuart** 2:5 6:12
63:21

**subject** 77:16

**subscribed** 78:18
81:22

**subsequent** 59:8

**such** 80:13,14

**sucks** 46:16

**sued** 32:6 65:5
69:24 70:17 71:25
72:4 (6)

**suffolk** 80:6

**suite** 2:8

**summer** 35:4

**summertime**
35:8

**supposed** 30:4

**sure** 14:9,17
48:12 61:10 63:4
75:5 76:24 (7)

**swear** 4:9,13 78:3

**sworn** 3:14,17
5:9 78:18 80:12
(5)

**t** 3:2,2 78:2
80:3,3 (5)

**take** 4:7 42:8,11
63:9 73:2
74:16,22 (7)

**taken** 1:15 6:2
63:13 78:5 (4)

**talk** 37:8 38:9

**talking** 17:25
42:4 60:12

**targeted** 33:4

**taxes** 24:14

**telephone** 10:3

**tell** 13:8 26:10,23
30:7 32:5 43:3
44:21 45:25
48:20,20 49:10
65:4 69:23,25
70:14,16 71:24
75:9 (18)

**telling** 41:6 42:10
74:12

**ten** 27:23 62:8

**terminology**
62:15

**terms** 50:18

**testified** 5:11
7:16

**testimony** 13:22
17:6,20 28:12
39:3 42:18 52:7
55:2 80:14 (9)

**text** 34:17 42:22
72:21 73:12,23
74:10,17 75:6
76:15 77:6,12
79:10 (12)

**texts** 75:11

**than** 27:9,14,23
30:5 38:22 (5)

**thank** 5:7 18:3
29:7 31:18 42:6
45:13 52:11,21
57:16 61:6
69:18,20 76:18

77:21 (14)

**thanks** 6:9 77:23

**their** 15:3 54:22

**them** 16:23,24
24:15 53:5,8,9,10,
14,15,18 57:25
60:11 62:25 63:8
67:2 69:12 (16)

**themselves** 63:19

**there's** 49:8
54:15,17

**theresa** 1:7 11:23
14:16 19:5 (4)

**thereto** 78:7

**these** 50:7 53:22
68:7 69:11 77:17
80:16 (6)

**they're** 15:2

**thing** 14:8 26:12

**things** 26:13
28:19 49:9 50:6
53:22 68:19 73:10
(7)

**think** 22:10
30:16 37:13
45:10,17 46:3
49:24,25 50:4
53:21 70:23 71:17
72:2,3 74:22 (15)

**thinking** 50:23
73:10

**third** 11:24

**those** 10:16 51:5
62:21 66:4,5,11
67:3 73:23
74:10,17 (10)

**though** 4:14

**thought** 21:21
42:5 50:21 68:12
(4)

**three** 11:22 64:20
73:8,11,12 (5)

**through** 66:17

**time** 1:16 3:11
4:7,18,19 13:13
23:3 24:11 27:22
44:24 45:15,18
50:22 51:3 52:17
56:18 59:9 63:7
77:8,22,24 (21)

**timeframe** 27:17

**timeline** 38:20

**times** 55:5

**today** 4:4,6 5:4
9:10 29:18,22
30:3,8 64:3 (9)

**today's** 59:10

**told** 14:18 32:14
38:2 41:10,12
64:5 65:15 (7)

**too** 6:19 18:2
26:6

**took** 50:2

**totally** 26:5

**touch** 57:7

**training** 58:25

**transcript** 31:20
33:20 36:11 40:16
43:20 44:11 46:21
52:13 61:15 70:6
76:10 78:5,8 81:2
(14)

**transcription**
1:20

**trial** 3:11 7:21

**true** 38:3 78:8
80:13

**trying** 61:17

**turn** 37:12

**turnpike** 2:4

**twentytwo** 19:10

**two** 9:9
64:18,19,21,22
66:5 68:8,22 (8)

**u** 3:2

**unclear** 68:7

**under** 12:23
30:22 59:19
78:3,6 (5)

**understand** 6:16
7:6 26:12,13,15,23
(6)

**understanding**
28:3 57:18,21

**understood**
61:11 68:22

**unduly** 33:2,2
34:7

**united** 1:2

**unless** 8:17 15:24

**unnecessary** 33:2

**until** 24:6 45:18
51:17 59:10 (4)

**up** 8:9 16:11
17:24 21:13,22
22:4,6 24:6
26:5,24 37:6
45:18 50:3,5,25
53:5,11 59:10

60:18 63:4 (20)

**upon** 76:22

**us** 48:20 53:4

**use** 10:24 11:4
53:25

**v** 81:2

**vacate** 18:12
24:20

**vague** 9:5 11:19
16:17 17:10 21:7
26:13,18,22 27:3
32:8 37:18 47:25
48:22,25 50:13
59:5 65:7 (17)

**vaguely** 28:19

**variables** 26:6

**variety** 42:23

**various** 60:10

**verbiage** 71:15

**very** 6:21 31:23
40:12 42:24 75:25
(5)

**via** 5:4

**video** 10:3 35:13

**videoconference**
1:10 5:4 81:4

**violations** 57:24
58:12

**volume** 17:24
23:23

**w** 78:2

**wait** 46:8 47:6,9

**waived** 3:7

**walls** 50:3

**want** 13:6 14:22
17:3,7 33:15
37:23 40:11 56:9
60:8,17
61:8,18,20,25 62:2
70:10 71:19 73:18
74:21 (19)

**wanted** 42:5 64:7

**wants** 6:24 8:11
64:9

**wash** 37:14,20

**wasn't** 22:23
72:14

**way** 13:10
22:17,24 24:9
56:20 75:13 80:17
(7)

**ways** 42:23

**we'll** 73:2

**we're** 21:11
33:13 36:21 38:15
39:6,11 40:3,6,23
41:2,23 43:8,13
44:14 45:3,4
51:25 52:4 55:23
58:5,19 60:14,19
62:3,9,11 68:3
71:3,7 72:5 (30)

**website** 21:22

**week** 9:9 75:15

**weeks** 75:22

**welcome** 6:10

**well** 6:3 28:13
37:5 43:4 51:11
(5)

**weren't** 54:19

**west** 10:20

**what** 7:6,9
10:17,19 11:2,3
13:5 16:11,25
18:4,14 19:6
20:11 22:14,22
23:14,18
26:10,15,20,23
27:12,25 29:14
30:17,19,22 33:17
35:2 36:6
39:15,16 41:9
44:5 45:11 49:20
53:11 60:12 63:2
68:21 70:2,12
72:22 75:5 (44)

**what's** 24:3

**whatever** 6:24
8:10 49:5

**wheelchair** 52:23
53:15,18

54:20 55:6

**when** 9:7,18 12:2
14:10 16:5 21:19
23:3,6 24:8,11
25:4,25 27:7,17
28:15,20,24
29:8,13 32:16
34:22,24 37:5
43:25 44:24
45:9,19,19 49:18
50:15 53:2,18,22
56:17,21 58:24
62:17 63:3 65:18
72:13 76:20,21
77:5 (43)

**where** 42:8

**whereof** 80:19

**whereupon** 31:19
33:19 36:10 40:15
43:19 44:10 46:20

52:12 61:14 63:12
70:5 76:9 (12)

**whether** 53:16
75:6

**which** 10:10
45:17 54:15 55:18
60:5 63:13 66:21
78:5 (8)

**while** 9:6,7
30:13,18 75:7 (5)

**who** 9:20
11:16,25 12:4
13:15 14:13,17
18:14 19:4 21:3
30:11 31:25
34:14,18 35:10,16
53:4 54:20 55:6
57:24 58:13 59:21
64:8 72:4 (24)

**who's** 21:4

**whoever** 38:2

**whose** 80:11

**why** 16:24 66:11
68:7,24 (4)

**will** 4:10,18 5:25
57:24 69:12,13 (6)

**wintertime** 35:8

**withdrawn** 10:18

**within** 3:14 27:17
38:6,8,22 42:9
73:3,11
75:14,16,22 80:9
(12)

**without** 66:17

**witness** 4:9,13
5:3,14,17 6:9 7:7
8:22 13:22
17:6,19,23 25:21
28:12 36:5 39:3

40:8,12 41:4 42:3
43:17 46:10,15
47:7 54:10 56:3
61:4,10 66:9
69:9,12 74:7 75:4
76:5 79:3
80:11,14,19 81:3
(39)

**witness'** 42:18
52:6,10 54:25 (4)

**witnessing** 55:4

**woke** 26:24

**work** 20:6 48:18
49:10 50:16 51:2
53:8,10 (7)

**worked** 23:4

**works** 9:14

**worry** 41:12 73:2

**would** 5:22 8:15
12:6,8,20 14:18
16:23 17:14 18:16
27:21,23 28:21
30:5 34:14,18
35:3,7 37:2,11,16
38:6,19 41:7,10,13
42:11 44:3,4
45:7,9 49:23
53:11,12,13,16,17
54:20 59:21 60:3
62:21,23 73:18,25
74:16,22 76:25
(46)

**wouldn't** 65:25

**wrong** 54:18

**x** 1:3,10 10:25
11:9 12:4 21:3
22:11 25:25 34:19
45:22 47:13 52:23
54:14 58:13 79:2
(15)

**y** 5:8,8

**yeah**  24:2 28:13
48:24 56:4 61:10
(5)

**year**  28:9 29:14
35:2 56:16 73:16
(5)

**years**  14:16
15:5,7 16:10
17:16 18:11
27:9,14,22,23
29:6,14 45:18
49:3,6 (15)

**yelling**  17:25

**yelp**  21:24

**yep**  8:22

**yes**  7:7 8:17 9:17
11:7 14:12,20,25
17:2 18:25 19:16
20:24 23:8 24:7
25:21 32:18 35:20
48:19 51:20,24
52:25 54:2 56:24
57:15 61:19 63:10
65:21 71:16 73:17
75:16 76:17 77:14
(31)

**yesterday**
9:10,19 10:7

**york**  1:2,18 2:117
91,10170,10170
5:10,18 7:12
10:21 80:4,9
81:24 (12)

**you're**  6:10 16:9
17:24 18:23
21:13,22 22:3,6
25:4 27:25 28:3
29:25 32:17 43:17
45:11 48:11
57:13,17 60:5
65:19 66:9 73:20
(22)

**your**  4:3

5:2,12,15 6:23
7:4,9,25 9:12
10:19 13:14
21:20,22 22:4,9
23:23 29:20
30:3,19,22 31:24
37:12 46:4 49:16
52:22 54:21
56:11,11,20 60:10
61:21,24 62:22,23
64:10,17,20
66:6,13 68:12,25
69:15,17 70:15
71:20,22 74:4
75:11,12 77:4,21
(51)

**zoom**  1:10
10:4,5,7 81:4 (5)

**300**  66:18

**318**  77:24

**338**  2:4

**420**  2:8

**1961**  7:24

**1992**  27:16

**1993**  27:16 29:4,5

**1997**  11:15,17
12:2 14:10 20:25
(5)

**2000**  35:3
49:12,15

**2013**  16:6,8 48:9

**2019**  37:3,17
73:16,19 75:10
77:2 (6)

**2020**  23:5,18 24:6
35:6 37:3,6,14
76:25 (8)

**2021**  1:12 4:6
68:2 78:2021

**80:20 81:3 (6)**

**2525**  2:8

**9143**  8:6

**10170**  2:10170

**11231**  5:18

**11791**  2:11791

**15000**  24:18

**7185267100**  1:21