UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dino Antolini,

                Plaintiff,

-against-

Amy McCloskey et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/2021

1:19-cv-09038 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference today, and for the reasons stated on the record, it is hereby ORDERED, as follows:

1. No later than May 7, 2021, Plaintiff shall disclose to Defendants a "a statement of the compensation to be paid for [Plaintiff's expert's] study and testimony in the case," as required by Rule 26(a)(2)(B)(vi) of the Federal Rules of Civil Procedure. If Plaintiff fails to do so, Plaintiff shall be precluded from using this expert at trial.

2. No later than May 14, 2021, Defendants shall serve their expert disclosures pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure. Defendants shall be precluded from introducing testimony at trial from experts whose disclosures have not been made by May 14, 2021.

3. No later than May 7, 2021, Defendants shall file with the Court a complete copy of the transcript of Plaintiff's deposition so that the Court may determine the sanctions, if any, to be imposed upon the parties based upon conduct that occurred at the deposition, as well as any conditions to impose regarding the continuation of Plaintiff's deposition. No further motions for sanctions shall be filed by the parties at

this time. The Court will provide the parties an opportunity to be heard prior to the imposition of sanctions.

4. Other than as set forth in paragraphs 1 and 2 hereof, discovery is stayed pending further Order of the Court.

The Clerk of Court is respectfully requested to terminate the gavel at ECF No. 159.

**SO ORDERED.**

Dated:   New York, New York
         April 30, 2021

_____
STEWART D. AARON
United States Magistrate Judge