```
                                        Page 1
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ----------------------------------------X
     DINO ANTOLINI,
 4
                            PLAINTIFF,
 5
 6        -against-          Case No.:
                            1:19-cv-09038
 7
 8   AMY McCLOSKEY, THERESA LAURENT,
     DIMUR ENTERPRISES INC., EDDIE CK
 9   CHUNG and C&S MILLENIUM REAL
     ESTATE LLC,
10
                            DEFENDANTS.
11   ----------------------------------------X
12
13              DATE: April 19, 2021
14              TIME: 10:07  A.M
15
16
17      VIDEOTAPED DEPOSITION of the Plaintiff,
18   DINO ANTOLINI, taken by the Defendants,
19   pursuant to a Court Order and to the
20   Federal Rules of Civil Procedure, held at
21   the above date and time, before Susan
22   Insinga, a Notary Public of the State of
23   New York.
24
25
```

1

2  A P P E A R A N C E S:

3

4  FINKELSTEIN LAW GROUP, PLLC
      Attorneys for the Plaintiff
5      DINO ANTOLINI
       338 Jericho Turnpike
6      Syosset, New York 11791
       BY: STUART FINKELSTEIN, ESQ.
7      finkelsteinlawgroup@gmail.com
8
    LEVIN-EPSTEIN & ASSOCIATES, PC
9      Attorneys for the Defendants
       AMY McCLOSKEY, THERESA LAURENT,
10     and DIMUR ENTERPRISES INC.
       60 East 42nd Street, Suite 4700
11     New York, New York 10165
       BY: JASON MIZRAHI, ESQ.
12     jason@levinepstein.com
13
14  ALSO PRESENT:
       Jason Aqui, Videographer, Veritext
15
16
17
18           *         *         *
19
20
21
22
23
24
25

Page 3

1

2    F E D E R A L   S T I P U L A T I O N S

3

4

5    IT IS HEREBY STIPULATED AND AGREED by and

6    between the counsel for the respective

7    parties herein that the sealing, filing and

8    certification of the within deposition be

9    waived; that the original of the deposition

10   may be signed and sworn to by the witness

11   before anyone authorized to administer an

12   oath, with the same effect as if signed

13   before a Judge of the Court; that an

14   unsigned copy of the deposition may be used

15   with the same force and effect as if signed

16   by the witness, 30 days after service of

17   the original & 1 copy of same upon counsel

18   for the witness.

19

20   IT IS FURTHER STIPULATED AND AGREED that

21   all objections except as to form, are

22   reserved to the time of trial.

23

24            *     *     *     *

25

```
1                    D. ANTOLINI
2              THE VIDEOGRAPHER:  Good
3        morning.  We are going on the record.
4              The time is 10:07 a.m. Eastern
5        Standard Time on April 19, 2021.
6              This is the media unit 1 of the
7        video recorded deposition of Dino
8        Antolini, being taken by counsel for
9        the defendant in the matter of Dino
10       Antolini versus Amy McCloskey and
11       others, in the U.S. District Court,
12       Southern District of New York.
13             This deposition is being held
14       virtually.  My name is Jason Aqui
15       from the firm Veritext; I am the
16       videographer.  The court reporter is
17       Susan Insinga, also from the firm
18       Veritext.
19             I'm not authorized to
20       administer an oath.  I'm not related
21       to any party in this action, nor am I
22       financially interested in the
23       outcome.
24             Counsel and all present in the
25       room and everyone attending remotely
```

```
                                        Page 5
 1                    D. ANTOLINI
 2         will now state their appearances and
 3         affiliations for the record.
 4              If there are any objections to
 5         the proceeding, please state them at
 6         the time of your appearance,
 7         beginning with the noticing attorney.
 8              MR. FINKELSTEIN:  Yes.
 9              Stuart Finkelstein for
10         Plaintiff, Dino Antolini.
11              MR. MIZRAHI:  Jason Mizrahi,
12         the noticing attorney, from
13         Levin-Epstein & Associates, PC, on
14         behalf of defendants Dimur
15         Enterprises, Inc., Amy McCloskey and
16         Theresa Laurent.
17              THE VIDEOGRAPHER:  Will the
18         Court Reporter please swear in the
19         witness?
20 D I N O   A N T O L I N I, called as a
21 witness, having been first duly sworn by a
22 Notary Public of the State of New York, was
23 examined and testified as follows:
24              THE COURT REPORTER:  May I have
25         your name and address for the record,
```

                        D. ANTOLINI

1

2       please?

3              THE WITNESS:  Dino Antolini.

4       A-N-T-O-L-I-N-I.  (Indiscernible)

5       Bell Boulevard, Queens Village, New

6       York 11427.

7              THE COURT REPORTER:  I

8       understood Bell Boulevard.

9              Can you just say the number?

10             THE WITNESS:  8007.

11             THE COURT REPORTER:  8007?

12             THE WITNESS:  Correct.

13             THE COURT REPORTER:  Bell

14      Boulevard.

15             THE WITNESS:  Queens Village,

16      New York.

17             THE COURT REPORTER:  Okay.

18      Thank you.

19             THE WITNESS:  11427.

20             THE COURT REPORTER:  Okay.

21      Thank you.

22             THE WITNESS:  Okay.  You're

23      welcome.

24             *        *        *

25

```
 1                    D. ANTOLINI
 2   EXAMINATION BY
 3   MR. MIZRAHI:
 4        Q.    Good morning, Mr. Antolini.
 5        A.    Good morning.
 6        Q.    How are you?
 7        A.    I'm all right.
 8             MR. FINKELSTEIN:  Don't worry
 9         about how he is.  Let's just start
10         the deposition, sir, mister.
11             MR. MIZRAHI:  Stuart, before we
12         begin --
13             MR. FINKELSTEIN:  No, no, no,
14         no.  It's not -- it's not Stuart.
15         Excuse me.  Excuse me.  It's not
16         Stuart, it's Mr. Finkelstein.  And
17         I'm not looking for you to establish
18         a personal rapport with my client.
19         We'd like you to start the
20         deposition, mister.  Thank you.
21             MR. MIZRAHI:  Susan, before we
22         begin, I'll be making a brief
23         statement for the record.
24             THE COURT REPORTER:  Okay.
25             MR. MIZRAHI:  I am --
```

```
 1                    D. ANTOLINI
 2            MR. FINKELSTEIN:  And, Susan,
 3       Stuart Finkelstein here.  Anything
 4       and everything that's said, I'd like
 5       on the record, please, all right?
 6       Nothing off the record.  Okay?
 7       Susan?
 8            THE COURT REPORTER:  Yes.
 9            MR. MIZRAHI:  I'm displaying a
10       document filed on March 2nd of 2021.
11       Can you see this document?
12            THE WITNESS:  Me?
13            MR. MIZRAHI:  Susan, can you
14       see this document?
15            THE COURT REPORTER:  I can see
16       it, yes.
17            MR. MIZRAHI:  I'm going to be
18       reading what is listed in paragraph 3
19       of this document.
20            This document is an order from
21       the Honorable Magistrate Judge
22       Stewart Aaron, and the order that was
23       entered on March 2nd, 2021 under
24       docket number 150 states, "Any
25       objections to the notice of
```

Page 9

```
                              D. ANTOLINI
 1
 2         deposition that defendants served on
 3         plaintiff are overruled.  As
 4         indicated on the record during
 5         today's remote conference, there
 6         shall be no objections at plaintiff's
 7         deposition, other than objections to
 8         form and objections on the basis of
 9         privilege, and only in the case of
10         the latter may plaintiff decline to
11         answer the question posed.
12      Q.    Dino?
13      A.    Yes.
14            MR. FINKELSTEIN:  Excuse me.
15      Excuse me.  It's not Dino.  It's
16      Mr. Antolini to you, sir.  Come on.
17      You know better than this.
18      Q.    Mr. Antolini, I just read
19   paragraph 3 of the Court's order entered on
20   March 2, 2001.
21      A.    Okay.
22      Q.    Did you understand -- did you
23   understand the paragraph that I just read?
24      A.    Not really.
25      Q.    Okay.  I can explain it to you.
```

```
                                    Page 10
 1                  D. ANTOLINI
 2        A.     In laymen's terms.
 3        Q.     In laymen's terms, that
 4   paragraph that I just read was an order
 5   from the Court.  Do you recall being --
 6   appearing on video before the Court about a
 7   month or a month and a half ago?  We all
 8   appeared on video?
 9        A.     Yes.
10        Q.     After that hearing, the Court
11   entered an order instructing that this
12   deposition move forward, and the Court
13   instructed that your attorney is not
14   permitted to be putting in any objections
15   other than objections as --
16             MR. FINKELSTEIN:  I'm going to --
17        Q.     -- to form?
18             MR. FINKELSTEIN:  I'm going to
19         object to all of this lecturing my
20         client about the order of Judge Aaron
21         Stewart [sic].
22             If he has questions to ask
23         about this lawsuit, let's proceed.
24         Otherwise, we're not going to listen
25         to your lectures; certainly,
```

```
 1                    D. ANTOLINI
 2        Mr. Antolini is not going to.
 3             To have to read verbatim the
 4        judge's order to Mr. Antolini is
 5        inappropriate, not proper and not
 6        germane to the lawsuit, so we're
 7        going to ask you again for the third
 8        time to move on, sir.  Start the
 9        deposition.
10             MR. MIZRAHI:  Susan, did you
11        just -- please make sure that you're
12        taking in all of these improper
13        speaking objections.
14             MR. FINKELSTEIN:  Absolutely.
15        Take every objection down.  I
16        appreciate that, for the record.
17        Thank you, Susan.
18             MR. MIZRAHI:  I'm going to note
19        your improper speaking objection,
20        Counsel.
21             MR. FINKELSTEIN:  Yes.  Noted.
22        I want to note your improper --
23             MR. MIZRAHI:  I'm going to --
24        I'm going to ask --
25             (Unreportable crosstalk.)
```

THE COURT REPORTER: Hang on. You guys have to go one at a time or it's canceling each other out and nothing is going to get on the record.

So if you want everything on the record, please take turns.

MR. MIZRAHI: Mr. Finkelstein, I'm going to warn you once and only once --

MR. FINKELSTEIN: You're not going to warn me of anything, sir. I don't want to hear that. Warn somebody else.

MR. MIZRAHI: I'm going to -- I'm going to respectfully warn you once and only once --

MR. FINKELSTEIN: You're not going to warn me -- excuse me. You are not going to warn me of anything, sir.

I'm going to ask you now for the fifth time, it's now 10:14, and you're still lecturing my client and

```
 1                    D. ANTOLINI
 2        you're warning me.  I'm going to ask
 3        you to continue with this deposition.
 4        Thank you.
 5             MR. MIZRAHI:  Yeah, I'm not
 6        going to permit you to interrupt me.
 7        And I'm respectfully reserving my
 8        right to seek sanctions against you
 9        and your client for any interruptions
10        caused by any improper speaking
11        objections today.
12             MR. FINKELSTEIN:  All right.
13        You all finished now?  Start the
14        deposition, sir.  Let's move it
15        along.  Thank you.
16    Q.    Mr. Antolini?
17    A.    Yeah.
18    Q.    The order that I was reading
19  before was an instruction from the Court
20  instructing your attorney not to object to
21  any lines of questioning other than on the
22  basis --
23             MR. FINKELSTEIN:  Same
24        objection.  Same objection as before,
25        you lecturing my client.  My
```

```
                              D. ANTOLINI
 1
 2          goodness.  And I'm asking --
 3                  MR. MIZRAHI:  Any objections --
 4                  MR. FINKELSTEIN:  -- you now
 5          for the sixth time to please start
 6          the deposition.
 7          Q.    Any objections other than on
 8      the basis --
 9                  MR. FINKELSTEIN:  Start the
10          questioning, I should say.  I should
11          say start the question.  Sorry.
12          Q.    The paragraph that I was
13      reading was an instruction from the Court
14      instructing your attorney that he is not
15      permitted to be making any objections other
16      than on the basis of form or on the basis
17      of attorney/client privilege.
18                  That means that unless your
19      attorney is instructing you not to answer
20      on the basis of privilege --
21                  MR. FINKELSTEIN:  My continuing
22          objection to the lecture of my client
23          regarding an order that's directed at
24          me.  This is really nonsensical, but
25          go ahead.  You use up your seven
```

Page 15

```
                         D. ANTOLINI
 1
 2        hours.  Go ahead, counsel.
 3        Q.    That means that you have to
 4   answer the questions that I'm asking.
 5             Do you understand?
 6        A.    Yeah.
 7        Q.    Okay.  Have you ever been
 8   deposed before, Mr. Antolini?
 9        A.    No.
10        Q.    Okay.  Before we start, I can
11   just give you some brief ground rules.
12   These rules are going to make the
13   deposition run more smoothly.
14        A.    Okay.
15        Q.    And, you know, it's important
16   just so you understand the easiest way to
17   administer today.
18        A.    Okay.
19        Q.    So, number one, if at any point
20   you don't understand a question, let me
21   know.
22        A.    Okay.
23        Q.    I'll be happy to rephrase it.
24        A.    Thank you.
25        Q.    Number two, even if -- even if
```

```
 1                   D. ANTOLINI
 2   you think you know the question that I'm
 3   asking, it's important in order for us to
 4   get a clear and complete record to let me
 5   finish my question.
 6            We have a Court Reporter here
 7   today with us.  Her name is Susan.  Susan's
 8   job is to take down the record.
 9        A.    Okay.
10        Q.    And in order for Susan to take
11   down the record, she needs all
12   communications to be verbal.  So a verbal
13   communication means that in response to all
14   of my questions, I need you to give me a
15   verbal response.
16        A.    Okay.  I'll try.  I'll do my
17   best.
18        Q.    Thank you.  I understand -- I
19   see you nodding --
20        A.    Yeah.
21        Q.    -- but I need you to give
22   verbal responses to all of my questions.
23   So please don't shake your head up and
24   down.  Please, instead of shaking your head
25   or using your hands, make sure that you're
```

```
 1                    D. ANTOLINI
 2   giving verbal responses.
 3               Do you understand?
 4        A.    I understand.
 5               MR. FINKELSTEIN:  Dino, if you
 6          want, you can shake your head and
 7          give verbal at the same time if
 8          that's your customary thing of doing.
 9          Not a problem.
10               THE WITNESS:  Okay.
11        Q.    If at any point you need to
12   take a break, Mr. Antolini, just let me
13   know; I'd be happy to accommodate you.
14        A.    You got it.
15        Q.    The only thing that I ask is
16   that if there's a question that's being
17   posed, please answer the question --
18        A.    Then go.
19        Q.    -- before taking a break.
20        A.    Okay.
21        Q.    The last thing that I'd like to
22   say, Mr. Antolini, is please make sure you
23   speak in a loud, clear voice so the Court
24   Reporter can understand you.
25               I understand that you may have
```

```
1                    D. ANTOLINI
2   some trouble speaking clearly, so it's
3   important to go -- to speak slowly, that
4   way the Court Reporter can make sure to
5   take down everything that you're saying.
6        A.    Okay.
7        Q.    Okay?
8        A.    Yeah.
9        Q.    Great.
10             Mr. Antolini, can you please
11  state your full name for the record?
12       A.    Dino Antolini.
13       Q.    And is Dino short for anything?
14       A.    No.  It's my given name.
15       Q.    That is your given name?
16       A.    Yeah.
17       Q.    Dino --
18             MR. FINKELSTEIN:  Not Dino.
19        Not Dino.  Mr. Antolini.  Thank you.
20       Q.    Sir, can you please repeat your
21  current address for the record?
22       A.    8007 Bell Boulevard, Queens
23  Village, New York 11427.
24       Q.    Mr. Antolini, the next few
25  questions that I have are -- and I'm asking
```

```
                         D. ANTOLINI
 1
 2    them to determine whether or not you're
 3    going to be able to testify here truthfully
 4    and recall information accurately today.
 5         A.    Okay.
 6         Q.    Mr. Antolini --
 7               MR. FINKELSTEIN:  Note my
 8          objection.
 9               I don't think I've ever heard
10          an instruction like that based upon
11          -- with no foundation and no reason
12          to do so.
13               So let's be careful where we
14          tread in terms of -- I'm not going to
15          direct him not to answer; I just want
16          to see what the questions are, but I
17          just wanted to get my objection on
18          the record.
19               Go ahead, there, mister.
20         Q.    Mr. Antolini, prior to
21    appearing here today, have you had any
22    alcoholic beverages in the last 24 hours?
23               MR. FINKELSTEIN:  Okay.  That's
24          a fair question.  That's a fair
25          question.  Okay.
```

```
 1                    D. ANTOLINI
 2            THE WITNESS:  What?
 3            MR. FINKELSTEIN:  Dino, you can
 4        answer.
 5            He wants to know if you had any
 6        alcohol in the last 24 hours.
 7            MR. MIZRAHI:  Mr. Finkelstein,
 8        Mr. Finkelstein, please, please wait
 9        for me to finish my question.
10        Q.    Mr. Antolini, prior to
11    appearing here today, have you had any
12    alcoholic beverages in the last 24 hours?
13        A.    No.
14        Q.    Okay.  Mr. Antolini, are you
15    currently taking any prescription
16    medications?
17        A.    Yes.
18        Q.    What prescription medications
19    are you taking?
20        A.    Amlodipine for high blood
21    pressure.  A-M-P-L -- No.
22    A-M-O-L-D-P-I-N-E [sic].  High blood
23    pressure.
24            MR. MIZRAHI:  Susan?
25            THE COURT REPORTER:  Yes?
```

```
1                    D. ANTOLINI
2              MR. MIZRAHI:  Were you able to
3         take that down?
4              THE COURT REPORTER:
5         Amlodipine.
6              THE WITNESS:  Yeah.  That's the
7         one.
8              MR. FINKELSTEIN:  Dino, just
9         wait until he asks the question and
10        answer.  Whatever they say between
11        them is between them.
12             THE WITNESS:  Okay.
13             MR. FINKELSTEIN:  If he doesn't
14        get it, that's on him, not you.
15        Q.    And Mr. Antolini, besides --
16   besides the medicine for your high blood
17   pressure, are there any other prescription
18   medications that you're currently taking?
19        A.    Propranolol for my right hand,
20   for shaking.  P-R-O-T-O-N-O-L [sic].
21        Q.    Are you taking any other
22   prescription medications?
23        A.    No.
24             MR. FINKELSTEIN:  You mean now
25        or sometime in the past?
```

```
 1                    D. ANTOLINI
 2        Q.    Mr. Antolini, are you taking
 3   any other prescription medications?
 4        A.    No.
 5              MR. FINKELSTEIN:  We need you
 6        to -- objection to form.  We need you
 7        to clarify the question.
 8              MR. MIZRAHI:  Mr. Finkelstein,
 9        please do not instruct your witness,
10        my witness.  Please do not --
11              MR. FINKELSTEIN:  I'm talking
12        to you.  He needs you to clarify the
13        question.
14              (Unreportable crosstalk.)
15              MR. MIZRAHI:  Unless --
16        Mr. Finkelstein, unless Mr. Antolini
17        asks me to clarify the question, you
18        are not permitted to coach the
19        witness.
20              MR. FINKELSTEIN:  I'm not
21        coaching, and stop this nonsense, for
22        the record.
23              Dino, do you understand his
24        question?
25              MR. MIZRAHI:  You cannot coach
```

```
                                        Page 23
 1                    D. ANTOLINI
 2          the witness.
 3                MR. FINKELSTEIN:  Excuse me.
 4                Dino, do you understand his
 5          question?  Because you had a look on
 6          your face.
 7                THE WITNESS:  I don't
 8          understand.
 9                MR. FINKELSTEIN:  Okay.
10          Listen, from now on, if you don't
11          understand the question, you tell him
12          you don't understand it.
13                By all means, if you understand
14          the question and I don't tell you not
15          to answer, by all means, answer it.
16                But I don't want you to -- the
17          burden is on him to make the question
18          crystal clear for you to respond to,
19          okay?
20                THE WITNESS:  Yeah.  No
21          problem.
22                He has my medical records,
23          right?
24                MR. FINKELSTEIN:  What's that?
25                THE WITNESS:  He has my medical
```

```
 1                    D. ANTOLINI
 2       records?
 3             MR. FINKELSTEIN:  Yes, he has
 4          all of your medical records.  Dino,
 5          let him ask his questions and like
 6          that.
 7             THE WITNESS:  Okay.
 8             MR. FINKELSTEIN:  Yes, he does.
 9       Yes.
10             Yeah, go ahead.
11             He has the right to ask you.
12       Q.    Mr. Antolini, you know, I want
13   to make sure that by taking these
14   medications, do you believe that they will
15   affect your ability to recall any events or
16   to testify accurately?
17       A.    No.
18             MR. FINKELSTEIN:  Objection to
19        form.  He said no.
20       Q.    Mr. Antolini, were there any
21   medications that you should have taken in
22   the last 24 hours that you haven't taken?
23       A.    No.
24       Q.    Mr. Antolini, have you taken
25   any substances in the last 24 hours that
```

                    D. ANTOLINI

1
2   would affect your ability to testify
3   accurately or to understand my questions?
4        A.     No.
5               MR. FINKELSTEIN:   What do you
6           mean by substances?   What do you mean
7           by --
8               Dino, hold on.   Always give me
9           a chance.
10              What do you -- what do you mean
11          by substances?
12              Do you know what he means?
13              THE WITNESS:   I don't know what
14          he means by that.
15              MR. MIZRAHI:   Susan, Susan, I'm
16          going to be calling the Court.   I
17          want to make sure that you have an
18          opportunity to take down this
19          conversation with the Court.
20              THE COURT REPORTER:   Okay.
21              MR. MIZRAHI:   Susan, did you
22          get that?
23              THE COURT REPORTER:   Yes, got
24          it.
25              (Phone ringing.)

```
 1                D. ANTOLINI
 2           MR. FINKELSTEIN:  You're
 3      calling the Court without me on the
 4      phone?
 5           RECORDED MESSAGE:  You have
 6      reached (indiscernible).
 7           THE COURT REPORTER:  I can't
 8      hear it.
 9           THE VIDEOGRAPHER:  Can you turn
10      the volume up, please?
11           THE COURT REPORTER:  Yeah, I
12      can't hear that.
13           MR. MIZRAHI:  Good morning.  My
14      name is Jason Mizrahi.  I represent
15      the defendants in a pending civil
16      matter before Judge Aaron.
17           I'm calling in regards to civil
18      case number 19-CV-9038.  I'm calling
19      in accordance with the Honorable
20      Judge Aaron's individual practice
21      rules in regards to a deposition
22      dispute.
23           If I could please get a phone
24      call back to resolve the issue.  My
25      number is 301-758-7351.  Again, my
```

```
 1                    D. ANTOLINI
 2        number is 301-758-7351.
 3             (Phone ringing.)
 4             RECORDED MESSAGE:  You have
 5        reached the (indiscernible )
 6        Honorable Stewart D. Aaron.
 7             THE COURT REPORTER:  I can hear
 8        the ringing, but I can't hear the
 9        recording that she's saying, Counsel.
10        It's not loud enough.
11             MR. MIZRAHI:  Susan, when --
12        when we call the Court, what I'll
13        likely do is call you directly, that
14        way you'll be on the line on your end
15        as well.
16             THE COURT REPORTER:  Okay.
17             MR. MIZRAHI:  So as soon as I
18        have contact with them, I will call
19        you directly so you can hear them.
20             THE COURT REPORTER:  Okay.
21             THE VIDEOGRAPHER:  Counsel,
22        just to be clear, does that mean that
23        you don't want it on the video record
24        if I can't hear it?
25             MR. MIZRAHI:  As long as it's
```

```
 1                    D. ANTOLINI
 2        being transcribed, we should be okay.
 3             THE VIDEOGRAPHER:  Okay, great.
 4             Counsel, would you like to go
 5        off the record while we wait?
 6             MR. MIZRAHI:  We can go off the
 7        record.  We'll be brief.  Shouldn't
 8        be more than a minute or two.
 9             THE VIDEOGRAPHER:  Okay.  Off
10        the record at 10:30.
11             (Whereupon, there was a brief
12        pause in the proceeding.)
13             THE VIDEOGRAPHER:  We are now
14        on the record.  The time is 10:32
15        a.m.
16             MR. MIZRAHI:  I -- for the
17        record, I'd like to state that a
18        moment ago, I had left a voicemail
19        for the Honorable Magistrate Judge
20        Aaron's chambers, as well as an
21        email, memorializing a deposition
22        dispute arising out of improper
23        speaking objections and plaintiff's
24        counsel's coaching of the witness.
25             We will be returning to this
```

```
 1                    D. ANTOLINI
 2        issue as soon as we get a response
 3        from counsel.  In the meantime, we're
 4        going to be moving forward.
 5             Susan, if you can kindly
 6        asterisk those two improper speaking
 7        objections from Mr. Finkelstein.  We
 8        will be referring to them later.  If
 9        you could take a moment to just make
10        that note for your own record.
11             THE COURT REPORTER:  Okay.
12        Give me one second.
13             MR. FINKELSTEIN:  Susan?
14             THE COURT REPORTER:  Yes?
15             MR. FINKELSTEIN:  What was the
16        word that I objected to with regard
17        to the -- I think it was something --
18        can you read back my last objection,
19        please?  Thanks.
20             (Whereupon, the referred to
21        portion was read back by the
22        Reporter.)
23   Q.     Mr. Antolini?
24   A.     Go ahead.
25   Q.     In the last 24 hours, have you
```

```
1                     D. ANTOLINI
2   taken any substances that would affect your
3   ability to recall information or to testify
4   accurately?
5        A.     No.
6             MR. FINKELSTEIN:  I don't know
7        what you mean by sub -- hold on,
8        Dino.
9             What did you say, no?
10            THE WITNESS:  Yeah.
11            MR. FINKELSTEIN:  That's fine.
12        Okay.  We'll let it stand there, but
13        note my objection.  Improper
14        question.
15       Q.    Mr. Antolini, prior to
16   appearing here today, did you review any
17   paperwork to prepare for your deposition?
18       A.    I don't understand.
19       Q.    What did you do to prepare for
20   your deposition?
21            MR. FINKELSTEIN:  Objection.
22        Leading.  No foundation.
23            You can answer, Dino.
24       A.    What do you mean by that?
25       Q.    Did you do anything to prepare
```

```
                                         Page 31
 1                    D. ANTOLINI
 2   for your deposition this morning?
 3              MR. FINKELSTEIN:  Objection to
 4         form.
 5         A.    I took a shower.
 6         Q.    Mr. Antolini, what did you say?
 7         A.    I took a shower, and I
 8   (indiscernible).
 9              THE COURT REPORTER:  I took a
10         shower and I?
11              THE WITNESS:  Cleaned my
12         clothes.  I got dressed.
13              THE COURT REPORTER:  I got
14         dressed.  Cleaned my clothes.
15              THE WITNESS:  Yeah.
16         Q.    Did you review any paperwork to
17   prepare for the deposition?
18         A.    No.
19         Q.    Mr. Antolini, have you ever
20   been arrested?
21         A.    Yes.
22              MR. FINKELSTEIN:  That's an
23         improper question.  The question
24         that's allowed in fed court and state
25         court is have you ever been convicted
```

```
 1                    D. ANTOLINI
 2        of a crime, not arrested.
 3              So, yes, I'm going to object to
 4        that and direct him not to answer
 5        that question.  But if you want to
 6        ask him if he's been convicted, we
 7        have no problem with that.
 8     Q.    Mr. Antolini, have you ever
 9  been arrested?
10              MR. FINKELSTEIN:  Don't answer,
11        Dino.
12              And stop asking the same
13        question.  You just got my objection.
14              We'll throw this in the mix to
15        talk to the judge also, please,
16        Susan.  Thank you.  You can mark it.
17     Q.    Mr. Antolini, have you ever
18  been convicted of a crime?
19              MR. FINKELSTEIN:  Thank you.
20     A.    No.
21     Q.    Mr. Antolini, besides this
22  lawsuit, have you ever been involved in any
23  other legal claims or lawsuits?
24              MR. FINKELSTEIN:  Objection to
25        form; irrelevant; no foundation, and
```

Page 33

                            D. ANTOLINI
1
2          it's all a matter of -- we don't
3          understand the --
4                You can answer, Dino.
5                Objection to form.
6      Q.    Mr. Antolini?
7      A.    Go ahead.
8      Q.    Besides this lawsuit, have you
9   been involved in any other legal claims or
10  any other lawsuits?
11     A.    Yes.
12     Q.    Okay.  What other lawsuits were
13  you involved in?
14                MR. FINKELSTEIN:  No.
15          Objection.  Directing him not to
16          answer.  No foundation.  Matter of
17          public record, and each case stands
18          on its own, and also I'm going to
19          object on the grounds of privilege.
20                Don't answer, Dino.
21                THE WITNESS:  Go ahead.
22                MR. FINKELSTEIN:  Next
23          question, please.
24                THE WITNESS:  Yes.
25                MR. MIZRAHI:  Susan, if you

                    D. ANTOLINI

1        could please mark that last

2        objection.  If you can mark that for

3        the record, please.

4             I'm getting a phone call.  I

5        want to make sure that it's the

6        Court.

7             Susan, if you could please bear

8        with me one second.

9             Good morning.

10            THE COURT:  Yeah, hi.  It's

11       Judge Aaron.

12            MR. MIZRAHI:  Good morning,

13       Your Honor.  How are you?

14            THE COURT:  Okay.

15            MR. MIZRAHI:  Thank you so much

16       for returning my phone call.  You're

17       currently only speaking with defense

18       counsel, Jason Mizrahi.  You are on

19       speaker phone right now.  The Court

20       Reporter and plaintiff's counsel can

21       hear you, but they're not on the

22       line.  If you'd like, I can connect

23       both of them on the call.

24            THE COURT:  Yeah.  I need to

Page 35

```
 1                    D. ANTOLINI
 2        have everybody speaking with me.
 3             MR. MIZRAHI:  Thank you, Your
 4        Honor.  If you can bear with me one
 5        moment while I connect all of the
 6        necessary parties.
 7             Susan, if you can please
 8        include your phone number and I'll
 9        link you into the phone call.
10             THE COURT REPORTER:  Okay.  I'm
11        going to put it in the chat.
12             MR. MIZRAHI:  Okay.
13             THE COURT REPORTER:  Okay.
14             Hello?  Can you hear me?
15        Hello?  Oh, that's not going to work.
16        It's giving me feedback.
17             THE COURT:  Susan, you have to
18        mute whatever device you're on.
19             MR. MIZRAHI:  I'm connecting
20        plaintiff's counsel.
21             THE COURT REPORTER:  Can you
22        hear me?  Hello?
23             THE COURT:  This is Judge
24        Aaron.  I'm hearing you.  I don't
25        know where Mr. Mizrahi is.
```

```
 1                    D. ANTOLINI
 2             THE COURT REPORTER:  I'm
 3        getting so much feedback.
 4             MR. MIZRAHI:  Good morning,
 5        Your Honor.
 6             THE COURT:  Yes.
 7             MR. MIZRAHI:  I'm joined by
 8        plaintiff's counsel, Stuart
 9        Finkelstein and the Court Reporter,
10        Susan.
11             THE COURT:  Yes.  So what folks
12        need to do is to turn off their
13        computer feeds or the sound on their
14        computer feeds and their microphones.
15        That's why we're getting feedback.
16             Go ahead, Mr. Mizrahi.
17             MR. MIZRAHI:  Your Honor, sorry
18        to bother you this morning.  I know
19        that you have more important things
20        to attend to.  The reason that we're
21        calling is in regards to a dispute
22        that has arisen in connection with
23        this morning's deposition for
24        plaintiff, Dino Antolini.
25             Specifically, I'm calling
```

```
                    D. ANTOLINI
 1
 2      because we're less than 40 minutes
 3      into the deposition and already we've
 4      had issues with improper speaking
 5      objections from counsel for
 6      plaintiff.
 7           Not only have we had improper
 8      speaking objections, but we've also
 9      had repeated instructions and
10      coaching.
11           The instructions and coaching
12      so far have been by Mr. Finkelstein
13      independently saying I don't
14      understand that; I need you to repeat
15      that; I don't understand; please
16      repeat that, whereas his client
17      hadn't had any issues understanding
18      it.
19           We've also had instructions on
20      not to answer very basic questions.
21      Specifically, the question that was
22      asked was, quote, Have you been
23      involved in any other legal claims or
24      lawsuits besides this one?
25           Mr. Finkelstein had instructed
```

```
                          D. ANTOLINI
 1
 2         his client not to answer on the basis
 3         that it had no foundation.
 4              We'd like to just set the
 5         record straight before we move
 6         forward, Your Honor.
 7              There shouldn't really be any
 8         other speaking objections.  There
 9         shouldn't be any improper coaching,
10         and as Your Honor had indicated in
11         the March 2nd order, the only basis
12         for instructing his client not to
13         answer should be on the basis of
14         privilege.
15              We want to make sure that this
16         deposition moves smoothly, and that's
17         why it was necessary to call Your
18         Honor this morning.
19              THE COURT:  Mr. Finkelstein, I
20         will give you a very, very brief
21         opportunity to respond, because you
22         already know I'm going to rule.  Go
23         ahead.
24              MR. FINKELSTEIN:  Well, then --
25         well, everything that you just heard
```

```
                         D. ANTOLINI
 1
 2        right now, if you read the record
 3        that's gone on so far, has been a
 4        lie.  He has just lied to you totally
 5        and completely.  He's asking improper
 6        questions.
 7             My understanding of objections
 8        -- your rules for objections had to
 9        do with privilege, and regarding
10        these other lawsuits -- by the way,
11        when I corrected him or objected to
12        the other questions, the improper
13        questions that he asked, he stopped
14        asking those and went on, so he knew
15        what -- he knows what he's doing in
16        terms of trying to elicit improper
17        answers from my client.
18             With regard to the other
19        lawsuits, this is the only one that
20        he just brought up with you.  We
21        object.  He has no foundation, et
22        cetera, et cetera, and also, based on
23        privilege.
24             I don't know where he's going
25        to get involved with other lawsuits
```

```
 1                    D. ANTOLINI
 2        and my relationship with Mr. Antolini
 3        and asking questions about lawsuits,
 4        and it's all a matter of public
 5        record.
 6             So I'm not sure what other
 7        lawsuits have to do with this case,
 8        Your Honor.  Each case stands on its
 9        own.  But maybe it's all for naught
10        what I'm saying, because you already
11        said you know how you're going to
12        rule, so. . .
13             THE COURT:  Yes.  I'm going to
14        be crystal clear.  You may object to
15        the form of a question or object --
16        state any objection you want to any
17        question with the word objection.
18             You are not permitted to
19        instruct the witness not to answer
20        except on privilege grounds or give
21        any other instructions or speak any
22        other words than the word objection.
23             And the purpose of that
24        objection is that it's preserved so
25        that later on, if your adversary
```

```
 1                    D. ANTOLINI
 2        tries to use the information elicited
 3        from that response, you have an
 4        opportunity to stop him from doing
 5        that.  However, those are the only
 6        objections that are permitted.
 7             With respect to the issue of
 8        other lawsuits, that's a factual
 9        matter.  It may be a matter of public
10        record, it may be a waste of the
11        seven hours you're allotted, and your
12        client will have whatever memory he
13        has of -- my recollection is there
14        are many other lawsuits, and he'll
15        remember off the top of his head what
16        he remembers.  This is all --
17             MR. FINKELSTEIN:  When you say --
18             THE COURT:  Let me finish.
19             MR. FINKELSTEIN:  Oh, sure.
20             THE COURT:  No,
21        Mr. Finkelstein.  I'm still speaking.
22             MR. FINKELSTEIN:  I beg your
23        pardon.  I thought you were finished.
24             THE COURT:  He is not -- you
25        are not permitted to say any other
```

```
 1                    D. ANTOLINI
 2        word other than the word objection.
 3        That's all you're allowed to do.  And
 4        then your client is going to answer
 5        the question unless it's privileged.
 6             If he says, What did
 7        Mr. Finkelstein say to you, he's not
 8        allowed to ask that; you're allowed
 9        to instruct not to answer.
10        Otherwise, you cannot interfere with
11        his taking of this deposition.
12             Do you have any questions about
13        that?
14             MR. FINKELSTEIN:  Yes.  Yes, I
15        have a question.
16             When you say it's a factual
17        basis, these other cases, what do you
18        -- how is -- I don't understand what
19        that means.  What fact --
20             THE COURT:  It is a fact.  It
21        is a fact.  There's nothing
22        privileged about whether or not
23        there's other litigation.
24             MR. FINKELSTEIN:  And what does
25        other litigation have to do with this
```

```
1                    D. ANTOLINI
2          case?
3               THE COURT:  Relevance is not a
4          valid objection to be made during a
5          deposition.  Period, full stop.
6               Again, later on, if he tries to
7          use that and you think it's
8          irrelevant and he tries to bring it
9          in at trial or on summary judgment,
10         you objected to it, you preserved
11         your record.  But if he wants to
12         waste his time asking about public
13         record information about other
14         lawsuits, he's allowed to waste his
15         time doing that.
16              MR. FINKELSTEIN:  Well, that's
17         acting in bad faith then.  That's
18         acting in bad faith then.
19              THE COURT:  It is not.
20         Relevance is not a valid objection.
21         That is not --
22              MR. FINKELSTEIN:  Bad faith is --
23              (Unreportable crosstalk.)
24              THE COURT:  That is my ruling.
25         If you disagree with my ruling, so be
```

```
                              D. ANTOLINI
 1
 2        it.  You're allowed to disagree with
 3        my ruling, but I'm the judge.
 4             MR. FINKELSTEIN:  Oh, I know
 5        you're the judge, Your Honor.  But as
 6        far as we're concerned, it's in bad
 7        faith.  It unreasonably annoys
 8        Mr. Antolini, and there's information
 9        in that lawsuit that embarrasses
10        Mr. Antolini.  That's all part of
11        Rule 30.  So I'm confused, but I'll
12        do my best.  I'll do my best, Judge.
13        I'll do my best.
14             THE COURT:  No.  Let me be
15        clear.  It is not doing your best.
16        You are not to say any other word
17        except objection.
18             Do you understand that?
19             MR. FINKELSTEIN:  Oh, I
20        understand everything you've said,
21        Your Honor.  Everything that you
22        said, sir.
23             THE COURT:  Very well.
24             MR. FINKELSTEIN:  Yes, sir.
25        Thank you, Your Honor.  Thank you for
```

```
 1                    D. ANTOLINI
 2      your time.
 3            THE COURT:  Okay.
 4            MR. MIZRAHI:  Thank you, Your
 5      Honor.
 6            THE COURT:  All right.
 7            (Whereupon, the call with the
 8      Court ended.)
 9            MR. MIZRAHI:  Susan, I'd like
10      to just state for the record that the
11      parties had just had a telephonic
12      conference before the Honorable
13      Magistrate Judge Aaron lasting
14      approximately 12 minutes.
15            Magistrate Judge Aaron clearly
16      and unequivocally instructed
17      Mr. Finkelstein that he is not
18      permitted to be making any improper
19      speaking objections; that he's not
20      permitted to be coaching the witness;
21      that he's not permitted to instruct
22      the witness.
23            And I'm going to quote verbatim
24      that Magistrate Judge Aaron had
25      instructed Mr. Finkelstein, quote,
```

```
 1                    D. ANTOLINI
 2         The only word allowed out of your
 3         mouth was objection, and
 4         Mr. Finkelstein had confirmed that he
 5         understood the judge's instructions.
 6             We're ready to move forward.
 7  BY MR. MIZRAHI:
 8      Q.    Mr. Antolini, besides this
 9  lawsuit have you been involved in any other
10  legal claims or any other lawsuits?
11      A.    Yes.
12      Q.    Can you tell me what they are?
13      A.    I'm not sure.  I don't know.
14      Q.    Okay.  Do you know
15  approximately how many other lawsuits there
16  were in total?
17             THE COURT REPORTER:
18         Mr. Finkelstein, you're on mute.
19             MR. FINKELSTEIN:  He just said
20         he doesn't know.  If he doesn't know
21         something, you don't have to keep
22         repeating it and harassing him as
23         opposed to if he says I'm not sure;
24         then, of course, you have the right
25         to probe, but if someone doesn't know
```

```
 1                    D. ANTOLINI
 2        something, mister, you don't get to
 3        keep asking him questions about
 4        something he doesn't know.
 5             MR. MIZRAHI:  Susan, I'm going
 6        to be calling the Court again.  If
 7        you could please just take this for
 8        the record.
 9             I'm going to be calling the
10        Court again.  If you could please
11        just take this for the record.
12             MR. FINKELSTEIN:  Just for the
13        record, I'm allowed -- that's my
14        objection, but I'll allow him to
15        answer the question.  I never said he
16        couldn't answer.
17             (Phone ringing.)
18             THE COURT:  Hello?
19             MR. MIZRAHI:  Good morning
20        again, Your Honor.  This is Jason
21        Mizrahi calling again.
22             I don't have opposing counsel
23        or the reporter on the line, but they
24        can currently hear me as we're on
25        speaker phone.
```

```
 1                    D. ANTOLINI
 2           We're less than one minute
 3      after we hung up, and we're already
 4      dealing with the same issue again.
 5      If you would like, I can have the
 6      Court Reporter read verbatim the
 7      instruction that was just given by
 8      Mr. Finkelstein to his client.
 9           It's clear that he is not
10      listening to Your Honor's order.  I
11      really would just ask that Your
12      Honor, you know, help me out here.  I
13      really don't want to be able to waste
14      the Court's time anymore today.
15           THE COURT:  There are going to
16      be no other calls after this one
17      today.  If you can get anyone you
18      want on the line.
19           MR. MIZRAHI:  Your Honor, thank
20      you.  Give me one moment while I
21      reach the Court Reporter and opposing
22      counsel.
23           (Phone ringing.)
24           THE COURT REPORTER:  Hi, this
25      is Susan, the Court Reporter.  I'm on
```

```
 1                    D. ANTOLINI
 2        the line.
 3              (Phone ringing.)
 4              THE COURT REPORTER:  Can you
 5        hear me, Counsel?
 6              THE COURT:  This is Judge
 7        Aaron.  I can hear you.
 8              THE COURT REPORTER:  Oh, hi,
 9        Judge.  This is Susan, the Court
10        Reporter.
11              THE COURT:  Hello.
12              MR. MIZRAHI:  Your Honor,
13        you're still on the line?
14              THE COURT:  I'm here.
15              MR. MIZRAHI:  Your Honor, if
16        you'd like, I can have the Court
17        Reporter read back the recent
18        speaking objection by
19        Mr. Finkelstein.
20              It's clear that he's not
21        heeding -- he's not listening to Your
22        Honor's very clear instruction.  If
23        he continues to lodge improper
24        speaking objections, he's --
25              THE COURT:  Let's hear the
```

```
 1                    D. ANTOLINI
 2        question and what Mr. Finkelstein
 3        said.
 4             MR. MIZRAHI:  Susan, if you
 5        could please repeat my question and
 6        Mr. Finkelstein's speaking objection.
 7             THE COURT REPORTER:  Okay,
 8        sure.  Let me just go back up.
 9             (Whereupon, the referred to
10        portion was read back by the
11        Reporter.)
12             THE COURT:  Mr. Finkelstein,
13        was there something you didn't
14        understand about my prior ruling?
15             MR. FINKELSTEIN:  No, I
16        understood it 110 percent.  But I've
17        been doing depositions for God knows
18        how many years, state and federal.
19        If the witness doesn't know
20        something, Your Honor, and I say this
21        very respectfully; I mean, the most
22        respect I can -- I can muster, you
23        don't get to continue to ask
24        questions if somebody doesn't know
25        something.  If you don't know the
```

```
                                            Page 51
 1                     D. ANTOLINI
 2        answer to a question, you don't know
 3        it.
 4             But as I said on my objection
 5        -- by the way, I didn't say he can't
 6        answer it.  I never precluded him
 7        from answering the question.
 8             THE COURT:  Right.  But that is
 9        a classic speaking objection.
10        Classic.  You're allowed to say the
11        word objection.  That's it.
12             There will be no -- there will
13        be no further telephone calls to me
14        during this deposition.  I'm saying
15        this, however:  I'm going to get a
16        copy of this transcript in the event
17        that the speaking objections
18        continue, and I will impose sanctions
19        for each and every speaking objection
20        you make, Mr. Finkelstein.
21             I haven't figured out what the
22        -- what the number is, what the
23        dollar figure is, but it will be
24        significant.
25             So if you choose to continue
```

Page 52

```
                              D. ANTOLINI
 1
 2         behaving in this manner in violation
 3         of my ruling, there will be financial
 4         consequences associated with it.
 5              I will take no further phone
 6         calls today.  I'm not taking any
 7         other phone calls.  I've already
 8         ruled.
 9              If I thought there were
10         harassment of any kind going on here,
11         then I would certainly not be making
12         the ruling I'm making.  Instead, what
13         I'm making is a very clear ruling.
14              You're allowed to make
15         objections to preserve your
16         objections for later use simply by
17         saying the word objection.
18              If there's any attorney/client
19         privileged information being sought
20         you're allowed to give an instruction
21         not to answer.  Otherwise, you're a
22         potted plant.  That's what a -- in
23         federal court, that's what defense
24         counsel is during a deposition, a
25         potted plant, except to preserve your
```

```
                                        Page 53
 1                   D. ANTOLINI
 2        record, you're allowed to state the
 3        word objection.
 4             And then if the question
 5        happens to be -- your objection
 6        happens to be valid, if Mr. Mizrahi
 7        later tries to use the answer, he
 8        can't.  That's the way we protect
 9        your client, and that's the way we
10        preserve objections in federal court.
11             So it's quite simple.  If you
12        continue to make speaking objections,
13        there will be financial consequences
14        associated with it.
15             Any questions?
16             Mr. Finkelstein, I take it from
17        your silence that you have no
18        questions?
19             MR. FINKELSTEIN:  Oh, I was
20        letting him go first.
21             No, I don't have any questions.
22        Just, of course, my objection to your
23        ruling, but I have no questions.  No,
24        sir.
25             THE COURT:  Whatever objection
```

```
                                    Page 54

 1                    D. ANTOLINI
 2        you have to my ruling, that's all
 3        well and good, but you better abide
 4        by it.
 5             Any questions from you
 6        Mr. Mizrahi?
 7             MR. MIZRAHI:  No, Your Honor.
 8        Thank you for your attention.  We
 9        appreciate it.
10             THE COURT:  Okay.  Thank you.
11        So long.
12             (Whereupon, the call to the
13        Court ended.)
14             MR. MIZRAHI:  Susan, are you
15        with us?
16             THE COURT REPORTER:  Yes.  Can
17        you hear me?
18             MR. MIZRAHI:  Yes.
19             THE COURT REPORTER:  Okay.
20             MR. MIZRAHI:  Susan, I'm sure
21        that you took down everything that
22        Judge Aaron had said a moment ago?
23             THE COURT REPORTER:  Yes.
24             MR. MIZRAHI:  For the record,
25        I'd like to state that we had a
```

```
                         D. ANTOLINI
 1
 2        followup phone conference with the
 3        Court lasting approximately eight
 4        minutes.
 5             The results of the second
 6        telephonic conference was a further
 7        instruction by the Honorable Judge
 8        Aaron repeating his earlier
 9        instruction for plaintiff's counsel
10        to refrain from making any improper
11        speaking objections.
12             Magistrate Judge Aaron
13        specifically stated that if he's
14        going to be continuing to make any
15        speaking -- improper speaking
16        objections, that he will be
17        sanctioning plaintiff's counsel
18        and/or plaintiff.
19             MR. FINKELSTEIN:  Actually --
20        Susan, are we on the record?
21             THE COURT REPORTER:  Yes.
22             MR. FINKELSTEIN:  Good.
23             Actually, I don't remember him
24        saying and the plaintiff, himself,
25        but I guess the record speaks for
```

```
 1                D. ANTOLINI
 2      itself.
 3           Dino, how are you doing?  You
 4      all right?
 5           THE WITNESS:  Not really.
 6      (Indiscernible).
 7           MR. FINKELSTEIN:  What, Dino?
 8           THE COURT REPORTER:  I didn't
 9      hear what you said after not really.
10           THE WITNESS:  My iPad has
11      26 percent.
12           THE COURT REPORTER:  26
13      percent.  His iPad has 26 percent.
14           THE WITNESS:  So I hope I could
15      -- I might have to recharge it.
16           MR. FINKELSTEIN:  See if you
17      can charge it up, Dino.  See if you
18      can charge it up.
19           THE WITNESS:  Okay.
20           MR. FINKELSTEIN:  If your
21      grandson is there, let him help you.
22           THE WITNESS:  Okay.
23           MR. FINKELSTEIN:  All right.
24      Let's continue.
25           MR. MIZRAHI:  Mr. Antolini, if
```

```
 1                 D. ANTOLINI
 2        you want to take a moment to do that
 3        right now so we won't have any issues
 4        moving forward, do you want to plug
 5        it into the charger right now before
 6        we continue?
 7             THE WITNESS:  So the problem is
 8        the cord is not long enough.  I'm
 9        sitting on the scooter, and to do
10        that, I have to leave it on the bed.
11        I don't have access.
12             MR. MIZRAHI:  We're going to
13        need to charge it if it runs low
14        today, but why don't we just continue
15        in the meantime, okay?
16             THE WITNESS:  Okay.
17        Q.    Mr. Antolini, I'm showing you a
18   document that's going to be marked
19   Defendant's Exhibit A for identification.
20             This is a document, an
21   October 22, 2019 -- an Answer With
22   Affirmative Defenses and Counterclaims.
23             Do you see the document,
24   Mr. Antolini?
25        A.    Yeah.
```

```
 1                    D. ANTOLINI
 2      Q.    Mr. Antolini, please take a
 3  moment to familiarize yourself with the
 4  document.  I will be scrolling through it.
 5  If you need more time, just let me know as
 6  I go through it, okay?
 7      A.    Okay.
 8            Okay, you can go ahead.
 9      Q.    Mr. Antolini, do you recognize
10  this document?
11            MR. FINKELSTEIN:  Dino, did you
12       say no?  I didn't hear you.
13      A.    I'm not sure.
14            MR. FINKELSTEIN:  Oh, okay.  I
15       didn't hear you.  Not sure.
16      Q.    Mr. Antolini, are you aware
17  that the defendants in this action have
18  asserted counterclaims against you?
19      A.    No.
20      Q.    Mr. Antolini, I'm showing you
21  two photographs -- I'm showing you four
22  photographs.
23            Do you see them?
24      A.    Yeah.
25      Q.    These are four photographs that
```

```
                                            Page 59
 1                    D. ANTOLINI
 2   were filed in Complaints that were filed in
 3   your name?
 4        A.    Yeah.
 5        Q.    Do you see these photographs?
 6        A.    Yeah.
 7        Q.    Mr. Antolini, did you take
 8   these photographs?
 9        A.    No.
10        Q.    Do you know who did take these
11   photographs?
12        A.    I don't know.
13        Q.    Mr. Antolini, you said that
14   your current home address is 8007 Bell
15   Boulevard in Queens, New York?
16              MR. FINKELSTEIN:  Objection to
17         form.
18        A.    Yes.
19        Q.    How long have you been living
20   at this address?
21        A.    (Indiscernible.)
22              THE COURT REPORTER:  Can you
23         repeat that?
24              THE WITNESS:  4-0.
25              THE COURT REPORTER:  4-0?
```

```
 1                    D. ANTOLINI
 2            THE WITNESS:  Yes.
 3            THE COURT REPORTER:  Thank you.
 4      Q.    You said 40 years?  4-0?
 5      A.    Yeah.
 6      Q.    Okay.  That's quite some time.
 7            MR. FINKELSTEIN:  Objection to
 8       form.
 9      Q.    Mr. Antolini, what do you do
10   for a living?
11            MR. FINKELSTEIN:  Objection to
12       form.
13      A.    (Indiscernible.)
14            THE COURT REPORTER:  Can you
15       repeat that?
16            THE WITNESS:  Retired,
17       disabled.
18            THE COURT REPORTER:  Retired,
19       disabled?
20            THE WITNESS:  Yes.
21      Q.    Retired, disabled?
22      A.    Yes.
23      Q.    And how long have you been
24   retired, Mr. Antolini?
25      A.    More than 20 years.  I just
```

```
                                    Page 61
 1                    D. ANTOLINI
 2    celebrated my 10th anniversary for
 3    disability from Social Security.
 4         Q.    And your Social Security
 5    benefits, are those your primary source of
 6    income?
 7         A.    Yes.
 8              MR. FINKELSTEIN:  Objection to
 9          form and irrelevance, et cetera, et
10          cetera.
11         Q.    Besides your Social Security
12    benefits, do you have any other sources of
13    income?
14              MR. FINKELSTEIN:  Objection.
15          Irrelevant and immaterial.
16         A.    Yeah, my other pension
17    (indiscernible).
18              THE COURT REPORTER:  My other
19          pension?  What did you say after
20          that?
21              THE WITNESS:  Disability.
22              THE COURT REPORTER:  Disability.
23              THE WITNESS:  From the state.
24              THE COURT REPORTER:  From the
25          state.  Okay.
```

```
 1                    D. ANTOLINI
 2        Q.    Mr. Antolini, besides your
 3   Social Security benefits and your pension
 4   disability from the state, do you have any
 5   other sources of income?
 6        A.    No.
 7             MR. FINKELSTEIN:  Irrelevant,
 8        immaterial.  Objection.
 9        Q.    Mr. Antolini, could you repeat
10   that?
11             MR. FINKELSTEIN:  He said no.
12        A.    No.
13             MR. MIZRAHI:  Susan, please
14        note plaintiff's counsel's improper
15        speaking objection for the record.
16             MR. FINKELSTEIN:  Susan, just
17        for the record to be clear, when
18        Mr. Antolini said no, did you hear
19        him say no and record that?
20             THE COURT REPORTER:  I did.
21             MR. FINKELSTEIN:  Thank you.
22             Can you put that conversation
23        on the record that you and I just
24        had, please?
25             THE COURT REPORTER:  Sure.
```

```
 1                    D. ANTOLINI
 2              MR. FINKELSTEIN:  Thank you.  I
 3         appreciate it.
 4         Q.    Mr. Antolini, I just want to be
 5    clear.  Besides your Social Security
 6    benefits and your pension disability fund
 7    from the state, do you have any other
 8    sources of income?
 9         A.    No.
10              MR. FINKELSTEIN:  Objection.
11         Asked and answered.  Objection to
12         form.
13         Q.    Mr. Antolini, can you repeat
14    that?  I didn't hear you.
15         A.    No.
16         Q.    Okay.  And how long have you
17    been receiving Social Security benefits?
18              MR. FINKELSTEIN:  Objection.
19         A.    Ten years.
20         Q.    Did you say ten years,
21    Mr. Antolini?
22         A.    Yeah.
23         Q.    And how long have you been
24    receiving your other pension disability
25    from the state?
```

```
 1              D. ANTOLINI
 2          MR. FINKELSTEIN:  Objection.
 3      A.    Like, (indiscernible).
 4          THE COURT REPORTER:  Repeat
 5       that?
 6      Q.    I'm sorry, Mr. Antolini, how
 7  long?
 8      A.    Seven.
 9          THE COURT REPORTER:  Seven?
10          THE WITNESS:  Yeah.
11      Q.    And, Mr. Antolini, has that
12  amount changed in total year over year?
13          MR. FINKELSTEIN:  Objection.
14       Irrelevant and immaterial --
15      A.    It goes up for --
16          MR. FINKELSTEIN:  Hold on a
17       second, Dino.  Dino, hold on a
18       second.  Just let me make my
19       objection.
20          And my continuing objection as
21       to regarding Mr. Antolini's income
22       for the past 7 years, 10 years or
23       20 years.  Thank you much.
24          MR. MIZRAHI:  Susan, please
25       note plaintiff's counsel's improper
```

```
 1                    D. ANTOLINI
 2        speaking objection for the record.
 3        Q.    Mr. Antolini, has that -- the
 4   amount that you received in Social Security
 5   benefits or pension disability benefits,
 6   has that amount changed year over year?
 7              MR. FINKELSTEIN:  Objection.
 8        A.    Cost of living increase.
 9        Q.    I understand if your cost of
10   living has increased, but did your benefits
11   increase as well?
12              MR. FINKELSTEIN:  Objection.
13        A.    I don't know what you're
14   saying.
15        Q.    Let me try and rephrase it.
16              How much money did you receive
17   in 2017 in --
18        A.    I don't know.
19              MR. FINKELSTEIN:  Objection.
20        Q.    Can you estimate?
21              MR. FINKELSTEIN:  Objection.
22        A.    (Indiscernible) I got Social
23   Security and my state disability.
24              THE COURT REPORTER:  The answer
25        I heard was I got state -- sorry, I
```

```
 1                   D. ANTOLINI
 2          got Social Security and my state
 3          disability.  I didn't hear what you
 4          said before that.  Was that all you
 5          said?
 6                   THE WITNESS:  Yeah, whatever
 7          that was.
 8          Q.   Mr. Antolini, approximately how
 9     much do you receive each month in Social
10     Security and in --
11                   MR. FINKELSTEIN:  Objection.
12          Q.   -- disability?
13                   MR. FINKELSTEIN:  Objection.
14          A.   Right now it's approximately
15     $4,000.
16          Q.   And has it always been $4,000 a
17     month?
18                   MR. FINKELSTEIN:  Objection.
19          A.   No.  I told you it goes up by
20     cost of living.  (Indiscernible).
21          Q.   I didn't catch that.  Could you
22     repeat that, please?
23                   MR. FINKELSTEIN:  Hold on a
24          second.
25                   Madam Court Reporter -- hold
```

```
                                    Page 67
 1                    D. ANTOLINI
 2          on, Dino.
 3                 Madam Court Reporter, did you
 4          transcribe what Mr. Antolini's
 5          response was?
 6                 THE COURT REPORTER:  I heard
 7          him say, No, I told you it goes up by
 8          cost of living.
 9                 MR. FINKELSTEIN:  Okay.  Thank
10          you.
11       Q.    Mr. Antolini, would you say
12   that you received about $4,000 a month in
13   total benefits --
14                 MR. FINKELSTEIN:  Objection.
15       Q.    -- in 2017?
16                 MR. FINKELSTEIN:  Same
17          objection.
18       A.    No.
19       Q.    Was it more or less?
20       A.    Less.
21                 MR. FINKELSTEIN:  Objection.
22       Q.    Approximately how much did you
23   receive each month in 2017?
24                 MR. FINKELSTEIN:  Objection.
25       A.    I don't remember.
```

```
 1                      D. ANTOLINI
 2      Q.    Was it $3,000 a month?
 3            MR. FINKELSTEIN:  Objection.
 4      A.    Probably more.
 5      Q.    Okay.  Between $3,000 and
 6  $4,000 a month?
 7      A.    Yeah.
 8      Q.    What about in 2018?
 9      A.    I don't know.
10            MR. FINKELSTEIN:  Objection.
11      A.    You're asking me the same
12  question.  It goes up with cost of living.
13      Q.    Mr. Antolini, I understand if
14  you don't know the exact figure.
15            Do your best to estimate
16  though, okay?
17            MR. FINKELSTEIN:  Objection.
18      A.    I don't know.
19      Q.    In 2018, was it also about
20  $3,000 or $4,000 a month?
21            MR. FINKELSTEIN:  Same
22       objection.
23      A.    It was between that, yeah.
24      Q.    Okay.  Would you say it's been
25  the same in 2019?
```

```
 1                    D. ANTOLINI
 2        A.    It goes up incrementally, cost
 3   of living.
 4        Q.    Okay.  Would you say that it
 5   was between $3,000 and $4,000 a month in
 6   2019?
 7        A.    Yeah.
 8             MR. FINKELSTEIN:  Same
 9        objection all along these questions,
10        please.  Thank you.
11        Q.    Would you say it's also between
12   $3,000 and $4,000 a month in 2020?
13        A.    Correct.
14        Q.    Okay.  Mr. Antolini, is it fair
15   to say that in 2017 through 2020, your
16   total income from these benefits were
17   between $36,000 --
18             MR. FINKELSTEIN:  Objection.
19        Q.    -- and $48,000?
20        A.    I don't know the exact figure.
21        Q.    Would you say it's about that
22   amount, $36,000 to $48,000?
23        A.    I'm not sure.
24        Q.    Okay.  You can use your
25   estimation, Mr. Antolini.
```

```
1                    D. ANTOLINI
2        A.    If I had a calculator
3    (indiscernible).
4              THE COURT REPORTER:  I'm sorry,
5          I'm not understanding.  Hang on.
6          Hang on.
7              I heard, If I had a calculator,
8          but I didn't hear what you said after
9          that.
10             THE WITNESS:  I would calculate
11         how much.  Remember, every year it
12         goes up by cost of living.
13       Q.    Mr. Antolini --
14       A.    Ballpark figure.
15       Q.    Mr. Antolini, the two numbers
16   that I just stated, $36,000 and $48,000, I
17   calculated that by multiplying 3,000 times
18   12 and 4,000 times 12.
19             MR. FINKELSTEIN:  Objection.
20       Q.    So I just wanted to say, would
21   that be a fair approximation of your gross
22   annual income based on your total benefits
23   received, $36,000 a year to $48,000 a year?
24             MR. FINKELSTEIN:  Objection.
25       A.    Right now.
```

```
                         D. ANTOLINI
 1
 2      Q.     Right now, okay.
 3             And how many people do you have
 4  in your current household, Mr. Antolini?
 5             MR. FINKELSTEIN:  Objection.
 6      A.     Two.
 7      Q.     Who are those individuals?
 8      A.     Myself and my mother.
 9      Q.     Okay.  And does your mother
10  currently work?
11      A.     No.
12             MR. FINKELSTEIN:  Objection.
13       Objection.
14      A.     She's 94.  Right now in a
15  nursing home.
16      Q.     In a nursing home.  Okay.
17             MR. FINKELSTEIN:  Objection.
18      Q.     And Mr. Antolini, are you
19  currently married?
20             MR. FINKELSTEIN:  Objection.
21      A.     Yeah.
22      Q.     And does your wife live with
23  you as well?
24      A.     No.
25      Q.     And where does your wife live?
```

```
 1                     D. ANTOLINI
 2               MR. FINKELSTEIN:  Objection.
 3       A.     In Manhattan.
 4       Q.     Mr. Antolini, do you receive
 5   any other sources of income besides the --
 6   you know, from any other individual?
 7               MR. FINKELSTEIN:  Objection.
 8         Asked and answered.
 9       A.     I don't know what you mean.
10   Not income.
11       Q.     Mr. Antolini, do you have a
12   cell phone?
13               MR. FINKELSTEIN:  Objection.
14       A.     Yes.
15       Q.     Mr. Antolini, how long have you
16   had the same cell phone number for?
17       A.     Maybe one year.
18               THE COURT REPORTER:  Did you
19         say one year?
20               THE WITNESS:  Yeah.
21       A.     I had several.
22       Q.     Excuse me?
23       A.     I had several cell phones.
24       Q.     You have several cell phones?
25       A.     Yes.
```

```
 1                    D. ANTOLINI
 2        Q.    Do you currently have several
 3   cell phones or have you --
 4        A.    Just one.
 5              MR. FINKELSTEIN:  Objection.
 6        Q.    What is your cell phone number,
 7   Mr. Antolini?
 8        A.    917-985-1803.
 9        Q.    I'm going to repeat that.  That
10   was 917-985-1803?
11        A.    Correct.
12              MR. FINKELSTEIN:  I'm going to
13         object to that.  I'm going to object
14         to that.  I'm going to ask that it be
15         stricken from the record.  That goes
16         to attorney/client privileged phone
17         calls to me and my phone calls to
18         him.  Objection.
19              And that we'll mark for a
20         ruling, Susan, so I can take that --
21         I can write to the judge on that.
22              MR. MIZRAHI:  Susan, Susan,
23         please note plaintiff's counsel's
24         improper speaking objection for the
25         record.
```

```
 1                    D. ANTOLINI
 2              MR. FINKELSTEIN:  She's getting
 3         it all down, hopefully.
 4         Q.    Mr. Antolini, have you had the
 5    same cell phone number?
 6              MR. FINKELSTEIN:  Objection.
 7         A.    I got that recently; one year.
 8         Q.    Okay.  And what was your cell
 9    phone number previously?
10         A.    I don't remember.
11              MR. FINKELSTEIN:  Objection.
12         Q.    Mr. Antolini, what cell phone
13    carrier do you currently have?
14         A.    Right now? (Indiscernible).
15              THE COURT REPORTER:  Repeat
16          that?
17              THE WITNESS:  Spectrum.
18              THE COURT REPORTER:  Spectrum?
19              THE WITNESS:  Yeah.
20              THE COURT REPORTER:  Thank you.
21         Q.    Mr. Antolini, why did you
22    change your cell phone number?
23         A.    Cost.
24              MR. FINKELSTEIN:  Objection.
25         A.    Cost.
```

```
 1                    D. ANTOLINI
 2             THE COURT REPORTER:  Cost?
 3             THE WITNESS:  Cost and
 4       reliability.  Better deal.
 5       Q.    You said you got a better deal?
 6       A.    Correct.
 7       Q.    Do you know who your old
 8  carrier was?
 9             MR. FINKELSTEIN:  Objection.
10        Objection.
11       A.    No.
12       Q.    Mr. Antolini, can you try and
13  recall who your old carrier was?
14             MR. FINKELSTEIN:  Objection.
15       A.    (Indiscernible.)
16             THE COURT REPORTER:  Can you
17        repeat that?
18             THE WITNESS:  What?
19             THE COURT REPORTER:  I didn't
20        hear what you said, I'm sorry.
21             THE WITNESS:  Great Call.
22             THE COURT REPORTER:  Great
23        Call?
24             THE WITNESS:  Yes.
25             MR. FINKELSTEIN:  Same
```

```
1                    D. ANTOLINI
2         objection.
3         A.    Cell phones for seniors.
4         Q.    Mr. Antolini, before you
5   changed cell phone carriers to Spectrum,
6   how long did you have that carrier for?
7              MR. FINKELSTEIN:  Objection.
8         A.    I don't remember.
9         Q.    Mr. Antolini --
10        A.    I change it a lot, my email.
11        Q.    Can you repeat that?
12        A.    My email, I do the same.  I
13  have a new one, because they say to protect
14  your identity, to change.
15             THE WITNESS:  You got that?
16             THE COURT REPORTER:  I did.
17        A.    For security reasons, I change
18  my email address.
19        Q.    Mr. Antolini, did you have any
20  other carrier besides Great Call --
21             MR. FINKELSTEIN:  Objection.
22        Q.    -- and Spectrum?
23        A.    Maybe Consumer Cellular.
24             MR. FINKELSTEIN:  Hold on one
25        second, please.
```

```
 1                    D. ANTOLINI
 2            Susan, I'm looking at my Zoom
 3        thing here, it says five
 4        participants.  Besides us four, do
 5        you know who else the fifth one is?
 6               THE COURT REPORTER:  The
 7        videographer.
 8               MR. FINKELSTEIN:  Oh, okay.
 9        Thank you.
10        Q.    Mr. Antolini, do you recall
11   what cell phone carrier you had in 2019?
12               MR. FINKELSTEIN:  Objection.
13        A.    No.
14        Q.    Mr. Antolini, a moment ago that
15   you said that you had an email address that
16   you've been using for a very long time?
17        A.    No.  I change it all the time.
18   I change it frequently.  Right now,
19   antolinidino757@gmail.com.
20               MR. FINKELSTEIN:  Same
21        objection, based on privilege.
22               Dino, do me a favor.  Please
23        let me speak after he asks a
24        question.  I want to preserve the
25        record and make my objections, okay,
```

```
                            D. ANTOLINI
 1
 2        before you answer.
 3               THE WITNESS:  Okay.
 4               MR. FINKELSTEIN:  Thank you.
 5        Q.    Mr. Antolini, besides the cell
 6   phone number ending in 1803, do you recall
 7   your old cell phone number?
 8               MR. FINKELSTEIN:  Objection.
 9        A.    No.
10        Q.    Do you know if that information
11   would be written down anywhere?
12               MR. FINKELSTEIN:  Objection.
13        A.    I don't know.
14        Q.    Do you know if you would have
15   had it on a record, like a bill or a
16   statement?
17        A.    No.  (Indiscernible).
18               THE COURT REPORTER:  I didn't
19         hear what you said after no.
20               THE WITNESS:  Paperless.
21         Paperless.
22               THE COURT REPORTER:  Paperless.
23               THE WITNESS:  Yes.
24        Q.    Mr. Antolini, besides the email
25   address that you've just given me,
```

```
 1                    D. ANTOLINI
 2   antolinidino757@gmail.com, did you have any
 3   other email addresses that you recall?
 4             MR. FINKELSTEIN:  Objection.
 5        A.    I don't remember the name.
 6        Q.    Can you just take a minute to
 7   try and recall them?
 8             MR. FINKELSTEIN:  Objection.
 9        A.    Could be anything.  I don't
10   know.
11        Q.    Mr. Antolini, did you own a
12   cell phone in 2019?
13             MR. FINKELSTEIN:  Objection.
14        A.    Yeah.
15        Q.    Would you say that you used
16   your cell phone every day?
17        A.    No.
18             MR. FINKELSTEIN:  Objection.
19          Irrelevant, immaterial, harassing and
20          annoying.
21             Objection.  Privileged.
22             MR. MIZRAHI:  Susan, please
23          note the improper speaking objection
24          for the record.
25        Q.    You had said that you had a
```

```
 1                  D. ANTOLINI
 2  cell phone in 2019, right?
 3              MR. FINKELSTEIN:  Objection.
 4        Objection.
 5              Dino, did you answer?  I didn't
 6        hear.
 7        Q.    Mr. Antolini?
 8        A.    I'm here.
 9        Q.    Is it your testimony that you
10  had a cell phone in 2019?
11              MR. FINKELSTEIN:  Objection.
12              Dino, did you hear his
13        question?
14              THE WITNESS:  I heard.
15              MR. FINKELSTEIN:  What's the
16        answer?  Give him an answer.
17        A.    I had, yeah.
18              MR. FINKELSTEIN:  Okay.  Thank
19        you.
20        Q.    Do you always carry your cell
21  phone with you whenever you go in and out
22  of the house?
23              MR. FINKELSTEIN:  Objection.
24        A.    Most of the time.  Sometimes I
25  forget.
```

```
 1                    D. ANTOLINI
 2       Q.    Mr. Antolini, can you tell me a
 3  little bit about how you traveled to and
 4  from your home?
 5               MR. FINKELSTEIN:  Objection.
 6               You can answer.
 7       A.     (Indiscernible) taxi, car
 8  service.
 9               THE COURT REPORTER:  I heard
10        you say taxi, car service.
11               MR. MIZRAHI:  Susan, you're on
12        mute.
13               THE COURT REPORTER:  Sorry
14        about that.
15               I heard you say taxi and car
16        service.
17               THE WITNESS:  Express bus.
18               THE COURT REPORTER:  Express
19        bus.  Thank you.
20       Q.    Can you -- I'm not familiar
21  with express bus.  What is it?
22               MR. FINKELSTEIN:  Objection.
23       A.    MTA.
24       Q.    You had mentioned it's an MTA
25  service?
```

```
                         D. ANTOLINI
 1
 2      A.     Yes, express bus.
 3             MR. FINKELSTEIN:  Objection.
 4      A.     They have an express service
 5   now.  They have it for at least 20 years.
 6      Q.     Do you call them and make an
 7   appointment to travel?
 8      A.     No.  They have a schedule.  It
 9   comes every hour.
10      Q.     And did you use any other way
11   to travel besides that -- besides that --
12             MR. FINKELSTEIN:  Objection.
13      Q.     -- MTA?
14             MR. FINKELSTEIN:  Objection.
15      A.     Taxi or the car service.
16      Q.     Either a taxi or a car service
17   or the MTA transit.
18             MR. FINKELSTEIN:  Objection.
19      Q.     Got it.
20             Dino --
21      A.     Car service and taxi are very
22   costly.  Right now the express bus is very
23   convenient.
24      Q.     Yeah.
25             And Mr. Antolini, when you
```

```
 1                    D. ANTOLINI
 2   travel, do you normally travel by yourself,
 3   or do you travel with someone else?
 4        A.    Myself and my wife.
 5        Q.    Do you mostly travel with your
 6   wife, or do you mostly travel alone?
 7              MR. FINKELSTEIN:  Objection.
 8        A.    By myself.
 9        Q.    Mr. Antolini, do you have any
10   dietary restrictions?
11              MR. FINKELSTEIN:  Objection.
12        A.    Lactose intolerant, low sodium.
13        Q.    Mr. Antolini, do you have any
14   favorite restaurants?
15              MR. FINKELSTEIN:  Objection.
16        A.    I go everywhere.
17        Q.    Can you tell me some of your
18   favorites?
19              MR. FINKELSTEIN:  Objection.
20        A.    (Indiscernible).
21              THE COURT REPORTER:  Hang on.
22        I'm not hearing his answer.
23              THE WITNESS:  Okay.
24              THE COURT REPORTER:  Can you
25        repeat?
```

```
 1                    D. ANTOLINI
 2       A.    (Indiscernible.)
 3       Q.    Mr. Antolini, can you spell
 4   that?
 5       A.    Sushi.
 6             THE COURT REPORTER:  Sushi?
 7             THE WITNESS:  Yeah.
 8       A.    (Indiscernible.)
 9             THE COURT REPORTER:  I'm not
10        understanding, I'm sorry.
11       A.    Like Tokyo, Japan, Japanese.
12       Q.    Japanese?
13       A.    Yes.
14       Q.    And what about the names of
15   some of your favorite restaurants?
16             MR. FINKELSTEIN:  Objection.
17       A.    Hello?
18             MR. FINKELSTEIN:  Note my
19        objection, please, Susan.  Thank you.
20       Q.    Mr. Antolini?
21       A.    Yes.
22       Q.    Can you tell me the names of
23   some of your favorite restaurants?
24             MR. FINKELSTEIN:  Objection.
25       A.    Kind, K-I-N-D.
```

```
 1                    D. ANTOLINI
 2             THE COURT REPORTER:  Kind?
 3             THE WITNESS:  Yes.
 4      Q.    I'm not familiar with that one.
 5  Where is that restaurant, Mr. Antolini?
 6             MR. FINKELSTEIN:  Objection.
 7      A.    In Queens.  Queens.
 8      Q.    Is that close by your house?
 9      A.    Yes.
10      Q.    Do you mostly -- do you mostly
11  eat in your neighborhood when you go out to
12  eat?
13             MR. FINKELSTEIN:  Objection.
14      A.    Right now, with the COVID,
15  mostly delivery or eat at home.
16      Q.    You said mostly because of
17  COVID, you just eat at home?
18             MR. FINKELSTEIN:  Objection.
19             Yeah.
20      Q.    And before COVID, would you
21  normally eat in your neighborhood?
22      A.    Yes.
23      Q.    And Mr. Antolini, do you have
24  any other favorite restaurants besides
25  Kind?
```

```
                                        Page 86
 1                  D. ANTOLINI
 2        A.     Where?   In Queens or in
 3   Manhattan?
 4        Q.     Any of your favorite
 5   restaurants?
 6             MR. FINKELSTEIN:  Objection.
 7        A.     I don't remember all of the
 8   names.
 9        Q.     What do you recall besides --
10   what do you recall besides Kind?
11             MR. FINKELSTEIN:  Same
12          objection.
13        A.     (Indiscernible).
14             THE COURT REPORTER:  I'm not
15          hearing that.
16             THE WITNESS:  (Indiscernible.)
17             THE COURT REPORTER:  I'm not
18          getting that, Counsel.  I'm not
19          understanding.
20        A.     El Caridad.  E-L  C-A-R-I-D-A-D.
21        Q.     El Caridad?
22        A.     Yes.
23             THE COURT REPORTER:  Got it.
24        Q.     You said that was a Dominican
25   res -- - you said that was a Dominican
```

```
                                      Page 87
 1                    D. ANTOLINI
 2   restaurant?
 3        A.    Yes.
 4              MR. FINKELSTEIN:  Objection.
 5        Q.    Where is that restaurant?
 6        A.    (Indiscernible.)
 7              MR. FINKELSTEIN:  Same
 8         objection.
 9              THE COURT REPORTER:  I didn't
10         hear the answer.
11              MR. FINKELSTEIN:  Sorry.
12        A.    (Indiscernible.)
13              THE COURT REPORTER:  Can you
14         repeat that?
15              THE WITNESS:  Uptown.
16         (Indiscernible.)
17              THE COURT REPORTER:  I'm
18         hearing something harbor?  Uptown?
19              THE WITNESS:  No.
20         (Indiscernible).
21        Q.    Mr. Antolini, can you spell it
22   for us?
23        A.    (Indiscernible.)
24              MR. FINKELSTEIN:  Dino, I know
25         you're upset, but when you yell, you
```

```
                                                    Page 88
 1                      D. ANTOLINI
 2          come in a little distorted, so say it
 3          softly.
 4                  THE WITNESS:  Okay.
 5          A.      The restaurant is located in
 6    (indiscernible) Harlem, in Manhattan.
 7          Q.      South Harlem?
 8          A.      (Indiscernible.)
 9                  MR. FINKELSTEIN:  Spell that
10          last word.  Dino, spell that last
11          word, please.
12          A.      S-P-A-N-I-S-H  H-A-R-L-E-M.
13                  MR. FINKELSTEIN:  Thanks.
14          Q.      So El Caridad, that restaurant
15    is in Harlem?
16          A.      Yeah.
17                  MR. FINKELSTEIN:  Objection.
18          A.      Spanish Harlem.
19          Q.      Okay.  And other than Kind and
20    other than El Caridad, can you tell me any
21    of your other favorite restaurants?
22                  MR. FINKELSTEIN:  Objection.
23          A.      No.  I don't remember all of
24    the names.
25          Q.      Okay.
```

```
 1                    D. ANTOLINI
 2        A.     (Indiscernible.)
 3        Q.     What was that?
 4        A.     I go at least 20 to 30
 5   different restaurants.
 6        Q.     Okay.
 7        A.     (Indiscernible.)
 8        Q.     Mr. Antolini, do you currently
 9   drink alcohol?
10             MR. FINKELSTEIN:  Objection.
11             You can answer.  Go ahead.
12        A.     Yeah.  I have a glass of wine
13   or two a day.  (Indiscernible).
14             THE COURT REPORTER:  I'm sorry,
15        I didn't hear -- hang on.  I didn't
16        hear -- I heard, I have a glass of
17        wine or two a day.  I didn't hear
18        what you said after that.
19             THE WITNESS:  No.  A glass of
20        wine.  Wine.
21             THE COURT REPORTER:  A glass of
22        wine --
23             THE WITNESS:  Or two.
24             THE COURT REPORTER:  -- or two
25        a day.  That's what I heard.  I
```

```
 1                    D. ANTOLINI
 2       didn't hear what you said after that.
 3              THE WITNESS:  If I go out, I
 4       have a wine spritzer.
 5              THE COURT REPORTER:  A wine
 6       spritzer.  Okay.
 7              THE WITNESS:  Correct.
 8       Q.    You have a glass of wine or two
 9  a day?
10              MR. FINKELSTEIN:  Objection.
11       Asked and answered.
12       A.    I said that.
13       Q.    And besides a glass of wine or
14  two a day, do you have any other alcohol --
15       A.    No.
16       Q.    -- a day?
17       A.    No.
18              MR. FINKELSTEIN:  Objection.
19       Q.    How many drinks on average do
20  you have per week, Mr. Antolini?
21              MR. FINKELSTEIN:  Objection.
22       A.    I don't know.
23       Q.    Do you drink any other alcohol
24  besides wine?
25              MR. FINKELSTEIN:  Asked and
```

```
                                            Page 91
 1                    D. ANTOLINI
 2         answered.   Objection.
 3         A.     (Indiscernible.)
 4              THE COURT REPORTER:  I'm sorry,
 5         I didn't hear that.
 6              THE WITNESS:  In the past.
 7         Q.    What about right now; do you
 8    have any other alcohol right now besides
 9    wine?
10         A.     No.
11              MR. FINKELSTEIN:  Objection.
12         Q.    Mr. Antolini, when was the last
13    time that you dined out either for a meal
14    or to have a cocktail?
15              MR. FINKELSTEIN:  Objection.
16         A.     Yesterday.
17         Q.    Where did you go?
18              MR. FINKELSTEIN:  Objection.
19         A.     (Indiscernible.)
20              THE COURT REPORTER:  Can you
21         repeat that?
22              THE WITNESS:  (Indiscernible).
23              THE COURT REPORTER:  I'm not
24         hearing it.
25              THE WITNESS:  (Indiscernible).
```

```
                                              Page 92

 1                      D. ANTOLINI

 2          In Manhattan.

 3                 THE COURT REPORTER:  Can you

 4          spell it one more time?

 5                 THE WITNESS:  (Indiscernible.)

 6                 THE COURT REPORTER:

 7          V-I-L-L-A-G-E?

 8                 THE WITNESS:  Yeah.  Manhattan.

 9                 THE COURT REPORTER:  Thank you.

10      Q.    Where in Manhattan was that,

11   Mr. Antolini?

12                 MR. FINKELSTEIN:  Objection.

13      A.    I just said that.  The village;

14   V-I-L-L-A-G-E.

15      Q.    Where in Manhattan is that?

16      A.    (Indiscernible.)

17                 THE COURT REPORTER:  Repeat

18          that?

19                 THE WITNESS:  Greenwich

20          Village.

21      Q.    In Greenwich village?

22      A.    Yes.

23      Q.    Mr. Antolini, how often do you

24   dine out in 2018?

25                 MR. FINKELSTEIN:  Objection.
```

```
                                          Page 93
 1                    D. ANTOLINI
 2        A.    You're asking me about three
 3   years ago?  That's ridiculous.  I have no
 4   idea.
 5        Q.    I know it's hard to think of an
 6   exact figure, but just use -- use your --
 7   use your best judgment?
 8        A.    (Indiscernible.)
 9              MR. FINKELSTEIN:  Objection.
10        Q.    I'm sorry, what was that,
11   Mr. Antolini?
12        A.    One hundred to a thousand.
13   That's my best estimate.
14        Q.    Mr. Antolini, I didn't hear
15   that?
16        A.    One hundred to a thousand.
17        Q.    One hundred to a thousand
18   restaurants?
19        A.    Yeah.
20              MR. FINKELSTEIN:  Objection.
21        Q.    Here, why don't we start now.
22              Mr. Antolini, how many times
23   have you dined out in 2021?
24              MR. FINKELSTEIN:  Objection.
25         Asked and answered and objection.
```

```
 1                    D. ANTOLINI
 2        A.    Not much.
 3        Q.    Because of the pandemic?
 4        A.    Yes.
 5              MR. FINKELSTEIN:  Objection.
 6        Q.    And what about before the
 7    pandemic, how often did you dine out?
 8              MR. FINKELSTEIN:  Objection.
 9        A.    Every week, once a week.
10        Q.    Where did you normally go?
11              MR. FINKELSTEIN:  Objection.
12        A.    Anywhere.
13        Q.    What were your favorite
14    restaurants to go to?
15              MR. FINKELSTEIN:  Objection.
16        Q.    Were they the same ones that
17    you had previously stated?
18        A.    No.  It could be anywhere in
19    Manhattan or Queens.  In Queens, I would go
20    to Kind or I would go to Austin Street.
21        Q.    Austin Street in Queens?
22        A.    Yeah.  Austin Street.
23        Q.    You said Austin Street?
24              MR. FINKELSTEIN:  Objection.
25        A.    Yes.
```

Page 95

1                   D. ANTOLINI

2              I have to go where there's

3    (indiscernible).

4              THE COURT REPORTER:  I have to

5       go where there's?

6              THE WITNESS:  Transportation.

7       A.    Public transplantation in

8    Queens.  Manhattan, I could go with my

9    scooter, but Queens I have to go public

10   transportation.  Manhattan is more

11   convenient.  I use my scooter, Mobility

12   scooter.

13       Q.    Mr. Antolini, when you normally

14   go out to eat, do you go by yourself or do

15   you go with other people?

16             MR. FINKELSTEIN:  Objection.

17       A.    My wife.

18       Q.    Do you normally go out to eat

19   with your wife?

20             MR. FINKELSTEIN:  Objection.

21       A.    Most of the times.

22       Q.    Does she travel with you

23   whenever you go out to eat?

24             MR. FINKELSTEIN:  Objection.

25       A.    When we go to eat, yeah.

```
 1                     D. ANTOLINI
 2               How else would she get there?
 3       Q.    Mr. Antolini, how much would
 4   you normally pay for a meal or for a night
 5   out?
 6               MR. FINKELSTEIN:  Objection.
 7       A.    What year?
 8       Q.    Mr. Antolini, I didn't hear
 9   that.
10       A.    What year?
11       Q.    You know, what about right now;
12   how much do you currently pay for a meal or
13   for a night out when you go out?
14       A.    It could be 50 to 100.
15       Q.    Okay.  And what about last
16   year; how much would you normally pay --
17               MR. FINKELSTEIN:  Objection.
18       Q.    -- for a night out?
19               MR. FINKELSTEIN:  Objection.
20       Q.    Either for a meal or for a
21   night out?
22       A.    (Indiscernible.)
23               MR. FINKELSTEIN:  Objection.
24               THE COURT REPORTER:  Repeat
25         that?
```

Page 97

```
1                    D. ANTOLINI
2      Q.    Sorry?
3      A.    About the same.
4      Q.    Was that number the same in
5   2019?
6            MR. FINKELSTEIN:  Objection.
7       Asked and answered about five times.
8      A.    I don't know.  It would be
9   around there.  That's my range.  That's my
10  range.
11     Q.    What was that?
12     A.    That's my range.
13     Q.    That's your range?  Is that
14  what you said?
15     A.    Yeah.
16     Q.    And that would have been your
17  same range, $50 to $100 in 2018?
18           MR. FINKELSTEIN:  Objection.
19           THE COURT REPORTER:  I'm sorry,
20       I didn't hear an answer.
21           THE VIDEOGRAPHER:
22       Mr. Antolini, you're --
23           THE COURT REPORTER:  And I
24       can't see him.
25           THE VIDEOGRAPHER:  There we go.
```

```
 1                    D. ANTOLINI
 2            THE COURT REPORTER:  Can you
 3       repeat your answer?
 4            THE WITNESS:  The same, more or
 5       less.
 6       Q.   Mr. Antolini, do you ever go
 7   out for cocktails?
 8            MR. FINKELSTEIN:  Objection.
 9       A.   On occasion.
10            Not cocktails.
11       Q.   Can you say that again?
12       A.   Not cocktails.  Like I said,
13   either wine or wine spritzer.
14       Q.   You said you normally go out to
15   drink only for wine or a wine spritzer?
16       A.   Correct.
17       Q.   Do you have any favorite places
18   that you like to go to drink?
19            MR. FINKELSTEIN:  Objection.
20       A.   No.  Not anymore.
21       Q.   Is that because of the
22   pandemic?
23            MR. FINKELSTEIN:  Objection.
24       Leading.
25       A.   No.  What?
```

Page 99

                              D. ANTOLINI

1

2     Q.    You said not anymore?

3     A.    Yeah.

4     Q.    What do you mean by that?

5           MR. FINKELSTEIN:  Objection.

6     A.    I used to go out a lot.

7     Q.    When did you stop going out for

8  drinks?

9           MR. FINKELSTEIN:  Objection.

10    A.    A long time ago.

11    Q.    How long ago?

12          MR. FINKELSTEIN:  Objection.

13    A.    A long time.

14          THE VIDEOGRAPHER:

15      Mr. Antolini, your finger is on the

16       web cam.

17          THE WITNESS:  Sorry about that.

18    A.    I don't remember.

19    Q.    Was that, you know, before your

20  -- you know, more than ten years ago?

21          MR. FINKELSTEIN:  Objection.

22    A.    Yes.

23          THE COURT REPORTER:

24      Mr. Antolini, you're covering the

25       camera.

                                    Page 100

1                    D. ANTOLINI

2              THE WITNESS:  What?

3              THE COURT REPORTER:  We can't

4        see you.

5              THE WITNESS:  How about this?

6              THE COURT REPORTER:  Your

7        finger is in the way of the camera.

8              THE WITNESS:  Okay.  How about

9        now?  Wait.  Wait.  Let me get some

10       help.  Can you see me now?

11             THE COURT REPORTER:  Yes.

12             THE WITNESS:  You know what it

13       is, the (indiscernible) covers the

14       camera.

15             Nope.  How about now?

16             THE COURT REPORTER:  The camera

17       is reversed.  You have to switch it.

18       If you tap the screen, you can turn

19       it back around to you.

20             THE WITNESS:  Wait.  Wait.

21       I'll have my grandson help me out.

22       (Indiscernible.)

23             THE COURT REPORTER:  Now your

24       camera is off.  Now it's back on, but

25       it's facing the wrong direction.

```
 1                      D. ANTOLINI
 2            Is there anything that says
 3       switch camera?  There we go.  Now we
 4       see you.
 5       Q.    Mr. Antolini?
 6       A.    Yes.
 7       Q.    You said that you stopped going
 8  out for cocktails over ten years ago?
 9       A.    Yes.
10            MR. FINKELSTEIN:  Objection.
11       Q.    And you said drinks or
12  cocktails, right?
13            MR. FINKELSTEIN:  Objection.
14       Q.    You don't really go out for
15  drinks or cocktails?  Is that what you
16  said?
17            MR. FINKELSTEIN:  Objection.
18       A.    You lost me.  What was the
19  question there?
20       Q.    I had asked, you know, do you
21  normally go out for cocktails or drinks?
22       A.    No.
23       Q.    Okay.
24       A.    No.  Drinks, no.
25       Q.    When was the last time that you
```

```
                          D. ANTOLINI
 1
 2    went out for cocktails or drinks?
 3              MR. FINKELSTEIN:  Objection.
 4       A.    A long time ago.
 5       Q.    And you said it was more than
 6    ten years ago?  Is that what you said?
 7              MR. FINKELSTEIN:  Objection.
 8       A.    Yeah.
 9       Q.    Okay.  Why does that number
10    stand out?  Why more than ten years?
11              MR. FINKELSTEIN:  Objection.
12       A.    That's when I became disabled.
13       Q.    And after you became disabled,
14    you stopped going out for drinks and for
15    cocktails?
16       A.    Correct, yes.
17              MR FINKELSTEIN:  Objection.
18       A.    Yeah, cocktails and drinks,
19    yes.
20              MR. FINKELSTEIN:  Objection.
21       Q.    So you don't -- so after your
22    disability, you stopped going out for
23    cocktails and drinks?
24              MR. FINKELSTEIN:  Objection.
25         He said cocktails.
```

```
                                    Page 103
 1                    D. ANTOLINI
 2       A.     Cocktails.
 3              MR. MIZRAHI:  Madam Court
 4        Reporter, can you read back his last
 5        two answers?  Because they keep
 6        getting mischaracterized.  Thank you.
 7              (Whereupon, the referred to
 8        answers were read back by the
 9        Reporter.)
10       Q.    Sir, Mr. Antolini, I just want
11   to be clear.  When --
12              MR. FINKELSTEIN:  Objection.
13       Q.    -- was the last time that you
14   went out for cocktails or drinks?
15              MR. FINKELSTEIN:  Objection.
16       A.    Here we go again.  I just said
17   that.  Right now I drink wine.
18       Q.    And when was the last time that
19   you went out for a glass of wine?
20              MR. FINKELSTEIN:  Objection.
21        Asked and answered, numerous times.
22       A.    Yesterday.
23       Q.    Where do you normally go out to
24   drink?
25              MR. FINKELSTEIN:  Objection.
```

```
 1                    D. ANTOLINI
 2        A.    I don't normally go out anymore
 3   to drink.
 4        Q.    Where did you used to go out to
 5   drink?
 6              MR. FINKELSTEIN:  Objection.
 7        A.    Everywhere.
 8        Q.    And do you have any favorite
 9   places to go out to drink?
10              MR. FINKELSTEIN:  Objection.
11         Asked and answered.
12        A.    I don't go anymore.
13        Q.    When you used to go, before you
14   stopped, did you have any favorite places
15   to go out to drink?
16              MR. FINKELSTEIN:  Objection.
17        A.    Yeah.  Blarney Stone.  It was
18   by (indiscernible).
19              THE COURT REPORTER:  Can you
20        repeat that?  I heard, Yeah --
21              MR. FINKELSTEIN:  Blarney
22        Stone.
23              THE COURT REPORTER:  -- Blarney
24        Stone.  I didn't hear what --
25              THE WITNESS:  Blarney Stone.
```

```
                                    Page 105
 1                    D. ANTOLINI
 2              THE COURT REPORTER:  I heard
 3        Blarney Stone.  I didn't hear what
 4        you said after that.
 5              THE WITNESS:  By the
 6        (indiscernible), in Manhattan.
 7              THE COURT REPORTER:  By the
 8        old?
 9              THE WITNESS:  No, OTB.
10              THE COURT REPORTER:  OTB, in
11        Manhattan.
12              THE WITNESS:  Yeah.  They don't
13         have that anymore.
14        Q.    Mr. Antolini, besides Blarney
15     Stone, did you go anywhere else to drink --
16              MR. FINKELSTEIN:  Objection.
17        Q.    -- when you used to go out?
18        A.    I went everywhere.
19        Q.    Did you have any other favorite
20     place to go out to drink?
21              MR. FINKELSTEIN:  Objection.
22         Asked and answered seven times.
23        A.    I went everywhere.
24        Q.    I don't know what that means.
25              What does everywhere mean?
```

Page 106

```
 1                    D. ANTOLINI
 2              MR. FINKELSTEIN:  Objection.
 3         A.    Everywhere.  I didn't have one
 4    in particular.
 5         Q.    Mr. Antolini, before the
 6    pandemic, where were some of your favorite
 7    place to go out to drink?
 8              MR. FINKELSTEIN:  Objection.
 9         Hold on, Dino.  Objection.  Asked and
10         answered.
11              Madam, Court Reporter, I'd like
12         you to mark the record here.
13              THE WITNESS:  I told him ten
14         times already.
15              MR. FINKELSTEIN:  Hold on.
16         Dino, I feel you.
17              I want the record to reflect
18         that I'm going to be making my motion
19         to suspend this deposition based upon
20         the oppressive, annoying and
21         repetitive asking of the same
22         question over and over.
23              So, counselor, unless I can get
24         an assurance from you that you're not
25         going to keep asking the same
```

```
D. ANTOLINI
```

1                    D. ANTOLINI
2         question seven, eight, nine, ten
3         times, I'm going to ask -- I'm going
4         to ask that this deposition be
5         terminated and let the judge make a
6         ruling after he hears the transcript
7         on this.
8              Can I get that assurance from
9         you, please?
10             MR. MIZRAHI:  Susan, please
11        note the improper speaking objection
12        for the record.
13             MR. FINKELSTEIN:  Can I get
14        that assurance from you, please?
15        Because what you're doing to him is
16        very unfair.
17             MR. MIZRAHI:  Susan, please
18        make sure you're taking down all of
19        the improper speaking objections.
20             MR. FINKELSTEIN:  Yeah, Susan,
21        please do.
22             Go ahead, counsel.  I'm
23        listening.  Dino, you all right?
24             MR. MIZRAHI:  I think your
25        camera froze and you're muted.

```
 1                    D. ANTOLINI
 2              THE COURT REPORTER:  Okay.  I'm
 3        good.
 4        Q.    Mr. Antolini?
 5        A.    Yeah, I'm here.
 6        Q.    When you normally, you know,
 7   used to go out for drinks, did you go out
 8   by yourself, or did you go out with someone
 9   else?
10              MR. FINKELSTEIN:  Objection.
11        A.    I went all the time, anywhere,
12   with friends, by myself, whatever.
13        Q.    Did you typically go with
14   someone else, or did you typically go by
15   yourself?
16              MR. FINKELSTEIN:  Objection.
17        A.    It didn't matter.
18        Q.    What does that mean?
19              MR. FINKELSTEIN:  What does
20        that mean?  It didn't matter?  Is
21        that what you said?
22        A.    Either I went by myself or with
23   friends.
24        Q.    Mr. Antolini how many times
25   have you gone out for drinks in 2020?
```

```
 1                      D. ANTOLINI
 2              MR. FINKELSTEIN:  Objection.
 3       A.    I don't drink anymore.
 4              MR. FINKELSTEIN:  Wow.
 5         Objection.
 6       Q.    I'm sorry.  I thought that you
 7   said that you go out for drinks.  Is that
 8   not accurate?
 9              MR. FINKELSTEIN:  Objection.
10       A.    I don't go for drinks.
11       Q.    Mr. Antolini, can you repeat
12   yourself?  I can't hear you.
13       A.    I said no.  N-O.
14              MR. FINKELSTEIN:  Dino, relax.
15         Listen, listen, listen.  You're
16         getting upset.  It is -- I'm seeing
17         here a quarter to 12.  Almost two
18         hours we're at this.  I'm sure your
19         battery needs to be charged and, more
20         importantly, I think you need a
21         break, Dino.
22              So let's take a 15-minute break
23         and we'll come back on at 12:05.  All
24         right, Susan?  Susan?  I'm muted?
25         No, okay.
```

```
 1                    D. ANTOLINI
 2           MR. MIZRAHI:  Yeah --
 3           MR. FINKELSTEIN:  Hold on a
 4      second.  I'm talking to Susan,
 5      please.
 6           THE COURT REPORTER:  I need
 7      everyone to agree to go off the
 8      record in order to go off the record,
 9      so is that what we're doing?
10           MR. MIZRAHI: Susan, we're going
11      to go off the record.  We'll come
12      back at 12:00.  12 p.m.
13           MR. FINKELSTEIN:  12:05, Susan.
14      12:05.
15           THE VIDEOGRAPHER:  Off the
16      record at 11:47.
17           (Whereupon, a brief recess was
18      taken.)
19           THE VIDEOGRAPHER:  We are now
20      back on the record.  The time is
21      12:06 p.m.
22           THE WITNESS:  I lost you guys.
23      Hello?
24           THE COURT REPORTER:  We can
25      hear you.
```

```
 1                    D. ANTOLINI
 2           THE WITNESS:  Okay.
 3           MR. MIZRAHI:  This is Jason
 4       Mizrahi for the record.  We had just
 5       taken a 21-minute break.  Defendants
 6       respectfully reserve the opportunity
 7       to include this break time on top of
 8       the total allotted deposition amount.
 9           Susan, can you please repeat
10       the last question that was asked?
11           THE COURT REPORTER:  Sure.
12           (Whereupon, the referred to
13       question was read back by the
14       Reporter.)
15       Q.    So, Mr. Antolini, if I can just
16    ask you again so we have a clear record, is
17    it your testimony --
18           MR. FINKELSTEIN:  Objection.
19       Objection.
20       Q.    -- is it your testimony here
21    today that you don't go out for drinks?
22           MR. FINKELSTEIN:  Objection.
23       Asked and answered about eight times.
24       A.    Correct.
25       Q.    And is it your testimony here
```

```
 1                    D. ANTOLINI
 2   today that you stopped going out for drinks
 3   about ten years ago, when you were
 4   diagnosed with your disability?
 5              MR. FINKELSTEIN:  Objection.
 6        A.    Yeah.  Hard liquor.
 7        Q.    Okay.
 8              MR. FINKELSTEIN:  What did you
 9         say?  Hard liquor?
10              THE WITNESS:  Yeah.
11              MR. FINKELSTEIN:  Okay.
12        Q.    What about for not hard liquor?
13              MR. FINKELSTEIN:  Objection.
14         Asked and answered eleven times.
15        A.    Wine or spritzer.
16        Q.    And before the pandemic, you
17   know, how often did you go out for wine or
18   -- like, wine or spritzers?
19              MR. FINKELSTEIN:  Objection.
20        A.    Frequently.
21        Q.    How frequently?
22        A.    I don't know.  Once a week?
23        Q.    Okay.  Before the pandemic,
24   when you used to go out for -- for wine or
25   for spritzers --
```

Page 113

```
 1                    D. ANTOLINI
 2              MR. FINKELSTEIN:  Objection,
 3         when you say.  Objection.
 4      Q.    Where did you normally go?
 5              MR. FINKELSTEIN:  Objection.
 6      A.    Manhattan.
 7      Q.    Where in Manhattan did you
 8  normally go?
 9              MR. FINKELSTEIN:  Objection.
10      A.    Anywhere.  Usually the village.
11              THE COURT REPORTER:  The
12       village?
13              THE WITNESS:  Yeah.
14      Q.    When you say the village, what
15  are you referring to?
16      A.    Manhattan, the village.  By
17  Washington Square.
18      Q.    By Washington Square?
19      A.    Yeah.
20      Q.    And what were some of the
21  places that you used to go out for drinks
22  in Washington Square?
23              MR. FINKELSTEIN:  Objection.
24      A.    I don't remember the name.
25      Q.    Do you recall how often you
```

Page 114

```
 1                    D. ANTOLINI
 2   went out for drinks in 2020?
 3               MR. FINKELSTEIN:  Objection.
 4        A.    Not really, no.
 5        Q.    Can you use your best estimate,
 6   if you can --
 7               MR. FINKELSTEIN:  Objection.
 8        Q.    -- use your estimation?
 9               MR. FINKELSTEIN:  Objection.
10        A.    I have no idea.
11        Q.    What about in 2019?
12               MR. FINKELSTEIN:  Objection.
13        A.    That's even harder.  My -- I
14   have cerebral ataxia.  My memory is not
15   good anymore.
16        Q.    Okay.  And what about in 2018;
17   how often did you used to go out for drinks
18   in 2018?
19        A.    You gotta be kidding me.
20               MR. FINKELSTEIN:  Objection.
21        A.    Three years ago?
22               You're asking me how many hairs
23   I have on my back.  I have no idea.
24        Q.    When you typically went out for
25   drinks --
```

```
1                    D. ANTOLINI
2              MR. FINKELSTEIN:   Objection.
3         Q.    -- Mr. Antolini, did, you go
4    with anyone else?
5              MR. FINKELSTEIN:   Objection.
6         A.    Yeah.  Or I went by myself.
7         Q.    Okay.  Did you mostly go with
8    someone else, or did you normally go by
9    yourself?
10             MR. FINKELSTEIN:   Objection.
11        A.    For drinks?  I told you that.
12   I stopped going out for drinks and
13   cocktails, like, ten years ago.
14        Q.    When I say drinks, I'm also
15   including wine or spritzers.
16        A.    Okay.
17             MR. FINKELSTEIN:   Objection.
18        A.    I would go, yes.  Same thing.
19   Either by myself or with others.
20        Q.    And on average, how much do you
21   spend on a round of drinks --
22             MR. FINKELSTEIN:   Objection.
23        Q.    -- when you go out?
24             MR. FINKELSTEIN:   Objection.
25        A.    It depends on the price.
```

```
 1                    D. ANTOLINI
 2      Q.    What does it depend on?
 3            MR. FINKELSTEIN:  Objection.
 4      A.    The price.
 5      Q.    Do you know what --
 6            MR. FINKELSTEIN:  Excuse me,
 7       did you say the price?
 8            THE WITNESS:  Yeah.
 9            MR. FINKELSTEIN:  Okay.
10       Thanks.
11      Q.    And, Mr. Antolini, you know,
12   what is your price point?  How much do you
13   normally spend on a night out?
14            MR. FINKELSTEIN:  Objection.
15      A.    I don't go out for the whole
16   night anymore.
17      Q.    And, Mr. Antolini, do you have
18   any future plans to (indiscernible ) out?
19            MR. FINKELSTEIN:  I didn't hear
20       that.  Hold on.
21            Madam Court Reporter --
22            THE COURT REPORTER:  Your voice
23       cut out, counsel.
24            Mr. Antolini, do you have any
25       future plans to?
```

```
 1                    D. ANTOLINI
 2              That was what I heard.
 3              MR. MIZRAHI:  To dine out.
 4              MR. FINKELSTEIN:  To dine out?
 5        Objection.
 6        A.    What was that?
 7        Q.    I asked if you have any future
 8   plans to dine out?
 9        A.    Yeah.
10        Q.    Can you tell me about them?
11              MR. FINKELSTEIN:  Objection.
12        A.    I don't know.  The future is
13   not mine to see.  Que Sera Sera.
14        Q.    Can you repeat that?
15        A.    I can't say what the future
16   will be.
17        Q.    Okay.  And what about any
18   future plans to go out for drinks?
19              MR. FINKELSTEIN:  Objection.
20        A.    Like I said, I don't know.  If
21   I'm alive.
22        Q.    So is it your testimony here
23   today that you have no specific plans to go
24   out for drinks and you have no specific
25   plans to go out for a meal?
```

```
 1                    D. ANTOLINI
 2              MR. FINKELSTEIN:  Objection.
 3        A.    No.  I didn't say that.  I will
 4   probably go out, God willing.
 5        Q.    Can you tell me more?
 6              MR. FINKELSTEIN:  Objection.
 7        A.    If my health is all right, if
 8   the weather is good, then I could go out.
 9        Q.    You know, let's assume -- let's
10   assume you're in good health.
11              MR. FINKELSTEIN:  Objection.
12        Q.    Can you tell me more about your
13   future plans to go out to dine out?
14              MR. FINKELSTEIN:  Same
15         objection.
16        A.    I'll go out like normal.
17        Q.    Can you tell me more about
18   those plans?
19              MR. FINKELSTEIN:  Objection.
20        A.    I have no plans.  Spur of the
21   moment.  Spur of the moment.
22        Q.    I'm sorry?  Can you repeat
23   that?
24        A.    Spur of the moment.
25   Spontaneous.
```

```
                              D. ANTOLINI
 1
 2        Q.    Mr. Antolini, you said spur of
 3   the moment?
 4        A.    Yeah.
 5        Q.    Okay.  And what about future
 6   plans to go out to drink?
 7              MR. FINKELSTEIN:  Objection.
 8        A.    Same thing.
 9        Q.    When you say same thing, you
10   also mean --
11        A.    Spur of the moment.
12              MR. FINKELSTEIN:  Objection.
13        Q.    So spur of the moment?
14        A.    Yes.
15        Q.    So do you have any specific
16   plans to get any cocktails in the future?
17              MR. FINKELSTEIN:  Objection.
18         Asked and answered about six times.
19        A.    I don't drink cocktails.
20        Q.    I'm sorry.  What I meant by
21   that was, do you have any specific plans to
22   get drinks in the future?
23        A.    No.
24              MR. FINKELSTEIN:  Objection.
25        Q.    Mr. Antolini, can you tell me
```

```
                                        Page 120
 1                    D. ANTOLINI
 2   the last time you traveled to Manhattan?
 3              MR. FINKELSTEIN:  Objection.
 4          Asked and answered.  I believe he
 5          said he was there yesterday.
 6        A.     Yeah.
 7              MR. MIZRAHI:  Susan, I'm going
 8          to ask you to note opposing counsel's
 9          speaking objection and improper
10          coaching of the witness for the
11          record.
12              MR. FINKELSTEIN:  This is
13          called harassment.  He already
14          answered you five times.  But that's
15          okay.  Dino, feel tree to answer.
16        A.     I was there yesterday.
17              MR. MIZRAHI:  Susan, please
18          note the continued improper speaking
19          objection.  Thank you.
20              MR. FINKELSTEIN:  Objection to
21          the objection.
22        Q.     Mr. Antolini, can you please
23   repeat that?
24              MR. FINKELSTEIN:  Objection.
25        A.     I went out yesterday.
```

                        D. ANTOLINI

1

2       Q.     Where did you go?

3       A.     To the village.

4   (Indiscernible).

5              THE COURT REPORTER:  To the

6          village?  I didn't hear what you said

7          after that.

8              THE WITNESS:  Like I said

9          already.  He asked me that question

10         already.

11      Q.     Mr. Antolini, I just want to

12   make sure we have a clear record --

13             MR. FINKELSTEIN:  Objection.

14      Q.     -- okay?

15             So if I'm asking the same

16   question, I just want to make sure we have

17   the same record.

18             Do you understand?

19             MR. FINKELSTEIN:  Objection.

20         Objection.  Same objection.

21      A.     Okay.

22      Q.     And when you say the village,

23   you're referring to Greenwich Village?

24      A.     Correct.

25      Q.     And where in Greenwich Village

```
 1                    D. ANTOLINI
 2   did you go?
 3              MR. FINKELSTEIN:  Objection.
 4        A.    By Washington Square.
 5        Q.    By Washington Square?
 6              MR. FINKELSTEIN:  Objection.
 7        A.    Yes.
 8        Q.    Were you there by yourself, or
 9   were you there with someone else?
10              MR. FINKELSTEIN:  Objection.
11        A.    I there was with someone else.
12        Q.    Who were you there with?
13        A.    My wife.
14        Q.    Okay.  Mr. Antolini, when was
15   the last time you traveled to West Houston
16   Street?
17              MR. FINKELSTEIN:  Objection.
18        A.    Yesterday.
19        Q.    Can you tell me more about it?
20              MR. FINKELSTEIN:  Objection.
21        A.    Yeah.  I always
22   (indiscernible).
23              THE COURT REPORTER:  Can you
24         repeat that?
25        Q.    You cut off.  I didn't hear
```

```
                                        Page 123
 1                    D. ANTOLINI
 2   you.
 3             MR. FINKELSTEIN:  Hold on one
 4        second.  Dino, hold on one second.
 5             Madam Court Reporter, did you
 6        hear his answer?
 7             THE COURT REPORTER:  I didn't.
 8        And he just spoke again, but you were
 9        talking at the same time, so
10        everything cut out on me.
11             MR. FINKELSTEIN:  Okay.
12        A.    I was there yesterday.  I go to
13   the village regularly.
14        Q.    Mr. Antolini, I wasn't asking
15   about the village.  I was asking about West
16   -- West Houston Street.
17             MR. FINKELSTEIN:  Objection.
18        A.    Yeah.  I was there yesterday.
19        Q.    Okay.  Can you tell me more?
20             MR. FINKELSTEIN:  Objection.
21        A.    Yeah.  I went around.
22   Everything is open except (indiscernible).
23             THE COURT REPORTER:  Everything
24        is open except?
25             THE WITNESS:  Madame X.
```

```
                                        Page 124
 1                   D. ANTOLINI
 2            MR. FINKELSTEIN:  Madame X.
 3       M-A-D-A-M-E, new word, capital X.
 4            THE COURT REPORTER:  Thank you.
 5       Q.    You said everything is open?
 6   Is that what you said?
 7       A.    Yeah.
 8            MR. FINKELSTEIN:  Objection.
 9       Q.    What places are you referring
10   to?
11            MR. FINKELSTEIN:  Objection.
12       A.    (Indiscernible).
13            THE COURT REPORTER:  I didn't
14        hear that.
15       A.    (Indiscernible.)
16            THE COURT REPORTER:  I'm not
17        hearing him.
18       A.    (Indiscernible.)  Restaurants,
19   cafes, everything.
20            THE COURT REPORTER:
21        Restaurants, cafes, everything?
22            THE WITNESS:  Yeah.
23       A.    It looked like summertime.  It
24   looked like Woodstock in Washington Square
25   Woodstock.
```

```
1                    D. ANTOLINI
2      Q.    Where are you referring to,
3  Mr. Antolini?
4            MR. FINKELSTEIN:  Objection.
5      A.    Washington Square Park.  There
6  were thousands of people.
7      Q.    Okay.  And, Mr. Antolini, I
8  just want to be sure --
9      A.    The village came back alive.
10     Q.    Mr. Antolini, I want to make
11 sure we're talking about the same thing.
12     A.    Yeah.
13     Q.    I'm asking you about --
14           MR. FINKELSTEIN:  Objection.
15     Q.    I'm asking you about West
16 Houston Street.  Are you familiar with West
17 Houston?
18     A.    It was packed.
19     Q.    Okay.  Can you name any
20 business on West Houston Street?
21           MR. FINKELSTEIN:  Objection.
22     A.    There's, like, a hundred.
23     Q.    Can you name any of them?
24     A.    No.
25           MR. FINKELSTEIN:  Objection.
```

```
                          D. ANTOLINI
 1
 2      A.    No.
 3      Q.    You can't name a single one?
 4            MR. FINKELSTEIN:  Same
 5       objection.
 6      A.    Only on (indiscernible).
 7            THE COURT REPORTER:  Only on?
 8      A.    Because you keep saying
 9   (indiscernible).
10      Q.    Can you name any other
11   businesses, Mr. Antolini?
12            MR. FINKELSTEIN:  He's
13       answering your question, counsel.
14       Let him finish.
15      A.    (Indiscernible.)
16            THE COURT REPORTER:  Repeat
17       that?
18            THE WITNESS:  Okay.
19            MR FINKELSTEIN:  Okay.
20      Q.    Mr. Antolini, sitting here
21   today, can you name any other businesses on
22   West Houston Street?
23            MR. FINKELSTEIN:  Objection.
24      A.    Offhand, no.
25      Q.    Do you have any favorite places
```

```
                                        Page 127
 1                    D. ANTOLINI
 2   on West Houston Street?
 3        A.    No.
 4             MR. FINKELSTEIN:  Objection.
 5        A.    Like I said, I go everywhere.
 6        Q.    I'm specifically referring to
 7   West Houston Street?
 8        A.    Yeah.  Whatever (indiscernible)
 9   interesting, I go in.
10             THE COURT REPORTER:  Can you
11        repeat that?
12             THE WITNESS:  Whatever looks
13        interesting, I'll try.
14             THE COURT REPORTER:  Whatever
15        looks interesting, I'll try?
16             THE WITNESS:  Yeah.  I'm not
17        particular.
18        Q.    Mr. Antolini, how many times
19   have you traveled to West Houston Street in
20   2018?
21             MR. FINKELSTEIN:  Objection.
22        A.    You're asking something I can't
23   remember.
24        Q.    Okay.  What about 2019; do you
25   remember?
```

```
 1                   D. ANTOLINI
 2      A.    No.
 3            It would be more than
 4  (indiscernible), I frequent the area.
 5            THE COURT REPORTER:  His last
 6        answer, I heard, It would be more
 7        than --
 8            THE WITNESS:  (Indiscernible.)
 9            THE COURT REPORTER:  Hang on.
10        Hang on, Mr. Antolini.
11            Your last answer, the question
12        is, What about 2019; do you remember?
13            What I heard was, answer, No,
14        it would be more than, and I didn't
15        hear what you said after that.
16            THE WITNESS:  (Indiscernible) a
17        dozen times.
18            THE COURT REPORTER:  A dozen
19        times?
20            THE WITNESS:  At least.  Like I
21        said, I frequent the area a lot.  I
22        don't keep a diary.
23      Q.    In 2019, where do you -- where
24  did you typically go on West Houston
25  Street?
```

```
                              D. ANTOLINI
 1
 2              MR. FINKELSTEIN:  Objection.
 3       A.    Like I said, I don't keep a
 4   diary.
 5       Q.    You said you don't keep a
 6   diary?
 7              MR. FINKELSTEIN:  Objection.
 8       A.    No.  Do you?  Do you?
 9       Q.    Mr. Antolini --
10       A.    Do you keep a diary everywhere
11   you go?
12       Q.    Mr. Antolini, Mr. Antolini,
13   sir --
14              MR. FINKELSTEIN:  Objection.
15       Q.    -- Very respectfully, I'm
16   taking your deposition, so I have the right
17   to ask you some questions.
18              MR. FINKELSTEIN:  Objection.
19       Q.    Do you understand?
20              MR. FINKELSTEIN:  Objection.
21       A.    Yes.
22       Q.    Thank you.
23              MR. FINKELSTEIN:  Objection.
24       Q.    In 2019, when you were
25   frequenting West Houston Street, who were
```

```
 1                    D. ANTOLINI
 2   you there with?
 3              MR. FINKELSTEIN:  Objection.
 4         Asked and answered.
 5        A.    Like I said, either by myself
 6   or with others.
 7        Q.    How many times did you frequent
 8   West Houston Street in 2020?
 9              MR. FINKELSTEIN:  Objection.
10        A.    I have no idea.  Like I said
11   before, I don't keep a diary.
12        Q.    (Indiscernible.)
13              THE COURT REPORTER:  I'm sorry,
14         counsel, your audio cut out on me.
15         If you did ask something, I didn't
16         hear it.
17              MR. MIZRAHI:  Can you repeat
18         the last question and answer?
19              (Whereupon, the referred to
20         question and answer was read back by
21         the Reporter.)
22        Q.    And Mr. Antolini, how many
23   times did you go to West Houston Street in
24   2021?
25              MR. FINKELSTEIN:  Objection.
```

```
 1                    D. ANTOLINI
 2        A.    Like I said, I have no idea.  I
 3   don't keep a diary.
 4        Q.    Do you have any future plans to
 5   visit West Houston Street?
 6        A.    Yeah.  Like I said, weather
 7   permitting, health permitting.
 8        Q.    Health permitting, do you have
 9   any future plans to go to West Houston
10   Street?
11             MR. FINKELSTEIN:  Objection.
12        Asked and answered.
13        A.    I think I answered already.
14        Q.    I want to make sure we have
15   a --
16             (Unreportable crosstalk.)
17        Q.    Can you tell me about those
18   plans?
19             MR. FINKELSTEIN:  Objection.
20        A.    I don't have plans.  I said
21   spur of the moment.
22        Q.    Okay.
23        A.    Weather permitting and health
24   permitting.
25        Q.    So spur of the moment, health
```

```
 1                    D. ANTOLINI
 2   permitting and weather permitting, does
 3   that mean you don't have any specific
 4   plans?
 5              MR. FINKELSTEIN:  Objection.
 6        Asked and answered twelve times.
 7        A.    No.  Like I said.
 8        Q.    Mr. Antolini, are you familiar
 9   with the business at 94 West Houston
10   Street?
11        A.    Yes.
12        Q.    What is it?
13        A.    A lounge.
14        Q.    Can you describe it to me?
15              MR. FINKELSTEIN:  Objection.
16        A.    I was never inside.  On the
17   internet, it looks (indiscernible).
18              THE COURT REPORTER:  It looks?
19        I didn't hear your answer.
20              THE WITNESS:  (Indiscernible).
21              THE COURT REPORTER:  I'm not
22        understanding.  I'm sorry.
23              THE WITNESS:  It looks cool.
24              THE COURT REPORTER:  It looks
25        cool?
```

                      D. ANTOLINI

1              THE WITNESS:  On the internet

2         (indiscernible).

3              THE COURT REPORTER:  On the

4         internet --

5              MR. FINKELSTEIN:  It looks cool

6         on the internet, he says.

7              THE WITNESS:  Correct.

8         Q.    Mr. Antolini, can you describe

9    the business to me?

10             MR. FINKELSTEIN:  Objection.

11        A.    I was never inside.  The

12   internet says it's a lounge.

13        Q.    Have you ever visited this

14   business?

15        A.    Yes.

16        Q.    When?

17        A.    2019.  Summertime.

18        Q.    And when in 2019 did you visit

19   this business?

20        A.    Early August.

21        Q.    Can you tell me more?

22             MR. FINKELSTEIN:  Objection.

23        A.    Early August, like I said.  I

24   don't keep a diary.

```
 1                    D. ANTOLINI
 2       Q.    And why does that date stick
 3  out in your mind?
 4             MR. FINKELSTEIN:  Objection.
 5         Goes to operation of the mind.
 6       A.    It was summertime.
 7       Q.    When in early August were you
 8  there, Mr. Antolini?
 9       A.    I don't remember exactly.
10       Q.    Do you remember what day of the
11  week it was?
12       A.    No.
13       Q.    Do you remember what time of
14  day it was?
15       A.    Early evening.
16       Q.    Early evening.
17             And were you by yourself?
18       A.    It was still light out.
19       Q.    Were you by yourself or were
20  you with someone else?
21       A.    By myself.
22       Q.    Okay.  Can you tell me more
23  about that day?
24             MR. FINKELSTEIN:  Objection.
25       A.    Yeah.  I was in the Washington
```

```
                                    Page 135
 1                   D. ANTOLINI
 2    Square Park during the day.
 3              Hello?
 4        Q.    I'm listening?
 5        A.    Okay.
 6              MR. FINKELSTEIN:  Objection.
 7        A.    I was in Washington Square Park
 8    and I went around.  I went around, like --
 9              (Unreportable crosstalk.)
10        Q.    I'm listening?
11              THE COURT REPORTER:  I didn't
12         hear that last part.
13              MR. FINKELSTEIN:  He
14         interrupted him, that's why.
15              Objection.
16              THE WITNESS:  What?
17              MR. FINKELSTEIN:  Dino, you're
18         doing fine.
19              What's the story, Madam Court
20         Reporter?  What's going on?  I missed
21         it.
22              THE COURT REPORTER:  The answer
23         I heard was, I was in Washington
24         Square Park and I went around.  I
25         went around.
```

```
                                        Page 136
 1                    D. ANTOLINI
 2              MR. FINKELSTEIN.  Okay.
 3              THE COURT REPORTER:  And then
 4         counsel said, I'm listening, and then
 5         I didn't hear what he said in the
 6         answer.
 7              THE WITNESS:  Like I always do.
 8              MR. FINKELSTEIN:  Note my
 9         objection to his last question,
10         please.
11      Q.    Mr. Antolini, you can continue?
12              MR. FINKELSTEIN:  Objection.
13      A.    I just said that.
14      Q.    Besides that one day in early
15    August of 2019, had you ever been to the
16    business before?
17      A.    Before that, no.
18      Q.    Can you tell me about what
19    happened when you visited the business?
20      A.    I couldn't get in.  They had
21    steps that go in (indiscernible).
22              THE COURT REPORTER:  They had
23         steps that go in?
24              THE WITNESS:  The basement,
25         downstairs.
```

```
 1                    D. ANTOLINI
 2              THE COURT REPORTER:  In the
 3         basement, downstairs.
 4              THE WITNESS:  Yes.
 5       A.    And narrow.  You can't go with
 6  a scooter or wheelchair, and I can't leave
 7  the scooter outside.  There's no place to
 8  put it.
 9       Q.    If you had somewhere to put it,
10  would you have been able to go inside?
11              MR. FINKELSTEIN:  Objection.
12       A.    With help.
13       Q.    With help?
14       A.    Yes.
15              MR. FINKELSTEIN:  Objection.
16       Q.    Okay.  Can you tell me a little
17  bit more about this location, 94 West
18  Houston?
19              MR. FINKELSTEIN:  Objection.
20       A.    I told you, I didn't go in.  I
21  could only tell you what I saw on my iPad.
22       Q.    And what did you see?
23       A.    It looks cool.  It reminds me
24  of my heyday.
25              MR. FINKELSTEIN:  What did he
```

Page 138

```
                           D. ANTOLINI
 1
 2        say?  I didn't hear.  What?
 3              Hold on a second, Dino.
 4              THE WITNESS:  My heyday.
 5              THE COURT REPORTER:  His
 6        heyday.
 7              THE WITNESS:  When I was a
 8        young whippersnapper.
 9              MR. FINKELSTEIN:  Gotcha.
10              THE WITNESS:  I'm not dead.
11              MR. FINKELSTEIN:  Thank God.
12        Q.    Mr. Antolini, can you identify
13   all of the barriers that you encountered
14   that deterred you from entering the
15   premises?
16              MR. FINKELSTEIN:  Objection.
17        Asked and answered.
18        A.    The steps going down.
19        Q.    Were there any others besides
20   the steps?
21              MR. FINKELSTEIN:  Objection.
22        Asked and answered.
23        A.    I didn't see anything else.
24   They're narrow.
25        Q.    Why did you intend to go inside
```

```
1                    D. ANTOLINI
2    the lounge?
3             MR. FINKELSTEIN:  Objection,
4         objection and objection.
5        A.    It looked cool.
6             MR. FINKELSTEIN:  Asked and
7         answered about seven times.
8        Q.    And besides the fact that it
9    looked cool, did you have any other
10   intention of going there?
11            MR. FINKELSTEIN:  Objection.
12       A.    No.  I was curious.
13       Q.    Okay.  And what do you mean
14   when you say that you were curious?
15            MR. FINKELSTEIN:  Objection.
16       A.    I'll try anyplace.
17       Q.    But Mr. Antolini --
18            MR. FINKELSTEIN:  Objection to
19         the but.
20       Q.    -- before you said that you
21   don't really drink cocktails when you go
22   out.  Is that accurate?
23            MR. FINKELSTEIN:  Objection.
24         Objection.  Objection.
25       A.    Yeah.
```

```
 1                    D. ANTOLINI
 2       Q.    So why -- why were you visiting
 3   this location if you don't drink cocktails?
 4            MR. FINKELSTEIN:  Objection,
 5        but you can answer.
 6       A.    Without a doubt, they have
 7   wine.
 8            THE VIDEOGRAPHER:  Excuse me.
 9        Mr. Antolini, your finger is on the
10        web cam.
11            MR. FINKELSTEIN:  Okay.  There
12        you go.
13            THE WITNESS:  I have to get
14        help.  Okay.  Wait.  Okay.
15            Can you see me now?  How about
16        now?
17            MR. FINKELSTEIN:  Good.
18        Excellent.
19            MR. MIZRAHI:  Susan, can you
20        repeat the last question and answer?
21            (Whereupon, the referred to
22        question and answer was read back by
23        the Reporter.)
24       Q.    Have you been back to 94 West
25   Houston Street since August of 2019?
```

```
                                      Page 141
 1                    D. ANTOLINI
 2              MR. FINKELSTEIN:  Objection.
 3         A.    Yes.
 4         Q.    When?
 5              MR. FINKELSTEIN:  Asked and
 6          answered.  Objection.
 7         A.    I went 2019.  Then I went after
 8    COVID.
 9              THE WITNESS:  Hello?
10              THE COURT REPORTER:  We can
11          hear you.
12         Q.    Mr. Antolini, do you have any
13    future plans to go back to 94 West Houston
14    Street?
15         A.    Yeah, if I could get in.
16         Q.    Can you tell me --
17         A.    It looks great.  It looks cool.
18         Q.    Can you tell me about those
19    plans?
20              MR. FINKELSTEIN:  Objection.
21         A.    When I go out, I go past there.
22         Q.    When are you planning on going
23    back there?
24         A.    Whenever the weather is nice
25    and my health is good.
```

```
                                        Page 142
 1                   D. ANTOLINI
 2       Q.    Okay.  Let's say the weather is
 3   great and you're in good health --
 4             MR. FINKELSTEIN:  Objection.
 5       Q.    -- when are you planning on
 6   going back there?
 7             MR. FINKELSTEIN:  Objection.
 8        Asked and answered seven times.
 9        Eight times, strike that.
10       A.    Like I said, whenever.
11       Q.    But you don't have any specific
12   plans?
13       A.    No.  Like I said --
14             MR. FINKELSTEIN:  Objection.
15       A.    -- spur of the moment,
16   spontaneous.  That's how I live.
17   Especially now with the COVID.  You never
18   know.  You never know.
19       Q.    And Mr. Antolini, how many
20   times have you traveled to (indiscernible)
21   in 2018?
22             THE COURT REPORTER:  Your
23        question -- I'm sorry, counsel, your
24        question cut out.
25             Hang on, Mr. Antolini.
```

```
                                        Page 143
 1                   D. ANTOLINI
 2              I have, question, Mr. Antolini,
 3         how many times have you traveled, and
 4         then your audio cut out on me.
 5              THE WITNESS:  Yeah.  Me too.
 6              MR. FINKELSTEIN:  Objection.
 7         Asked and answered.
 8        Q.    I asked how many times have you
 9   traveled to this business in 2018?
10              MR. FINKELSTEIN:  Objection.
11        A.    Never.
12        Q.    And how many times did you
13   travel to this business in 2019?
14              MR. FINKELSTEIN:  Objection.
15        A.    I went by there several times.
16        Q.    When did you go there in 2019
17   besides --
18              MR. FINKELSTEIN:  Objection.
19        Q.    -- the first week of August?
20              MR. FINKELSTEIN:  Objection.
21        A.    Afterwards.
22        Q.    Do you recall when?
23        A.    Like a month later.
24        Q.    Besides August of 2019 and
25   besides a month later, did you go any other
```

                         D. ANTOLINI

1

2    times in 2019?

3         A.    No.

4         Q.    How many times did you go to

5    that business in --

6              MR. MIZRAHI:  I'm sorry, can

7          you strike that, Susan?

8         Q.    Mr. Antolini, when you were

9    there in 2019, who did you go there with?

10             MR. FINKELSTEIN:  Objection.

11        A.    By myself.

12             MR. FINKELSTEIN:  Asked and

13         answered.

14        A.    You asked that question

15   already.

16        Q.    Mr. Antolini, how many times

17   did you go to that business in 2020?

18             MR. FINKELSTEIN:  Objection.

19        A.    I don't remember.

20        Q.    And how many times have you

21   gone to that business in 2020?

22             MR. FINKELSTEIN:  Hold on a

23         second.  Hold on a second, Dino.

24             Did you catch his question?  I

25         didn't catch it.

```
 1                    D. ANTOLINI
 2              THE COURT REPORTER:  You froze
 3        for a minute there.
 4              How many times have you gone to
 5        that business in 2020?
 6              MR. FINKELSTEIN:  Objection.
 7        A.    I never went, no.
 8        Q.    How many times have you gone to
 9   that business in 2021?
10        A.    I haven't gone in.
11              MR. FINKELSTEIN:  Objection.
12        A.    Never gone in.  I went by there
13   at least several times.
14        Q.    How many times?
15              MR. FINKELSTEIN:  Objection.
16        Asked and answered.
17        A.    At least two.
18        Q.    Do you recall when?
19        A.    Beginning of August and
20   yesterday.
21        Q.    Mr. Antolini, earlier today,
22   you said that you served --
23              MR. MIZRAHI:  I'm sorry, you
24        can strike that, Susan.
25        Q.    Mr. Antolini, have you ever
```

```
 1                    D. ANTOLINI
 2   served as a plaintiff in a lawsuit before?
 3             MR. FINKELSTEIN:  Objection.
 4        A.    What do you mean?
 5        Q.    Do you know what a plaintiff
 6   is?
 7        A.    Yeah.
 8        Q.    Have you ever served as a
 9   plaintiff in a lawsuit before?
10        A.    Yes.
11        Q.    How many cases have you served
12   as a plaintiff in?
13             MR. FINKELSTEIN:  Objection.
14        A.    I don't know.
15        Q.    Can you use your best estimate?
16             MR. FINKELSTEIN:  Objection.
17        A.    I don't know.
18        Q.    Is it one?  Is it two?
19             MR. FINKELSTEIN:  Objection.
20        A.    I went to (indiscernible).
21             THE COURT REPORTER:  I'm sorry.
22         Hang on.  Can you repeat that?  I
23          didn't hear it.
24        A.    I went to Foley Square meeting
25   room with a referee several times.
```

```
 1                     D. ANTOLINI
 2      Q.    Mr. Antolini, I'm not asking
 3  how many times you've actually been to
 4  court.  What I'm asking you is how many
 5  cases you've ever filed?  How many cases --
 6              MR. FINKELSTEIN:  Objection.
 7      Q.    -- where you're named as a
 8  plaintiff?
 9              MR. FINKELSTEIN:  Objection.
10      A.    I don't know exactly.  My
11  lawyer would know.
12      Q.    Can you tell me about these
13  cases?
14              MR. FINKELSTEIN:  Objection.
15      A.    I don't know.  I'm not a
16  lawyer.
17      Q.    Mr. Antolini, just based on
18  what you know, can you tell me about these
19  cases?
20              MR. FINKELSTEIN:  Objection.
21       Asked and answered four times.
22      A.    I don't know.
23      Q.    You don't know what these cases
24  are?
25              MR. FINKELSTEIN:  Objection.
```

```
 1                    D. ANTOLINI
 2        Same objection.
 3        A.    I don't know.  I'm not a
 4   lawyer.
 5        Q.    In your own words, can you tell
 6   me what these cases are about?
 7              MR. FINKELSTEIN:  Same
 8         objection.  Harassment now.  That's
 9         the sixth time, I believe, you've
10         asked it now.
11        A.    (Indiscernible.)
12        Q.    Mr. Antolini, can you repeat
13   that?
14        A.    ADA.
15        Q.    Mr. Antolini, are you aware
16   that you're named as a plaintiff in 16
17   other lawsuits --
18              MR. FINKELSTEIN:  Objection.
19        Q.    -- filed in the Southern
20   District of New York?
21              MR. FINKELSTEIN:  Objection.
22        A.    If my lawyer says that, yes.
23        Q.    Mr. Antolini, I'm not asking
24   what your lawyer said.
25              MR. FINKELSTEIN:  Objection.
```

```
 1                    D. ANTOLINI
 2        Q.    I'm asking -- I'm asking if
 3   you're aware that you're named as a
 4   plaintiff in 16 other lawsuits in the
 5   Southern District of New York?
 6              MR. FINKELSTEIN:  Objection.
 7        A.    I don't know the exact number.
 8   I know it's a lot.
 9        Q.    Mr. Antolini, are you familiar
10   with the business at 8288 Fulton Street?
11              MR. FINKELSTEIN:  Objection.
12        A.    I don't keep a diary.
13        Q.    Do you know where Fulton Street
14   is?
15              MR. FINKELSTEIN:  Objection.
16        A.    Yeah.
17        Q.    Okay.  Do you know the business
18   at 8288 Fulton Street?
19              MR. FINKELSTEIN:  Objection.
20        Asked and answered.
21        A.    No.
22        Q.    Have you ever visited the
23   business at 8288 Fulton Street?
24              MR. FINKELSTEIN:  Objection.
25        A.    I went by there.
```

```
                                              Page 150
 1                    D. ANTOLINI
 2               THE COURT REPORTER:  I went by
 3          there?
 4          Q.    I'm sorry?
 5          A.    (Indiscernible.)
 6               THE COURT REPORTER:  Repeat
 7          that?
 8          A.    It's by the courthouse right
 9     there.  Best of my recollection.  Like I
10     said, I don't keep a diary.
11          Q.    I'm not asking you if you keep
12     a diary.  I'm asking, sitting --
13               MR. FINKELSTEIN:  Objection.
14          Q.    -- sitting here today, have you
15     ever been to the business at 8288 Fulton
16     Street?
17               MR. FINKELSTEIN:  Asked and
18          answered.  Objection.
19          A.    I never went in.
20               MR. MIZRAHI:  I'm sorry.
21          Susan, did you get that?
22               (Whereupon, the referred to
23          answer was read back by the
24          Reporter.)
25          Q.    When you say you've never went
```

```
1                    D. ANTOLINI
2  in, what are you referring to?
3            MR. FINKELSTEIN:  Objection.
4       A.    I couldn't get in.
5       Q.    Where?  Where are you referring
6  to?  Where?
7            MR. FINKELSTEIN:  Objection.
8       A.    You said Fulton Street.
9       Q.    What is at that address,
10  Mr. Antolini?
11            MR. FINKELSTEIN:  Objection.
12       A.    I don't know.  Like I said, I
13  don't keep a diary.
14       Q.    So if you don't keep a diary,
15  you know, I'm asking, sitting here today,
16  do you know what that business is at 8288
17  Fulton Street?
18            MR. FINKELSTEIN:  Asked and
19         answered three times.  Objection.
20       A.    No.  Here we go again.
21       Q.    When did you visit the business
22  at 8288 Fulton Street?
23            MR. FINKELSTEIN:  Asked and
24         answered four times, I believe.
25         Objection.
```

Page 152

```
                              D. ANTOLINI
 1
 2            MR. MIZRAHI:  Susan, you can
 3        repeat the question?
 4            (Whereupon, the referred to
 5        question was read back by the
 6        Reporter.)
 7        A.    I don't remember the date.
 8            MR. MIZRAHI:  And, Susan, the
 9        address is 8288 Fulton Street.
10            THE COURT REPORTER:  I did have
11        that.  I transposed the numbers.
12        Sorry.
13        Q.    Mr. Antolini, are you familiar
14    with a business by the name of Wall Street
15    Bath & Spa?
16        A.    No.
17            MR. FINKELSTEIN:  Objection.
18        Objection.
19        Q.    Mr. Antolini, are you familiar
20    with a business by the name of Athena Nail
21    Spa?
22            MR. FINKELSTEIN:  Objection.
23        A.    No.
24        Q.    Mr. Antolini, are you familiar
25    with a business by the name of Benny's Thai
```

```
                                          Page 153
 1                    D. ANTOLINI
 2    Cafe?
 3              MR. FINKELSTEIN:  Objection.
 4         A.    No.
 5         Q.    What about Isaac Fulton
 6    Haircutter?
 7              MR. FINKELSTEIN:  Objection.
 8         A.    No.
 9         Q.    And Asia Walk?
10              MR. FINKELSTEIN:  Objection.
11         A.    No.
12         Q.    What about Mr. Rafael's
13    Cleaners & Tailoring?
14              MR. FINKELSTEIN:  Objection.
15         A.    No.
16         Q.    What about My Opticians?
17              MR. FINKELSTEIN:  Objection.
18         A.    No.
19         Q.    What about NY City Buyers?
20              MR. FINKELSTEIN:  Objection.
21         A.    No.
22         Q.    What about Tandoor Palace?
23              MR. FINKELSTEIN:  Objection.
24         A.    No.
25         Q.    So, for the record, you're not
```

```
 1                   D. ANTOLINI
 2   familiar with any of those businesses?
 3             MR. FINKELSTEIN:  Objection.
 4        Asked and answered.
 5        A.    No.  I never went in there.
 6        Q.    I'm not asking if you've ever
 7   been in there; I'm asking if you're
 8   familiar with any businesses by those
 9   names?
10             MR. FINKELSTEIN:  Objection.
11        A.    No.
12        Q.    I'm sorry, Mr. Antolini, can
13   you repeat that?
14        A.    No.
15        Q.    Is it your testimony that
16   you've never visited any of those
17   businesses?
18             MR. FINKELSTEIN:  Objection.
19        That's --
20        A.    I never went in.
21             MR. FINKELSTEIN:  That's based
22        on privilege, and a matter of public
23        record.
24        Q.    Mr. Antolini, can you repeat
25   that?
```

Page 155

```
 1                       D. ANTOLINI
 2        A.      I never went in.
 3        Q.      Mr. Antolini, I'm not asking if
 4    you've ever went in; I'm asking if you've
 5    ever visited them?
 6              MR. FINKELSTEIN:  Objection.
 7          Asked and answered.
 8        A.      Visiting and going in, he's
 9    using semantics (indiscernible).
10              THE COURT REPORTER:  I'm sorry,
11          I didn't hear that.  Can you repeat
12          it, please?
13              THE WITNESS:  I think they're
14          underground.  They're all street
15          level.
16              THE COURT REPORTER:  I think
17          they're underground.  They're all
18          street level.  Got it.
19              THE WITNESS:  I think the
20          lawyer is using semantics to confuse
21          me.  (Indiscernible.)
22              MR. FINKELSTEIN:  Relax, Dino.
23          Relax.  Take it easy, please.
24              THE COURT REPORTER:  I didn't
25          hear him.  I'm sorry.
```

D. ANTOLINI

1
2          THE WITNESS:  I'm not -- I'm a
3      sick man.  This guy is harassing me.
4      I'll file a complaint with the judge
5      if I can.
6          MR. FINKELSTEIN:  Dino, do you
7      want to take a break?
8          (Unidentified woman speaking.)
9          MR. FINKELSTEIN:  Dino, let's
10     take a break.  I got 12:44.  Let's
11     make it until five after 1.
12         MR. MIZRAHI:  We're not going
13     to wait that long, Stuart.
14         MR. FINKELSTEIN:  I don't care
15     what you want.  His blood pressure is
16     up.  He's not feeling well.  We're
17     not interested in what you're waiting
18     for.  I'm not asking you, I'm telling
19     you, we're taking a 15-minute break.
20         MR. MIZRAHI:  Jason, if you can
21     please note the time for the record.
22     We're going to --
23         MR. FINKELSTEIN:  It's 12:44.
24         MR. MIZRAHI:  We're going to --
25         MR. FINKELSTEIN:  It's 12:44.

```
 1                    D. ANTOLINI
 2           MR MIZRAHI:  -- we're going to
 3        reserve the right to include this
 4        time --
 5           MR. FINKELSTEIN:  Of course.
 6        Of course.
 7           MR. MIZRAHI:  -- on top of our
 8        -- on top of our deposition time.
 9           MR. FINKELSTEIN:  Of course.
10        12:44.  Five after, okay.
11           And mute, right, you said,
12        Susan?  Because if we leave, it will
13        be crazy, right, Jason?
14           THE VIDEOGRAPHER:  Yes.  Off
15        the record at 12:45.
16           (Whereupon, a brief recess was
17        taken.)
18           THE VIDEOGRAPHER:  We are now
19        back on the record.  The time is 1:06 p.m.
20           MR. MIZRAHI:  This is Jason
21        Mizrahi, counsel for defendants.
22        We've taken another 21-minute break.
23        Defendants have an additional 21
24        minutes, for a combined total of 42
25        minutes to add to the continued
```

```
 1                    D. ANTOLINI
 2        deposition of Mr. Antolini.
 3   BY MR. MIZRAHI:
 4        Q.    Mr. Antolini, are you familiar
 5   with the business at 110 Thompson Street,
 6   New York, New York 10012?
 7              MR. FINKELSTEIN:  Objection to
 8         form.
 9              Again, totally outside the
10         scope of this lawsuit.  Other places
11         he's bringing up have nothing to do
12         with this lawsuit, so I just want to
13         put that --
14              MR. MIZRAHI:  Susan, please
15         note --
16              MR. FINKELSTEIN:  -- objection
17         for the record.
18              MR. MIZRAHI:  Susan, Susan,
19         before you read the question again,
20         please note opposing counsel's
21         improper speaking objection for the
22         record.
23              And Susan, you could please --
24              MR. FINKELSTEIN:  Note my
25         objection to his objection, please.
```

```
                        D. ANTOLINI
1
2               MR. MIZRAHI:  -- you can state
3           the question again, please.
4               (Whereupon, the referred to
5           question was read back by the
6           Reporter.)
7       A.    What does this have to do with
8   this?  I want to know?
9       Q.    Mr. Antolini?
10      A.    Yeah.  I want to know?  What
11  does that have to do with this?
12      Q.    Mr. Antolini?
13      A.    Are you just (indiscernible).
14              THE COURT REPORTER:  I'm sorry,
15          I didn't hear that.
16      A.    What does it have to do with
17  this?
18      Q.    Mr. Antolini, can you hear me?
19      A.    Yeah.
20      Q.    Okay.  Mr. Antolini, let me be
21  clear with you --
22              MR. FINKELSTEIN:  Objection.
23      Q.    -- that the judge has given me
24  five days to take your deposition.
25              MR. FINKELSTEIN:  Objection.
```

```
                                          Page 160
 1                    D. ANTOLINI
 2        A.      (Indiscernible.)
 3        Q.      No.  He gave me Monday, Tuesday
 4   Wednesday, Thursday, Friday.  I have -- I
 5   have all the time to sit and take your
 6   deposition.
 7             MR. FINKELSTEIN:  Objection.
 8          Sounds like harassment.
 9             MR. MIZRAHI:  No.
10        Q.    Mr. Antolini, listen to me.
11             MR. FINKELSTEIN:  Objection to
12          listen to me.
13        Q.    Okay.  I'm just asking you to
14   answer my questions.  The sooner you answer
15   my questions, the sooner we can be done.
16             MR. FINKELSTEIN:  Objection.
17        Q.    Okay?
18             MR. MIZRAHI:  So, Susan, please
19          repeat the question that was asked.
20             THE WITNESS:  Hello?
21             THE COURT REPORTER:  Sorry, I
22          was getting to that spot,
23          Mr. Antolini.
24             (Whereupon, the referred to
25          question was read back by the
```

                        D. ANTOLINI

1

2          Reporter.)

3                MR. FINKELSTEIN:  Are we back

4          on the record?

5      A.     (Indiscernible).

6                THE COURT REPORTER:  Can you

7          repeat that?

8                THE WITNESS:  Am I a

9          computer --

10               MR. FINKELSTEIN:  Am I a

11         computer.

12               THE WITNESS:  -- to have all of

13         the addresses memorized?

14     Q.    Mr. Antolini, please answer the

15  question.

16     A.    I know my --

17               MR. FINKELSTEIN:  Objection.

18         Objection.  Asked and answered.

19               (Unreportable crosstalk.)

20               THE COURT REPORTER:  I didn't

21         hear his answer over the objection.

22               I'm sorry, can you repeat that

23         answer, Mr. Antolini.

24               THE WITNESS:  I have no idea

25         what he's talking about.  That's my

```
1                    D. ANTOLINI
2         answer.  Final answer.
3         Q.    Mr. Antolini, are you familiar
4    with a restaurant by the name of Coquette?
5         A.    Who?
6              MR. FINKELSTEIN:  Objection.
7         A.    Like I said, I don't keep a
8    diary.
9         Q.    Mr. Antolini, my question was
10   if you're familiar with a restaurant by the
11   name of Coquette?
12             MR. FINKELSTEIN:  Objection.
13        Asked and answered.
14        A.    I don't keep a diary.
15        Q.    Mr. Antolini, I'm not asking
16   whether or not you keep a diary.
17        A.    I said no.
18        Q.    Okay.
19        A.    I have no idea where you're
20   going.  What are you trying to do?  What
21   does it have to do with Madame X?
22        Q.    Mr. Antolini, I'm going to ask
23   the questions and you're going to answer
24   them.
25             MR. FINKELSTEIN:  Objection.
```

```
 1                    D. ANTOLINI
 2      A.     Really?
 3      Q.     Okay?
 4             MR. FINKELSTEIN:  Objection.
 5      A.     (Indiscernible.)
 6      Q.     Very respectfully, this is your
 7   deposition.
 8             MR. FINKELSTEIN:  Objection.
 9      Q.     I ask the questions and you
10   have to answer them.
11      A.     I have no idea.
12             MR. FINKELSTEIN:  Objection.
13        Objection.
14             What's the answer?  Madam Court
15        Reporter, I have no idea, is that
16        what he said?
17             (Whereupon, the referred to
18        answer was read back by the
19        Reporter.)
20             MR. FINKELSTEIN:  Thank you.
21      Q.     What about the restaurant
22   located at 545 East 5th Street --
23             MR. FINKELSTEIN:  Objection.
24      Q.     -- New York, New York 10009?
25             MR. FINKELSTEIN:  Same
```

```
1                    D. ANTOLINI
2        objection.
3        A.    I don't know.
4        Q.    It also has another address;
5    it's 76 Avenue B, New York, New York,
6    10009?
7              MR. FINKELSTEIN:  Objection.
8        A.    (Indiscernible.)
9              THE COURT REPORTER:  Repeat
10        that?
11        A.    By Tompkins Park.  I know.
12        Q.    And are you familiar with a
13    business at 76 Avenue B?
14              MR. FINKELSTEIN:  Objection.
15        A.    I'm not -- not in it.
16        Q.    I didn't hear you?
17        A.    I know it's by Tompkins Park.
18        Q.    I asked if you've ever been to
19    the business at 76 Avenue B?
20              MR. FINKELSTEIN:  Objection.
21        A.    Never been in.  Never been in.
22              MR. FINKELSTEIN:  Objection.
23        Q.    Have you ever -- have you ever
24    visited it?
25              MR. FINKELSTEIN:  He answered.
```

Page 165

```
 1                        D. ANTOLINI
 2          He said never been in.
 3                Note my objection.
 4                MR. MIZRAHI:  Susan, Susan,
 5          please note the improper speaking
 6          objection for the record.
 7                MR. FINKELSTEIN:  Madam Court
 8          Reporter, did you transcribe what he
 9          said, never been in?  I just want to
10          make sure.
11                THE COURT REPORTER:  Yes.
12          Q.    Mr. Antolini, I'm not asking
13    you if you've ever been in.  I'm asking if
14    you ever visited it?
15                MR. FINKELSTEIN:  Objection.
16          A.    What do you mean did I visit
17    it?
18          Q.    Have you ever attempted to
19    visit that --
20                MR. FINKELSTEIN:  Objection.
21          Q.    -- business?
22                MR. FINKELSTEIN:  Objection.
23          A.    Yes.
24          Q.    Okay.  What is that business?
25                MR. FINKELSTEIN:  Objection.
```

```
 1                    D. ANTOLINI
 2        A.    I have no -- I don't remember.
 3        Q.    A moment ago you said that you
 4   attempted to visit it?
 5              MR. FINKELSTEIN:  Objection.
 6         Argumentative.  Objection.
 7        A.    Yes.
 8        Q.    So I'm going to ask you again,
 9   what is that business?
10              MR. FINKELSTEIN:  Objection.
11        A.    I don't know.
12        Q.    So if you don't know, how can
13   you tell me that you visited it?
14        A.    I was never in there.
15        Q.    Mr. Antolini, I'm not asking
16   you if you've ever --
17              MR. FINKELSTEIN:  Objection.
18         Objection.  Asked and answered.
19        Q.    Mr. Antolini?
20        A.    (Indiscernible.)
21        Q.    Mr. Antolini, I asked if you've
22   ever attempted to visit the business?
23        A.    Yes.
24              MR. FINKELSTEIN:  Objection.
25        Q.    And what did you --
```

```
 1                    D. ANTOLINI
 2      A.    I wouldn't lie.
 3      Q.    Can you say that again?
 4      A.    I wouldn't lie.
 5      Q.    Okay.  What is that -- what is
 6   that business address?  What is that?
 7      A.    I don't remember.
 8            MR. FINKELSTEIN:  Objection.
 9      Q.    If you don't -- if you don't
10   remember, how can you remember that you
11   ever attempted to visit it?
12            MR. FINKELSTEIN:  Objection.
13       Harassment.  Objection.
14      A.    I'm telling you, I don't
15   remember the name.
16      Q.    Okay.  When did you visit this
17   business?
18            MR. FINKELSTEIN:  Objection.
19            THE WITNESS:  Hello?
20       (Indiscernible).
21            MR. FINKELSTEIN:  What, Dino?
22       That must be his battery.
23            Dino, you there?
24            THE WITNESS:  Hold on.
25            MR. FINKELSTEIN:  Okay.  No
```

Page 168

```
 1                    D. ANTOLINI
 2        worries.
 3               THE WITNESS:  I'm here.
 4               MR. FINKELSTEIN:  Good.
 5               MR. MIZRAHI:  Madam Court
 6        Reporter, could you please repeat the
 7        last question that was asked?
 8               THE COURT REPORTER:  Sure.
 9               (Whereupon, the referred to
10        question was read back by the
11        Reporter.)
12               MR. FINKELSTEIN:  Objection.
13        A.    I have no idea.
14        Q.    Mr. Antolini, do you recall how
15    many times you visited the business?
16               MR. FINKELSTEIN:  Objection.
17        Argumentative.
18        A.    I don't remember.
19               MR. FINKELSTEIN:  And
20        harassment.  Objection.
21        Q.    Do you know what's located at
22    that business address?
23               MR. FINKELSTEIN:  Objection.
24        A.    I have no idea where you're
25    going.
```

```
 1                    D. ANTOLINI
 2       Q.     And do you have any plans to go
 3   back to that address, Mr. Antolini?
 4               MR. FINKELSTEIN:  Same
 5          objection.
 6       A.     Are you a lawyer
 7   (indiscernible).
 8               MR. MIZRAHI:  Madam Court
 9          Reporter --
10               THE COURT REPORTER:  I didn't
11          hear the ending --
12               MR. MIZRAHI:  -- can you please
13          repeat the last question?
14               THE COURT REPORTER:  I didn't
15          hear the ending of his answer.
16               The question was, And do you
17          have any plans to go back to that
18          address, Mr. Antolini?
19               Mr. Finkelstein, same
20          objection.
21               And then I didn't hear the
22          answer.
23               THE WITNESS:  I don't know.
24               THE COURT REPORTER:  Okay.
25               Sorry, counsel, what did you
```

```
                                        Page 170
 1                    D. ANTOLINI
 2        want me to read back?
 3               MR. FINKELSTEIN:  Me?
 4               THE COURT REPORTER:  Someone
 5        asked me to read --
 6               THE WITNESS:  I don't know.
 7        Q.    Mr. Antolini, are you familiar
 8    with the address at 222 Thompson Street,
 9    New York, New York?
10               MR. FINKELSTEIN:  Same
11          objection, pursuant to Rule 30(a) on
12          grounds.  Same objection.
13        A.    I don't know.
14        Q.    Have you ever visited that
15    business address?
16               MR. FINKELSTEIN:  Same
17          objection.
18        A.    Yeah.  I never went in.
19        Q.    Have you ever attempted to
20    visit that business address?
21               MR. FINKELSTEIN:  Objection.
22        A.    (Indiscernible.)
23               THE COURT REPORTER:  Can you
24          repeat that?
25               THE WITNESS:  (Indiscernible.)
```

```
 1                      D. ANTOLINI
 2              THE COURT REPORTER:  I mostly
 3         went by?
 4              THE WITNESS:  I must have.
 5              THE COURT REPORTER:  Must have
 6         went by.  Okay.
 7         Q.    When did you attempt to visit
 8    this business?
 9              MR. FINKELSTEIN:  Objection.
10         A.    I have no idea.
11         Q.    How many times did you attempt
12    to visit this business?
13         A.    I don't know.
14              MR. FINKELSTEIN:  Objection.
15         Q.    What date did you attempt --
16              MR. FINKELSTEIN:  Objection.
17         Q.    -- to visit this business?
18         A.    I don't know.
19         Q.    Why did you attempt to visit --
20              MR. FINKELSTEIN:  Objection.
21         Q.    -- this business?
22         A.    I don't know.
23              THE COURT REPORTER:  You guys
24         are talking over each other.  Just
25         give it a little breath in between,
```

Page 172

```
                          D. ANTOLINI
 1
 2          because it's going on top of each
 3          other.
 4       Q.    Do you have any future plans to
 5   visit this business?
 6             MR. FINKELSTEIN:  Objection.
 7       A.    I don't know what you're
 8   talking about.
 9       Q.    I'm talking about the business
10   at 222 Thompson Street, New York, New York?
11       A.    I don't know.  I told you
12   everything's spur of the moment,
13   spontaneous.  (Indiscernible).
14       Q.    Fair --
15             (Unreportable crosstalk.)
16             MR. FINKELSTEIN:  Let him
17          finish his question [sic], sir.  He's
18          still -- he's talking, you're
19          interrupting him.
20             What's the last thing you heard
21          him say, please, Madam Court
22          Reporter?
23             (Whereupon, the referred to
24          answer was read back by the
25          Reporter.)
```

```
 1                    D. ANTOLINI
 2              MR. FINKELSTEIN:  Thank you.
 3        A.    I will go if I have a chance.
 4        Q.    Do you know what that business
 5   address is?
 6              MR. FINKELSTEIN:  Objection.
 7        A.    No.
 8        Q.    So you don't have any specific --
 9              MR. FINKELSTEIN:  Objection.
10        A.    I don't keep a diary.
11              MR. FINKELSTEIN:  Same
12         objection.
13        Q.    Mr. Antolini, are you familiar
14   with --
15        A.    (Indiscernible).  I don't keep
16   a diary.  Okay?  (Indiscernible).  If I
17   have a stroke, I'm gonna blame you.
18              THE COURT REPORTER:  I'm sorry,
19         all I heard was, I don't keep a
20         diary, okay?
21              I didn't hear what he said
22         after that.
23              THE WITNESS:  But now I will.
24         And if I have a stroke, I blame him.
25        Q.    Mr. Antolini?
```

```
 1                    D. ANTOLINI
 2      A.    You're harassing me.
 3      Q.    I'm asking you a question,
 4  Mr. Antolini?
 5            MR. FINKELSTEIN:  Objection.
 6      A.    You're harassing me.
 7      Q.    Mr. Antolini, are you familiar
 8  with a business at 195 10th Avenue --
 9            MR. FINKELSTEIN:  Objection.
10      Q.    -- New York, New York --
11            MR. FINKELSTEIN:  Same
12        objection.
13      Q.    10011?
14            MR. FINKELSTEIN:  Objection.
15      A.    Yeah.
16            THE COURT REPORTER:
17        Mr. Antolini, can you just take your
18        finger off the camera?
19            THE WITNESS:  Okay.
20            THE COURT REPORTER:  Thank you.
21            THE WITNESS:  Okay.  You're
22        welcome.
23            MR. MIZRAHI:  Madam Court
24        Reporter, you can repeat the
25        question.
```

```
                                        Page 175
 1                    D. ANTOLINI
 2              THE COURT REPORTER:  Sure.
 3              (Whereupon, the referred to
 4         question was read back by the
 5         Reporter.)
 6              MR. FINKELSTEIN:  And note my
 7         objection, please, ma'am.  Thank you.
 8         A.    If it was by (indiscernible)
 9    street, yes.
10              THE COURT REPORTER:  If it was
11         by what street?
12              THE WITNESS:  23rd.
13              THE COURT REPORTER:  23rd
14         Street.
15              THE WITNESS:  2-3.
16         Q.    Mr. Antolini, what is this
17    business address?
18              MR. FINKELSTEIN:  Objection.
19         A.    What?
20              MR. MIZRAHI:  Madam Court
21         Reporter, you can ask the question
22         again.
23              (Whereupon, the referred to
24         question was read back by the
25         Reporter.)
```

                        D. ANTOLINI
1
2            MR. FINKELSTEIN:  Note my
3       objection.
4       A.    I have no idea.
5       Q.    Have you ever been --
6       A.    I don't keep a diary.  But now
7   I will.
8       Q.    Okay.  Mr. Antolini, I'm not
9   asking if you keep a diary.
10           MR. FINKELSTEIN:  Objection.
11      A.    I don't keep one.  But now I
12  will.
13      Q.    I'm not asking -- I'm not
14  asking you if you --
15      A.    Believe me, now I will.
16      Q.    I'm not asking you --
17           (Unreportable crosstalk.)
18      Q.    Mr. Antolini, I'm not
19  interested in knowing if you keep a diary.
20  I'm interested in knowing if you know the
21  business address at 195 10th Avenue?
22           MR. FINKELSTEIN:  Objection.
23      A.    If it's by 23rd Street.
24      Q.    Do you know what is located at
25  that business?

```
 1                    D. ANTOLINI
 2              MR. FINKELSTEIN:  Objection.
 3      A.     If it's by 23rd Street.
 4      Q.     Are you familiar with a
 5   restaurant by the name of Pepe Giallo?
 6              MR. FINKELSTEIN:  Objection.
 7      A.     Yes.
 8      Q.     What is it?
 9              MR. FINKELSTEIN:  Objection.
10      A.     A restaurant.
11      Q.     What kind of restaurant is it?
12              MR. FINKELSTEIN:  Objection.
13      A.     Spanish.
14      Q.     Have you ever attempted to
15   visit this business?
16              MR. FINKELSTEIN:  Objection.
17      A.     Yes.
18      Q.     When?
19              MR. FINKELSTEIN:  Objection.
20      A.     I don't remember.
21      Q.     What date did you attempt to
22   visit this business?
23              MR. FINKELSTEIN:  Objection.
24      A.     I don't remember.
25      Q.     What time did you attempt --
```

```
 1                  D. ANTOLINI
 2            MR. FINKELSTEIN:  Objection.
 3       Q.    -- to visit this business?
 4            MR. FINKELSTEIN:  Objection.
 5       A.    I don't remember.
 6       Q.    Who were you with when you
 7  attempted to visit this business?
 8            MR. FINKELSTEIN:  Objection.
 9       A.    By myself.
10       Q.    How many times -- how many
11  times have you attempted to visit this
12  business?
13            MR. FINKELSTEIN:  Objection.
14       A.    Once.
15       Q.    Mr. Antolini, are you familiar
16  with the business at 228 Thompson Street in --
17            MR. FINKELSTEIN:  Objection.
18       Q.    --New York, New York --
19            MR. FINKELSTEIN:  Asked and
20       answered.
21       Q.    -- 10012?
22            MR. FINKELSTEIN:  Asked and
23       answered about seven, eight minutes
24       ago.  Objection.
25       Q.    Mr. Antolini?
```

Page 179

                         D. ANTOLINI

1

2        A.     You asked me that seven times

3    already.

4        Q.     I haven't asked you this

5    question before, Mr. Antolini --

6               MR. FINKELSTEIN:  Objection.

7        Q.     -- and I'm going to ask it --

8    I'm going to just ask it again.

9               Have you --

10              MR. FINKELSTEIN:  Objection.

11       Q.     Have you ever -- are you

12   familiar with the business at 228 Thompson

13   Street --

14              MR. FINKELSTEIN:  Objection.

15       Q.     -- in New York, New York?

16       A.     I don't know.

17       Q.     Have you ever visited this

18   business?

19              MR. FINKELSTEIN:  Objection.

20       A.     I never went in.

21       Q.     Have you ever attempted to

22   visit this business?

23              MR. FINKELSTEIN:  Objection.

24       A.     Yes.

25       Q.     When?

Page 180

```
 1                    D. ANTOLINI
 2              MR. FINKELSTEIN:   Objection.
 3        A.    I don't remember.
 4        Q.    How can you be sure that you've
 5   attempted to visit it if you can't remember
 6   what time you visited?
 7              MR. FINKELSTEIN:   Objection.
 8        A.    (Indiscernible).
 9              THE COURT REPORTER:   I'm sorry,
10        I didn't hear his answer over the
11        objection.
12        A.    I'm not an idiot.  I don't keep
13   a diary.
14        Q.    When did you attempt to visit
15   this business?
16              MR. FINKELSTEIN:   Objection.
17        A.    You're harassing me.
18        Q.    Mr. Antolini, I'm just asking
19   you a question.
20              MR. FINKELSTEIN:   Objection.
21        A.    No, you're not.  You're
22   attempting to (indiscernible).  You're
23   harassing me.  (Indiscernible).
24              THE COURT REPORTER:   I'm not --
25        Q.    Mr. Antolini, when did you
```

```
 1                    D. ANTOLINI
 2   attempt to visit this business?
 3              MR. FINKELSTEIN:  Objection.
 4       A.    I have no idea.
 5       Q.    Mr. Antolini, are you familiar
 6   with a business at 160 --
 7              MR. FINKELSTEIN:  Objection.
 8       Q.    -- Eighth Avenue, New York, New
 9   York 10011?
10              MR. FINKELSTEIN:  Objection.
11       A.    I have no idea.
12              THE COURT REPORTER:  Hang on.
13        Can I just ask, Mr. Finkelstein, can
14        you just let him get the whole
15        question out?  Because the address is
16        getting choppy when you're objecting
17        in the middle of the question.
18              MR. FINKELSTEIN:  Okay.
19              Dino, take your time in
20        answering so she gets a clean record.
21              THE COURT REPORTER:  I just
22        want to make sure, was the address
23        160 Eighth Avenue, New York, New York
24        10011?
25              MR. MIZRAHI:  Yes.
```

```
                                   Page 182
 1                  D. ANTOLINI
 2            THE COURT REPORTER:  Okay.
 3            MR. FINKELSTEIN:  You got my
 4      objection on the record?
 5            THE COURT REPORTER:  I did.
 6            MR. FINKELSTEIN:  Thank you.
 7      Q.    Mr. Antolini, do you know what
 8   this address is?
 9            MR. FINKELSTEIN:  Objection.
10      A.    No.
11      Q.    Have you ever attempted to
12   visit this address?
13            MR. FINKELSTEIN:  Objection.
14      A.    I have no idea.
15      Q.    And do you have any future
16   plans to visit this address?
17            MR. FINKELSTEIN:  Objection.
18      A.    If I don't know what you're
19   talking about, how do I have plans?
20      Q.    Okay.  Mr. Antolini --
21            (Unreportable crosstalk.)
22      Q.    -- are you familiar with the
23   address at 39 Christopher Street --
24            MR. FINKELSTEIN:  Objection.
25      Q.    -- New York, New York 10014?
```

```
 1                    D. ANTOLINI
 2              MR. FINKELSTEIN:  Objection,
 3        please.  Thanks.
 4        A.     Like I said, I don't keep a
 5   diary.  I don't have a computer for a
 6   memory.
 7        Q.     Mr. Antolini, I'm not asking
 8   you if you keep a diary.  I'm asking you,
 9   yes or no --
10              MR. FINKELSTEIN:  Objection.
11        Q.     -- are you familiar with the
12   business at --
13              MR. FINKELSTEIN:  Objection.
14              (Unreportable crosstalk.)
15              MR. FINKELSTEIN:  Objection.
16        Objection to the tone of counsel's
17        voice.  Objection.
18        Q.     Mr. Antolini, what is -- what
19   is the business at 39 Christopher Street,
20   New York, New York 10014?
21              MR. FINKELSTEIN:  Objection.
22        A.     I'm not Google.  I don't know.
23        Q.     Have you ever visited this
24   business?
25              MR. FINKELSTEIN:  Objection.
```

```
 1                    D. ANTOLINI
 2      A.    I don't know.
 3      Q.    Do you have any future plans to
 4   return to this business?
 5            MR. FINKELSTEIN:  Objection.
 6      A.    I don't know.
 7      Q.    Are you familiar with Lamano
 8   West Village restaurant?
 9            MR. FINKELSTEIN:  Objection.
10      A.    I don't know.
11      Q.    Are you familiar with the
12   business at 79 Orchard Street --
13            MR. FINKELSTEIN:  Objection.
14      Q.    -- New York, New York 10002?
15            MR. FINKELSTEIN:  Objection.
16      A.    I don't know.  (Indiscernible).
17            THE COURT REPORTER:  I didn't
18        hear the end of that.
19            THE WITNESS: (Indiscernible.)
20            THE COURT REPORTER:  I'm not
21        hearing that.  I heard, I don't know,
22        and I didn't hear what you said after
23        that.
24            THE WITNESS:  (Indiscernible).
25            THE COURT REPORTER:  I'm still
```

```
                                        Page 185
 1                    D. ANTOLINI
 2        not understanding him.
 3              THE WITNESS:  Tell me the name.
 4        It might ring a bell.
 5              THE COURT REPORTER:  It might
 6        ring a bell.  Tell me the name; it
 7        might ring a bell?
 8              THE WITNESS:  Yes.
 9              MR. FINKELSTEIN:  Yes, yes.
10        That's what he said.  Yes.
11        Q.    Do you know what the business
12   is at 79 Orchard Street?
13              MR. FINKELSTEIN:  Objection.
14        A.    I told you, tell me the name.
15              Fucking guy.
16        Q.    It goes by the name -- it's a
17   restaurant by the name of Cafe Katja?
18        A.    Yeah.
19        Q.    What is it?
20              MR. FINKELSTEIN:  Objection.
21        A.    I went by there.  It looks like
22   a (indiscernible) joint.
23              THE COURT REPORTER:  It looks
24        like a?
25              THE WITNESS:  Mafia.
```

```
                                    Page 186
 1                    D. ANTOLINI
 2          THE COURT REPORTER:  Mafia?
 3          THE WITNESS:  Joint.  Yes.  I
 4      don't know.  My name is Antolini.
 5      (Indiscernible) Dino Antolini.
 6      (Indiscernible).
 7          THE COURT REPORTER:  You've got
 8      to repeat that.  I didn't hear the
 9      end of it.
10          THE WITNESS:  Okay.
11      (Indiscernible.)
12          THE COURT REPORTER:  Hang on.
13      Hang on.  I'm not hearing you, but
14      your finger is also in front of the
15      camera.  I'm sorry.
16          THE WITNESS:  Okay.
17      Godfather --
18          THE COURT REPORTER:  Godfather.
19          THE WITNESS:  -- Part II.  Part
20      II.
21          MR. FINKELSTEIN:  Part II.
22      Q.    Mr. Antolini, have you ever
23  visited or attempted to visit this
24  business?
25          MR. FINKELSTEIN:  Objection.
```

```
                                          Page 187
 1                    D. ANTOLINI
 2       A.    Yeah.
 3       Q.    When?
 4             MR. FINKELSTEIN:  Objection.
 5             THE WITNESS:  Hello?  Wait.
 6        Hold on.  Okay.  Okay.  You there?
 7             MR. FINKELSTEIN:  Yeah, we're
 8        here, Dino.
 9             THE COURT REPORTER:  We can
10        hear you.
11       A.    Okay.  I said yes.
12       Q.    Mr. Antolini, I see that you're
13   looking at another screen right now.
14             MR. FINKELSTEIN:  Objection.
15       Q.    Are you -- are you looking at
16   another screen right now?
17             MR. FINKELSTEIN:  Objection.
18       A.    No.
19       Q.    Okay.  I see --  I see that you
20   have another screen in front of you.  Are
21   you looking somewhere else?
22             MR. FINKELSTEIN:  Objection.
23       A.    I see you with glasses on.
24       Q.    Okay.  Mr. Antolini, please
25   take your finger off of the camera.
```

```
 1                    D. ANTOLINI
 2        A.    Okay.  I see you.  You have
 3   black glasses, mustache and a beard.
 4        Q.    Mr. Antolini, have you ever
 5   visited or attempted to visit the business
 6   at 79 Orchard Street?
 7              MR. FINKELSTEIN:  Objection.
 8        A.    Yes.
 9        Q.    When?
10              MR. FINKELSTEIN:  Objection.
11        A.    I don't remember.
12        Q.    How many times did you attempt
13   to visit this business?
14              MR. FINKELSTEIN:  Objection.
15        A.    I don't remember.
16        Q.    Why did you attempt to visit
17   this business?
18              MR. FINKELSTEIN:  Objection.
19        A.    I don't remember.
20        Q.    Do you have any future plans to
21   return to that business?
22              MR. FINKELSTEIN:  Objection.
23        A.    Yeah.
24        Q.    Can you tell me what they are?
25              MR. FINKELSTEIN:  Objection.
```

```
                         D. ANTOLINI
 1
 2        A.    Like I said a hundred times
 3   before, spur of the moment, spontaneous.
 4   You never know what's going to happen.
 5              Do you know?  Do you know?  Do
 6   you know?  Do you know?  (Indiscernible).
 7   This is harassing.
 8        Q.    Mr. Antolini, are you familiar
 9   with a business at 207 10th Avenue, New
10   York, New York 10011?
11              MR. FINKELSTEIN:  Objection.
12        A.    Like I said, if it's by West
13   23rd Street.  I'm not MapQuest.
14        Q.    Mr. Antolini, yes or no --
15              MR. FINKELSTEIN:  Objection.
16        Q.    Are you familiar with a
17   business at 207 10th Avenue?
18              MR. FINKELSTEIN:  Objection.
19        A.    I told you, I'm not MapQuest.
20   Tell me the name.  It might jog my memory.
21        Q.    Do you know -- do you know what
22   the business at 207 10th Avenue is?
23              MR. FINKELSTEIN:  Objection.
24        A.    Tell me the name and it might
25   job my memory.
```

```
 1                    D. ANTOLINI
 2      Q.    Are you familiar with a
 3  restaurant by the name of Juban?
 4            MR. FINKELSTEIN:  Objection.
 5      A.    Yes.
 6      Q.    What is it?
 7            MR. FINKELSTEIN:  Objection.
 8      A.    I don't remember.
 9      Q.    Tell me what it is?  What is
10  it?
11            MR. FINKELSTEIN:  Objection.
12       Objection.
13      A.    A restaurant.
14      Q.    What kind of restaurant is it?
15            MR. FINKELSTEIN:  Objection.
16       Asked and answered.
17      A.    I don't remember.  Like I said
18  before, I don't keep a diary.
19      Q.    Mr. Antolini, please take your
20  finger off of the camera.
21      A.    Yes.  Okay?  You happy?  Okay.
22      Q.    Are you familiar with a
23  restaurant by the name of Juban?
24            MR. FINKELSTEIN:  Objection.
25      A.    Correct.
```

Page 191

```
 1                    D. ANTOLINI
 2      Q.     What is it?
 3             MR. FINKELSTEIN:  Objection.
 4      A.     I don't remember.
 5             MR. FINKELSTEIN:  Asked and
 6        answered.
 7      Q.     Have you ever -- have you ever
 8   attempted to visit this business?
 9             MR. FINKELSTEIN:  Objection.
10      A.     Yes.
11      Q.     What is it?
12             MR. FINKELSTEIN:  Objection.
13      A.     I don't remember.
14      Q.     When did you attempt to
15   visit --
16             MR. FINKELSTEIN:  Objection.
17      Q.     -- this business?
18      A.     I don't remember.
19             We're going back and forth.
20   When I said I don't remember, I don't keep
21   a diary.  (Indiscernible).
22             THE COURT REPORTER:  I didn't
23        hear the end of that.
24             When I said I don't remember, I
25        don't keep a diary, what did you say
```

```
 1                    D. ANTOLINI
 2        after that?
 3              THE WITNESS:  What's he trying
 4         to do?  (Indiscernible).
 5        Q.    Mr. Antolini, how many times
 6   have you attempted to visit this business?
 7              MR. FINKELSTEIN:  Objection.
 8        A.    I don't remember.
 9        Q.    Why did you attempt to visit
10   this business?
11              MR. FINKELSTEIN:  Objection.
12        A.    I don't remember.
13        Q.    And do you have any future
14   plans to return to this business?
15              MR. FINKELSTEIN:  Objection.
16        A.    Like I said, many times,
17   weather related, health related and
18   (indiscernible).
19              THE COURT REPORTER:  Repeat
20         that again, I'm sorry?
21              THE WITNESS:  It has to be
22         accessible.
23              THE COURT REPORTER:  Accessible?
24              It has to be accessible?
25              MR. FINKELSTEIN:  It has to be
```

```
                          D. ANTOLINI
 1
 2        accessible.
 3        Q.     Is it currently inaccessible?
 4               MR. FINKELSTEIN:  Objection.
 5        A.     What?
 6        Q.     Is it currently accessible?
 7               MR. FINKELSTEIN:  Objection.
 8        A.     I have no idea.
 9        Q.     Are you familiar with a
10    restaurant by the name of Empellon?
11               MR. FINKELSTEIN:  Objection.
12        A.     Yes.
13        Q.     What is it?
14               MR. FINKELSTEIN:  Objection.
15        A.     (Indiscernible) restaurant.
16        Q.     What is it?
17               MR. FINKELSTEIN:  Same
18         objection.
19        A.     (Indiscernible) restaurant.
20               THE COURT REPORTER:  French
21         restaurant?
22               THE WITNESS:  S-P-A-N-I-S-H,
23         Spanish.
24        Q.     Where is this restaurant
25    located, Mr. Antolini?
```

```
 1                    D. ANTOLINI
 2            MR. FINKELSTEIN:  Objection.
 3       A.    I have no idea.
 4       Q.    Have you ever attempted to
 5   visit this business?
 6            MR. FINKELSTEIN:  Objection.
 7       A.    (Indiscernible.)
 8       Q.    I can't hear you.
 9            MR. FINKELSTEIN:  Objection.
10       A.    In the past, yes.
11            THE COURT REPORTER:  In the
12        past, yes.
13       A.    (Indiscernible.)
14            THE COURT REPORTER:  What was
15        that?
16       Q.    I'm sorry?
17       A.    (Indiscernible.)
18            THE COURT REPORTER:  I didn't
19        hear it.
20            THE WITNESS:  Here we go.
21        (Indiscernible.)
22            THE COURT REPORTER:  I still
23        didn't hear it.
24            THE WITNESS:  (Indiscernible.)
25       Q.    How many times have you
```

```
1                    D. ANTOLINI
2    attempted to visit that business?
3        A.    I don't remember.
4        Q.    And why did you attempt to
5    visit that business?
6             MR. FINKELSTEIN:  Objection.
7        A.    To eat.
8        Q.    Do you have any future plans to
9    return there?
10             MR. FINKELSTEIN:  Objection.
11       A.    Like I said, spur of the
12   moment, spontaneous, to eat.
13       Q.    Are you familiar with the
14   business at 145 Avenue C --
15             MR. FINKELSTEIN:  Objection.
16       Q.    -- New York, New York --
17             MR. FINKELSTEIN:  Objection.
18       A.    Here we go again.  I'm not
19   MapQuest.
20       Q.    Are you familiar with the
21   restaurant by the name of Esperanto?
22             MR. FINKELSTEIN:  Objection.
23        Objection.
24       A.    Yeah.
25       Q.    Okay.  Have you ever visited a
```

```
                                    Page 196
 1                  D. ANTOLINI
 2   restaurant by the name of Esperanto?
 3              MR. FINKELSTEIN:  Objection.
 4        A.    I never went in.
 5        Q.    Have you ever attempted to
 6   visit a restaurant by the name of
 7   Esperanto?
 8              MR. FINKELSTEIN:  Objection.
 9        A.    I wouldn't lie.
10   (Indiscernible).
11              THE COURT REPORTER:  Can you
12         repeat that?  I didn't understand.
13              THE WITNESS:  What?
14              THE COURT REPORTER:  Can you
15         repeat your answer?
16              THE WITNESS:  (Indiscernible.)
17              MR. MIZRAHI:  Susan, you can
18         ask my question again, please.
19              THE COURT REPORTER:  Yeah.  I
20         still didn't get the answer.  I'll
21         repeat it.
22              (Whereupon, the referred to
23         question was read back by the
24         Reporter.)
25              MR. FINKELSTEIN:  Objection.
```

```
                                        Page 197
 1                   D. ANTOLINI
 2        A.    Yes.
 3        Q.    When?
 4              MR. FINKELSTEIN:  Objection.
 5        A.    I don't remember.
 6        Q.    How many times have you
 7    attempted to visit that restaurant?
 8              MR. FINKELSTEIN:  Objection,
 9         please.
10        A.    I don't remember.
11              MR. MIZRAHI:  Susan, I note
12         that Mr. Finkelstein was interrupting
13         you.  Did you catch that?
14              (Whereupon, the referred to
15         answer was read back by the
16         Reporter.)
17              MR. FINKELSTEIN:  Objection.
18        Q.    Do you have any future plans to
19    return to this business?
20              MR. FINKELSTEIN:  Objection.
21        A.    If I'm in the area, yeah.
22        Q.    Mr. Antolini, I didn't hear
23    you?
24              MR. FINKELSTEIN:  Hold on a
25         second.  Hold on.
```

```
 1                    D. ANTOLINI
 2              Madam Court Reporter, did you
 3         hear his answer.
 4              (Whereupon, the referred to
 5         answer was read back by the
 6         Reporter.)
 7              MR. FINKELSTEIN:  Thank you.
 8         Q.   Can you tell me more about your
 9    future plans to return to the restaurant?
10              MR. FINKELSTEIN:  Objection.
11         A.   If I'm still alive.  That's
12    what I worry about.
13         Q.   Mr. Antolini, are you familiar
14    with the restaurant at 1 --
15         A.   (Indiscernible.)
16              THE COURT REPORTER:  I'm not
17         hearing him.
18              THE WITNESS:  (Indiscernible.)
19              THE COURT REPORTER:  I didn't
20         understand that.  I'm sorry.
21              THE WITNESS:  (Indiscernible.)
22         Look, tomorrow we never know.
23         Q.   Okay.
24         A.   (Indiscernible).  You know that
25    quote?  (Indiscernible.)
```

Page 199

```
 1                    D. ANTOLINI
 2              THE COURT REPORTER:  I didn't
 3        understand that.
 4              THE WITNESS:  It's a quote.
 5        (Indiscernible).  Okay?
 6        (Indiscernible).  We never know.
 7              THE COURT REPORTER:  Who can
 8        predict --
 9        Q.    Mr. Antolini, Mr. Antolini, are
10   you familiar with the restaurant located at
11   154 West 13th Street in New York?
12              MR. FINKELSTEIN:  Objection.
13        A.    Here we go.  MapQuest.  You
14   want me to Google it or what?
15        Q.    I'm asking you if you're
16   familiar with the business located at 154
17   West 13th Street in New York?
18              MR. FINKELSTEIN:  Objection.
19        A.    Why don't you tell me the name?
20   No.  Tell me the name, it might jog my
21   memory.
22        Q.    Have you ever visited -- have
23   you ever visited the business located at
24   154 West 13th Street?
25              MR. FINKELSTEIN:  Objection.
```

```
                                        Page 200
 1                   D. ANTOLINI
 2        A.    I don't remember.
 3        Q.    Are you familiar with a
 4   restaurant by the name of Flex Muscles?
 5              MR. FINKELSTEIN:  Objection.
 6        A.    Who?
 7        Q.    Flex Muscles?
 8              MR. FINKELSTEIN:  Objection.
 9        A.    Maybe.
10        Q.    Have you ever attempted to
11   visit the Flex Muscles restaurant at --
12              MR. FINKELSTEIN:  Objection.
13        Q.    -- 154 West 13th Street?
14              MR. FINKELSTEIN:  Objection.
15        A.    Could be.
16        Q.    When?
17              MR. FINKELSTEIN:  Objection.
18        A.    I don't remember.
19        Q.    How many times --
20        A.    Like I said, I go out all the
21   time.
22        Q.    How many times --
23        A.    I'm not a lowlife.  I'm not an
24   invalid.  (Indiscernible).
25        Q.    How many times have you
```

```
 1                    D. ANTOLINI
 2   attempted to visit that address?
 3             MR. FINKELSTEIN:  Objection.
 4        A.    I don't remember.
 5        Q.    Do you have any future plans to
 6   return to that business?
 7             MR. FINKELSTEIN:  Objection.
 8        A.    I have no idea.
 9        Q.    Are you familiar with a
10   business at 163 East 33rd Street in New
11   York?
12             MR FINKELSTEIN:  Objection.
13        A.    Like I said, MapQuest.
14        Q.    Mr. Antolini, yes or no, are
15   you familiar with the business --
16             MR. FINKELSTEIN:  Objection.
17        Q.    -- at 163 East 33rd Street?
18             MR. FINKELSTEIN:  Objection.
19        A.    Like I told you, I'm not
20   MapQuest.  I have no diary.
21        Q.    Are you familiar with a
22   restaurant by the name of Le Parisien
23   Bistrot?
24             MR. FINKELSTEIN:  Objection.
25        A.    No.
```

```
                                        Page 202
 1                     D. ANTOLINI
 2        Q.    Have you ever attempted to
 3    visit the business Le Parisien Bistrot?
 4              MR. FINKELSTEIN:  Objection.
 5        A.    I have no idea.
 6        Q.    Do you have any future
 7    intentions to visit Le Parisien Bistrot?
 8              MR. FINKELSTEIN:  Objection.
 9        A.    I have no idea.
10        Q.    Are you familiar with a
11    business at 145 Avenue C, New York, New
12    York?
13              MR. FINKELSTEIN:  Objection.
14        A.    Like I said, MapQuest.
15        Q.    I'm going to ask again.
16              Are you familiar with the
17    business at 145 Avenue C, New York, New
18    York?
19              MR. FINKELSTEIN:  Objection.
20          Asked and answered.  Objection.
21        A.    Tell me the name.  It might jog
22    my memory.
23        Q.    Have you ever visited the
24    business located at 145 Avenue C, New York,
25    New York?
```

```
                                        Page 203
 1                    D. ANTOLINI
 2              MR. FINKELSTEIN:  Objection.
 3         That's the third time he's asked.
 4         Three in a row.  Objection.
 5      A.    Here we go.  I asked you the
 6  name.  Give me the name.  It might jog my
 7  memory.
 8              Remember, I have
 9  (indiscernible).  I don't need this shit.
10  You can write that down.
11              MR. MIZRAHI:  Susan, did you
12      get that?
13              THE WITNESS:  Yeah, I hope so.
14      He's harassing me.
15              THE COURT REPORTER:  Here we
16      go.  I asked you the name.  Give me
17      the name.  It might jog my memory.
18      Remember, I have -- you have to
19      repeat what you said there -- I don't
20      need this shit.  You can write that
21      down.
22      Q.    Dino, you said, I have --
23      A.    Cerebellar --
24      Q.    -- cerebral --
25      A.    Ataxia.
```

```
 1                    D. ANTOLINI
 2    Q.      -- cerebral -- cerebral ataxia.
 3            MR. FINKELSTEIN:  Objection.
 4            You keep interrupting him right
 5        in the middle of answering, and the
 6        record speaks for itself.  Objection
 7        again.
 8            MR. MIZRAHI:  Susan, please
 9        note the improper speaking objection
10        for the record.
11            MR. FINKELSTEIN:  And note my
12        continuing objection under Rule 30(a)
13        for the record.  Thank you.
14            MR. MIZRAHI:  Susan, I want to
15        make sure that you got that testimony
16        when the witness said cerebral
17        ataxia.
18            THE COURT REPORTER:  Okay, so
19        I'll read back the answer.  Let me go
20        back up.
21            MR. FINKELSTEIN:  I didn't hear
22        him say that.  I didn't hear him say
23        that.
24            THE COURT REPORTER:  That's
25        when I asked him to repeat.  That was
```

```
1                    D. ANTOLINI
2        the one part that I couldn't
3        understand him.
4             (Whereupon, the referred to
5        answer was read back by the
6        Reporter.)
7        Q.    Mr. Antolini, have you ever
8   attempted to visit the business at 145
9   Avenue C?
10             MR. FINKELSTEIN:  Objection.
11        A.    You're asking me three times
12   already.  I don't know.
13        Q.    Mr. Antolini, what about the
14   business at 303 Bowery, New York, New York
15   10003?
16             MR. FINKELSTEIN:  Objection.
17        A.    I have no idea.
18        Q.    Have you ever attempted --
19        A.    I'm not MapQuest.  Tell me the
20   name.
21        Q.    Have you ever attempted to
22   visit this business?
23             MR. FINKELSTEIN:  Objection.
24        A.    What's the name?
25        Q.    Have you ever attempted to
```

Page 206

                        D. ANTOLINI
1
2    visit the business at 303 Bowery in New
3    York, New York?
4              MR. FINKELSTEIN:  Objection.
5         A.    What's the name?
6              MR. MIZRAHI:  Susan, you could
7          please repeat the question.
8         A.    What's the name?
9              (Whereupon, the referred to
10         question was read back by the
11         Reporter.)
12             MR. FINKELSTEIN:  Objection.
13        A.    I don't remember.  I'm not
14   MapQuest.
15        Q.    Do you have any future plans to
16   return to this business --
17             MR. FINKELSTEIN:  Objection.
18        Q.    -- Mr. Antolini?
19             MR. FINKELSTEIN:  Objection.
20             THE COURT REPORTER:  I didn't
21          hear the answer.
22        A.    If I don't know the name, how
23   can I have plans?
24             MR. FINKELSTEIN:  Objection.
25        Q.    The name of the business is

```
 1                    D. ANTOLINI
 2   Trek Bicycle Bowery.
 3        A.    Where?
 4        Q.    Trek Bicycle Bowery?
 5        A.    I went by there.
 6              THE COURT REPORTER:  Counsel,
 7         I'm sorry, did you say Trek or Track?
 8              MR. MIZRAHI:  T-R-E-K, Trek.
 9              THE COURT REPORTER:  Thank you.
10              MR. FINKELSTEIN:  Objection.
11        Q.    What was that, Mr. Antolini?
12        A.    I went by there.  I went by
13   there.
14        Q.    What was the purpose of your
15   visit?
16              MR. FINKELSTEIN:  Objection.
17        A.    Curiosity.
18              THE COURT REPORTER:  Curiosity.
19        Q.    Can you tell me more?
20              MR. FINKELSTEIN:  Objection.
21        A.    I could use a tricycle.
22              THE COURT REPORTER:  I could
23         use a tricycle, you said?
24              THE WITNESS:  Yeah.
25              THE COURT REPORTER:  Okay.
```

                        D. ANTOLINI
1

2        Q.     Mr. Antolini, are you familiar

3   -- Mr. Antolini?

4        A.     Yeah.

5        Q.     Please take your finger off the

6   camera.

7        A.     Wait, wait.  Okay.  Okay.  I'm

8   here.  You see?  Okay.  Okay, I'm good.

9               Can you see me?  Okay.

10       Q.     Are you familiar with the

11  business at 60 East 42nd Street, Suite 4700

12  in New York, New York?

13              MR. FINKELSTEIN:  Objection.

14       A.     Where?

15       Q.     60 East 42nd Street, Suite

16  4700?

17              MR. FINKELSTEIN:  Objection.

18       A.     Like I said, I'm not MapQuest.

19       Q.     I'm not asking if you're

20  MapQuest; I'm asking if you're familiar

21  with the business at 60 East 42nd Street?

22              MR. FINKELSTEIN:  Objection.

23       A.     I don't keep a diary.  Here we

24  go.

25       Q.     I'm not asking -- I'm not

```
                                          Page 209
 1                    D. ANTOLINI
 2   asking if you keep a diary.  I'm asking --
 3              MR. FINKELSTEIN:  Objection.
 4        Q.    -- if you're familiar with the
 5   business at 60 East 42nd Street --
 6              MR. FINKELSTEIN:  Objection.
 7              (Unreportable crosstalk.)
 8              THE COURT REPORTER:  Hang on.
 9         Can you repeat that?  You guys are
10         talking over each other.
11              Are you familiar with the
12         business at 60 East 42nd Street?
13        A.    I don't remember.
14        Q.    Have you ever attempted to
15   visit the business at 60 East 42nd Street,
16   Suite 4700?
17        A.    I don't remember.
18        Q.    How many times have you
19   attempted to visit this business?
20              MR. FINKELSTEIN:  Objection.
21        A.    I don't remember.
22        Q.    Do you have any future plans to
23   visit this business?
24              MR. FINKELSTEIN:  Objection.
25        A.    Like I said, you never know.
```

```
 1                    D. ANTOLINI
 2        Q.    Do you know what's located --
 3   do you know what's located at that
 4   business?
 5        A.    No.
 6              MR. FINKELSTEIN:  Objection.
 7        Q.    Mr. Antolini, do you have any
 8   memory loss issues?
 9              MR. FINKELSTEIN:  Objection.
10        A.    Yes.
11        Q.    Can you tell me about them?
12              MR. FINKELSTEIN:  Objection.
13        A.    I don't know.  You subpoenaed
14   my record.  (Indiscernible).
15        Q.    Mr. Antolini --
16        A.    (Indiscernible.)
17              THE COURT REPORTER:  I'm not
18        hearing him.
19              Can you repeat that,
20        Mr. Antolini?  I'm sorry, I didn't
21        hear you.
22              THE WITNESS:  He subpoenaed my
23        medical record.
24              MR. MIZRAHI:  Susan, you can
25        please repeat the last two questions
```

```
                                          Page 211
 1                   D. ANTOLINI
 2      that were asked.
 3             (Whereupon, the referred to
 4      portion was read back by the
 5      Reporter.)
 6             THE COURT REPORTER:  And then I
 7      -- did you say he subpoenaed my
 8      medical record?
 9             MR. MIZRAHI:  I'm just asking
10      you to repeat the question, Madam
11      Court Reporter.  Please repeat the
12      question.
13             MR. FINKELSTEIN:  Hold on a
14      second.  Did you get that on the
15      transcript, that he subpoenaed my
16      medical records?
17             You have that down on that,
18      Susan, please?
19             THE COURT REPORTER:  That's
20      what I have.  That's why I was --
21             MR. MIZRAHI:  I'm going to note
22      the improper speaking objection for
23      the record, Madam Court Reporter.
24             MR. FINKELSTEIN:  Yeah, that's
25      fine.
```

```
1                    D. ANTOLINI
2            Susan, is it on the record,
3        what he said about he subpoenaed the
4        medical records?  Yes?
5            THE COURT REPORTER:  Yes.  I
6        was just double checking that I heard
7        correctly that's what he said.
8            MR FINKELSTEIN:  Thank you.
9            THE COURT REPORTER:  Okay.  The
10       question -- let me go back.
11           (Whereupon, the referred to
12       question was read back by the
13       Reporter.)
14       Q.    Mr. Antolini, can you tell me
15   about your memory issues?
16           MR. FINKELSTEIN:  Objection.
17       A.    I told you, look up my medical
18   records.  You have copies.
19       Q.    No, no.  Mr. Antolini, I'm
20   asking you --
21           MR. FINKELSTEIN:  Objection to
22       the no, no.
23       Q.    -- I'm asking you, sitting here
24   today, please, can you tell me about your
25   medical -- your memory loss issues?
```

```
 1                    D. ANTOLINI
 2             MR. FINKELSTEIN:  Objection.
 3       A.    What kind?
 4       Q.    Tell me?  Tell me about your
 5   medical history and your memory loss
 6   issues?
 7       A.    What kind?
 8             MR. FINKELSTEIN:  Objection.
 9       Q.    What kind of memory loss issues
10   do you have?
11             MR. FINKELSTEIN:  Objection.
12       A.    (Indiscernible.)
13             THE COURT REPORTER:  Can you
14        repeat that?  I didn't hear you.
15             THE WITNESS:  It depends.
16             THE COURT REPORTER:  It
17        depends?
18             THE WITNESS:  What names,
19        places, dates.  (Indiscernible).
20             THE COURT REPORTER:  I didn't
21        hear the end of that.  It depends --
22             THE WITNESS:  (Indiscernible).
23        I'm not a doctor; I'm not a lawyer.
24             MR. FINKELSTEIN:  I'm not a
25        doctor; I'm not a lawyer.
```

```
 1                    D. ANTOLINI
 2              THE WITNESS:  (Indiscernible).
 3        Now I'm getting frickin tired.
 4       Q.    Mr. Antolini, you said dates
 5   and names and places?
 6              MR. FINKELSTEIN:  Objection.
 7       Q.    Mr. Antolini?
 8       A.    Yeah.
 9       Q.    You said dates, names, places.
10              MR. FINKELSTEIN:  Objection.
11       Q.    What do you mean by that?
12              MR. FINKELSTEIN:  Objection.
13       A.    Do you remember where you were?
14              I remember certain dates,
15   times, events; not everything.
16              I'm not God.  Are you?
17       Q.    Mr. Antolini, I understand --
18       A.    Do you remember everything?  Do
19   you remember everything?
20       Q.    Mr. Antolini, I understand that
21   you fractured your left hip?
22       A.    What?
23       Q.    I understand that you fractured
24   your left hip?
25       A.    (Indiscernible.)
```

```
                                          Page 215
  1                 D. ANTOLINI
  2           MR. FINKELSTEIN:  Dino, Dino,
  3      chill, chill.  Let him ask the
  4      question.  It's okay.  Go ahead.
  5      It's all right, Dino.
  6           THE WITNESS:  Fucking guy.
  7           MR. FINKELSTEIN:  You're doing
  8      all right.  You're doing fine.
  9           (Unidentified woman speaking.)
 10           THE WITNESS:  (Indiscernible.)
 11           MR. FINKELSTEIN:  Dino, take a
 12      couple of deep breaths, please.  Take
 13      a couple -- unless you want --
 14           THE WITNESS:  (Indiscernible.)
 15           MR. FINKELSTEIN:  Dino, if you
 16      want to take a five --
 17           (Unreportable crosstalk.)
 18           MR. FINKELSTEIN:  If you want
 19      to take a five-minute break, let me
 20      know; otherwise, take a couple of
 21      deep breaths.
 22           THE WITNESS:  (Indiscernible.)
 23           MR. FINKELSTEIN:  Huh?
 24           THE COURT REPORTER:  I didn't
 25      hear that.
```

                                    Page 216

 1                    D. ANTOLINI

 2              THE WITNESS:  (Indiscernible.)

 3              MR. FINKELSTEIN:  Something

 4         therapist.

 5              THE COURT REPORTER:  I didn't

 6         hear it, so if he could repeat it

 7         please.

 8              Can you repeat it?

 9              THE WITNESS:  What?

10              THE COURT REPORTER:  I didn't

11         hear what you said, Mr. Antolini.

12         Can you repeat it, because I didn't

13         get it on the record.

14              THE WITNESS:  He's harassing

15         me.

16              MR. FINKELSTEIN:  He's

17         harassing me.

18         Q.    Mr. Antolini, I understand that

19     you fractured your left hip.

20         A.    I got a new hip.  I never

21     fractured it (indiscernible).

22         Q.    Can you repeat that?

23              MR. FINKELSTEIN:  Hold on a

24         second.

25              Madam Court Reporter, did you

                        D. ANTOLINI

1

2        get his answer.

3              THE COURT REPORTER:  What I

4         heard was, I got a new hip.  I never

5         fractured it.

6              MR. FINKELSTEIN:  Okay.

7              THE WITNESS:  I had a hip

8         replacement.

9              THE COURT REPORTER:  I had a

10        hip replacement.

11       Q.    You said you had a hip

12   replacement?

13       A.    Yeah.

14       Q.    Why did you get a hip

15   replacement?

16       A.    I fractured my hip.

17       Q.    Okay.  You fractured your hip?

18              MR. FINKELSTEIN:  Objection.

19       Q.    How did you fracture your hip,

20   Mr. Antolini?

21              MR. FINKELSTEIN:  Objection.

22       A.    (Indiscernible).

23              THE COURT REPORTER:  I didn't

24        hear that.

25       A.    Still.  Still.  He's harassing

```
1                    D. ANTOLINI
2   me.
3           MR. FINKELSTEIN:  Let him ask
4       it.  It's okay, Dino.  It's all
5       right.  Just answer the question.
6       A.    Go ahead.
7           MR. FINKELSTEIN:  It's all
8       right.
9       A.    Go ahead.  Go ahead.
10          MR. MIZRAHI:  Madam Court
11      Reporter, please ask the question
12      again.
13          (Whereupon, the referred to
14      question was read back by the
15      Reporter.)
16      A.    I don't remember.
17      Q.    Why did you get a hip
18  replacement?
19          MR. FINKELSTEIN:  Asked and
20      answered.  Objection.
21      A.    I had a (indiscernible).
22          THE COURT REPORTER:  I had a?
23          THE WITNESS:  Fractured hip.
24          THE COURT REPORTER:  Fractured
25      hip.
```

D. ANTOLINI

1
2              MR. FINKELSTEIN:  Fractured
3         hip.
4         A.    What do you think, I did it
5    because I want one?  I don't understand.
6         Q.    Mr. Antolini --
7         A.    (Indiscernible).  I want a hip
8    replacement?  (Indiscernible).
9              MR. FINKELSTEIN:  Dino --
10             THE COURT REPORTER:  I'm not
11        understanding him.
12             MR. FINKELSTEIN:  Dino, listen
13        to me.
14             THE COURT REPORTER:  Yeah, I'm
15        not understanding him on the record.
16             MR. FINKELSTEIN:  Hold on a
17        second, Susan, please.  Please.
18        Dino, it is five minutes to 2.
19        We're taking ten minutes until five
20        after 2.
21             THE WITNESS:  Okay.
22             MR. FINKELSTEIN:  You're going
23        to relax, get a drink of water,
24        whatever you gotta do.
25             THE WITNESS:  Okay.

```
 1                   D. ANTOLINI
 2           MR. FINKELSTEIN:  Thanks,
 3      Susan.
 4           THE WITNESS:  Fucking guy.  I
 5      don't have --
 6           MR. FINKELSTEIN:  Hit mute.
 7      Hit mute.
 8           THE WITNESS:  I want to kill
 9      this guy.
10           MR. FINKELSTEIN:  Hit mute,
11      Dino.
12           MR. MIZRAHI:  Jason, if you
13      want to just state the time that
14      we're going off.
15           THE VIDEOGRAPHER:  Off the
16      record at 1:56.
17           (Whereupon, a brief recess was
18      taken.)
19           THE VIDEOGRAPHER:  We are now
20      back on the record.  The time is
21      2:05 p.m.
22           MR. MIZRAHI:  Jason Mizrahi.
23      For the record, we've taken another
24      20-minute break on defendant's --
25           MR. FINKELSTEIN:  Actually, it
```

Page 221

```
                              D. ANTOLINI
 1
 2        was a ten-minute break.  We got off
 3        at five minutes to 2.  It is now five
 4        after 2.  Thank you.
 5              MR. MIZRAHI:  Defendants would
 6        like to note that there's a combined
 7        total of 54 minutes to be included to
 8        the plaintiff's deposition.
 9              MR. FINKELSTEIN:  I got
10        52 minutes, but I don't care.  It's
11        okay.
12              MR. MIZRAHI:  Madam Court
13        Reporter, can you please repeat the
14        last question that was posed?
15              (Whereupon, the referred to
16        question was read back by the
17        Reporter.)
18        Q.    Mr. Antolini?  Mr. Antolini?
19        A.    I'm here.
20        Q.    Do you recall why you fractured
21   your hip?
22              MR. FINKELSTEIN:  Objection.
23        A.    Yeah.
24        Q.    How did you fracture your hip?
25              MR. FINKELSTEIN:  Objection.
```

Page 222

```
                         D. ANTOLINI
 1
 2       A.    I went from my scooter to
 3   (indiscernible).
 4              THE COURT REPORTER:  I went
 5          from my scooter to?
 6              THE WITNESS:  (Indiscernible.)
 7              THE COURT REPORTER:  A parking
 8          ramp?
 9              THE WITNESS:  (Indiscernible).
10              THE COURT REPORTER:  I'm not
11          understanding him.
12              THE WITNESS:  (Indiscernible.)
13              THE COURT REPORTER:  I'm not
14          understanding.  A bench?  A park
15          bench?  I went from my scooter --
16              THE WITNESS:  Yes.
17              THE COURT REPORTER:  Okay.  So
18          I went from my scooter to a park
19          bench?
20              THE WITNESS:  Yeah.
21              THE COURT REPORTER:  Okay.
22          Sorry.
23       Q.    Mr. Antolini, are you familiar
24   with a condition by the name of alcoholic
25   cerebral degeneration?
```

```
 1                    D. ANTOLINI
 2      A.    Yes.
 3            MR. FINKELSTEIN:  Objection.
 4       Objection.
 5      Q.    What is it?
 6      A.    You looked it up, right?  You
 7  looked it up?  It's on my record.  You're
 8  playing stupid.  Don't play coy.
 9            MR. MIZRAHI:  Madam Court
10        Reporter, can you please repeat the
11        last question that was asked?
12            THE WITNESS:  He knows
13        everything.  He has my medical
14        record.  He's being coy.
15            MR. FINKELSTEIN:  Are you
16        taking this down, Susan?
17            THE COURT REPORTER:  Yes.
18            MR. FINKELSTEIN:  Great.  Thank
19        you.
20            MR. MIZRAHI:  Madam Court
21        Reporter, just repeat the last
22        question that was asked.
23            THE COURT REPORTER:  Okay.
24            (Whereupon, the referred to
25        question was read back by the
```

```
 1                    D. ANTOLINI
 2        Reporter.)
 3        A.    Yes.
 4             MR. FINKELSTEIN:  You got my
 5        objection on the record?
 6             THE COURT REPORTER:  Yes.
 7             MR. FINKELSTEIN:  Thank you.
 8        Q.    Mr. Antolini, what is it?
 9        A.    I'm not a doctor.
10        Q.    Okay.  Can you describe what it
11   is in laymen's terms?
12             MR. FINKELSTEIN:  Objection.
13        A.    (Indiscernible.)
14             THE COURT REPORTER:  Repeat
15        that?  I didn't hear that.
16             THE WITNESS:  He's playing
17        stupid.  He's playing stupid.  He
18        knows.
19             THE COURT REPORTER:  I didn't
20        hear what you said before, He's
21        playing stupid, he knows.
22             THE WITNESS:  He's harassing
23        me.  He's harassing me.
24             MR. FINKELSTEIN:  Dino?  Dino?
25        When you yell, you come in distorted,
```

```
 1                      D. ANTOLINI
 2          so talk softly and she'll be able to
 3          get you down a lot easier.  Okay,
 4          champ?  Please?  Thank you.
 5                  THE WITNESS:  Okay.  Here we
 6          go.  Killing all your brain cells.
 7                  THE COURT REPORTER:  Killing
 8          all your brain cells?
 9                  THE WITNESS:  Yeah.
10      Q.      Is that killing of the brain
11  cells caused by alcohol consumption?
12      A.      Yes.
13                  MR. FINKELSTEIN:  Objection.
14                  (Unreportable crosstalk.)
15                  THE COURT REPORTER:  I didn't
16          hear that over the objection.  Can
17          you repeat it?
18                  THE WITNESS:  Cerebellar
19          ataxia, the doctor said.  I have no
20          idea.  I'm not a doctor.  I'm not a
21          lawyer.
22                  Go ahead.
23                  MR MIZRAHI:  Madam Court
24          Reporter, did you get that?
25                  THE COURT REPORTER:  The answer
```

Page 226

                    D. ANTOLINI

1
2          I heard was, cerebellar ataxia, the
3          doctor said.  I have no idea.  I'm
4          not a doctor.  I'm not a lawyer.
5      Q.    Have you ever been diagnosed
6    with alcoholic cerebral degeneration?
7              MR. FINKELSTEIN:  Objection.
8      A.    Here we go again.  Same
9    question.  Look it up in my medical
10   records.
11     Q.    Mr. Antolini, my question
12   was --
13             MR. FINKELSTEIN:  Objection.
14     Q.    I need to ask you because
15   you're sitting here.
16             My question is:  Have you ever
17   been diagnosed with alcoholic cerebral
18   degeneration?
19             MR. FINKELSTEIN:  Objection.
20        Asked and answered numerous times.
21     A.    They told me cerebral ataxia.
22             Are you a doctor?
23     Q.    Mr. Antolini, do you have a
24   history of alcoholism?
25             MR. FINKELSTEIN:  Objection.

```
                                              Page 227

 1                      D. ANTOLINI

 2         A.    Yes.

 3         Q.    Can you tell me about it?

 4         A.    No.

 5               MR. FINKELSTEIN:  Objection.

 6         Q.    Mr. Antolini?

 7         A.    (Indiscernible.)

 8         Q.    I'm sorry, I didn't hear what

 9    you said.

10               THE COURT REPORTER:  I didn't

11         hear that.

12         A.    I can't say.  It's personal.

13               THE COURT REPORTER:  It's

14         personal.

15         A.    Look it up.

16         Q.    Mr. Antolini, respectfully,

17    you're being deposed right now.  So unless

18    your attorney instructs you not to answer

19    the question --

20               MR. FINKELSTEIN:  No, no, no,

21         no.  You don't give him instructions.

22               Objection to this lecture to my

23         client.  Objection.

24               MR. MIZRAHI:  Susan --

25               MR. FINKELSTEIN:  You have his
```

```
 1                    D. ANTOLINI
 2        answer.  Objection.
 3             MR. MIZRAHI:  Susan, kindly
 4        take down the speaking objection for
 5        the record.
 6        A.    Objection.  It's personal.
 7        Q.    Mr. Antolini, unless your
 8   attorney instructs you not to answer --
 9             MR. FINKELSTEIN:  Objection.
10        Objection.  My continuing objection.
11        Q.    Unless your attorney tells you
12   not to answer --
13             MR. FINKELSTEIN:  Note my
14        objection.
15        Q.    -- you have an obligation to
16   answer the question, Mr. Antolini.
17             MR. FINKELSTEIN:  Objection.
18        A.    Look it up in my medical
19   record.  You have it.
20        Q.    Mr. Antolini, do you have a
21   history of alcoholism?
22             MR. FINKELSTEIN:  Objection.
23        A.    Yes.
24        Q.    Can you tell me about it?
25             MR. FINKELSTEIN:  Objection.
```

Page 229

                          D. ANTOLINI

1

2      A.    No.  I don't know.  What do you

3  want to know?

4      Q.    Have you ever been treated for

5  alcohol substance abuse?

6      A.    Yes.

7      Q.    Okay.  Have you ever been

8  directed to abstain from alcohol?

9      A.    No.

10     Q.    Has your doctor ever directed

11  you to abstain from alcohol?

12           MR. FINKELSTEIN:  Objection.

13     A.    No.

14     Q.    Do you know what abstain means?

15           MR. FINKELSTEIN:  Objection.

16     A.    Yes.  I'm not a retard.

17     Q.    Mr. Antolini, who is

18  Dr. Matthew Swan?

19     A.    My neurologist.

20     Q.    Do you recall visiting

21  Dr. Swan's office on July 18, 2017?

22     A.    I don't remember the exact

23  date.  I go there often.

24     Q.    Okay.

25           MR. FINKELSTEIN:  Susan, you

```
1                    D. ANTOLINI
2        got that?
3              (Whereupon, the referred to
4        answer was read back by the
5        Reporter.)
6              MR. FINKELSTEIN:  Thank you.
7              MR. MIZRAHI:  Madam Court
8        Reporter, I'm going to be -- I'm
9        going to be admitting another exhibit
10       for the record.  I believe that this
11       is Exhibit B.
12             THE COURT REPORTER:  Okay.
13       Q.    Mr. Antolini, I'm showing you a
14   copy -- I'm showing you a copy of some of
15   your medical records.
16       A.    Yeah.  Go ahead.
17       Q.    Do you see that?
18       A.    You know more than me.  Go
19   ahead.
20       Q.    Mr. Antolini, do you see -- do
21   you see the document on the screen?
22       A.    Yeah.
23       Q.    Okay.  Do you recognize this
24   document?
25       A.    No.
```

1              D. ANTOLINI

2      Q.    Okay.  These are progress notes

3  from your doctor, Dr. Matthew Swan.

4      A.    Very tiny.  I can't read it.

5            THE COURT REPORTER:  The tab

6       changed, counsel.  There you go.

7      Q.    How about now?

8      A.    No.  Before -- yeah, now.

9      Q.    Okay.  Mr. Antolini?

10     A.    Yeah.

11     Q.    In your progress notes dated

12  July 18, 2017 --

13     A.    Yeah.

14     Q.    -- there are some notes that

15  your doctor had made.  I'm going to read

16  some of them to you, okay?

17     A.    Okay.

18     Q.    Here, it says, Memory is

19  worsening.  Has difficulty recalling

20  information.

21     A.    Correct.

22     Q.    Spontaneous recall is

23  difficult.  He is delayed in recalling

24  information.  He was told by Social

25  Security M.D. that he has dementia.

Page 232

```
 1                    D. ANTOLINI
 2        A.     Yeah.
 3        Q.     Can you tell me a little bit
 4   about the memory loss issues Dr. Swan is
 5   referring to?
 6             MR. FINKELSTEIN:  Objection.
 7        A.     I can't remember right away.  I
 8   remember (indiscernible).
 9             THE COURT REPORTER:  I didn't
10        hear that.  I remember?
11             THE WITNESS:  (Indiscernible.)
12        I could tell you.
13             THE COURT REPORTER:  I'm not
14        hearing it, I'm sorry.  Can you
15        repeat it?
16             THE WITNESS:  Okay.  Here we
17        go.  (Indiscernible.)
18             THE COURT REPORTER:  You have
19        my diagnosis?
20             THE WITNESS:  (Indiscernible).
21        I can't talk too well.
22             THE COURT REPORTER:  I'm not
23        hearing it counsel, I'm sorry.
24             THE WITNESS:  Okay.  My memory
25        recall --
```

Page 233

```
 1                  D. ANTOLINI
 2          THE COURT REPORTER:  My memory
 3      recall?
 4          THE WITNESS:  (Indiscernible.)
 5          THE COURT REPORTER:  I'm not
 6      understanding it.
 7          THE WITNESS:  Okay.  Here we
 8      go.  (Indiscernible).
 9          THE COURT REPORTER:  Hang on.
10      Hang on.  Mr. Antolini -- Counsel,
11      I'm not understanding any of this so. . .
12          MR. MIZRAHI:  Then let's --
13      Madam Court Reporter, can you just
14      ask the last question that was --
15      that was posed?
16          THE COURT REPORTER:  Yeah.  I'm
17      sorry.  Okay.
18          (Whereupon, the referred to
19      portion was read back by the
20      Reporter.)
21          MR. MIZRAHI:  Madam -- Madam
22      Court Reporter?
23          THE COURT REPORTER:  Yes?
24          MR. MIZRAHI:  Unless I --
25      unless I instruct you to specifically
```

```
 1                    D. ANTOLINI
 2       give me the objection and the answer,
 3       I'm only asking you to repeat the
 4       question.
 5            Can you please just repeat the
 6       question that was asked.
 7            THE COURT REPORTER:  Sure.
 8            (Whereupon, the referred to
 9       question was read back by the
10       Reporter.)
11            MR. FINKELSTEIN:  Okay.  And,
12       Susan, what was his answer, please?
13            MR. MIZRAHI:  No.  I'm not
14       asking for the answer, and I'm going
15       to --
16            MR. FINKELSTEIN:  I am.  I am.
17       I'm asking for the answer.
18            MR. MIZRAHI:  Madam Court
19       Reporter, I'm ready to continue.  You
20       don't have to repeat it.
21  Q.    Mr. Antolini --
22            MR. FINKELSTEIN:  I want to
23       hear his answer, Susan, please.  And
24       get this all on the record, that he's
25       refusing me to hear the testimony
```

Page 235

D. ANTOLINI

1
2      that's already in the record.  I'd
3      like to hear his answer, please.
4   Q.    Mr. Antolini --
5          MR. FINKELSTEIN:  Hold on.
6          Susan, I need for you to read
7      it back.
8          THE COURT REPORTER:  I know.
9      I'm trying to get back to the spot,
10     but when you guys keep speaking, I
11     have to go back on the record with
12     everything that's said.
13         MR. FINKELSTEIN:  Okay.  Good.
14     I'll stop talking.  I'll wait.  Thank
15     you.
16         (Whereupon, the referred to
17     answer was read back by the
18     Reporter.)
19         MR. FINKELSTEIN:  Okay.  Thank
20     you.
21   Q.    Mr. Antolini?
22   A.    I'm here.
23   Q.    Can you tell me about the
24   difficulty in spontaneous recall that
25   Dr. Swan was referring to?

```
                                      Page 236
 1                    D. ANTOLINI
 2              MR. FINKELSTEIN:  Objection.
 3         A.    (Indiscernible.)
 4              THE COURT REPORTER:  I didn't
 5          understand that.
 6         A.    (Indiscernible.)
 7              THE COURT REPORTER:  Counsel,
 8          I'm not understanding him.
 9         A.    (Indiscernible.)
10         Q.    Okay.  Let me --
11              MR. MIZRAHI:  You can strike
12          that last question, Madam Court
13          Reporter.
14         Q.    Mr. Antolini, can you hear me?
15         A.    Yeah.
16         Q.    Mr. Antolini do you suffer from
17    memory loss issues?
18              MR. FINKELSTEIN:  Objection.
19          Asked and answered.
20         A.    Yes.
21         Q.    Mr. Antolini, do you have
22    difficulty recalling information?
23              MR. FINKELSTEIN:  Objection.
24         A.    Sometimes.
25         Q.    Can you repeat that,
```

```
                                          Page 237
 1                  D. ANTOLINI
 2   Mr. Antolini?
 3        A.    Sometimes.
 4        Q.    Okay.  Do you have difficulty
 5   in spontaneous recall Mr. Antolini?
 6             MR. FINKELSTEIN:  Objection.
 7        A.    Yes.
 8             MR. FINKELSTEIN:  Sorry,
 9         objection.
10        Q.    It says here that you were told
11   by Social Security that you have dementia?
12        A.    Yeah.
13             MR. FINKELSTEIN:  Objection.
14         Asked and answered.
15        Q.    Can you tell me more?
16             MR. FINKELSTEIN:  Objection.
17        A.    I don't know (indiscernible).
18             THE COURT REPORTER:  I heard, I
19         don't know.  Can you repeat what you
20         said after that?
21        A.    I don't know what he's try
22   trying to insinuate.
23             THE COURT REPORTER:  What he's
24         trying to insinuate?
25             THE WITNESS:  Yeah.
```

                        D. ANTOLINI

1
2       Q.    Have you ever been diagnosed
3  with dementia?
4             MR. FINKELSTEIN:  Asked and
5        answered.  Objection.
6       A.    That's why I have
7  (indiscernible).
8             THE COURT REPORTER:  That's why
9        I have?
10            THE WITNESS:  Disability.
11            THE COURT REPORTER:
12       Disability.
13      Q.    Do you suffer from dementia?
14            MR. FINKELSTEIN:  Objection.
15      A.    I'm not a doctor.  I don't
16  know.
17      Q.    Have you ever been diagnosed
18  with dementia?
19            MR. FINKELSTEIN:  Objection.
20      A.    I have no idea what my records
21  say.  You don't know about me?
22      Q.    Mr. Antolini, it says -- it
23  says here that, quote, He drinks a little
24  sake with lunch and dinner mixed with
25  water.  Last admission for detox was about

```
                                          Page 239
 1                      D. ANTOLINI
 2   two years ago.
 3        A.    Yeah.
 4        Q.    Do you see that?
 5        A.    Yes.
 6             MR. FINKELSTEIN:  Objection.
 7         Objection.
 8        Q.    Why do you dilute -- can you
 9   tell me about the diluted sake that
10   Dr. Swan is referring to?
11             MR. FINKELSTEIN:  Objection.
12         Objection.
13        A.    So you don't get drunk.
14             MR. FINKELSTEIN:  Objection on
15         the grounds of perversion.
16        Q.    Why do you dilute your sake
17   with water?
18        A.    Because I need water.
19        Q.    So why don't you just drink
20   water?
21             MR. FINKELSTEIN:  Objection.
22         Argumentative.  Objection, for a
23          myriad of reasons.
24        A.    Water (indiscernible).
25             THE COURT REPORTER:  Can you
```

```
 1                    D. ANTOLINI
 2        repeat that?  Water?
 3             THE WITNESS:  (Indiscernible.)
 4             THE COURT REPORTER:  I'm not
 5        understanding it, counsel.
 6             MR. FINKELSTEIN:  Dino, Dino, I
 7        know you're upset.  Dino, listen to
 8        me.  Dino, I know you're upset, but
 9        when you yell, it distorts the
10        speakers.  So just talk a little
11        softer and we'll be good.  Thank you.
12        A.    This is America.  I have the
13   right to drink what I want to do.  All
14   right?
15             THE COURT REPORTER:  I have him
16        saying, This is America.  I have the
17        right to drink what I want to do.
18        All right?
19             THE WITNESS:  Yeah.
20        Q.    You received assistance for
21   alcohol substance abuse issues,
22   Mr. Antolini; is that accurate?
23        A.    I don't understand what you're
24   saying.
25        Q.    Have you ever -- can you tell
```

```
                           D. ANTOLINI
 1
 2   me about the admission for detox --
 3              MR. FINKELSTEIN:  Objection.
 4       Q.    -- that Dr. Swan is referring
 5   to?
 6              MR. FINKELSTEIN:  Objection.
 7        Perverted.  Perverted.  Objection.
 8       A.    I have no idea what you're
 9   trying to do.
10       Q.    Were you ever -- were you ever
11   admitted for alcohol substance abuse
12   issues?
13              MR. FINKELSTEIN:  Objection.
14       A.    Yeah.
15       Q.    Can you tell me about it?
16       A.    No.  I don't know what you're
17   saying.
18              MR. FINKELSTEIN:  Objection.
19       Q.    Mr. Antolini, it says here
20   that, quote, you are concerned about
21   memory.
22       A.    Yeah.
23       Q.    Is that referring to your -- is
24   that referring to your memory loss issues?
25              MR. FINKELSTEIN:  Objection.
```

```
                              D. ANTOLINI
 1
 2        A.     What does it say?  You're a
 3   doctor and a lawyer.  Tell me?
 4        Q.     Are you currently concerned
 5   about your memory loss issues?
 6             MR. FINKELSTEIN:  Objection.
 7        A.     No.
 8        Q.     Do you currently suffer from
 9   memory loss issues?
10             MR. FINKELSTEIN:  Objection.
11        A.     No.
12        Q.     Mr. Antolini, it says here that
13   you had suffered from cognitive impairments
14   and --
15             MR. FINKELSTEIN:  Objection.
16        Objection.
17             (Unreportable crosstalk.)
18             MR. MIZRAHI:  Madam Court
19        Reporter, please note -- please note
20        these interruptions for the record.
21             MR. FINKELSTEIN:  Objection.
22             MR. MIZRAHI:  Please note these
23        improper objections for the record.
24             MR. FINKELSTEIN:  Improper
25        objections.  Great.  Objection.
```

```
                                          Page 243
 1                    D. ANTOLINI
 2       Q.    Mr. Antolini --
 3             MR. FINKELSTEIN:  Is there a
 4       question pending?
 5             Madam Court Reporter, is there
 6       a question pending?
 7             THE COURT REPORTER:  The last
 8       question I have on the record,
 9       Mr. Antolini, it says here that you
10       had suffered from cognitive
11       impairments.
12             MR. FINKELSTEIN:  Is there an
13       answer?
14             THE COURT REPORTER:  No.  There
15       was an objection --
16             MR. MIZRAHI:  Let me -- Madam
17       Court Reporter, please let me finish
18       my question.
19             MR. FINKELSTEIN:  Yeah, sure.
20       Yeah.  Wow.
21             MR. MIZRAHI:  Please note the
22       improper speaking objections again
23       for the record.
24       Q.    Mr. Antolini?
25       A.    Yes?
```

```
 1                    D. ANTOLINI
 2       Q.    It says here that you were
 3  suffering from cognitive impairments --
 4              MR. FINKELSTEIN:  Objection.
 5       Q.    -- potentially -- potentially
 6  related to longstanding alcohol use.
 7              MR. FINKELSTEIN:  Objection.
 8       A.    What does that mean
 9  (indiscernible)?
10              THE COURT REPORTER:  Repeat
11         that, Mr. Antolini?
12              THE WITNESS:  What does that
13         mean?
14              MR. FINKELSTEIN:  What does
15         that mean, I think he said.
16              THE COURT REPORTER:  What does
17         that mean.  Okay.
18       Q.    Can you tell me about these
19  cognitive impairments?
20       A.    What's that mean?  I'm not a
21  doctor.
22       Q.    Have you ever -- have you ever
23  suffered from cognitive impairments?
24              MR. FINKELSTEIN:  Objection.
25       A.    I don't know what you're
```

```
 1                    D. ANTOLINI
 2   saying.  I'm not a doctor.
 3        Q.    Is there anything else that you
 4   recall about your visit with Dr. Swan on
 5   July 18, 2017?
 6        A.    What are you talking about?
 7        Q.    Is there anything else that you
 8   remember about that visit on July 18, 2017?
 9        A.    What do you want to know?
10        Q.    Anything else that you remember
11   about that visit?
12        A.    No.
13        Q.    Do you recall visiting Dr. --
14        A.    You --
15              (Unreportable crosstalk.)
16              MR. FINKELSTEIN:  Dino, Dino,
17         let him ask his questions.  Let him
18         ask.  Shush.
19        A.    What is cognitive
20   (indiscernible) whatever?
21        Q.    Mr. Antolini, do you recall
22   visiting Dr. Swan's office on November 14,
23   2017?
24        A.    You're asking me dates.  You're
25   getting under my skin. (Indiscernible).
```

```
 1                    D. ANTOLINI
 2              THE COURT REPORTER:  Hang on.
 3         Mr. Antolini, I'm not understanding
 4         you.
 5              I have, you're asking me dates.
 6         You're getting under my skin.
 7              THE WITNESS:  Yes.
 8         (Indiscernible).
 9              THE COURT REPORTER:  I'm sorry,
10         counsel, I'm not understanding.
11      Q.    Mr. Antolini, can you hear me?
12      A.    (Indiscernible.)
13      Q.    Mr. Antolini, do you see these
14   -- do you see these progress notes dated
15   November 14, 2017?
16      A.    I don't know what you're
17   saying.
18      Q.    I'm going to read -- I'm going
19   to read more of the progress notes.
20              Mr. Antolini, it says here
21   that, quote, Memory was --
22      A.    I blocked you out.  I don't
23   want to hear you right now.
24   (Indiscernible).
25              THE COURT REPORTER:  I'm not
```

```
                           D. ANTOLINI
 1
 2         hearing him, counsel.  I don't
 3         understand.
 4              I have him saying --
 5              THE WITNESS:  (Indiscernible.)
 6              THE COURT REPORTER:  I'm sorry,
 7         I'm not understanding.
 8              On the record, I have, answer,
 9         I blocked you out.  I don't want to
10         hear you right now.  And that was all
11         I can understand on the record.
12              THE WITNESS:  (Indiscernible.)
13      Q.   Mr. Antolini, it says here,
14   quote, your memory is worsening.  You're
15   having trouble with concentration.  You
16   were to repeat a brain MRI, and you were
17   referred to obtain labs for reversible
18   dementia that you did not complete.
19              MR. FINKELSTEIN:  Objection.
20         Whatever that means.  I'm not sure.
21      Q.   It also says --
22      A.   I have no idea.
23   (Indiscernible).
24      Q.   Were you suffering from memory
25   loss issues on November 14, 2017?
```

```
 1                    D. ANTOLINI
 2              MR. FINKELSTEIN:   Objection.
 3        A.    I don't remember.
 4        Q.    It also says here that,
 5    according to your wife, that you were
 6    forgetting many things.
 7              MR. FINKELSTEIN:   Objection.
 8        A.    You know more than me.
 9        Q.    Is that accurate?
10              MR. FINKELSTEIN:   Objection.
11        A.    I have no idea what you're
12    saying.  (Indiscernible).
13              THE COURT REPORTER:  We lost
14         his camera, but I didn't hear the
15         ending of what he said.
16              I have, answer, I have no idea
17         what you're saying.
18              THE WITNESS:  I lost the
19         picture.
20              MR. FINKELSTEIN:  What did he
21         say, Susan?
22              THE VIDEOGRAPHER:  Would you
23         like to go off the record?
24              THE COURT REPORTER:  He lost
25         his picture.
```

                    D. ANTOLINI

1

2          MR. FINKELSTEIN:  Oh, there he

3      is.  Okay.

4          THE WITNESS:  Now I'm back.

5          MR. FINKELSTEIN:  Okay.  Is

6      there a question pending, Susan?

7          (Whereupon, the referred to

8      question and answer was read back by

9      the Reporter.)

10         THE WITNESS:  Okay.  I'm back.

11     You there?

12         MR. FINKELSTEIN:  Gotcha.

13     Q.    It also says here,

14  Mr. Antolini, that you have difficulty

15  recalling information --

16         MR. FINKELSTEIN:  Objection.

17     Q.    -- in that you suffer from

18  intermittent staring spells --

19         MR. FINKELSTEIN:  Objection.

20     Q.    -- lasting as much as ten

21  minutes.

22         MR. FINKELSTEIN:  Objection.

23      Is there a question?

24     Q.    Do you -- do you still suffer

25  from those intermittent staring spells?

Page 250

```
 1                  D. ANTOLINI
 2           MR. FINKELSTEIN:  Objection.
 3      A.    No.
 4      Q.    Mr. Antolini, why didn't you
 5  complete the labs for your dementia?
 6           MR. FINKELSTEIN:  Objection.
 7      A.    What are you talking about?
 8      Q.    It says here --
 9      A.    I have no idea what you're
10  talking about.
11      Q.    It says here that you are --
12      A.    You know everything.  Why are
13  you asking?
14      Q.    Mr. Antolini, please, please
15  calm down.
16      A.    (Indiscernible.)
17           MR. FINKELSTEIN:  Don't tell
18       him to do anything outside of
19       answering the questions, sir.
20           You don't tell him to calm down
21       or anything.  I would be upset too --
22       never mind.
23           Don't direct my client to do
24       anything, counsel.
25           MR. MIZRAHI:  Madam Court
```

```
                                      Page 251
 1                    D. ANTOLINI
 2          Reporter, please note the improper
 3          speaking objection for the record.
 4                MR. FINKELSTEIN:  Did he
 5          answer, Susan?  Susan, you okay?
 6                THE COURT REPORTER:  I'm okay.
 7                MR. FINKELSTEIN:  Okay.  Did he
 8          answer?
 9                (Whereupon, the referred to
10          answer was read back by the
11          Reporter.)
12                MR. FINKELSTEIN:  Okay.  Thank
13          you.
14      Q.    Mr. Antolini, it says here that
15   you were instructed to -- referred to
16   obtain labs for reversible dementia but you
17   did not complete this workup.
18                Why didn't you --
19      A.    I have no idea what you're
20   talking about.
21      Q.    Do you see where it says that
22   right here, that you were referred to
23   obtain labs for reversible dementia?
24                MR. FINKELSTEIN:  Asked and
25          answered three times.  Objection.
```

```
 1                    D. ANTOLINI
 2          Harassment.  Annoying.
 3               He said he has no idea what
 4          you're talking about, counselor, and
 5          I think we gotta get the judge on the
 6          phone.  This is insane.
 7               If you're going to continue to
 8          harass, let me know; otherwise, I'm
 9          going to have to get him on the phone
10          even though he said don't call.  This
11          is crazy.
12               MR. MIZRAHI:  Madam Reporter,
13          please note --
14               MR. FINKELSTEIN:  Yeah, yeah.
15          She's got it noted.  She does a good
16          job.  She's got it noted.
17               How much longer are you going
18          to keep harassing and annoying and
19          embarrassing him?  I'm curious.
20               MR. MIZRAHI:  Madam Court
21          Reporter, please note the continued
22          improper speaking objections.
23               MR. FINKELSTEIN:  Yes, yes, yes
24          yes, yes, yes, yes, yes.
25               Is there a question pending,
```

```
 1                    D. ANTOLINI
 2        Susan?  I mean a legit question.
 3             (Whereupon, the referred to
 4        question was read back by the
 5        Reporter.)
 6             MR. FINKELSTEIN:  Dino, do me a
 7        favor, just answer him, okay?  That's
 8        all.  That's all.  If you know, you
 9        know.  Whatever.  Whatever.
10             THE WITNESS:  (Indiscernible.)
11             THE COURT REPORTER:  I didn't
12        hear you, Mr. Antolini, but your
13        finger was on the camera.
14             THE WITNESS:  (Indiscernible.)
15             THE COURT REPORTER:  I didn't
16        hear that.
17             THE WITNESS: Go ahead.
18        Q.    Mr. Antolini, it says here that
19   your doctor reordered labs for a reversible
20   dementia?
21             MR. FINKELSTEIN:  Same
22        objection.
23        Q.   Do you recall --  do you recall --
24        A.    I never got this report.
25        Q.    Do you recall that -- these
```

```
 1                     D. ANTOLINI
 2   labs?
 3         A.    No.  I never got the report.
 4         Q.    Can you tell me more about this
 5   dementia?
 6              MR. FINKELSTEIN:  That's the
 7          fifth time you asked that.
 8          Objection.
 9         A.    I never got the report.  You
10   understand never?  N-E-V-E-R.
11         Q.    In these progress notes, it
12   says that at lunch and dinner, you drink a
13   little sake with water; that your -- that
14   your wife is working to help you cut it
15   down and dilute the sake more.
16              Do you see that?
17         A.    Yeah.
18         Q.    Okay.  Why do you dilute your
19   sake with water?
20              MR. FINKELSTEIN:  You asked
21          that five times.  Five times you
22          asked that.  Objection.
23              MR. MIZRAHI:  Madam Court
24          Reporter, please note the improper
25          speaking objection again for the
```

```
 1                    D. ANTOLINI
 2        record.
 3              MR. FINKELSTEIN:  Please note
 4        the improper questions.
 5        A.    I answered that already.  Next
 6   question.
 7        Q.    I'm sorry, Mr. Antolini, I
 8   didn't hear you.
 9        A.    I answered that question
10   already.  You're wasting my time.
11        Q.    Mr. Antolini, do you recall
12   visiting Dr. Swan's office on February 15,
13   2018?
14        A.    No.
15        Q.    I'm showing you progress notes
16   from February 15, 2018.  Do you see them?
17        A.    Yeah.
18        Q.    Do you remember anything about
19   your visit on that day?
20        A.    Who?
21              MR. MIZRAHI:  Madam Court
22        Reporter, you can please restate my
23        question.
24              (Whereupon, the referred to
25        question was read back by the
```

```
 1                    D. ANTOLINI
 2         Reporter.)
 3         A.      No.
 4         Q.      Mr. Antolini, I'm showing you
 5   progress notes from February 22, 2018?
 6         A.      Yeah.
 7         Q.      It says here, quote, you're
 8   having more trouble with words and names
 9   than with numbers.
10         A.      Correct.
11         Q.      That you have -- that you have
12   difficulty filling in the blank with words.
13                 Do you see that?
14         A.      Yeah.
15         Q.      Were you still suffering --
16         A.      I told you that already.
17         Q.      Yeah.  Are you still suffering
18   from memory loss issues at this time?
19         A.      Yeah.  It never goes away.  It
20   stabilized.
21         Q.      I'm sorry, what did you say?
22                 MR. FINKELSTEIN:  Objection.
23         A.      It stabilized.  It hasn't
24   gotten worse.
25         Q.      Mr. Antolini?
```

Page 257

                        D. ANTOLINI
1
2       A.     Yes.
3       Q.     Please remove your finger from
4  the camera.
5       A.     What?
6       Q.     You're covering the camera.
7       A.     Hold on.
8       Q.     It says here that Dr. Swan
9  spent more than half of this 30-minute
10 visit counseling you in the importance of
11 alcohol abstinence.
12            Do you see that?
13      A.     Yes.
14      Q.     Do you recall that
15 conversation?
16      A.     (Indiscernible.)
17            THE COURT REPORTER:  Repeat
18       that?  I didn't hear the answer.
19            THE WITNESS:  I'm not a doctor.
20            MR. FINKELSTEIN:  I'm not a
21       doctor, I think he said.
22            MR. MIZRAHI:  Please note the
23       improper speaking objection again for
24       the record, Madam Court Reporter.
25            MR. FINKELSTEIN:  I'm

```
                         D. ANTOLINI
 1
 2        clarifying the record for the Court
 3        Reporter to have a nice,
 4        understandable, clear record, as you
 5        have done --
 6             MR. MIZRAHI:  Please note --
 7             MR. FINKELSTEIN -- as you have
 8        done --
 9             MR. MIZRAHI:  Please note --
10             MR. FINKELSTEIN:  -- throughout
11        this deposition.
12             MR. MIZRAHI:  Please -- please
13        note the continued obstruction.
14             MR. FINKELSTEIN:  Do you have a
15        question, counsel?  We're ready to
16        proceed.
17             MR. MIZRAHI:  Please note the
18        continued instructions of the
19        witness.
20             MR. FINKELSTEIN:  We're ready
21        to proceed.
22        Q.   Did you follow Dr. Swan's
23   advice when he was explaining the
24   importance of alcohol abstention?
25        A.   I don't remember him saying
```

```
 1                    D. ANTOLINI
 2   that.
 3        Q.    It's written right here.
 4              MR. FINKELSTEIN:  Objection.
 5        A.    I never got the report.
 6        Q.    What was that?
 7        A.    I never got the report.  He
 8   never told me to abstain.
 9        Q.    Do you remember hearing
10   Dr. Swan speak when you go to visit him?
11        A.    Yeah.
12        Q.    And do you follow his advice
13   when he gives you advice?
14        A.    Yes.
15              MR. FINKELSTEIN:  Objection.
16        Q.    So if Dr. Swan is advising you
17   the importance of alcohol abstention, would
18   you follow that advice?
19              MR. FINKELSTEIN:  Wow.
20         Objection.
21        A.    Yes.
22        Q.    Okay.
23        A.    I still don't understand what
24   it has to do with the ADA noncompliance.
25        Q.    I'm showing you progress
```

```
 1                    D. ANTOLINI
 2  notes --
 3       A.    I'm asking you what it has to
 4  do --
 5            MR. FINKELSTEIN:  Dino, wait
 6       until he asks you a question before
 7        you speak.
 8       A.    Go ahead.
 9       Q.    I'm showing you progress notes
10  from March 14, 2019.
11            Okay.  Do you recall visiting
12  Dr. Swan's office on March 14, 2019?
13       A.    I don't remember the date.
14       Q.    Okay.  It says here, quote,
15  you're having trouble remembering names.
16  It takes time to recall a name.  It pops
17  into his memory hours later.
18            Do you see that?
19       A.    Yeah.  No.  But I remember,
20  yes.
21       Q.    Yeah?  Were you suffering from
22  memory loss issues at that time?
23       A.    No.  Memory recall.
24       Q.    Were you suffering from memory
25  recall issues at that time?
```

                          D. ANTOLINI

1

2      A.      Yeah.

3      Q.      And it also says here that you

4  drink one or two drinks of sake diluted in

5  water at that time?

6      A.      Correct.

7      Q.      Is that because you were a

8  recovering alcoholic?

9              MR. FINKELSTEIN:  Objection.

10     A.      I don't like that term.

11  Alcohol abuser.

12     Q.      Were you a recovering alcohol

13  abuser?

14             MR. FINKELSTEIN:  Objection.

15     A.      Yes.

16     Q.      Okay.  Thank you.  Thank you.

17  I didn't know that there was another term

18  to use.  I'll remember that next time.

19             And at the end of the notes, it

20  also says that Dr. Swan spent more than

21  half of this 30-minute visit in counseling

22  on the importance of alcohol abstinence.

23             Do you see that?

24     A.      No.

25     Q.      Right here.

Page 262

```
                            D. ANTOLINI
 1
 2       A.      (Indiscernible).
 3               THE COURT REPORTER:  Hang on.
 4         Mr. Antolini, can you repeat that,
 5         because I didn't understand it.
 6               THE WITNESS:  Okay.  Yeah.
 7         Okay.  What now?
 8       Q.    Did you follow Dr. Swan's
 9   advice, Mr. Antolini?
10               MR. FINKELSTEIN:  Objection.
11       A.    Yeah.  I told him I drink one
12   or two sakes a day, and he said it's all
13   right.
14       Q.    I'm sorry, I didn't hear what
15   you said?
16       A.    I told him I drink one or two
17   glasses of sake with water a day, and he
18   said that was all right.
19       Q.    I'm showing you progress notes
20   dated September 17, 2019, and it says here
21   that you, quote, still have trouble
22   remembering names, mostly for
23   acquaintances, not for people he knows
24   well.
25       A.    Yeah.
```

```
 1                     D. ANTOLINI
 2        Q.    Were you still suffering --
 3   were you still suffering from memory recall
 4   issues at that time?
 5        A.    Yes.
 6              MR. FINKELSTEIN:  Objection.
 7        Q.    And it also says here that,
 8   quote, Dr. Swan spent more than half of
 9   this 40-minute visit in counseling the
10   importance of alcohol abstinence.
11              MR. FINKELSTEIN:  Objection.
12        Q.    Did you follow Dr. Swan's
13   advice?
14        A.    He never told me abstinence.
15        Q.    It says here that he did; that
16   he told you -- he counseled you on the --
17        A.    No.
18              (Unreportable crosstalk.)
19              MR. FINKELSTEIN:  Objection.
20        A.    He told me (indiscernible.)
21              THE COURT REPORTER:  Hang on.
22         I didn't understand that.  Hang on.
23              THE WITNESS:  (Indiscernible.)
24              THE COURT REPORTER:  I'm not --
25              THE WITNESS:  (Indiscernible.)
```

```
1                    D. ANTOLINI
2            THE COURT REPORTER:
3       Mr. Antolini, I'm sorry -- hang on.
4            MR. FINKELSTEIN:  Dino, hold on
5       a second.  Dino, hold on a second.
6            Go ahead, Susan.
7            THE COURT REPORTER:  I didn't
8       understand the answer.
9            It says here that he told you
10      he counseled you.  Objection.  Then I
11      have, He told me, and I didn't hear
12      the rest.
13           THE WITNESS:  He told me one or
14      two glasses of sake was okay for me.
15      Normally, I don't (indiscernible).
16           THE COURT REPORTER:  Hang on.
17      He told me one or two glasses of sake
18      was okay.  Normally I don't?
19           THE WITNESS:  (Indiscernible).
20           THE COURT REPORTER:  I'm not
21      understanding that, counsel.
22           THE WITNESS:  Okay.
23      (Indiscernible).
24           THE COURT REPORTER:  I'm still
25      not hearing it.  I'm sorry.
```

```
 1                    D. ANTOLINI
 2              THE VIDEOGRAPHER:  I heard,
 3          People that are weak.
 4              THE WITNESS:  Yeah.  If you go
 5          out, you have one or two drinks.
 6       Q.    Mr. Antolini, you're still
 7   suffering from memory recall issues at this
 8   time?
 9              MR. FINKELSTEIN:  Objection.
10       A.    When?
11       Q.    Were you still suffering from
12   memory recall issues on September 17, 2019?
13              MR. FINKELSTEIN:  Objection.
14       A.    What time?  What?
15       Q.    September 17, 2019?
16              MR. FINKELSTEIN:  Objection.
17       A.    You're asking me for a specific
18   date?
19       Q.    Well, I'm just saying, you
20   know, it says here that --
21              MR. FINKELSTEIN:  Objection.
22       Q.    -- in the notes, that you're
23   still having trouble remembering names,
24   mostly for acquaintances, not for people he
25   knows well.
```

```
 1                    D. ANTOLINI
 2        A.     Yes.
 3        Q.     So, for the record, were you
 4   still suffering from memory recall issues
 5   in September of '19?
 6              MR. FINKELSTEIN:  Objection.
 7         For the record, the record speaks for
 8          itself.  Objection.
 9        A.     You have it.
10        Q.     I just want to make sure that
11   we're on the same page.
12              MR. FINKELSTEIN:  Objection.
13        Q.     Were you still suffering from
14   memory recall issues --
15        A.     You have the page.
16              MR. FINKELSTEIN:  Objection.
17        A.     You highlighted it.
18        Q.     Is that accurate, Mr. Antolini?
19        A.     What?
20              MR. FINKELSTEIN:  Objection.
21        Q.     Is that accurate?  Are these
22   statements accurate?
23        A.     Yeah.
24        Q.     Mr. Antolini, I'm showing you
25   progress notes dated January 21, 2020.
```

```
                                        Page 267
 1                    D. ANTOLINI
 2       A.    Yeah.
 3       Q.    It says here, quote, you still
 4  have issues with names.  Stable, not worse.
 5       A.    Yeah.
 6       Q.    So were you still having issues
 7  with memory loss -- with memory loss or
 8  with memory recall?
 9            MR. FINKELSTEIN:  Objection.
10       A.    Recall.
11       Q.    It says here that you were
12  drinking minimally.  Is that referring to
13  alcohol consumption?
14       A.    Yeah.  It says it right there.
15       Q.    And it says that at dinner, you
16  still drink diluted sake, sometimes at
17  lunch, one or two --
18            MR. FINKELSTEIN:  Objection.
19       Q.    -- total, not a full drink each
20  time.
21       A.    Correct.
22            MR. FINKELSTEIN:  Objection.
23       Q.    And that was because you were
24  recovering from alcohol consumption?
25            MR. FINKELSTEIN:  Same
```

```
 1                   D. ANTOLINI
 2        objection.
 3        Q.    I'm sorry, you said alcohol
 4   abuse?
 5              MR. FINKELSTEIN:  Objection.
 6        A.    Yes.
 7              Do you drink?  Do you drink?
 8              MR. FINKELSTEIN:  Dino, when
 9         you shout, it's no good.  I know
10         you're upset, but just be cool.
11         We'll understand better.  Please.
12              Susan, did you get his
13         response?
14              (Whereupon, the referred to
15         answer was read back by the
16         Reporter.)
17        Q.    Mr. Antolini, it says here that
18   Dr. Swan spent more than half of this visit
19   counseling the importance of alcohol
20   abstinence.
21              Do you recall that?
22              MR. FINKELSTEIN:  Objection.
23        A.    No.
24        Q.    Did you follow Dr. Swan's
25   advice at the January 21, 2020 visit?
```

```
 1                   D. ANTOLINI
 2              MR. FINKELSTEIN:  Objection.
 3        A.    He never told me that.
 4        Q.    But did you follow this advice
 5   at the January 21, 2020 visit?
 6        A.    Yes.
 7        Q.    Mr. Antolini, who is Stuart
 8   Finkelstein?
 9              MR. FINKELSTEIN:  Objection.
10         There is to be no questions about me
11         here.  Attorney/client privilege.
12              MR. MIZRAHI:  I'm not asking
13         about any communication.
14              MR. FINKELSTEIN:  It doesn't
15         matter.  It's implicit in who I am.
16         It's implicit.  He's not answering.
17        Q.    Mr. Antolini, I'm not asking
18   you -- for this next line of questioning,
19   I'm not asking you to talk about any
20   communications with your attorney.
21              Do you understand?
22              MR. FINKELSTEIN:  No, no, no,
23         no, no.  We're not asking any
24         questions about me to my client.  Not
25         happening.
```

Page 270

```
 1                    D. ANTOLINI
 2              If you want to ask him if I'm
 3         his lawyer, that's fine, but it goes
 4         no further, counsel.
 5                    MR. MIZRAHI:  Please note the
 6         improper speaking objections for the
 7         record, Madam Court Reporter.
 8         Q.    Mr. Antolini, for this next
 9    line of questioning, I am -- I'm not
10    interested in any communications or
11    conversations you've had with your
12    attorney.
13              Do you understand?
14         A.    Yes.
15         Q.    Mr. Antolini, who is Stuart
16    Finkelstein?
17         A.    My lawyer.
18         Q.    And how did you and
19    Mr. Finkelstein meet?
20                    MR. FINKELSTEIN:  No, no, no.
21         It goes to privilege.  All of these
22         were answered in the interrogatories,
23         and this is now two years -- almost
24         two years later.  Privilege.
25                    We're not -- we're not
```

Page 271

```
                              D. ANTOLINI
 1
 2         answering any questions about the
 3         attorney/client relationship.  I'm
 4         directing him not to answer.
 5              MR. MIZRAHI:  Madam Court
 6         Reporter, I would like to make a
 7         statement for the record.
 8              Number one, I'd like to note
 9         the improper speaking objection a
10         moment ago.
11              Number two, I'm going to -- I'm
12         going to read verbatim from the
13         Court's August 7, 2020 order, docket
14         entry number 63.
15              Quote, When defendants take the
16         deposition of plaintiff, they are
17         free to ask questions regarding
18         whether plaintiff authorized
19         Mr. Finkelstein to commence this
20         action and/or regarding plaintiff's
21         interrogatory responses.  End quote.
22              So I'm going to continue.
23              MR. FINKELSTEIN:  Well, if you
24         want to ask those -- on the record,
25         Susan?
```

```
 1                    D. ANTOLINI
 2            THE COURT REPORTER:  Yes.
 3            MR. FINKELSTEIN:  Yes.
 4            If he wants to ask those two
 5       questions, I have no issue with those
 6       at all.  Anything else is
 7       attorney/client -- actually, that is,
 8       too, but I'll allow --
 9            MR. MIZRAHI:  I'm going to
10       again --
11            MR. FINKELSTEIN:  Excuse me.
12       You're interrupting me.  I'll allow
13       that, of course, pursuant to Judge
14       Stewart's [sic] order.
15     Q.    Mr. Antolini, can you hear me?
16     A.    Yeah.
17     Q.    How did you and Mr. Finkelstein
18  meet?
19            MR. FINKELSTEIN:  Don't answer.
20       Next question.  Directing him not to
21       answer.
22     Q.    Mr. Antolini, I'm not asking
23  you to divulge any communications.
24            MR. FINKELSTEIN:  You said that
25       six times.  He's not answering.  Move
```

Page 273

1                    D. ANTOLINI

2        on, counselor.

3            MR. MIZRAHI:  Please note the

4        improper instruction for the record,

5        Madam Reporter.

6            I'm going to be admitting

7        another document into evidence, Madam

8        Reporter.  I believe that this is --

9            MR. FINKELSTEIN:  Next.  Get

10       this off the screen.  Get it off the

11       screen or I'm ending this right now.

12           MR. MIZRAHI:  Madam Court

13       Reporter, I'm going to be admitting

14       this document into evidence.

15           MR. FINKELSTEIN:  No, you're

16       not.  If you don't get it off the

17       screen, and we're not talking about

18       that either, this -- this deposition

19       will be over.  It will be cancelled.

20       It will be terminated.

21           MR. MIZRAHI:  Madam Court

22       Reporter, I believe that this is

23       Exhibit Number C that needs to be

24       marked for identification.  It's an

25       arrest warrant --

Page 274

```
                                    D. ANTOLINI
 1
 2          MR. FINKELSTEIN:  Madam Court
 3      -- hold on.  Madam Court Reporter,
 4      Madam Court Reporter, I want the
 5      record to reflect that Mr. -- this
 6      Mr. Mizrahi is pursuing something
 7      that's totally outside this lawsuit.
 8      I've asked him not to do it.
 9          He mentioned something about an
10      arrest just now.  Mr. Antolini is not
11      going to respond to it, I'm not going
12      to respond to it, and we'll let the
13      chips fall where they may with Judge
14      Aaron Stewart [sic], with the judge
15      on the case, and with the Second
16      Circuit, but he is not going to do
17      this during this deposition on this
18      case, especially in light of many,
19      many things, but that's besides the
20      point.
21          So if this fellow is going to
22      continue on this, I'm going to tell
23      my -- direct my client -- well,
24      actually he'll do it of his own
25      volition, but that's besides the
```

Page 275

```
                            D. ANTOLINI
 1
 2         point.  I --
 3              (Unreportable crosstalk.)
 4              MR. MIZRAHI:  Please note the
 5         improper speaking objection.
 6              MR. FINKELSTEIN:  Excuse me.
 7         Excuse me.  Excuse me.
 8              We will -- Mr. Antolini and I
 9         will get out of this deposition.  We
10         will terminate it, again, pursuant to
11         rule, I guess, 30 and a bunch of
12         other -- 30(b), which I mentioned a
13         number of times already, seeking an
14         order from the court regarding 30(a),
15         which will definitely in a way
16         embarrass, et cetera, et cetera, and
17         I believe I have the right, pursuant
18         to that rule, to terminate this
19         deposition with the understanding
20         that pursuant to 32, it looks like,
21         30 --
22              MR. MIZRAHI:  Madam Reporter,
23         Madam Reporter --
24              MR. FINKELSTEIN:  You're
25         interrupting me.  I'm making a
```

```
 1                    D. ANTOLINI
 2       record.
 3            (Unreportable crosstalk.)
 4            MR. FINKELSTEIN:  I'm making a
 5       record.  That I will force a
 6       limitation to be -- to -- rather, I
 7       will present a motion under rule
 8       30(d)(3) to preclude him from going
 9       down this disgusting, atrocious,
10       sordid, S-O-R-D, sordid road.
11            So if you're going to continue,
12       Jason, let me know right now;
13       otherwise, Jason -- not Jason.
14       Otherwise Mr. Antolini and I are off.
15            MR. MIZRAHI:  Madam Reporter,
16       please note the improper speaking
17       objection for the record.
18            MR. FINKELSTEIN:  That's all
19       you got to say?  That's all you got
20       to say?
21            MR. MIZRAHI:  Please note --
22       please note the improper --
23            MR. FINKELSTEIN:  Are you going
24       to continue --
25            (Unreportable crosstalk.)
```

```
 1                    D. ANTOLINI
 2          MR. FINKELSTEIN:  Are you going
 3      to continue with this nonsense?  With
 4      this garbage?  I'm curious?
 5          MR. MIZRAHI:  Madam Reporter,
 6      please note the improper speaking
 7      objection for the record.
 8          THE COURT REPORTER:  Okay.
 9          Can you guys just give me one
10      second?  I just have to plug in.  My
11      screen is black because I'm on low
12      battery here.  I thought it was
13      plugged in.
14          (Discussion held off the
15      written record; not off the video
16      record.)
17          MR. MIZRAHI:  Madam Reporter?
18      Madam Reporter?
19          THE COURT REPORTER:  Hang on.
20          Hang on.  Okay.  Sorry about
21      that.  Yes.
22          MR. MIZRAHI:  I'm going to make
23      a statement for the record that
24      plaintiff's counsel is engaging in
25      improper --
```

Page 278

D. ANTOLINI

1

2          MR. FINKELSTEIN:  Oh, just say

3     it already.  What do you want to say?

4     Stop the preamble all the time.  What

5     do you want to say, counsel?

6          MR. MIZRAHI:  Madam Court

7     Reporter, I'm just making a statement

8     for the record.

9          I'm being continuously

10    interrupted.  I'm making a statement

11    for the record with regards to these

12    improper speaking objections.

13         I want to make sure that this

14    exhibit has been marked for the

15    record.  Can you please confirm,

16    Madam Reporter?

17         THE COURT REPORTER:  Sure.  As

18    soon as you send it to me.

19         MR. FINKELSTEIN:  It's on my

20    screen.  I'll send you all the

21    exhibits afterwards.

22         THE COURT REPORTER:  Okay.

23    Thank you.

24         MR. FINKELSTEIN:  Madam Court

25    Reporter, when Dino and I leave this

Page 279

```
                         D. ANTOLINI
 1
 2        deposition, I just want the record to
 3        reflect that we've left the
 4        deposition and that anything that
 5        happens after that is all ex parte by
 6        him.
 7             Can you do that for me, please.
 8             THE COURT REPORTER:  Sure.
 9             MR. FINKELSTEIN:  Thank you.  I
10        appreciate it.
11             MR. MIZRAHI:  In anticipation
12        for plaintiff's counsel's threat to
13        end this deposition --
14             MR. FINKELSTEIN:  It's not a
15        threat.  It's not a threat.  I don't
16        threaten anybody, counsel.
17             MR. MIZRAHI:  In anticipation
18        of plaintiff's counsel's threat to
19        conclude this deposition
20        unilaterally, defendants will reserve
21        the right to seek sanctions and
22        costs --
23             MR. FINKELSTEIN:  Of course.
24        Of course.  Of course.
25             MR. MIZRAHI:  -- including,
```

Page 280

```
 1                    D. ANTOLINI
 2         without limitation, the costs of
 3         attorney's fees and Court Reporter's
 4         fees arising out of this deposition.
 5              We will also seek the right to
 6         re-depose plaintiff as a result of
 7         this obstructionist behavior.
 8              MR. FINKELSTEIN:  So does that
 9         mean you're -- what does that mean?
10         You're not continuing the deposition
11         of Mr. Antolini?
12    Q.    Mr. Antolini, take a moment to
13   familiarize yourself with this document.
14   Do you see this document?
15              MR. FINKELSTEIN:  If you're
16         going to continue there, it's not
17         happening.  It's not happening.
18              If you're going to continue,
19         we're going to get off and seek a
20         ruling from the judge on the case
21         pursuant, again, to rule 30(d)(3).
22              MR. MIZRAHI:  Madam Court
23         Reporter, are you with us?
24              THE COURT REPORTER:  Yes.
25              MR. FINKELSTEIN:  Hold on a
```

Page 281

```
                              D. ANTOLINI
 1
 2        second.  Are you continuing -- is it
 3        your intention to continue along the
 4        path that you've just chosen, sir?
 5   BY MR. MIZRAHI:
 6        Q.    Mr. Antolini, can you hear me?
 7        A.    Yeah.
 8        Q.    Okay.  Mr. Antolini, were you
 9   aware that Mr. Finkelstein --
10             MR. FINKELSTEIN:  Dino, Dino,
11        that's it.
12             Were you aware what?
13             MR. MIZRAHI:  Please note the
14        improper speaking objection for the
15        record.
16             MR. FINKELSTEIN:  I didn't hear
17        you.
18             MR. MIZRAHI:  Madam Reporter,
19        please note the improper
20        interruptions and speaking objection
21        for the record.
22        Q.    Mr. Antolini, were you aware
23   that Mr. Finkelstein was arrested?
24             MR. FINKELSTEIN:  Okay, that's
25        it.  Dino, hop off -- hop off the
```

```
 1                  D. ANTOLINI
 2      deposition.  Hop off.  Turn it off.
 3      We're done.  We're done.
 4   Q.    Mr. Antolini --
 5           MR. FINKELSTEIN:  Madam Court
 6      Reporter, anything after this, at
 7      2:59, I would ask that you just make
 8      a note -- Dino, you can turn your
 9      stuff off.
10           Make a note that it's all going
11      to be ex parte and we're hopping off,
12      okay.
13           I'm reserving my right to make
14      the motion before the Court pursuant
15      to that rule.
16           You off Dino?  Hop off.
17           MR. MIZRAHI:  Mr. Antolini --
18           THE WITNESS:  I can hang up?
19           MR. FINKELSTEIN:  Dino, yeah.
20      We're finished.  Hop off.
21           THE WITNESS:  I could hang up?
22           MR. FINKELSTEIN:  Yeah, hang
23      up.  We're done.
24           THE WITNESS:  Okay.
25           (Whereupon, Mr. Finkelstein and
```

```
 1                D. ANTOLINI
 2        the witness left the meeting.)
 3            MR. MIZRAHI:  Jason, Susan, are
 4        you still with me?
 5            THE COURT REPORTER:  Yes.
 6            THE VIDEOGRAPHER:  Yes.
 7            MR. MIZRAHI:  Okay.  I'm going
 8        to just take a moment to make a brief
 9        statement on the record, and I think
10        we're going to conclude today's
11        deposition.  I believe we are
12        scheduled -- I believe that we're
13        scheduled to return tomorrow morning.
14            If you can bear with me one
15        moment while I pull up a quick
16        statement that I'll be reading.
17            THE COURT REPORTER:  Okay.
18            MR. MIZRAHI:  Would you guys
19        like to go off the call and come back
20        in five or ten minutes?
21            THE COURT REPORTER:  I can hang
22        on.  It's okay.
23            MR. MIZRAHI:  Jason?
24            THE VIDEOGRAPHER:  I don't mind
25        hanging on either.
```

                    D. ANTOLINI

1

2          MR. MIZRAHI:  Great.  I'll try

3      and be quick.  Just give me one

4      second.

5          THE COURT REPORTER:  Okay.

6      Take your time.

7          (Whereupon, there was a brief

8      pause in the proceeding.)

9          MR. MIZRAHI:  Guys, whenever

10      you're ready?

11          THE COURT REPORTER:  I'm ready

12      when you are.

13          MR. MIZRAHI:  I'm going to be

14      admitting another piece into

15      evidence, Susan.

16          Before we conclude -- before we

17      conclude, I'm also going to ask that

18      we take a minute to let me know what

19      I need to send you, if I need to send

20      you anything that you need marked for

21      the exhibit.

22          So before we conclude, we can

23      just make sure that you have

24      everything that you need, okay?

25          THE COURT REPORTER:  Okay,

```
 1                    D. ANTOLINI
 2        sure.
 3             MR. MIZRAHI:  So I'm going to
 4        share the screen.  Can you see the
 5        screen highlighted?
 6             THE COURT REPORTER:  I can see
 7        it, yeah.
 8             MR. MIZRAHI:  Okay.
 9             THE COURT REPORTER:  Can you
10        make it a little bigger?
11             MR. MIZRAHI:  Yes.
12             THE COURT REPORTER:  The iPad
13        makes it so tiny.
14             MR. MIZRAHI:  Can you see that?
15             THE COURT REPORTER:  Yes.
16             MR. MIZRAHI:  Okay.
17             Good afternoon.  My name is
18        Jason Mizrahi.  We are on the record
19        in connection with the deposition
20        scheduled in the case of Dino
21        Antolini -v- McCloskey, et al., the
22        case pending in the United States
23        District Court for the Southern
24        District of New York, case number
25        19-cv-9038.
```

Page 286

```
 1                    D. ANTOLINI
 2            Today is April 19, 2021.  The
 3       time is now 3:03 p.m. Eastern
 4       Standard Time.  This proceeding is
 5       conducted remotely through Veritext
 6       court reporters.  The Court Reporter,
 7       Miss Susan Insinga, has before her
 8       today the March 2, 2021 Court Order
 9       under docket number 150.
10            Namely, the court order entered
11       by the Honorable Magistrate Judge
12       Stewart Aaron has granted defendant's
13       letter motion to compel, amongst
14       other things, plaintiff's deposition.
15            The Court Order reads, quote,
16       Defendant's deposition of plaintiff
17       shall commence on Monday April 19,
18       2021 and continue from day to day
19       until complete; provided, however,
20       that the deposition shall be
21       completed no later than Friday
22       April 23, 2021, end quote.
23            On April 19, 2021, plaintiff's
24       counsel, Stuart Finkelstein, at
25       approximately 2:55 p.m. informed me
```

Page 287

```
 1                    D. ANTOLINI
 2         and the Court Reporter and
 3         videographer, Mr. Jason Aqui, that he
 4         will be unilaterally terminating
 5         today's deposition.
 6              In fact, Mr. Finkelstein, as
 7         threatened, did, in fact,
 8         unilaterally leave today's
 9         deposition, and he unilaterally
10         instructed his client to terminate
11         his video and microphone stream.
12              Therefore, plaintiff and
13         plaintiff's counsel have refused to
14         participate either in person or by
15         any other means in today's
16         deposition.
17              In conclusion, I request that
18         the Court Reporter transcribe the
19         record of these proceedings so that
20         it may be filed in court as an
21         exhibit for defendant's application
22         for the imposition of appropriate
23         sanctions.
24              These proceedings, accordingly,
25         may now be closed at 3:06 p.m.,
```

Page 288

1                    D. ANTOLINI

2          August 19, 2021.  Thank you.

3              THE COURT REPORTER:  April.

4          April 19th, counsel.

5              MR. MIZRAHI:  April 19, 2021.

6              THE VIDEOGRAPHER:  We are off

7          the record.  The time is 3:06 p.m.

8              (Whereupon, at 3:06 p.m., the

9          Examination of this witness was

10         adjourned.)

11             (Whereupon, an October 22,

12         2019 Answer With Affirmative Defenses

13         and Counterclaims was marked as

14         Defendant's Exhibit A for

15         identification; a copy of

16         Mr. Antolini's medical records were

17         marked as Defendant's Exhibit B for

18         identification; an arrest warrant was

19         marked as Defendant's Exhibit C for

20         identification; and a March 2, 2021

21         Court Order entered by the Honorable

22         Magistrate Judge Stewart Aaron was

23         marked as Defendant's Exhibit D for

24         identification as of this date by the

25         Court Reporter.)

Page 289

1                    D. ANTOLINI

2               D E C L A R A T I O N

3

4        I hereby certify that having been

5   first duly sworn to testify to the truth, I

6   gave the above testimony.

7

8        I FURTHER CERTIFY that the foregoing

9   transcript is a true and correct transcript

10   of the testimony given by me at the time

11   and place specified hereinbefore.

12

13

14

                _____

15                    DINO ANTOLINI

16

17

18   Subscribed and sworn to before me

19   this _____ day of _____ 20___.

20

21

     _____

22        NOTARY PUBLIC

23

24

25

```
                                          Page 290

 1                    D. ANTOLINI

 2                  E X H I B I T S

 3

 4   DEFENDANT'S EXHIBITS

 5

 6   EXHIBIT     EXHIBIT                     PAGE

 7   LETTER      DESCRIPTION

 8   Exh A       October 22, 2019

 9               Answer With

10               Affirmative Defenses

11               and Counterclaims           288

12   Exh B       Copy of Mr. Antolini's

13               medical records            288

14   Exh C       Arrest warrant            288

15   Exh D       March 2, 2021 Court

16               Order entered by the

17               Honorable Magistrate

18               Judge Stewart Aaron        288

19

20       (Exhibits retained by the Court Reporter.)

21

22

23

24

25
```

Page 291

1                    D. ANTOLINI
2                    I N D E X
3
4  EXAMINATION BY                        PAGE
5  MR. MIZRAHI                           7
6
7
8    INFORMATION AND/OR DOCUMENTS REQUESTED
9  (None)
10
11
12        QUESTIONS MARKED FOR RULINGS
13            BY DEFENDANTS
14  PAGE   LINE     QUESTION
15  32     6        Mr. Antolini, have you ever
                    been arrested?
16
    33     10       Okay.  What other lawsuits
17                  were you involved in?
18
19
20        QUESTIONS MARKED FOR RULINGS
21            BY PLAINTIFF
22  PAGE   LINE     QUESTION
23  73     9        What is your cell phone
                    number, Mr. Antolini?
24
25

Page 292

1                    D. ANTOLINI

2               C E R T I F I C A T E

3

4    STATE OF NEW YORK        )

                             :  SS.:

5    COUNTY OF SUFFOLK        )

6

7

8         I, SUSAN INSINGA, a Notary Public for

9    and within the State of New York, do hereby

10   certify:

11        That the witness whose examination is

12   hereinbefore set forth was duly sworn and

13   that such examination is a true record of

14   the testimony given by that witness.

15        I further certify that I am not

16   related to any of the parties to this

17   action by blood or by marriage and that I

18   am in no way interested in the outcome of

19   this matter.

20        IN WITNESS WHEREOF, I have hereunto

21   set my hand this 22nd day of April 2021.

22

23

24

                    SUSAN INSINGA

25

Page 293

1                          ERRATA SHEET
                    VERITEXT/NEW YORK REPORTING, LLC
2
      CASE NAME: Antolini, Dino v. McCloskey, Ann Et Al
3     DATE OF DEPOSITION: 4/19/2021
      WITNESSES' NAME: Dino Antolini
4
5      PAGE   LINE (S)       CHANGE              REASON
       ____|_____|_____|_____
6
       ____|_____|_____|_____
7
       ____|_____|_____|_____
8
       ____|_____|_____|_____
9
       ____|_____|_____|_____
10
       ____|_____|_____|_____
11
       ____|_____|_____|_____
12
       ____|_____|_____|_____
13
       ____|_____|_____|_____
14
       ____|_____|_____|_____
15
       ____|_____|_____|_____
16
       ____|_____|_____|_____
17
       ____|_____|_____|_____
18
       ____|_____|_____|_____
19
       ____|_____|_____|_____
20
21                                    _____
                                      Dino Antolini
22    SUBSCRIBED AND SWORN TO BEFORE ME
      THIS ____ DAY OF _____, 20__.
23
24
      _____          _____
25    (NOTARY PUBLIC)                MY COMMISSION EXPIRES:

| & |
| --- |
| **&**   2:8 3:17 5:13 152:15 153:13 |

| 0 |
| --- |
| **09038**   1:6 |

| 1 |
| --- |
| **1**   3:17 4:6 156:11 198:14 |

**10**   64:22 291:16
**100**   96:14 97:17
**10002**   184:14
**10003**   205:15
**10009**   163:24 164:6
**10011**   174:13 181:9,24 189:10
**10012**   158:6 178:21
**10014**   182:25 183:20
**10165**   2:11
**10:07**   1:14 4:4
**10:14**   12:24
**10:30**   28:10
**10th**   61:2 174:8 176:21 189:9,17 189:22
**110**   50:16 158:5
**11427**   6:6,19 18:23
**11791**   2:6
**11:47**   110:16
**12**   45:14 70:18,18 109:17 110:12
**12:00**   110:12
**12:05**   109:23 110:13,14
**12:06**   110:21
**12:44**   156:10,23 156:25 157:10

**12:45**   157:15
**13th**   199:11,17,24 200:13
**14**   245:22 246:15 247:25 260:10,12
**145**   195:14 202:11 202:17,24 205:8
**15**   109:22 156:19 255:12,16
**150**   8:24 286:9
**154**   199:11,16,24 200:13
**16**   148:16 149:4
**160**   181:6,23
**163**   201:10,17
**17**   262:20 265:12 265:15
**18**   229:21 231:12 245:5,8
**1803**   78:6
**19**   1:13 4:5 26:18 266:5 285:25 286:2,17,23 288:2 288:5
**195**   174:8 176:21
**19th**   288:4
**1:06**   157:19
**1:19**   1:6
**1:56**   220:16

| 2 |
| --- |
| **2**   9:20 219:18,20 221:3,4 286:8 288:20 290:15 |

**2-3**   175:15
**20**   60:25 64:23 82:5 89:4 220:24 289:19 293:22
**2001**   9:20
**2017**   65:17 67:15 67:23 69:15 229:21 231:12

245:5,8,23 246:15 247:25
**2018**   68:8,19 92:24 97:17 114:16,18 127:20 142:21 143:9 255:13,16 256:5
**2019**   57:21 68:25 69:6 77:11 79:12 80:2,10 97:5 114:11 127:24 128:12,23 129:24 133:18,19 136:15 140:25 141:7 143:13,16,24 144:2,9 260:10,12 262:20 265:12,15 288:12 290:8
**2020**   69:12,15 108:25 114:2 130:8 144:17,21 145:5 266:25 268:25 269:5 271:13
**2021**   1:13 4:5 8:10 8:23 93:23 130:24 145:9 286:2,8,18 286:22,23 288:2,5 288:20 290:15 292:21
**207**   189:9,17,22
**21**   111:5 157:22,23 266:25 268:25 269:5
**22**   57:21 256:5 288:11 290:8
**222**   170:8 172:10
**228**   178:16 179:12
**22nd**   292:21
**23**   286:22

**23rd**   175:12,13 176:23 177:3 189:13
**24**   19:22 20:6,12 24:22,25 29:25
**24393**   292:24
**26**   56:11,12,13
**288**   290:11,13,14 290:18
**2:05**   220:21
**2:55**   286:25
**2:59**   282:7
**2nd**   8:10,23 38:11

| 3 |
| --- |
| **3**   8:18 9:19 276:8 280:21 |

**3,000**   68:2,5,20 69:5,12 70:17
**30**   3:16 44:11 89:4 170:11 204:12 257:9 261:21 275:11,12,14,21 276:8 280:21
**301-758-7351**   26:25 27:2
**303**   205:14 206:2
**32**   275:20 291:15
**33**   291:16
**338**   2:5
**33rd**   201:10,17
**36,000**   69:17,22 70:16,23
**39**   182:23 183:19
**3:03**   286:3
**3:06**   287:25 288:7 288:8

| 4 |
| --- |
| **4,000**   66:15,16 67:12 68:6,20 69:5,12 70:18 |

**4-0**  59:24,25 60:4
**4/19/2021**  293:3
**40**  37:2 60:4 263:9
**42**  157:24
**42nd**  2:10 208:11
  208:15,21 209:5
  209:12,15
**4700**  2:10 208:11
  208:16 209:16
**48,000**  69:19,22
  70:16,23

**5**

**50**  96:14 97:17
**52**  221:10
**54**  221:7
**545**  163:22
**5th**  163:22

**6**

**6**  291:15
**60**  2:10 208:11,15
  208:21 209:5,12
  209:15
**63**  271:14

**7**

**7**  64:22 271:13
  291:5
**73**  291:23
**76**  164:5,13,19
**79**  184:12 185:12
  188:6

**8**

**8007**  6:10,11 18:22
  59:14
**8288**  149:10,18,23
  150:15 151:16,22
  152:9

**9**

**9**  291:23
**9038**  26:18 285:25
**917-985-1803**  73:8
  73:10
**94**  71:14 132:9
  137:17 140:24
  141:13

**a**

**a.m**  1:14
**a.m.**  4:4 28:15
**aaron**  8:22 10:20
  26:16 27:6 34:12
  35:24 45:13,15,24
  49:7 54:22 55:8
  55:12 274:14
  286:12 288:22
  290:18
**aaron's**  26:20
  28:20
**abide**  54:3
**ability**  24:15 25:2
  30:3
**able**  19:3 21:2
  48:13 137:10
  225:2
**absolutely**  11:14
**abstain**  229:8,11
  229:14 259:8
**abstention**  258:24
  259:17
**abstinence**  257:11
  261:22 263:10,14
  268:20
**abuse**  229:5
  240:21 241:11
  268:4
**abuser**  261:11,13
**access**  57:11

**accessible**  192:22
  192:23,24 193:2,6
**accommodate**
  17:13
**accurate**  109:8
  139:22 240:22
  248:9 266:18,21
  266:22
**accurately**  19:4
  24:16 25:3 30:4
**acquaintances**
  262:23 265:24
**acting**  43:17,18
**action**  4:21 58:17
  271:20 292:17
**ada**  148:14 259:24
**add**  157:25
**additional**  157:23
**address**  5:25
  18:21 59:14,20
  76:18 77:15 78:25
  151:9 152:9 164:4
  167:6 168:22
  169:3,18 170:8,15
  170:20 173:5
  175:17 176:21
  181:15,22 182:8
  182:12,16,23
  201:2
**addresses**  79:3
  161:13
**adjourned**  288:10
**administer**  3:11
  4:20 15:17
**admission**  238:25
  241:2
**admitted**  241:11
**admitting**  230:9
  273:6,13 284:14
**adversary**  40:25

**advice**  258:23
  259:12,13,18
  262:9 263:13
  268:25 269:4
**advising**  259:16
**affect**  24:15 25:2
  30:2
**affiliations**  5:3
**affirmative**  57:22
  288:12 290:10
**afternoon**  285:17
**ago**  10:7 28:18
  54:22 77:14 93:3
  99:10,11,20 101:8
  102:4,6 112:3
  114:21 115:13
  166:3 178:24
  239:2 271:10
**agree**  110:7
**agreed**  3:5,20
**ahead**  14:25 15:2
  19:19 24:10 29:24
  33:7,21 36:16
  38:23 58:8 89:11
  107:22 215:4
  218:6,9,9 225:22
  230:16,19 253:17
  260:8 264:6
**al**  285:21 293:2
**alcohol**  20:6 89:9
  90:14,23 91:8
  225:11 229:5,8,11
  240:21 241:11
  244:6 257:11
  258:24 259:17
  261:11,12,22
  263:10 267:13,24
  268:3,19
**alcoholic**  19:22
  20:12 222:24
  226:6,17 261:8

**alcoholism** 226:24 228:21

**alive** 117:21 125:9 198:11

**allotted** 41:11 111:8

**allow** 47:14 272:8 272:12

**allowed** 31:24 42:3,8,8 43:14 44:2 46:2 47:13 51:10 52:14,20 53:2

**america** 240:12,16

**amlodipine** 20:20 21:5

**amount** 64:12 65:4,6 69:22 111:8

**amy** 1:8 2:9 4:10 5:15

**ann** 293:2

**anniversary** 61:2

**annoying** 79:20 106:20 252:2,18

**annoys** 44:7

**annual** 70:22

**answer** 9:11 14:19 15:4 17:17 19:15 20:4 21:10 23:15 23:15 30:23 32:4 32:10 33:4,16,20 37:20 38:2,13 40:19 42:4,9 47:15,16 51:2,6 52:21 53:7 57:21 65:24 78:2 80:5 80:16,16 81:6 83:22 87:10 89:11 97:20 98:3 120:15 123:6 128:6,11,13

130:18,20 132:19 135:22 136:6 140:5,20,22 150:23 160:14,14 161:14,21,23 162:2,2,23 163:10 163:14,18 169:15 169:22 172:24 180:10 196:15,20 197:15 198:3,5 204:19 205:5 206:21 217:2 218:5 225:25 227:18 228:2,8,12 228:16 230:4 234:2,12,14,17,23 235:3,17 243:13 247:8 248:16 249:8 251:5,8,10 253:7 257:18 264:8 268:15 271:4 272:19,21 288:12 290:9

**answered** 63:11 72:8 90:11 91:2 93:25 97:7 103:21 104:11 105:22 106:10 111:23 112:14 119:18 120:4,14 130:4 131:12,13 132:6 138:17,22 139:7 141:6 142:8 143:7 144:13 145:16 147:21 149:20 150:18 151:19,24 154:4 155:7 161:18 162:13 164:25 166:18 178:20,23 190:16 191:6 202:20

218:20 226:20 236:19 237:14 238:5 251:25 255:5,9 270:22

**answering** 51:7 126:13 181:20 204:5 250:19 269:16 271:2 272:25

**answers** 39:17 103:5,8

**anticipation** 279:11,17

**antolini** 1:3,18 2:5 4:1,8,10 5:1,10 6:1,3 7:1,4 8:1 9:1 9:16,18 10:1 11:1 11:2,4 12:1 13:1 13:16 14:1 15:1,8 16:1 17:1,12,22 18:1,10,12,19,24 19:1,6,20 20:1,10 20:14 21:1,15 22:1,2,16 23:1 24:1,12,20,24 25:1 26:1 27:1 28:1 29:1,23 30:1,15 31:1,6,19 32:1,8 32:17,21 33:1,6 34:1 35:1 36:1,24 37:1 38:1 39:1 40:1,2 41:1 42:1 43:1 44:1,8,10 45:1 46:1,8 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1,25 57:1,17,24 58:1,2 58:9,16,20 59:1,7 59:13 60:1,9,24 61:1 62:1,2,9,18

63:1,4,13,21 64:1 64:6,11 65:1,3 66:1,8 67:1,11 68:1,13 69:1,14,25 70:1,13,15 71:1,4 71:18 72:1,4,11,15 73:1,7 74:1,4,12 74:21 75:1,12 76:1,4,9,19 77:1 77:10,14 78:1,5,24 79:1,11 80:1,7 81:1,2 82:1,25 83:1,9,13 84:1,3 84:20 85:1,5,23 86:1 87:1,21 88:1 89:1,8 90:1,20 91:1,12 92:1,11,23 93:1,11,14,22 94:1 95:1,13 96:1,3,8 97:1,22 98:1,6 99:1,15,24 100:1 101:1,5 102:1 103:1,10 104:1 105:1,14 106:1,5 107:1 108:1,4,24 109:1,11 110:1 111:1,15 112:1 113:1 114:1 115:1 115:3 116:1,11,17 116:24 117:1 118:1 119:1,2,25 120:1,22 121:1,11 122:1,14 123:1,14 124:1 125:1,3,7,10 126:1,11,20 127:1 127:18 128:1,10 129:1,9,12,12 130:1,22 131:1 132:1,8 133:1,9 134:1,8 135:1 136:1,11 137:1

| | | | |
|---|---|---|---|
| 138:1,12 139:1,17 | 209:1 210:1,7,15 | 277:1 278:1 279:1 | **aqui**  2:14 4:14 |
| 140:1,9 141:1,12 | 210:20 211:1 | 280:1,11,12 281:1 | 287:3 |
| 142:1,19,25 143:1 | 212:1,14,19 213:1 | 281:6,8,22 282:1,4 | **area**  128:4,21 |
| 143:2 144:1,8,16 | 214:1,4,7,17,20 | 282:17 283:1 | 197:21 |
| 145:1,21,25 146:1 | 215:1 216:1,11,18 | 284:1 285:1,21 | **argumentative** |
| 147:1,2,17 148:1 | 217:1,20 218:1 | 286:1 287:1 288:1 | 166:6 168:17 |
| 148:12,15,23 | 219:1,6 220:1 | 289:1,15 290:1 | 239:22 |
| 149:1,9 150:1 | 221:1,18,18 222:1 | 291:1,15,23 292:1 | **arisen**  36:22 |
| 151:1,10 152:1,13 | 222:23 223:1 | 293:2,3,21 | **arising**  28:22 |
| 152:19,24 153:1 | 224:1,8 225:1 | **antolini's**  64:21 | 280:4 |
| 154:1,12,24 155:1 | 226:1,11,23 227:1 | 67:4 288:16 | **arrest**  273:25 |
| 155:3 156:1 157:1 | 227:6,16 228:1,7 | 290:12 | 274:10 288:18 |
| 158:1,2,4 159:1,9 | 228:16,20 229:1 | **antolinidino757** | 290:14 |
| 159:12,18,20 | 229:17 230:1,13 | 77:19 79:2 | **arrested**  31:20 |
| 160:1,10,23 161:1 | 230:20 231:1,9 | **anybody**  279:16 | 32:2,9 281:23 |
| 161:14,23 162:1,3 | 232:1 233:1,10 | **anymore**  48:14 | 291:15 |
| 162:9,15,22 163:1 | 234:1,21 235:1,4 | 98:20 99:2 104:2 | **asia**  153:9 |
| 164:1 165:1,12 | 235:21 236:1,14 | 104:12 105:13 | **asked**  37:22 39:13 |
| 166:1,15,19,21 | 236:16,21 237:1,2 | 109:3 114:15 | 63:11 72:8 90:11 |
| 167:1 168:1,14 | 237:5 238:1,22 | 116:16 | 90:25 93:25 97:7 |
| 169:1,3,18 170:1,7 | 239:1 240:1,22 | **anyplace**  139:16 | 101:20 103:21 |
| 171:1 172:1 173:1 | 241:1,19 242:1,12 | **appearance**  5:6 | 104:11 105:22 |
| 173:13,25 174:1,4 | 243:1,2,9,24 244:1 | **appearances**  5:2 | 106:9 111:10,23 |
| 174:7,17 175:1,16 | 244:11 245:1,21 | **appeared**  10:8 | 112:14 117:7 |
| 176:1,8,18 177:1 | 246:1,3,11,13,20 | **appearing**  10:6 | 119:18 120:4 |
| 178:1,15,25 179:1 | 247:1,13 248:1 | 19:21 20:11 30:16 | 121:9 130:4 |
| 179:5 180:1,18,25 | 249:1,14 250:1,4 | **application**  287:21 | 131:12 132:6 |
| 181:1,5 182:1,7,20 | 250:14 251:1,14 | **appointment**  82:7 | 138:17,22 139:6 |
| 183:1,7,18 184:1 | 252:1 253:1,12,18 | **appreciate**  11:16 | 141:5 142:8 143:7 |
| 185:1 186:1,4,5,22 | 254:1 255:1,7,11 | 54:9 63:3 279:10 | 143:8 144:12,14 |
| 187:1,12,24 188:1 | 256:1,4,25 257:1 | **appropriate** | 145:16 147:21 |
| 188:4 189:1,8,14 | 258:1 259:1 260:1 | 287:22 | 148:10 149:20 |
| 190:1,19 191:1 | 261:1 262:1,4,9 | **approximately** | 150:17 151:18,23 |
| 192:1,5 193:1,25 | 263:1 264:1,3 | 45:14 46:15 55:3 | 154:4 155:7 |
| 194:1 195:1 196:1 | 265:1,6 266:1,18 | 66:8,14 67:22 | 160:19 161:18 |
| 197:1,22 198:1,13 | 266:24 267:1 | 286:25 | 162:13 164:18 |
| 199:1,9,9 200:1 | 268:1,17 269:1,7 | **approximation** | 166:18,21 168:7 |
| 201:1,14 202:1 | 269:17 270:1,8,15 | 70:21 | 170:5 178:19,22 |
| 203:1 204:1 205:1 | 271:1 272:1,15,22 | **april**  1:13 4:5 | 179:2,4 190:16 |
| 205:7,13 206:1,18 | 273:1 274:1,10 | 286:2,17,22,23 | 191:5 202:20 |
| 207:1,11 208:1,2,3 | 275:1,8 276:1,14 | 288:3,4,5 292:21 | 203:3,5,16 204:25 |

211:2 218:19
223:11,22 226:20
234:6 236:19
237:14 238:4
251:24 254:7,20
254:22 274:8
**asking** 14:2 15:4
16:3 18:25 32:12
39:5,14 40:3
43:12 47:3 68:11
93:2 106:21,25
114:22 121:15
123:14,15 125:13
125:15 127:22
147:2,4 148:23
149:2,2 150:11,12
151:15 154:6,7
155:3,4 156:18
160:13 162:15
165:12,13 166:15
174:3 176:9,13,14
176:16 180:18
183:7,8 199:15
205:11 208:19,20
208:25 209:2,2
211:9 212:20,23
234:3,14,17
245:24 246:5
250:13 260:3
265:17 269:12,17
269:19,23 272:22
**asks** 21:9 22:17
77:23 260:6
**asserted** 58:18
**assistance** 240:20
**associated** 52:4
53:14
**associates** 2:8 5:13
**assume** 118:9,10
**assurance** 106:24
107:8,14

**asterisk** 29:6
**ataxia** 114:14
203:25 204:2,17
225:19 226:2,21
**athena** 152:20
**atrocious** 276:9
**attempt** 171:7,11
171:15,19 177:21
177:25 180:14
181:2 188:12,16
191:14 192:9
195:4
**attempted** 165:18
166:4,22 167:11
170:19 177:14
178:7,11 179:21
180:5 182:11
186:23 188:5
191:8 192:6 194:4
195:2 196:5 197:7
200:10 201:2
202:2 205:8,18,21
205:25 209:14,19
**attempting** 180:22
**attend** 36:20
**attending** 4:25
**attention** 54:8
**attorney** 5:7,12
10:13 13:20 14:14
14:17,19 52:18
73:16 227:18
228:8,11 269:11
269:20 270:12
271:3 272:7
**attorney's** 280:3
**attorneys** 2:4,9
**audio** 130:14
143:4
**august** 133:21,24
134:7 136:15
140:25 143:19,24

145:19 271:13
288:2
**austin** 94:20,21,22
94:23
**authorized** 3:11
4:19 271:18
**avenue** 164:5,13
164:19 174:8
176:21 181:8,23
189:9,17,22
195:14 202:11,17
202:24 205:9
**average** 90:19
115:20
**aware** 58:16
148:15 149:3
281:9,12,22

**b**

**b** 164:5,13,19
230:11 275:12
288:17 290:2,12
**back** 26:24 29:18
29:21 49:17 50:8
50:10 100:19,24
103:4,8 109:23
110:12,20 111:13
114:23 125:9
130:20 140:22,24
141:13,23 142:6
150:23 152:5
157:19 159:5
160:25 161:3
163:18 168:10
169:3,17 170:2
172:24 175:4,24
191:19 196:23
197:15 198:5
204:19,20 205:5
206:10 211:4
212:10,12 218:14
220:20 221:16

223:25 230:4
233:19 234:9
235:7,9,11,17
249:4,8,10 251:10
253:4 255:25
268:15 283:19
**bad** 43:17,18,22
44:6
**ballpark** 70:14
**barriers** 138:13
**based** 19:10 39:22
70:22 77:21
106:19 147:17
154:21
**basement** 136:24
137:3
**basic** 37:20
**basis** 9:8 13:22
14:8,16,16,20 38:2
38:11,13 42:17
**bath** 152:15
**battery** 109:19
167:22 277:12
**bear** 34:8 35:4
283:14
**beard** 188:3
**bed** 57:10
**beg** 41:22
**beginning** 5:7
145:19
**behalf** 5:14
**behaving** 52:2
**behavior** 280:7
**believe** 24:14
120:4 148:9
151:24 176:15
230:10 273:8,22
275:17 283:11,12
**bell** 6:5,8,13 18:22
59:14 185:4,6,7

**bench**  222:14,15
  222:19
**benefits**  61:5,12
  62:3 63:6,17 65:5
  65:5,10 67:13
  69:16 70:22
**benny's**  152:25
**best**  16:17 44:12
  44:12,13,15 68:15
  93:7,13 114:5
  146:15 150:9
**better**  9:17 54:3
  75:4,5 268:11
**beverages**  19:22
  20:12
**bicycle**  207:2,4
**bigger**  285:10
**bill**  78:15
**bistrot**  201:23
  202:3,7
**bit**  81:3 137:17
  232:3
**black**  188:3
  277:11
**blame**  173:17,24
**blank**  256:12
**blarney**  104:17,21
  104:23,25 105:3
  105:14
**blocked**  246:22
  247:9
**blood**  20:20,22
  21:16 156:15
  292:17
**bother**  36:18
**boulevard**  6:5,8
  6:14 18:22 59:15
**bowery**  205:14
  206:2 207:2,4
**brain**  225:6,8,10
  247:16

**break**  17:12,19
  109:21,22 111:5,7
  156:7,10,19
  157:22 215:19
  220:24 221:2
**breath**  171:25
**breaths**  215:12,21
**brief**  7:22 15:11
  28:7,11 38:20
  110:17 157:16
  220:17 283:8
  284:7
**bring**  43:8
**bringing**  158:11
**brought**  39:20
**bunch**  275:11
**burden**  23:17
**bus**  81:17,19,21
  82:2,22
**business**  125:20
  132:9 133:10,15
  133:20 136:16,19
  143:9,13 144:5,17
  144:21 145:5,9
  149:10,17,23
  150:15 151:16,21
  152:14,20,25
  158:5 164:13,19
  165:21,24 166:9
  166:22 167:6,17
  168:15,22 170:15
  170:20 171:8,12
  171:17,21 172:5,9
  173:4 174:8
  175:17 176:21,25
  177:15,22 178:3,7
  178:12,16 179:12
  179:18,22 180:15
  181:2,6 183:12,19
  183:24 184:4,12
  185:11 186:24

  188:5,13,17,21
  189:9,17,22 191:8
  191:17 192:6,10
  192:14 194:5
  195:2,5,14 197:19
  199:16,23 201:6
  201:10,15 202:3
  202:11,17,24
  205:8,14,22 206:2
  206:16,25 208:11
  208:21 209:5,12
  209:15,19,23
  210:4
**businesses**  126:11
  126:21 154:2,8,17
**buyers**  153:19

**c**

**c**  2:2 86:20 195:14
  202:11,17,24
  205:9 273:23
  288:19 289:2
  290:14 292:2,2
**c&s**  1:9
**cafe**  153:2 185:17
**cafes**  124:19,21
**calculate**  70:10
**calculated**  70:17
**calculator**  70:2,7
**call**  26:24 27:12,13
  27:18 34:5,17,24
  35:9 38:17 45:7
  54:12 75:21,23
  76:20 82:6 252:10
  283:19
**called**  5:20 120:13
**calling**  25:16 26:3
  26:17,18 36:21,25
  47:6,9,21
**calls**  48:16 51:13
  52:6,7 73:17,17

**calm**  250:15,20
**cam**  99:16 140:10
**camera**  99:25
  100:7,14,16,24
  101:3 107:25
  174:18 186:15
  187:25 190:20
  208:6 248:14
  253:13 257:4,6
**canceling**  12:4
**cancelled**  273:19
**capital**  124:3
**car**  81:7,10,15
  82:15,16,21
**care**  156:14
  221:10
**careful**  19:13
**caridad**  86:20,21
  88:14,20
**carrier**  74:13 75:8
  75:13 76:6,20
  77:11
**carriers**  76:5
**carry**  80:20
**case**  1:6 9:9 26:18
  33:17 40:7,8 43:2
  274:15,18 280:20
  285:20,22,24
  293:2
**cases**  42:17 146:11
  147:5,5,13,19,23
  148:6
**catch**  66:21
  144:24,25 197:13
**caused**  13:10
  225:11
**celebrated**  61:2
**cell**  72:12,16,23,24
  73:3,6 74:5,8,12
  74:22 76:3,5
  77:11 78:5,7

79:12,16 80:2,10
80:20 291:23
cells 225:6,8,11
cellular 76:23
cerebellar 203:23
225:18 226:2
cerebral 114:14
203:24 204:2,2,16
222:25 226:6,17
226:21
certain 214:14
certainly 10:25
52:11
certification 3:8
certify 289:4,8
292:10,15
cetera 39:22,22
61:9,10 275:16,16
chambers 28:20
champ 225:4
chance 25:9 173:3
change 74:22
76:10,14,17 77:17
77:18 293:5
changed 64:12
65:6 76:5 231:6
charge 56:17,18
57:13
charged 109:19
charger 57:5
chat 35:11
checking 212:6
chill 215:3,3
chips 274:13
choose 51:25
choppy 181:16
chosen 281:4
christopher
182:23 183:19
chung 1:9

circuit 274:16
city 153:19
civil 1:20 26:15,17
ck 1:8
claims 32:23 33:9
37:23 46:10
clarify 22:7,12,17
clarifying 258:2
classic 51:9,10
clean 181:20
cleaned 31:11,14
cleaners 153:13
clear 16:4 17:23
23:18 27:22 40:14
44:15 48:9 49:20
49:22 52:13 62:17
63:5 103:11
111:16 121:12
159:21 258:4
clearly 18:2 45:15
client 7:18 10:20
12:25 13:9,25
14:17,22 37:16
38:2,12 39:17
41:12 42:4 48:8
52:18 53:9 73:16
227:23 250:23
269:11,24 271:3
272:7 274:23
287:10
close 85:8
closed 287:25
clothes 31:12,14
coach 22:18,25
coaching 22:21
28:24 37:10,11
38:9 45:20 120:10
cocktail 91:14
cocktails 98:7,10
98:12 101:8,12,15
101:21 102:2,15

102:18,23,25
103:2,14 115:13
119:16,19 139:21
140:3
cognitive 242:13
243:10 244:3,19
244:23 245:19
combined 157:24
221:6
come 9:16 88:2
109:23 110:11
224:25 283:19
comes 82:9
commence 271:19
286:17
commission
293:25
communication
16:13 269:13
communications
16:12 269:20
270:10 272:23
compel 286:13
complaint 156:4
complaints 59:2
complete 16:4
247:18 250:5
251:17 286:19
completed 286:21
completely 39:5
computer 36:13
36:14 161:9,11
183:5
concentration
247:15
concerned 44:6
241:20 242:4
conclude 279:19
283:10 284:16,17
284:22

conclusion 287:17
condition 222:24
conducted 286:5
conference 9:5
45:12 55:2,6
confirm 278:15
confirmed 46:4
confuse 155:20
confused 44:11
connect 34:23
35:5
connecting 35:19
connection 36:22
285:19
consequences 52:4
53:13
consumer 76:23
consumption
225:11 267:13,24
contact 27:18
continue 13:3
50:23 51:18,25
53:12 56:24 57:6
57:14 136:11
234:19 252:7
271:22 274:22
276:11,24 277:3
280:16,18 281:3
286:18
continued 120:18
157:25 252:21
258:13,18
continues 49:23
continuing 14:21
55:14 64:20
204:12 228:10
280:10 281:2
continuously
278:9
convenient 82:23
95:11

| | | | |
|---|---|---|---|
| conversation | 126:13 130:14 | 25:23 26:3,7,11 | 124:4,13,16,20 |
| 25:19 62:22 | 136:4 142:23 | 27:7,12,16,20 | 126:7,16 127:10 |
| 257:15 | 157:21 169:25 | 29:11,14 31:9,13 | 127:14 128:5,9,18 |
| conversations | 207:6 231:6 | 31:24,25 34:7,11 | 130:13 132:18,21 |
| 270:11 | 232:23 233:10 | 34:15,20,25 35:10 | 132:24 133:4 |
| convicted 31:25 | 236:7 240:5 | 35:13,17,21,23 | 135:11,19,22 |
| 32:6,18 | 246:10 247:2 | 36:2,6,9,11 38:19 | 136:3,22 137:2 |
| cool 132:23,25 | 250:24 258:15 | 40:13 41:18,20,24 | 138:5 141:10 |
| 133:6 137:23 | 264:21 270:4 | 42:20 43:3,19,24 | 142:22 145:2 |
| 139:5,9 141:17 | 277:24 278:5 | 44:14,23 45:3,6,8 | 146:21 147:4 |
| 268:10 | 279:16 286:24 | 46:17 47:6,10,18 | 150:2,6 152:10 |
| copies 212:18 | 287:13 288:4 | 48:6,15,21,24,25 | 155:10,16,24 |
| copy 3:14,17 | counsel's 28:24 | 49:4,6,8,9,11,14 | 159:14 160:21 |
| 51:16 230:14,14 | 62:14 64:25 73:23 | 49:16,25 50:7,12 | 161:6,20 163:14 |
| 288:15 290:12 | 120:8 158:20 | 51:8 52:23 53:10 | 164:9 165:7,11 |
| coquette 162:4,11 | 183:16 279:12,18 | 53:25 54:10,13,16 | 168:5,8 169:8,10 |
| cord 57:8 | counseled 263:16 | 54:19,23 55:3,21 | 169:14,24 170:4 |
| correct 6:12 69:13 | 264:10 | 56:8,12 59:22,25 | 170:23 171:2,5,23 |
| 73:11 75:6 90:7 | counseling 257:10 | 60:3,14,18 61:18 | 172:21 173:18 |
| 98:16 102:16 | 261:21 263:9 | 61:22,24 62:20,25 | 174:16,20,23 |
| 111:24 121:24 | 268:19 | 64:4,9 65:24 | 175:2,10,13,20 |
| 133:8 190:25 | counselor 106:23 | 66:25 67:3,6 70:4 | 180:9,24 181:12 |
| 231:21 256:10 | 252:4 273:2 | 72:18 74:15,18,20 | 181:21 182:2,5 |
| 261:6 267:21 | counterclaims | 75:2,16,19,22 | 184:17,20,25 |
| 289:9 | 57:22 58:18 | 76:16 77:6 78:18 | 185:5,23 186:2,7 |
| corrected 39:11 | 288:13 290:11 | 78:22 81:9,13,18 | 186:12,18 187:9 |
| correctly 212:7 | county 292:5 | 83:21,24 84:6,9 | 191:22 192:19,23 |
| cost 65:8,9 66:20 | couple 215:12,13 | 85:2 86:14,17,23 | 193:20 194:11,14 |
| 67:8 68:12 69:2 | 215:20 | 87:9,13,17 89:14 | 194:18,22 196:11 |
| 70:12 74:23,25 | course 46:24 | 89:21,24 90:5 | 196:14,19 198:2 |
| 75:2,3 | 53:22 157:5,6,9 | 91:4,20,23 92:3,6 | 198:16,19 199:2,7 |
| costly 82:22 | 272:13 279:23,24 | 92:9,17 95:4 | 203:15 204:18,24 |
| costs 279:22 280:2 | 279:24 | 96:24 97:19,23 | 206:20 207:6,9,18 |
| counsel 3:6,17 4:8 | court 1:2,19 3:13 | 98:2 99:23 100:3 | 207:22,25 209:8 |
| 4:24 11:20 15:2 | 4:11,16 5:18,24 | 100:6,11,16,23 | 210:17 211:6,11 |
| 27:9,21 28:4 29:3 | 6:7,11,13,17,20 | 103:3 104:19,23 | 211:19,23 212:5,9 |
| 34:19,21 35:20 | 7:24 8:8,15 10:5,6 | 105:2,7,10 106:11 | 213:13,16,20 |
| 36:8 37:5 47:22 | 10:10,12 12:2 | 108:2 110:6,24 | 215:24 216:5,10 |
| 48:22 49:5 52:24 | 13:19 14:13 16:6 | 111:11 113:11 | 216:25 217:3,9,23 |
| 55:9,17 86:18 | 17:23 18:4 20:25 | 116:21,22 121:5 | 218:10,22,24 |
| 107:22 116:23 | 21:4 25:16,19,20 | 122:23 123:5,7,23 | 219:10,14 221:12 |

[court - d]

222:4,7,10,13,17
222:21 223:9,17
223:20,23 224:6
224:14,19 225:7
225:15,23,25
227:10,13 230:7
230:12 231:5
232:9,13,18,22
233:2,5,9,13,16,22
233:23 234:7,18
235:8 236:4,7,12
237:18,23 238:8
238:11 239:25
240:4,15 242:18
243:5,7,14,17
244:10,16 246:2,9
246:25 247:6
248:13,24 250:25
251:6 252:20
253:11,15 254:23
255:21 257:17,24
258:2 262:3
263:21,24 264:2,7
264:16,20,24
270:7 271:5 272:2
273:12,21 274:2,3
274:4 275:14
277:8,19 278:6,17
278:22,24 279:8
280:3,22,24 282:5
282:14 283:5,17
283:21 284:5,11
284:25 285:6,9,12
285:15,23 286:6,6
286:8,10,15 287:2
287:18,20 288:3
288:21,25 290:15
290:20
**court's** 9:19 48:14
271:13

**courthouse** 150:8
**covering** 99:24
257:6
**covers** 100:13
**covid** 85:14,17,20
141:8 142:17
**coy** 223:8,14
**crazy** 157:13
252:11
**crime** 32:2,18
**crosstalk** 11:25
22:14 43:23
131:16 135:9
161:19 172:15
176:17 182:21
183:14 209:7
215:17 225:14
242:17 245:15
263:18 275:3
276:3,25
**crystal** 23:18
40:14
**curiosity** 207:17
207:18
**curious** 139:12,14
252:19 277:4
**current** 18:21
59:14 71:4
**currently** 20:15
21:18 34:18 47:24
71:10,19 73:2
74:13 89:8 96:12
193:3,6 242:4,8
**customary** 17:8
**cut** 116:23 122:25
123:10 130:14
142:24 143:4
254:14
**cv** 1:6 26:18
285:25

**d**

**d** 3:2 4:1 5:1,20
6:1 7:1 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1,22 21:1
22:1 23:1 24:1
25:1 26:1 27:1,6
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1,25
85:1 86:1,20,20
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1

123:1 124:1,3
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
206:1 207:1 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1 244:1

245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1
260:1 261:1 262:1
263:1 264:1 265:1
266:1 267:1 268:1
269:1 270:1 271:1
272:1 273:1 274:1
275:1 276:1,8,10
277:1 278:1 279:1
280:1,21 281:1
282:1 283:1 284:1
285:1 286:1 287:1
288:1,23 289:1,2
290:1,15 291:1,2
292:1
**date** 1:13,21 134:2
152:7 171:15
177:21 229:23
260:13 265:18
288:24 293:3
**dated** 231:11
246:14 262:20
266:25
**dates** 213:19 214:4
214:9,14 245:24
246:5
**day** 79:16 89:13
89:17,25 90:9,14
90:16 134:10,14
134:23 135:2
136:14 255:19
262:12,17 286:18
286:18 289:19
292:21 293:22
**days** 3:16 159:24
**dead** 138:10
**deal** 75:4,5

**dealing** 48:4
**decline** 9:10
**deep** 215:12,21
**defendant** 4:9
**defendant's** 57:19
220:24 288:12,16
287:21 288:14,17
288:19,23 290:4
**defendants** 1:10
1:18 2:9 5:14 9:2
26:15 58:17 111:5
157:21,23 221:5
271:15 279:20
291:13
**defense** 34:18
52:23
**defenses** 57:22
288:12 290:10
**definitely** 275:15
**degeneration**
222:25 226:6,18
**delayed** 231:23
**delivery** 85:15
**dementia** 231:25
237:11 238:3,13
238:18 247:18
250:5 251:16,23
253:20 254:5
**depend** 116:2
**depends** 115:25
213:15,17,21
**depose** 280:6
**deposed** 15:8
227:17
**deposition** 1:17
3:8,9,14 4:7,13
7:10,20 9:2,7
10:12 11:9 13:3
13:14 14:6 15:13
26:21 28:21 30:17
30:20 31:2,17

36:23 37:3 38:16
42:11 43:5 51:14
52:24 106:19
107:4 111:8
129:16 157:8
158:2 159:24
160:6 163:7 221:8
258:11 271:16
273:18 274:17
275:9,19 279:2,4
279:13,19 280:4
280:10 282:2
283:11 285:19
286:14,16,20
287:5,9,16 293:3
**depositions** 50:17
**describe** 132:14
133:9 224:10
**description** 290:7
**determine** 19:2
**deterred** 138:14
**detox** 238:25
241:2
**device** 35:18
**diagnosed** 112:4
226:5,17 238:2,17
**diagnosis** 232:19
**diary** 128:22
129:4,6,10 130:11
131:3 133:25
149:12 150:10,12
151:13,14 162:8
162:14,16 173:10
173:16,20 176:6,9
176:19 180:13
183:5,8 190:18
191:21,25 201:20
208:23 209:2
**dietary** 83:10
**different** 89:5

**difficult** 231:23
**difficulty** 231:19
235:24 236:22
237:4 249:14
256:12
**dilute** 239:8,16
254:15,18
**diluted** 239:9
261:4 267:16
**dimur** 1:8 2:10
5:14
**dine** 92:24 94:7
117:3,4,8 118:13
**dined** 91:13 93:23
**dinner** 238:24
254:12 267:15
**dino** 1:3,18 2:5 4:7
4:9 5:10 6:3 9:12
9:15 17:5 18:12
18:13,17,18,19
20:3 21:8 22:23
23:4 24:4 25:8
30:8,23 32:11
33:4,20 36:24
56:3,7,17 58:11
64:17,17 67:2
77:22 80:5,12
82:20 87:24 88:10
106:9,16 107:23
109:14,21 120:15
123:4 135:17
138:3 144:23
155:22 156:6,9
167:21,23 181:19
186:5 187:8
203:22 215:2,2,5
215:11,15 218:4
219:9,12,18
220:11 224:24,24
240:6,6,7,8 245:16
245:16 253:6

260:5 264:4,5
268:8 278:25
281:10,10,25
282:8,16,19
285:20 289:15
293:2,3,21
**direct** 19:15 32:4
250:23 274:23
**directed** 14:23
229:8,10
**directing** 33:15
271:4 272:20
**direction** 100:25
**directly** 27:13,19
**disability** 61:3,21
61:22 62:4 63:6
63:24 65:5,23
66:3,12 102:22
112:4 238:10,12
**disabled** 60:17,19
60:21 102:12,13
**disagree** 43:25
44:2
**discussion** 277:14
**disgusting** 276:9
**displaying** 8:9
**dispute** 26:22
28:22 36:21
**distorted** 88:2
224:25
**distorts** 240:9
**district** 1:2,2 4:11
4:12 148:20 149:5
285:23,24
**divulge** 272:23
**docket** 8:24
271:13 286:9
**doctor** 213:23,25
224:9 225:19,20
226:3,4,22 229:10
231:3,15 238:15

242:3 244:21
245:2 253:19
257:19,21
**document** 8:10,11
8:14,19,20 57:18
57:20,23 58:4,10
230:21,24 273:7
273:14 280:13,14
**documents** 291:8
**doing** 17:8 39:15
41:4 43:15 44:15
50:17 56:3 107:15
110:9 135:18
215:7,8
**dollar** 51:23
**dominican** 86:24
86:25
**double** 212:6
**doubt** 140:6
**downstairs** 136:25
137:3
**dozen** 128:17,18
**dr** 229:18,21 231:3
232:4 235:25
239:10 241:4
245:4,13,22
255:12 257:8
258:22 259:10,16
260:12 261:20
262:8 263:8,12
268:18,24
**dressed** 31:12,14
**drink** 89:9 90:23
98:15,18 103:17
103:24 104:3,5,9
104:15 105:15,20
106:7 109:3 119:6
119:19 139:21
140:3 219:23
239:19 240:13,17
254:12 261:4

262:11,16 267:16
267:19 268:7,7
**drinking** 267:12
**drinks** 90:19 99:8
101:11,15,21,24
102:2,14,18,23
103:14 108:7,25
109:7,10 111:21
112:2 113:21
114:2,17,25
115:11,12,14,21
117:18,24 119:22
238:23 261:4
265:5
**drunk** 239:13
**duly** 5:21 289:5
292:12

| | e | |
| --- | --- | --- |

**e** 2:2,2 3:2,2 20:22
86:20 88:12 92:7
92:14 124:3 207:8
254:10,10 289:2
290:2 291:2 292:2
292:2
**earlier** 55:8
145:21
**early** 133:21,24
134:7,15,16
136:14
**easier** 225:3
**easiest** 15:16
**east** 2:10 163:22
201:10,17 208:11
208:15,21 209:5
209:12,15
**eastern** 4:4 286:3
**easy** 155:23
**eat** 85:11,12,15,17
85:21 95:14,18,23
95:25 195:7,12

**eddie** 1:8
**effect** 3:12,15
**eight** 55:3 107:2
111:23 142:9
178:23
**eighth** 181:8,23
**either** 82:16 91:13
96:20 98:13
108:22 115:19
130:5 273:18
283:25 287:14
**el** 86:20,21 88:14
88:20
**eleven** 112:14
**elicit** 39:16
**elicited** 41:2
**email** 28:21 76:10
76:12,18 77:15
78:24 79:3
**embarrass** 275:16
**embarrasses** 44:9
**embarrassing**
252:19
**empellon** 193:10
**encountered**
138:13
**ended** 45:8 54:13
**engaging** 277:24
**entered** 8:23 9:19
10:11 286:10
288:21 290:16
**entering** 138:14
**enterprises** 1:8
2:10 5:15
**entry** 271:14
**epstein** 2:8 5:13
**errata** 293:1
**especially** 142:17
274:18
**esperanto** 195:21
196:2,7

esq  2:6,11
establish  7:17
estate  1:9
estimate  65:20
   68:15 93:13 114:5
   146:15
estimation  69:25
   114:8
et  39:21,22 61:9,9
   275:16,16 285:21
   293:2
evening  134:15,16
event  51:16
events  24:15
   214:15
everybody  35:2
everything's
   172:12
evidence  273:7,14
   284:15
ex  279:5 282:11
exact  68:14 69:20
   93:6 149:7 229:22
exactly  134:9
   147:10
examination  7:2
   288:9 291:4
   292:11,13
examined  5:23
excellent  140:18
excuse  7:15,15
   9:14,15 12:20
   23:3 72:22 116:6
   140:8 272:11
   275:6,7,7
exh  290:8,12,14,15
exhibit  57:19
   230:9,11 273:23
   278:14 284:21
   287:21 288:14,17
   288:19,23 290:6,6

exhibits  278:21
   290:4,20
expires  293:25
explain  9:25
explaining  258:23
express  81:17,18
   81:21 82:2,4,22

f

f  3:2 292:2
face  23:6
facing  100:25
fact  42:19,20,21
   139:8 287:6,7
factual  41:8 42:16
fair  19:24,24
   69:14 70:21
   172:14
faith  43:17,18,22
   44:7
fall  274:13
familiar  81:20
   85:4 125:16 132:8
   149:9 152:13,19
   152:24 154:2,8
   158:4 162:3,10
   164:12 170:7
   173:13 174:7
   177:4 178:15
   179:12 181:5
   182:22 183:11
   184:7,11 189:8,16
   190:2,22 193:9
   195:13,20 198:13
   199:10,16 200:3
   201:9,15,21
   202:10,16 208:2
   208:10,20 209:4
   209:11 222:23
familiarize  58:3
   280:13

far  37:12 39:3
   44:6
favor  77:22 253:7
favorite  83:14
   84:15,23 85:24
   86:4 88:21 94:13
   98:17 104:8,14
   105:19 106:6
   126:25
favorites  83:18
february  255:12
   255:16 256:5
fed  31:24
federal  1:20 50:18
   52:23 53:10
feedback  35:16
   36:3,15
feeds  36:13,14
feel  106:16 120:15
feeling  156:16
fees  280:3,4
fellow  274:21
fifth  12:24 77:5
   254:7
figure  51:23 68:14
   69:20 70:14 93:6
figured  51:21
file  156:4
filed  8:10 59:2,2
   147:5 148:19
   287:20
filing  3:7
filling  256:12
final  162:2
financial  52:3
   53:13
financially  4:22
fine  30:11 135:18
   211:25 215:8
   270:3

finger  99:15 100:7
   140:9 174:18
   186:14 187:25
   190:20 208:5
   253:13 257:3
finish  16:5 20:9
   41:18 126:14
   172:17 243:17
finished  13:13
   41:23 282:20
finkelstein  2:4,6
   5:8,9 7:8,13,16
   8:2,3 9:14 10:16
   10:18 11:14,21
   12:9,12,19 13:12
   13:23 14:4,9,21
   17:5 18:18 19:7
   19:23 20:3,7,8
   21:8,13,24 22:5,8
   22:11,16,20 23:3,9
   23:24 24:3,8,18
   25:5 26:2 29:7,13
   29:15 30:6,11,21
   31:3,22 32:10,19
   32:24 33:14,22
   36:9 37:12,25
   38:19,24 41:17,19
   41:21,22 42:7,14
   42:24 43:16,22
   44:4,19,24 45:17
   45:25 46:4,18,19
   47:12 48:8 49:19
   50:2,12,15 51:20
   53:16,19 55:19,22
   56:7,16,20,23
   58:11,14 59:16
   60:7,11 61:8,14
   62:7,11,16,21 63:2
   63:10,18 64:2,13
   64:16 65:7,12,19
   65:21 66:11,13,18

| | | | |
|---|---|---|---|
| 66:23 67:9,14,16 | 117:11,19 118:2,6 | 161:10,17 162:6 | 201:3,7,12,16,18 |
| 67:21,24 68:3,10 | 118:11,14,19 | 162:12,25 163:4,8 | 201:24 202:4,8,13 |
| 68:17,21 69:8,18 | 119:7,12,17,24 | 163:12,20,23,25 | 202:19 203:2 |
| 70:19,24 71:5,12 | 120:3,12,20,24 | 164:7,14,20,22,25 | 204:3,11,21 |
| 71:17,20 72:2,7,13 | 121:13,19 122:3,6 | 165:7,15,20,22,25 | 205:10,16,23 |
| 73:5,12 74:2,6,11 | 122:10,17,20 | 166:5,10,17,24 | 206:4,12,17,19,24 |
| 74:24 75:9,14,25 | 123:3,11,17,20 | 167:8,12,18,21,25 | 207:10,16,20 |
| 76:7,21,24 77:8,12 | 124:2,8,11 125:4 | 168:4,12,16,19,23 | 208:13,17,22 |
| 77:20 78:4,8,12 | 125:14,21,25 | 169:4,19 170:3,10 | 209:3,6,20,24 |
| 79:4,8,13,18 80:3 | 126:4,12,19,23 | 170:16,21 171:9 | 210:6,9,12 211:13 |
| 80:11,15,18,23 | 127:4,21 129:2,7 | 171:14,16,20 | 211:24 212:8,16 |
| 81:5,22 82:3,12,14 | 129:14,18,20,23 | 172:6,16 173:2,6,9 | 212:21 213:2,8,11 |
| 82:18 83:7,11,15 | 130:3,9,25 131:11 | 173:11 174:5,9,11 | 213:24 214:6,10 |
| 83:19 84:16,18,24 | 131:19 132:5,15 | 174:14 175:6,18 | 214:12 215:2,7,11 |
| 85:6,13,18 86:6,11 | 133:6,11,23 134:4 | 176:2,10,22 177:2 | 215:15,18,23 |
| 87:4,7,11,24 88:9 | 134:24 135:6,13 | 177:6,9,12,16,19 | 216:3,16,23 217:6 |
| 88:13,17,22 89:10 | 135:17 136:2,8,12 | 177:23 178:2,4,8 | 217:18,21 218:3,7 |
| 90:10,18,21,25 | 137:11,15,19,25 | 178:13,17,19,22 | 218:19 219:2,9,12 |
| 91:11,15,18 92:12 | 138:9,11,16,21 | 179:6,10,14,19,23 | 219:16,22 220:2,6 |
| 92:25 93:9,20,24 | 139:3,6,11,15,18 | 180:2,7,16,20 | 220:10,25 221:9 |
| 94:5,8,11,15,24 | 139:23 140:4,11 | 181:3,7,10,13,18 | 221:22,25 223:3 |
| 95:16,20,24 96:6 | 140:17 141:2,5,20 | 182:3,6,9,13,17,24 | 223:15,18 224:4,7 |
| 96:17,19,23 97:6 | 142:4,7,14 143:6 | 183:2,10,13,15,21 | 224:12,24 225:13 |
| 97:18 98:8,19,23 | 143:10,14,18,20 | 183:25 184:5,9,13 | 226:7,13,19,25 |
| 99:5,9,12,21 | 144:10,12,18,22 | 184:15 185:9,13 | 227:5,20,25 228:9 |
| 101:10,13,17 | 145:6,11,15 146:3 | 185:20 186:21,25 | 228:13,17,22,25 |
| 102:3,7,11,17,20 | 146:13,16,19 | 187:4,7,14,17,22 | 229:12,15,25 |
| 102:24 103:12,15 | 147:6,9,14,20,25 | 188:7,10,14,18,22 | 230:6 232:6 |
| 103:20,25 104:6 | 148:7,18,21,25 | 188:25 189:11,15 | 234:11,16,22 |
| 104:10,16,21 | 149:6,11,15,19,24 | 189:18,23 190:4,7 | 235:5,13,19 236:2 |
| 105:16,21 106:2,8 | 150:13,17 151:3,7 | 190:11,15,24 | 236:18,23 237:6,8 |
| 106:15 107:13,20 | 151:11,18,23 | 191:3,5,9,12,16 | 237:13,16 238:4 |
| 108:10,16,19 | 152:17,22 153:3,7 | 192:7,11,15,25 | 238:14,19 239:6 |
| 109:2,4,9,14 110:3 | 153:10,14,17,20 | 193:4,7,11,14,17 | 239:11,14,21 |
| 110:13 111:18,22 | 153:23 154:3,10 | 194:2,6,9 195:6,10 | 240:6 241:3,6,13 |
| 112:5,8,11,13,19 | 154:18,21 155:6 | 195:15,17,22 | 241:18,25 242:6 |
| 113:2,5,9,23 114:3 | 155:22 156:6,9,14 | 196:3,8,25 197:4,8 | 242:10,15,21,24 |
| 114:7,9,12,20 | 156:23,25 157:5,9 | 197:12,17,20,24 | 243:3,12,19 244:4 |
| 115:2,5,10,17,22 | 158:7,16,24 | 198:7,10 199:12 | 244:7,14,24 |
| 115:24 116:3,6,9 | 159:22,25 160:7 | 199:18,25 200:5,8 | 245:16 247:19 |
| 116:14,19 117:4 | 160:11,16 161:3 | 200:12,14,17 | 248:2,7,10,20 |

249:2,5,12,16,19
249:22 250:2,6,17
251:4,7,12,24
252:14,23 253:6
253:21 254:6,20
255:3 256:22
257:20,25 258:7
258:10,14,20
259:4,15,19 260:5
261:9,14 262:10
263:6,11,19 264:4
265:9,13,16,21
266:6,12,16,20
267:9,18,22,25
268:5,8,22 269:2,8
269:9,14,22
270:16,19,20
271:19,23 272:3
272:11,17,19,24
273:9,15 274:2
275:6,24 276:4,18
276:23 277:2
278:2,19,24 279:9
279:14,23 280:8
280:15,25 281:9
281:10,16,23,24
282:5,19,22,25
286:24 287:6
**finkelstein's**  50:6
**finkelsteinlawgr...**
  2:7
**firm**  4:15,17
**first**  5:21 53:20
  143:19 289:5
**five**  77:3 97:7
  120:14 156:11
  157:10 159:24
  215:16,19 219:18
  219:19 221:3,3
  254:21,21 283:20

**flex**  200:4,7,11
**foley**  146:24
**folks**  36:11
**follow**  258:22
  259:12,18 262:8
  263:12 268:24
  269:4
**follows**  5:23
**followup**  55:2
**force**  3:15 276:5
**foregoing**  289:8
**forget**  80:25
**forgetting**  248:6
**form**  3:21 9:8
  10:17 14:16 22:6
  24:19 31:4 32:25
  33:5 40:15 59:17
  60:8,12 61:9
  63:12 158:8
**forth**  191:19
  292:12
**forward**  10:12
  29:4 38:6 46:6
  57:4
**foundation**  19:11
  30:22 32:25 33:16
  38:3 39:21
**four**  58:21,25 77:4
  147:21 151:24
**fracture**  217:19
  221:24
**fractured**  214:21
  214:23 216:19,21
  217:5,16,17
  218:23,24 219:2
  221:20
**free**  271:17
**french**  193:20
**frequent**  128:4,21
  130:7

**frequenting**
  129:25
**frequently**  77:18
  112:20,21
**frickin**  214:3
**friday**  160:4
  286:21
**friends**  108:12,23
**front**  186:14
  187:20
**froze**  107:25 145:2
**fucking**  185:15
  215:6 220:4
**full**  18:11 43:5
  267:19
**fulton**  149:10,13
  149:18,23 150:15
  151:8,17,22 152:9
  153:5
**fund**  63:6
**further**  3:20 51:13
  52:5 55:6 270:4
  289:8 292:15
**future**  116:18,25
  117:7,12,15,18
  118:13 119:5,16
  119:22 131:4,9
  141:13 172:4
  182:15 184:3
  188:20 192:13
  195:8 197:18
  198:9 201:5 202:6
  206:15 209:22

**g**

**g**  92:7,14
**garbage**  277:4
**germane**  11:6
**getting**  34:5 36:3
  36:15 74:2 86:18
  103:6 109:16
  160:22 181:16

214:3 245:25
  246:6
**giallo**  177:5
**give**  15:11 16:14
  16:21 17:7 25:8
  29:12 38:20 40:20
  48:20 52:20 80:16
  171:25 203:6,16
  227:21 234:2
  277:9 284:3
**given**  18:14,15
  48:7 78:25 159:23
  289:10 292:14
**gives**  259:13
**giving**  17:2 35:16
**glass**  89:12,16,19
  89:21 90:8,13
  103:19
**glasses**  187:23
  188:3 262:17
  264:14,17
**gmail.com**  2:7
  79:2
**gmail.com.**  77:19
**go**  12:3 14:25 15:2
  17:18 18:3 19:19
  24:10 28:4,6
  29:24 33:7,21
  36:16 38:22 50:8
  53:20 58:6,8
  80:21 83:16 85:11
  89:4,11 90:3
  91:17 94:10,14,19
  94:20 95:2,5,8,9
  95:14,14,15,18,23
  95:25 96:13 97:25
  98:6,14,18 99:6
  101:3,14,21
  103:16,23 104:2,4
  104:9,12,13,15
  105:15,17,20

[go - harassing]

106:7 107:22
108:7,7,8,13,14
109:7,10 110:7,8
110:11 111:21
112:17,24 113:4,8
113:21 114:17
115:3,7,8,18,23
116:15 117:18,23
117:25 118:4,8,13
118:16 119:6
121:2 122:2
123:12 127:5,9
128:24 129:11
130:23 131:9
136:21,23 137:5
137:10,20 138:25
139:21 140:12
141:13,21,21
143:16,25 144:4,9
144:17 151:20
169:2,17 173:3
194:20 195:18
199:13 200:20
203:5,16 204:19
208:24 212:10
215:4 218:6,9,9
225:6,22 226:8
229:23 230:16,18
231:6 232:17
233:8 235:11
248:23 253:17
259:10 260:8
264:6 265:4
283:19
**god**   50:17 118:4
138:11 214:16
**godfather**   186:17
186:18
**goes**   64:15 66:19
67:7 68:12 69:2
70:12 73:15 134:5

185:16 256:19
270:3,21
**going**   4:3 8:17
10:16,18,24 11:2,7
11:18,23,24 12:5
12:10,13,16,17,20
12:21,23 13:2,6
15:12 19:3,14
25:16 29:4 32:3
33:18 35:11,15
38:22 39:24 40:11
40:13 42:4 45:23
47:5,9 48:15
51:15 52:10 55:14
57:12,18 73:9,12
73:13,14 99:7
101:7 102:14,22
106:18,25 107:3,3
110:10 112:2
115:12 120:7
135:20 138:18
139:10 141:22
142:6 155:8
156:12,22,24
157:2 162:20,22
162:23 166:8
168:25 172:2
179:7,8 189:4
191:19 202:15
211:21 219:22
220:14 230:8,9
231:15 234:14
246:18,18 252:7,9
252:17 271:11,12
271:22 272:9
273:6,13 274:11
274:11,16,21,22
276:8,11,23 277:2
277:22 280:16,18
280:19 282:10
283:7,10 284:13

284:17 285:3
**gonna**   173:17
**good**   4:2 7:4,5
26:13 34:10,13
36:4 47:19 54:3
55:22 108:3
114:15 118:8,10
140:17 141:25
142:3 168:4 208:8
235:13 240:11
252:15 268:9
285:17
**goodness**   14:2
**google**   183:22
199:14
**gotcha**   138:9
249:12
**gotta**   114:19
219:24 252:5
**gotten**   256:24
**grandson**   56:21
100:21
**granted**   286:12
**great**   18:9 28:3
75:21,22 76:20
141:17 142:3
223:18 242:25
284:2
**greenwich**   92:19
92:21 121:23,25
**gross**   70:21
**ground**   15:11
**grounds**   33:19
40:20 170:12
239:15
**group**   2:4
**guess**   55:25
275:11
**guy**   156:3 185:15
215:6 220:4,9

**guys**   12:3 110:22
171:23 209:9
235:10 277:9
283:18 284:9

**h**

**h**   88:12,12 193:22
290:2
**haircutter**   153:6
**hairs**   114:22
**half**   10:7 257:9
261:21 263:8
268:18
**hand**   21:19 292:21
**hands**   16:25
**hang**   12:2 70:5,6
83:21 89:15 128:9
128:10 142:25
146:22 181:12
186:12,13 209:8
233:9,10 246:2
262:3 263:21,22
264:3,16 277:19
277:20 282:18,21
282:22 283:21
**hanging**   283:25
**happen**   189:4
**happened**   136:19
**happening**   269:25
280:17,17
**happens**   53:5,6
279:5
**happy**   15:23 17:13
190:21
**harass**   252:8
**harassing**   46:22
79:19 156:3 174:2
174:6 180:17,23
189:7 203:14
216:14,17 217:25
224:22,23 252:18

**harassment** 52:10
120:13 148:8
160:8 167:13
168:20 252:2
**harbor** 87:18
**hard** 93:5 112:6,9
112:12
**harder** 114:13
**harlem** 88:6,7,15
88:18
**he'll** 41:14 274:24
**head** 16:23,24
17:6 41:15
**health** 118:7,10
131:7,8,23,25
141:25 142:3
192:17
**hear** 12:14 26:8,12
27:7,8,19,24 34:22
35:14,22 47:24
49:5,7,25 54:17
56:9 58:12,15
62:18 63:14 66:3
70:8 75:20 78:19
80:6,12 87:10
89:15,16,17 90:2
91:5 93:14 96:8
97:20 104:24
105:3 109:12
110:25 116:19
121:6 122:25
123:6 124:14
128:15 130:16
132:19 135:12
136:5 138:2
141:11 146:23
155:11,25 159:15
159:18 161:21
164:16 169:11,15
169:21 173:21
180:10 184:18,22

186:8 187:10
191:23 194:8,19
194:23 197:22
198:3 204:21,22
206:21 210:21
213:14,21 215:25
216:6,11 217:24
224:15,20 225:16
227:8,11 232:10
234:23,25 235:3
236:14 246:11,23
247:10 248:14
253:12,16 255:8
257:18 262:14
264:11 272:15
281:6,16
**heard** 19:9 38:25
65:25 67:6 70:7
80:14 81:9,15
89:16,25 104:20
105:2 117:2 128:6
128:13 135:23
172:20 173:19
184:21 212:6
217:4 226:2
237:18 265:2
**hearing** 10:10
35:24 83:22 86:15
87:18 91:24
124:17 184:21
186:13 198:17
210:18 232:14,23
247:2 259:9
264:25
**hears** 107:6
**heeding** 49:21
**held** 1:20 4:13
277:14
**hello** 35:14,15,22
47:18 49:11 84:17
110:23 135:3

141:9 160:20
167:19 187:5
**help** 48:12 56:21
100:10,21 137:12
137:13 140:14
254:14
**hereinbefore**
289:11 292:12
**hereunto** 292:20
**heyday** 137:24
138:4,6
**hi** 34:11 48:24
49:8
**high** 20:20,22
21:16
**highlighted**
266:17 285:5
**hip** 214:21,24
216:19,20 217:4,7
217:10,11,14,16
217:17,19 218:17
218:23,25 219:3,7
221:21,24
**history** 213:5
226:24 228:21
**hit** 220:6,7,10
**hold** 25:8 30:7
64:16,17 66:23,25
76:24 106:9,15
110:3 116:20
123:3,4 138:3
144:22,23 167:24
187:6 197:24,25
211:13 216:23
219:16 235:5
257:7 264:4,5
274:3 280:25
**home** 59:14 71:15
71:16 81:4 85:15
85:17

**honor** 34:14 35:4
36:5,17 38:6,10,18
40:8 44:5,21,25
45:5 47:20 48:12
48:19 49:12,15
50:20 54:7
**honor's** 48:10
49:22
**honorable** 8:21
26:19 27:6 28:19
45:12 55:7 286:11
288:21 290:17
**hop** 281:25,25
282:2,16,20
**hope** 56:14 203:13
**hopefully** 74:3
**hopping** 282:11
**hour** 82:9
**hours** 15:2 19:22
20:6,12 24:22,25
29:25 41:11
109:18 260:17
**house** 80:22 85:8
**household** 71:4
**houston** 122:15
123:16 125:16,17
125:20 126:22
127:2,7,19 128:24
129:25 130:8,23
131:5,9 132:9
137:18 140:25
141:13
**huh** 215:23
**hundred** 93:12,16
93:17 125:22
189:2
**hung** 48:3

**i**

**idea** 93:4 114:10
114:23 130:10
131:2 161:24

162:19 163:11,15
168:13,24 171:10
176:4 181:4,11
182:14 193:8
194:3 201:8 202:5
202:9 205:17
225:20 226:3
238:20 241:8
247:22 248:11,16
250:9 251:19
252:3
**identification**
57:19 273:24
288:15,18,20,24
**identify** 138:12
**identity** 76:14
**idiot** 180:12
**ii** 186:19,20,21
**immaterial** 61:15
62:8 64:14 79:19
**impairments**
242:13 243:11
244:3,19,23
**implicit** 269:15,16
**importance**
257:10 258:24
259:17 261:22
263:10 268:19
**important** 15:15
16:3 18:3 36:19
**importantly**
109:20
**impose** 51:18
**imposition** 287:22
**improper** 11:12
11:19,22 13:10
28:22 29:6 30:13
31:23 37:4,7 38:9
39:5,12,16 45:18
49:23 55:10,15
62:14 64:25 73:24

79:23 107:11,19
120:9,18 158:21
165:5 204:9
211:22 242:23,24
243:22 251:2
252:22 254:24
255:4 257:23
270:6 271:9 273:4
275:5 276:16,22
277:6,25 278:12
281:14,19
**inaccessible** 193:3
**inappropriate**
11:5
**include** 35:8 111:7
157:3
**included** 221:7
**including** 115:15
279:25
**income** 61:6,13
62:5 63:8 64:21
69:16 70:22 72:5
72:10
**increase** 65:8,11
**increased** 65:10
**incrementally**
69:2
**independently**
37:13
**indicated** 9:4
38:10
**indiscernible** 6:4
26:6 27:5 31:8
56:6 59:21 60:13
61:17 64:3 65:22
66:20 70:3 74:14
75:15 78:17 81:7
83:20 84:2,8
86:13,16 87:6,12
87:16,20,23 88:6,8
89:2,7,13 91:3,19

91:22,25 92:5,16
93:8 95:3 96:22
100:13,22 104:18
105:6 116:18
121:4 122:22
123:22 124:12,15
124:18 126:6,9,15
127:8 128:4,8,16
130:12 132:17,20
133:3 136:21
142:20 146:20
148:11 150:5
155:9,21 159:13
160:2 161:5 163:5
164:8 166:20
167:20 169:7
170:22,25 172:13
173:15,16 175:8
180:8,22,23
184:16,19,24
185:22 186:5,6,11
189:6 191:21
192:4,18 193:15
193:19 194:7,13
194:17,21,24
196:10,16 198:15
198:18,21,24,25
199:5,6 200:24
203:9 210:14,16
213:12,19,22
214:2,25 215:10
215:14,22 216:2
216:21 217:22
218:21 219:7,8
222:3,6,9,12
224:13 227:7
232:8,11,17,20
233:4,8 236:3,6,9
237:17 238:7
239:24 240:3
244:9 245:20,25

246:8,12,24 247:5
247:12,23 248:12
250:16 253:10,14
257:16 262:2
263:20,23,25
264:15,19,23
**individual** 26:20
72:6
**individuals** 71:7
**information** 19:4
30:3 41:2 43:13
44:8 52:19 78:10
231:20,24 236:22
249:15 291:8
**informed** 286:25
**insane** 252:6
**inside** 132:16
133:12 137:10
138:25
**insinga** 1:22 4:17
286:7 292:8,24
**insinuate** 237:22
237:24
**instruct** 22:9
40:19 42:9 45:21
233:25
**instructed** 10:13
37:25 45:16,25
251:15 287:10
**instructing** 10:11
13:20 14:14,19
38:12
**instruction** 13:19
14:13 19:10 48:7
49:22 52:20 55:7
55:9 273:4
**instructions** 37:9
37:11,19 40:21
46:5 227:21
258:18

**instructs** 227:18
228:8
**intend** 138:25
**intention** 139:10
281:3
**intentions** 202:7
**interested** 4:22
156:17 176:19,20
270:10 292:18
**interesting** 127:9
127:13,15
**interfere** 42:10
**intermittent**
249:18,25
**internet** 132:17
133:2,5,7,13
**interrogatories**
270:22
**interrogatory**
271:21
**interrupt** 13:6
**interrupted**
135:14 278:10
**interrupting**
172:19 197:12
204:4 272:12
275:25
**interruptions** 13:9
242:20 281:20
**intolerant** 83:12
**invalid** 200:24
**involved** 32:22
33:9,13 37:23
39:25 46:9 291:17
**ipad** 56:10,13
137:21 285:12
**irrelevance** 61:9
**irrelevant** 32:25
43:8 61:15 62:7
64:14 79:19

**isaac** 153:5
**issue** 26:24 29:2
41:7 48:4 272:5
**issues** 37:4,17 57:3
210:8 212:15,25
213:6,9 232:4
236:17 240:21
241:12,24 242:5,9
247:25 256:18
260:22,25 263:4
265:7,12 266:4,14
267:4,6

**j**

**january** 266:25
268:25 269:5
**japan** 84:11
**japanese** 84:11,12
**jason** 2:11,12,14
4:14 5:11 26:14
34:19 47:20 111:3
156:20 157:13,20
220:12,22 276:12
276:13,13 283:3
283:23 285:18
287:3
**jericho** 2:5
**job** 16:8 189:25
252:16
**jog** 189:20 199:20
202:21 203:6,17
**joined** 36:7
**joint** 185:22 186:3
**juban** 190:3,23
**judge** 3:13 8:21
10:20 26:16,20
28:19 32:15 34:12
35:23 44:3,5,12
45:13,15,24 49:6,9
54:22 55:7,12
73:21 107:5 156:4
159:23 252:5

272:13 274:13,14
280:20 286:11
288:22 290:18
**judge's** 11:4 46:5
**judgment** 43:9
93:7
**july** 229:21 231:12
245:5,8

**k**

**k** 84:25 207:8
**katja** 185:17
**keep** 46:21 47:3
103:5 106:25
126:8 128:22
129:3,5,10 130:11
131:3 133:25
149:12 150:10,11
151:13,14 162:7
162:14,16 173:10
173:15,19 176:6,9
176:11,19 180:12
183:4,8 190:18
191:20,25 204:4
208:23 209:2
235:10 252:18
**kidding** 114:19
**kill** 220:8
**killing** 225:6,7,10
**kind** 52:10 84:25
85:2,25 86:10
88:19 94:20
177:11 190:14
213:3,7,9
**kindly** 29:5 228:3
**knew** 39:14
**know** 9:17 15:15
15:21 16:2 17:13
20:5 24:12 25:12
25:13 30:6 35:25
36:18 38:22 39:24
40:11 44:4 46:13

46:14,20,20,25
47:4 48:12 50:19
50:24,25 51:2
58:5 59:10,12
65:13,18 68:9,14
68:18 69:20 72:6
72:9 75:7 77:5
78:10,13,14 79:10
87:24 90:22 93:5
96:11 97:8 99:19
99:20 100:12
101:20 105:24
108:6 112:17,22
116:5,11 117:12
117:20 118:9
142:18,18 146:5
146:14,17 147:10
147:11,15,18,22
147:23 148:3
149:7,8,13,17
151:12,15,16
159:8,10 161:16
164:3,11,17
166:11,12 168:21
169:23 170:6,13
171:13,18,22
172:7,11 173:4
176:20,24 179:16
182:7,18 183:22
184:2,6,10,16,21
185:11 186:4
189:4,5,5,6,6,21
189:21 198:22,24
199:6 205:12
206:22 209:25
210:2,3,13 215:20
229:2,3,14 230:18
235:8 237:17,19
237:21 238:16,21
240:7,8 241:16
244:25 245:9

246:16 248:8
250:12 252:8
253:8,9 261:17
265:20 268:9
276:12 284:18
**knowing**  176:19
176:20
**knows**  39:15 50:17
223:12 224:18,21
262:23 265:25

**l**

**l**  3:2,2 5:20 6:4
20:21,22 21:20
86:20 88:12 92:7
92:7,14,14 289:2
**labs**  247:17 250:5
251:16,23 253:19
254:2
**lactose**  83:12
**lamano**  184:7
**lasting**  45:13 55:3
249:20
**laurent**  1:8 2:9
5:16
**law**  2:4
**lawsuit**  10:23 11:6
32:22 33:8 44:9
46:9 146:2,9
158:10,12 274:7
**lawsuits**  32:23
33:10,12 37:24
39:10,19,25 40:3,7
41:8,14 43:14
46:10,15 148:17
149:4 291:16
**lawyer**  147:11,16
148:4,22,24
155:20 195:6
213:23,25 225:21
226:4 242:3 270:3
270:17

**laymen's**  10:2,3
224:11
**le**  201:22 202:3,7
**leading**  30:22
98:24
**leave**  57:10 137:6
157:12 278:25
287:8
**lecture**  14:22
227:22
**lectures**  10:25
**lecturing**  10:19
12:25 13:25
**left**  28:18 214:21
214:24 216:19
279:3 283:2
**legal**  32:23 33:9
37:23 46:10
**legit**  253:2
**letter**  286:13
290:7
**letting**  53:20
**level**  155:15,18
**levin**  2:8 5:13
**levinepstein.com**
2:12
**lie**  39:4 167:2,4
196:9
**lied**  39:4
**light**  134:18
274:18
**limitation**  276:6
280:2
**line**  27:14 34:23
47:23 48:18 49:2
49:13 269:18
270:9 291:14,22
293:5
**lines**  13:21
**link**  35:9

**liquor**  112:6,9,12
**listed**  8:18
**listen**  10:24 23:10
109:15,15,15
160:10,12 219:12
240:7
**listening**  48:10
49:21 107:23
135:4,10 136:4
**litigation**  42:23,25
**little**  81:3 88:2
137:16 171:25
232:3 238:23
240:10 254:13
285:10
**live**  71:22,25
142:16
**living**  59:19 60:10
65:8,10 66:20
67:8 68:12 69:3
70:12
**llc**  1:9 293:1
**located**  88:5
163:22 168:21
176:24 193:25
199:10,16,23
202:24 210:2,3
**location**  137:17
140:3
**lodge**  49:23
**long**  27:25 54:11
57:8 59:19 60:23
63:16,23 64:7
72:15 76:6 77:16
99:10,11,13 102:4
156:13
**longer**  252:17
**longstanding**
244:6
**look**  23:5 198:22
212:17 226:9

227:15 228:18
**looked**  124:23,24
139:5,9 223:6,7
**looking**  7:17 77:2
187:13,15,21
**looks**  127:12,15
132:17,18,23,24
133:6 137:23
141:17,17 185:21
185:23 275:20
**loss**  210:8 212:25
213:5,9 232:4
236:17 241:24
242:5,9 247:25
256:18 260:22
267:7,7
**lost**  101:18 110:22
248:13,18,24
**lot**  76:10 99:6
128:21 149:8
225:3
**loud**  17:23 27:10
**lounge**  132:13
133:13 139:2
**low**  57:13 83:12
277:11
**lowlife**  200:23
**lunch**  238:24
254:12 267:17

**m**

**m**  20:21,22 88:12
124:3,3
**m.d.**  231:25
**ma'am**  175:7
**madam**  66:25 67:3
103:3 106:11
116:21 123:5
135:19 163:14
165:7 168:5 169:8
172:21 174:23
175:20 198:2

211:10,23 216:25
218:10 221:12
223:9,20 225:23
230:7 233:13,21
233:21 234:18
236:12 242:18
243:5,16 250:25
252:12,20 254:23
255:21 257:24
270:7 271:5 273:5
273:7,12,21 274:2
274:3,4 275:22,23
276:15 277:5,17
277:18 278:6,16
278:24 280:22
281:18 282:5
**madame** 123:25
124:2 162:21
**mafia** 185:25
186:2
**magistrate** 8:21
28:19 45:13,15,24
55:12 286:11
288:22 290:17
**making** 7:22 14:15
45:18 52:11,12,13
55:10 106:18
275:25 276:4
278:7,10
**man** 156:3
**manhattan** 72:3
86:3 88:6 92:2,8
92:10,15 94:19
95:8,10 105:6,11
113:6,7,16 120:2
**manner** 52:2
**mapquest** 189:13
189:19 195:19
199:13 201:13,20
202:14 205:19
206:14 208:18,20

**march** 8:10,23
9:20 38:11 260:10
260:12 286:8
288:20 290:15
**mark** 32:16 34:2,3
73:19 106:12
**marked** 57:18
273:24 278:14
284:20 288:13,17
288:19,23 291:12
291:20
**marriage** 292:17
**married** 71:19
**matter** 4:9 26:16
33:2,16 40:4 41:9
41:9 108:17,20
154:22 269:15
292:19
**matthew** 229:18
231:3
**mccloskey** 1:8 2:9
4:10 5:15 285:21
293:2
**meal** 91:13 96:4
96:12,20 117:25
**mean** 21:24 25:6,6
25:10 27:22 30:7
30:24 50:21 72:9
99:4 105:25
108:18,20 119:10
132:3 139:13
146:4 165:16
214:11 244:8,13
244:15,17,20
253:2 280:9,9
**means** 14:18 15:3
16:13 23:13,15
25:12,14 42:19
105:24 229:14
247:20 287:15

**meant** 119:20
**media** 4:6
**medical** 23:22,25
24:4 210:23 211:8
211:16 212:4,17
212:25 213:5
223:13 226:9
228:18 230:15
288:16 290:13
**medications** 20:16
20:18 21:18,22
22:3 24:14,21
**medicine** 21:16
**meet** 270:19
272:18
**meeting** 146:24
283:2
**memorializing**
28:21
**memorized** 161:13
**memory** 41:12
114:14 183:6
189:20,25 199:21
202:22 203:7,17
210:8 212:15,25
213:5,9 231:18
232:4,24 233:2
236:17 241:21,24
242:5,9 246:21
247:14,24 256:18
260:17,22,23,24
263:3 265:7,12
266:4,14 267:7,7,8
**mentioned** 81:24
274:9 275:12
**message** 26:5 27:4
**microphone**
287:11
**microphones**
36:14

**middle** 181:17
204:5
**millenium** 1:9
**mind** 134:3,5
250:22 283:24
**mine** 117:13
**minimally** 267:12
**minute** 28:8 48:2
79:6 109:22 111:5
145:3 156:19
157:22 215:19
220:24 221:2
257:9 261:21
263:9 284:18
**minutes** 37:2
45:14 55:4 157:24
157:25 178:23
219:18,19 221:3,7
221:10 249:21
283:20
**mischaracterized**
103:6
**missed** 135:20
**mister** 7:10,20
19:19 47:2
**mix** 32:14
**mixed** 238:24
**mizrahi** 2:11 5:11
5:11 7:3,11,21,25
8:9,13,17 11:10,18
11:23 12:9,16
13:5 14:3 20:7,24
21:2 22:8,15,25
25:15,21 26:13,14
27:11,17,25 28:6
28:16 33:25 34:13
34:16,19 35:3,12
35:19,25 36:4,7,16
36:17 45:4,9 46:7
47:5,19,21 48:19
49:12,15 50:4

53:6 54:6,7,14,18
54:20,24 56:25
57:12 62:13 64:24
73:22 79:22 81:11
103:3 107:10,17
107:24 110:2,10
111:3,4 117:3
120:7,17 130:17
140:19 144:6
145:23 150:20
152:2,8 156:12,20
156:24 157:2,7,20
157:21 158:3,14
158:18 159:2
160:9,18 165:4
168:5 169:8,12
174:23 175:20
181:25 196:17
197:11 203:11
204:8,14 206:6
207:8 210:24
211:9,21 218:10
220:12,22,22
221:5,12 223:9,20
225:23 227:24
228:3 230:7
233:12,21,24
234:13,18 236:11
242:18,22 243:16
243:21 250:25
252:12,20 254:23
255:21 257:22
258:6,9,12,17
269:12 270:5
271:5 272:9 273:3
273:12,21 274:6
275:4,22 276:15
276:21 277:5,17
277:22 278:6
279:11,17,25
280:22 281:5,13

281:18 282:17
283:3,7,18,23
284:2,9,13 285:3,8
285:11,14,16,18
288:5 291:5
**mobility** 95:11
**moment** 28:18
29:9 35:5 48:20
54:22 57:2 58:3
77:14 118:21,21
118:24 119:3,11
119:13 131:21,25
142:15 166:3
172:12 189:3
195:12 271:10
280:12 283:8,15
**monday** 160:3
286:17
**money** 65:16
**month** 10:7,7 66:9
66:17 67:12,23
68:2,6,20 69:5,12
143:23,25
**morning** 4:3 7:4,5
26:13 31:2 34:10
34:13 36:4,18
38:18 47:19
283:13
**morning's** 36:23
**mother** 71:8,9
**motion** 106:18
276:7 282:14
286:13
**mouth** 46:3
**move** 10:12 11:8
13:14 38:5 46:6
272:25
**moves** 38:16
**moving** 29:4 57:4
**mri** 247:16

**mta** 81:23,24
82:13,17
**multiplying** 70:17
**muscles** 200:4,7
200:11
**mustache** 188:3
**muster** 50:22
**mute** 35:18 46:18
81:12 157:11
220:6,7,10
**muted** 107:25
109:24
**myriad** 239:23

**n**

**n** 2:2 3:2 5:20,20
5:20 6:4,4 20:22
21:20 84:25 88:12
109:13 193:22
254:10 289:2
291:2
**nail** 152:20
**name** 4:14 5:25
16:7 18:11,14,15
26:14 59:3 79:5
113:24 125:19,23
126:3,10,21
152:14,20,25
162:4,11 167:15
177:5 185:3,6,14
185:16,17 186:4
189:20,24 190:3
190:23 193:10
195:21 196:2,6
199:19,20 200:4
201:22 202:21
203:6,6,16,17
205:20,24 206:5,8
206:22,25 222:24
260:16 285:17
293:2,3

**named** 147:7
148:16 149:3
**names** 84:14,22
86:8 88:24 154:9
213:18 214:5,9
256:8 260:15
262:22 265:23
267:4
**narrow** 137:5
138:24
**naught** 40:9
**necessary** 35:6
38:17
**need** 16:14,21
17:11 22:5,6
34:25 36:12 37:14
57:13 58:5 109:20
110:6 203:9,20
226:14 235:6
239:18 284:19,19
284:20,24
**needs** 16:11 22:12
109:19 273:23
**neighborhood**
85:11,21
**neurologist** 229:19
**never** 47:15 51:6
132:16 133:12
142:17,18 143:11
145:7,12 150:19
150:25 154:5,16
154:20 155:2
164:21,21 165:2,9
166:14 170:18
179:20 189:4
196:4 198:22
199:6 209:25
216:20 217:4
250:22 253:24
254:3,9,10 256:19
259:5,7,8 263:14

269:3
**new** 1:2,23 2:6,11
2:11 4:12 5:22 6:5
6:16 18:23 59:15
76:13 124:3
148:20 149:5
158:6,6 163:24,24
164:5,5 170:9,9
172:10,10 174:10
174:10 178:18,18
179:15,15 181:8,8
181:23,23 182:25
182:25 183:20,20
184:14,14 189:9
189:10 195:16,16
199:11,17 201:10
202:11,11,17,17
202:24,25 205:14
205:14 206:2,3
208:12,12 216:20
217:4 285:24
292:4,9 293:1
**nice** 141:24 258:3
**night** 96:4,13,18
96:21 116:13,16
**nine** 107:2
**nodding** 16:19
**noncompliance**
259:24
**nonsense** 22:21
277:3
**nonsensical** 14:24
**nope** 100:15
**normal** 118:16
**normally** 83:2
85:21 94:10 95:13
95:18 96:4,16
98:14 101:21
103:23 104:2
108:6 113:4,8
115:8 116:13

264:15,18
**notary** 1:22 5:22
289:22 292:8
293:25
**note** 11:18,22 19:7
29:10 30:13 62:14
64:25 73:23 79:23
84:18 107:11
120:8,18 136:8
156:21 158:15,20
158:24 165:3,5
175:6 176:2
197:11 204:9,11
211:21 221:6
228:13 242:19,19
242:22 243:21
251:2 252:13,21
254:24 255:3
257:22 258:6,9,13
258:17 270:5
271:8 273:3 275:4
276:16,21,22
277:6 281:13,19
282:8,10
**noted** 11:21
252:15,16
**notes** 231:2,11,14
246:14,19 254:11
255:15 256:5
260:2,9 261:19
262:19 265:22
266:25
**notice** 8:25
**noticing** 5:7,12
**november** 245:22
246:15 247:25
**number** 6:9 8:24
15:19,25 26:18,25
27:2 35:8 51:22
72:16 73:6 74:5,9
74:22 78:6,7 97:4

102:9 149:7 271:8
271:11,14 273:23
275:13 285:24
286:9 291:23
**numbers** 70:15
152:11 256:9
**numerous** 103:21
226:20
**nursing** 71:15,16
**ny** 153:19

**o**

**o** 3:2 5:20,20 6:4
20:22 21:20,20,20
109:13 276:10
289:2
**oath** 3:12 4:20
**object** 10:19 13:20
32:3 33:19 39:21
40:14,15 73:13,13
**objected** 29:16
39:11 43:10
**objecting** 181:16
**objection** 11:15,19
13:24,24 14:22
19:8,17 22:6
24:18 29:18 30:13
30:21 31:3 32:13
32:24 33:5,15
34:3 40:16,17,22
40:24 42:2 43:4
43:20 44:17 46:3
47:14 49:18 50:6
51:4,9,11,19 52:17
53:3,5,22,25 59:16
60:7,11 61:8,14
62:8,15 63:10,11
63:18 64:2,13,19
64:20 65:2,7,12,19
65:21 66:11,13,18
67:14,17,21,24
68:3,10,17,22 69:9

69:18 70:19,24
71:5,12,13,17,20
72:2,7,13 73:5,18
73:24 74:6,11,24
75:9,10,14 76:2,7
76:21 77:12,21
78:8,12 79:4,8,13
79:18,21,23 80:3,4
80:11,23 81:5,22
82:3,12,14,18 83:7
83:11,15,19 84:16
84:19,24 85:6,13
85:18 86:6,12
87:4,8 88:17,22
89:10 90:10,18,21
91:2,11,15,18
92:12,25 93:9,20
93:24,25 94:5,8,11
94:15,24 95:16,20
95:24 96:6,17,19
96:23 97:6,18
98:8,19,23 99:5,9
99:12,21 101:10
101:13,17 102:3,7
102:11,17,20,24
103:12,15,20,25
104:6,10,16
105:16,21 106:2,8
106:9 107:11
108:10,16 109:2,5
109:9 111:18,19
111:22 112:5,13
112:19 113:2,3,5,9
113:23 114:3,7,9
114:12,20 115:2,5
115:10,17,22,24
116:3,14 117:5,11
117:19 118:2,6,11
118:15,19 119:7
119:12,17,24
120:3,9,19,20,21

| | | | |
|---|---|---|---|
| 120:24 121:13,19 | 166:17,18,24 | 208:13,17,22 | 10:14,15 11:13 |
| 121:20,20 122:3,6 | 167:8,12,13,18 | 209:3,6,20,24 | 13:11 14:3,7,15 |
| 122:10,17,20 | 168:12,16,20,23 | 210:6,9,12 211:22 | 28:23 29:7 37:5,8 |
| 123:17,20 124:8 | 169:5,20 170:11 | 212:16,21 213:2,8 | 38:8 39:7,8 41:6 |
| 124:11 125:4,14 | 170:12,17,21 | 213:11 214:6,10 | 45:19 49:24 51:17 |
| 125:21,25 126:5 | 171:9,14,16,20 | 214:12 217:18,21 | 52:15,16 53:10,12 |
| 126:23 127:4,21 | 172:6 173:6,9,12 | 218:20 221:22,25 | 55:11,16 77:25 |
| 129:2,7,14,18,20 | 174:5,9,12,14 | 223:3,4 224:5,12 | 107:19 242:23,25 |
| 129:23 130:3,9,25 | 175:7,18 176:3,10 | 225:13,16 226:7 | 243:22 252:22 |
| 131:11,19 132:5 | 176:22 177:2,6,9 | 226:13,19,25 | 270:6 278:12 |
| 132:15 133:11,23 | 177:12,16,19,23 | 227:5,22,23 228:2 | **obligation**  228:15 |
| 134:4,24 135:6,15 | 178:2,4,8,13,17,24 | 228:4,6,9,10,10,14 | **obstruction** |
| 136:9,12 137:11 | 179:6,10,14,19,23 | 228:17,22,25 | 258:13 |
| 137:15,19 138:16 | 180:2,7,11,16,20 | 229:12,15 232:6 | **obstructionist** |
| 138:21 139:3,4,4 | 181:3,7,10 182:4,9 | 234:2 236:2,18,23 | 280:7 |
| 139:11,15,18,23 | 182:13,17,24 | 237:6,9,13,16 | **obtain**  247:17 |
| 139:24,24 140:4 | 183:2,10,13,15,16 | 238:5,14,19 239:6 | 251:16,23 |
| 141:2,6,20 142:4,7 | 183:17,21,25 | 239:7,11,12,14,21 | **occasion**  98:9 |
| 142:14 143:6,10 | 184:5,9,13,15 | 239:22 241:3,6,7 | **october**  57:21 |
| 143:14,18,20 | 185:13,20 186:25 | 241:13,18,25 | 288:11 290:8 |
| 144:10,18 145:6 | 187:4,14,17,22 | 242:6,10,15,16,21 | **offhand**  126:24 |
| 145:11,15 146:3 | 188:7,10,14,18,22 | 242:25 243:15 | **office**  229:21 |
| 146:13,16,19 | 188:25 189:11,15 | 244:4,7,24 247:19 | 245:22 255:12 |
| 147:6,9,14,20,25 | 189:18,23 190:4,7 | 248:2,7,10 249:16 | 260:12 |
| 148:2,8,18,21,25 | 190:11,12,15,24 | 249:19,22 250:2,6 | **oh**  35:15 41:19 |
| 149:6,11,15,19,24 | 191:3,9,12,16 | 251:3,25 253:22 | 44:4,19 49:8 |
| 150:13,18 151:3,7 | 192:7,11,15 193:4 | 254:8,22,25 | 53:19 58:14 77:8 |
| 151:11,19,25 | 193:7,11,14,18 | 256:22 257:23 | 249:2 278:2 |
| 152:17,18,22 | 194:2,6,9 195:6,10 | 259:4,15,20 261:9 | **okay**  6:17,20,22 |
| 153:3,7,10,14,17 | 195:15,17,22,23 | 261:14 262:10 | 7:24 8:6 9:21,25 |
| 153:20,23 154:3 | 196:3,8,25 197:4,8 | 263:6,11,19 | 15:7,10,14,18,22 |
| 154:10,18 155:6 | 197:17,20 198:10 | 264:10 265:9,13 | 16:9,16 17:10,20 |
| 158:7,16,21,25,25 | 199:12,18,25 | 265:16,21 266:6,8 | 18:6,7 19:5,23,25 |
| 159:22,25 160:7 | 200:5,8,12,14,17 | 266:12,16,20 | 20:14 21:12 23:9 |
| 160:11,16 161:17 | 201:3,7,12,16,18 | 267:9,18,22 268:2 | 23:19 24:7 25:20 |
| 161:18,21 162:6 | 201:24 202:4,8,13 | 268:5,22 269:2,9 | 27:16,20 28:2,3,9 |
| 162:12,25 163:4,8 | 202:19,20 203:2,4 | 271:9 275:5 | 29:11 30:12 33:12 |
| 163:12,13,23 | 204:3,6,9,12 | 276:17 277:7 | 34:15 35:10,12,13 |
| 164:2,7,14,20,22 | 205:10,16,23 | 281:14,20 | 45:3 46:14 50:7 |
| 165:3,6,15,20,22 | 206:4,12,17,19,24 | **objections**  3:21 | 54:10,19 56:19,22 |
| 165:25 166:5,6,10 | 207:10,16,20 | 5:4 8:25 9:6,7,8 | 57:15,16 58:6,7,8 |

58:14 60:6 61:25
63:16 67:9 68:5
68:16,24 69:4,14
69:24 71:2,9,16
74:8 77:8,25 78:3
80:18 83:23 88:4
88:19,25 89:6
90:6 96:15 100:8
101:23 102:9
108:2 109:25
111:2 112:7,11,23
114:16 115:7,16
116:9 117:17
119:5 120:15
121:14,21 122:14
123:11,19 125:7
125:19 126:18,19
127:24 131:22
134:22 135:5
136:2 137:16
139:13 140:11,14
140:14 142:2
149:17 157:10
159:20 160:13,17
162:18 163:3
165:24 167:5,16
167:25 169:24
171:6 173:16,20
174:19,21 176:8
181:18 182:2,20
186:10,16 187:6,6
187:11,19,24
188:2 190:21,21
195:25 198:23
199:5 204:18
207:25 208:7,7,8,8
208:9 212:9 215:4
217:6,17 218:4
219:21,25 221:11
222:17,21 223:23
224:10 225:3,5

229:7,24 230:12
230:23 231:2,9,16
231:17 232:16,24
233:7,17 234:11
235:13,19 236:10
237:4 244:17
249:3,5,10 251:5,6
251:7,12 253:7
254:18 259:22
260:11,14 261:16
262:6,7 264:14,18
264:22 277:8,20
278:22 281:8,24
282:12,24 283:7
283:17,22 284:5
284:24,25 285:8
285:16 291:16
**old**  75:7,13 78:7
  105:8
**once**  12:10,11,18
  12:18 94:9 112:22
  178:14
**ones**  94:16
**open**  123:22,24
  124:5
**operation**  134:5
**opportunity**  25:18
  38:21 41:4 111:6
**opposed**  46:23
**opposing**  47:22
  48:21 120:8
  158:20
**oppressive**  106:20
**opticians**  153:16
**orchard**  184:12
  185:12 188:6
**order**  1:19 8:20,22
  9:19 10:4,11,20
  11:4 13:18 14:23
  16:3,10 38:11
  48:10 110:8

271:13 272:14
275:14 286:8,10
286:15 288:21
290:16
**original**  3:9,17
**otb**  105:9,10
**outcome**  4:23
  292:18
**outside**  137:7
  158:9 250:18
  274:7
**overruled**  9:3

## p

**p**  2:2,2 3:2 20:21
  20:22 21:20 88:12
  193:22
**p.m.**  110:12,21
  157:19 220:21
  286:3,25 287:25
  288:7,8
**packed**  125:18
**page**  266:11,15
  290:6 291:4,14,22
  293:5
**palace**  153:22
**pandemic**  94:3,7
  98:22 106:6
  112:16,23
**paperless**  78:20,21
  78:22
**paperwork**  30:17
  31:16
**paragraph**  8:18
  9:19,23 10:4
  14:12
**pardon**  41:23
**parisien**  201:22
  202:3,7
**park**  125:5 135:2
  135:7,24 164:11
  164:17 222:14,18

**parking**  222:7
**part**  44:10 135:12
  186:19,19,21
  205:2
**parte**  279:5
  282:11
**participants**  77:4
**participate**  287:14
**particular**  106:4
  127:17
**parties**  3:7 35:6
  45:11 292:16
**party**  4:21
**path**  281:4
**pause**  28:12 284:8
**pay**  96:4,12,16
**pc**  2:8 5:13
**pending**  26:15
  243:4,6 249:6
  252:25 285:22
**pension**  61:16,19
  62:3 63:6,24 65:5
**people**  71:3 95:15
  125:6 262:23
  265:3,24
**pepe**  177:5
**percent**  50:16
  56:11,13,13
**period**  43:5
**permit**  13:6
**permitted**  10:14
  14:15 22:18 40:18
  41:6,25 45:18,20
  45:21
**permitting**  131:7
  131:7,8,23,24
  132:2,2
**person**  287:14
**personal**  7:18
  227:12,14 228:6

**perversion** 239:15
**perverted** 241:7,7
**phone** 25:25 26:4
  26:23 27:3 34:5
  34:17,20 35:8,9
  47:17,25 48:23
  49:3 52:5,7 55:2
  72:12,16 73:6,16
  73:17 74:5,9,12,22
  76:5 77:11 78:6,7
  79:12,16 80:2,10
  80:21 252:6,9
  291:23
**phones** 72:23,24
  73:3 76:3
**photographs**
  58:21,22,25 59:5,8
  59:11
**picture** 248:19,25
**piece** 284:14
**place** 105:20 106:7
  137:7 289:11
**places** 98:17 104:9
  104:14 113:21
  124:9 126:25
  158:10 213:19
  214:5,9
**plaintiff** 1:4,17 2:4
  5:10 9:3,10 36:24
  37:6 55:18,24
  146:2,5,9,12 147:8
  148:16 149:4
  271:16,18 280:6
  286:16 287:12
  291:21
**plaintiff's** 9:6
  28:23 34:21 35:20
  36:8 55:9,17
  62:14 64:25 73:23
  221:8 271:20
  277:24 279:12,18

**planning** 141:22
  142:5
**plans** 116:18,25
  117:8,18,23,25
  118:13,18,20
  119:6,16,21 131:4
  131:9,18,20 132:4
  141:13,19 142:12
  169:2,17 172:4
  182:16,19 184:3
  188:20 192:14
  195:8 197:18
  198:9 201:5
  206:15,23 209:22
**plant** 52:22,25
**play** 223:8
**playing** 223:8
  224:16,17,21
**please** 5:5,18 6:2
  8:5 11:11 12:8
  14:5 16:23,24
  17:17,22 18:10,20
  20:8,8 22:9,10
  26:10,23 29:19
  32:15 33:23 34:2
  34:4,8 35:7 37:15
  47:7,10 50:5 58:2
  62:13,24 64:24
  66:22 69:10 73:23
  76:25 77:22 79:22
  84:19 88:11 107:9
  107:10,14,17,21
  110:5 111:9
  120:17,22 136:10
  155:12,23 156:21
  158:14,20,23,25
  159:3 160:18
  161:14 165:5
  168:6 169:12
  172:21 175:7

183:3 187:24
  190:19 196:18
  197:9 204:8 206:7
  208:5 210:25
  211:11,18 212:24
  215:12 216:7
  218:11 219:17,17
  221:13 223:10
  225:4 234:5,12,23
  235:3 242:19,19
  242:22 243:17,21
  250:14,14 251:2
  252:13,21 254:24
  255:3,22 257:3,22
  258:6,9,12,12,17
  268:11 270:5
  273:3 275:4
  276:16,21,22
  277:6 278:15
  279:7 281:13,19
**pllc** 2:4
**plug** 57:4 277:10
**plugged** 277:13
**point** 15:19 17:11
  116:12 274:20
  275:2
**pops** 260:16
**portion** 29:21
  50:10 211:4
  233:19
**posed** 9:11 17:17
  221:14 233:15
**potentially** 244:5
  244:5
**potted** 52:22,25
**practice** 26:20
**preamble** 278:4
**preclude** 276:8
**precluded** 51:6
**predict** 199:8

**premises** 138:15
**prepare** 30:17,19
  30:25 31:17
**prescription** 20:15
  20:18 21:17,22
  22:3
**present** 2:14 4:24
  276:7
**preserve** 52:15,25
  53:10 77:24
**preserved** 40:24
  43:10
**pressure** 20:21,23
  21:17 156:15
**previously** 74:9
  94:17
**price** 115:25 116:4
  116:7,12
**primary** 61:5
**prior** 19:20 20:10
  30:15 50:14
**privilege** 9:9 14:17
  14:20 33:19 38:14
  39:9,23 40:20
  77:21 154:22
  269:11 270:21,24
**privileged** 42:5,22
  52:19 73:16 79:21
**probably** 68:4
  118:4
**probe** 46:25
**problem** 17:9
  23:21 32:7 57:7
**procedure** 1:20
**proceed** 10:23
  258:16,21
**proceeding** 5:5
  28:12 284:8 286:4
**proceedings**
  287:19,24

progress 231:2,11
  246:14,19 254:11
  255:15 256:5
  259:25 260:9
  262:19 266:25
proper 11:5
propranolol 21:19
protect 53:8 76:13
provided 286:19
public 1:22 5:22
  33:17 40:4 41:9
  43:12 95:7,9
  154:22 289:22
  292:8 293:25
pull 283:15
purpose 40:23
  207:14
pursuant 1:19
  170:11 272:13
  275:10,17,20
  280:21 282:14
pursuing 274:6
put 35:11 62:22
  137:8,9 158:13
putting 10:14

**q**

quarter 109:17
que 117:13
queens 6:5,15
  18:22 59:15 85:7
  85:7 86:2 94:19
  94:19,21 95:8,9
question 9:11
  14:11 15:20 16:2
  16:5 17:16,17
  19:24,25 20:9
  21:9 22:7,13,17,24
  23:5,11,14,17
  30:14 31:23,23
  32:5,13 33:23
  37:21 40:15,17

42:5,15 47:15
50:2,5 51:2,7 53:4
68:12 77:24 80:13
101:19 106:22
107:2 111:10,13
121:9,16 126:13
128:11 130:18,20
136:9 140:20,22
142:23,24 143:2
144:14,24 152:3,5
158:19 159:3,5
160:19,25 161:15
162:9 168:7,10
169:13,16 172:17
174:3,25 175:4,21
175:24 179:5
180:19 181:15,17
196:18,23 206:7
206:10 211:10,12
212:10,12 215:4
218:5,11,14
221:14,16 223:11
223:22,25 226:9
226:11,16 227:19
228:16 233:14
234:4,6,9 236:12
243:4,6,8,18 249:6
249:8,23 252:25
253:2,4 255:6,9,23
255:25 258:15
260:6 272:20
291:14,22
questioning 13:21
  14:10 269:18
  270:9
questions 10:22
  15:4 16:14,22
  18:25 19:16 24:5
  25:3 37:20 39:6
  39:12,13 40:3
  42:12 47:3 50:24

53:15,18,21,23
54:5 69:9 129:17
160:14,15 162:23
163:9 210:25
245:17 250:19
255:4 269:10,24
271:2,17 272:5
291:12,20
quick 283:15
  284:3
quite 53:11 60:6
quote 37:22 45:23
  45:25 198:25
  199:4 238:23
  241:20 246:21
  247:14 256:7
  260:14 262:21
  263:8 267:3
  271:15,21 286:15
  286:22

**r**

r 2:2 3:2 21:20
  86:20 88:12 207:8
  254:10 276:10
  289:2 292:2
rafael's 153:12
ramp 222:8
range 97:9,10,12
  97:13,17
rapport 7:18
reach 48:21
reached 26:6 27:5
read 9:18,23 10:4
  11:3 29:18,21
  39:2 48:6 49:17
  50:10 103:4,8
  111:13 130:20
  140:22 150:23
  152:5 158:19
  159:5 160:25
  163:18 168:10

170:2,5 172:24
175:4,24 196:23
197:15 198:5
204:19 205:5
206:10 211:4
212:12 218:14
221:16 223:25
230:4 231:4,15
233:19 234:9
235:6,17 246:18
246:19 249:8
251:10 253:4
255:25 268:15
271:12
reading 8:18
  13:18 14:13
  283:16
reads 286:15
ready 46:6 234:19
  258:15,20 284:10
  284:11
real 1:9
really 9:24 14:24
  38:7 48:11,13
  56:5,9 101:14
  114:4 139:21
  163:2
reason 19:11
  36:20 293:5
reasons 76:17
  239:23
recall 10:5 19:4
  24:15 30:3 75:13
  77:10 78:6 79:3,7
  86:9,10 113:25
  143:22 145:18
  168:14 221:20
  229:20 231:22
  232:25 233:3
  235:24 237:5
  245:4,13,21

253:23,23,25
255:11 257:14
260:11,16,23,25
263:3 265:7,12
266:4,14 267:8,10
268:21
**recalling** 231:19
231:23 236:22
249:15
**receive** 65:16 66:9
67:23 72:4
**received** 65:4
67:12 70:23
240:20
**receiving** 63:17,24
**recess** 110:17
157:16 220:17
**recharge** 56:15
**recognize** 58:9
230:23
**recollection** 41:13
150:9
**record** 4:3 5:3,25
7:23 8:5,6 9:4
11:16 12:6,8 16:4
16:8,11 18:11,21
19:18 22:22 27:23
28:5,7,10,14,17
29:10 33:17 34:4
38:5 39:2 40:5
41:10 43:11,13
45:10 47:8,11,13
53:2 54:24 55:20
55:25 62:15,17,19
62:23 65:2 73:15
73:25 77:25 78:15
79:24 106:12,17
107:12 110:8,8,11
110:16,20 111:4
111:16 120:11
121:12,17 153:25

154:23 156:21
157:15,19 158:17
158:22 161:4
165:6 181:20
182:4 204:6,10,13
210:14,23 211:8
211:23 212:2
216:13 219:15
220:16,20,23
223:7,14 224:5
228:5,19 230:10
234:24 235:2,11
242:20,23 243:8
243:23 247:8,11
248:23 251:3
255:2 257:24
258:2,4 266:3,7,7
270:7 271:7,24
273:4 274:5 276:2
276:5,17 277:7,15
277:16,23 278:8
278:11,15 279:2
281:15,21 283:9
285:18 287:19
288:7 292:13
**recorded** 4:7 26:5
27:4
**recording** 27:9
**records** 23:22 24:2
24:4 211:16 212:4
212:18 226:10
230:15 238:20
288:16 290:13
**recovering** 261:8
261:12 267:24
**referee** 146:25
**referred** 29:20
50:9 103:7 111:12
130:19 140:21
150:22 152:4
159:4 160:24

163:17 168:9
172:23 175:3,23
196:22 197:14
198:4 205:4 206:9
211:3 212:11
218:13 221:15
223:24 230:3
233:18 234:8
235:16 247:17
249:7 251:9,15,22
253:3 255:24
268:14
**referring** 29:8
113:15 121:23
124:9 125:2 127:6
151:2,5 232:5
235:25 239:10
241:4,23,24
267:12
**reflect** 106:17
274:5 279:3
**refrain** 55:10
**refused** 287:13
**refusing** 234:25
**regard** 29:16
39:18
**regarding** 14:23
39:9 64:21 271:17
271:20 275:14
**regards** 26:17,21
36:21 278:11
**regularly** 123:13
**related** 4:20
192:17,17 244:6
292:16
**relationship** 40:2
271:3
**relax** 109:14
155:22,23 219:23
**relevance** 43:3,20

**reliability** 75:4
**remember** 41:15
55:23 67:25 70:11
74:10 76:8 79:5
86:7 88:23 99:18
113:24 127:23,25
128:12 134:9,10
134:13 144:19
152:7 166:2 167:7
167:10,10,15
168:18 177:20,24
178:5 180:3,5
188:11,15,19
190:8,17 191:4,13
191:18,20,24
192:8,12 195:3
197:5,10 200:2,18
201:4 203:8,18
206:13 209:13,17
209:21 214:13,14
214:18,19 218:16
229:22 232:7,8,10
245:8,10 248:3
255:18 258:25
259:9 260:13,19
261:18
**remembering**
260:15 262:22
265:23
**remembers** 41:16
**reminds** 137:23
**remote** 9:5
**remotely** 4:25
286:5
**remove** 257:3
**reordered** 253:19
**repeat** 18:20 37:14
37:16 50:5 59:23
60:15 62:9 63:13
64:4 66:22 73:9
74:15 75:17 76:11

83:25 87:14 91:21
92:17 96:24 98:3
104:20 109:11
111:9 117:14
118:22 120:23
122:24 126:16
127:11 130:17
140:20 146:22
148:12 150:6
152:3 154:13,24
155:11 160:19
161:7,22 164:9
168:6 169:13
170:24 174:24
186:8 192:19
196:12,15,21
203:19 204:25
206:7 209:9
210:19,25 211:10
211:11 213:14
216:6,8,12,22
221:13 223:10,21
224:14 225:17
232:15 234:3,5,20
236:25 237:19
240:2 244:10
247:16 257:17
262:4
**repeated** 37:9
**repeating** 46:22
55:8
**repetitive** 106:21
**rephrase** 15:23
65:15
**replacement** 217:8
217:10,12,15
218:18 219:8
**report** 253:24
254:3,9 259:5,7
**reporter** 4:16 5:18
5:24 6:7,11,13,17

6:20 7:24 8:8,15
12:2 16:6 17:24
18:4 20:25 21:4
25:20,23 26:7,11
27:7,16,20 29:11
29:14,22 31:9,13
34:21 35:10,13,21
36:2,9 46:17
47:23 48:6,21,24
48:25 49:4,8,10,17
50:7,11 54:16,19
54:23 55:21 56:8
56:12 59:22,25
60:3,14,18 61:18
61:22,24 62:20,25
64:4,9 65:24
66:25 67:3,6 70:4
72:18 74:15,18,20
75:2,16,19,22
76:16 77:6 78:18
78:22 81:9,13,18
83:21,24 84:6,9
85:2 86:14,17,23
87:9,13,17 89:14
89:21,24 90:5
91:4,20,23 92:3,6
92:9,17 95:4
96:24 97:19,23
98:2 99:23 100:3
100:6,11,16,23
103:4,9 104:19,23
105:2,7,10 106:11
108:2 110:6,24
111:11,14 113:11
116:21,22 121:5
122:23 123:5,7,23
124:4,13,16,20
126:7,16 127:10
127:14 128:5,9,18
130:13,21 132:18
132:21,24 133:4

135:11,20,22
136:3,22 137:2
138:5 140:23
141:10 142:22
145:2 146:21
150:2,6,24 152:6
152:10 155:10,16
155:24 159:6,14
160:21 161:2,6,20
163:15,19 164:9
165:8,11 168:6,8
168:11 169:9,10
169:14,24 170:4
170:23 171:2,5,23
172:22,25 173:18
174:16,20,24
175:2,5,10,13,21
175:25 180:9,24
181:12,21 182:2,5
184:17,20,25
185:5,23 186:2,7
186:12,18 187:9
191:22 192:19,23
193:20 194:11,14
194:18,22 196:11
196:14,19,24
197:16 198:2,6,16
198:19 199:2,7
203:15 204:18,24
205:6 206:11,20
207:6,9,18,22,25
209:8 210:17
211:5,6,11,19,23
212:5,9,13 213:13
213:16,20 215:24
216:5,10,25 217:3
217:9,23 218:11
218:15,22,24
219:10,14 221:13
221:17 222:4,7,10
222:13,17,21

223:10,17,21,23
224:2,6,14,19
225:7,15,24,25
227:10,13 230:5,8
230:12 231:5
232:9,13,18,22
233:2,5,9,13,16,20
233:22,23 234:7
234:10,19 235:8
235:18 236:4,7,13
237:18,23 238:8
238:11 239:25
240:4,15 242:19
243:5,7,14,17
244:10,16 246:2,9
246:25 247:6
248:13,24 249:9
251:2,6,11 252:12
252:21 253:5,11
253:15 254:24
255:22 256:2
257:17,24 258:3
262:3 263:21,24
264:2,7,16,20,24
268:16 270:7
271:6 272:2 273:5
273:8,13,22 274:3
274:4 275:22,23
276:15 277:5,8,17
277:18,19 278:7
278:16,17,22,25
279:8 280:23,24
281:18 282:6
283:5,17,21 284:5
284:11,25 285:6,9
285:12,15 286:6
287:2,18 288:3,25
290:20
**reporter's** 280:3
**reporters** 286:6

**reporting** 293:1
**represent** 26:14
**request** 287:17
**requested** 291:8
**res** 86:25
**reserve** 111:6
157:3 279:20
**reserved** 3:22
**reserving** 13:7
282:13
**resolve** 26:24
**respect** 41:7 50:22
**respectfully** 12:17
13:7 50:21 111:6
129:15 163:6
227:16
**respective** 3:6
**respond** 23:18
38:21 274:11,12
**response** 16:13,15
29:2 41:3 67:5
268:13
**responses** 16:22
17:2 271:21
**rest** 264:12
**restate** 255:22
**restaurant** 85:5
87:2,5 88:5,14
162:4,10 163:21
177:5,10,11 184:8
185:17 190:3,13
190:14,23 193:10
193:15,19,21,24
195:21 196:2,6
197:7 198:9,14
199:10 200:4,11
201:22
**restaurants** 83:14
84:15,23 85:24
86:5 88:21 89:5
93:18 94:14

124:18,21
**restrictions** 83:10
**result** 280:6
**results** 55:5
**retained** 290:20
**retard** 229:16
**retired** 60:16,18
60:21,24
**return** 184:4
188:21 192:14
195:9 197:19
198:9 201:6
206:16 283:13
**returning** 28:25
34:17
**reversed** 100:17
**reversible** 247:17
251:16,23 253:19
**review** 30:16
31:16
**ridiculous** 93:3
**right** 7:7 8:5 13:8
13:12 21:19 23:23
24:11 34:20 39:2
45:6 46:24 51:8
56:4,23 57:3,5
66:14 70:25 71:2
71:14 74:14 77:18
80:2 82:22 85:14
91:7,8 96:11
101:12 103:17
107:23 109:24
118:7 129:16
150:8 157:3,11,13
187:13,16 204:4
215:5,8 218:5,8
223:6 227:17
232:7 240:13,14
240:17,18 246:23
247:10 251:22
259:3 261:25

262:13,18 267:14
273:11 275:17
276:12 279:21
280:5 282:13
**ring** 185:4,6,7
**ringing** 25:25 27:3
27:8 47:17 48:23
49:3
**road** 276:10
**room** 4:25 146:25
**round** 115:21
**row** 203:4
**rule** 38:22 40:12
44:11 170:11
204:12 275:11,18
276:7 280:21
282:15
**ruled** 52:8
**rules** 1:20 15:11
15:12 26:21 39:8
**ruling** 43:24,25
44:3 50:14 52:3
52:12,13 53:23
54:2 73:20 107:6
280:20
**rulings** 291:12,20
**run** 15:13
**runs** 57:13

**s**

**s** 2:2 3:2,2 88:12
88:12 193:22,22
276:10 290:2
293:5
**sake** 238:24 239:9
239:16 254:13,15
254:19 261:4
262:17 264:14,17
267:16
**sakes** 262:12
**sanctioning** 55:17

**sanctions** 13:8
51:18 279:21
287:23
**saw** 137:21
**saying** 18:5 27:9
37:13 40:10 51:14
52:17 55:24 65:14
126:8 240:16,24
241:17 245:2
246:17 247:4
248:12,17 258:25
265:19
**says** 42:6 46:23
77:3 101:2 133:7
133:13 148:22
231:18 237:10
238:22,23 241:19
242:12 243:9
244:2 246:20
247:13,21 248:4
249:13 250:8,11
251:14,21 253:18
254:12 256:7
257:8 260:14
261:3,20 262:20
263:7,15 264:9
265:20 267:3,11
267:14,15 268:17
**schedule** 82:8
**scheduled** 283:12
283:13 285:20
**scooter** 57:9 95:9
95:11,12 137:6,7
222:2,5,15,18
**scope** 158:10
**screen** 100:18
187:13,16,20
230:21 273:10,11
273:17 277:11
278:20 285:4,5

scrolling 58:4
sealing 3:7
second 29:12 34:9
55:5 64:17,18
66:24 76:25 110:4
123:4,4 138:3
144:23,23 197:25
211:14 216:24
219:17 264:5,5
274:15 277:10
281:2 284:4
security 61:3,4,11
62:3 63:5,17 65:4
65:23 66:2,10
76:17 231:25
237:11
see 8:11,14,15
16:19 19:16 56:16
56:17 57:23 58:23
59:5 97:24 100:4
100:10 101:4
117:13 137:22
138:23 140:15
187:12,19,19,23
188:2 208:8,9
230:17,20,21
239:4 246:13,14
251:21 254:16
255:16 256:13
257:12 260:18
261:23 280:14
285:4,6,14
seeing 109:16
seek 13:8 279:21
280:5,19
seeking 275:13
semantics 155:9
155:20
send 278:18,20
284:19,19

seniors 76:3
september 262:20
265:12,15 266:5
sera 117:13,13
served 9:2 145:22
146:2,8,11
service 3:16 81:8
81:10,16,25 82:4
82:15,16,21
set 38:4 292:12,21
seven 14:25 41:11
64:8,9 105:22
107:2 139:7 142:8
178:23 179:2
shake 16:23 17:6
shaking 16:24
21:20
share 285:4
she'll 225:2
sheet 293:1
shit 203:9,20
short 18:13
shout 268:9
shower 31:5,7,10
showing 57:17
58:20,21 230:13
230:14 255:15
256:4 259:25
260:9 262:19
266:24
shush 245:18
sic 10:21 20:22
21:20 172:17
272:14 274:14
sick 156:3
signature 292:24
signed 3:10,12,15
significant 51:24
silence 53:17
simple 53:11

simply 52:16
single 126:3
sir 7:10 9:16 11:8
12:13,22 13:14
18:20 44:22,24
53:24 103:10
129:13 172:17
250:19 281:4
sit 160:5
sitting 57:9 126:20
150:12,14 151:15
212:23 226:15
six 119:18 272:25
sixth 14:5 148:9
skin 245:25 246:6
slowly 18:3
smoothly 15:13
38:16
social 61:3,4,11
62:3 63:5,17 65:4
65:22 66:2,9
231:24 237:11
sodium 83:12
softer 240:11
softly 88:3 225:2
somebody 12:15
50:24
soon 27:17 29:2
278:18
sooner 160:14,15
sordid 276:10,10
sorry 14:11 36:17
64:6 65:25 70:4
75:20 81:13 84:10
87:11 89:14 91:4
93:10 97:2,19
99:17 109:6
118:22 119:20
130:13 132:22
142:23 144:6
145:23 146:21

150:4,20 152:12
154:12 155:10,25
159:14 160:21
161:22 169:25
173:18 180:9
186:15 192:20
194:16 198:20
207:7 210:20
222:22 227:8
232:14,23 233:17
237:8 246:9 247:6
255:7 256:21
262:14 264:3,25
268:3 277:20
sought 52:19
sound 36:13
sounds 160:8
source 61:5
sources 61:12 62:5
63:8 72:5
south 88:7
southern 1:2 4:12
148:19 149:5
285:23
spa 152:15,21
spanish 88:18
177:13 193:23
speak 17:23 18:3
40:21 77:23
259:10 260:7
speaker 34:20
47:25
speakers 240:10
speaking 11:13,19
13:10 18:2 28:23
29:6 34:18 35:2
37:4,8 38:8 41:21
45:19 49:18,24
50:6 51:9,17,19
53:12 55:11,15,15
62:15 65:2 73:24

79:23 107:11,19
120:9,18 156:8
158:21 165:5
204:9 211:22
215:9 228:4
235:10 243:22
251:3 252:22
254:25 257:23
270:6 271:9 275:5
276:16 277:6
278:12 281:14,20
**speaks**  55:25
204:6 266:7
**specific**  117:23,24
119:15,21 132:3
142:11 173:8
265:17
**specifically**  36:25
37:21 55:13 127:6
233:25
**specified**  289:11
**spectrum**  74:17,18
76:5,22
**spell**  84:3 87:21
88:9,10 92:4
**spells**  249:18,25
**spend**  115:21
116:13
**spent**  257:9
261:20 263:8
268:18
**spoke**  123:8
**spontaneous**
118:25 142:16
172:13 189:3
195:12 231:22
235:24 237:5
**spot**  160:22 235:9
**spritzer**  90:4,6
98:13,15 112:15

**spritzers**  112:18
112:25 115:15
**spur**  118:20,21,24
119:2,11,13
131:21,25 142:15
172:12 189:3
195:11
**square**  113:17,18
113:22 122:4,5
124:24 125:5
135:2,7,24 146:24
**ss**  292:4
**stabilized**  256:20
256:23
**stable**  267:4
**stand**  30:12
102:10
**standard**  4:5
286:4
**stands**  33:17 40:8
**staring**  249:18,25
**start**  7:9,19 11:8
13:13 14:5,9,11
15:10 93:21
**state**  1:22 5:2,5,22
18:11 28:17 31:24
40:16 45:10 50:18
53:2 54:25 61:23
61:25 62:4 63:7
63:25 65:23,25
66:2 159:2 220:13
292:4,9
**stated**  55:13 70:16
94:17
**statement**  7:23
78:16 271:7
277:23 278:7,10
283:9,16
**statements**  266:22
**states**  1:2 8:24
285:22

**steps**  136:21,23
138:18,20
**stewart**  8:22 10:21
27:6 274:14
286:12 288:22
290:18
**stewart's**  272:14
**stick**  134:2
**stipulated**  3:5,20
**stone**  104:17,22,24
104:25 105:3,15
**stop**  22:21 32:12
41:4 43:5 99:7
235:14 278:4
**stopped**  39:13
101:7 102:14,22
104:14 112:2
115:12
**story**  135:19
**straight**  38:5
**stream**  287:11
**street**  2:10 94:20
94:21,22,23
122:16 123:16
125:16,20 126:22
127:2,7,19 128:25
129:25 130:8,23
131:5,10 132:10
140:25 141:14
149:10,13,18,23
150:16 151:8,17
151:22 152:9,14
155:14,18 158:5
163:22 170:8
172:10 175:9,11
175:14 176:23
177:3 178:16
179:13 182:23
183:19 184:12
185:12 188:6
189:13 199:11,17

199:24 200:13
201:10,17 208:11
208:15,21 209:5
209:12,15
**stricken**  73:15
**strike**  142:9 144:7
145:24 236:11
**stroke**  173:17,24
**stuart**  2:6 5:9 7:11
7:14,16 8:3 36:8
156:13 269:7
270:15 286:24
**stuff**  282:9
**stupid**  223:8
224:17,17,21
**sub**  30:7
**subpoenaed**
210:13,22 211:7
211:15 212:3
**subscribed**  289:18
293:22
**substance**  229:5
240:21 241:11
**substances**  24:25
25:6,11 30:2
**suffer**  236:16
238:13 242:8
249:17,24
**suffered**  242:13
243:10 244:23
**suffering**  244:3
247:24 256:15,17
260:21,24 263:2,3
265:7,11 266:4,13
**suffolk**  292:5
**suite**  2:10 208:11
208:15 209:16
**summary**  43:9
**summertime**
124:23 133:18
134:6

**sure** 11:11 16:25
17:22 18:4 24:13
25:17 34:6 38:15
40:6 41:19 46:13
46:23 50:8 54:20
58:13,15 62:25
69:23 107:18
109:18 111:11
121:12,16 125:8
125:11 131:14
165:10 168:8
175:2 180:4
181:22 204:15
234:7 243:19
247:20 266:10
278:13,17 279:8
284:23 285:2
**susan** 1:21 4:17
7:21 8:2,7,13
11:10,17 16:7,10
20:24 25:15,15,21
27:11 29:5,13
32:16 33:25 34:8
35:7,17 36:10
45:9 47:5 48:25
49:9 50:4 54:14
54:20 55:20 62:13
62:16 64:24 73:20
73:22,22 77:2
79:22 81:11 84:19
107:10,17,20
109:24,24 110:4
110:10,13 111:9
120:7,17 140:19
144:7 145:24
150:21 152:2,8
157:12 158:14,18
158:18,23 160:18
165:4,4 196:17
197:11 203:11
204:8,14 206:6

210:24 211:18
212:2 219:17
220:3 223:16
227:24 228:3
229:25 234:12,23
235:6 248:21
249:6 251:5,5
253:2 264:6
268:12 271:25
283:3 284:15
286:7 292:8,24
**susan's** 16:7
**sushi** 84:5,6
**suspend** 106:19
**swan** 229:18 231:3
232:4 235:25
239:10 241:4
245:4 257:8
259:10,16 261:20
263:8 268:18
**swan's** 229:21
245:22 255:12
258:22 260:12
262:8 263:12
268:24
**swear** 5:18
**switch** 100:17
101:3
**sworn** 3:10 5:21
289:5,18 292:12
293:22
**syosset** 2:6

---

**t**

**t** 3:2,2 5:20 6:4
21:20 207:8 289:2
290:2 292:2,2
**tab** 231:5
**tailoring** 153:13
**take** 11:15 12:8
16:8,10 17:12
18:5 21:3 25:18

29:9 47:7,11 52:5
53:16 57:2 58:2
59:7,10 73:20
79:6 109:22
155:23 156:7,10
159:24 160:5
174:17 181:19
187:25 190:19
208:5 215:11,12
215:16,19,20
228:4 271:15
280:12 283:8
284:6,18
**taken** 1:18 4:8
24:21,22,24 30:2
110:18 111:5
157:17,22 220:18
220:23
**takes** 260:16
**talk** 32:15 225:2
232:21 240:10
269:19
**talking** 22:11
110:4 123:9
125:11 161:25
171:24 172:8,9,18
182:19 209:10
235:14 245:6
250:7,10 251:20
252:4 273:17
**tandoor** 153:22
**tap** 100:18
**taxi** 81:7,10,15
82:15,16,21
**telephone** 51:13
**telephonic** 45:11
55:6
**tell** 23:11,14 46:12
81:2 83:17 84:22
88:20 117:10
118:5,12,17

119:25 122:19
123:19 131:17
133:22 134:22
136:18 137:16,21
141:16,18 147:12
147:18 148:5
166:13 185:3,6,14
188:24 189:20,24
190:9 198:8
199:19,20 202:21
205:19 207:19
210:11 212:14,24
213:4,4 227:3
228:24 232:3,12
235:23 237:15
239:9 240:25
241:15 242:3
244:18 250:17,20
254:4 274:22
**telling** 156:18
167:14
**tells** 228:11
**ten** 63:19,20 99:20
101:8 102:6,10
106:13 107:2
112:3 115:13
219:19 221:2
249:20 283:20
**term** 261:10,17
**terminate** 275:10
275:18 287:10
**terminated** 107:5
273:20
**terminating** 287:4
**terms** 10:2,3 19:14
39:16 224:11
**testified** 5:23
**testify** 19:3 24:16
25:2 30:3 289:5
**testimony** 80:9
111:17,20,25

117:22 154:15
204:15 234:25
289:6,10 292:14
**thai** 152:25
**thank** 6:18,21 7:20
11:17 13:4,15
15:24 16:18 18:19
32:16,19 34:16
35:3 44:25,25
45:4 48:19 54:8
54:10 60:3 62:21
63:2 64:23 67:9
69:10 74:20 77:9
78:4 80:18 81:19
84:19 92:9 103:6
120:19 124:4
129:22 138:11
163:20 173:2
174:20 175:7
182:6 198:7
204:13 207:9
212:8 221:4
223:18 224:7
225:4 230:6
235:14,19 240:11
251:12 261:16,16
278:23 279:9
288:2
**thanks** 29:19
88:13 116:10
183:3 220:2
**therapist** 216:4
**theresa** 1:8 2:9
5:16
**thing** 17:8,15,21
77:3 115:18 119:8
119:9 125:11
172:20
**things** 36:19 248:6
274:19 286:14

**think** 16:2 19:9
29:17 43:7 93:5
107:24 109:20
131:13 155:13,16
155:19 219:4
244:15 252:5
257:21 283:9
**third** 11:7 203:3
**thompson** 158:5
170:8 172:10
178:16 179:12
**thought** 41:23
52:9 109:6 277:12
**thousand** 93:12,16
93:17
**thousands** 125:6
**threat** 279:12,15
279:15,18
**threaten** 279:16
**threatened** 287:7
**three** 93:2 114:21
151:19 203:4
205:11 251:25
**throw** 32:14
**thursday** 160:4
**time** 1:14,21 3:22
4:4,5 5:6 11:8
12:3,24 14:5 17:7
28:14 43:12,15
45:2 48:14 58:5
60:6 77:16,17
80:24 91:13 92:4
99:10,13 101:25
102:4 103:13,18
108:11 110:20
111:7 120:2
122:15 123:9
134:13 148:9
156:21 157:4,8,19
160:5 177:25
180:6 181:19

200:21 203:3
220:13,20 254:7
255:10 256:18
260:16,22,25
261:5,18 263:4
265:8,14 267:20
278:4 284:6 286:3
286:4 288:7
289:10
**times** 70:17,18
93:22 95:21 97:7
103:21 105:22
106:14 107:3
108:24 111:23
112:14 119:18
120:14 127:18
128:17,19 130:7
130:23 132:6
139:7 142:8,9,20
143:3,8,12,15
144:2,4,16,20
145:4,8,13,14
146:25 147:3,21
151:19,24 168:15
171:11 178:10,11
179:2 188:12
189:2 192:5,16
194:25 197:6
200:19,22,25
205:11 209:18
214:15 226:20
251:25 254:21,21
272:25 275:13
**tiny** 231:4 285:13
**tired** 214:3
**today** 13:11 15:17
16:7 19:4,21
20:11 30:16 48:14
48:17 52:6 57:14
111:21 112:2
117:23 126:21

145:21 150:14
151:15 212:24
286:2,8
**today's** 9:5 283:10
287:5,8,15
**tokyo** 84:11
**told** 66:19 67:7
106:13 115:11
137:20 172:11
185:14 189:19
201:19 212:17
226:21 231:24
237:10 256:16
259:8 262:11,16
263:14,16,20
264:9,11,13,17
269:3
**tomorrow** 198:22
283:13
**tompkins** 164:11
164:17
**tone** 183:16
**top** 41:15 111:7
157:7,8 172:2
**total** 46:16 64:12
67:13 69:16 70:22
111:8 157:24
221:7 267:19
**totally** 39:4 158:9
274:7
**track** 207:7
**transcribe** 67:4
165:8 287:18
**transcribed** 28:2
**transcript** 51:16
107:6 211:15
289:9,9
**transit** 82:17
**transplantation**
95:7

**transportation**
95:6,10
**transposed** 152:11
**travel** 82:7,11 83:2
83:2,3,5,6 95:22
143:13
**traveled** 81:3
120:2 122:15
127:19 142:20
143:3,9
**tread** 19:14
**treated** 229:4
**tree** 120:15
**trek** 207:2,4,7,8
**trial** 3:22 43:9
**tricycle** 207:21,23
**tries** 41:2 43:6,8
53:7
**trouble** 18:2
247:15 256:8
260:15 262:21
265:23
**true** 289:9 292:13
**truth** 289:5
**truthfully** 19:3
**try** 16:16 65:15
75:12 79:7 127:13
127:15 139:16
237:21 284:2
**trying** 39:16
162:20 192:3
235:9 237:22,24
241:9
**tuesday** 160:3
**turn** 26:9 36:12
100:18 282:2,8
**turnpike** 2:5
**turns** 12:8
**twelve** 132:6
**two** 15:25 28:8
29:6 58:21 70:15

71:6 89:13,17,23
89:24 90:8,14
103:5 109:17
145:17 146:18
210:25 239:2
261:4 262:12,16
264:14,17 265:5
267:17 270:23,24
271:11 272:4
**typically** 108:13
108:14 114:24
128:24

---

**u**

**u** 3:2
**u.s.** 4:11
**underground**
155:14,17
**understand** 9:22
9:23 15:5,16,20
16:18 17:3,4,24,25
22:23 23:4,8,11,12
23:13 25:3 30:18
33:3 37:14,15
42:18 44:18,20
50:14 65:9 68:13
121:18 129:19
196:12 198:20
199:3 205:3
214:17,20,23
216:18 219:5
236:5 240:23
247:3,11 254:10
259:23 262:5
263:22 264:8
268:11 269:21
270:13
**understandable**
258:4
**understanding**
37:17 39:7 70:5
84:10 86:19

132:22 185:2
219:11,15 222:11
222:14 233:6,11
236:8 240:5 246:3
246:10 247:7
264:21 275:19
**understood** 6:8
46:5 50:16
**unequivocally**
45:16
**unfair** 107:16
**unidentified** 156:8
215:9
**unilaterally**
279:20 287:4,8,9
**unit** 4:6
**united** 1:2 285:22
**unreasonably**
44:7
**unreportable**
11:25 22:14 43:23
131:16 135:9
161:19 172:15
176:17 182:21
183:14 209:7
215:17 225:14
242:17 245:15
263:18 275:3
276:3,25
**unsigned** 3:14
**upset** 87:25
109:16 240:7,8
250:21 268:10
**uptown** 87:15,18
**use** 14:25 41:2
43:7 52:16 53:7
69:24 82:10 93:6
93:6,7 95:11
114:5,8 146:15
207:21,23 244:6
261:18

**usually** 113:10

---

**v**

**v** 92:7,14 254:10
285:21 293:2
**valid** 43:4,20 53:6
**verbal** 16:12,12,15
16:22 17:2,7
**verbatim** 11:3
45:23 48:6 271:12
**veritext** 2:14 4:15
4:18 286:5 293:1
**versus** 4:10
**video** 4:7 10:6,8
27:23 277:15
287:11
**videographer** 2:14
4:2,16 5:17 26:9
27:21 28:3,9,13
77:7 97:21,25
99:14 110:15,19
140:8 157:14,18
220:15,19 248:22
265:2 283:6,24
287:3 288:6
**videotaped** 1:17
**village** 6:5,15
18:23 92:13,20,21
113:10,12,14,16
121:3,6,22,23,25
123:13,15 125:9
184:8
**violation** 52:2
**virtually** 4:14
**visit** 131:5 133:19
151:21 165:16,19
166:4,22 167:11
167:16 170:20
171:7,12,17,19
172:5 177:15,22
178:3,7,11 179:22
180:5,14 181:2

182:12,16 186:23
188:5,13,16 191:8
191:15 192:6,9
194:5 195:2,5
196:6 197:7
200:11 201:2
202:3,7 205:8,22
206:2 207:15
209:15,19,23
245:4,8,11 255:19
257:10 259:10
261:21 263:9
268:18,25 269:5
**visited** 133:14
136:19 149:22
154:16 155:5
164:24 165:14
166:13 168:15
170:14 179:17
180:6 183:23
186:23 188:5
195:25 199:22,23
202:23
**visiting** 140:2
155:8 229:20
245:13,22 255:12
260:11
**voice** 17:23 116:22
183:17
**voicemail** 28:18
**volition** 274:25
**volume** 26:10

**w**

**wait** 20:8 21:9
28:5 100:9,9,20,20
140:14 156:13
187:5 208:7,7
235:14 260:5
**waiting** 156:17
**waived** 3:9

**walk** 153:9
**wall** 152:14
**want** 11:22 12:7
12:14 17:6 19:15
23:16 24:12 25:17
27:23 32:5 34:6
38:15 40:16 48:13
48:18 57:2,4 63:4
77:24 103:10
106:17 121:11,16
125:8,10 131:14
156:7,15 158:12
159:8,10 165:9
170:2 181:22
199:14 204:14
215:13,16,18
219:5,7 220:8,13
229:3 234:22
240:13,17 245:9
246:23 247:9
266:10 270:2
271:24 274:4
278:3,5,13 279:2
**wanted** 19:17
70:20
**wants** 20:5 43:11
272:4
**warn** 12:10,13,14
12:17,20,21
**warning** 13:2
**warrant** 273:25
288:18 290:14
**washington**
113:17,18,22
122:4,5 124:24
125:5 134:25
135:7,23
**waste** 41:10 43:12
43:14 48:13
**wasting** 255:10

**water** 219:23
238:25 239:17,18
239:20,24 240:2
254:13,19 261:5
262:17
**way** 15:16 18:4
27:14 39:10 51:5
53:8,9 82:10
100:7 275:15
292:18
**we've** 37:3,8,19
157:22 220:23
279:3
**weak** 265:3
**weather** 118:8
131:6,23 132:2
141:24 142:2
192:17
**web** 99:16 140:10
**wednesday** 160:4
**week** 90:20 94:9,9
112:22 134:11
143:19
**welcome** 6:23
174:22
**went** 39:14 102:2
103:14,19 105:18
105:23 108:11,22
114:2,24 115:6
120:25 123:21
135:8,8,24,25
141:7,7 143:15
145:7,12 146:20
146:24 149:25
150:2,19,25 154:5
154:20 155:2,4
170:18 171:3,6
179:20 185:21
196:4 207:5,12,12
222:2,4,15,18

**west** 122:15
123:15,16 125:15
125:16,20 126:22
127:2,7,19 128:24
129:25 130:8,23
131:5,9 132:9
137:17 140:24
141:13 184:8
189:12 199:11,17
199:24 200:13
**wheelchair** 137:6
**whereof** 292:20
**whippersnapper**
138:8
**wife** 71:22,25 83:4
83:6 95:17,19
122:13 248:5
254:14
**willing** 118:4
**wine** 89:12,17,20
89:20,22 90:4,5,8
90:13,24 91:9
98:13,13,15,15
103:17,19 112:15
112:17,18,24
115:15 140:7
**witness** 3:10,16,18
5:19,21 6:3,10,12
6:15,19,22 8:12
17:10 20:2 21:6
21:12 22:9,10,19
23:2,7,20,25 24:7
25:13 28:24 30:10
31:11,15 33:21,24
40:19 45:20,22
50:19 56:5,10,14
56:19,22 57:7,16
59:24 60:2,16,20
61:21,23 64:10
66:6 70:10 72:20
74:17,19 75:3,18

75:21,24 76:15
78:3,20,23 80:14
81:17 83:23 84:7
85:3 86:16 87:15
87:19 88:4 89:19
89:23 90:3,7 91:6
91:22,25 92:5,8,19
95:6 98:4 99:17
100:2,5,8,12,20
104:25 105:5,9,12
106:13 110:22
111:2 112:10
113:13 116:8
120:10 121:8
123:25 124:22
126:18 127:12,16
128:8,16,20
132:20,23 133:2,8
135:16 136:7,24
137:4 138:4,7,10
140:13 141:9
143:5 155:13,19
156:2 160:20
161:8,12,24
167:19,24 168:3
169:23 170:6,25
171:4 173:23
174:19,21 175:12
175:15 184:19,24
185:3,8,25 186:3
186:10,16,19
187:5 192:3,21
193:22 194:20,24
196:13,16 198:18
198:21 199:4
203:13 204:16
207:24 210:22
213:15,18,22
214:2 215:6,10,14
215:22 216:2,9,14
217:7 218:23

219:21,25 220:4,8
222:6,9,12,16,20
223:12 224:16,22
225:5,9,18 232:11
232:16,20,24
233:4,7 237:25
238:10 240:3,19
244:12 246:7
247:5,12 248:18
249:4,10 253:10
253:14,17 257:19
258:19 262:6
263:23,25 264:13
264:19,22 265:4
282:18,21,24
283:2 288:9
292:11,14,20
**witnesses'** 293:3
**woman** 156:8
215:9
**woodstock** 124:24
124:25
**word** 29:16 40:17
40:22 42:2,2
44:16 46:2 51:11
52:17 53:3 88:10
88:11 124:3
**words** 40:22 148:5
256:8,12
**work** 35:15 71:10
**working** 254:14
**workup** 251:17
**worries** 168:2
**worry** 7:8 198:12
**worse** 256:24
267:4
**worsening** 231:19
247:14
**wow** 109:4 243:20
259:19

**write** 73:21 203:10
203:20
**written** 78:11
259:3 277:15
**wrong** 100:25

| x |
| --- |

**x** 1:3,11 123:25
124:2,3 162:21
290:2 291:2

| y |
| --- |

**yeah** 13:5,17 15:6
16:20 18:8,16
21:6 23:20 24:10
26:11 30:10 31:15
34:11,25 57:25
58:24 59:4,6 60:5
61:16 63:22 64:10
66:6 68:7,23 69:7
71:21 72:20 74:19
79:14 80:17 82:24
84:7 85:19 88:16
89:12 92:8 93:19
94:22 95:25 97:15
99:3 102:8,18
104:17,20 105:12
107:20 108:5
110:2 112:6,10
113:13,19 115:6
116:8 117:9 119:4
120:6 122:21
123:18,21 124:7
124:22 125:12
127:8,16 131:6
134:25 139:25
141:15 143:5
146:7 149:16
159:10,19 170:18
174:15 185:18
187:2,7 188:23
195:24 196:19

197:21 203:13
207:24 208:4
211:24 214:8
217:13 219:14
221:23 222:20
225:9 230:16,22
231:8,10,13 232:2
233:16 236:15
237:12,25 239:3
240:19 241:14,22
243:19,20 252:14
252:14 254:17
255:17 256:6,14
256:17,19 259:11
260:19,21 261:2
262:6,11,25 265:4
266:23 267:2,5,14
272:16 281:7
282:19,22 285:7
**year** 64:12,12 65:6
65:6 70:11,23,23
72:17,19 74:7
96:7,10,16
**years** 50:18 60:4
60:25 63:19,20
64:22,22,23 82:5
93:3 99:20 101:8
102:6,10 112:3
114:21 115:13
239:2 270:23,24
**yell** 87:25 224:25
240:9
**yesterday** 91:16
103:22 120:5,16
120:25 122:18
123:12,18 145:20
**york** 1:2,23 2:6,11
2:11 4:12 5:22 6:6
6:16 18:23 59:15
148:20 149:5
158:6,6 163:24,24

| | |
|---|---|
| 164:5,5 170:9,9 | |
| 172:10,10 174:10 | |
| 174:10 178:18,18 | |
| 179:15,15 181:8,9 | |
| 181:23,23 182:25 | |
| 182:25 183:20,20 | |
| 184:14,14 189:10 | |
| 189:10 195:16,16 | |
| 199:11,17 201:11 | |
| 202:11,12,17,18 | |
| 202:24,25 205:14 | |
| 205:14 206:3,3 | |
| 208:12,12 285:24 | |
| 292:4,9 293:1 | |
| **young** 138:8 | |
| **z** | |
| **zoom** 77:2 | |

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.