Current Outpatient Medications:

• amLODIPine (NORVASC) 10 mg tablet, Take 1 tablet by mouth once daily. (Patient taking differently: Take 5 mg by mouth once daily.), Disp: 30 tablet, Rfl: 5

• propranolol (INDERAL) 40 mg tablet, Take 1 tablet by mouth 2 times a day., Disp: 60 tablet, Rfl: 5

• DEXTRAN 40/HYPROMELLOSE (ARTIFICIAL TEAR, DEXT 40-HPM, OPHT), Instill into both eyes., Disp: , Rfl:

• multivitamin tablet, Take 1 tablet by mouth once daily., Disp: , Rfl:

• lisinopril (PRINIVIL,ZESTRIL) 40 mg tablet, Take 1 tablet by mouth once daily., Disp: 30 tablet, Rfl: 2

• omeprazole (PRILOSEC) 20 mg capsule, Take 1 capsule by mouth once daily., Disp: 30 capsule, Rfl: 5

• ciclopirox (LOPROX) 0.77 % cream, Apply BID to groin as directed, Disp: 90 g, Rfl: 4

• C,E,ZINC,COPPER 11/OMEGA3S/LUT (OCUVITE ADULT 50+ ORAL), Take 1 capsule by mouth once daily., Disp: , Rfl:

• FOLIC ACID ORAL, Take 1 tablet by mouth once daily., Disp: , Rfl:

• pumpkin seed extract-soy germ 300 mg capsule, Take 1 capsule by mouth once daily., Disp: , Rfl:

## ROS
A complete ROS was performed, including the following systems: Constitutional, HEENT, Eyes, Respiratory, Cardiovascular, Gastrointestinal, Genitourinary, Musculoskeletal, Skin, Neurological, Psychiatric, Endocrine, Hematologic/lymphatic, Allergic/immunologic.  ROS was negative except for the following: 1. He cut his amlodipine and stopped lisinopril for side effects, BP is high as a result. 2. If he lays on his back, with his head flat, he feels nauseated and dizzy, and with pepto bismol he feels better.  This does seem to have more symptoms since stopping BP meds.

Vitals:

|         | 09/17/19 1053     |
|---------|-------------------|
| BP:     | (!) 174/103       |
| Pulse:  | 52                |
| SpO2:   | 96%               |
| Weight: | 83.5 kg (184 lb)  |
| Height: | 1.676 m (5' 6")   |

## Exam:
**Gen:** no distress
**CV:** regular rate and rhythm
**MSK:** restricted passive abduction of right shoulder, no tenderness, no joint deformity
**MS:** alert, oriented to person, place and time, dysathric/scanning speech, intact comprehension, mild tangentiality and inattention during history, good recent and remote memory, good fund of knowledge
**CN:** PERRL, EOM full with gaze-evoked nystagmus on horizontal gaze b/l and upgaze, facial sensation intact, right LMN facial palsy with incomplete eye closure - some synkinesis in lower face on smile, hearing grossly intact, tongue/uvula midline, shoulder shrug symmetrical
**Motor:** normal bulk, full strength throughout, normal muscle tone.  Moderate frequency, low amplitude resting tremor seen in the right fingers, persisting with posture and action.  Mild intention/kinetic tremor on FTN also seen on the left.  No titubation/head tremor seen today. Fingertaps: low amplitude with occasional hesitations, dysrhythmia.  Handgrips, arm supination/pronation: dysrhythmic.  Heel stomps are very dysrhythmic but without decrement/slowing.
**Sensory:** sensation intact to LT throughout

Defendants 0135

**Coordination:** mild dysmetria on FTN bilaterally, prominent past-pointing on finger chase, prominent dysdiadochokinesia bilaterally L>R; does not perform HKS due to difficulty repositioning out of electric scooter
**Reflexes:** 2+ biceps, 3+ KJ
**Gait:** wide based, unsteady - does not attempt to walk today

**A/P:** 63 year old man with longstanding cerebellar ataxia, negative genetic testing and additional workup, attributed to alcoholic cerebellar degeneration. Cerebellar ataxia remains stable; he also has a stable right hand/arm tremor, possibly also cerebellar in nature - no evidence of parkinsonism. He remains stable, though gait is subjectively worse in recent absence of PT

1. Ataxia; unstable: feels more unsteady since stopping PT. Ataxia likely due to EtOH, and it has not progressed with reduced EtOH intake.
-- resume PT
-- continue propranolol for tremor
-- EtOH abstinence reinforced

2. Cognitive impairment; stable: symptoms may reflect normal aging.
-- continue to monitor - if any worsening, will refer for neuropsych testing

3. Right facial nerve palsy; stable: likely idiopathic (Bell's) palsy
-- continue ocular protection (tears/lubrication, eye patching)
-- continue follow up with acupuncture

4. Right shoulder pain; unstable: may reflect frozen shoulder or rotator cuff pathology
-- continue PT -
-- consider ortho eval

5. Hypertension; unstable: BP more elevated today after patient made changes to his meds
-- advised to increase amlodipine back to 10mg and follow up with PCP asap to discuss alternatives to lisinopril if it is poorly tolerated

Return in 4-6 months

I spent more than half of this 40 minute visit in counseling, discussing clinical observations, status of cerebellar ataxia, presumed etiology of cerebellar ataxia, role of PT, importance of alcohol abstinence. I attempted to answer all questions.

## Encounter Status

Electronically signed by Matthew Swan, MD on 9/17/19 at 23:47

## All Progress Notes

Click to see all Progress Notes for this Encounter

Defendants 0136



**Mount
Sinai
Beth Israel**

## Progress Notes

Dino J Antolini (MR# 7441747)

### Progress Notes Info

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Matthew Swan, MD | Signed | Matthew Swan, MD | 1/21/2020 9:38 PM |

### Progress Notes

**HPI:** Mr. Antolini is a 63 year old man who returns for follow up of cerebellar ataxia of uncertain origin, possible alcoholic cerebellar degeneration. He was last seen 9/17/19. He was fairly stable - balance was unchanged, he had stopped PT over the summer, but wanted to resume it. Limb coordination was still fine. Hip replacement had been successful. He was drinking minimally. Memory for names remained impaired. Right facial nerve palsy had reached a plateau in recovery. He was to resume PT, and continue medications the same way.

**Today:**
1. Ataxia:
-- "not bad" - uses scooter outside for long distances, uses a walker at home
-- had one fall when making a quick turn - no injuries
-- he has tipped over in the scooter several times - he is going to get a 4-wheeler
-- handwriting is getting worse - he couldn't do OT here, but would like to go to NYU
-- other dexterity is ok
-- still gets a little tremor, using propranolol is helpful -
-- working on PT for balance, walking, shoulders
2. Hip pain:
-- none - replacement did the trick
3. EtOH intake:
-- drinks diluted sake at dinner, sometimes lunch - one or two total, not a full drink each time
4. Memory:
-- still issues with names, but stable, not worse
-- trying prevagen
5. Right facial nerve palsy:
-- facial palsy didn't fully heal, he has random tearing and also when he eats
-- using artificial tears, not needing eye patch - eye stays closed at night - no more grainy sandy feeling in the eye
6. Neck pain:
-- he had some spasm in the left side of the neck, starting after Thanksgiving - took a muscle relaxant as needed - it comes and goes
-- PT recommended working on posture
7. Mom recently fell, now is in a nursing home

**PMHx/PSHx/All/SocHx/FHx:** reviewed in EPIC

Current Outpatient Medications:

Defendants 0137

- amLODIPine (NORVASC) 10 mg tablet, Take 1 tablet by mouth once daily., Disp: 30 tablet, Rfl: 5
- cyclobenzaprine (FLEXERIL) 10 mg tablet, Take 1 tablet by mouth 2 times daily as needed for Spasm., Disp: 20 tablet, Rfl: 0
- propranolol (INDERAL) 40 mg tablet, Take 1 tablet by mouth 2 times a day., Disp: 60 tablet, Rfl: 5
- bismuth subsalicylate (PEPTO-BISMOL) 262 mg tablet,chewable, Take 1 tablet by mouth once daily., Disp: 45 tablet, Rfl:
- cyanocobalamin (VITAMIN B-12) 1,000 mcg tablet, Take 1 tablet by mouth once daily., Disp: 30 tablet, Rfl:
- fish,bora,flax oils-om3,6,9no1 (OMEGA 3-6-9) 1,200 mg capsule, Take  by mouth., Disp: , Rfl:

- ciclopirox (LOPROX) 0.77 % cream, Apply BID to groin as directed, Disp: 90 g, Rfl: 4
- DEXTRAN 40/HYPROMELLOSE (ARTIFICIAL TEAR, DEXT 40-HPM, OPHT), Instill  into both eyes., Disp: , Rfl:
- multivitamin tablet, Take 1 tablet by mouth once daily., Disp: , Rfl:

## ROS
A complete ROS was performed, including the following systems: Constitutional, HEENT, Eyes, Respiratory, Cardiovascular, Gastrointestinal, Genitourinary, Musculoskeletal, Skin, Neurological, Psychiatric, Endocrine, Hematologic/lymphatic, Allergic/immunologic.  ROS was negative except as above.

Vitals:

|  | 01/21/20 1049 |
|---|---|
| BP: | (!) 148/92 |
| Pulse: | 60 |
| Weight: | 83.9 kg (185 lb) |
| Height: | 1.676 m (5' 6") |

## Exam:
**Gen:** no distress
**CV:** regular rate and rhythm
**Neck:** tenderness and spasm in left trapezius muscle
**MS:** alert, fully oriented, dysathric/scanning speech, intact comprehension, mild tangentiality, good recent and remote memory, good fund of knowledge
**CN:** PERRL, EOM full with gaze-evoked nystagmus on horizontal gaze b/l and downgaze, facial sensation intact, right LMN facial palsy with incomplete eye closure - some synkinesis in lower face on eye closure, hearing grossly intact, tongue/uvula midline, shoulder shrug symmetrical
**Motor:** normal bulk, full strength throughout, normal muscle tone.  Moderate frequency, low amplitude resting tremor seen in the fingers b/l, R>L, persisting with posture and action.  Mild intention/kinetic tremor on FTN.  No titubation/head tremor seen today.  Fingertaps: low amplitude with occasional hesitations, dysrhythmia.  Handgrips, arm supination/pronation: dysrhythmic.  Heel stomps are very dysrhythmic but without decrement/slowing.
**Sensory:** sensation intact to LT throughout
**Coordination:** mild dysmetria on FTN bilaterally, prominent past-pointing on finger chase, prominent dysdiadochokinesia bilaterally L>R; moderate dysmetria on HKS
**Reflexes:** 2+ biceps, 3+ KJ
**Gait:** wide based, unsteady, needs assistance to walk, short and irregular strides, frequent missteps.

**A/P:** 63 year old man with longstanding cerebellar ataxia, negative genetic testing and additional workup, attributed to alcoholic cerebellar degeneration.  Cerebellar ataxia remains

Defendants 0138

stable, without progression, supporting presumed etiology. He also has stable hand tremor, likely cerebellar in nature - no other evidence of parkinsonism.

1. Ataxia; unstable: ataxia likely due to EtOH, and it has not progressed with reduced EtOH intake. His examination is stable.
-- continue PT
-- continue propranolol for tremor
-- EtOH abstinence reinforced
-- OT for writing and fine motor control

2. Cognitive impairment; stable: symptoms may reflect normal aging. No change since last visit.

-- continue to monitor - if any worsening, will refer for neuropsych testing

3. Right facial nerve palsy; stable: likely idiopathic (Bell's) palsy - he has had incomplete recovery
-- continue ocular protection (tears/lubrication, eye patching)

4. Left neck/shoulder pain; unstable: new pain in left trapezius, likely spasm related to overuse, poor posture
-- PT for posture, shoulder strengthening

Return in 4-6 months

Visit start: 11:27 AM. Visit end: 11:57 AM. >50% of this time spent in counseling, discussing clinical observations, status of cerebellar ataxia, presumed etiology of cerebellar ataxia, role of PT, importance of alcohol abstinence, probable origin of neck and shoulder pain. I addressed all questions.

## Encounter Status

Electronically signed by Matthew Swan, MD on 1/21/20 at 21:38

## All Progress Notes

Click to see all Progress Notes for this Encounter

Defendants 0139

# Results

MR BRAIN WO CONTRAST (Accession US8459340) (Order 125499574)

## Scheduling Information

| Scheduled Date | Scheduled Time |
| --- | --- |
| Jun 16, 2014 | 12:30 PM |

## Link

↗ Click Here To View Result

## Result Information

Date and Time: **Collected:** 6/16/2014 12:29          Status: **Final result**

## Collection Information

Specimen ID: **US8459340**          Collected: **6/16/2014 12:29 PM**          Resulting Agency: **UNION SQUARE DIAGNOSTIC IMAGING RADIOLOGY**
144 4th Avenue
NEW YORK NY 10003

## Result Date - 6/16/2014

## Narrative

History: 10 year history of ataxia. Getting worse. Unable to walk unassisted. Multiple falls. Rule out cerebellar atrophy. Multiple cerebellar signs

Technique:Utilizing a 1.5 Tesla magnet MRI of the brain is performed. The following sequences are obtained: Sagittal spin echo T1 weighted, axial spin echo T1 weighted, axial diffusion, axial flair, axial FSE T2 weighted, axial gradient echo.

There are no prior MRI examinations available for comparison.

There is moderate cerebellar volume loss for patient's stated age. There is moderate cerebral volume loss for patient's stated age. There is no significant brainstem volume loss noted.

There is ill-defined area of signal change in the subcortical white matter of the right frontal lobe measuring approximately 13 x 16 mm without mass effect or restricted diffusion. Postcontrast imaging is recommended.

Multiple subcortical and periventricular punctate foci of signal changes over the frontal, parietal and periatrial region are noted which are completely nonspecific.

**Defendants 0140**

This is a confidential document. Please dispose of it appropriately.

There is no hydrocephalus. There is no midline shift. There are no
extra-axial fluid collections.

Normal flow void is seen within the visualized portions of the
vertebral arteries, basilar and the internal carotid arteries. The
venous sinuses are patent.

## Impression

Impression:

Moderate cerebral and cerebellar volume loss for patient's stated age.

Ill-defined white matter change subcortical right frontal lobe.
Postcontrast imaging is recommended.

Other subcortical impairment ventricle white matter changes are
completely nonspecific.

## 🖽 MR BRAIN WO CONTRAST: Result Notes ☆

Patient already seen and images reviewed with he and his wife. Still unclear if marked cerebellar
degeneration is due to alcohol alone or a combination of pathologies. Will need to compare to old CT
and MRIs with neuroradiologist.

## All Reviewers List

Ann Hunt, DO on 6/19/2014 19:17

## Imaging Information

### Exam Information

| Performed Procedure | | Study Status | Begin Time | End Time |
|---|---|---|---|---|
| MR Brain WO Contrast | | Final | Wed Jun 11, 2014 12:58 PM | N/A |

### Staff Information

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

### Verification Information

| Signed By | Signed On |
|---|---|
| Azita Khorsandi, MD | Jun 16, 2014 |

### Order Report

🗐 Order Details

**Defendants 0141**

This is a confidential document. Please dispose of it appropriately.

Page 2 of 3

Defendants 0142

This is a confidential document. Please dispose of it appropriately.

# Results

CT HEAD WO CONTRAST (Accession BI9199731) (Order 146835327)

## Scheduling Information

Scheduled
Date          Scheduled Time
Mar 16, 2015   3:15 PM

## Link

 Click Here To View Result

## Result Information

Date and Time: **Collected:**         Status: **Final result**
3/16/2015 22:48

## Collection Information

Specimen ID: **BI9199731**      Collected: **3/16/2015**       Resulting Agency: **MOUNT SINAI BETH**
                                         **10:48 PM**                          **ISRAEL MEDICAL CENTER**
                                                                              **RADIOLOGY**
                                                                              First Avenue at 16th Street
                                                                              NEW YORK NY 10003

## 3/16/2015 11:54 PM - Interface, Rad Historical Conv

### Narrative & Impression

```
EXAMINATION: NONCONTRAST CT OF THE HEAD

TECHNIQUE: Contiguous axial CT images were performed from the
skull
base to the vertex, without the administration of intravenous
contrast.

HISTORY: Fall 3 weeks prior. Epistaxis and behavioral change.
Evaluate for intracranial bleed.

COMPARISON: MRI brain dated 06/16/14.

FINDINGS:
There is no intracranial hemorrhage. There is no loss of gray-
white
differentiation to suggest large recent infarct.

Scattered patchy tentorial white matter hypodensities, most
prominent
in the frontal corona radiata, are probably stable in comparison
to
the 2014 MRI, and most consistent with mild microvascular
ischemic
changes
```

This is a confidential document. Please dispose of it appropriately.

The ventricles and subarachnoid spaces are dilated for age,
compatible with mild generalized cortical volume loss, stable.
There
is no midline shift.

Small foci of scalp swelling overly the bilateral frontal and
right
parietal calvarium without underlying fracture. The visualized
paranasal sinuses, mastoid air cells, and middle ears are clear.
No
destructive osseous lesion is noted. The soft tissues under the
skull
base are unremarkable. The orbital contents are unremarkable.

Evaluation of the scout images demonstrates gross alignment of
the
visualized cervical spine.

IMPRESSION
IMPRESSION:
There is no evident acute large vessel infarct or hemorrhage.

Stable moderate generalized cortical atrophy and microvascular
ischemic change.

-----------
Attending physician note:

I have personally reviewed the images and the resident's
interpretation of them and agree with the findings.

### Result History

CT HEAD WO CONTRAST (Order #146835327) on 3/16/2015 - Order Result History Report

## Imaging Information

### Exam Information

| Performed Procedure | | Study Status | Begin Time | End Time |
|---|---|---|---|---|
| CT Head WO Contrast | | Final | Mon Mar 16, 2015 3:00 PM | N/A |

### Staff Information

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

### Verification Information

| Signed By | Signed On |
|---|---|
| Luke Gerke, MD | Mar 16, 2015 |

Defendants 0144

## Order Report

⚕ Order Details

This is a confidential document. Please dispose of it appropriately.

# Results

MR BRAIN WO CONTRAST (Accession 1000912070) (Order 258946182)

## Scheduling Information

Scheduled
| Date | Scheduled Time |
|------|----------------|
| Mar 5, 2018 | 3:20 PM |

## Link

⤤ Click Here To View Result

## Result Information

Date and Time: **Collected:**       Status: **Final result**
3/5/2018 16:12

## Collection Information

Specimen ID: **1000912070**       Collected: **3/5/2018 4:12**       Resulting Agency: **PHILLIPS**
                                             **PM**                                  **AMBULATORY CARE**
                                                                                     **CENTER RADIOLOGY**
                                                                                     10 Union Square East
                                                                                     3rd Floor
                                                                                     NEW YORK NY 10003

### 3/5/2018 5:14 PM - Int, Bislr Rad Results

### Narrative & Impression

```
History: Progressive cerebellar ataxia

Examination:  MRI brain without contrast

An MRI examination of the brain was performed utilizing sagittal
and
axial T1 weighted images as well as axial diffusion, gradient
echo,
T2 weighted and FLAIR images.

Comparison: 6/16/2014

Findings:

Cerebellar folia are again prominent. Ventricles and sulci are
somewhat prominent with some regions of increased signal within
the
white matter. Interval cleft-like defect of the right basal
ganglia
is consistent with the old hemorrhagic infarct.

IMPRESSION
IMPRESSION:
```

This is a confidential document. Please dispose of it appropriately.

Cerebellar atrophy with the no definite interval change.

Interval old hemorrhagic infarct right basal ganglia.

## Result History

MR BRAIN WO CONTRAST (Order #258946182) on 3/5/2018 - Order Result History Report

## All Reviewers List

Matthew Swan, MD on 3/27/2018 10:42

# Imaging Information

## Exam Information

| Performed Procedure | | Study Status | Begin Time | End Time |
|---|---|---|---|---|
| MR Brain WO Contrast | | Final | Thu Feb 22, 2018 1:02 PM | N/A |

## Staff Information

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

## Verification Information

| Signed By | Signed On |
|---|---|
| Nolan J Kagetsu, MD | Mar 5, 2018 |

## Order Report

🖻 Order Details

Defendants 0147

This is a confidential document. Please dispose of it appropriately.

# Results

MR ORBITS W/WO CONTRAST (Accession 1001514569) (Order 306822236)

## Scheduling Information

| Scheduled Date | Scheduled Time |
|---|---|
| Jan 26, 2019 | 12:00 PM |

## Link

↗ Click Here To View Result

## Result Information

Date and Time: **Collected:**
1/26/2019 16:07

Status: **Final result**

## Collection Information

Specimen ID: **1001514569**

Collected: **1/26/2019
4:07 PM**

Resulting Agency: **MOUNT SINAI BETH
ISRAEL MEDICAL CENTER
RADIOLOGY**
First Avenue at 16th Street
NEW YORK NY 10003

## 1/27/2019 10:12 AM - Int, Bislr Rad Results

## Narrative & Impression

```
History: 1 year history of Bell's palsy with residual poor blink
and
exposure keratophathy

Technique: Utilizing a 1.5 Tesla magnet MRI of the orbit with
and
without contrast is performed. The following sequences are
obtained:
Sagittal axial and coronal spin-echo T1-weighted, coronal STIR,
axial
FSE T2-weighted, postgadolinium fat-suppressed axial coronal
FMPSPGR.
The study supplemented by axial gradient echo through the
entire
brain.

Contrast: 16 mL MultiHance

No retrobulbar masses are detected.  Both globes are intact. No
masses are identified in either lacrimal gland.  The
extraocular
muscles are unremarkable. Bilaterally there is no evidence of
abnormal signal enhancement or atrophy of the intraorbital and
intracanalicular or prechiasmatic portions of the optic nerve.
The
```

Defendants 0148

This is a confidential document. Please dispose of it appropriately.

Antolini, Dino J (MR # 7441747) DOB: 09/13/1956

optic chiasm however appears atrophic.

On axial gradient echo through the entire brain there is a focus
of
susceptibility involving the posterior right lentiform nucleus
representing old hemorrhagic byproducts in hemosiderin.

Patchy subcortical and periventricular white matter areas of
signal
abnormality which are hyperintense on the long TR/TE sequence
are
seen over the frontal, parietal and periatrial region. These
are
nonspecific in etiology, however in the correct clinical setting
of
hypertension and/or diabetes is likely referrable to chronic
small
vessel ischemic change.

The visualized paranasal sinuses are free of abnormal soft
tissue
thickening.

IMPRESSION
IMPRESSION:

No evidence of retrobulbar mass.

Atrophy of optic chiasm.

## Imaging Information

### Exam Information

| Performed Procedure | Study Status | Begin Time | End Time |
| --- | --- | --- | --- |
| MR Orbits W/WO Contrast | Final | Tue Jan 22, 2019 1:25 PM | N/A |

### Staff Information

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
| --- | --- | --- | --- |
| N/A | N/A | N/A | N/A |

### Verification Information

| Signed By | Signed On |
| --- | --- |

Defendants 0149

| Signed By | Signed On |
|---|---|
| Azita Khorsandi, MD | Jan 27, 2019 |

## Order Report

🗉 Order Details

Defendants 0150

This is a confidential document. Please dispose of it appropriately.

Page 3 of 3



**Mount Sinai Beth Israel**

# Antolini, Dino J

1/25/2021 2:30 PM   Office Visit
MRN: 7441747

Description: **Male** DOB: **9/13/1956** Provider: **Matthew Swan, MD** Department: **10 UNION SQ MOVEMENT DISORDER**

## 📁 Epic Encounter #

100080943280

HAR: 971142602

## Patient PCP Information

None on File

## Referring Provider

**Physician Other**

## **********REMINDER*********

Please verify coverage information below in your scheduling system.

## Currently Active Insurance

| Payor | Plan | Subscriber | Member ID |
|---|---|---|---|
| MEDICARE GENERIC HMO | HUMANA MEDICARE | ANTOLINI,DINO J | 7TR5RD2NF65 |

## 📄 Primary Coverage

| Payer | Plan | Subscriber Name | Subscriber ID |
|---|---|---|---|
| MEDICARE GENERIC HMO | HUMANA MEDICARE | ANTOLINI,DINO J | 7TR5RD2NF65 |

## 📄 Primary Subscriber

| Subscriber Name | Subscriber ID |
|---|---|
| ANTOLINI,DINO J | 7TR5RD2NF65 |

Defendants 0151

## Visit Insurance

Payor
No insurance selected for this visit. For currently active insurance see face sheet report.

## Reason for Visit

| Follow-Up | pain left face |
|---|---|
| Medication Refill | amlodipine 10 mg, |

## Vitals

Most recent update: 1/25/2021  1:52 PM

| BP | Pulse | Temp | Ht | Wt |
|---|---|---|---|---|
| 137/97 ! (Cuff Size: Regular) | 81 | 36.3 °C (97.4 °F) (Temporal) | 1.676 m (5' 6") | 81.6 kg (180 lb) |

| SpO2 | BMI |
|---|---|
| 97% | 29.05 kg/m² |

## BMI and BSA Data

Body Mass Index: 29.05 kg/m²          Body Surface Area: 1.91 m²

## Pain Information (Last Filed)

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 2 | head - face | None | None |

## Progress Notes

### Kathryn Renee Cooper at 01/25/21 1430

Status: Signed

Mount Sinai Beth Israel Movement Disorders Follow up Visit

HPI/Summary: Mr. Antolini is a 64 year old man who returns for follow up of cerebellar ataxia of uncertain origin, possible alcoholic cerebellar degeneration. Course also notable for right facial nerve palsy, most likely idiopathic (Bell's) palsy, with incomplete recovery (2018).

Assessment/plan at conclusion of last visit (1/21/2020):
63 year old man with longstanding cerebellar ataxia, negative genetic testing and additional workup, attributed to alcoholic cerebellar degeneration.  Cerebellar ataxia remains stable, without progression, supporting presumed etiology.  He also has stable hand tremor, likely cerebellar in nature - no other evidence of parkinsonism.

1. Ataxia; unstable: ataxia likely due to EtOH, and it has not progressed with reduced EtOH intake.  His examination is stable.
-- continue PT
-- continue propranolol for tremor
-- EtOH abstinence reinforced

Defendants 0152

This is a confidential document. Please dispose of it appropriately.                    Page 2 of 9

-- OT for writing and fine motor control

2. Cognitive impairment; stable: symptoms may reflect normal aging. No change since last visit.
-- continue to monitor - if any worsening, will refer for neuropsych testing

3. Right facial nerve palsy; stable: likely idiopathic (Bell's) palsy - he has had incomplete recovery
-- continue ocular protection (tears/lubrication, eye patching)

4. Left neck/shoulder pain; unstable: new pain in left trapezius, likely spasm related to overuse, poor posture
-- PT for posture, shoulder strengthening

## Current issues discussed at today's visit (1/25/2021):
1. LEFT sided facial palsy
- Patient reports that 3 weeks ago he awoke with complete paralysis of the left side of his face, as well as tearing of the left eye.
- About 1 week before the onset of the left facial weakness he noted an intermittent mild dull aching pain behind his left ear/around the angle of the jaw.
- It is very difficult for him to speak currently due to the left sided weakness in addition to residual right sided weakness from partially recovered RIGHT facial palsy
- He presented to urgent care for evaluation of the new weakness and he reports they did a CT head which was unchanged from prior. He was given prednisone and acyclovir for 1 week courses which he has completed. He hasn't noted any improvement in symptoms yet. He's still also having the intermittent pain behind the ear.
- No change in taste or hearing (hearing is chronically poor)
- He's wearing an eye patch on the left and using eye drops
- He mentions today that his brother had Bell's palsy recur 4 times but in his case was always on the same side of his face

2. Ataxia:
- Still taking propranolol for mild tremor in the right hand
- Motor symptoms are stable, denies falls
- Using walker to ambulate around his house and motorized scooter when he goes out
- Independent with ADLs
- Drinks small amount of diluted sake with lunch and dinner, no other alcohol intake

3. Cognitive:
- Mild complaints, stable

**PMHx/PSHx/All/SocHx/FHx:** reviewed in EPIC

Current Outpatient Medications:
- amLODIPine (NORVASC) 10 mg tablet, Take 1 tablet by mouth once daily., Disp: 90 tablet, Rfl: 0
- ocular lubricant (LACRILUBE) 83-15 % eye ointment, Twice a day to moisturize the eye, Disp: 3.5 g, Rfl: 0
- colchicine (COLCRYS) 0.6 mg tablet, Take 1 tablet by mouth once daily. Take 2 tablets when experiencing an acute gout attack. One hour later, take one more tablet. Do not exceed 3 tablets in one day. Repeat in 2-3 days if necessary, Disp: 6 tablet, Rfl: 3
- indomethacin (INDOCIN) 25 mg capsule, , Disp: , Rfl:
- magnesium oxide 400 mg magnesium capsule, Take 400 mg by mouth once daily., Disp: 5 capsule, Rfl: 0

Defendants 0153

- cyanocobalamin (VITAMIN B-12) 1,000 mcg tablet, Take 1 tablet by mouth once daily., Disp: 90 tablet, Rfl: 1
- cyclobenzaprine (FLEXERIL) 5 mg tablet, Take 1 tablet by mouth at bedtime as needed for Spasm., Disp: 30 tablet, Rfl: 1
- propranoloL (INDERAL) 40 mg tablet, Take 1 tablet by mouth 2 times a day., Disp: 180 tablet, Rfl: 1
- bismuth subsalicylate (PEPTO-BISMOL) 262 mg tablet,chewable, Take 1 tablet by mouth once daily., Disp: 45 tablet, Rfl:
- fish,bora,flax oils-om3,6,9no1 (OMEGA 3-6-9) 1,200 mg capsule, Take  by mouth., Disp: , Rfl:
- ciclopirox (LOPROX) 0.77 % cream, Apply BID to groin as directed, Disp: 90 g, Rfl: 4
- DEXTRAN 40/HYPROMELLOSE (ARTIFICIAL TEAR, DEXT 40-HPM, OPHT), Instill  into both eyes., Disp: , Rfl:
- multivitamin tablet, Take 1 tablet by mouth once daily., Disp: , Rfl:

### ROS

A complete ROS was performed, including the following systems: Constitutional, HEENT, Eyes, Respiratory, Cardiovascular, Gastrointestinal, Genitourinary, Musculoskeletal, Skin, Neurological, Psychiatric, Endocrine, Hematologic/lymphatic, Allergic/immunologic.  ROS was negative except as above.

Vitals:

|  | 01/25/21 1344 |
|---|---|
| BP: | (!) 137/97 |
| Pulse: | 81 |
| Temp: | 36.3 °C (97.4 °F) |
| TempSrc: | Temporal |
| SpO2: | 97% |
| Weight: | 81.6 kg (180 lb) |
| Height: | 1.676 m (5' 6") |

**Exam:**

**Gen:** no distress

**CV:** regular rate and rhythm

**MS:** alert, fully oriented, severely dysathric/scanning speech, frequently needs to repeat himself. intact comprehension, good recent and remote memory, good fund of knowledge

**CN:** PERRL, EOM full with gaze-evoked nystagmus on horizontal gaze b/l and downgaze, facial sensation intact, pronounced left facial palsy in LMN pattern, with more mild right right LMN facial palsy, hearing grossly intact, tongue/uvula midline, shoulder shrug symmetrical

**Motor:** normal bulk, full strength throughout, normal muscle tone.  No rest tremor observed today, moderate frequency low amplitude tremor noted in the right hand with posture and action.  No titubation/head tremor seen today.  Fingertaps: low amplitude with occasional hesitations, dysrhythmia.  Handgrips, arm supination/pronation: dysrhythmic.  Heel stomps are very dysrhythmic but without decrement/slowing.

**Sensory:** sensation intact to LT throughout

**Coordination:** mild dysmetria on FTN bilaterally, prominent past-pointing on finger chase on right and more mild on left; moderate dysmetria on HKS

**Gait:** deferred today (patient did not feel comfortable ambulating with walker we provided without locking wheels)

Defendants 0154

**A/P:** 64 year old man with longstanding cerebellar ataxia, negative genetic testing and additional workup, attributed to alcoholic cerebellar degeneration. Cerebellar ataxia remains stable. He also has stable hand tremor, likely cerebellar in nature - no other evidence of parkinsonism.
Main complaint discussed at this visit was new left sided facial palsy. This is making speech quite difficult especially given residual right sided weakness from prior instance of Bell's palsy on that side.

2. Left facial nerve palsy; unstable
- We will pursue workup to exclude secondary causes of bilateral facial nerve palsies, including lyme, sarcoidosis, sjogren's syndrome, and other post-infectious etiologies.
- Follow up MRI brain with and without contrast, as well as panel of blood work (CMP, CBC, ESR, CRP, ACE, Lyme, HTLV I/II, SSA/SSB, SPEP, RPR)
- Referral placed to speech therapy
- Continue other conservative measures (eye drops, patch)

2. Ataxia/tremor; stable
- Continue propranolol
- Referral placed to PT


Return for follow up in 3-4 months

Patient seen and discussed with attending Dr. Swan.

Kathryn Cooper, MD
Movement Disorders Fellow
Mount Sinai Beth Israel


Matthew Swan, MD at 01/25/21 1430

Status: Signed

The case was reviewed and discussed with the fellow, Dr.Cooper, and I have personally evaluated and seen the patient. I agree with the history, examination, and plan of care.

Mr. Antolini returns for follow up of cerebellar ataxia, presumed to reflect alcoholic cerebellar degeneration. He is stable from the standpoint of his ataxia. He does not have significant impairment related to limb incoordination. He requires the use of a rolling walker at home, though needs to put a break on the front to wheels in order to control the walker. No recent falls. Continues to use his motorized scooter when he leaves his home. He is more bothered today by recurrent Bell's palsy, this time on the left side of the face. Symptoms started about 3 weeks ago, preceded by some left facial pain for about a day. He was evaluated in urgent care, and started on prednisone and acyclovir. His symptoms have not improved since that time. He has difficulty eating, as food gets stuck between his lower lip or cheek and his teeth, and he has difficulty articulating words. His left eye is also irritated due to difficulty blinking.

Exam: Alert, impaired speech articulation to labial syllables, EOM full with end gaze horizontal nystagmus. He has severe left facial nerve palsy, resulting essentially in complete paralysis of the left side of the face. Left eye is injected, and he has persistent tearing. Normal muscle tone. Persistent tremor of the left thumb and pinky at rest, and

Defendants 0155

with posture and action.  He has mild dysmetria on finger to nose, and very slight dysdiadochokinesis bilaterally.  Rapid movements are dysrhythmic, without bradykinesia.  He has clumsy heel stomps.  He cannot ambulate in the office today.

Mr. Antolini received appropriate treatment with steroids and antiviral was following onset of left facial nerve palsy.  Etiology of recurrent facial nerve palsy is uncertain.  We will send additional blood work to assess for any etiology requires different treatment.  We will also refer him for MRI brain with and without contrast, with thin cuts through the brainstem and IAC's, to assess for inflammation or structural lesions in the vicinity of the facial nerves.  He will continue to use lubricant for the left eye, and will continue to patch the left eye.  From the standpoint of his ataxia, he will continue alcohol abstinence, and will continue use of his walker.  He will try to continue exercise as well.  We will aim for a follow-up in about 3 months.

Time spent on preparation of visit immediately before the encounter, patient visit, and immediate post-visit care performed on 01/25/2021 was: 30 minutes. Activities pertaining to this visit were: preparation to see the patient, including reviewing medical record, obtaining and/or reviewing separately obtained history, performing a medically appropriate examination as documented in this encounter note, counseling and educating of the patient, and documenting clinical information in patients electronic record .

Matthew Swan, MD
Assistant Professor of Neurology
Division of Movement Disorders
Icahn School of Medicine at Mount Sinai
Attending Neurologist
Mount Sinai Beth Israel

## History Reviewed

Date Reviewed:
Last Reviewed by MOUSSA, DOUMBIA on 1/25/2021

**Abuse and Neglect**

| Abuse and Neglect | Responses | Comments |
|---|---|---|
| Is abuse or neglect suspected? | No | |

 Allergies as of 1/25/2021                    Reviewed by Doumbia Moussa on 1/25/2021

| | Noted | Reaction Type | Reactions |
|---|---|---|---|
| Lactose | 05/22/2013 | | Diarrhea |
| Other reaction(s): GI Upset | | | |
| Orange | 05/22/2013 | | Nausea Only |

## Medications Last Reviewed During Encounter By

Doumbia Moussa on 1/25/2021 at 1:51 PM

This is a confidential document. Please dispose of it appropriately.     Page 6 of 9

## �90 Visit Diagnoses and Associated Orders

Bell's palsy  - Primary
ICD-10-CM: G51.0
ICD-9-CM: 351.0
REFERRAL TO SPEECH THERAPY [9089 Custom]
PROTEIN EP, SERUM [104015 Custom]
LYME, TOTAL AB TEST/REFLEX [179168 Custom]
SYPHILIS SEROLOGY T.PALLIDUM AB [401596 Custom]
ANGIOTEN CONV ENZYME(AKA ANGIOTENSIN) [82164 CPT(R)]
SED RATE (ESR) [85651 CPT(R)]
C REACTIVE PROTEIN [102903 Custom]
MR BRAIN W/WO CONTRAST [70553 CPT(R)]
ENA ABS, (SSAAND SSB) AKA SJOGREN'S [100970 Custom]
COMPREHENSIVE METABOLIC PANEL [80053 CPT(R)]
HTLV-I/II [100147 Custom]
CBC+PLT+DIFF [85025 CPT(R)]

Cerebellar ataxia
ICD-10-CM: G11.9
ICD-9-CM: 334.3
REFERRAL TO PHYSICAL THERAPY [9032 Custom]

**ORDERS WITHOUT AN ASSOCIATED DIAGNOSIS**
CBC+PLT+DIFF [85025 CPT(R)]
COMPREHENSIVE METABOLIC PANEL [80053 CPT(R)]
C REACTIVE PROTEIN [102903 Custom]
SED RATE (ESR) [85651 CPT(R)]
ANGIOTEN CONV ENZYME(AKA ANGIOTENSIN) [82164 CPT(R)]
HTLV-I/II [100147 Custom]
ENA ABS, (SSAAND SSB) AKA SJOGREN'S [100970 Custom]
LYME, TOTAL AB TEST/REFLEX [179168 Custom]
PROTEIN EP, SERUM [104015 Custom]
SYPHILIS SEROLOGY T.PALLIDUM AB [401596 Custom]

## ⊛ All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|------|-------------|--------------|------------------|-----------|-----|
| 99214 | OFFICE VISIT,EST,LEVL IV (99214) | 1/25/2021 | Matthew Swan, MD | GC | 1 |
| G8427 | DOC MEDS VERIFIED W/PT OR RE | 1/25/2021 | Matthew Swan, MD | | 1 |
| 1036F | CURRENT TOBACCO NON-USER CAD CAP COPD PV DM | 1/25/2021 | Matthew Swan, MD | | 1 |
| G9903 | PT SCRN TBCO ID AS NON USER | 1/25/2021 | Matthew Swan, MD | | 1 |
| 99214 | OFFICE VISIT,EST,LEVL IV (99214) | 1/25/2021 | Matthew Swan, MD | GC | 1 |
| 1036F | CURRENT TOBACCO NON-USER CAD CAP COPD PV DM | 1/25/2021 | Matthew Swan, MD | | 1 |
| G9903 | PT SCRN TBCO ID AS NON USER | 1/25/2021 | Matthew Swan, MD | | 1 |

## Immunizations/Injections Administered as of 1/25/2021

Never Reviewed

Defendants 0157

No immunizations on file.

## 📎 Level of Service

Level of Service
**OFFICE VISIT,EST,LEVL IV (99214) [99214]**

Modifiers
Gc [GC]

## Communication Routing History

| Recipient | Method | Sent by | Date Sent |
|---|---|---|---|
| Provider Other | | Not yet sent | Not yet sent |
| Provider Other | | Not yet sent | Not yet sent |

## Encounter Status

Electronically signed by Matthew Swan, MD on 1/25/21 at 20:30

## All Flowsheet Templates (all recorded)

HealthCare Proxy/ Living Will
Infectious Disease Screening Tool
PHQ 2
Substance Use Disorder Simple Screen
Vital Signs/Pain Assessment/Ht/Wt/Sedation Scale/Aldrete Score
Vitals

## Chemistry

(Last result in the past 547 days)

| Sodium | Potassium | Chloride | CO2 Total | Creatinine | GFR-AA | GFR Non-AA | Glucose | BUN |
|---|---|---|---|---|---|---|---|---|
| -- | (05/26/20) 3.2 ✮ | -- | (05/26/20) 27.1 | -- | -- | -- | (05/26/20) 82 | (05/26/20) 14 |

## Chemistry Cont.

(Last result in the past 547 days)

| Albumin | Bili Total | Calcium | Alk. Phos. | Protein Total | AST (SGOT) | ALT (SGPT) |
|---|---|---|---|---|---|---|
| -- | -- | (05/26/20) 8.9 | -- | -- | -- | -- |

## Hematology

(Last result in the past 547 days)

| WBC | RBC | Hemoglobin | Hematocrit | MCV | Platelet |
|---|---|---|---|---|---|

Defendants 0158

| WBC | RBC | Hemoglobin | Hematocrit | MCV | Platelet |
|-----|-----|------------|------------|-----|----------|
| (05/26/20) | (05/26/20) | (05/26/20) | (05/26/20) | -- | (05/26/20) |
| 8.8 | 4.77 | 16.0 | 47.1 | | 167 |

## Coumadin Clinic Only

**Episodes**

| Linked | Active Episode | Type | Noted |
|--------|----------------|------|-------|
| | Gait, balance L LE | PHYSICAL THERAPY | 6/3/2020 |
| | Cerebellar ataxia | PHYSICAL THERAPY | 12/4/2019 |
| | SNF | SNF | 4/16/2018 |

**Flowsheet Report**
** Patient has no data for this report **

**Flowsheet Report**
** Patient has no data for this report **

## Diagnoses

Visit Diagnosis Changes

351.0.ICD-9-CM marked as Primary Diagnosis by COOPER, KATHRYN RENEE (COOPEK07), Mon Jan 25, 2021  3:55 PM
Added  351.0.ICD-9-CM by COOPER, KATHRYN RENEE (COOPEK07), Mon Jan 25, 2021  3:55 PM
Added  207935 by COOPER, KATHRYN RENEE (COOPEK07), Mon Jan 25, 2021  3:55 PM

## Encounter-Level Documents - 01/25/2021:

Electronic signature on 1/25/2021 1101 - E-signed
Electronic signature on 1/25/2021 1100 - E-signed

## Order-Level Documents:

There are no order-level documents.

## Addendum Notes

No notes of this type exist for this encounter.

## Addendum Notes

No notes of this type exist for this encounter.

Defendants 0159

This is a confidential document. Please dispose of it appropriately.

## ☤ SYPHILIS SEROLOGY T.PALLIDUM AB

Order: 423880131

Collected: 2/5/2021 10:16

**View Full Report**

|  | Ref Range & Units | 2wk ago |
| --- | --- | --- |
| **Syphilis Serology TP** | NON REACTIVE | NonReactive |

Comment: (NOTE)
This is a screening test performed by a chemiluminescent
microparticle immunoassay.
Reactive:
Initial T. pallidum screeningtest reactive. This could represent
a true reactive or a falsely reactive screening test. RPR testing
is being reflexively performed on this sample.
Non-Reactive: Non-Reactive for antibodies to Treponema pallidum,
the causative agent of Syphilis.
The Mount Sinai Hospital, One Gustave L. Levy Place, New York, NY
10029

## ☤ PROTEIN EP, SERUM

Order: 423880130

Collected: 2/5/2021 10:16

**View Full Report**

|  | Ref Range & Units | 2wk ago |
| --- | --- | --- |
| **Protein Total, Serum** | 6.0 - 8.3 G/DL | 7.6 |
| **Albumin, Serum** | 3.50 - 5.70 G/DL | 4.35 |
| **Alpha-1 Globulin, Serum** | 0.10 - 0.40 G/DL | 0.27 |
| **Alpha-2 Globulin, Serum** | 0.40 - 1.10 G/DL | 0.77 |
| **Beta Globulin, Serum** | 0.50 - 1.20 G/DL | 0.89 |
| **Gamma Globulin, Serum** | 0.60 - 1.60 G/DL | 1.32 |
| **M-SPIKE %** | % | 0.00 |
| **M-Spike g/dL** | g/dl | 0.00 |
| **A/G Ratio, Serum** |  | 1.34 |
| **Interpretation, SPEP** |  | See Comment |

Comment: (NOTE)
No monoclonal protein seen in the gamma region.
The Mount Sinai Hospital, One Gustave L. Levy Place, New York, NY
10029

## ☤ LYME, TOTAL AB TEST/REFLEX

Order: 423880129

Collected: 2/5/2021 10:16

**View Full Report**

|  | Ref Range & Units | 2wk ago |
| --- | --- | --- |
| **LYME IGG/IGM AB** | 0.00 - 0.90 ISR | <0.91 |

Defendants 0160

```
Comment: (NOTE)
                              Negative        <0.91
                              Equivocal  0.91 - 1.09
                              Positive        >1.09
Performed At: RN LabCorp Raritan
69 First Avenue Raritan, NJ 088691800
Reyes Araceli B MD Ph:8006315250
```

## ⚕ ENA ABS, (SSAAND SSB) AKA SJOGREN'S

Order: 423880128

Collected: 2/5/2021 10:16

**View Full Report**

|  | Ref Range & Units | 2wk ago |
|---|---|---|
| **SJOGREN'S ANTI-SS-A** | 0.0 - 0.9 AI | <0.2 |
| **SJOGREN'S ANTI-SS-B** | 0.0 - 0.9 AI | <0.2 |

```
Comment: (NOTE)
Performed At: RN LabCorp Raritan
69 First Avenue Raritan, NJ 088691800
Reyes Araceli B MD Ph:8006315250
```

## ⚕ HTLV-I/II

Order: 423880127

Collected: 2/5/2021 10:16

**View Full Report**

|  | Ref Range & Units | 2wk ago |
|---|---|---|
| **HTLV I II ANTIBODIES, QUAL** | Negative | Negative |

```
Comment: (NOTE)
Performed At: LALCA ViroMed Laboratories Inc
1447 York Court Room 105 Burlington, NC 272153361
Smith Kristen L PhD Ph:8005820077
```

## ⚕ ANGIOTEN CONV ENZYME(AKA ANGIOTENSIN)

Order: 423880126

Collected: 2/5/2021 10:16

**View Full Report**

|  | Ref Range & Units | 2wk ago |
|---|---|---|
| **ACE** | 14 - 82 U/L | 56 |

```
Comment: (NOTE)
Performed At: RN LabCorp Raritan
69 First Avenue Raritan, NJ 088691800
Reyes Araceli B MD Ph:8006315250
```

## ⚕ SED RATE (ESR)

Order: 423880125

Defendants 0161

Collected: 2/5/2021 10:16

**View Full Report**

|  | Ref Range & Units | 2wk ago |
|---|---|---|
| **ESR** | 0 - 13 mm/hr | 5 |

---

## ⚘ C REACTIVE PROTEIN

Order: 423880124

Collected: 2/5/2021 10:16

**View Full Report**

|  | Ref Range & Units | 2wk ago |
|---|---|---|
| **CRP** | <5.1 mg/L | 2.26 |

---

## ⚠ COMPREHENSIVE METABOLIC PANEL

Order: 423880123

Collected: 2/5/2021 10:16

**View Full Report**

|  | Ref Range & Units | 2wk ago |
|---|---|---|
| **BUN** | 6 - 23 mg/dL | 14 |
| **CREATININE** | 0.7 - 1.3 mg/dL | 0.68 ∨ |
| **NA** | 135 - 145 mmol/L | 142 |
| **POTASSIUM** | 3.5 - 5.2 mmol/L | 3.4 ∨ |
| **CHLORIDE** | 96 - 108 mmol/L | 103 |
| **CO2** | 22.0 - 30.0 mmol/L | 27.2 |
| **ANION GAP** | 7 - 16 mmoL/L | 11.8 |
| **GLUC, RND** | 60 - 100 mg/dL | 87 |
| **CA** | 8.5 - 10.5 mg/dL | 9.4 |
| **TP** | 6.0 - 8.3 g/dL | 7.7 |
| **ALBUMIN** | 3.5 - 5.0 g/dL | 4.4 |
| **A/G RATIO** |  | 1.3 |
| **BILI,TOT** | 0.1 - 1.2 mg/dL | 2.4 ∧ |
| **ALK PHOS** | 38 - 126 U/L | 52 |
| **AST** | <36 U/L | 27 |
| **ALT** | <46 U/L | 9 |
| **EST GFR** | >59 ml/min/1.73m2 | >59 |

Comment: Effective December 8 2020, the eGFR is reported using the Chronic
Kidney Disease Epidemiology Collaboration (CKD-EPI), replacing the Modified
Diet in Renal Disease (MDRD) calculation. The CKD-EPI equation is based on
serum creatinine, age, and assigned
sex at birth.
A race coefficient is not included in the eGFR calculation and only one
eGFR is reported per creatinine value. For transgender and gender expansive
patients, an individualized and multi-disciplinary approach is needed when
interpreting eGFR

Defendants 0162

## ⓘ CBC+PLT+DIFF

Order: 423880122

Collected: **2/5/2021 10:16**

**View Full Report**

| | Ref Range & Units | 2wk ago |
|---|---|---|
| **WBC** | 4.5 - 11.0 K/uL | 9.4 |
| **RBC COUNT** | 4.50 - 6.00 M/uL | 5.33 |
| **HGB** | 13.9 - 16.3 g/dL | 17.7 ^ |
| **HCT** | 42.0 - 52.0 % | 51.7 |
| **MCV** | 80.0 - 98.0 fL | 97.0 |
| **MCH** | 27.0 - 32.0 pg | 33.3 ^ |
| **MCHC** | 32.0 - 36.5 g/dL | 34.3 |
| **RDW** | 11.5 - 15.0 % | 13.1 |
| **PLT CNT** | 150 - 450 K/uL | 143 ⌄ |
| **MPV** | 7.4 - 12.0 fL | 8.2 |
| **Diff Results** | | AUTOMATED DIFFERENTIAL |
| **NEUTRO** | 40.0 - 78.0 % | 67.5 |
| **LYMPH** | 15.0 - 50.0 % | 23.0 |
| **MONO** | 2.0 - 11.0 % | 7.8 |
| **EOSIN** | 0.0 - 5.0 % | 1.3 |
| **BASO** | 0.0 - 1.0 % | 0.4 |
| **NEUTRO ABS** | 1.9 - 8.0 K/uL | 6.3 |
| **LYMPH ABS** | 1.0 - 4.5 K/uL | 2.2 |
| **MONO ABS** | 0.2 - 1.0 K/uL | 0.7 |
| **EOSIN ABS** | 0.0 - 0.6 K/uL | 0.1 |
| **BASO ABS** | 0.0 - 0.2 K/uL | 0.0 |

Defendants 0163