```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK


In re:                                    :
                                                Docket #1:19-cv-09038-
 ANTOLINI, DINO,                          :     GBD-SDA

                 Plaintiff,               :

   - against -                            :

 McCLOSKEY, AMY et al,                    :     New York, New York
                                                April 30, 2021
                 Defendants.              :
                                                TELEPHONE CONFERENCE
------------------------------------------:

                       PROCEEDINGS BEFORE
            THE HONORABLE JUDGE STEWART D. AARON,
        UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff:            FINKELSTEIN LAW GROUP, PLLC
                          BY:  STUART H. FINKELSTEIN, ESQ.
                          338 Jericho Turnpike
                          Syosset, NY 11791
                          718-261-4900
For the Defendants,
Amy McCloskey, Dimur
Enterprises, Inc., and
Theresa Laurent:          LEVIN-EPSTEIN & ASSOCIATES, P.C.
                          BY:  EUNON JASON MIZRAHI, ESQ.
                          420 Lexington Avenue, Suite 2525
                          New York, NY 10170
                          212-792-0048



Transcription Service:    Carole Ludwig, *Transcription Services*
                          155 East Fourth Street #3C
                          New York, New York 10009
                          Phone:  (212) 420-0771
                          Email:  Transcription420@aol.com


Proceedings conducted telephonically and recorded by
electronic sound recording;
Transcript produced by transcription service.
```

**INDEX**

**E X A M I N A T I O N S**

| **Witness** | **Direct** | **Cross** | **Re-Direct** | **Re-Cross** |
|---|---|---|---|---|
| None | | | | |

**E X H I B I T S**

| **Exhibit Number** | **Description** | **ID** | **In** | **Voir Dire** |
|---|---|---|---|---|
| None | | | | |

```
 1                        PROCEEDINGS                        3
 2            HONORABLE STEWART D. AARON (THE COURT):  This is
 3   the matter of Antolini against McCloskey, 19-cv-9038.  This
 4   line is being recorded. If I could have the parties
 5   identify themselves, please, starting with the plaintiff?
 6            MR. STUART FINKELSTEIN:  Stuart Finkelstein for
 7   plaintiff, Dino Antolini.
 8            MR. EUNON JASON MIZRAHI:  Jason Mizrahi from Levin-
 9   Epstein & Associates, PC, counsel for defendants.  Good
10   afternoon, your Honor.
11            THE COURT:  All right.  Good afternoon.
12            I'm going to be making certain rulings here, and
13   I'm going to be following it up with a written order that's
14   going to say that following a telephone conference today
15   and for the reasons stated on the record, it is hereby
16   ordered as follows.  I'm going to be, as part of this call,
17   making annotated comments.  So anyone should feel free to
18   order the transcript, should they so choose.
19            First, no later than May 7, 2021, "Plaintiffs
20   shall disclose to defendants, A" -- and I'm quoting --
21   "statement of the compensation to be paid for the study and
22   testimony in the case," close quote, as required by
23   Rule 26(a)(2)(B)(6) of the Federal Rules of Civil
24   Procedure.  Plaintiff admits, in the letter he filed at ECF
25   number 162, that this information was not provided.
```


```
1                        PROCEEDINGS                         4
2    According to the plaintiff, his expert disclosure states
3    the compensation has not yet been determined.  But the
4    purpose of the rule is to allow the opposing party to
5    challenge an expert's credibility and bias, and the Court
6    finds the plaintiff's current disclosures are not in
7    compliance with the rule.  If plaintiff fails to give this
8    information by May the 7th, plaintiff shall be precluded
9    from using this expert at trial.
10             Second, No later than May 14, 2021, defendants
11   shall serve their expert disclosures pursuant to
12   Rule 26(a)(2) of the Federal Rules of Civil Procedure.  In
13   my Order dated April 16th, I set today as the deadline for
14   expert disclosures.  That's at ECF 157.  Defendants filed a
15   letter motion at ECF number 159 seeking to extend that
16   deadline to May the 30th.  However, based upon the Court's
17   review of the record and the submissions by the parties,
18   the Court finds that two additional weeks is more than
19   sufficient time for defendants' expert to complete
20   preparation of the required disclosures.  If defendants do
21   not abide by that May 14th deadline, defendants shall be
22   precluded from introducing testimony at trial from experts
23   whose disclosures have not been made.
24             Third, no later than May 7, 2021, defendants shall
25   file with the Court a complete copy of the transcript of
```

```
1                          PROCEEDINGS                         5
```

2  plaintiff's deposition so that the Court may determine the
3  sanctions, if any, to be imposed upon the parties based
4  upon the conduct that occurred at the deposition, as well
5  as any conditions to impose regarding the continuation of
6  plaintiff's deposition.  No further motions or sanctions
7  shall be filed by the parties at this time.  The Court will
8  provide the parties an opportunity to be heard prior to the
9  imposition of any sanctions.  During plaintiff's deposition
10 I was called twice.  I gave strict warnings there were to
11 be no further speaking objections, and instructions to
12 answer were only to be made based upon privilege.  Thus, I
13 am deeply troubled that plaintiff's deposition was halted
14 by plaintiff's counsel, but I will review the complete
15 transcript before making any rulings as to sanctions.
16          Fourth, other than as set forth in paragraphs one
17 and two, discovery is stayed pending further order of this
18 Court.  Once the plaintiff's deposition is concluded, I
19 will set a schedule for any remaining discovery in the
20 case.  And, given the nature of this case, I don't expect
21 there'll be much.
22          Are there any questions?
23          MR. FINKELSTEIN: Yes, sir. My question concerns
24 defendants' behavior at the deposition of defendant, Amy
25 McCloskey.  I pointed out to you and I submitted the

```
 1                         PROCEEDINGS                        6
 2   transcript there.  I haven't heard any ruling from you
 3   there regarding sanctions, though, your Honor.
 4             THE COURT:  You haven't made any motion, you never
 5   contacted me in that deposition to talk about the conduct
 6   except in one respect.  The only respect you contacted me
 7   about was an instruction not to answer, and I ruled on
 8   that, and I ruled in your favor.  I've seen no motion, no
 9   proper motion made, except for you deciding to file a
10   complete transcript on the record without having authority
11   to do so.  There's no basis for me to rule on that, and I
12   decline to rule on that.
13             Any other questions?
14             MR. FINKELSTEIN:  When you say you decline to rule
15   on that, you're saying I can't -- you're precluding me from
16   making a motion now on that?
17             THE COURT:  Mr. Finkelstein, you have not made a
18   motion.  You plainly know how to make motions.  I am not
19   ruling on any requests you have attaching a random
20   transcript to a letter that wasn't authorized.  You know
21   how to make motions.  If you want to make motions, whatever
22   motion you make, if it's properly made, I will rule on it
23   in due course.  I'm not ruling on it now.
24             Any other questions --
25             MR. FINKELSTEIN:  Okay.
```

```
 1                      PROCEEDINGS                      7
 2             THE COURT:  -- from you before I turn to your
 3   adversary?
 4             MR. FINKELSTEIN:  No, sir.  Not at this time.
 5             THE COURT:  Okay.  Mr. Mizrahi, any questions?
 6             MR. MIZRAHI:  Yeah, your Honor.  Thank you, again,
 7   for your attention to this case.  I just wanted to be clear
 8   that the expert disclosure service deadline for defendants
 9   has been extended to May 14 --
10             THE COURT:  It has.
11             MR. MIZRAHI:  -- and fact discovery is stayed
12   without a date pending the Court's determination on the
13   Motion for Sanctions and the conditions to impose on the
14   continuation of plaintiff's deposition.
15             THE COURT:  No, to be clear, once the deposition
16   is concluded, I'm going to set a schedule for the remaining
17   discovery.
18             MR. MIZRAHI:  But how has -- it's unclear -- how
19   is the -- the Motion for Sanctions, how is it going to
20   coincide with the continuation of plaintiff's deposition?
21             THE COURT:  I haven't decided yet.  I'm likely
22   going to hold off because I want to see what happens at the
23   continuation of the deposition to see if the conduct that
24   I -- again, I'm going to look at the transcript.  I'm
25   reserving a decision on that.  But if the conduct
```

```
 1                         PROCEEDINGS                          8
 2   continues, then I want to keep open the possibility of
 3   having additional sanctions, if any.
 4            MR. FINKELSTEIN:  So you've already -- your Honor,
 5   if I may -- I don't know if he's finished yet.
 6            MR. MIZRAHI:  I'm not finished.  If I could just
 7   ask for further clarification, your Honor?  You set a
 8   filing deadline for May 7, 2021, to file the deposition
 9   transcript --
10            THE COURT:  Yes.
11            MR. MIZRAHI:  -- in order to determine what
12   sanctions, if any, will be necessary based on the conduct
13   that occurred at the April 19th deposition.
14            THE COURT:  Yes.
15            MR. MIZRAHI:  And then, subject to that filing,
16   you were going to be done issuing an Order to impose
17   certain conditions on the continuation of the deposition.
18            THE COURT:  As required, that's right.
19            MR. MIZRAHI:  Okay, so we should be expecting an
20   Order reflecting the continuation of the deposition based
21   on the Order following the filing, of the May 7th filing?
22            THE COURT:  Yes.
23            MR. MIZRAHI:  I understand.  Okay.  And until
24   then, all discovery is just stayed --
25            THE COURT:  Except -- except for what's provided
```

```
 1                        PROCEEDINGS                        9
 2   in paragraphs one and two with respect to expert reports.
 3           MR. MIZRAHI:  Understood, understood.
 4           The second question I have, your Honor, the expert
 5   disclosure deadline doesn't necessarily contemplate a
 6   complete expert fact discovery completion deadline.  We
 7   would anticipate possibly taking expert depositions
 8   following the submittal of expert reports.  I assume
 9   there's going to be a date held open for the completion of
10   all discovery after the May 7th file has been submitted?
11           THE COURT:  I will read paragraph four to you
12   again.  Other than as set forth in paragraphs one and two
13   hereof, discovery is stayed pending further order of the
14   Court.  That includes both fact and expert except as to
15   paragraphs one and two.
16           MR. MIZRAHI:  Thank you, your Honor.
17           I don't have any further questions at this time.
18           Mr. Finkelstein?
19           MR. FINKELSTEIN: Yes.  So that I'm clear, he's
20   going to be given an extension of time, maybe, to depose my
21   expert even though his time period expired a number of
22   times.  That's number one.
23           Number two --
24           THE COURT:  No.  I'm going to deal with them one
25   at a time.  I've made no ruling of any kind.  All I've done
```

```
 1                       PROCEEDINGS                    10
 2   is stayed discovery.  All I've done is stayed discovery.
 3           MR. FINKELSTEIN:  Well, I'll make the appropriate
 4   motion, then, at that point if you're extending it in terms
 5   of their deposing my expert whose report was submitted
 6   months ago.
 7           In any event, it sounds to me like you're already
 8   made a decision that, based upon my requests that I asked
 9   for in my letter of my relief that the deposition be deemed
10   waived, any further deposition of my client, based upon
11   defense counsel's behavior at that deposition.  So I'm a
12   little confused to hear about sanctions and nothing about
13   them having given up their right and after utilizing the
14   Rule 30 to continue the deposition or to say if something
15   was wrong, because they continued the questioning for hours
16   after the two phone calls to the Court.  So I'm wondering
17   about that, your Honor.  If you can clear that up for me,
18   I'd appreciate it, please.
19           MR. MIZRAHI:  Your Honor, if I --
20           THE COURT:  No --
21           MR. MIZRAHI:  -- to respond?
22           THE COURT:  I do not want you to respond.
23           Mr. Finkelstein, I have no idea what you've just
24   said.  Did you want me to read the paragraph again to you
25   from my Order?  Maybe I need to read it -- granted, you
```

```
 1                         PROCEEDINGS                    11
 2   don't have it in front of you, so I'm happy to read it
 3   again.  Would you like me to do so?
 4             MR. FINKELSTEIN:  I'd appreciate that.  Let me see
 5   if I can clarify my question, then.  It sounds to me -- we
 6   haven't touched on my request that defendants' counsel's
 7   deposition of plaintiff is waived based upon their behavior
 8   at the deposition of Mr. Antolini.
 9             THE COURT:  First of all, I've seen no such
10   motion.  And, second of all, I can't imagine that that
11   relief would be granted, but --
12             MR. FINKELSTEIN:  Why?  Why is that --
13             THE COURT:  -- I haven't seen any such motion.
14             MR. FINKELSTEIN:  Okay.  So I'm --
15             THE COURT:  I haven't seen the motion.  Have
16   you --
17             MR. FINKELSTEIN:  No, I've got that.
18             THE COURT:  -- prepared any motion?
19             MR. FINKELSTEIN:  I've got that, your Honor, but
20   how can you decide that it wouldn't be granted even if I
21   submit the motion?
22             THE COURT:  You stopped the deposition, did you
23   not?
24             MR. FINKELSTEIN:  No, I didn't.  I said to him no
25   more questions about my arrest, but please continue with
```

```
 1                        PROCEEDINGS                   12
 2   the deposition of Mr. Antolini.  That's what happened,
 3   Judge.
 4            THE COURT:  Right.  So you instructed your witness
 5   not to --
 6            MR. FINKELSTEIN:  It's all in my letter.
 7            THE COURT:  -- and you instructed the witness not
 8   to answer, correct?
 9            MR. FINKELSTEIN:  It's all in my submission to the
10   Court, Judge.  It's all part of the record.  It's part of
11   my letter, and it's part of my -- the deposition, the
12   transcript of the deposition.  I've never stopped a
13   deposition.  I told him no more questions regarding my
14   arrest record, putting it up on the monitors.  You have to
15   have read it, Judge.  I'll read it for you if you don't
16   have it in front of you.  And I implored him to continue
17   with the deposition of Mr. Antolini.  He refused to do
18   that.
19            THE COURT:  Okay.  I'm going to read --
20            MR. MIZRAHI:  Your Honor, if I --
21            THE COURT:  -- my Order one more time.
22            No, I do not wish to hear from you, Mr. Mizrahi.
23   I'm going to read this paragraph one more time, and I'm
24   concluding this call.  No later than May 7, 2021,
25   defendants shall file with the Court a complete copy of the
```

```
 1                        PROCEEDINGS                    13
```

transcript of plaintiff's deposition so that the Court may determine the sanctions, if any, to be imposed upon the parties based upon the conduct that occurred at the deposition, as well as any conditions to impose regarding the continuation of plaintiff's deposition.  No further motions for sanctions shall be filed by the parties at this time.  The Court will provide the parties an opportunity to be heard prior to the imposition of sanctions.

        MR. FINKELSTEIN:  Okay.  I got it.  Thank you.

        THE COURT:  Okay.  All right.  This matter's adjourned.

        (Whereupon, the matter is recessed.)

```
 1                                                           14
 2
 3                       C E R T I F I C A T E
 4
 5         I, Carole Ludwig, certify that the foregoing
 6   transcript of proceedings in the case of Antolini v.
 7   McCloskey et al, Docket #19-cv-09038-GBD-SDA, was prepared
 8   using digital transcription software and is a true and
 9   accurate record of the proceedings.
10
11
12
13
14          Signature   *Carole Ludwig*
15                      Carole Ludwig
16
17
18          Date:    May 11, 2021
19
20
21
22
23
24
```