# STUART H. FINKELSTEIN

*Attorney at Law*

338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

May 14th, 2021

Magistrate Judge Stewart D. Aaron
Southern District of New York
Daniel Patrick Moynihan
United States District Court
500 Pearl Street - Courtroom 11C
New York, New York 10007

                                            Re: Antolini vs. McCloskey, et al
                                            Case No.: 1:19-cv-09038-GBD

Dear Magistrate Judge Aaron:

Due to personal health reasons and my observance of the upcoming religious holiday I am seeking a two week extension of time to respond to your order to show cause currently on for May 20, 2021.

Per your rules, I called and left a voice mail message this morning with no response from the lawyer for defendants. I called again this pm and he told me the call was being recorded and so I didn't even have an opportunity to discuss my request for the extension.

Respectfully,

*Stuart H. Finkelstein*
Stuart H. Finkelstein

SHF/tc
To all via Pacer