# STUART H. FINKELSTEIN

*Attorney at Law*

338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

May 31st, 2021

Magistrate Judge Stewart D. Aaron
Southern District of New York
Daniel Patrick Moynihan
United States District Court
500 Pearl Street - Courtroom 11C
New York, New York 10007

                                                  Re: Antolini vs. McCloskey, et al
                                                  Case No.:19-cv-09038-GBD

Dear Judge Aaron:

Due to my ongoing personal health issues I am seeking a one week extension of time to respond to your order to show cause currently on for June 3, 2021. This is my second request for an adjournment and because of the nature of the matter I am not able to delegate the responsibility of responding. Plaintiff's counsel does not believe there is any prejudice to defendants whatsoever concerning the nature of this request. This short extension does not affect any applicable time table.

Per your rules, I called this morning but was unable to leave a voice mail message with the lawyer for defendants.

Respectfully,

                                                        _____s/_____
                                                        Stuart H. Finkelstein

SHF/ec
To all via Pacer