# STUART H. FINKELSTEIN

*Attorney at Law*
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

July 1, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/3/2021
```

The Honorable Stewart D. Aaron
Southern District of New York
Daniel Patrick Moynihan
United States District Court
500 Pearl Street - Courtroom 11C
New York, New York 10007

              Re: Antolini vs. McCloskey, et al
                 Case No.: 1:19-cv-09038-GBD

Dear Magistrate Aaron,

I represent Plaintiff Dino Antolini and we seek a conference with your Honor regarding defendants' position that they do not have to respond, in toto, to Plaintiff's Discovery Requests served on defendants Eddie C K Chung and C&S Millenium Real Estate LLC. The meet and confer took place by email as he refused to return my phone calls.

Plaintiff served four separate Requests for Discovery: Plaintiff's First Request for the Production of Documents, Plaintiff's Request for Production pursuant to Rule 26 (a)(2), Plaintiff's First Set of Interrogatories, Plaintiff's First Request for Fact and Expert Witness Interrogatories and Rule 34 Inspection Notice. Defendants position is that discovery is stayed and rely on docket entries 166, 169 and 184.

As a result of the foregoing behavior Plaintiff seeks a conference with the Court to obtain discovery from these two defendants.

Respectfully, I remain,

Very truly yours,

Stuart H. Finkelstein

SHF/tc
To all counsel of record via ECF

---

Request DENIED. Other than for purposes of the continued deposition of Plaintiff, discovery presently is stayed. Moreover, Judge Daniels has not yet ruled on Plaintiff's objections to my report and recommendation regarding the default judgment that Plaintiff seeks against Defendants C&S Millenium Real Estate LLC and Eddie C. Chung. Since Plaintiff is continuing to pursue a default judgment against these Defendants, the Court finds that, regardless of the stay, obtaining discovery from these Defendants at present would be inappropriate. SO ORDERED.
Dated: 7/3/21

*Stewart D. Aaron*