# LEVIN-EPSTEIN & ASSOCIATES, P.C.
---
60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

July 12, 2021

*<u>Via Electronic Filing</u>*
The Honorable Stewart D. Aaron, U.S.M.J.
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re: *Antolini v. McCloskey et al*
       **<u>Case No.: 1:19-cv-09038-GBD</u>**

Dear Honorable Magistrate Judge Aaron:

  This law firm represents Defendants Dimur Enterprises Inc., Amy McCloskey, Theresa Laurent, Eddie C K Chung ("Mr. Chung") and C&S Millennium Real Estate (collectively, the "Defendants") in the above-referenced action.

  Pursuant to Your Honor's Individual Practice Rules I(A) and II(B), and Your Honor's July 8, 2021 Order [Dckt. No. 193], this letter respectfully serves to advise the Court that the undersigned attorney is available on Friday, July 23, 2021 beginning at 10:00 a.m. to complete the deposition of Plaintiff Dino Antolini (the "Plaintiff").

  We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

            Respectfully submitted,

            LEVIN-EPSTEIN & ASSOCIATES, P.C.

            By: */s/ Jason Mizrahi*
               Jason Mizrahi
               60 East 42nd Street, Suite 4700
               New York, NY 10165
               Tel. No.: (212) 792-0048
               Email: Jason@levinepstein.com
               *Attorneys for Defendants*

VIA ECF: All Counsel