# LEVIN-EPSTEIN & ASSOCIATES, P.C.
_____
60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

<u>*Via Electronic Filing*</u>　　　　　　　　　　　　　　　　　　　　July 21, 2021
The Honorable George B. Daniels, U.S.D.J.
U.S. District Court Southern District of New York
500 Pearl St.
New York, New York 10007-1312

　　　　**Re:**　*Antolini v. McCloksey et al*
　　　　　　<u>**Case No.: 1:19-cv-09038-GBD**</u>

Dear Honorable Judge Daniels:

　　　　This law firm represents Defendants Dimur Enterprises Inc., Amy McCloskey, Theresa Laurent, Eddie C K Chung, and C&S Millennium Real Estate (collectively, the "Defendants") in the above-referenced action.

　　　　Pursuant to Your Honor's Individual Motion Practice Rules II(A), this letter respectfully serves to advise the Court of a scrivener's error contained in the July 20, 2021 docket entry at Docket No. 198, and in the Court's Memorandum Decision and Order (the "July 20th Order"). The docket entry, and the July 20th Order, refers to "Defendants' motion for entry of a default judgment, (ECF No. 97)".

　　　　The docket entry and the July 20th Order should read "***Plaintiff's*** motion for entry of a default judgment (ECF No. 97)."

　　　　Thank you, in advance, for your time and attention.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　LEVIN-EPSTEIN & ASSOCIATES, P.C.

　　　　　　　　　　　　　　　　　　　　By:　*/s/ Jason Mizrahi*
　　　　　　　　　　　　　　　　　　　　　　Jason Mizrahi
　　　　　　　　　　　　　　　　　　　　　　60 East 42nd Street, Suite 4700
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10165
　　　　　　　　　　　　　　　　　　　　　　Tel. No.: (212) 792-0048
　　　　　　　　　　　　　　　　　　　　　　Email: Jason@levinepstein.com
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

VIA ECF: All Counsel