# STUART H. FINKELSTEIN

*Attorney at Law*
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

July 22nd, 2021

Magistrate Stewart D. Aaron
Southern District of New York
Daniel Patrick Moynihan
United States District Court
500 Pearl Street - Courtroom 11C
New York, New York 10007

Re: Antolini vs. McCloskey, et al
Case No.: 1:19-cv-09038-GBD

Dear Magistrate Aaron,

To remind the Court, Mr. Antolin's deposition is scheduled for tomorrow at 10:00 am.

Because his wife broke her arm and had staples implanted, and I just found this morning she is seeing her Doctor at Bellevue Hospital tomorrow to have them removed and treated. Mr. Antolini will be with her and as a result he will be available late in the afternoon. In addition, unbeknownst to me his Grandson has gone back to Italy and will not be able to assist in the video aspect of the deposition. To remind you, when Mr. Antolini appeared before you during the video conference regarding his health, his Grandson was there to help him with the technical aspects.

Moreover, as you may know, the defendants had many hours of deposing him via Zoom and are quite familiar with him. As such, we request that the remainder of the deposition be held telephonically or by any other means satisfactory to the Court.

In the alternative, Plaintiff would ask for a very brief extension of time to allow for Plaintiff and his counsel to make the appropriate arrangements to accommodate the remaining time of Mr. Antolini's deposition on video.

Thank you.

Very truly yours,

Stuart H. Finkelstein

To all via ECF