# STUART H. FINKELSTEIN

*Attorney at Law*
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

July 22nd, 2021

Magistrate Judge Stewart D. Aaron
Southern District of New York
Daniel Patrick Moynihan
United States District Court
500 Pearl Street - Courtroom 11C
New York, New York 10007

                              Re: Antolini vs. McCloskey, et al
                              Case No.: 1:19-cv-09038-GBD

Dear Magistrate Judge Aaron,

Further to my letter to you this morning and your subsequent Order, I spoke with defense counsel and proposed either conducting the deposition tomorrow afternoon by phone or scheduling a new date that would be mutually agreeable. He does not consent to the telephone proposal and did not respond to the scheduling of a new date.

As such, Plaintiff respectfully asks for a very brief extension of time to allow for Plaintiff and his counsel to make the appropriate arrangements to accommodate the remaining time of Mr. Antolini's deposition on video.

Thank you for your time.

Respectfully,

Stuart H. Finkelstein

To all via ECF