```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dino Antolini,

                Plaintiff,

-against-

Amy McCloskey et al.,

                Defendants.

1:19-cv-09038 (GBD) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    The parties are directed to appear for a telephone conference on Friday, July 23, 2021, at 3:00 p.m. EDT. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

    Plaintiff shall participate. A Court Reporter will be on the line, and Plaintiff shall be placed under oath. During the call, the Court will address, among other things, the *bona fides* of Plaintiff's belated requests[1] to adjourn the Court-ordered continuation of his deposition, and the Court will decide whether to excuse, *nunc pro tunc*, Plaintiff's failure to appear as Ordered.

**SO ORDERED.**

Dated:    New York, New York
           July 22, 2021

                                                */s/ Stewart D. Aaron*
                                                STEWART D. AARON
                                                United States Magistrate Judge

---

[1] *See* Individual Practices of Magistrate Judge Stewart D. Aaron ¶ 1.D.