**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

Dino Antolini,

                Plaintiff,

    -against-

Amy McCloskey et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/2021

1:19-cv-09038 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference held this afternoon with the parties, the Court hereby ORDERS as follows:

No later than Wednesday, August 11, 2021, Plaintiff shall file any objection to Defendants' request for an award of attorneys' fees filed at ECF No. 207.

No later than Wednesday, August 11, 2021, Plaintiff and his counsel shall "make the appropriate arrangements to accommodate the remaining time of [Plaintiff's] deposition on video" (*see* ECF No. 202), and shall file a letter stating the arrangements made and providing three weekdays between August 16 and August 25 (inclusive) when Plaintiff is available for that continued deposition. No later than Friday, August 13, 2021, Defendants shall file a letter selecting one of those three days for such continuation.

If Plaintiff fails to timely comply with this Order in all respects, I shall recommend that his case be dismissed for failure to obey discovery orders pursuant to Federal Rule of Civil Procedure 37(b) and/or failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Except as otherwise provided above, discovery in this action remains stayed.

**SO ORDERED.**

Dated:        New York, New York
                August 4, 2021

                                                _____
                                                STEWART D. AARON
                                                United States Magistrate Judge