**STUART H. FINKELSTEIN**
*Attorney at Law*
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

August 10th, 2021

Magistrate Judge Stewart D. Aaron
Southern District of New York
Daniel Patrick Moynihan
United States District Court
500 Pearl Street - Courtroom 11C
New York, New York 10007

                                         Re: Antolini vs. McCloskey, et al
                                         Case No.: 1:19-cv-09038-GBD

Dear Magistrate Judge Aaron,

Further to order Mr. Antolini offers either August 25, 26 or the 27th for his deposition beginning at 11:00 am.

The arrangements are the as before, zoom, with defendants' providing the link.

                                         Very truly yours,

                                         Stuart H. Finkelstein

To all via ECF