# STUART H. FINKELSTEIN

*Attorney at Law*

338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

August 10th, 2021

Magistrate Judge Stewart D. Aaron
Southern District of New York
Daniel Patrick Moynihan
United States District Court
500 Pearl Street - Courtroom 11C
New York, New York 10007

Re: Antolini vs. McCloskey, et al
Case No.: 1:19-cv-09038-GBD

Dear Magistrate Judge Aaron,

Amending our earlier letter, Mr. Antolini and I were only to offer either August 25, 26 or the 27th for his deposition beginning at 11:00 am and would hope the Court is able to approve of those dates.

The arrangements are the as before, zoom, with defendants' providing the link.

Very truly yours,

Stuart H. Finkelstein

To all via ECF