UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - X

DINO ANTOLINI,

                                                       NOTICE OF MOTION

                        Plaintiff,                  Case No.: 1:19-cv-09038-GBD

       -against-

AMY MCCLOSKEY, THERESA LAURENT, DIMUR
ENTERPRISES INC., EDDIE C K CHUNG and C&S
MILLENIUM REAL ESTATE LLC,

                         Defendants,

- - - - - - - - - - - - - - - - - - - - - - - - - X

      Upon the annexed Declaration of Stuart H. Finkelstein, Esq., dated the 24th day of

August, 2021 and all the pleadings and exhibits hereto had herein, the undersigned shall

move this Court before the Magistrate Stewart Aaron  in courtroom 11C of the United States

District Court for the Southern District of New York located at 500 Pearl Street New York,

New York 10007 for an order recusing Magistrate Aaron from further participation in this

matter and appointing another Magistrate of this Court, and staying of all proceedings in this

matter

          PLEASE TAKE FURTHER NOTICE, that opposition papers, if any, should be

served in accordance with Rule 6 of the Federal Rules of Civil Procedure and S.D.N.Y.

Local Civil Rule 6.1

         Dated: Syosset, New York
              August 24, 2021

                             Yours, etc.,

                             Stuart H. Finkelstein, Esq.
                             Attorney for Plaintiff
                             338 Jericho Turnpike
                             Syosset, New York, 11791
                             (718) 261-4900