UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dino Antolini,

                      Plaintiff,

      -against-

Amy McCloskey et al.,

                    Defendants.

1:19-cv-09038 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Having been advised that Plaintiff's deposition "is over,"[1] the Court hereby ORDERS as follows:

1. No later than September 3, 2021, Defendants shall file a copy of the transcript of today's continuation of Plaintiff's deposition (*see* ECF No. 184, at 5).

2. No later than September 14, 2021:

    a. Plaintiff may move for sanctions based on Defendants' counsel's conduct at Plaintiff's entire deposition (*see* ECF No. 184, at 4);

    b. Defendants may supplement their requests for sanctions (*see, e.g.*, ECF No. 182, at 12-23) based upon Plaintiff's counsel's conduct at today's continuation of Plaintiff's deposition; and

    c. Defendants may respond to Plaintiff's motion for recusal (*see* ECF No. 219).

---

[1] Today, Plaintiff's attorney left voicemail messages with Chambers during Plaintiff's deposition, stating that he was calling for a ruling. When I returned Plaintiff's attorney's calls, I was advised that a ruling no longer was needed and that the deposition "is over."

3. No later than October 1, 2021:

    a. Defendants may respond to any motion for sanctions filed by Plaintiff per subparagraph 2(a), *supra*;

    b. Plaintiff may respond to any supplemental submission filed by Defendants per subparagraph 2(b), *supra*; and

    c. Plaintiff may reply to any response filed by Defendants per subparagraph 2(c), *supra*.

4. No later than October 15, 2021:

    a. Plaintiff may reply to any response filed by Defendants per subparagraph 3(a), *supra*; and

    b. Defendants may reply to any response filed by Plaintiffs per subparagraph 3(b), *supra*.

**SO ORDERED.**

Dated:   New York, New York
         August 26, 2021

_____
STEWART D. AARON
United States Magistrate Judge