# STUART H. FINKELSTEIN

*Attorney at Law*
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

September 2nd 2021

Magistrate Stewart D. Aaron
Southern District of New York
Daniel Patrick Moynihan
United States District Court
500 Pearl Street - Courtroom 11C
New York, New York 10007

Re: Antolini vs. McCloskey, et al
Case No.: 1:19-cv-09038-GBD

Dear Judge Aaron,

I represent Plaintiff Dino Antolini. Unfortunately, when the lawyer for defendants emailed me this morning, he never told me the reason for the extension which led me to believe he was simply continuing his stonewalling.

Now that I've seen his filing and has now articulated the reason for the delay, then of course I have no objection and withdraw my no consent to same.

Thank you,

Very truly yours,

Stuart H. Finkelstein

SHF/tc
To all via ECF