```
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK
                              )
  DINO ANTOLINI,              ) Case No.: 1:19-cv-9038
                              )
              Plaintiff,      )
                              )
                              )
         -against-            )
                              )
                              )
                              )
  AMY MCCLOSKEY, THERESA      )
  LAURENT, DIMUR             )
  ENTERPRISES INC., EDDIE     )
  C K CHUNG and C&S          )
  MILLENIUM REAL ESTATE       )
  LLC,                        )
                              )
              Defendants.
```

Virtual Deposition of DINO ANTOLINI

Thursday, August 26, 2021 - 11:00 a.m., EDT

Reported by:

Jonathan MacDonald

Job No.: 3057

Page 2

1                    VIRTUAL DEPOSITION OF DINO ANTOLINI,

2          a Plaintiff herein, called by the Defendants,

3          for examination, taken pursuant to

4          Fed.R.Civ.P.30(b)(1), the applicable Rules of

5          the United States District Court for the

6          Southern District of New York, by and before

7          Jonathan MacDonald, a Court Reporter and a

8          notary public in and for the Commonwealth of

9          Pennsylvania, taken remotely via Zoom, on

10         Thursday, August 26, 2021, at 11:00 a.m., EDT.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1      APPEARANCES

 2      On behalf of the Plaintiff:

 3           STUART H. FINKELSTEIN, ESQ.
                  FINKELSTEIN LAW GROUP, PLLC
 4                338 JERICHO TURNPIKE
                  SYOSSET, NEW YORK 11791
 5                718-261-4900
                  sf@finkelsteinlawgroup.com
 6

 7      On behalf of the Defendants:

 8           JASON MIZRAHI, ESQ.
                  LEVIN-EPSTEIN & ASSOCIATES, P.C.
 9                60 EAST 42ND STREET
                  SUITE 4700
10                NEW YORK, NEW YORK 10165
                  212-792-0048
11                jason@levinepstein.com

12
                       I N D E X
13
        WITNESS                          PAGE
14      Dino Antolini

15           By Mr. Mizrahi                6

16

17                  E X H I B I T S

18      EXHIBIT          DESCRIPTION      PAGE

19      E                Letter to Chambers

20                       (Dckt. No. 61)      23

21      C                Arrest Warrant and

22                       Complaint           31

23      F                7.24 Resp. & Obj. to

24                       Interrogatories     45

25
```

```
 1                  E X H I B I T S

 2      EXHIBIT           DESCRIPTION              PAGE

 3      G            8.13 Resp. & Obj. to

 4                   Interrogatories              50

 5      H            9.12 Resp. & Obj. to

 6                   Second Set of

 7                   Interrogatories              55

 8      I            HIPAA Authorization Form     60

 9      J            2.22 Declaration             67

10      K            6.30 Antolini Signature      72

11      L            9.11 Antolini Signature      76

12      M            2.06 Antolini Signature      80

13      N            8.24 Declaration             86

14      O            Signature Comparison         89

15      P            9.28.2019 Complaint          91

16

17

18

19

20

21

22

23

24

25
```

```
 1                 P R O C E E D I N G S
 2                 THE REPORTER:  The attorneys
 3      participating in this deposition acknowledge
 4      that I am not physically present in the
 5      deposition room and that I will be reporting
 6      this deposition remotely.
 7                 They further acknowledge that, in
 8      lieu of an oath administered in person, the
 9      witness will verbally declare her testimony in
10      this matter is under penalty of perjury.
11                 The parties and their counsel
12      consent to this arrangement and waive any
13      objections to this manner of reporting.  Please
14      indicate your agreement by stating your name
15      and your agreement on the record.
16                 MR. MIZRAHI:  Jason Mizrahi
17      for Levin-Epstein & Associates, P.C., we agree.
18                 MR. FINKELSTEIN:  Stuart
19      Finkelstein, I agree.
20                 MR. MIZRAHI:  Today is
21      August 26, 2021.  The time is now 11:21 a.m.,
22      Eastern Standard time.  The Court had entered a
23      memo endorsement on August 12, 2021, under
24      Docket Entry No. 216 stating as follows:
25      "Plaintiff's deposition shall proceed remotely
```

1    via video on Thursday, August 26, 2021,

2    starting at 10:00 a.m."

3              Due to some technological issues,

4    the witness had not appeared until 11:20 a.m.

5    Defendants respectfully reserve the right to

6    add 20 minutes to today's deposition.

7              MR. FINKELSTEIN:  Finished?

8    You finished?  Yeah.  I just want to say, I

9    don't think it's -- I think it's Eastern

10   Daylight Saving Time.  So I'm not sure if it's

11   just regular eastern time.  I just want to make

12   that correction for the record regarding the

13   time statement.  Thank you.

14              DINO ANTOLINI, a Plaintiff

15   herein, having been first duly sworn, was

16   examined and testified as follows:

17              EXAMINATION

18   BY MR. MIZRAHI:

19        Q.    Good morning, Mr. Antolini.

20        A.    Good morning.

21        Q.    Can you hear me?

22        A.    Yeah.

23        Q.    Great.  How are you this morning?

24              MR. FINKELSTEIN:  Oh, he says

25   fine.  Let's get on with the deposition,

Page 7

1     please.  Thank you.

2     BY MR. MIZRAHI:

3          Q.    Mr. Antolini, how are you this

4     morning?

5                     MR. FINKELSTEIN:  That's fine,

6     let's start with the deposition, please.

7     BY MR. MIZRAHI:

8          Q.    Mr. Antolini, did you hear my

9     question?

10         A.    I did.

11         Q.    How are you this morning?

12         A.    I'm well today.  I am okay.

13         Q.    My name is Jason.  I represent the

14    Defendants in this action.  You may recall we

15    had met previously at the last deposition.

16                     MR. FINKELSTEIN:  Is that a

17    question?

18    BY MR. MIZRAHI:

19         Q.    I'm sorry, Dino, I didn't hear you.

20    What did you say?

21         A.    What are you trying to say?

22         Q.    It's a pleasure to see you again.

23    We're here today to take your continued

24    deposition.

25         A.    What?

Page 8

1        Q.    We are here this morning to take
2     your continued deposition.
3        A.    Yes, I know that.
4        Q.    So before we get started, I wanted
5     to remind you of certain ground rules.  These
6     are the same ground rules that I had stated
7     last time, before we started.  As a reminder, I
8     would like to remind you of these rules, so
9     there aren't any issues today; is that okay?
10       A.    Yes.
11       Q.    So if at any point you don't
12    understand any of my questions, please let me
13    know.  I'd be happy to rephrase them.
14       A.    You got it.
15       Q.    Even if you think you know the
16    question that I'm going to be asking, I'm
17    asking you to let me finish stating the
18    question.  That way that court reporter can
19    take down all of the testimony accurately.  The
20    court reporter who is with us today, his name
21    is Jonathan.  Jonathan's job is to take down
22    all of the --
23                  MR. FINKELSTEIN:  Note my
24    objection please, Jonathan.  Thank you.
25    BY MR. MIZRAHI:

1          Q.    If you don't ask me to clarify a

2     question, I'm going to assume that you

3     understood it.  Do you understand that?

4          A.    I got it.

5          Q.    Let me know if you need to take any

6     breaks.  I'll be happy to accommodate.  The

7     only thing is that if there is a question

8     pending, you have to answer the question before

9     we take a break.

10          A.    Okay.

11          Q.    And please remember to verbalize

12     your responses.  So that means, please don't

13     nod your head yes or no, up or down.  Make sure

14     that all of your responses are verbal, that way

15     the court reporter can take them down.

16          A.    I understand.

17          Q.    The last thing that I would like to

18     say to you, Dino --

19               MR. FINKELSTEIN:  Hold on a

20     second.  He is not Dino to you, Mister.  His

21     name is Mr. Antolini.  You did the same thing

22     last time -- besides all the other crazy

23     chazarah.  To you, it's Mr. Antolini, not Dino.

24     So maybe you could refrain from doing that,

25     Mister.

Page 10

```
 1      BY MR. MIZRAHI:
 2          Q.   Mr. Antolini, the only other thing
 3      that I want to say to you before we get
 4      started, unless your attorney explicitly tells
 5      you not to answer a question --
 6                    MR. FINKELSTEIN:  Objection.
 7      BY MR. MIZRAHI:
 8          Q.   -- you are to answer the question
 9      that's being asked.  Do you understand that?
10          A.   I do.
11          Q.   Mr. Antolini, besides this lawsuit,
12      have you ever been involved in any other legal
13      claims or lawsuits?
14          A.   Yes --
15                    MR. FINKELSTEIN:  Objection.
16      Objection.  Asked and answered at the last
17      deposition at length, ad nauseam.  And if
18      you're going to continue to repeat the same
19      questions that you did last time, we're going
20      to need to call up the Judge to get a ruling.
21                    This is a continuing deposition,
22      it's not a rehash of the last four hours that
23      we had April 19th.  So I'll be guided by your
24      next question, Counsel.
25      BY MR. MIZRAHI:
```

1          Q.    Dino, I didn't hear what you said.

2                    MR. FINKELSTEIN:  Jonathan,

3     did you hear what I said?

4                    THE REPORTER:  Did I hear what

5     you said, Mr. Finkelstein?

6                    MR. FINKELSTEIN:  Yes.

7                    THE REPORTER:  Yes.  I have

8     your statement.

9                    MR. FINKELSTEIN:  Good.  Would

10    you be kind enough, sir, to read it back to

11    him.

12                    THE REPORTER:  The full

13    statement?

14                    MR. FINKELSTEIN:  Yes, please.

15                    THE REPORTER:  Okay.  Just a

16    moment.

17                    MR. MIZRAHI:  Jonathan, I'm

18    going to ask that you just take down testimony.

19    I don't think that it's necessary for you to

20    repeat any prior testimony.  Okay.

21                    THE REPORTER:  Okay.

22                    MR. FINKELSTEIN:  First off,

23    mine's not testimony.  Jonathan, would you

24    repeat back into the record, please, because he

25    said he didn't hear what I said.  So if you

Page 12

1   could repeat what I said, I would appreciate

2   it.

3                MR. MIZRAHI:  Jonathan, I'm

4   going to ask you just, once again, please just

5   transcribe the record.  Don't repeat anything

6   unless I ask.

7                MR. FINKELSTEIN:  Jonathan,

8   you're licensed.  You cannot take directions

9   from him as to how --

10               MR. MIZRAHI:  Please make sure

11  you're transcribing each and every word coming

12  out of Mr. Finkelstein's mouth.

13               MR. FINKELSTEIN:  Yes.

14  Jonathan, he said that he didn't hear me.  Do

15  you have that on the record?

16               THE REPORTER:  I do.

17               MR. FINKELSTEIN:  Okay.  Let's

18  proceed then.  Thank you.

19  BY MR. MIZRAHI:

20      Q.   Dino, I didn't hear the answer to my

21  question.  Can you please repeat the answer?

22               MR. FINKELSTEIN:  Okay.

23  Jonathan, can you hear me?

24               THE REPORTER:  Yes, I can hear

25  you.

```
 1                    MR. FINKELSTEIN:  Great.  Same
 2        objection as last time.  This is not going to
 3        be a rehashing of the last deposition of four
 4        hours where he gets to ask the same questions
 5        over again.  My understanding -- it's a
 6        continuing deposition, it picks up wherever he
 7        left off the last time.  And if he's going to
 8        continue to ask these questions -- to re-ask
 9        these questions again, then we're going to need
10        to get the Judge on the phone and get a ruling
11        from him.  If he wants to allow him to rehash
12        four hours, that's fine.  In any event, I'll be
13        guided by this man's next question.  Thank you,
14        Jonathan.
15             Q.   Dino, was the answer to my question
16        yes?
17                    MR. FINKELSTEIN:  Yes.  He
18        said yes.  That's correct.
19        BY MR. MIZRAHI:
20             Q.   Dino, was the answer to my question
21        yes?
22             A.   Yes.
23             Q.   What other legal claims or lawsuits
24        have you been involved in?
25             A.   Excuse me?  Regarding what?
```

Page 14

```
 1              Q.    How many other legal claims or
 2      lawsuits have you been involved in?
 3                        MR. FINKELSTEIN:  Objection.
 4      BY MR. MIZRAHI:
 5              Q.    Dino, did you hear my question?
 6              A.    I heard your question.
 7                        THE REPORTER:  I'm sorry,
 8      Mr. Antolini, I didn't hear that.
 9                        THE WITNESS:  Okay.  My lawyer
10      objected to the question.
11                        MR. FINKELSTEIN:  That's okay.
12      Dino, you can answer.  I'm glad you did that
13      just now.  That's good, I like that.  But you
14      can answer, sure.
15                        THE WITNESS:  Regarding
16      Mr. Finkelstein as my lawyer, yes.
17      BY MR. MIZRAHI:
18              Q.    How many other lawsuits have you
19      been involved in?
20                        MR. FINKELSTEIN:  Objection.
21      You can answer --
22                        THE WITNESS:  I don't know.
23                        MR. FINKELSTEIN:  Jonathan,
24      did you get that he said I don't know.
25                        THE WITNESS:  I don't know.
```

```
 1                    MR. FINKELSTEIN:  Okay.  Cool.
 2        BY MR. MIZRAHI:
 3             Q.    Mr. Antolini, is it more than five
 4        or less than five?
 5                        MR. FINKELSTEIN:  Objection.
 6                        THE WITNESS:  I don't know.
 7        BY MR. MIZRAHI:
 8             Q.    Is it more than ten or less than
 9        ten?
10             A.    I don't know.
11             Q.    A hundred?
12                        MR. FINKELSTEIN:  Objection.
13                        THE WITNESS:  I don't know.
14        BY MR. MIZRAHI:
15             Q.    Mr. Antolini, who is Stuart
16        Finkelstein?
17             A.    What?
18             Q.    Who is Stuart Finkelstein?
19             A.    My lawyer.
20             Q.    Without disclosing the contents of
21        any of the conversations that you've had with
22        your attorney, I'd like you to tell me, how did
23        you and Mr. Finkelstein meet?
24                        MR. FINKELSTEIN:  Objection.
25        That's privileged.  It's communication, whether
```

```
 1        verbal or nonverbal, and I'm directing him not

 2        to answer the question.  Don't answer, Dino.

 3                    THE WITNESS:  I don't know.

 4                    MR. FINKELSTEIN:  No, no.

 5        Just don't answer.

 6                    THE WITNESS:  I --

 7                    MR. FINKELSTEIN:  Thank you.

 8        BY MR. MIZRAHI:

 9            Q.    Mr. Antolini, do you recall how you

10        and Mr. Finkelstein met?

11                    MR. FINKELSTEIN:  Objection.

12        Privileged.  Don't answer, Dino.

13                    THE WITNESS:  I won't answer.

14                    MR. FINKELSTEIN:  Dino, when I

15        say don't answer, you don't have to say

16        anything.  That's fine; okay?

17                    THE WITNESS:  Okay.

18        BY MR. MIZRAHI:

19            Q.    Again, Mr. Antolini, I'm not

20        interested in any conversations or

21        communications, whether verbal or nonverbal,

22        all right?  How long ago did you and

23        Mr. Finkelstein meet?

24                    MR. FINKELSTEIN:  Yeah.  Same

25        objection.  And I'm glad he picked up on my
```

1        wording when I say verbal or nonverbal.  It's

2        all-encompassing.  It's privileged

3        communication.  I'm directing my client not to

4        answer this line of questions.  Move on,

5        please -- or don't move on, whatever you want

6        to do.

7                    Waiting for your next question.

8        BY MR. MIZRAHI:

9            Q.    Mr. Antolini, have you ever been

10       subpoenaed by the U.S. Attorney's Office?

11           A.    Excuse me?

12           Q.    Have you ever been subpoenaed by the

13       U.S. Attorney's Office?

14           A.    Yes.

15           Q.    And when were you subpoenaed by the

16       U.S. Attorney's Office?

17                    MR. FINKELSTEIN:  Objection.

18                    THE WITNESS:  I don't know.  I

19       went there.

20       BY MR. MIZRAHI:

21           Q.    What month or what year?

22                    MR. FINKELSTEIN:  Objection.

23                    THE WITNESS:  I don't know.  I

24       went there.  I was subpoenaed.

25       BY MR. MIZRAHI:

1          Q.    You said you were subpoenaed?

2                    MR. FINKELSTEIN:  Objection.

3     He just answered that three times.

4     BY MR. MIZRAHI:

5          Q.    I'm sorry, Dino.  I didn't hear you.

6          A.    I was subpoenaed.  I went.

7                    THE REPORTER:  I'm sorry.  Was

8     that, I was or I wasn't?

9                    MR. FINKELSTEIN:  He said I

10    was subpoenaed, and I think he said I went.

11    I'm not sure.  Am I right, Dino?

12                    THE WITNESS:  Yeah.

13                    MR. FINKELSTEIN:  Yeah.

14    Thanks.

15                    MR. MIZRAHI:  Please note the

16    improper speaking objection --

17                    MR. FINKELSTEIN:  Duly noted.

18    Absolutely.  Duly noted.

19    BY MR. MIZRAHI:

20          Q.    Mr. Antolini, have you ever been

21    interviewed by anyone from the U.S. Attorney's

22    Office?

23                    MR. FINKELSTEIN:  Objection.

24                    THE WITNESS:  Yes.

25    BY MR. MIZRAHI:

1          Q.    When was that interview?

2                    MR. FINKELSTEIN:  Objection.

3                    THE WITNESS:  I don't know.

4     BY MR. MIZRAHI:

5          Q.    Was it in the last year?

6                    MR. FINKELSTEIN:  Objection.

7     Dino, you can answer even though I said

8     objection.  Dino, can you hear me?

9                    THE WITNESS:  Yeah.

10                    MR. FINKELSTEIN:  Did you hear

11    his last question?  If you did, you can answer.

12                    THE WITNESS:  What?

13                    MR. FINKELSTEIN:  If you heard

14    his last question, you can answer.

15                    THE WITNESS:  Can you repeat

16    it?

17    BY MR. MIZRAHI:

18         Q.    You said you have been interviewed

19    by someone at the U.S. Attorney's Office --

20                    MR. FINKELSTEIN:  Objection.

21    Asked and answered.

22                    THE WITNESS:  Yes.

23    BY MR. MIZRAHI:

24         Q.    Was that in the last year?

25                    MR. FINKELSTEIN:  Objection.

```
 1                      THE WITNESS:  I don't know.
 2       BY MR. MIZRAHI:
 3            Q.    Was that in the last two years?
 4                      MR. FINKELSTEIN:  Objection.
 5                      THE WITNESS:  I don't know.
 6       BY MR. MIZRAHI:
 7            Q.    Mr. Antolini, do you know anyone by
 8       the name of Rushmi Bhaskaran?
 9                      MR. FINKELSTEIN:  Objection.
10       You can answer, Dino.  Of course.
11                      THE WITNESS:  Who?
12       BY MR. MIZRAHI:
13            Q.    Rushmi.  First name R-U-S-H-M-I?
14            A.    No.
15            Q.    Mr. Antolini, why were you
16       interviewed by the U.S. Attorney's Office?
17                      MR. FINKELSTEIN:  Objection.
18                      THE WITNESS:  Regarding my
19       lawyer.
20       BY MR. MIZRAHI:
21            Q.    What about your lawyer?
22                      MR. FINKELSTEIN:  Objection.
23                      THE WITNESS:  They said to go
24       to the courthouse.  I was served with a
25       subpoena, and I went -- they didn't pursue it
```

1       that day.

2       BY MR. MIZRAHI:

3           Q.    So you said that you were subpoenaed

4       regarding your lawyer; is that correct?

5                       MR. FINKELSTEIN:  Objection.

6       Asked and answered.

7                       THE WITNESS:  Yes.

8       BY MR. MIZRAHI:

9           Q.    What about your lawyer?

10                      MR. FINKELSTEIN:  Objection.

11      I don't understand the question.

12                      THE WITNESS:  I don't

13      understand.

14                      MR. MIZRAHI:  I'm going to

15      note the improper instruction for the record.

16                      MR. FINKELSTEIN:  Duly noted.

17      Thank you.

18      BY MR. MIZRAHI:

19          Q.    What about your lawyer, Dino?

20          A.    What about?

21                      MR. FINKELSTEIN:  Objection.

22      BY MR. MIZRAHI:

23          Q.    Why were you subpoenaed about your

24      lawyer?

25                      MR. FINKELSTEIN:  Objection.

Page 22

```
 1                    THE WITNESS:  I don't know.  I
 2      went -- I was subpoenaed, I went.  They said go
 3      home.
 4      BY MR. MIZRAHI:
 5           Q.    What did you discuss?
 6           A.    Nothing.
 7                    MR. FINKELSTEIN:  Hold --
 8      okay.  Objection anyway.
 9                    THE WITNESS:  I went.  They
10      didn't take me there.
11      BY MR. MIZRAHI:
12           Q.    So a moment ago, you said you had
13      been interviewed by someone at the U.S.
14      Attorney's Office; is that correct?
15                    MR. FINKELSTEIN:  Objection.
16      Objection.  Dino, Dino, take your time to
17      answer.  Give me time to make my objection and
18      -- you can answer, Dino, of course.
19                    Jonathan, did you get his answer?
20                    THE REPORTER:  I was waiting
21      for it.
22                    THE WITNESS:  Okay.  What was
23      the question?
24      BY MR. MIZRAHI:
25           Q.    How long did that interview last?
```

1          A.    It wasn't an interview.

2          Q.    There was never an interview; is

3     that what you said?

4          A.    No.  I was subpoenaed to go, I went,

5     they told me to go home.  In case they need me,

6     they'd call.  They never called.  You

7     understand?  I went and they sent me home and

8     said when we need you, we will call.

9               MR. MIZRAHI:  Jonathan, I'm

10    going to be introducing an exhibit for the

11    record.  I believe this is Exhibit E.  Would

12    you please mark this as Defendants' Exhibit E

13    for identification.

14              (Deposition Exhibit E was

15    marked for identification.)

16              MR. MIZRAHI:  I'd like to

17    confirm.  Jonathan, can you see the document on

18    your screen.

19              THE REPORTER:  I can see the

20    document.  Correct.

21    BY MR. MIZRAHI:

22         Q.    Dino, can you see this document on

23    your screen?

24         A.    Yes.

25         Q.    Dino, I'm showing you a letter dated

1       August 4, 2020.  Please take a moment to

2       familiarize yourself with the document as I

3       scroll through it.

4           A.    I have to make it larger.

5           Q.    Mr. Antolini, I'm showing you a

6       letter filed by your attorney on August 5,

7       2020, under Docket No. 61.

8               According to the letter, it says,

9       "The most powerful United States Attorney's

10      Office in the country subpoenaed and spoke

11      directly to my client."

12              Do you see that?

13          A.    Yes.  Okay.

14          Q.    Mr. Antolini, to your knowledge, is

15      this statement true or false?

16              MR. FINKELSTEIN:  Objection.

17      Hold on a second.  Dino, Dino, let me talk,

18      please.  No. 1, objection.  No. 2 -- yeah.  You

19      can answer, Dino.  Go ahead, shoot.

20              THE WITNESS:  I never saw that

21      document.

22      BY MR. MIZRAHI:

23          Q.    Mr. Antolini, is this statement that

24      I just read to you true or false?

25              MR. FINKELSTEIN:  Same

Page 25

1    objection.

2                    THE WITNESS:  What statement?

3    BY MR. MIZRAHI:

4         Q.   It says here that the most powerful

5    U.S. Attorney's Office in the country spoke

6    directly to you.

7                    MR. FINKELSTEIN:  Objection.

8    And is there a question pending?

9    BY MR. MIZRAHI:

10        Q.   Is that an accurate statement,

11   Mr. Antolini?

12        A.   I don't know what your question is.

13        Q.   Your attorney filed a letter with

14   the Court representing that you spoke with the

15   U.S. Attorney's Office.

16        A.   When?

17                    MR. FINKELSTEIN:  Objection.

18   BY MR. MIZRAHI:

19        Q.   It doesn't say when.  My question to

20   you, Dino -- Mr. Antolini, is, is that

21   statement accurate?

22        A.   What's underlined; right?

23        Q.   Yeah.

24                    MR. FINKELSTEIN:  What did he

25   say -- hold on a second.  Jonathan, what did

1     Dino just say?

2                         (Reporter read back from the

3     record.)

4                         MR. FINKELSTEIN:  Okay.  Thank

5     you.

6                         THE WITNESS:  Yeah.

7                         MR. FINKELSTEIN:  Dino, did

8     you just say something?

9                         THE WITNESS:  Yeah.  They told

10    me I was subpoenaed.  I was served.

11    BY MR. MIZRAHI:

12        Q.   But did you ever speak with anyone

13    at the U.S. --

14                        MR. FINKELSTEIN:  Objection.

15    Objection.  He just said, yeah, she told me I

16    was subpoenaed.  Asked and answered.  Don't

17    make him change his testimony.  Jonathan, did

18    you take down his answer, please?

19                        (Reporter read from the

20    record.)

21                        MR. MIZRAHI:  Jonathan, please

22    note the improper speaking objection and

23    instruction for the record.

24    BY MR. MIZRAHI:

25        Q.   Mr. Antolini, did you speak with

1       anyone at the U.S. Attorney's Office?

2                       MR. FINKELSTEIN:  Same

3       objection.

4                       THE WITNESS:  They showed me a

5       badge.  I don't know if they were U.S.

6       Attorney's Office or police or whatever --

7                       THE REPORTER:  I'm sorry.  I

8       couldn't hear that.

9                       MR. FINKELSTEIN:  Dino, talk

10      into the microphone.  We can hardly hear you.

11      Please, talk into the phone.

12                      THE WITNESS:  They showed me a

13      badge.

14                      THE REPORTER:  I'm sorry.  I

15      still couldn't get that word.  I apologize.

16                      THE WITNESS:  B-A-D-G-E.  They

17      showed me a badge.  I went to the court and

18      they sent me home.  You understand?

19                      THE REPORTER:  I still didn't

20      get that first word.

21                      MR. FINKELSTEIN:  He said I

22      went to the court and they sent me home.

23                      THE WITNESS:  They showed me a

24      badge, gave me a subpoena, and I went to the

25      court.  I don't know what date.  I don't know.

Page 28

1    BY MR. MIZRAHI:

2        Q.    Did you speak with anyone at the

3    U.S. Attorney's Office after you went to court?

4        A.    No.

5        Q.    Mr. Antolini, before today, were you

6    aware that your attorney filed this letter?

7        A.    I don't know.

8        Q.    Have you ever seen this letter

9    before today?

10       A.    No.

11                    MR. FINKELSTEIN:  Objection.

12   Asked and answered.

13   BY MR. MIZRAHI:

14       Q.    Mr. Antolini, have you ever

15   personally appeared at the Federal Courthouse

16   located at 500 Pearl Street?

17                    MR. FINKELSTEIN:  Objection.

18   Asked and answered at the last deposition.  And

19   also -- hold on, Dino.  And also, he was

20   questioned regarding that very question by

21   Magistrate Judge Stewart Aaron.  So we're doing

22   a repetition here.  So I'll be guided by your

23   next question, Mister.  Dino, you can answer.

24                    THE WITNESS:  Yes, I was

25   there.

Page 29

1    BY MR. MIZRAHI:

2         Q.   How many times have you appeared at

3    that courthouse?

4                   MR. FINKELSTEIN:  Objection.

5    You can answer, Dino.

6                   THE WITNESS:  Once.  They sent

7    me home.

8    BY MR. MIZRAHI:

9         Q.   Just that one time?

10        A.   I don't know.

11        Q.   Was it more than once?

12        A.   No.  One time.  They said they would

13   call me if they need me.  They never called.

14        Q.   Mr. Antolini, have you ever

15   personally appeared at the Federal Courthouse

16   located at 40 Foley Square?

17        A.   Yes.

18        Q.   How many times?

19        A.   I don't know.

20                   MR. FINKELSTEIN:  Objection.

21   BY MR. MIZRAHI:

22        Q.   Was it more than once?

23                   MR. FINKELSTEIN:  Objection.

24   Asked and answered.  He said he doesn't know.

25   You can answer if you know, Dino.

1           THE WITNESS:  I think the last

2     time you asked me the same question.  I never

3     went in the court.  I went to the conference

4     room with a referee.

5     BY MR. MIZRAHI:

6           Q.   How many times did you go to the

7     court for the conference room?

8           A.   At least more than one.  I don't

9     know the exact number.

10          Q.   Was it more than two times?

11          A.   I think so.

12          Q.   Was it three or four times?

13          A.   I don't keep a diary.  We went over

14    this the last time.

15          Q.   Have you been there frequently or

16    infrequently?

17               MR. FINKELSTEIN:  Objection.

18               THE WITNESS:  To what,

19    infrequently?

20    BY MR. MIZRAHI:

21          Q.   Have you been there many times or

22    just a few times?

23          A.   A few.

24          Q.   Mr. Antolini, I'm showing you what's

25    been previously marked as Defendants'

```
 1        Exhibit C.  Do you see this document?

 2             A.    I do.

 3                       (Deposition Exhibit C was

 4        marked for identification.)

 5             Q.    I'm going to scroll through it.

 6        Please take a moment to familiarize yourself

 7        with the document.

 8             A.    Okay.

 9             Q.    Mr. Antolini, do you recognize this

10        document?

11             A.    No.

12             Q.    Have you ever seen this document

13        before today?

14             A.    No.

15             Q.    Mr. Antolini, I'm showing you an

16        arrest warrant and Criminal Complaint against

17        your attorney, Stuart Finkelstein.  Were you

18        aware that Mr. Finkelstein was arrested?

19                       MR. FINKELSTEIN:  All right.

20        Hold on, Dino.  So Jonathan, can you hear me?

21                       THE REPORTER:  Yes, I can hear

22        you.

23                       MR. FINKELSTEIN:  Great.  I'm

24        going to refer to Judge Stewart Aaron's Order

25        of June 19, 2021, it's Document No. 184.  And
```

1       there's language to the extent of -- well, here

2       it is.  The Defendants are entitled to answers

3       to any questions they have probing whether

4       Plaintiff authorized me to commence the action

5       -- meaning Mr. Antolini -- to the extent

6       relevant thereto.

7               There is no relevance with him

8       asking about an arrest warrant that he just

9       testified he never saw or never knew about

10      having anything to do with his lawsuit against

11      Madame X.

12              The Judge further goes on in his

13      Order to footnote, Footnote No. 1, the Court

14      would not look favorably, however, on questions

15      concerning a warrant or indictment that are not

16      relevant to any issue in this action and that

17      instead appear intended to harass counsel.

18              This is exactly what's taking place

19      right now.  So Mr. Antolini, based on

20      relevance, and more important, obviously, the

21      Judge's Order of June 19th, is not going to

22      answer these questions.  Next question,

23      Counsel.

24              MR. MIZRAHI:  Please note the

25      improper speaking objection for the record.

1           MR. FINKELSTEIN:  Duly noted.

2    Thank you.  Appreciate it.

3           MR. MIZRAHI:  Mr. Finkelstein,

4    are you directing your client not to answer

5    this question?

6           MR. FINKELSTEIN:  The record

7    speaks for itself, Counsel -- Mister.  Excuse

8    me.  Mister.

9           MR. MIZRAHI:  Are you

10   directing your client not to answer the

11   question?

12          MR. FINKELSTEIN:  We're

13   waiting for you to ask the next question, if

14   there is one.  Otherwise, I'll assume you're

15   finished with all your questions.

16   BY MR. MIZRAHI:

17       Q.   Mr. Antolini, you can answer the

18   question.

19          MR. FINKELSTEIN:  Okay.

20   Mr. Antolini -- sorry.  Dino -- and for the

21   record, what I just said is, the record speaks

22   for itself.  Next question, please.

23   BY MR. MIZRAHI:

24       Q.   Mr. Antolini, do you know what your

25   attorney was arrested for?

Page 34

```
 1                    MR. FINKELSTEIN:  This is
 2      going to be the same objection.  Don't answer,
 3      Dino.  And note my continuing objection based
 4      upon my two statements, please, Jonathan.
 5      Thank you.
 6                    Because there is no relevance, I'll
 7      say it again, as to Dino authorizing me to
 8      start and maintain this lawsuit against Madame
 9      X and its four Defendants.
10                    So objection based on relevance and
11      based on Judge's Order and based on harassment
12      of me by this person asking the questions.
13      Next question, please.
14      BY MR. MIZRAHI:
15          Q.   Mr. Antolini, are you aware that
16      your attorney was recently indicted?
17                    MR. FINKELSTEIN:  That's going
18      to be the same objection.  Don't answer it --
19      no, Dino, you can answer that one, who cares.
20      You can answer.  Sorry.
21                    THE WITNESS:  No.
22      BY MR. MIZRAHI:
23          Q.   Are you aware that your attorney was
24      disbarred from practicing law in New York in
25      2007?
```

Page 35

1                      MR. FINKELSTEIN:  Same

2       objection.  Don't answer, Dino.

3       BY MR. MIZRAHI:

4            Q.    Mr. Antolini, are you aware that

5       your attorney is charged with practicing law

6       without a law license?

7                      MR. FINKELSTEIN:  Objection.

8       Don't answer.  Misleading, mischaracterization,

9       and, of course, everything I've said regarding

10      the Order of Judge Stewart Aaron of June 19,

11      2021.  Again, Document No. 184.  Don't answer,

12      Dino.

13      BY MR. MIZRAHI:

14           Q.    Mr. Antolini, are you aware that the

15      Court has imposed sanctions on your attorney

16      for his conduct throughout this litigation?

17           A.    Repeat the question.

18                     MR. MIZRAHI:  Jonathan, if you

19      can please read back my question.

20                     (Reporter read back from the

21      record.)

22                     THE WITNESS:  Yes.

23           Q.    Are you aware that the Court will

24      impose additional sanctions on your attorney

25      for his conduct during the last deposition?

Page 36

1                    MR. FINKELSTEIN:  Say --

2                    THE WITNESS:  I don't know.

3                    MR. FINKELSTEIN:  Okay.

4        That's fine.  That's fine.

5                    THE WITNESS:  I'm not too

6        sure.

7                    MR. FINKELSTEIN:  Dino, can

8        you hear me?

9                    THE WITNESS:  Yeah.

10                   MR. FINKELSTEIN:  Are you all

11       right?  You need a break, are you good?

12                   THE WITNESS:  I'm good.

13                   MR. FINKELSTEIN:  All right.

14       I'm good, too.  Excellent.

15       BY MR. MIZRAHI:

16           Q.   Mr. Antolini, are you aware that the

17       Court may impose additional sanctions on your

18       attorney and on you for failing to appear for

19       your July 23rd deposition or the July 23rd

20       telephonic conference?

21                   MR. FINKELSTEIN:  Objection.

22       You can answer, of course.

23                   THE WITNESS:  I thought I told

24       the Judge what happened, and he said it was all

25       right.

Page 37

1     BY MR. MIZRAHI:

2          Q.    Are you aware that the Judge is

3     considering imposing sanctions for your failure

4     to attend the deposition and the conference?

5          A.    No.

6          Q.    Mr. Antolini, do you trust

7     Mr. Finkelstein?

8                    MR. FINKELSTEIN:  Don't answer

9     that.

10                   THE WITNESS:  Yes.

11                   MR. FINKELSTEIN:  Oh, yes.

12    Okay, Dino.  I appreciate that.

13                   Next idiotic question, please,

14    already.  Oh, my God.

15                   Hey, Jonathan, let me ask you a

16    question.  How come you keep going on mute, and

17    I can't see your smiling face; what's up with

18    that?

19                   THE REPORTER:  It's just

20    standard.  I try not to be a distraction.

21                   MR. FINKELSTEIN:  You'd be a

22    welcome distraction.  If you want to put your

23    face up there, that would be nice.  Otherwise,

24    I gotta look at -- you know what I mean?

25                   MR. MIZRAHI:  Jonathan, please

1    make sure you're taking down all of this

2    speaking testimony from Mr. Finkelstein.

3                    MR. FINKELSTEIN:  First of

4    all, I'm not a witness, I'm not testifying, and

5    like that.

6             But Jonathan, if you want to put

7    your -- it's okay with me.  Because every time

8    I talk to you, you keep staying muted.  So do

9    you mute yourself, too?

10                   THE REPORTER:  I do.

11                   MR. MIZRAHI:  Jonathan, please

12   just make sure you take down all the verbal

13   statements and all the verbal testimony from

14   Mr. --

15                   MR. FINKELSTEIN:  Duly noted.

16   Next question, please.

17   BY MR. MIZRAHI:

18       Q.   Mr. Finkelstein -- sorry.

19   Mr. Antolini, do you trust Mr. Finkelstein?

20       A.   Yes.

21                   MR. FINKELSTEIN:  Asked and

22   answered.  Yes.  He already answered.  Dino,

23   don't answer any more of these silly questions

24   about trust.  Unless you want to -- no, I'm

25   kidding.

1           Jonathan, you got his answer down,

2    that he said yes?

3                THE REPORTER:  I have that

4    answer, previously, yes.

5                MR. FINKELSTEIN:  So you got

6    that twice, now.  Thank you.

7    BY MR. MIZRAHI:

8        Q.   Mr. Antolini, why do you trust

9    Mr. Finkelstein?

10                MR. FINKELSTEIN:  Don't

11    answer.  Next question.  Don't answer, Dino.

12    Don't answer one word, please.  Next question,

13    please -- or don't ask one, it's up to you.

14                MR. MIZRAHI:  Mr. Finkelstein,

15    what's the basis of your instruction to your

16    client not to answer the question?

17                MR. FINKELSTEIN:  Yeah.  Next

18    question, Counsel.

19    BY MR. MIZRAHI:

20        Q.   Mr. Antolini, do you know what Power

21    of Attorney is?

22        A.   Yes.

23                MR. FINKELSTEIN:  Objection --

24    yes.  You can answer.  Dino, do me a favor,

25    don't answer so quick.  Give me time to make my

Page 40

1    objection, I'm going to tell you whether to
2    answer or not.  Okay?
3                    THE WITNESS:  Okay.  You got
4    it.
5                    MR. FINKELSTEIN:  Thanks, pal.
6    BY MR. MIZRAHI:
7        Q.   Mr. Antolini, I didn't hear your
8    response over your attorney's objection.
9                    MR. FINKELSTEIN:
10   Mr. MacDonald, did you hear him say yes?
11                   THE REPORTER:  I do have yes
12   written down.
13                   MR. FINKELSTEIN:  Thank you.
14   Thank you.
15                   MR. MIZRAHI:  Once again,
16   Jonathan, I'd like to ask you to make sure that
17   you're transcribing each and every word from
18   Mr. Finkelstein, including his improper
19   speaking objections.
20                   THE REPORTER:  Noted.  Thank
21   you.
22                   MR. FINKELSTEIN:  Thank you,
23   Jonathan.
24   BY MR. MIZRAHI:
25       Q.   Mr. Antolini, I didn't hear your

Page 41

1      response to the last question.  Do you know

2      what Power of Attorney is?

3                    MR. FINKELSTEIN:  Asked and

4      answered three times.  You can answer, Dino.

5                    THE WITNESS:  Yes.

6      BY MR. MIZRAHI:

7          Q.   Have you ever executed a Power of

8      Attorney in favor of Mr. Finkelstein?

9                    MR. FINKELSTEIN:  Objection.

10     Don't answer, it goes to privilege.  Next

11     question, Counselor.  Don't answer, Dino, not a

12     word, please.  Thank you.

13         Q.   Mr. Antolini, I'm not interested in

14     any conversations you've had with your

15     attorney, I'm not interested in any

16     communications that you had with him.  My

17     question to you is, have you ever executed a

18     Power of Attorney in favor of Mr. Finkelstein?

19                    MR. FINKELSTEIN:  Dino, do not

20     answer.  Not only does it go to privilege,

21     which as far as I'm concerned might even

22     encompass a work product, but -- Dino, don't

23     answer.  Next question, please.

24     BY MR. MIZRAHI:

25         Q.   Mr. Antolini, have you ever executed

1       a retainer agreement authorizing

2       Mr. Finkelstein to represent you for the

3       purpose of commencing and prosecuting this

4       action?

5                       MR. FINKELSTEIN:  Again, goes

6       to privilege, work product, and also asked and

7       answered in Interrogatories, and I believe in a

8       number of conferences with the Court.  So don't

9       answer, Dino.

10                      If you want to ask him, did he

11      authorize me to commence this lawsuit, by all

12      means, that's a matter of public record.  But

13      anything other than that is same objection.

14      Thank you.

15      BY MR. MIZRAHI:

16          Q.   Mr. Antolini, how often do you speak

17      with your attorney?

18                      MR. FINKELSTEIN:  Dino --

19      objection on silliness and unbelievableness.

20      Next question.  Don't answer, Dino.

21                      These are really outrageous

22      questions, man.  I was going to say I'm

23      surprised, but I'm not.  Next question, please.

24      Thank you.

25      BY MR. MIZRAHI:

Page 43

1          Q.   Mr. Antolini, how many times did you
2     communicate with your attorney --
3                    MR. FINKELSTEIN:  Next
4     question.  Dino, don't answer.  Next question,
5     please.
6     BY MR. MIZRAHI:
7          Q.   Mr. Antolini, I'm going to repeat my
8     question because I was interrupted.  My
9     question was, how many times did you
10    communicate with your attorney related to this
11    lawsuit?
12                   MR. FINKELSTEIN:  Dino, don't
13    answer.  Next question, please.
14    BY MR. MIZRAHI:
15         Q.   Mr. Antolini, how do you, typically,
16    communicate with your attorney?
17                   MR. FINKELSTEIN:  Next
18    question.  Don't answer, Dino.  Same objection,
19    obviously -- or, objections, I should say.
20    BY MR. MIZRAHI:
21         Q.   Mr. Antolini, has your attorney ever
22    provided you with any documents to sign in
23    connection with your ADA lawsuits?
24                   MR. FINKELSTEIN:  Don't
25    answer, Dino.  Privilege, work product, the

Page 44

1      whole rigamarole.  Don't answer, Dino.  Next

2      question, please.

3      BY MR. MIZRAHI:

4          Q.   Mr. Antolini, do you have a scanner

5      at home?

6                    MR. FINKELSTEIN:  Don't

7      answer.  Irrelevant, immaterial, objection.

8      And also, that very question was asked by the

9      Judge Magistrate on this case, and Mr. Antolini

10     was sworn to before that little mentioned

11     cross-examination took place.  And we all know

12     the answer.  See the transcript of that

13     conference.  Don't answer, Dino.  Next

14     question, please.

15     BY MR. MIZRAHI:

16         Q.   Mr. Antolini, do you have a printer

17     at home?

18                    MR. FINKELSTEIN:  Objection.

19     Asked and answered by the Judge and not

20     relevant to anything that I'm aware of.  Next

21     question, please.  Thank you.

22                    By the way -- because this all goes

23     to, as we know, his ability to communicate with

24     me which again was cause by which he was

25     examined under oath by the Magistrate in this

Page 45

1    case.  Next question, please.

2                    MR. MIZRAHI:  To be clear, Mr.

3    Finkelstein, you're directing your client not

4    to answer the question?

5                    MR. FINKELSTEIN:  Next

6    question, please.  Thank you.  Appreciate it.

7                    MR. MIZRAHI:  Jonathan, I'd

8    like to introduce another exhibit for the

9    record.  Please mark this Defendants' Exhibit F

10   for identification.

11                   (Deposition Exhibit F was

12   marked for identification.)

13        Q.    Mr. Antolini, I'm showing you a set

14   of responses and objections to Interrogatories

15   dated July 24, 2020.  Please take a moment to

16   familiarize yourself with this document, as I

17   scroll through it.

18              Mr. Antolini, do you recognize this

19   document?

20        A.    Yes.

21        Q.    What is it?

22        A.    Excuse me?

23        Q.    What is it?

24                   MR. FINKELSTEIN:  Objection.

25   You can answer if you know, Dino, obviously.

Page 46

1                    THE WITNESS:  I'm not a

2      lawyer.

3      BY MR. MIZRAHI:

4          Q.    Have you ever seen this document

5      before?

6                    MR. FINKELSTEIN:  Asked and

7      answered.  He just said yes.  He just said yes.

8                    MR. MIZRAHI:  I'm going to

9      note the improper instruction --

10                    MR. FINKELSTEIN:  I'm going to

11      note the improper questioning because you

12      repeat the same question all the time, two,

13      three, four times.  He had just answered you

14      not more that 20 seconds before that, he said

15      yes to your very first question.

16                    MR. MIZRAHI:  Once again, note

17      the improper speaking instruction --

18                    MR. FINKELSTEIN:  Absolutely.

19      Duly noted.  Thank you.

20      BY MR. MIZRAHI:

21          Q.    Mr. Antolini, have you ever seen

22      this document before?

23                    MR. FINKELSTEIN:  Asked and

24      answered, now, four times.  Dino, you can

25      answer.

1                    THE WITNESS:  Yes.

2      BY MR. MIZRAHI:

3           Q.    What is this document?

4                    MR. FINKELSTEIN:  Asked and

5      answered.  He already said, I'm not a lawyer.

6      BY MR. MIZRAHI:

7           Q.    Mr. Antolini, does your name appear

8      anywhere on this document?

9           A.    Yes.

10          Q.    Mr. Antolini, did you sign this

11     document?

12                   MR. FINKELSTEIN:  Objection,

13     but you can answer.

14                   THE WITNESS:  Yes.

15     BY MR. MIZRAHI:

16          Q.    Mr. Antolini, is this your

17     signature?

18                   MR. FINKELSTEIN:  He just said

19     he signed it.  Objection.

20                   MR. MIZRAHI:  I'm going to

21     note the improper instruction for the record.

22                   MR. FINKELSTEIN:  Jonathan, he

23     said yes?

24                   (Reporter read back from the

25     record.)

Page 48

1                    MR. FINKELSTEIN:  Okay.

2      Thanks.

3      BY MR. MIZRAHI:

4           Q.    Mr. Antolini, is this your

5      signature?

6                    MR. FINKELSTEIN:  Asked and

7      answered.  Objection.  You can answer.

8                    THE WITNESS:  Yes.

9      BY MR. MIZRAHI:

10          Q.    Mr. Antolini, did you read this

11     document before you signed it?

12          A.    Yes.

13          Q.    How many times did you read it?

14                   MR. FINKELSTEIN:  How many

15     times did you read it -- objection.  I'm sorry.

16     Go ahead.

17                   THE WITNESS:  I don't know.

18     BY MR. MIZRAHI:

19          Q.    Mr. Antolini, did you verify the

20     contents of the document for accuracy before it

21     was filed?

22                   MR. FINKELSTEIN:  Objection.

23                   THE WITNESS:  Yes.

24     BY MR. MIZRAHI:

25          Q.    How many times did you verify it?

1            MR. FINKELSTEIN:  Objection.

2    Don't answer.  Harassment.  Don't answer, Dino.

3    Next question, please.

4    BY MR. MIZRAHI:

5       Q.    Mr. Antolini, is it possible that

6    the information contained in this document is

7    not accurate?

8            MR. FINKELSTEIN:  Don't

9    answer.  Don't answer.  Irrelevant, atrocious.

10   Anything is possible.  Next question, please.

11   Objection.  I hope I said objection, Jonathan.

12   BY MR. MIZRAHI:

13      Q.    Mr. Antolini, I see your signature

14   appears here; is that correct?

15           MR. FINKELSTEIN:  Objection.

16   Asked and answered five times.  You can answer,

17   Dino.

18           THE WITNESS:  Yes.

19   BY MR. MIZRAHI:

20      Q.    Did you sign this document in

21   person, or did you sign this document and then

22   send it to your attorney virtually?

23           MR. FINKELSTEIN:  Objection.

24   Irrelevant.  It goes to privilege.  It goes to

25   work product.  It goes to a whole bunch of

Page 50

```
 1        things, but I'll just leave it as a general

 2        objection and motion.  In practice, it will be

 3        sorted out.

 4                    But as to how we communicate is

 5        privileged.  So don't answer, Dino.  Thank you.

 6                    MR. MIZRAHI:  Jonathan, I'd

 7        like to introduce another exhibit.  Please mark

 8        this as Defendants' Exhibit G for

 9        identification.

10                    (Deposition Exhibit G was

11        marked for identification.)

12        BY MR. MIZRAHI:

13             Q.   Mr. Antolini, please take a moment

14        to familiarize yourself with this document.

15                    Mr. Antolini, do you recognize this

16        document?

17             A.   Yes.

18             Q.   What is it?

19                    MR. FINKELSTEIN:  Objection.

20                    THE WITNESS:  I'm not a

21        lawyer.

22        BY MR. MIZRAHI:

23             Q.   A moment ago you said that you

24        recognize this document; is that correct?

25                    MR. FINKELSTEIN:  Objection.
```

Page 51

1      Asked and answered.

2                      THE WITNESS:  Yes.

3      BY MR. MIZRAHI:

4          Q.    So what is it?

5                      MR. FINKELSTEIN:  Objection.

6      He answered already.  Asked and answered.

7      Objection.  He just said, I'm not a lawyer.

8      BY MR. MIZRAHI:

9          Q.    Does that mean you don't know what

10     this document is?

11                     MR. FINKELSTEIN:  Objection.

12     Asked and answered.  Rhetorical and starting to

13     appear harassing, annoying, and irritating.

14     Actually, it is harassing, annoying, and

15     irritating -- and not made in good faith, let

16     me put that in as well.

17     BY MR. MIZRAHI:

18         Q.    Mr. Antolini, do you know what this

19     document is?

20                     MR. FINKELSTEIN:  Asked and

21     answered five times.  You can answer it again,

22     Dino, what the heck.

23                     THE WITNESS:  I signed it, and

24     I'm not a lawyer.

25     BY MR. MIZRAHI:

Page 52

1         Q.    Mr. Antolini, did you read this

2    document before you signed it?

3         A.    Yes.

4         Q.    How many times did you read this

5    document before you signed it?

6                   MR. FINKELSTEIN:  Objection.

7    Harassment, annoying, and certainly made in bad

8    faith, these questions.  Note my objection,

9    please.  And Dino, you can answer if you know

10   the answer, of course.

11                  THE WITNESS:  I don't know.

12        Q.    Mr. Antolini, do you know what a

13   public notary is?

14        A.    Yes.

15        Q.    Did you sign this in front of a

16   public notary?

17        A.    Yes.

18        Q.    Is this document -- is there a

19   reason why did this document isn't notarized?

20                  MR. FINKELSTEIN:  Objection.

21                  THE WITNESS:  I'm not a

22   lawyer.

23   BY MR. MIZRAHI:

24        Q.    Who is the public notary that

25   witnessed you sign this document?

```
 1                    MR. FINKELSTEIN:  Objection.

 2                    THE WITNESS:  What is the

 3        question?

 4        BY MR. MIZRAHI:

 5             Q.    Who is the public notary that

 6        witnessed you sign this document?

 7             A.    Stuart Finkelstein.

 8             Q.    Did you verify the contents of this

 9        document for accuracy before it was filed with

10        the Court?

11                    MR. FINKELSTEIN:  Asked and

12        answered.  You asked that question.  Jonathan,

13        if you want to go back to read it, I'd

14        appreciate it.  Go ahead and answer it anyway.

15        Jonathan, don't waste your time.

16                    THE WITNESS:  What was the

17        question again?

18        BY MR. MIZRAHI:

19             Q.    My question, Mr. Antolini, was, did

20        you verify the contents of the document before

21        it was filed with the Court?

22             A.    What do you mean verify?

23             Q.    Did you review it for accuracy?

24             A.    What?

25             Q.    What I mean is, did you review it
```

1     for accuracy?

2          A.    I did.

3                    MR. MIZRAHI:  Please note

4     Plaintiff counsel's improper instruction for

5     the record in the form of nonverbal

6     communication in the nodding.

7                    MR. FINKELSTEIN:  I have no

8     idea what you're talking about.  But then

9     again, that's been going on for about two

10    years.  So next question, please.

11    BY MR. MIZRAHI:

12         Q.    Mr. Antolini, is it possible the

13    information in this document is not accurate?

14                    MR. FINKELSTEIN:  Objection.

15    Harassment, anything is possible, not made in

16    good faith.  He already testified that he

17    verified its contents before he signed it.

18    Next question, please.

19                    MR. MIZRAHI:  Please note the

20    improper speaking objection and instruction for

21    the record.

22                    MR. FINKELSTEIN:  Absolutely.

23    Duly noted.

24                    MR. MIZRAHI:  Jonathan, please

25    mark this Defendants' Exhibit H for

Page 55

```
1        identification.
2                       (Deposition Exhibit H was
3        marked for identification.)
4        BY MR. MIZRAHI:
5             Q.    Mr. Antolini, I'm showing you a
6        document.  Please take a moment to familiarize
7        yourself with it.
8                  Mr. Antolini, have you ever seen
9        this document before today?
10            A.    Yes.
11            Q.    What is this document?
12            A.    I don't know.  I'm not a lawyer.
13            Q.    Mr. Antolini, does your name appear
14       anywhere in this document?
15            A.    Yes.
16                  MR. FINKELSTEIN:  Note my
17       objection.  Self-evident.
18       BY MR. MIZRAHI:
19            Q.    Mr. Antolini, is this your
20       signature?
21            A.    Yes.
22            Q.    And did you sign this document in
23       person or did you sign it -- or -- did you sign
24       it in person or did you sign it and then
25       transmit it electronically to your attorney?
```

Page 56

1              MR. FINKELSTEIN:  Objection.

2      Goes to privilege, methodology of

3      communication, how we communicated, when we

4      communicated, and it might even be work

5      product.  I'm not sure.  But I'm directing my

6      client not to answer based on grounds of

7      privilege.  If the Judge tells me he's got to

8      respond to it, we'll respond to it.  Right now,

9      as far as I'm concerned, it's privileged.

10     That's my argument, that's our position.

11     BY MR. MIZRAHI:

12         Q.   Mr. Antolini, did anybody witness

13     you sign this document?

14              MR. FINKELSTEIN:  Objection.

15     You can answer, of course.

16     BY MR. MIZRAHI:

17         Q.   Mr. Antolini?

18         A.   Yes.

19         Q.   Did anybody witness you sign this

20     document?

21              MR. FINKELSTEIN:  You can

22     answer, Dino.  Go ahead.

23              THE WITNESS:  Yes.

24         Q.   Who?

25         A.   Come again?

Page 57

```
 1                     MR. FINKELSTEIN:  You're good.
 2      You're good.  No problem.
 3                     THE WITNESS:  Stuart
 4      Finkelstein.
 5      BY MR. MIZRAHI:
 6          Q.    Did anybody else witness you sign
 7      this document?
 8                     MR. FINKELSTEIN:  Did anybody
 9      else?  Objection.  Irrelevant, immaterial,
10      bad-faith question, meant to harass.  Anybody
11      else -- next question, please.
12      BY MR. MIZRAHI:
13          Q.    Mr. Antolini, did you read this
14      document before it was filed?
15          A.    Yes.
16          Q.    And how many times did you read this
17      document before it was filed?
18                     MR. FINKELSTEIN:  Objection.
19                     THE WITNESS:  I don't know.
20      BY MR. MIZRAHI:
21          Q.    Did you verify the contents of this
22      document for accuracy before it was filed?
23          A.    Yes.
24          Q.    Is it possible that the information
25      contained in this document is not accurate?
```

1           MR. FINKELSTEIN:  Don't

2      answer, Dino.  Next question, please.  Another

3      bad-faith question, not made in good faith,

4      obviously.  And anything is possible, and, of

5      course, meant to harass and -- actually, abuse.

6      Let's put the word abuse in there.  Is it

7      possible that after he verified it, and he

8      didn't know what he was reading.  Wow.  Next

9      question, please.  Thank you.

10     BY MR. MIZRAHI:

11          Q.   Mr. Antolini, I'm showing you the

12     same exhibits that you had just seen a moment

13     ago.  Do you see that exhibit appearing on your

14     screen?

15          A.   I do.

16          Q.   And I'm going to move to another

17     exhibit, interchangeably, referring to Exhibit

18     G and Exhibit H.

19               Do you see the two exhibits as I

20     scroll through each of them?

21          A.   I see just the one you put up

22     before.

23          Q.   Is the screen changing or staying

24     the same?

25          A.   Staying the same.

Page 59

1           Q.    Bear with me one moment,

2     Mr. Antolini.

3           A.    Okay.

4           Q.    Do you see the signature here on

5     your screen?

6           A.    No.

7           Q.    Do you see the --

8           A.    Yes, now.

9           Q.    And I'm referring to the signature

10    in Exhibit G.

11          A.    Yes.

12          Q.    I'm going to show you another

13    signature in just a moment.

14          A.    Okay.

15          Q.    I'm showing you another signature.

16    Do you see this signature?

17          A.    Yes.

18          Q.    I'm referring to the signature that

19    appears in Exhibit H.

20          A.    Yeah, I see it.

21          Q.    Is this signature the same or

22    different from the signature I had just shown

23    you?

24                MR. FINKELSTEIN:  Objection on

25    the multitude --

Page 60

```
 1                    THE WITNESS:  Same.
 2                    MR. FINKELSTEIN:  Note my
 3       objection regardless.  Thank you.
 4       BY MR. MIZRAHI:
 5            Q.   Are these signatures identical or
 6       are they different?
 7                    MR. FINKELSTEIN:  He said
 8       they're the same, read the record.  Do you want
 9       to read it back, Jonathan, please?
10                    (Reporter read from the
11       record.)
12                    MR. FINKELSTEIN:  Okay.  All
13       right.
14                    MR. MIZRAHI:  Jonathan, please
15       mark this as Defendants' Exhibit I for
16       identification.
17                    (Deposition Exhibit I was
18       marked for identification.)
19       BY MR. MIZRAHI:
20            Q.   Mr. Antolini, please take a moment
21       to familiarize yourself with the document.
22            A.   Okay.
23            Q.   Mr. Antolini, do you recognize this
24       document?
25            A.   Yes.
```

Page 61

1          Q.    What is it?

2          A.    Medical --

3          Q.    Excuse me?

4          A.    Medical record.

5          Q.    Does your name appear anywhere on

6     this document?

7          A.    Yes.

8          Q.    And does your signature appear

9     anywhere in this document?

10         A.    I don't see anything.  I see

11    initials.

12         Q.    Did you did initial this document?

13         A.    Yes.

14         Q.    And did anybody witness you sign

15    this document?

16                   MR. FINKELSTEIN:  Objection.

17    Irrelevant, immaterial.  There's no requirement

18    for this to be witnessed by anybody.  But you

19    can -- note my objection, but you can answer,

20    Dino.

21                   THE WITNESS:  I don't see the

22    stamp.

23    BY MR. MIZRAHI:

24         Q.    Did anybody witness you sign this

25    document?

Page 62

```
 1          A.    I don't see the stamp.

 2                     MR. FINKELSTEIN:  He's just

 3     answered twice now.

 4     BY MR. MIZRAHI:

 5          Q.    Does that mean that nobody witnessed

 6     you sign it?

 7          A.    I don't know.

 8                     MR. FINKELSTEIN:  He didn't

 9     sign it, by the way -- mischaracterization.  He

10     initialled it.  Objection.

11     BY MR. MIZRAHI:

12          Q.    Mr. Antolini, did you sign this

13     document in front of a public notary?

14                     MR. FINKELSTEIN:  Objection.

15     Asked and answered.  He --

16                     THE WITNESS:  I didn't sign

17     it.

18     BY MR. MIZRAHI:

19          Q.    Mr. Antolini, did you initial this

20     document in front of a public notary?

21          A.    Yes.

22          Q.    Who?

23                     MR. FINKELSTEIN:  Objection

24     asked and answered.

25     BY MR. MIZRAHI:
```

Page 63

1          Q.    Mr. Antolini?

2          A.    I'm here.

3                     MR. FINKELSTEIN:  Is there a

4     question pending, Jonathan?

5     BY MR. MIZRAHI:

6          Q.    Mr. Antolini, I didn't hear what you

7     said.  Can you repeat that?

8                     MR. FINKELSTEIN:  Hold on a

9     second.  What was the last question, please,

10    Jonathan?  I didn't hear it.

11                    (Reporter read back from the

12    record.)

13                    MR. FINKELSTEIN:  Who, what?

14    What was the question before that?

15                    MR. MIZRAHI:  Please make sure

16    you're taking down Mr. Finkelstein's improper

17    speaking objections for the record.

18                    MR. FINKELSTEIN:  Yeah.  I'm

19    noting it, too.  Thanks.

20                    (Reporter read back from the

21    record.)

22                    MR. FINKELSTEIN:  Is there a

23    question pending, Jonathan?

24                    THE REPORTER:  What I read was

25    the last question, and then there was an

Page 64

1    objection and then counsel asked, Mr. Antolini.

2    And Mr. Antolini said, I'm here.  And that's

3    where we are -- oh, I think we lost

4    Mr. Mizrahi.

5                    (Short recess taken.)

6                    MR. MIZRAHI:  Time is now

7    12:33 p.m., EDT.  This is Jason Mizrahi.

8    Attorney for Plaintiff, Stuart Finkelstein, had

9    unilaterally taken a break while a question was

10   pending.  The question had remained unanswered.

11   The question that was pending was whether or

12   not Plaintiff had signed the previously

13   introduced exhibit in front of a public notary.

14   The Plaintiff had not responded to this

15   question before taking a break.

16                    The Defendants respectfully reserve

17   their right to compel responses to this

18   question and to seek sanctions as appropriate.

19                    (Recess taken.)

20   BY MR. MIZRAHI:

21        Q.    Mr. Antolini, did you initial this

22   document in front of a public notary?

23                    MR. FINKELSTEIN:  Asked and

24   answered three times.  Objection.

25   BY MR. MIZRAHI:

Page 65

1          Q.    Go ahead, Dino.

2                    MR. FINKELSTEIN:  Who just

3      said go ahead, Dino?  Jonathan, that wasn't

4      you; was it?

5                    THE REPORTER:  No, that was

6      not.

7                    MR. FINKELSTEIN:  Yeah.

8      Again, this is the last admonishment.  You

9      don't call my client Dino.  You call him

10     Mr. Antolini.  Go ahead, Dino, what's your

11     answer to that?

12                    THE WITNESS:  Yes.

13                    MR. MIZRAHI:  Please note the

14     improper speaking objection for the record.

15                    MR. FINKELSTEIN:  It's duly

16     noted and we appreciate your diligence.  Thank

17     you.

18                    Go ahead, Dino, you can answer.

19     BY MR. MIZRAHI:

20          Q.    Mr. Antolini, did you verify the

21     contents of this document for accuracy before

22     it was filed?

23                    MR. FINKELSTEIN:  Asked and

24     answered.  And it wasn't filed --

25                    THE WITNESS:  Yes.

Page 66

```
 1                    MR. FINKELSTEIN:  Objection.
 2      But you said yes.  Okay.
 3      BY MR. MIZRAHI:
 4          Q.    Is it possible that the information
 5      in this document is not accurate?
 6                    MR. FINKELSTEIN:  Hold on a
 7      second, Dino.  Could you repeat that question,
 8      please, Jonathan?  I didn't hear it.
 9      BY MR. MIZRAHI:
10          Q.    Mr. Antolini, did you hear my
11      question?
12                    MR. FINKELSTEIN:  Don't
13      answer, Dino.  Could you repeat the question
14      please, Jonathan?
15                    (Reporter read from the
16      record.)
17                    MR. FINKELSTEIN:  Yeah.
18      That's why -- objection.  Harassment,
19      humiliation.  After he signed it, he said he
20      verified it.  Directing my client not to
21      answer.  Next question, please.  Thank you.
22                    Jonathan, just to be clear, we
23      started at 12:45; right?
24                    THE REPORTER:  Let me just
25      check my timestamps.
```

Page 67

1        BY MR. MIZRAHI:

2            Q.    Mr. Antolini, I'm showing a

3        document --

4                        MR. FINKELSTEIN:  Hold on.  I

5        just want to hear the answer from this

6        gentleman.

7                        THE REPORTER:  It looks like

8        we went on at 12:46.

9                        MR. FINKELSTEIN:  My bad.

10       Thank you very much.

11                       MR. MIZRAHI:  Jonathan, please

12       mark this as Defendants' Exhibit J for

13       identification.

14                       (Deposition Exhibit J was

15       marked for identification.)

16       BY MR. MIZRAHI:

17           Q.    Mr. Antolini, I'm showing you a

18       document.  Please take a moment to familiarize

19       yourself with it.

20                       Mr. Antolini, do you recognize this

21       document?

22           A.    Yes.

23           Q.    Do you know what it is?

24           A.    I think so.

25           Q.    Can you tell me what it is?

Page 68

1            A.    Declaration.  I have Bell's palsy.

2            Q.    Does your name appear anywhere on

3       this document, Mr. Antolini?

4            A.    Yes.

5                      MR. FINKELSTEIN:  Objection.

6       Self-evident.

7       BY MR. MIZRAHI:

8            Q.    Mr. Antolini, does your signature

9       appear anywhere in this document?

10                      MR. FINKELSTEIN:  Objection.

11       Document speaks for itself.  Self-evident.

12       BY MR. MIZRAHI:

13            Q.    Mr. Antolini, is this your

14       signature?

15                      MR. FINKELSTEIN:  Objection.

16                      THE WITNESS:  Yes.

17       BY MR. MIZRAHI:

18            Q.    Did you sign this document in front

19       of anybody?

20                      MR. FINKELSTEIN:  Objection.

21                      THE WITNESS:  I don't know.

22       BY MR. MIZRAHI:

23            Q.    Did you sign this document in front

24       of a public notary?

25                      MR. FINKELSTEIN:  He just

Page 69

1      said, I don't know when you asked him --

2                      THE WITNESS:  I don't know.

3                      MR. FINKELSTEIN:  Objection.

4      BY MR. MIZRAHI:

5           Q.   Did you read this document before it

6      was filed with the Court?

7                      MR. FINKELSTEIN:  Objection.

8      You can answer, Dino.

9                      THE WITNESS:  Yes.

10     BY MR. MIZRAHI:

11          Q.   How many times did you read it

12     before it was filed?

13                     MR. FINKELSTEIN:  Objection.

14                     THE WITNESS:  I don't know.

15                     MR. FINKELSTEIN:  Objection.

16     You're continuing to harass with insinuating

17     that he needs to read something more than once,

18     asking if he was reading something more than

19     once.  And I'm giving you notice of our Rule 30

20     that I'm going to be making right after I

21     terminate this deposition, if you continue with

22     this harassing, bad faith, humiliating about

23     how many times he has to read something.  It

24     really is disgusting.  I'll be guided by your

25     behavior, Mister.  Go ahead, Dino.  You can

Page 70

1      answer, if there's a question.

2      BY MR. MIZRAHI:

3          Q.    I'm sorry.  Mr. Antolini, did you

4      say, I don't know?  Is that what you said?

5          A.    What's the question?

6                    MR. FINKELSTEIN:  Court

7      reporter, Jonathan, could you please read back

8      Mr. Antolini's last response?  I'd like --

9      characterizing or mischaracterizing.  I want to

10     be sure.

11                    THE REPORTER:  Sure.

12                    (Reporter read back from the

13     record.)

14                    MR. FINKELSTEIN:  Okay.  I got

15     it.  He said, I don't know, and then I went

16     into my objection.

17     BY MR. MIZRAHI:

18         Q.    Mr. Antolini, did you verify the

19     contents of this document for accuracy before

20     it was filed?

21                    MR. FINKELSTEIN:  Objection.

22                    THE WITNESS:  Yes.

23                    THE REPORTER:  I didn't hear

24     that answer.

25                    MR. FINKELSTEIN:  Objection.

1      Don't answer, Dino.  Next question.  Again,

2      with the harassment and humiliation.  And then

3      asking him did he verify for his accuracy --

4      wow.  Objection.  Don't answer, Dino.

5                      THE REPORTER:  Counsel, I'm

6      sorry.  I didn't hear your question because I

7      couldn't hear his previous answer.  And I was

8      trying to interrupt.  And I apologize for all

9      this, but there's just lots of crosstalk, so it

10     makes it very difficult.

11                     MR. MIZRAHI:  Jonathan, I'm

12     sorry for the interruptions caused by Mr.

13     Finkelstein.  Please let me know if you need me

14     to repeat any of my questions.

15                     THE REPORTER:  Can you --

16                     MR. FINKELSTEIN:  Jonathan, I

17     don't think you're doing anything wrong.

18     You're doing just fine.  Don't worry about it.

19     I understand it's difficult, but I appreciate

20     you doing your best efforts.  Thank you.

21                     THE REPORTER:  I appreciate

22     everyone on this call, and I just need to ask

23     Mr. Mizrahi his last question.

24                     MR. MIZRAHI:  My question was

25     whether he had verified the contents of the

Page 72

1        document for accuracy before it was filed.  I

2        think the question was whether it was possible

3        that the information contained in the document

4        was not accurate.

5                        MR. FINKELSTEIN:  That's

6        right.  And that's what I objected to and

7        directed him not to answer.  Next question,

8        Counsel.  Thank you, Mister.  Sorry.

9                        MR. MIZRAHI:  Jonathan, did

10       you get that?

11                       THE REPORTER:  I got your

12       question, yes.

13                       MR. MIZRAHI:  Jonathan, please

14       mark this Defendants' Exhibit K for

15       identification.

16                       (Deposition Exhibit K was

17       marked for identification.)

18       BY MR. MIZRAHI:

19           Q.   Mr. Antolini, I'm showing you a

20       document.  Please take a moment to familiarize

21       yourself with it.

22                       Mr. Antolini, do you recognize this

23       document?

24           A.   Yes.

25           Q.   Do you know what it is?

```
 1          A.    I'm not a lawyer.

 2          Q.    Have you seen this document before

 3     today?

 4          A.    Yes.

 5          Q.    When?

 6                    MR. FINKELSTEIN:  Objection.

 7                    THE WITNESS:  I don't know.

 8     BY MR. MIZRAHI:

 9          Q.    Mr. Antolini, does your name appear

10     anywhere on this document?

11                    MR. FINKELSTEIN:  Objection.

12     Self-evident, document speaks for itself.

13                    THE WITNESS:  Yes.

14     BY MR. MIZRAHI:

15          Q.    Mr. Antolini, is this your

16     signature?

17                    MR. FINKELSTEIN:  Objection.

18                    THE WITNESS:  Yes.

19          Q.    Did anybody witness you sign this

20     document?

21                    MR. FINKELSTEIN:

22     Self-evident, document speaks for itself.

23     Objection.  But you can answer.

24                    THE WITNESS:  Yes.

25                    MR. MIZRAHI:  Jonathan, please
```

1      note the improper instruction for the record.

2      BY MR. MIZRAHI:

3          Q.    Who, Mr. Antolini, who did you sign

4      this in front of?

5                    MR. FINKELSTEIN:  Objection.

6      Self-evident, document speaks for itself.

7                    THE WITNESS:  It looks like

8      Stuart Finkelstein stamped it.

9      BY MR. MIZRAHI:

10         Q.    Did you sign this in front of

11     Mr. Finkelstein in person?

12                    MR. FINKELSTEIN:  Objection.

13     Goes to privilege.  And also goes to the fact

14     that Governor Cuomo, when he was in office --

15     just for the record as a side-note --

16     authorized virtual signatures, for notary

17     publics to sign without the client actually,

18     physically -- without the person, actually,

19     physically being present.

20                    So if it was done virtually or if it

21     was done in person, it's immaterial and

22     irrelevant.  But yeah, it also goes to

23     privilege here in terms of communication

24     between myself and Mr. Antolini.  So based off

25     privilege, I'm directing him not to answer the

1    question.  Thank you.

2                      MR. MIZRAHI:  Jonathan, please

3    note the improper objection and improper

4    instruction for the record.

5                      MR. FINKELSTEIN:  That's kind

6    of convoluted, but all right.  I'm going to

7    make note of it, too.  Thanks.

8    BY MR. MIZRAHI:

9       Q.   Mr. Antolini, did you read this

10   document before it was filed?

11                     MR. FINKELSTEIN:  Asked and

12   answered.  Objection.

13   BY MR. MIZRAHI:

14      Q.   Go ahead, Mr. Antolini.

15      A.   What?

16      Q.   Did you read this document before it

17   was filed?

18                     MR. FINKELSTEIN:  Same

19   objection.

20                     THE WITNESS:  Yes.

21   BY MR. MIZRAHI:

22      Q.   How many times did you read it?

23                     MR. FINKELSTEIN:  Objection.

24   Objection and -- go ahead.  Sorry.

25                     THE WITNESS:  I don't know.

Page 76

1     BY MR. MIZRAHI:

2          Q.   Mr. Antolini, did you verify the

3     contents of the document for accuracy before it

4     was filed?

5                    MR. FINKELSTEIN:  Objection.

6                    THE WITNESS:  Yes.

7          Q.   Is it possible that the information

8     contained here is not accurate?

9                    MR. FINKELSTEIN:  Don't

10    answer.  Next question, please.

11                   Again, with the harassment,

12    bad-faith questions.  Note my objection,

13    please.

14                   MR. MIZRAHI:  Jonathan, please

15    mark this Defendants' Exhibit L for

16    identification.

17                   (Deposition Exhibit L was

18    marked for identification.)

19    BY MR. MIZRAHI:

20         Q.   Mr. Antolini, I'm showing you a

21    document.  Please take a moment to familiarize

22    yourself with it.  Mr. Antolini, do you

23    recognize this document?

24         A.   Yes.

25         Q.   Can you tell me what it is?

Page 77

```
 1          A.    I'm not a lawyer.

 2          Q.    Have you seen this document before

 3     today?

 4          A.    Yes.

 5          Q.    Does your name appear anywhere in

 6     this document?

 7                     MR. FINKELSTEIN:  Objection.

 8                     THE WITNESS:  Yes.

 9     BY MR. MIZRAHI:

10          Q.    Does your signature appear anywhere

11     in this document?

12                     MR. FINKELSTEIN:  Objection.

13                     THE WITNESS:  Yes.

14     BY MR. MIZRAHI:

15          Q.    Is this your signature?

16                     MR. FINKELSTEIN:  Objection.

17                     THE WITNESS:  Yes.

18     BY MR. MIZRAHI:

19          Q.    And did anybody witness you sign

20     this document?

21                     MR. FINKELSTEIN:  Objection.

22                     THE WITNESS:  Yes.

23     BY MR. MIZRAHI:

24          Q.    Who?

25                     MR. FINKELSTEIN:  Objection.
```

Page 78

1                    THE WITNESS:  Stuart

2      Finkelstein.

3      BY MR. MIZRAHI:

4           Q.    Did you sign it in front of

5      Mr. Finkelstein?

6                       MR. FINKELSTEIN:  Same

7      objection as before regarding privileged

8      communication.  Directing my client not to

9      answer.  Thank you.

10     BY MR. MIZRAHI:

11          Q.    Mr. Antolini, did you sign this

12     document in front of a public notary?

13                      MR. FINKELSTEIN:  Objection.

14     Document speaks for itself, self-evident.

15                      MR. MIZRAHI:  Go ahead,

16     Mr. Antolini.

17                      THE WITNESS:  Yes.

18     BY MR. MIZRAHI:

19          Q.    Who?

20                      MR. FINKELSTEIN:  Asked and

21     answered.  Objection.

22                      THE WITNESS:  Stuart

23     Finkelstein.

24     BY MR. MIZRAHI:

25          Q.    Did you sign it in front of

Page 79

1       Mr. Finkelstein?

2                       MR. FINKELSTEIN:  Stop, stop,

3       stop.  Come on, man.  Next question please.

4       Thank you.

5                       THE REPORTER:  It's really

6       difficult for me to get this down with all

7       the --

8                       MR. FINKELSTEIN:  Yeah.  I'm

9       glad you said that.  Next question, please.

10      Thank you.

11                      MR. MIZRAHI:  Jonathan, let me

12      know when you're ready.

13                      THE REPORTER:  Thank you.

14      Okay, Counsel.

15      BY MR. MIZRAHI:

16          Q.   Mr. Antolini, did you read this

17      document before it was filed?

18                      MR. FINKELSTEIN:  Objection.

19                      THE WITNESS:  Yes.

20      BY MR. MIZRAHI:

21          Q.   How many times did you read it

22      before it was filed?

23                      MR. FINKELSTEIN:  Objection.

24      Same humiliation.  That's the last time that's

25      happening.

Page 80

1                         THE WITNESS:  I don't know.

2        BY MR. MIZRAHI:

3              Q.    Did you verify the contents of the

4        document for accuracy before it was filed?

5                         MR. FINKELSTEIN:  Objection.

6                         THE WITNESS:  Yes.

7        BY MR. MIZRAHI:

8              Q.    Is it possible that the information

9        in this document is not accurate?

10                        MR. FINKELSTEIN:  Don't

11       answer, Dino.  Next question, please.  Thank

12       you.

13                        MR. MIZRAHI:  Jonathan, please

14       mark this Defendants' Exhibit M for

15       identification.

16                        (Deposition Exhibit M was

17       marked for identification.)

18       BY MR. MIZRAHI:

19             Q.    Mr. Antolini, I'm showing you a

20       document.  Please take a moment to familiarize

21       yourself with it.

22                   Mr. Antolini, do you recognize this

23       document?

24             A.    Yes.

25             Q.    Can you tell me what it is?

Page 81

1          A.    Yes -- no.  I don't know.

2          Q.    Have you seen this document before

3     today?

4                    MR. FINKELSTEIN:  Objection.

5                    THE WITNESS:  Yes.

6                    MR. FINKELSTEIN:  Dino, take

7     your time to answer, let me do my thing.

8     BY MR. MIZRAHI:

9          Q.    Does your name appear anywhere in

10    this document, Mr. Antolini?

11         A.    Yes.

12                   MR. FINKELSTEIN:  Objection.

13    BY MR. MIZRAHI:

14         Q.    Does your --

15                   MR. FINKELSTEIN:  I want to

16    make my objection on the record, and you're not

17    letting me do that.  You're talking over my

18    client, and you're talking over me.

19                   Jonathan, please note my objection

20    to the last few questions, please.  Thank you.

21    BY MR. MIZRAHI:

22         Q.    Mr. Antolini, does your signature

23    appear anywhere on this document?

24                   MR. FINKELSTEIN:  Objection.

25    Dino, you can answer if you heard the question.

Page 82

1                    THE WITNESS:  Yes.

2      BY MR. MIZRAHI:

3          Q.    Is this your signature?

4                    MR. FINKELSTEIN:  Objection.

5                    THE WITNESS:  I don't see it.

6      BY MR. MIZRAHI:

7          Q.    Mr. Antolini, is this your

8      signature?

9                    MR. FINKELSTEIN:  Objection.

10     Document speaks for itself.

11                   THE WITNESS:  You didn't do it

12     yet.  I don't see it.

13     BY MR. MIZRAHI:

14         Q.    Excuse me?

15                   MR. FINKELSTEIN:  He said you

16     didn't do it yet.

17                   MR. MIZRAHI:  I'm going to

18     note the improper instruction for the record.

19                   THE WITNESS:  It's not there.

20     BY MR. MIZRAHI:

21         Q.    Mr. Antolini, do you see the exhibit

22     being shared on your screen?

23         A.    Yes.

24         Q.    Mr. Antolini, do you see the

25     signature appearing on your screen?

1        A.    No.

2        Q.    At the bottom of the page, do you

3    see it?

4        A.    Not yet.  Now, yes.

5        Q.    Is this your signature?

6        A.    Yes.

7        Q.    Did you sign this document in front

8    of anybody?

9             MR. FINKELSTEIN:  Objection.

10   Document speaks for itself.  Self-evident.

11             MR. MIZRAHI:  Jonathan, please

12   note the improper speaking objection.

13        Mr. Antolini, you can answer.

14             THE WITNESS:  Yes.

15   BY MR. MIZRAHI:

16        Q.    Who?  Mr. Antolini?

17        A.    I'm here.

18        Q.    Who did you sign this in front of?

19             MR. FINKELSTEIN:  Objection.

20   You can answer.

21             THE WITNESS:  What?

22   BY MR. MIZRAHI:

23        Q.    Who did you sign this document in

24   front of?

25        A.    Let me see.

Page 84

1          Q.    Excuse me?

2          A.    I don't see it again.

3          Q.    Who did you sign this document in

4     front of?

5          A.    I don't see.  Go -- you have to

6     scroll more.  I don't know.

7          Q.    Mr. Antolini, how many times did you

8     read this document before it was filed?

9                    MR. FINKELSTEIN:  Objection.

10    Don't answer, Dino.  Here you go with the

11    harassment, bad faith, humiliation and abuse.

12    BY MR. MIZRAHI:

13         Q.    Mr. Antolini, are you okay?

14         A.    I'm here.

15                    MR. FINKELSTEIN:  Is who okay?

16    Who's asking who's okay?

17    BY MR. MIZRAHI:

18         Q.    Mr. Antolini, did you hear me?

19         A.    I'm here.

20         Q.    Mr. Antolini, can you please answer

21    the question?

22                    MR. FINKELSTEIN:  I just told

23    him not to, Mister, so -- next question,

24    please.

25    BY MR. MIZRAHI:

Page 85

```
 1            Q.   Mr. Antolini, did you verify the
 2       contents of this document for accuracy before
 3       it was --
 4                      MR. FINKELSTEIN:  Objection.
 5       Asked and answered.
 6       BY MR. MIZRAHI:
 7            Q.   Mr. Antolini, I'm going to repeat my
 8       question because I was interrupted.  My
 9       question was whether you had verified the
10       contents of the document for accuracy before it
11       was filed?
12                      MR. FINKELSTEIN:  Objection.
13       Asked and answered.
14                      MR. MIZRAHI:  Go ahead,
15       Mr. Antolini, you can answer.
16                      THE WITNESS:  Yes.
17       BY MR. MIZRAHI:
18            Q.   Is it possible that the information
19       in this document is not accurate?
20                      MR. FINKELSTEIN:  Again, don't
21       answer.  Objection.  Anything's possible.  It's
22       a rhetorical question.  Next question, please.
23                      MR. MIZRAHI:  Jonathan, please
24       mark this Defendants' Exhibit N for
25       identification.
```

Page 86

1                    (Deposition Exhibit N was

2          marked for identification.)

3          BY MR. MIZRAHI:

4               Q.    Mr. Antolini, I'm showing you a

5          document.  Please take a moment to familiarize

6          yourself with it.

7                         MR. FINKELSTEIN:  Jonathan,

8          I'm going to make a statement on the record.

9          It appears to me that he's questioning him --

10         that this document he has up on the screen,

11         it's 219-2, filed August 24, 2021.  It appears

12         to be Dino's Declaration in support of his

13         Motion to have Judge Magistrate Stewart Aaron

14         recused from the case.

15                        While this Motion is pending,

16         Mr. Antolini will not be answering any

17         questions regarding the Motion for Recusal.

18                        So Dino, don't answer anything he

19         asks you about your Declaration; okay?

20                        THE WITNESS:  You got it.

21                        MR. MIZRAHI:  Jonathan, please

22         note the improper instruction for the record.

23                        MR. FINKELSTEIN:  It's not an

24         instruction, I call it counselling my client.

25         But all right, what's the difference?

1                    MR. MIZRAHI:  To be clear,

2        Mr. Finkelstein, you're instructing your client

3        not to answer the question?

4                    MR. FINKELSTEIN:  I was very

5        clear with what I said.  Next question,

6        Counsel.

7        BY MR. MIZRAHI:

8            Q.   Mr. Antolini, do you recognize this

9        document?

10                    MR. FINKELSTEIN:  Don't

11        answer, Dino.  I guess he's ignoring what I

12        said, par for the course.  Just don't answer

13        each question he asks about it.

14        BY MR. MIZRAHI:

15            Q.   Mr. Antolini, do you know what this

16        document is?

17                    MR. FINKELSTEIN:  Don't

18        answer.

19        BY MR. MIZRAHI:

20            Q.   Mr. Antolini, does your name appear

21        anywhere on this document?

22                    MR. FINKELSTEIN:  Don't

23        answer.

24        BY MR. MIZRAHI:

25            Q.   Mr. Antolini, did you sign this

Page 88

1     document?

2                      MR. FINKELSTEIN:  Don't

3     answer, Dino.

4     BY MR. MIZRAHI:

5          Q.    Mr. Antolini, is this your

6     signature?

7                      MR. FINKELSTEIN:  Don't

8     answer, Dino.

9     BY MR. MIZRAHI:

10         Q.    Mr. Antolini, were you aware that

11    your attorney had filed a Declaration in your

12    name on August 24, 2021?

13                     MR. FINKELSTEIN:  Don't

14    answer, Dino.  Next question.

15    BY MR. MIZRAHI:

16         Q.    Mr. Antolini, have you ever read

17    this document?

18                     MR. FINKELSTEIN:  Don't

19    answer, Dino.

20    BY MR. MIZRAHI:

21         Q.    Mr. Antolini, did you read this

22    document before today?

23                     MR. FINKELSTEIN:  Don't

24    answer, Dino.

25    BY MR. MIZRAHI:

Page 89

1          Q.   Mr. Antolini, did you verify the

2     contents of this document before it was a filed

3     with the Court?

4                    MR. FINKELSTEIN:  Don't

5     answer, Dino.

6     BY MR. MIZRAHI:

7          Q.   Mr. Antolini, is it possible that

8     the information contained in this document is

9     not accurate?

10                    MR. FINKELSTEIN:  Don't answer

11    Dino.  I continue objecting to the Motion made

12    to recuse the Judge Magistrate.  And he's

13    asking questions about a pending Motion.  It's

14    absolutely insane, but it's par for the course.

15    Next question, please.

16                    MR. MIZRAHI:  Jonathan, please

17    mark this Defendants' Exhibit O for

18    identification.

19                    (Deposition Exhibit O was

20    marked for identification.)

21    BY MR. MIZRAHI:

22         Q.   Mr. Antolini, I'm showing you a

23    document.  Please take a moment to familiarize

24    yourself with it.

25                    Mr. Antolini, can you hear me?

Page 90

1          A.    Yes.

2          Q.    Mr. Antolini, I'm showing you a

3     document that contains a set of four signatures

4     and an initial.  Do you see that, the document?

5          A.    Yes.

6          Q.    Mr. Antolini, are these signatures

7     the same or are they different?

8                    MR. FINKELSTEIN:  Objection.

9                    THE WITNESS:  They're mine.

10                    MR. FINKELSTEIN:  What did he

11     say, they're mine?

12                    THE WITNESS:  Yeah.

13                    MR. FINKELSTEIN:  Okay.  Cool.

14     BY MR. MIZRAHI:

15          Q.    Mr. Antolini, my question was, are

16     these signatures the same as one another or are

17     they different?

18                    MR. FINKELSTEIN:  Hold on.  He

19     just said, they're mine, No. 1.  No. 2,

20     self-evident, document speaks for itself and he

21     just verified.  Next question, please.

22                    MR. MIZRAHI:  Mr. Antolini,

23     you can answer the question.

24                    MR. FINKELSTEIN:  No.  I just

25     said next question.  He's not answering.  Next

Page 91

```
 1      question.
 2      BY MR. MIZRAHI:
 3          Q.    Mr. Antolini, why are these
 4      signatures different from one another?
 5                    MR. FINKELSTEIN:  Don't
 6      answer, Dino.  Next.
 7                    MR. MIZRAHI:  Mr. Finkelstein,
 8      to be clear, you're instructing your client not
 9      to answer the question?
10                    THE WITNESS:  I'm here.
11                    MR. FINKELSTEIN:  That's okay,
12      Dino.  It's all good.
13                    MR. MIZRAHI:  Jonathan, I
14      would like to introduce another exhibit for the
15      record.  Please mark this Defendants' Exhibit P
16      for identification.
17                    (Deposition Exhibit P was
18      marked for identification.)
19      BY MR. MIZRAHI:
20          Q.    Mr. Finkelstein -- I'm sorry.
21                    Mr. Antolini, I'm showing you a copy
22      of the Complaint filed on September 28, 2019.
23      Please take a moment to familiarize yourself
24      with this document.
25                    Mr. Antolini, do you recognize this
```

Page 92

1       document?

2             A.    Yes.

3             Q.    Can you tell me what it is?

4             A.    Like I said before, I'm not a

5       lawyer.  I've said it before.

6             Q.    And do you recognize it?

7                   MR. FINKELSTEIN:  Objection.

8       You can answer, Dino.

9                   THE WITNESS:  Yes.

10      BY MR. MIZRAHI:

11            Q.    Does your name appear anywhere on

12      this document?

13                  MR. FINKELSTEIN:

14      Self-evident.  Objection.  Document speaks for

15      itself.

16      BY MR. MIZRAHI:

17            Q.    Mr. Antolini, what was your answer?

18            A.    Yes.

19            Q.    Did you read this Complaint before

20      it was filed?

21                  MR. FINKELSTEIN:  Objection.

22                  THE WITNESS:  Yes.

23      BY MR. MIZRAHI:

24            Q.    How many times did you read it?

25                  MR. FINKELSTEIN:  Objection.

1      Don't answer.

2                      MR. MIZRAHI:  Please note the

3      improper instruction.

4                      MR. FINKELSTEIN:  Please note

5      the -- duly noted.  Appreciate it.

6      BY MR. MIZRAHI:

7           Q.   Did you verify the contents of this

8      Complaint for accuracy before it was filed?

9                      MR. FINKELSTEIN:  Objection.

10     He said he read it.  You can answer, Dino.

11                     THE WITNESS:  Yes.

12                     MR. MIZRAHI:  Please note the

13     improper instruction for the record.

14     BY MR. MIZRAHI:

15          Q.   How many times did you verify the

16     contents of the Complaint for accuracy?

17                     MR. FINKELSTEIN:  Objection.

18     Don't answer, Dino.  It's irrelevant, it's

19     immaterial, it's in bad faith.  And, again,

20     demeaning and humiliating that someone would

21     have to read something -- go ahead.  Objection.

22     BY MR. MIZRAHI:

23          Q.   Mr. Antolini, is it possible that

24     the information contained in this Complaint is

25     not accurate?

Page 94

1                    MR. FINKELSTEIN:  Don't

2       answer, Dino.  Don't answer.

3       BY MR. MIZRAHI:

4            Q.    Mr. Antolini, I'm showing you two

5       photographs that have been filed in your

6       Complaint; do you see them?

7            A.    Yes.

8            Q.    Did you take these photographs?

9            A.    No.

10           Q.    Do you know who took these

11      photographs?

12           A.    No.

13           Q.    Mr. Antolini, do you know anyone by

14      the name of Amy McCloskey?

15                    MR. FINKELSTEIN:  Objection.

16      You can answer.

17                    THE WITNESS:  I don't know

18      what you mean.

19      BY MR. MIZRAHI:

20           Q.    Do you know anyone by the name of

21      Amy McCloskey?

22           A.    Amy?  No.

23           Q.    Do you know anyone by the name of

24      Theresa Laurent?

25           A.    No.

Page 95

1          Q.    And do you know anyone by the name

2    of Eddie Chung?

3          A.    No.

4                MR. FINKELSTEIN:  Actually,

5    it's Eddie C.K. Chung, just for the record.

6    BY MR. MIZRAHI:

7          Q.    Mr. Antolini, the three individuals

8    that I listed appear to be named as individual

9    Defendants in this lawsuit.  Why are they named

10   in this lawsuit?

11               MR. FINKELSTEIN:  Objection.

12   I don't know.  Why are they named in this

13   lawsuit?  Dino, if you know, you know.  If you

14   don't, you don't.  It's okay, when I think

15   about it.

16               THE WITNESS:  I don't know.

17               MR. MIZRAHI:  Jonathan, please

18   note the improper instruction for the record.

19               MR. FINKELSTEIN:  Yeah.  Duly

20   noted, for sure.  Thank you.

21   BY MR. MIZRAHI:

22         Q.    Mr. Antolini, if you don't know who

23   these individuals are, why did you name them in

24   this lawsuit?

25               MR. FINKELSTEIN:  Objection.

Page 96

1      Argumentative, assuming facts not in evidence,
2      might even be calling for a legal conclusion
3      and, certainly, harassment.  He's assuming my
4      client has a duty -- you can answer, Dino.  I
5      just want to make sure my objection is on the
6      record.
7                     THE WITNESS:  Okay.  I gave
8      the name of the place to my attorney, and he
9      must have looked it up for his own self.
10     BY MR. MIZRAHI:
11        Q.   Mr. Antolini --
12                    MR. FINKELSTEIN:  You
13     interrupted him, Mister.  Let him finish his
14     answer.  Go ahead, Dino.
15                    THE WITNESS:  That's why I
16     have an attorney, he does the legwork.
17     BY MR. MIZRAHI:
18        Q.   Mr. Antolini, do you know what Dimur
19     Enterprises, Inc. Is?
20        A.   Who?
21        Q.   Dimur Enterprises, Incorporated.
22        A.   I don't know.
23        Q.   Do you know a company by the name of
24     C&S Millennium Real Estate, LLC?
25        A.   No, no.

Page 97

```
1          Q.    Do you know why these two entities
2     are named in this lawsuit?
3                    MR. FINKELSTEIN:   Objection.
4     You can answer.
5                    THE WITNESS:   I assume my
6     lawyer looked up who is behind the
7     establishment.
8     BY MR. MIZRAHI:
9          Q.    Mr. Antolini, do you recall sitting
10    for a deposition with me back in April?
11                   MR. FINKELSTEIN:   Hold on a
12    second.  Jonathan, I didn't hear the question.
13    Did you what with me back in April?
14                       (Reporter read back from the
15    record.)
16                   MR. FINKELSTEIN:   Sitting with
17    me.  Objection.  You can answer.
18                   THE WITNESS:   On the video,
19    not sitting.  I only saw you on the video.
20    BY MR. MIZRAHI:
21         Q.    On the video, right.  Over the
22    computer; do you remember?
23         A.    Yes.
24         Q.    During that last deposition, you had
25    previously testified that you had a history of
```

Page 98

1    alcoholism; do you recall that?

2                      MR. FINKELSTEIN:  Not

3    answering.  Next question.  Humiliating,

4    embarrassment.  One more question regarding

5    alcoholism or physical anything, we are

6    terminating the deposition, Counsel.

7                      And, in addition, we're not going to

8    let you rehash disgustingness.  It's a

9    continuing deposition, and I'm directing him

10   not to answer.

11   BY MR. MIZRAHI:

12        Q.    Mr. Antolini, I didn't hear what you

13   said.  Could --

14                      MR. FINKELSTEIN:  He didn't

15   say anything because I told him not to answer.

16   Unless he said something, Jonathan, and I

17   didn't hear it.  Did you hear his answer?

18                      THE REPORTER:  I did not hear

19   anything from the Witness.

20                      MR. FINKELSTEIN:  Okay.  Cool.

21   Don't answer, Dino.

22                      MR. MIZRAHI:  Jonathan, I'm

23   not going to be marking this as an exhibit, but

24   I'd like to share it on my screen.

25   BY MR. MIZRAHI:

Page 99

1          Q.    Mr. Antolini, I'm just going to read

2     some of the conversation that we had at your

3     last deposition --

4                    MR. FINKELSTEIN:   Objection.

5     Objection to the word conversation.

6     BY MR. MIZRAHI:

7          Q.    And you can follow along with me on

8     your screen; is that all right, Mr. Antolini?

9          A.    Go ahead.

10         Q.    Okay.   So I'm showing you here, on

11    the bottom of Page 226, the question was,

12    "Mr. Antolini, do you have a history of

13    alcoholism."   And in response, on the top of

14    Page 227, you had answered, "yes."

15                    Do you see that?

16                    MR. FINKELSTEIN:   Dino, listen

17    to me, please.   You are not going to respond to

18    any of these questions, these disgusting,

19    sordid, humiliating, mentally embarrassing,

20    abuse questions.   He can read till the cows

21    come home, Dino.   You are not going to answer

22    anything regarding the last deposition.   It's

23    almost as if he wants you to impeach yourself.

24    And we're not rehashing anything.   So Dino,

25    nothing; okay?

1            THE WITNESS:  You got it.

2            MR. MIZRAHI:  Jonathan, please

3     note the improper speaking objection for the

4     record and the improper instruction for the

5     record.

6     BY MR. MIZRAHI:

7        Q.    Mr. Antolini, I'm showing you at the

8     bottom of Page 228, beginning at Line 20, the

9     question was, "Mr. Antolini, do you have a

10    history of alcoholism."  The answer was, "yes."

11            Do you see that, Mr. Antolini?

12            MR. FINKELSTEIN:  Next

13    question, if you want to call that a question.

14    BY MR. MIZRAHI:

15       Q.    Mr. Antolini, I'm showing you

16    Page 261 of your last deposition.  The question

17    that I had asked you was, "Were you a

18    recovering alcohol abuser."  The answer was,

19    "yes."

20            Do you see that?

21            MR. FINKELSTEIN:  Next

22    question.

23    BY MR. MIZRAHI:

24       Q.    Mr. Antolini, can you hear me?

25       A.    Yes.

```
 1              Q.    Mr. Antolini, my question to you is,
 2         if you were a recovering alcoholic, and if you
 3         had a history of alcohol abuse, why are you
 4         going into bars?
 5                        MR. FINKELSTEIN:  Next
 6         question.
 7         BY MR. MIZRAHI:
 8              Q.    Mr. Antolini, go ahead.
 9                        MR. FINKELSTEIN:  Next
10         question.
11         BY MR. MIZRAHI:
12              Q.    Mr. Antolini, can you hear me?
13              A.    Yes, I can hear you.
14              Q.    Mr. Antolini, I'm pulling up a copy
15         of the Complaint.  I'm going to refer you to
16         Paragraph 57.  Do you see that?
17              A.    Yes.
18              Q.    I'm going to refer you to Paragraph
19         69.  Do you see that?
20              A.    Which one?
21              Q.    69.
22              A.    Okay.
23              Q.    So I'm going to refer you to
24         Paragraph 83 -- excuse me, 85.  Do you see
25         that?
```

Page 102

1          A.     Okay.

2          Q.     Paragraphs 57, 69 and 85 all allege

3     that you suffered "emotional distress."

4               Do you see that?

5          A.     Yes.

6          Q.     Mr. Antolini, what does emotional

7     distress mean?

8                    MR. FINKELSTEIN:  Objection.

9     Don't answer that.  Humiliating, embarrassing,

10     maybe looking to make fun of his educational

11     level.  Next question, Counsel.  Disgusting.

12     Next question, please.

13     BY MR. MIZRAHI:

14          Q.     Mr. Antolini, have you ever suffered

15     from emotional distress?

16                    MR. FINKELSTEIN:  Objection.

17     Vague.  You can answer.

18                    THE WITNESS:  I'm suffering

19     right now.  You're making me --

20                    MR. FINKELSTEIN:  Jonathan,

21     did you --

22                    THE REPORTER:  I didn't get

23     that last part.

24     BY MR. MIZRAHI:

25          Q.     Can you describe it to me,

1    Mr. Antolini?

2                    MR. FINKELSTEIN:  Did you get

3    his answer, Jonathan?

4                    THE REPORTER:  I'm trying to

5    interrupt to let you know that I got the first

6    part of his answer, but I didn't get the rest

7    because there was crosstalk.

8                    THE WITNESS:  You are doing

9    it.  You are making me suffer, you understand?

10   BY MR. MIZRAHI:

11       Q.   Mr. Antolini --

12                   MR. FINKELSTEIN:  Don't

13   interrupt him.  You interrupted him in the

14   middle of his answer.  Huh?

15                   THE WITNESS:  You, my friend,

16   are causing emotional disturbance.

17   Humiliating, denigrating, and stigmatizing me.

18   I don't stand for that.

19   BY MR. MIZRAHI:

20       Q.   Mr. Antolini, you filed a Complaint

21   on September 28, 2019.  The Complaint says that

22   you suffer from emotional distress.  Do you see

23   that?

24       A.   Where?

25       Q.   I'm highlighting it for you.

1              MR. FINKELSTEIN:  Objection to

2      this mischaracterization and leaving out of

3      context within which he suffered this emotional

4      distress.

5              If he wants to not cherry-pick and

6      read the entire Paragraph No. 57, that you've

7      highlighted, or Dino, take your time and you

8      read it, go ahead.

9      BY MR. MIZRAHI:

10         Q.    Do you see that, Mr. Antolini?

11         A.    Yes.

12         Q.    So the Compliant says that you

13     suffered and you continue to suffer from

14     emotional distress; do you see that?

15         A.    Yes.

16              MR. FINKELSTEIN:  He's

17     cherry-picking and taking out of context.  You

18     see what is says there, No. 57, it says, as a

19     direct and proximate, did you read that?

20              THE WITNESS:  Yeah.

21              MR. FINKELSTEIN:  As a direct

22     and proximate result of Defendants' unlawful

23     discrimination and violation of -- blah, blah,

24     blah.  Okay.  Now you can answer, if you know.

25              THE WITNESS:  Yes.  I couldn't

1     get in.  I feel like I'm stigmatized.

2                    MR. MIZRAHI:  Jonathan, please

3     note the improper --

4                    THE WITNESS:  Americans with

5     disabilities, we are the No. 1 minority in this

6     nation right now.  And it's about time to be

7     included, not excluded.

8                    MR. MIZRAHI:  Jonathan, please

9     note the improper speaking objection and

10    instruction for the record.

11                   MR. FINKELSTEIN:  Jonathan,

12    note that this has now been the seventh time

13    when Mr. Antolini is in the middle of an

14    answer, this guy keeps interrupting him and

15    stepping all over his speech.  I don't get it.

16    It's like, why ask the questions, if you don't

17    want to hear the answer.  So I'm, again, going

18    to admonish you for speaking while my client is

19    responding.  Go ahead.  What's your next

20    question there, Mister?

21    BY MR. MIZRAHI:

22        Q.    Mr. Antolini, have you ever been

23    evaluated for emotional distress?

24                   MR. FINKELSTEIN:  As a result

25    of this lawsuit?  You can answer that, Dino.

1     Because that's a pretty open-ended question

2     going back since 63/64 years.  So I'm actually

3     going to make -- object to form.

4                     THE WITNESS:  What was the

5     question again?

6                     MR. MIZRAHI:  I'm going to

7     note, once again, the improper speaking

8     objection for the record.

9     BY MR. MIZRAHI:

10        Q.    Mr. Antolini, my question was, have

11    you ever been evaluated for emotional distress?

12        A.    Yes.

13        Q.    When?

14        A.    I don't know.

15        Q.    Was it before the filing of this

16    Complaint?

17                     MR. FINKELSTEIN:  Objection.

18                     THE WITNESS:  Could be any

19    time.

20    BY MR. MIZRAHI:

21        Q.    Was it after the filing of this

22    Complaint?

23                     MR. FINKELSTEIN:  Objection.

24                     THE WITNESS:  Yes.

25    BY MR. MIZRAHI:

1        Q.    Who evaluated you for emotional

2     distress, Mr. Antolini?

3        A.    I don't know the name of the doctor.

4        Q.    Would it have been Dr. Matthew Swan?

5        A.    Could have been.

6        Q.    Would it have been another doctor?

7        A.    I don't know.

8        Q.    Have you ever been evaluated by a

9     doctor for emotional distress after the filing

10    of this Complaint?

11              MR. FINKELSTEIN:  Asked and

12    answered.  Objection.  Actually, could you read

13    back his answer to that, please, Jonathan?

14              (Reporter read back from the

15    record.)

16              MR. FINKELSTEIN:  Thank you.

17    Same objection, asked and answered.

18    BY MR. MIZRAHI:

19        Q.    Mr. Antolini, have you ever been

20    diagnosed with any medical condition as a

21    result of this emotional distress?

22              MR. FINKELSTEIN:  Objection.

23              THE WITNESS:  I don't know

24    what you mean.

25    BY MR. MIZRAHI:

1          Q.    You said you had been evaluated by a

2     doctor for emotional distress; is that correct?

3                    MR. FINKELSTEIN:   Objection.

4     Asked and answered.

5                    THE WITNESS:   When?

6     BY MR. MIZRAHI:

7          Q.    Have you ever been evaluated for

8     emotional distress?

9                    MR. FINKELSTEIN:   Asked and

10    answered now five times -- Dino, let me make my

11    record.   I know you're upset, I know.

12    BY MR. MIZRAHI:

13         Q.    Mr. Antolini -- can you hear me,

14    Mr. Antolini?

15         A.    Yes.

16         Q.    My question to you was if you've

17    ever been evaluated for emotional distress?

18                    MR. FINKELSTEIN:   And we're

19    now objecting on the grounds of harassment.

20    He's answered that question, three, maybe four

21    times.   Asked and answered that question three,

22    maybe four times.   So bad faith.   Maybe even

23    humiliation and embarrassment about this

24    emotional distress thing.   But Dino, you can

25    answer again for the fourth or fifth time.

Page 109

1      Note my objection.

2                      THE WITNESS:  I'm going to go

3      tomorrow to be evaluated because you're causing

4      me emotional distress.

5      BY MR. MIZRAHI:

6          Q.    My question --

7          A.    I'm going tomorrow because you're

8      causing me emotional distress.  Thank you.  Now

9      you got your answer.  You happy?  Tomorrow,

10     Tuesday.

11         Q.    Mr. Antolini, can you tell me what's

12     upsetting you?

13                     MR. FINKELSTEIN:  Objection.

14     Are you kidding me?  Don't answer, Dino.

15     BY MR. MIZRAHI:

16         Q.    Mr. Antolini, you can --

17                     MR. FINKELSTEIN:  Actually,

18     it's a rhetorical question.  He's already told

19     you for the last couple of minutes, you're

20     what's upsetting him, but you're not listening.

21     But whatever.  Next question.

22                     MR. MIZRAHI:  I'm going to

23     note the improper instruction for the record.

24                     MR. FINKELSTEIN:  Yeah.  We'll

25     note it, too.  Next question, Counsel.  Thank

1      you.

2      BY MR. MIZRAHI:

3          Q.    Mr. Antolini, a moment ago, you said

4      that you were feeling upset; is that correct?

5                     MR. FINKELSTEIN:  Don't answer

6      -- no, that's okay.  Objection, but answer.

7                     THE WITNESS:  What was the

8      question again?

9      BY MR. MIZRAHI:

10         Q.    A moment ago, you said that you were

11     feeling upset; is that correct?

12                    MR. FINKELSTEIN:  Objection.

13                    THE WITNESS:  To you.

14     BY MR. MIZRAHI:

15         Q.    Can you be more specific and tell me

16     what's upsetting you?

17                    MR. FINKELSTEIN:  He just said

18     to you.  Next question, Counsel.

19                    THE WITNESS:  You are

20     degrading me --

21                    MR. FINKELSTEIN:  Dino, Dino,

22     Dino, you gotta let me do my thing.  If I tell

23     you don't answer, don't answer, okay?  It's

24     going from ridiculous to sublime to sheer

25     stupidity.  Please don't answer, Dino, if I say

1     don't answer.  Don't say anything.  Thank you.

2                   MR. MIZRAHI:  Mr. Finkelstein,

3     what's the basis of your instruction to your

4     client not to answer the question?

5     Mr. Finkelstein?

6                   MR. FINKELSTEIN:  Are you

7     talking to me?

8                   MR. MIZRAHI:  What's the basis

9     of your instruction to your client not to

10    answer the question?

11                  MR. FINKELSTEIN:  Uh-huh.

12                  MR. MIZRAHI:  Jonathan, before

13    we conclude, I'd like to make a brief statement

14    for the record.  Let me know whenever you're

15    ready.

16                  THE REPORTER:  Go ahead,

17    Counsel.

18                  MR. MIZRAHI:  I'm going to be

19    reading from the Order of the Honorable

20    Magistrate Judge Stewart D. Aaron, dated

21    June 19, 2021, Docket Entry No. 184.  The Order

22    states, in pertinent part, as follows:  "Based

23    on Mr. Finkelstein's conduct -- referring to

24    his conduct at his client's deposition -- the

25    Court will impose sanctions on him.  The Court

1      will base the extent and/or the amount of such

2      sanctions --

3                    MR. FINKELSTEIN:  If you're

4      through with your deposition -- hold on a

5      second -- I don't think Dino and I want to

6      waste our time sitting here.  If you're through

7      with your deposition, so advised.  Otherwise,

8      I'm not sitting here for your recitation of

9      whatever Order you want to read.  Are you

10     finished, Counsel?  Are you finished, Mister,

11     with this deposition?

12                    MR. MIZRAHI:  Jonathan, please

13     let me know when you got cut off so I can

14     continue.

15                    MR. FINKELSTEIN:  I want to

16     know if you're finished because you said

17     something about concluding.  We're not going to

18     sit here and listen to your reading of the

19     Judge's Order.  Are you through?  Why can't you

20     answer the question?  I don't understand,

21     what's so hard?  You don't want to answer.

22                    We're going to hop off because I'm

23     taking that to mean that he's finished with his

24     deposition.  You know what, Dino, I'm going to

25     give him the benefit of the doubt.  Keep

1      reading, Counsel.  Let's end this on a high

2      note.

3                       (Reporter read back from the

4      record.)

5                       MR. MIZRAHI:  Jonathan, please

6      continue to note Mr. Finkelstein's improper

7      interruptions and speaking objections for the

8      record.

9                       If I can continue, the Order states,

10     "the Court will base the extent and/or the

11     amount of such sanctions on the totality of

12     Mr. Finkelstein's conduct during Plaintiff's

13     deposition, which remains open," referring to

14     today's deposition on August 26, 2021.

15                      "Once the deposition is completed,

16     the Court will issue a Written Opinion and

17     Order regarding such sanctions."

18                      Based on Mr. Finkelstein's conduct

19     here today, Defendants respectfully reserve the

20     right to supplement their Motion for Sanctions

21     against Mr. Finkelstein For his conduct during

22     today's deposition.

23                      Jonathan, let me know if I need to

24     restate any of that.

25                      THE REPORTER:  I have that.

1    Thank you.

2                    MR. FINKELSTEIN:  It's 1:40,

3    you've been speaking since 1:35 putting

4    statements on the record.  If I don't hear a

5    question from you in the next minute, we're

6    just going to sign off, Dino and I, because

7    you've ceased questioning of him.  We're not

8    going to sit here and wait for you -- or,

9    listen to your speeches, I should say.  It's

10   1:40.  At 1:41, Dino, we'll hop off unless I

11   hear something from him.

12                   MR. MIZRAHI:  Jonathan, please

13   note Mr. Finkelstein's threat to unilaterally

14   terminate today's deposition.

15                   MR. FINKELSTEIN:  Coming up on

16   1:41, Counsel, we're still sitting here

17   waiting.  I know you like to control things,

18   but this is a little nutty.

19                   Let me ask you one last time, we're

20   sitting here watching you on the screen.  Are

21   you through with this deposition; yes or no,

22   Counsel?  Otherwise, we're hopping off.

23                   MR. MIZRAHI:  Jonathan, again,

24   please note my adversary's threat to

25   unilaterally cancel today's deposition.

1                    MR. FINKELSTEIN:  It's not a

2     threat.  You have ceased questioning now for

3     five minutes.  We're not going to sit here any

4     longer.

5                    Jonathan, are you getting all my

6     statements on the record, and his continuing

7     silence, just sitting there?

8                    THE REPORTER:  I have

9     everything, yes.

10                   MR. FINKELSTEIN:  Thank you.

11                   I'm going to ask you again, for the

12    third time, at six minutes, are you finished

13    with this deposition, Counsel?

14                   I don't get this.  I really don't

15    understand this crazy behavior.

16                   MR. MIZRAHI:  Bear with me one

17    moment, Mr. Antolini.

18                   MR. FINKELSTEIN:  What did he

19    say, Jonathan?

20                   (Reporter read back from the

21    record.)

22                   MR. FINKELSTEIN:  Now, coming

23    up on seven minutes of no questioning.  When it

24    gets to eight, we're gone, just so you know.

25                   We're at eight minutes of you

Page 116

```
1          sitting there staring at a screen, waiting for
2          you to answer whether you're through with your
3          deposition and not even questioning him in
4          eight minutes.  What are you doing there?
5                        MR. MIZRAHI:  Mr. Finkelstein,
6          please be --
7                        Mr. FINKELSTEIN:  What?  What?
8                        MR. MIZRAHI:  Please, just
9          bear with me, Mr. Finkelstein.
10                       MR. FINKELSTEIN:  I'm not
11         going to bear with you.  It's now coming up on
12         nine minutes and as soon as it get to ten, no
13         more idle threats.  At ten minutes, yes, we're
14         terminating the deposition.  One minute,
15         Counsel.  Be patient, be patient -- do you
16         believe --
17                       MR. MIZRAHI:  Jonathan, please
18         note my adversary's --
19                       MR. FINKELSTEIN:  Please note
20         he's making us sit here for close to ten
21         minutes in silence while he looks and gazes at
22         his screen, with my client and I sitting here
23         like lumps on a log.  This is sickening,
24         sickening behavior.
25                       MR. MIZRAHI:  Jonathan, please
```

1       note the unilateral threats to terminate the

2       deposition.  Mr. Finkelstein -- Jonathan, why

3       don't we take a break and come back at 1:48

4       p.m.

5                       MR. FINKELSTEIN:  No, we're

6       not going to take a break after we sat here for

7       ten minutes.  We're going to call the Judge and

8       tell him we sat here for ten minutes.  Let's

9       get him on the phone -- and then take a break,

10      prep your own deposition on your own time.

11                      Jonathan, we're going to be calling

12      the Judge.  Not taking any break.

13                      THE REPORTER:  Can I ask, is

14      the phone call on the record?

15                      Mr. FINKELSTEIN:  It's going

16      to be as soon as we get the Judge's directions.

17                      MR. MIZRAHI:  Yes, Jonathan,

18      it needs to be on the record.  I'm going to

19      note that Mr. Finkelstein had previously muted

20      his microphone when he gave the speaking

21      comport.  Please take down all the conversation

22      on the record, Jonathan.

23                      We will have to call you directly,

24      so you'll be able to hear the Court

25      simultaneously.  As soon as Mr. Finkelstein has

1    arranged for the Judge to be on the line, we'll

2    give you a call as well.

3              In the meantime, I would like to

4    note that, once again, Mr. Finkelstein has

5    muted his mic such that we cannot hear what he

6    is saying, presumably to Judge Aaron's

7    chambers.

8              MR. FINKELSTEIN:  Jonathan, are we

9    on the record?

10             THE REPORTER:  Yes.

11             MR. FINKELSTEIN:  It's 1:48.

12   I just left a message with Judge's chambers,

13   left my phone number.  And hopefully, he'll get

14   it and set up the conference for a ruling.

15   Okay.  So we'll sit tight.

16             MR. MIZRAHI:  Jonathan, I may

17   ask you to refer to certain parts of today's

18   deposition while we're on the phone with the

19   Judge.  Do you have a function to Ctrl-F?

20             THE REPORTER:  I do.

21             MR. MIZRAHI:  Mr. Finkelstein,

22   if you're going to be contacting the Court, I'd

23   ask that you call me first before you reach out

24   to the Court's chambers.

25             Mr. Finkelstein, did you hear me?

1                    (Speaking on the phone)

2                    MR. FINKELSTEIN:  Yes, good

3          afternoon, Judge.  Stuart Finkelstein, I left a

4          message on the other phone.  We have an ongoing

5          deposition here, and I'm calling for a ruling.

6          This is Antolini v. McCloskey.  My phone number

7          is 718-261-4900.  The Index number is

8          19-CV-09038.  And we're all just sitting back

9          waiting to hear back from Your Honor.  Again,

10         718-261-4900.  Thank you.

11                   MR. MIZRAHI:  Let's just go

12         off the record until the Judge gives us a call

13         back.

14                   (Short recess taken.)

15                   MR. MIZRAHI:  I have no

16         further questions.  We're going to discontinue

17         today's deposition, unless you have any

18         cross-examination.

19                   MR. FINKELSTEIN:  I didn't

20         hear you, you have no further questions, what?

21                   MR. MIZRAHI:  Jonathan, I have

22         no further questions.

23                   MR. FINKELSTEIN:  Is that on

24         the record, Jonathan?

25                   (Reporter read back from the

 1     record.)

 2                    MR. FINKELSTEIN:  Do you have

 3     any further questions of my client, yes or no?

 4                    MR. MIZRAHI:  Mr. Antolini,

 5     thank you for your time here today.  I

 6     appreciate you sitting and taking --

 7                    MR. FINKELSTEIN:  Perverted --

 8     all right, Dino, hop off.  We're good.

 9                    THE REPORTER:

10     Mr. Finkelstein, are you ordering a copy of

11     this transcript?

12                    MR. FINKELSTEIN:  Do I have to

13     pay for it?

14                    THE REPORTER:  You do, sir.

15                    MR. FINKELSTEIN:  Let

16     Defendants pay for it and send it to me; okay?

17                    THE REPORTER:  Do you want me

18     to put that on the record?

19                    MR. FINKELSTEIN:  Jonathan,

20     that's a joke.  You don't have to put that on

21     the record, that's a joke.  Jesus Christ.

22                    MR. MIZRAHI:  Jonathan, every

23     word, every word --

24                    MR. FINKELSTEIN:  Every word,

25     Mary said -- listen, Jonathan, stay safe.

Page 121

1      Okay.

2                      THE REPORTER:  Thank you.

3                      MR. FINKELSTEIN:  Every word,

4      Mary wants in.

5                      MR. MIZRAHI:  Jonathan, please

6      make sure that colloquy is reflected in the

7      record.

8                      MR. FINKELSTEIN:  Yes.  Get

9      everything, Jonathan.  And that I said to you

10     have a safe week.  Okay.

11                     THE REPORTER:  Thank you.

12     You, too.

13                     MR. FINKELSTEIN:  Bye.

14                     (At 1:55 p.m., EDT the

15     deposition was concluded.  Signature was not

16     waived.)

17

18

19

20

21

22

23

24

25

Page 122

1                    C E R T I F I C A T E

2                           -  -  -

3                      I, Dino Antolini, do hereby

4         certify that I have read the foregoing

5         transcript and it is a true and correct copy of

6         my deposition, except for the changes, if any,

7         made by me on the attached Deposition

8         Correction Sheet.

9

10

11

                    _____
12
                    _____
13                  Date

14

15

16

17

18

19

20

21

22

23

24

25

1    ERRATA SHEET             REASON FOR
      PAGE     LINE        CHANGE/CORRECTION

2    _____   _____   _____

3    _____   _____   _____

4    _____   _____   _____

5    _____   _____   _____

6    _____   _____   _____

7    _____   _____   _____

8    _____   _____   _____

9    _____   _____   _____

10   _____   _____   _____

11   _____   _____   _____

12   _____   _____   _____

13   _____   _____   _____

14   _____   _____   _____

15   _____   _____   _____

16   _____   _____   _____

17   _____   _____   _____

18   _____   _____   _____

19   _____   _____   _____

20   _____   _____   _____

21   _____   _____   _____

22   _____   _____   _____

23   _____   _____   _____

24

25

1      COMMONWEALTH OF PENNSYLVANIA         )
                                            ) SS
2      COUNTY OF ALLEGHENY                  )

3                      CERTIFICATE

4          I, Jonathan MacDonald, a notary public in
       and for the Commonwealth of Pennsylvania, do
5      hereby certify that the witness, Dino Antolini,
       was by me first duly sworn to testify the
6      truth, the whole truth, and nothing but the
       truth; that the foregoing deposition was taken
7      at the time and place stated herein; and that
       the said deposition was recorded
8      stenographically by me and then reduced to
       typewriting under my direction, and constitutes
9      a true record of the testimony given by said
       witness.

10

11         I further certify that I am not a
       relative, employee or attorney of any of the
       parties, or a relative or employee of either
12     counsel, and that I am in no way interested
       directly or indirectly in this action.

13

14         IN WITNESS WHEREOF, I have hereunto set my
       hand and affixed my seal of office this 1st day
       of September 2021.

15

16     _____
       Jonathan MacDonald, Notary Public
17          Court Reporter

18

19

20

21

22

23

24

25

**A**

**a.m** 1:15 2:10 5:21
6:2,4
**Aaron** 28:21 35:10
86:13 111:20
**Aaron's** 31:24
118:6
**ability** 44:23
**able** 117:24
**absolutely** 18:18
46:18 54:22 89:14
**abuse** 58:5,6 84:11
99:20 101:3
**abuser** 100:18
**accommodate** 9:6
**accuracy** 48:20
53:9,23 54:1
57:22 65:21 70:19
71:3 72:1 76:3
80:4 85:2,10 93:8
93:16
**accurate** 25:10,21
49:7 54:13 57:25
66:5 72:4 76:8
80:9 85:19 89:9
93:25
**accurately** 8:19
**acknowledge** 5:3,7
**action** 7:14 32:4,16
42:4 124:12
**ad** 10:17
**ADA** 43:23
**add** 6:6
**addition** 98:7
**additional** 35:24
36:17
**administered** 5:8
**admonish** 105:18
**admonishment**
65:8
**adversary's** 114:24
116:18
**advised** 112:7
**affixed** 124:14
**afternoon** 119:3
**against-** 1:5

**ago** 16:22 22:12
50:23 58:13 110:3
110:10
**agree** 5:17,19
**agreement** 5:14,15
42:1
**ahead** 24:19 48:16
53:14 56:22 65:1
65:3,10,18 69:25
75:14,24 78:15
85:14 93:21 96:14
99:9 101:8 104:8
105:19 111:16
**alcohol** 100:18
101:3
**alcoholic** 101:2
**alcoholism** 98:1,5
99:13 100:10
**all-encompassing**
17:2
**allege** 102:2
**ALLEGHENY**
124:2
**allow** 13:11
**Americans** 105:4
**amount** 112:1
113:11
**Amy** 1:7 94:14,21
94:22
**and/or** 112:1
113:10
**annoying** 51:13,14
52:7
**answer** 9:8 10:5,8
12:20,21 13:15,20
14:12,14,21 16:2
16:2,5,12,13,15
17:4 19:7,11,14
20:10 22:17,18,19
24:19 26:18 28:23
29:5,25 32:22
33:4,10,17 34:2
34:18,19,20 35:2
35:8,11 36:22
37:8 38:23 39:1,4
39:11,11,12,16,24
39:25 40:2 41:4

41:10,11,20,23
42:9,20 43:4,13
43:18,25 44:1,7
44:12,13 45:4,25
46:25 47:13 48:7
49:2,2,9,9,16 50:5
51:21 52:9,10
53:14 56:6,15,22
58:2 61:19 65:11
65:18 66:13,21
67:5 69:8 70:1,24
71:1,4,7 72:7
73:23 74:25 76:10
78:9 80:11 81:7
81:25 83:13,20
84:10,20 85:15,21
86:18 87:3,11,12
87:18,23 88:3,8
88:14,19,24 89:5
89:10 90:23 91:6
91:9 92:8,17 93:1
93:10,18 94:2,2
94:16 96:4,14
97:4,17 98:10,15
98:17,21 99:21
100:10,18 102:9
102:17 103:3,6,14
104:24 105:14,17
105:25 107:13
108:25 109:9,14
110:5,6,23,23,25
111:1,4,10 112:20
112:21 116:2
**answered** 10:16
18:3 19:21 21:6
26:16 28:12,18
29:24 38:22,22
41:4 42:7 44:19
46:7,13,24 47:5
48:7 49:16 51:1,6
51:6,12,21 53:12
62:3,15,24 64:24
65:24 75:12 78:21
85:5,13 99:14
107:12,17 108:4
108:10,20,21
**answering** 86:16

90:25 98:3
**answers** 32:2
**Antolini** 1:2,14 2:1
3:14 4:10,11,12
6:14,19 7:3,8 9:21
9:23 10:2,11 14:8
15:3,15 16:9,19
17:9 18:20 20:7
20:15 24:5,14,23
25:11,20 26:25
28:5,14 29:14
30:24 31:9,15
32:5,19 33:17,20
33:24 34:15 35:4
35:14 36:16 37:6
38:19 39:8,20
40:7,25 41:13,25
42:16 43:1,7,15
43:21 44:4,9,16
45:13,18 46:21
47:7,10,16 48:4
48:10,19 49:5,13
50:13,15 51:18
52:1,12 53:19
54:12 55:5,8,13
55:19 56:12,17
57:13 58:11 59:2
60:20,23 62:12,19
63:1,6 64:1,2,21
65:10,20 66:10
67:2,17,20 68:3,8
68:13 70:3,18
72:19,22 73:9,15
74:3,24 75:9,14
76:2,20,22 78:11
78:16 79:16 80:19
80:22 81:10,22
82:7,21,24 83:13
83:16 84:7,13,18
84:20 85:1,7,15
86:4,16 87:8,15
87:20,25 88:5,10
88:16,21 89:1,7
89:22,25 90:2,6
90:15,22 91:3,21
91:25 92:17 93:23
94:4,13 95:7,22

96:11,18 97:9
98:12 99:1,8,12
100:7,9,11,15,24
101:1,8,12,14
102:6,14 103:1,11
103:20 104:10
105:13,22 106:10
107:2,19 108:13
108:14 109:11,16
110:3 115:17
119:6 120:4 122:3
124:5
**Antolini's** 70:8
**anybody** 56:12,19
57:6,8,10 61:14
61:18,24 68:19
73:19 77:19 83:8
**Anything's** 85:21
**anyway** 22:8 53:14
**apologize** 27:15
71:8
**appear** 32:17 36:18
47:7 51:13 55:13
61:5,8 68:2,9 73:9
77:5,10 81:9,23
87:20 92:11 95:8
**APPEARANCES**
3:1
**appeared** 6:4 28:15
29:2,15
**appearing** 58:13
82:25
**appears** 49:14
59:19 86:9,11
**applicable** 2:4
**appreciate** 12:1
33:2 37:12 45:6
53:14 65:16 71:19
71:21 93:5 120:6
**appropriate** 64:18
**April** 10:23 97:10
97:13
**argument** 56:10
**Argumentative**
96:1
**arranged** 118:1
**arrangement** 5:12

**arrest** 3:21 31:16
   32:8
**arrested** 31:18
   33:25
**asked** 10:9,16
   19:21 21:6 26:16
   28:12,18 29:24
   30:2 38:21 41:3
   42:6 44:8,19 46:6
   46:23 47:4 48:6
   49:16 51:1,6,12
   51:20 53:11,12
   62:15,24 64:1,23
   65:23 69:1 75:11
   78:20 85:5,13
   100:17 107:11,17
   108:4,9,21
**asking** 8:16,17 32:8
   34:12 69:18 71:3
   84:16 89:13
**asks** 86:19 87:13
**Associates** 3:8 5:17
**assume** 9:2 33:14
   97:5
**assuming** 96:1,3
**atrocious** 49:9
**attached** 122:7
**attend** 37:4
**attorney** 10:4 15:22
   24:6 25:13 28:6
   31:17 33:25 34:16
   34:23 35:5,15,24
   36:18 39:21 41:2
   41:8,15,18 42:17
   43:2,10,16,21
   49:22 55:25 64:8
   88:11 96:8,16
   124:11
**attorney's** 17:10,13
   17:16 18:21 19:19
   20:16 22:14 24:9
   25:5,15 27:1,6
   28:3 40:8
**attorneys** 5:2
**August** 1:15 2:10
   5:21,23 6:1 24:1,6
   86:11 88:12

113:14
**Authorization** 4:8
**authorize** 42:11
**authorized** 32:4
   74:16
**authorizing** 34:7
   42:1
**aware** 28:6 31:18
   34:15,23 35:4,14
   35:23 36:16 37:2
   44:20 88:10

---

**B**

**B** 3:17 4:1
**B-A-D-G-E** 27:16
**back** 11:10,24 26:2
   35:19,20 47:24
   53:13 60:9 63:11
   63:20 70:7,12
   97:10,13,14 106:2
   107:13,14 113:3
   115:20 117:3
   119:8,9,13,25
**bad** 52:7 67:9
   69:22 84:11 93:19
   108:22
**bad-faith** 57:10
   58:3 76:12
**badge** 27:5,13,17
   27:24
**bars** 101:4
**base** 112:1 113:10
**based** 32:19 34:3
   34:10,11,11 56:6
   74:24 111:22
   113:18
**basis** 39:15 111:3,8
**bear** 59:1 115:16
   116:9,11
**beginning** 100:8
**behalf** 3:2,7
**behavior** 69:25
   115:15 116:24
**believe** 23:11 42:7
   116:16
**Bell's** 68:1
**benefit** 112:25

**best** 71:20
**Bhaskaran** 20:8
**blah** 104:23,23,24
**bottom** 83:2 99:11
   100:8
**break** 9:9 36:11
   64:9,15 117:3,6,9
   117:12
**breaks** 9:6
**brief** 111:13
**bunch** 49:25
**Bye** 121:13

---

**C**

**C** 1:8 3:21 5:1 31:1
   31:3 122:1,1
**C&S** 1:8 96:24
**C.K** 95:5
**call** 10:20 23:6,8
   29:13 65:9,9
   71:22 86:24
   100:13 117:7,14
   117:23 118:2,23
   119:12
**called** 2:2 23:6
   29:13
**calling** 96:2 117:11
   119:5
**cancel** 114:25
**cares** 34:19
**case** 1:2 23:5 44:9
   45:1 86:14
**cause** 44:24
**caused** 71:12
**causing** 103:16
   109:3,8
**ceased** 114:7 115:2
**certain** 8:5 118:17
**certainly** 52:7 96:3
**CERTIFICATE**
   124:3
**certify** 122:4 124:5
   124:10
**chambers** 3:19
   118:7,12,24
**change** 26:17
**CHANGE/COR...**

123:1
**changes** 122:6
**changing** 58:23
**characterizing** 70:9
**charged** 35:5
**chazarah** 9:23
**check** 66:25
**cherry-pick** 104:5
**cherry-picking**
   104:17
**Christ** 120:21
**Chung** 1:8 95:2,5
**claims** 10:13 13:23
   14:1
**clarify** 9:1
**clear** 45:2 66:22
   87:1,5 91:8
**client** 17:3 24:11
   33:4,10 39:16
   45:3 56:6 65:9
   66:20 74:17 78:8
   81:18 86:24 87:2
   91:8 96:4 105:18
   111:4,9 116:22
   120:3
**client's** 111:24
**close** 116:20
**colloquy** 121:6
**come** 37:16 56:25
   79:3 99:21 117:3
**coming** 12:11
   114:15 115:22
   116:11
**commence** 32:4
   42:11
**commencing** 42:3
**Commonwealth**
   2:8 124:1,4
**communicate** 43:2
   43:10,16 44:23
   50:4
**communicated**
   56:3,4
**communication**
   15:25 17:3 54:6
   56:3 74:23 78:8
**communications**

16:21 41:16
**company** 96:23
**Comparison** 4:14
**compel** 64:17
**Complaint** 3:22
   4:15 31:16 91:22
   92:19 93:8,16,24
   94:6 101:15
   103:20,21 106:16
   106:22 107:10
**completed** 113:15
**Compliant** 104:12
**comport** 117:21
**computer** 97:22
**concerned** 41:21
   56:9
**concerning** 32:15
**conclude** 111:13
**concluded** 121:15
**concluding** 112:17
**conclusion** 96:2
**condition** 107:20
**conduct** 35:16,25
   111:23,24 113:12
   113:18,21
**conference** 30:3,7
   36:20 37:4 44:13
   118:14
**conferences** 42:8
**confirm** 23:17
**connection** 43:23
**consent** 5:12
**considering** 37:3
**constitutes** 124:8
**contacting** 118:22
**contained** 49:6
   57:25 72:3 76:8
   89:8 93:24
**contains** 90:3
**contents** 15:20
   48:20 53:8,20
   54:17 57:21 65:21
   70:19 71:25 76:3
   80:3 85:2,10 89:2
   93:7,16
**context** 104:3,17
**continue** 10:18

rt
rt
rt
rt
rt
rt
rt
rt
rt
rt

13:8 69:21 89:11 104:13 112:14 113:6,9
continued 7:23 8:2
continuing 10:21 13:6 34:3 69:16 98:9 115:6
control 114:17
conversation 99:2 99:5 117:21
conversations 15:21 16:20 41:14
convoluted 75:6
Cool 15:1 90:13 98:20
copy 91:21 101:14 120:10 122:5
correct 13:18 21:4 22:14 23:20 49:14 50:24 108:2 110:4 110:11 122:5
correction 6:12 122:8
counsel 5:11 10:24 32:17,23 33:7 39:18 64:1 71:5 72:8 79:14 87:6 98:6 102:11 109:25 110:18 111:17 112:10 113:1 114:16,22 115:13 116:15 124:12
counsel's 54:4
counselling 86:24
Counselor 41:11
country 24:10 25:5
COUNTY 124:2
couple 109:19
course 20:10 22:18 35:9 36:22 52:10 56:15 58:5 87:12 89:14
court 1:1 2:5,7 5:22 8:18,20 9:15 25:14 27:17,22,25 28:3 30:3,7 32:13

35:15,23 36:17 42:8 53:10,21 69:6 70:6 89:3 111:25,25 113:10 113:16 117:24 118:22 124:17
Court's 118:24
courthouse 20:24 28:15 29:3,15
cows 99:20
crazy 9:22 115:15
Criminal 31:16
cross-examination 44:11 119:18
crosstalk 71:9 103:7
Ctrl-F 118:19
Cuomo 74:14
cut 112:13

D
D 3:12 5:1 111:20
date 27:25 122:13
dated 23:25 45:15 111:20
day 21:1 124:14
Daylight 6:10
Dckt 3:20
Declaration 4:9,13 68:1 86:12,19 88:11
declare 5:9
Defendants 1:10 2:2 3:7 6:5 7:14 32:2 34:9 64:16 95:9 113:19 120:16
Defendants' 23:12 30:25 45:9 50:8 54:25 60:15 67:12 72:14 76:15 80:14 85:24 89:17 91:15 104:22
degrading 110:20
demeaning 93:20
denigrating 103:17
deposition 1:14 2:1

5:3,5,6,25 6:6,25 7:6,15,24 8:2 10:17,21 13:3,6 23:14 28:18 31:3 35:25 36:19 37:4 45:11 50:10 55:2 60:17 67:14 69:21 72:16 76:17 80:16 86:1 89:19 91:17 97:10,24 98:6,9 99:3,22 100:16 111:24 112:4,7,11 112:24 113:13,14 113:15,22 114:14 114:21,25 115:13 116:3,14 117:2,10 118:18 119:5,17 121:15 122:6,7 124:6,7
describe 102:25
DESCRIPTION 3:18 4:2
diagnosed 107:20
diary 30:13
difference 86:25
different 59:22 60:6 90:7,17 91:4
difficult 71:10,19 79:6
diligence 65:16
Dimur 1:7 96:18,21
Dino 1:2,14 2:1 3:14 6:14 7:19 9:18,20,23 11:1 12:20 13:15,20 14:5,12 16:2,12 16:14 18:5,11 19:7,8 20:10 21:19 22:16,16,18 23:22,25 24:17,17 24:19 25:20 26:1 26:7 27:9 28:19 28:23 29:5,25 31:20 33:20 34:3 34:7,19 35:2,12 36:7 37:12 38:22 39:11,24 41:4,11

41:19,22 42:9,18 42:20 43:4,12,18 43:25 44:1,13 45:25 46:24 49:2 49:17 50:5 51:22 52:9 56:22 58:2 61:20 65:1,3,9,10 65:18 66:7,13 69:8,25 71:1,4 80:11 81:6,25 84:10 86:18 87:11 88:3,8,14,19,24 89:5,11 91:6,12 92:8 93:10,18 94:2 95:13 96:4 96:14 98:21 99:16 99:21,24 104:7 105:25 108:10,24 109:14 110:21,21 110:22,25 112:5 112:24 114:6,10 120:8 122:3 124:5
Dino's 86:12
direct 104:19,21
directed 72:7
directing 16:1 17:3 33:4,10 45:3 56:5 66:20 74:25 78:8 98:9
direction 124:8
directions 12:8 117:16
directly 24:11 25:6 117:23 124:12
disabilities 105:5
disbarred 34:24
disclosing 15:20
discontinue 119:16
discrimination 104:23
discuss 22:5
disgusting 69:24 99:18 102:11
disgustingness 98:8
distraction 37:20 37:22
distress 102:3,7,15

103:22 104:4,14 105:23 106:11 107:2,9,21 108:2 108:8,17,24 109:4 109:8
District 1:1,1 2:5,6
disturbance 103:16
Docket 5:24 24:7 111:21
doctor 107:3,6,9 108:2
document 23:17,20 23:22 24:2,21 31:1,7,10,12,25 35:11 45:16,19 46:4,22 47:3,8,11 48:11,20 49:6,20 49:21 50:14,16,24 51:10,19 52:2,5 52:18,19,25 53:6 53:9,20 54:13 55:6,9,11,14,22 56:13,20 57:7,14 57:17,22,25 60:21 60:24 61:6,9,12 61:15,25 62:13,20 64:22 65:21 66:5 67:3,18,21 68:3,9 68:11,18,23 69:5 70:19 72:1,3,20 72:23 73:2,10,12 73:20,22 74:6 75:10,16 76:3,21 76:23 77:2,6,11 77:20 78:12,14 79:17 80:4,9,20 80:23 81:2,10,23 82:10 83:7,10,23 84:3,8 85:2,10,19 86:5,10 87:9,16 87:21 88:1,17,22 89:2,8,23 90:3,4 90:20 91:24 92:1 92:12,14
documents 43:22
doing 9:24 28:21 71:17,18,20 103:8

116:4
doubt 112:25
Dr 107:4
Due 6:3
duly 6:15 18:17,18
  21:16 33:1 38:15
  46:19 54:23 65:15
  93:5 95:19 124:5
duty 96:4

**E**

E 3:12,17,19 4:1
  5:1,1 23:11,12,14
  122:1,1
EAST 3:9
eastern 5:22 6:9,11
Eddie 1:8 95:2,5
EDT 1:15 2:10 64:7
  121:14
educational 102:10
efforts 71:20
eight 115:24,25
  116:4
either 124:11
electronically
  55:25
embarrassing
  99:19 102:9
embarrassment
  98:4 108:23
emotional 102:3,6
  102:15 103:16,22
  104:3,14 105:23
  106:11 107:1,9,21
  108:2,8,17,24
  109:4,8
employee 124:11
  124:11
encompass 41:22
endorsement 5:23
entered 5:22
Enterprises 1:8
  96:19,21
entire 104:6
entities 97:1
entitled 32:2
Entry 5:24 111:21

ERRATA 123:1
ESQ 3:3,8
establishment 97:7
Estate 1:9 96:24
evaluated 105:23
  106:11 107:1,8
  108:1,7,17 109:3
event 13:12
evidence 96:1
exact 30:9
exactly 32:18
examination 2:3
  6:17
examined 6:16
  44:25
Excellent 36:14
excluded 105:7
excuse 13:25 17:11
  33:7 45:22 61:3
  82:14 84:1 101:24
executed 41:7,17
  41:25
exhibit 3:18 4:2
  23:10,11,12,14
  31:1,3 45:8,9,11
  50:7,8,10 54:25
  55:2 58:13,17,17
  58:18 59:10,19
  60:15,17 64:13
  67:12,14 72:14,16
  76:15,17 80:14,16
  82:21 85:24 86:1
  89:17,19 91:14,15
  91:17 98:23
exhibits 58:12,19
explicitly 10:4
extent 32:1,5 112:1
  113:10

**F**

F 3:23 45:9,11
  122:1
face 37:17,23
fact 74:13
facts 96:1
failing 36:18
failure 37:3

faith 51:15 52:8
  54:16 58:3 69:22
  84:11 93:19
  108:22
false 24:15,24
familiarize 24:2
  31:6 45:16 50:14
  55:6 60:21 67:18
  72:20 76:21 80:20
  86:5 89:23 91:23
far 41:21 56:9
favor 39:24 41:8,18
favorably 32:14
Fed.R.Civ.P.30(b...
  2:4
Federal 28:15
  29:15
feel 105:1
feeling 110:4,11
fifth 108:25
filed 24:6 25:13
  28:6 48:21 53:9
  53:21 57:14,17,22
  65:22,24 69:6,12
  70:20 72:1 75:10
  75:17 76:4 79:17
  79:22 80:4 84:8
  85:11 86:11 88:11
  89:2 91:22 92:20
  93:8 94:5 103:20
filing 106:15,21
  107:9
fine 6:25 7:5 13:12
  16:16 36:4,4
  71:18
finish 8:17 96:13
finished 6:7,8
  33:15 112:10,10
  112:16,23 115:12
Finkelstein 3:3,3
  5:18,19 6:7,24 7:5
  7:16 8:23 9:19
  10:6,15 11:2,5,6,9
  11:14,22 12:7,13
  12:17,22 13:1,17
  14:3,11,16,20,23
  15:1,5,12,16,18

15:23,24 16:4,7
  16:10,11,14,23,24
  17:17,22 18:2,9
  18:13,17,23 19:2
  19:6,10,13,20,25
  20:4,9,17,22 21:5
  21:10,16,21,25
  22:7,15 24:16,25
  25:7,17,24 26:4,7
  26:14 27:2,9,21
  28:11,17 29:4,20
  29:23 30:17 31:17
  31:18,19,23 33:1
  33:3,6,12,19 34:1
  34:17 35:1,7 36:1
  36:3,7,10,13,21
  37:7,8,11,21 38:2
  38:3,15,18,19,21
  39:5,9,10,14,17
  39:23 40:5,9,13
  40:18,22 41:3,8,9
  41:18,19 42:2,5
  42:18 43:3,12,17
  43:24 44:6,18
  45:3,5,24 46:6,10
  46:18,23 47:4,12
  47:18,22 48:1,6
  48:14,22 49:1,8
  49:15,23 50:19,25
  51:5,11,20 52:6
  52:20 53:1,7,11
  54:7,14,22 55:16
  56:1,14,21 57:1,4
  57:8,18 58:1
  59:24 60:2,7,12
  61:16 62:2,8,14
  62:23 63:3,8,13
  63:18,22 64:8,23
  65:2,7,15,23 66:1
  66:6,12,17 67:4,9
  68:5,10,15,20,25
  69:3,7,13,15 70:6
  70:14,21,25 71:13
  71:16 72:5 73:6
  73:11,17,21 74:5
  74:8,11,12 75:5
  75:11,18,23 76:5

76:9 77:7,12,16
  77:21,25 78:2,5,6
  78:13,20,23 79:1
  79:2,8,18,23 80:5
  80:10 81:4,6,12
  81:15,24 82:4,9
  82:15 83:9,19
  84:9,15,22 85:4
  85:12,20 86:7,23
  87:2,4,10,17,22
  88:2,7,13,18,23
  89:4,10 90:8,10
  90:13,18,24 91:5
  91:7,11,20 92:7
  92:13,21,25 93:4
  93:9,17 94:1,15
  95:4,11,19,25
  96:12 97:3,11,16
  98:2,14,20 99:4
  99:16 100:12,21
  101:5,9 102:8,16
  102:20 103:2,12
  104:1,16,21
  105:11,24 106:17
  106:23 107:11,16
  107:22 108:3,9,18
  109:13,17,24
  110:5,12,17,21
  111:2,5,6,11
  112:3,15 113:21
  114:2,15 115:1,10
  115:18,22 116:5,7
  116:9,10,19 117:2
  117:5,15,19,25
  118:4,8,11,21,25
  119:2,3,19,23
  120:2,7,10,12,15
  120:19,24 121:3,8
  121:13
Finkelstein's 12:12
  63:16 111:23
  113:6,12,18
  114:13
first 6:15 11:22
  20:13 27:20 38:3
  46:15 103:5
  118:23 124:5

**five** 15:3,4 49:16
51:21 108:10
115:3
**Foley** 29:16
**follow** 99:7
**follows** 5:24 6:16
111:22
**footnote** 32:13,13
**foregoing** 122:4
124:6
**form** 4:8 54:5
106:3
**four** 10:22 13:3,12
30:12 34:9 46:13
46:24 90:3 108:20
108:22
**fourth** 108:25
**frequently** 30:15
**friend** 103:15
**front** 52:15 62:13
62:20 64:13,22
68:18,23 74:4,10
78:4,12,25 83:7
83:18,24 84:4
**full** 11:12
**fun** 102:10
**function** 118:19
**further** 5:7 32:12
119:16,20,22
120:3 124:10

**G**

**G** 4:3 5:1 50:8,10
58:18 59:10
**gazes** 116:21
**general** 50:1
**gentleman** 67:6
**getting** 115:5
**give** 22:17 39:25
112:25 118:2
**given** 124:9
**gives** 119:12
**giving** 69:19
**glad** 14:12 16:25
79:9
**go** 20:23 22:2 23:4
23:5 24:19 30:6

41:20 48:16 53:13
53:14 56:22 65:1
65:3,10,18 69:25
75:14,24 78:15
84:5,10 85:14
93:21 96:14 99:9
101:8 104:8
105:19 109:2
111:16 119:11
**God** 37:14
**goes** 32:12 41:10
42:5 44:22 49:24
49:24,25 56:2
74:13,13,22
**going** 8:16 9:2
10:18,19 11:18
12:4 13:2,7,9
21:14 23:10 31:5
31:24 32:21 34:2
34:17 37:16 40:1
42:22 43:7 46:8
46:10 47:20 54:9
58:16 59:12 69:20
75:6 82:17 85:7
86:8 98:7,23 99:1
99:17,21 101:4,15
101:18,23 105:17
106:2,3,6 109:2,7
109:22 110:24
111:18 112:17,22
112:24 114:6,8
115:3,11 116:11
117:6,7,11,15,18
118:22 119:16
**good** 6:19,20 11:9
14:13 36:11,12,14
51:15 54:16 57:1
57:2 58:3 91:12
119:2 120:8
**gotta** 37:24 110:22
**Governor** 74:14
**Great** 6:23 13:1
31:23
**ground** 8:5,6
**grounds** 56:6
108:19
**GROUP** 3:3

**guess** 87:11
**guided** 10:23 13:13
28:22 69:24
**guy** 105:14

**H**

**H** 3:3,17 4:1,5
54:25 55:2 58:18
59:19
**hand** 124:14
**happened** 36:24
**happening** 79:25
**happy** 8:13 9:6
109:9
**harass** 32:17 57:10
58:5 69:16
**harassing** 51:13,14
69:22
**harassment** 34:11
49:2 52:7 54:15
66:18 71:2 76:11
84:11 96:3 108:19
**hard** 112:21
**he'll** 118:13
**head** 9:13
**hear** 6:21 7:8,19
11:1,3,4,25 12:14
12:20,23,24 14:5
14:8 18:5 19:8,10
27:8,10 31:20,21
36:8 40:7,10,25
63:6,10 66:8,10
67:5 70:23 71:6,7
84:18 89:25 97:12
98:12,17,17,18
100:24 101:12,13
105:17 108:13
114:4,11 117:24
118:5,25 119:9,20
**heard** 14:6 19:13
81:25
**heck** 51:22
**hereunto** 124:13
**Hey** 37:15
**high** 113:1
**highlighted** 104:7
**highlighting**

103:25
**HIPAA** 4:8
**history** 97:25 99:12
100:10 101:3
**hold** 9:19 22:7
24:17 25:25 28:19
31:20 63:8 66:6
67:4 90:18 97:11
112:4
**home** 22:3 23:5,7
27:18,22 29:7
44:5,17 99:21
**Honor** 119:9
**Honorable** 111:19
**hop** 112:22 114:10
120:8
**hope** 49:11
**hopefully** 118:13
**hopping** 114:22
**hours** 10:22 13:4
13:12
**Huh** 103:14
**humiliating** 69:22
93:20 98:3 99:19
102:9 103:17
**humiliation** 66:19
71:2 79:24 84:11
108:23
**hundred** 15:11

**I**

**idea** 54:8
**identical** 60:5
**identification**
23:13,15 31:4
45:10,12 50:9,11
55:1,3 60:16,18
67:13,15 72:15,17
76:16,18 80:15,17
85:25 86:2 89:18
89:20 91:16,18
**idiotic** 37:13
**idle** 116:13
**ignoring** 87:11
**immaterial** 44:7
57:9 61:17 74:21
93:19

**impeach** 99:23
**important** 32:20
**impose** 35:24 36:17
111:25
**imposed** 35:15
**imposing** 37:3
**improper** 18:16
21:15 26:22 32:25
40:18 46:9,11,17
47:21 54:4,20
63:16 65:14 74:1
75:3,3 82:18
83:12 86:22 93:3
93:13 95:18 100:3
100:4 105:3,9
106:7 109:23
113:6
**included** 105:7
**including** 40:18
**Incorporated**
96:21
**Index** 119:7
**indicate** 5:14
**indicted** 34:16
**indictment** 32:15
**indirectly** 124:12
**individual** 95:8
**individuals** 95:7,23
**information** 49:6
54:13 57:24 66:4
72:3 76:7 80:8
85:18 89:8 93:24
**infrequently** 30:16
30:19
**initial** 61:12 62:19
64:21 90:4
**initialled** 62:10
**initials** 61:11
**insane** 89:14
**insinuating** 69:16
**instructing** 87:2
91:8
**instruction** 21:15
26:23 39:15 46:9
46:17 47:21 54:4
54:20 74:1 75:4
82:18 86:22,24

93:3,13 95:18
100:4 105:10
109:23 111:3,9
**intended** 32:17
**interchangeably**
58:17
**interested** 16:20
41:13,15 124:12
**Interrogatories**
3:24 4:4,7 42:7
45:14
**interrupt** 71:8
103:5,13
**interrupted** 43:8
85:8 96:13 103:13
**interrupting**
105:14
**interruptions**
71:12 113:7
**interview** 19:1
22:25 23:1,2
**interviewed** 18:21
19:18 20:16 22:13
**introduce** 45:8 50:7
91:14
**introduced** 64:13
**introducing** 23:10
**involved** 10:12
13:24 14:2,19
**irrelevant** 44:7
49:9,24 57:9
61:17 74:22 93:18
**irritating** 51:13,15
**issue** 32:16 113:16
**issues** 6:3 8:9

**J**
**J** 4:9 67:12,14
**Jason** 3:8 5:16 7:13
64:7
**jason@levinepst...**
3:11
**JERICHO** 3:4
**Jesus** 120:21
**job** 1:25 8:21
**joke** 120:20,21
**Jonathan** 1:24 2:7

8:21,24 11:2,17
11:23 12:3,7,14
12:23 13:14 14:23
22:19 23:9,17
25:25 26:17,21
31:20 34:4 35:18
37:15,25 38:6,11
39:1 40:16,23
45:7 47:22 49:11
50:6 53:12,15
54:24 60:9,14
63:4,10,23 65:3
66:8,14,22 67:11
70:7 71:11,16
72:9,13 73:25
75:2 76:14 79:11
80:13 81:19 83:11
85:23 86:7,21
89:16 91:13 95:17
97:12 98:16,22
100:2 102:20
103:3 105:2,8,11
107:13 111:12
112:12 113:5,23
114:12,23 115:5
115:19 116:17,25
117:2,11,17,22
118:8,16 119:21
119:24 120:19,22
120:25 121:5,9
124:4,16
**Jonathan's** 8:21
**Judge** 10:20 13:10
28:21 31:24 32:12
35:10 36:24 37:2
44:9,19 56:7
86:13 89:12
111:20 117:7,12
118:1,6,19 119:3
119:12
**Judge's** 32:21
34:11 112:19
117:16 118:12
**July** 36:19,19 45:15
**June** 31:25 32:21
35:10 111:21

**K**
**K** 1:8 4:10 72:14,16
**keep** 30:13 37:16
38:8 112:25
**keeps** 105:14
**kidding** 38:25
109:14
**kind** 11:10 75:5
**knew** 32:9
**know** 8:3,13,15 9:5
14:22,24,25 15:6
15:10,13 16:3
17:18,23 19:3
20:1,5,7 22:1
25:12 27:5,25,25
28:7 29:10,19,24
29:25 30:9 33:24
36:2 37:24 39:20
41:1 44:11,23
45:25 48:17 51:9
51:18 52:9,11,12
55:12 57:19 58:8
62:7 67:23 68:21
69:1,2,14 70:4,15
71:13 72:25 73:7
75:25 79:12 80:1
81:1 84:6 87:15
94:10,13,17,20,23
95:1,12,13,13,16
95:22 96:18,22,23
97:1 103:5 104:24
106:14 107:3,7,23
108:11,11 111:14
112:13,16,24
113:23 114:17
115:24
**knowledge** 24:14

**L**
**L** 4:11 76:15,17
**language** 32:1
**larger** 24:4
**Laurent** 1:7 94:24
**law** 3:3 34:24 35:5
35:6
**lawsuit** 10:11 32:10
34:8 42:11 43:11

95:9,10,13,24
97:2 105:25
**lawsuits** 10:13
13:23 14:2,18
43:23
**lawyer** 14:9,16
15:19 20:19,21
21:4,9,19,24 46:2
47:5 50:21 51:7
51:24 52:22 55:12
73:1 77:1 92:5
97:6
**leave** 50:1
**leaving** 104:2
**left** 13:7 118:12,13
119:3
**legal** 10:12 13:23
14:1 96:2
**legwork** 96:16
**length** 10:17
**let's** 6:25 7:6 12:17
58:6 113:1 117:8
119:11
**letter** 3:19 23:25
24:6,8 25:13 28:6
28:8
**letting** 81:17
**level** 102:11
**Levin-Epstein** 3:8
5:17
**license** 35:6
**licensed** 12:8
**lieu** 5:8
**line** 17:4 100:8
118:1 123:1
**listed** 95:8
**listen** 99:16 112:18
114:9 120:25
**listening** 109:20
**litigation** 35:16
**little** 44:10 114:18
**LLC** 1:9 96:24
**located** 28:16 29:16
**log** 116:23
**long** 16:22 22:25
**longer** 115:4
**look** 32:14 37:24

**looked** 96:9 97:6
**looking** 102:10
**looks** 67:7 74:7
116:21
**lost** 64:3
**lots** 71:9
**lumps** 116:23

**M**
**M** 4:12 80:14,16
**MacDonald** 1:24
2:7 40:10 124:4
124:16
**Madame** 32:11
34:8
**Magistrate** 28:21
44:9,25 86:13
89:12 111:20
**maintain** 34:8
**making** 69:20
102:19 103:9
116:20
**man** 42:22 79:3
**man's** 13:13
**manner** 5:13
**mark** 23:12 45:9
50:7 54:25 60:15
67:12 72:14 76:15
80:14 85:24 89:17
91:15
**marked** 23:15
30:25 31:4 45:12
50:11 55:3 60:18
67:15 72:17 76:18
80:17 86:2 89:20
91:18
**marking** 98:23
**Mary** 120:25 121:4
**matter** 5:10 42:12
**Matthew** 107:4
**McCloskey** 1:7
94:14,21 119:6
**mean** 37:24 51:9
53:22,25 62:5
94:18 102:7
107:24 112:23
**meaning** 32:5

means 9:12 42:12
meant 57:10 58:5
medical 61:2,4
107:20
meet 15:23 16:23
memo 5:23
mentally 99:19
mentioned 44:10
message 118:12
119:4
met 7:15 16:10
methodology 56:2
mic 118:5
microphone 27:10
117:20
middle 103:14
105:13
MILLENIUM 1:9
Millennium 96:24
mine 90:9,11,19
mine's 11:23
minority 105:5
minute 114:5
116:14
minutes 6:6 109:19
115:3,12,23,25
116:4,12,13,21
117:7,8
mischaracterizat...
35:8 62:9 104:2
mischaracterizing
70:9
Misleading 35:8
Mister 9:20,25
28:23 33:7,8
69:25 72:8 84:23
96:13 105:20
112:10
Mizrahi 3:8,15
5:16,16,20 6:18
7:2,7,18 8:25 10:1
10:7,25 11:17
12:3,10,19 13:19
14:4,17 15:2,7,14
16:8,18 17:8,20
17:25 18:4,15,19
18:25 19:4,17,23

20:2,6,12,20 21:2
21:8,14,18,22
22:4,11,24 23:9
23:16,21 24:22
25:3,9,18 26:11
26:21,24 28:1,13
29:1,8,21 30:5,20
32:24 33:3,9,16
33:23 34:14,22
35:3,13,18 36:15
37:1,25 38:11,17
39:7,14,19 40:6
40:15,24 41:6,24
42:15,25 43:6,14
43:20 44:3,15
45:2,7 46:3,8,16
46:20 47:2,6,15
47:20 48:3,9,18
48:24 49:4,12,19
50:6,12,22 51:3,8
51:17,25 52:23
53:4,18 54:3,11
54:19,24 55:4,18
56:11,16 57:5,12
57:20 58:10 60:4
60:14,19 61:23
62:4,11,18,25
63:5,15 64:4,6,7
64:20,25 65:13,19
66:3,9 67:1,11,16
68:7,12,17,22
69:4,10 70:2,17
71:11,23,24 72:9
72:13,18 73:8,14
73:25 74:2,9 75:2
75:8,13,21 76:1
76:14,19 77:9,14
77:18,23 78:3,10
78:15,18,24 79:11
79:15,20 80:2,7
80:13,18 81:8,13
81:21 82:2,6,13
82:17,20 83:11,15
83:22 84:12,17,25
85:6,14,17,23
86:3,21 87:1,7,14
87:19,24 88:4,9

88:15,20,25 89:6
89:16,21 90:14,22
91:2,7,13,19
92:10,16,23 93:2
93:6,12,14,22
94:3,19 95:6,17
95:21 96:10,17
97:8,20 98:11,22
98:25 99:6 100:2
100:6,14,23 101:7
101:11 102:13,24
103:10,19 104:9
105:2,8,21 106:6
106:9,20,25
107:18,25 108:6
108:12 109:5,15
109:22 110:2,9,14
111:2,8,12,18
112:12 113:5
114:12,23 115:16
116:5,8,17,25
117:17 118:16,21
119:11,15,21
120:4,22 121:5
moment 11:16
22:12 24:1 31:6
45:15 50:13,23
55:6 58:12 59:1
59:13 60:20 67:18
72:20 76:21 80:20
86:5 89:23 91:23
110:3,10 115:17
month 17:21
morning 6:19,20
6:23 7:4,11 8:1
motion 50:2 86:13
86:15,17 89:11,13
113:20
mouth 12:12
move 17:4,5 58:16
multitude 59:25
mute 37:16 38:9
muted 38:8 117:19
118:5

---

**N**

N 3:12 4:13 5:1

85:24 86:1
name 5:14 7:13
8:20 9:21 20:8,13
47:7 55:13 61:5
68:2 73:9 77:5
81:9 87:20 88:12
92:11 94:14,20,23
95:1,23 96:8,23
107:3
named 95:8,9,12
97:2
nation 105:6
nauseam 10:17
necessary 11:19
need 9:5 10:20 13:9
23:5,8 29:13
36:11 71:13,22
113:23
needs 69:17 117:18
never 23:2,6 24:20
29:13 30:2 32:9,9
New 1:1 2:6 3:4,10
3:10 34:24
nice 37:23
nine 116:12
nod 9:13
nodding 54:6
nonverbal 16:1,21
17:1 54:5
notarized 52:19
notary 2:8 52:13,16
52:24 53:5 62:13
62:20 64:13,22
68:24 74:16 78:12
124:4,16
note 8:23 18:15
21:15 26:22 32:24
34:3 46:9,11,16
47:21 52:8 54:3
54:19 55:16 60:2
61:19 65:13 74:1
75:3,7 76:12
81:19 82:18 83:12
86:22 93:2,4,12
95:18 100:3 105:3
105:9,12 106:7
109:1,23,25 113:2

113:6 114:13,24
116:18,19 117:1
117:19 118:4
noted 18:17,18
21:16 33:1 38:15
40:20 46:19 54:23
65:16 93:5 95:20
notice 69:19
noting 63:19
number 30:9 42:8
118:13 119:6,7
nutty 114:18

---

**O**

O 4:14 5:1 89:17,19
oath 5:8 44:25
Obj 3:23 4:3,5
object 106:3
objected 14:10 72:6
objecting 89:11
108:19
objection 8:24 10:6
10:15,16 13:2
14:3,20 15:5,12
15:24 16:11,25
17:17,22 18:2,16
18:23 19:2,6,8,20
19:25 20:4,9,17
20:22 21:5,10,21
21:25 22:8,15,16
22:17 24:16,18
25:1,7,17 26:14
26:15,22 27:3
28:11,17 29:4,20
29:23 30:17 32:25
34:2,3,10,18 35:2
35:7 36:21 39:23
40:1,8 41:9 42:13
42:19 43:18 44:7
44:18 45:24 47:12
47:19 48:7,15,22
49:1,11,11,15,23
50:2,19,25 51:5,7
51:11 52:6,8,20
53:1 54:14,20
55:17 56:1,14
57:9,18 59:24

60:3 61:16,19
62:10,14,23 64:1
64:24 65:14 66:1
66:18 68:5,10,15
68:20 69:3,7,13
69:15 70:16,21,25
71:4 73:6,11,17
73:23 74:5,12
75:3,12,19,23,24
76:5,12 77:7,12
77:16,21,25 78:7
78:13,21 79:18,23
80:5 81:4,12,16
81:19,24 82:4,9
83:9,12,19 84:9
85:4,12,21 90:8
92:7,14,21,25
93:9,17,21 94:15
95:11,25 96:5
97:3,17 99:4,5
100:3 102:8,16
104:1 105:9 106:8
106:17,23 107:12
107:17,22 108:3
109:1,13 110:6,12
**objections** 5:13
40:19 43:19 45:14
63:17 113:7
**obviously** 32:20
43:19 45:25 58:4
**office** 17:10,13,16
18:22 19:19 20:16
22:14 24:10 25:5
25:15 27:1,6 28:3
74:14 124:14
**oh** 6:24 37:11,14
64:3
**okay** 7:12 8:9 9:10
11:15,20,21 12:17
12:22 14:9,11
15:1 16:16,17
22:8,22 24:13
26:4 31:8 33:19
36:3 37:12 38:7
40:2,3 48:1 59:3
59:14 60:12,22
66:2 70:14 79:14

84:13,15,16 86:19
90:13 91:11 95:14
96:7 98:20 99:10
99:25 101:22
102:1 104:24
110:6,23 118:15
120:16 121:1,10
**once** 12:4 29:6,11
29:22 40:15 46:16
69:17,19 106:7
113:15 118:4
**ongoing** 119:4
**open** 113:13
**open-ended** 106:1
**Opinion** 113:16
**Order** 31:24 32:13
32:21 34:11 35:10
111:19,21 112:9
112:19 113:9,17
**ordering** 120:10
**outrageous** 42:21

---

**P**

**P** 4:15 5:1 91:15,17
**P.C** 3:8 5:17
**p.m** 64:7 117:4
121:14
**page** 3:13,18 4:2
83:2 99:11,14
100:8,16 123:1
**pal** 40:5
**palsy** 68:1
**par** 87:12 89:14
**Paragraph** 101:16
101:18,24 104:6
**Paragraphs** 102:2
**part** 102:23 103:6
111:22
**participating** 5:3
**parties** 5:11 124:11
**parts** 118:17
**patient** 116:15,15
**pay** 120:13,16
**Pearl** 28:16
**penalty** 5:10
**pending** 9:8 25:8
63:4,23 64:10,11

86:15 89:13
**Pennsylvania** 2:9
124:1,4
**perjury** 5:10
**person** 5:8 34:12
49:21 55:23,24
74:11,18,21
**personally** 28:15
29:15
**pertinent** 111:22
**Perverted** 120:7
**phone** 13:10 27:11
117:9,14 118:13
118:18 119:1,4,6
**photographs** 94:5,8
94:11
**physical** 98:5
**physically** 5:4
74:18,19
**picked** 16:25
**picks** 13:6
**place** 32:18 44:11
96:8 124:7
**Plaintiff** 1:3 2:2 3:2
6:14 32:4 54:4
64:8,12,14
**Plaintiff's** 5:25
113:12
**please** 5:13 7:1,6
8:12,24 9:11,12
11:14,24 12:4,10
12:21 17:5 18:15
23:12 24:1,18
26:18,21 27:11
31:6 32:24 33:22
34:4,13 35:19
37:13,25 38:11,16
39:12,13 41:12,23
42:23 43:5,13
44:2,14,21 45:1,6
45:9,15 49:3,10
50:7,13 52:9 54:3
54:10,18,19,24
55:6 57:11 58:2,9
60:9,14,20 63:9
63:15 65:13 66:8
66:14,21 67:11,18

70:7 71:13 72:13
72:20 73:25 75:2
76:10,13,14,21
79:3,9 80:11,13
80:20 81:19,20
83:11 84:20,24
85:22,23 86:5,21
89:15,16,23 90:21
91:15,23 93:2,4
93:12 95:17 99:17
100:2 102:12
105:2,8 107:13
110:25 112:12
113:5 114:12,24
116:6,8,17,19,25
117:21 121:5
**pleasure** 7:22
**PLLC** 3:3
**point** 8:11
**police** 27:6
**position** 56:10
**possible** 49:5,10
54:12,15 57:24
58:4,7 66:4 72:2
76:7 80:8 85:18
85:21 89:7 93:23
**Power** 39:20 41:2,7
41:18
**powerful** 24:9 25:4
**practice** 50:2
**practicing** 34:24
35:5
**prep** 117:10
**present** 5:4 74:19
**presumably** 118:6
**pretty** 106:1
**previous** 71:7
**previously** 7:15
30:25 39:4 64:12
97:25 117:19
**printer** 44:16
**prior** 11:20
**privilege** 41:10,20
42:6 43:25 49:24
56:2,7 74:13,23
74:25
**privileged** 15:25

16:12 17:2 50:5
56:9 78:7
**probing** 32:3
**problem** 57:2
**proceed** 5:25 12:18
**product** 41:22 42:6
43:25 49:25 56:5
**prosecuting** 42:3
**provided** 43:22
**proximate** 104:19
104:22
**public** 2:8 42:12
52:13,16,24 53:5
62:13,20 64:13,22
68:24 78:12 124:4
124:16
**publics** 74:17
**pulling** 101:14
**purpose** 42:3
**pursuant** 2:8
**pursue** 20:25
**put** 37:22 38:6
51:16 58:6,21
120:18,20
**putting** 114:3

---

**Q**

**question** 7:9,17
8:16,18 9:2,7,8
10:5,8,24 12:21
13:13,15,20 14:5
14:6,10 16:2 17:7
19:11,14 21:11
22:23 25:8,12,19
28:20,23 30:2
32:22 33:5,11,13
33:18,22 34:13
35:17,19 37:13,16
38:16 39:11,12,16
39:18 41:1,11,17
41:23 42:20,23
43:4,4,8,9,13,18
44:2,8,14,21 45:1
45:4,6 46:12,15
49:3,10 53:3,12
53:17,19 54:10,18
57:10,11 58:2,3,9

63:4,9,14,23,25
64:9,10,11,15,18
66:7,11,13,21
70:1,5 71:1,6,23
71:24 72:2,7,12
75:1 76:10 79:3,9
80:11 81:25 84:21
84:23 85:8,9,22
85:22 87:3,5,13
88:14 89:15 90:15
90:21,23,25 91:1
91:9 97:12 98:3,4
99:11 100:9,13,13
100:16,22 101:1,6
101:10 102:11,12
105:20 106:1,5,10
108:16,20,21
109:6,18,21,25
110:8,18 111:4,10
112:20 114:5
**questioned** 28:20
**questioning** 46:11
   86:9 114:7 115:2
   115:23 116:3
**questions** 8:12
   10:19 13:4,8,9
   17:4 32:3,14,22
   33:15 34:12 38:23
   42:22 52:8 71:14
   76:12 81:20 86:17
   89:13 99:18,20
   105:16 119:16,20
   119:22 120:3
**quick** 39:25

--------

**R**

**R** 5:1 122:1
**R-U-S-H-M-I**
   20:13
**re-ask** 13:8
**reach** 118:23
**read** 11:10 24:24
   26:2,19 35:19,20
   47:24 48:10,13,15
   52:1,4 53:13
   57:13,16 60:8,9
   60:10 63:11,20,24

66:15 69:5,11,17
69:23 70:7,12
75:9,16,22 79:16
79:21 84:8 88:16
88:21 92:19,24
93:10,21 97:14
99:1,20 104:6,8
104:19 107:12,14
112:9 113:3
115:20 119:25
122:4
**reading** 58:8 69:18
   111:19 112:18
   113:1
**ready** 79:12 111:15
**Real** 1:9 96:24
**really** 42:21 69:24
   79:5 115:14
**reason** 52:19 123:1
**recall** 7:14 16:9
   97:9 98:1
**recess** 64:5,19
   119:14
**recitation** 112:8
**recognize** 31:9
   45:18 50:15,24
   60:23 67:20 72:22
   76:23 80:22 87:8
   91:25 92:6
**record** 5:15 6:12
   11:24 12:5,15
   21:15 23:11 26:3
   26:20,23 32:25
   33:6,21,21 35:21
   42:12 45:9 47:21
   47:25 54:5,21
   60:8,11 61:4
   63:12,17,21 65:14
   66:16 70:13 74:1
   74:15 75:4 81:16
   82:18 86:8,22
   91:15 93:13 95:5
   95:18 96:6 97:15
   100:4,5 105:10
   106:8 107:15
   108:11 109:23
   111:14 113:4,8

114:4 115:6,21
117:14,18,22
118:9 119:12,24
120:1,18,21 121:7
124:9
**recorded** 124:7
**recovering** 100:18
   101:2
**Recusal** 86:17
**recuse** 89:12
**recused** 86:14
**reduced** 124:8
**refer** 31:24 101:15
   101:18,23 118:17
**referee** 30:4
**referring** 58:17
   59:9,18 111:23
   113:13
**reflected** 121:6
**refrain** 9:24
**regarding** 6:12
   13:25 14:15 20:18
   21:4 28:20 35:9
   78:7 86:17 98:4
   99:22 113:17
**regardless** 60:3
**regular** 6:11
**rehash** 10:22 13:11
   98:8
**rehashing** 13:3
   99:24
**related** 43:10
**relative** 124:11,11
**relevance** 32:7,20
   34:6,10
**relevant** 32:6,16
   44:20
**remained** 64:10
**remains** 113:13
**remember** 9:11
   97:22
**remind** 8:5,8
**reminder** 8:7
**remotely** 2:9 5:6,25
**repeat** 10:18 11:20
   11:24 12:1,5,21
   19:15 35:17 43:7

46:12 63:7 66:7
66:13 71:14 85:7
**repetition** 28:22
**rephrase** 8:13
**Reported** 1:23
**reporter** 2:7 5:2
   8:18,20 9:15 11:4
   11:7,12,15,21
   12:16,24 14:7
   18:7 22:20 23:19
   26:2,19 27:7,14
   27:19 31:21 35:20
   37:19 38:10 39:3
   40:11,20 47:24
   60:10 63:11,20,24
   65:5 66:15,24
   67:7 70:7,11,12
   70:23 71:5,15,21
   72:11 79:5,13
   97:14 98:18
   102:22 103:4
   107:14 111:16
   113:3,25 115:8,20
   117:13 118:10,20
   119:25 120:9,14
   120:17 121:2,11
   124:17
**reporting** 5:5,13
**represent** 7:13 42:2
**representing** 25:14
**requirement** 61:17
**reserve** 6:5 64:16
   113:19
**Resp** 3:23 4:3,5
**respectfully** 6:5
   64:16 113:19
**respond** 56:8,8
   99:17
**responded** 64:14
**responding** 105:19
**response** 40:8 41:1
   70:8 99:13
**responses** 9:12,14
   45:14 64:17
**rest** 103:6
**restate** 113:24
**result** 104:22

105:24 107:21
**retainer** 42:1
**review** 53:23,25
**rhetorical** 51:12
   85:22 109:18
**ridiculous** 110:24
**rigamarole** 44:1
**right** 6:5 16:22
   18:11 25:22 31:19
   32:19 36:11,13,25
   56:8 60:13 64:17
   66:23 69:20 72:6
   75:6 86:25 97:21
   99:8 102:19 105:6
   113:20 120:8
**room** 5:5 30:4,7
**Rule** 69:19
**rules** 2:4 8:5,6,8
**ruling** 10:20 13:10
   118:14 119:5
**Rushmi** 20:8,13

--------

**S**

**S** 3:17 4:1 5:1
**safe** 120:25 121:10
**sanctions** 35:15,24
   36:17 37:3 64:18
   111:25 112:2
   113:11,17,20
**sat** 117:6,8
**Saving** 6:10
**saw** 24:20 32:9
   97:19
**saying** 118:6
**says** 6:24 24:8 25:4
   103:21 104:12,18
   104:18
**scanner** 44:4
**screen** 23:18,23
   58:14,23 59:5
   82:22,25 86:10
   98:24 99:8 114:20
   116:1,22
**scroll** 24:3 31:5
   45:17 58:20 84:6
**seal** 124:14
**second** 4:6 9:20

24:17 25:25 63:9
66:7 97:12 112:5
**seconds** 46:14
**see** 7:22 23:17,19
23:22 24:12 31:1
37:17 44:12 49:13
58:13,19,21 59:4
59:7,16,20 61:10
61:10,21 62:1
82:5,12,21,24
83:3,25 84:2,5
90:4 94:6 99:15
100:11,20 101:16
101:19,24 102:4
103:22 104:10,14
104:18
**seek** 64:18
**seen** 28:8 31:12
46:4,21 55:8
58:12 73:2 77:2
81:2
**self** 96:9
**self-evident** 55:17
68:6,11 73:12,22
74:6 78:14 83:10
90:20 92:14
**send** 49:22 120:16
**sent** 23:7 27:18,22
29:6
**September** 91:22
103:21 124:14
**served** 20:24 26:10
**set** 4:6 45:13 90:3
118:14 124:13
**seven** 115:23
**seventh** 105:12
**sf@finkelsteinla...**
3:5
**share** 98:24
**shared** 82:22
**sheer** 110:24
**Sheet** 122:8 123:1
**shoot** 24:19
**Short** 64:5 119:14
**show** 59:12
**showed** 27:4,12,17
27:23

**showing** 23:25 24:5
30:24 31:15 45:13
55:5 58:11 59:15
67:2,17 72:19
76:20 80:19 86:4
89:22 90:2 91:21
94:4 99:10 100:7
100:15
**shown** 59:22
**sickening** 116:23
116:24
**side-note** 74:15
**sign** 43:22 47:10
49:20,21 52:15,25
53:6 55:22,23,23
55:24 56:13,19
57:6 61:14,24
62:6,9,12,16
68:18,23 73:19
74:3,10,17 77:19
78:4,11,25 83:7
83:18,23 84:3
87:25 114:6
**signature** 4:10,11
4:12,14 47:17
48:5 49:13 55:20
59:4,9,13,15,16
59:18,21,22 61:8
68:8,14 73:16
77:10,15 81:22
82:3,8,25 83:5
88:6 121:15
**signatures** 60:5
74:16 90:3,6,16
91:4
**signed** 47:19 48:11
51:23 52:2,5
54:17 64:12 66:19
**silence** 115:7
116:21
**silliness** 42:19
**silly** 38:23
**simultaneously**
117:25
**sir** 11:10 120:14
**sit** 112:18 114:8
115:3 116:20

118:15
**sitting** 97:9,16,19
112:6,8 114:16,20
115:7 116:1,22
119:8 120:6
**six** 115:12
**smiling** 37:17
**soon** 116:12 117:16
117:25
**sordid** 99:19
**sorry** 7:19 14:7
18:5,7 27:7,14
33:20 34:20 38:18
48:15 70:3 71:6
71:12 72:8 75:24
91:20
**sorted** 50:3
**Southern** 1:1 2:6
**speak** 26:12,25
28:2 42:16
**speaking** 18:16
26:22 32:25 38:2
40:19 46:17 54:20
63:17 65:14 83:12
100:3 105:9,18
106:7 113:7 114:3
117:20 119:1
**speaks** 33:7,21
68:11 73:12,22
74:6 78:14 82:10
83:10 90:20 92:14
**specific** 110:15
**speech** 105:15
**speeches** 114:9
**spoke** 24:10 25:5
25:14
**Square** 29:16
**SS** 124:1
**stamp** 61:22 62:1
**stamped** 74:8
**stand** 103:18
**standard** 5:22
37:20
**staring** 116:1
**start** 7:6 34:8
**started** 8:4,7 10:4
66:23

**starting** 6:2 51:12
**stated** 8:6 124:7
**statement** 6:13
11:8,13 24:15,23
25:2,10,21 86:8
111:13
**statements** 34:4
38:13 114:4 115:6
**states** 1:1 2:5 24:9
111:22 113:9
**stating** 5:14,24
8:17
**stay** 120:25
**staying** 38:8 58:23
58:25
**stenographically**
124:8
**stepping** 105:15
**Stewart** 28:21
31:24 35:10 86:13
111:20
**stigmatized** 105:1
**stigmatizing**
103:17
**stop** 79:2,2,3
**Street** 3:9 28:16
**Stuart** 3:3 5:18
15:15,18 31:17
53:7 57:3 64:8
74:8 78:1,22
119:3
**stupidity** 110:25
**sublime** 110:24
**subpoena** 20:25
27:24
**subpoenaed** 17:10
17:12,15,24 18:1
18:6,10 21:3,23
22:2 23:4 24:10
26:10,16
**suffer** 103:9,22
104:13
**suffered** 102:3,14
104:3,13
**suffering** 102:18
**SUITE** 3:9
**supplement** 113:20

**support** 86:12
**sure** 6:10 9:13
12:10 14:14 18:11
36:6 38:1,12
40:16 56:5 63:15
70:10,11 95:20
96:5 121:6
**surprised** 42:23
**Swan** 107:4
**sworn** 6:15 44:10
124:5
**SYOSSET** 3:4

**T**

**T** 3:17 4:1 122:1,1
**take** 7:23 8:1,19,21
9:5,9,15 11:18
12:8 22:10,16
24:1 26:18 31:6
38:12 45:15 50:13
55:6 60:20 67:18
72:20 76:21 80:20
81:6 86:5 89:23
91:23 94:8 104:7
117:3,6,9,21
**taken** 2:3,9 64:5,9
64:19 119:14
124:6
**talk** 24:17 27:9,11
38:8
**talking** 54:8 81:17
81:18 111:7
**technological** 6:3
**telephonic** 36:20
**tell** 15:22 40:1
67:25 76:25 80:25
92:3 109:11
110:15,22 117:8
**tells** 10:4 56:7
**ten** 15:8,9 116:12
116:13,20 117:7,8
**terminate** 69:21
114:14 117:1
**terminating** 98:6
116:14
**terms** 74:23
**testified** 6:16 32:9

54:16 97:25
**testify** 124:5
**testifying** 38:4
**testimony** 5:9 8:19
  11:18,20,23 26:17
  38:2,13 124:9
**thank** 6:13 7:1 8:24
  12:18 13:13 16:7
  21:17 26:4 33:2
  34:5 39:6 40:13
  40:14,20,22 41:12
  42:14,24 44:21
  45:6 46:19 50:5
  58:9 60:3 65:16
  66:21 67:10 71:20
  72:8 75:1 78:9
  79:4,10,13 80:11
  81:20 95:20
  107:16 109:8,25
  111:1 114:1
  115:10 119:10
  120:5 121:2,11
**Thanks** 18:14 40:5
  48:2 63:19 75:7
**Theresa** 1:7 94:24
**thereto** 32:6
**they'd** 23:6
**thing** 9:7,17,21
  10:2 81:7 108:24
  110:22
**things** 50:1 114:17
**think** 6:9,9 8:15
  11:19 18:10 30:1
  30:11 64:3 67:24
  71:17 72:2 95:14
  112:5
**third** 115:12
**thought** 36:23
**threat** 114:13,24
  115:2
**threats** 116:13
  117:1
**three** 18:3 30:12
  41:4 46:13 64:24
  95:7 108:20,21
**Thursday** 1:15
  2:10 6:1

**tight** 118:15
**till** 99:20
**time** 5:21,22 6:10
  6:11,13 8:7 9:22
  10:19 13:2,7
  22:16,17 29:9,12
  30:2,14 38:7
  39:25 46:12 53:15
  64:6 79:24 81:7
  104:7 105:6,12
  106:19 108:25
  112:6 114:19
  115:12 117:10
  120:5 124:7
**times** 18:3 29:2,18
  30:6,10,12,21,22
  41:4 43:1,9 46:13
  46:24 48:13,15,25
  49:16 51:21 52:4
  57:16 64:24 69:11
  69:23 75:22 79:21
  84:7 92:24 93:15
  108:10,21,22
**timestamps** 66:25
**today** 5:20 7:12,23
  8:9,20 28:5,9
  31:13 55:9 73:3
  77:3 81:3 88:22
  113:19 120:5
**today's** 6:6 113:14
  113:22 114:14,25
  118:17 119:17
**told** 23:5 26:9,15
  36:23 84:22 98:15
  109:18
**tomorrow** 109:3,7
  109:9
**top** 99:13
**totality** 113:11
**transcribe** 12:5
**transcribing** 12:11
  40:17
**transcript** 44:12
  120:11 122:5
**transmit** 55:25
**true** 24:15,24 122:5
  124:9

**trust** 37:6 38:19,24
  39:8
**truth** 124:6,6,6
**try** 37:20
**trying** 7:21 71:8
  103:4
**Tuesday** 109:10
**TURNPIKE** 3:4
**twice** 39:6 62:3
**two** 20:3 30:10 34:4
  46:12 54:9 58:19
  94:4 97:1
**typewriting** 124:8
**typically** 43:15

**U**

**U.S** 17:10,13,16
  18:21 19:19 20:16
  22:13 25:5,15
  26:13 27:1,5 28:3
**Uh-huh** 111:11
**unanswered** 64:10
**unbelievableness**
  42:19
**underlined** 25:22
**understand** 8:12
  9:3,16 10:9 21:11
  21:13 23:7 27:18
  71:19 103:9
  112:20 115:15
**understanding**
  13:5
**understood** 9:3
**unilateral** 117:1
**unilaterally** 64:9
  114:13,25
**United** 1:1 2:5 24:9
**unlawful** 104:22
**upset** 108:11 110:4
  110:11
**upsetting** 109:12
  109:20 110:16

**V**

**v** 119:6
**Vague** 102:17
**verbal** 9:14 16:1,21

17:1 38:12,13
**verbalize** 9:11
**verbally** 5:9
**verified** 54:17 58:7
  66:20 71:25 85:9
  90:21
**verify** 48:19,25
  53:8,20,22 57:21
  65:20 70:18 71:3
  76:2 80:3 85:1
  89:1 93:7,15
**video** 6:1 97:18,19
  97:21
**violation** 104:23
**virtual** 1:14 2:1
  74:16
**virtually** 49:22
  74:20

**W**

**wait** 114:8
**waiting** 17:7 22:20
  33:13 114:17
  116:1 119:9
**waive** 5:12
**waived** 121:16
**want** 6:8,11 10:3
  17:5 37:22 38:6
  38:24 42:10 53:13
  60:8 67:5 70:9
  81:15 96:5 100:13
  105:17 112:5,9,15
  112:21 120:17
**wanted** 8:4
**wants** 13:11 99:23
  104:5 121:4
**warrant** 3:21 31:16
  32:8,15
**wasn't** 18:8 23:1
  65:3,24
**waste** 53:15 112:6
**watching** 114:20
**way** 8:18 9:14
  44:22 62:9 124:12
**we'll** 56:8 109:24
  114:10 118:1,15
**we're** 7:23 10:19

13:9 28:21 33:12
  98:7 99:24 108:18
  112:17,22 114:5,7
  114:16,19,22
  115:3,24,25
  116:13 117:5,7,11
  118:18 119:8,16
  120:8
**week** 121:10
**welcome** 37:22
**went** 17:19,24 18:6
  18:10 20:25 22:2
  22:2,9 23:4,7
  27:17,22,24 28:3
  30:3,3,13 67:8
  70:15
**WHEREOF**
  124:13
**witness** 3:13 5:9
  6:4 14:9,15,22,25
  15:6,13 16:3,6,13
  16:17 17:18,23
  18:12,24 19:3,9
  19:12,15,22 20:1
  20:5,11,18,23
  21:7,12 22:1,9,22
  24:20 25:2 26:6,9
  27:4,12,16,23
  28:24 29:6 30:1
  30:18 34:21 35:22
  36:2,5,9,12,23
  37:10 38:4 40:3
  41:5 46:1 47:1,14
  48:8,17,23 49:18
  50:20 51:2,23
  52:11,21 53:2,16
  56:12,19,23 57:3
  57:6,19 60:1
  61:14,21,24 62:16
  65:12,25 68:16,21
  69:2,9,14 70:22
  73:7,13,18,19,24
  74:7 75:20,25
  76:6 77:8,13,17
  77:19,22 78:1,17
  78:22 79:19 80:1
  80:6 81:5 82:1,5

82:11,19 83:14,21 85:16 86:20 90:9 90:12 91:10 92:9 92:22 93:11 94:17 95:16 96:7,15 97:5,18 98:19 100:1 102:18 103:8,15 104:20 104:25 105:4 106:4,18,24 107:23 108:5 109:2 110:7,13,19 124:5,9,13
**witnessed** 52:25 53:6 61:18 62:5
**word** 12:11 27:15 27:20 39:12 40:17 41:12 58:6 99:5 120:23,23,24 121:3
**wording** 17:1
**work** 41:22 42:6 43:25 49:25 56:4
**worry** 71:18
**wow** 58:8 71:4
**written** 40:12 113:16
**wrong** 71:17

**X**

**X** 3:12,17 4:1 32:11 34:9

**Y**

**yeah** 6:8,22 16:24 18:12,13 19:9 24:18 25:23 26:6 26:9,15 36:9 39:17 59:20 63:18 65:7 66:17 74:22 79:8 90:12 95:19 104:20 109:24
**year** 17:21 19:5,24
**years** 20:3 54:10 106:2
**York** 1:1 2:6 3:4,10 3:10 34:24

**Z**

**Zoom** 2:9

**0**

**1**

**1** 24:18 32:13 90:19 105:5
**1:19-cv-9038** 1:2
**1:35** 114:3
**1:40** 114:2,10
**1:41** 114:10,16
**1:48** 117:3 118:11
**1:55** 121:14
**10:00** 6:2
**10165** 3:10
**11:00** 1:15 2:10
**11:20** 6:4
**11:21** 5:21
**11791** 3:4
**12** 5:23
**12:33** 64:7
**12:45** 66:23
**12:46** 67:8
**184** 31:25 35:11 111:21
**19** 31:25 35:10 111:21
**19-CV-09038** 119:8
**19th** 10:23 32:21
**1st** 124:14

**2**

**2** 24:18 90:19
**2.06** 4:12
**2.22** 4:9
**20** 6:6 46:14 100:8
**2007** 34:25
**2019** 91:22 103:21
**2020** 24:1,7 45:15
**2021** 1:15 2:10 5:21 5:23 6:1 31:25 35:11 86:11 88:12 111:21 113:14 124:14
**212-792-0048** 3:10
**216** 5:24
**219-2** 86:11
**226** 99:11
**227** 99:14
**228** 100:8
**23** 3:20
**23rd** 36:19,19
**24** 45:15 86:11 88:12
**26** 1:15 2:10 5:21 6:1 113:14
**261** 100:16
**28** 91:22 103:21

**3**

**30** 69:19
**3057** 1:25
**31** 3:22
**338** 3:4

**4**

**4** 24:1
**40** 29:16
**42ND** 3:9
**45** 3:24
**4700** 3:9

**5**

**5** 24:6
**50** 4:4
**500** 28:16
**55** 4:7
**57** 101:16 102:2 104:6,18

**6**

**6** 3:15
**6.30** 4:10
**60** 3:9 4:8
**61** 3:20 24:7
**63/64** 106:2
**67** 4:9
**69** 101:19,21 102:2

**7**

**7.24** 3:23
**718-261-4900** 3:5 119:7,10
**72** 4:10
**76** 4:11

**8**

**8.13** 4:3
**8.24** 4:13
**80** 4:12
**83** 101:24
**85** 101:24 102:2
**86** 4:13
**89** 4:14

**9**

**9.11** 4:11
**9.12** 4:5
**9.28.2019** 4:15
**91** 4:15