UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
DINO ANTOLINI,

                Plaintiff,                    Case No.: 1:19-cv-09038

     -against-


AMY MCCLOSKEY, THERESA LAURENT, DIMUR
ENTERPRISES INC., EDDIE C K CHUNG and C&S
MILLENIUM REAL ESTATE LLC,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - x


## DECLARATION OF DINO ANTOLINI

Pursuant to 28 U.S.C. § 1746 and S.D.N.Y. Local Rule 1.9(a), DINO ANTOLINI makes this Declaration as follows:


## INTERROGATORIES

INTERROGATORY NO. 1:

Did you execute a retainer agreement authorizing Stuart H. Finkelstein to represent you for the purpose of commencing and prosecuting the Action?

yes

INTERROGATORY NO. 3:

INTERROGATORY NO. 4:

INTERROGATORY NO. 5:

Identify the exact date and time which you attempted to access the Property.
    On or about the first week of August, 2019

INTERROGATORY NO. 6:

Identify each of the barriers you encountered that deterred you from patronizing the Property as alleged in the Complaint.

There are eight steps (at the exterior side of the entrance door which has a change in level greater than ½ inch high) which is a total barricade to access, inter alia.

INTERROGATORY NO. 7:

Identify the person who photographed the Property, as depicted in in the two photographs annexed to the Complaint.

My attorney, Stuart Finkelstein

INTERROGATORY NO. 8:

Did you review the Complaint before it was filed with the Court?

Yes

INTERROGATORY NO. 9:

INTERROGATORY NO. 10:

Describe in detail the nature of your alleged visit(s) to the Property between August 2019 through March 2020.

See Plaintiff's Complaint, unintelligible, vague, duplicative, burdensome overbroad, ambiguous, rhetorical inquiry.

Executed on August 13th, 2020

_____
Dino Antolini