UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dino Antolini,

                Plaintiff,

-against-

Amy McCloskey et al.,

                Defendants.



1:19-cv-09038 (GBD) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Plaintiff's Letter Motion to Compel (ECF No. 233) is hereby GRANTED IN PART and DENIED IN PART, as follows:

1. The landlord Defendants shall respond to the subject discovery requests no later than September 30, 2021.

2. All discovery, including depositions of the landlord Defendants, shall be concluded no later than November 15, 2021.

SO ORDERED.

Dated:    New York, New York
           September 16, 2021

_____
STEWART D. AARON
United States Magistrate Judge