UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DINO ANTOLINI,

              Plaintiff,

  vs.

AMY MCCLOSKEY, THERESA LAURENT,
DIMUR ENTERPRISES INC., EDDIE C K CHUNG
and C&S MILLENIUM REAL ESTATE LLC,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No.: 1:19-cv-09038

NOTICE OF MOTION

      PLEASE TAKE NOTICE, that upon the annexed affirmation of Stuart H. Finkelstein, Esq. dated September 28, 2021, Plaintiff Dino Antolini, by undersigned counsel, will move this Court, before Magistrate Stewart Aaron of the United States District Court, located at the Daniel Patrick Moynihan United States Courthouse 500 Pearl St. New York, NY 10007, at a date to be determined by the Court, pursuant to Federal Rules of Civil Procedure 11(b), 30(d), 37(b), 16(f), 28 U.S.C. § 1927 and/or the inherent powers of the Court, for monetary sanctions and attorney's fees.

  Dated: Syosset, New York
         September 28, 2021

                          Respectfully submitted,

                          by:_____/s/_____
                          Finkelstein Law Group
                          STUART H FINKELSTEIN, ESQ.
                          Attorney for Plaintiff
                          338 Jericho Turnpike
                          Syosset, New York 11791