# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

December 20, 2021

*<u>Via Electronic Filing</u>*
The Honorable Stewart D. Aaron, U.S.M.J.
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re: *Antolini v. McCloskey et al*
        <u>**Case No.: 1:19-cv-09038-GBD-SDA**</u>

Dear Honorable Magistrate Judge Aaron:

  This law firm represents Defendants Dimur Enterprises Inc., Amy McCloskey, Theresa Laurent, Eddie C K Chung and C&S Millennium Real Estate (collectively, the "Defendants") in the above-referenced action.

  Pursuant to Your Honor's Individual Motion Practice Rules I(A), this letter respectfully serves to advise the Court that Plaintiff Dino Antolini (the "Plaintiff") and his counsel, Stuart H. Finkelstein ("Attorney Finkelstein") have failed to adhere to the deadlines contained in Your Honor's November 19, 2021 Opinion and Order [Dckt. No. 256], directing, *inter alia*: (i) Attorney Finkelstein to issue the amount of $6,250 payable to the Clerk of Court on or before December 19, 2021 [Opinion and Order at p. 28], and (ii) Plaintiff and Attorney Finkelstein, jointly and severally, to issue the amount of $787.50 payable to Defendants on or before December 19, 2021. [*Id*.].

  It should respectfully be noted that Attorney Finkelstein was provided payment instructions to the undersigned law firm – multiple times – in connection with the prior $900 sanctions award entered on September 14, 2020, which he also sought to avoid paying. [*See* Dckt. Nos. 79, 99, 103].

  Attorney Finkelstein is clearly undeterred by the sanctions previously levied against him by this Court. Without further Court intervention, Attorney Finkelstein will undoubtedly continue engaging in vexatious behavior, in defiance of Your Honor's Orders and Individual Motion Practice Rules, the judicial process and the integrity of this Court.

  We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

  Thank you, in advance, for your time and consideration.

          Respectfully submitted,

          LEVIN-EPSTEIN & ASSOCIATES, P.C.

          By: */s/ Jason Mizrahi*
            Jason Mizrahi
            60 East 42nd Street, Suite 4700

New York, NY 10170
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Defendants*

VIA ECF: All Counsel