# STUART H. FINKELSTEIN

*Attorney at Law*
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

January 4th, 2022

Judge George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11A
New York, New York 10007

Re: Antolini vs. McCloskey, et al
Case No.: 1:19-cv-09038-GBD

Dear Judge Daniels,

To remind the Court, I represent Mr. Antolini in the above referenced lawsuit.

I write the Court seeking a stay of any response to the motion filed by defendants for summary judgment [DE 268], until your Honor issues briefing schedule pending a conference before the Court.

Respectfully, I remain,

Very truly yours,

Stuart H. Finkelstein

SHF/tc
To all via ECF