UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dino Antolini,

                Plaintiff,

-against-

Amy McCloskey et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2022

1:19-cv-09038 (GBD) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Upon consideration of the parties' filings at ECF Nos. 272, 273 and 274, the Court hereby sets forth the following briefing schedule for Defendants' motion for summary judgment (ECF No. 268):

1. Plaintiff shall file his opposition no later than February 1, 2022.

2. Defendants shall file any reply no later than February 15, 2022.

SO ORDERED.

Dated:      New York, New York
               January 6, 2022

_____
STEWART D. AARON
United States Magistrate Judge