UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Dino Antolini,                                              Case No.: 1:19-cv-09038

       *Plaintiff*,                    DECLARATION

   -against-

Amy McCloskey, Theresa Laurent, Dimur Enterprises
Inc., Eddie C K Chung, and C&S Millenium Real Estate
LLC,

       *Defendants*.
------------------------------------------------------------X

  STUART H. FINKELSTEIN, an attorney duly admitted to practice in the United States District Court of the Southern District of New York, affirms the following under the penalties of perjury:

  1. I am the Principal Attorney of the Finkelstein Law Group, attorneys for Plaintiff Dino Antolini in the above-captioned matter. As Plaintiff's counsel, I am familiar with the facts and circumstances discussed herein based upon personal knowledge and the files maintained by this office.

  2. I make this declaration in support of Plaintiff's Motion to Stay the imposition of the deadline to pay monetary sanctions pursuant to Judge Aaron's December 21 Order and Judge Daniels' May 26, 2022 Order.

  3. In his December 21 Order, Judge Aaron held that Plaintiff is required to pay monetary sanctions within three business days of Judge Daniels' Order. *See* Dkt. No. 266.

  4. Judge Daniels issued his Order affirming monetary sanctions against Plaintiff and his Counsel on May 26, 2022. Dkt. No. 284.

  5. Pursuant to S.D.N.Y. Local Rule 6.3, Plaintiff has fourteen days to make a motion for reconsideration. S.D.N.Y. Loc. R. 6.3.

6. The instant motion to stay monetary payment is made on June 1, 2022.

7. Plaintiff has set forth the reasons for which he believes there is good cause to stay the monetary payment in his attached memorandum of law

Dated: June 1, 2022
Syosset, New York

Respectfully submitted,
By:_____S/_____
Stuart H. Finkelstein, Esq.
Finkelstein Law Group, PLLC
338 Jericho Turnpike
Syosset, New York 11791
Telephone: (718) 261-4900