UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

Dino Antolini,                                                    Case No.: 1:19-cv-09038

                                    *Plaintiff*,                        DECLARATION

                    -*against*-

Amy McCloskey, Theresa Laurent, Dimur Enterprises
Inc., Eddie C K Chung, and C&S Millenium Real Estate
LLC,

                                    *Defendants*.

-----------------------------------------------------------------------------X

        STUART H. FINKELSTEIN, an attorney duly admitted to practice in the United States

District Court of the Southern District of New York, affirms the following under the penalties of

perjury:

        1.        I am the Principal Attorney of the Finkelstein Law Group, attorneys for Plaintiff

Dino Antolini in the above-captioned matter. As Plaintiff's counsel, I am familiar with the facts and

circumstances discussed herein based upon personal knowledge and the files maintained by this

office.

        2.        I make this declaration in support of Plaintiff's Motion to Stay the imposition of the

deadline to pay monetary sanctions pursuant to Judge Aaron's December 21 Order and Judge

Daniels' May 26, 2022 Order.

        3.        In his December 21 Order, Judge Aaron held that Plaintiff is required to pay

monetary sanctions within three business days of Judge Daniels' Order. *See* Dkt. No. 266.

        4.        Judge Daniels issued his Order affirming monetary sanctions against Plaintiff

and his Counsel on May 26, 2022. Dkt. No. 284.

        5.        Pursuant to S.D.N.Y. Local Rule 6.3, Plaintiff has fourteen days to make a motion

for reconsideration. S.D.N.Y. Loc. R. 6.3.

6.      The instant motion to stay monetary payment is made on June 1, 2022.

7.      Plaintiff has set forth the reasons for which he believes there is good cause to

stay the monetary payment in his attached memorandum of law


Dated: June 2, 2022
       Syosset, New York


                                        Respectfully submitted,
                                        By:_____S/_____
                                        Stuart H. Finkelstein, Esq.
                                        Finkelstein Law Group, PLLC
                                        338 Jericho Turnpike
                                        Syosset, New York 11791
                                        Telephone: (718) 261-4900