**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- X
:
DINO ANTOLINI, :
:
                              Plaintiff, :
:    ORDER
    -against- :
:    19 Civ. 09038 (GBD)
AMY MCCLOSKEY, THERESA LAURENT, :
DIMUR ENTERPRISES INC., EDDIE C K :
CHUNG, AND C&S MILLENIUM REAL ESTATE :
LLC, :
:
                            Defendants. :
------------------------------------- X

GEORGE B. DANIELS, District Judge:

    On November 19, 2021, Magistrate Judge Stewart Aaron ordered Plaintiff's Counsel to pay monetary sanctions in the amounts of $6,250.00 to the Clerk of Court, and for Plaintiff and/or his Counsel to pay $787.50 to Defendants, no later than 30 days from the date of the Opinion and Order. On December 21, 2021, Magistrate Judge Aaron amended his Order such that payment was ordered to be made no later than three business after this Court ruled on Plaintiff's objections to the Order for sanctions.

    On May 26, 2022, this Court adopted Magistrate Judge Aaron' Opinion and Order. On June 6, 2022, Plaintiff Dino Antolini and his Counsel moved for a "stay of any order mandating that Plaintiff and his Counsel pay monetary sanctions at least until Plaintiff's forthcoming motion for reconsideration is considered and ruled on." (ECF No. 288, 289, 290).

    The motion to stay the order mandating the payment of monetary sanctions is DENIED. Plaintiff Dino Antolini and his counsel are ordered to pay the outstanding monetary sanctions ordered by the Court within three business days of this Order. Attorney Finkelstein is instructed to make payment to the Clerk's Office in the amount of $6,250.00, by check or money order to the

Clerk of Court. Plaintiff and/or Attorney Finkelstein shall pay the amount of $787.50 to Defendants no later than three business days of this Order. The Clerk of Court is directed to close the motions, (ECF No. 288, 289, 290), accordingly.

Dated: June 8, 2022
   New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE