July 25th, 2022

Judge George B. Daniels
Southern District of New York
Daniel Patrick Moynihan
United States District Court
500 Pearl Street - Courtroom 11A
New York, New York 10007

Re: Antolini vs. McCloskey, et al<br>Case No.: 1:19-cv-09038-GBD

Dear Judge Daniels,

I represent Plaintiff in this matter and write to you to request that the accompanying nine (9) documents be filed under seal. The documents contain personal, sensitive, and confidential information about Plaintiff's Counsel. The documents relate to the Order to Show Cause issued by Judge Aaron on July 7, 2022. The documents also explain why Plaintiff's Counsel requests a cancellation, adjournment, or change of forum of the upcoming July 27 hearing.

Plaintiff's request is not unreasonable or prejudicial. Plaintiff prays that this Court must allow him to respond to the Order, explain his position to the Court on these sensitive matters, so as to achieve a fair and just resolution.

Thank you for your consideration of this matter.


Very truly yours,

Stuart H. Finkelstein



SHF/tc
To all via ECF