**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DINO ANTOLINI,

                Plaintiff,

-against-                              19 **CIVIL** 9038 (GBD)(SDA)

                                      **JUDGMENT**

AMY MCCLOSKY, THERESA LAURENT,
DIMUR ENTERPRISES INC., EDDIE C K
CHUNG, AND C&S MILLENIUM REAL
ESTATE LLC,

                Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Decision and Order dated August 17, 2022, Defendants' motion for summary judgment is GRANTED and the complaint is dismissed.

**Dated:**  New York, New York

      August 18, 2022

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                            **BY:**   K. Mango

                                                    **Deputy Clerk**