UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DINO ANTOLINI,

                         Plaintiff,

          -against-

AMY MCCLOSKEY, THERESA LAURENT,
DIMUR ENTERPRISES INC., EDDIE C K
CHUNG, AND C&S MILLENIUM REAL ESTATE
LLC,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

19 Civ. 09038 (GBD)

GEORGE B. DANIELS, District Judge:

Defendants in the above captioned case filed a letter on September 1, 2022, requesting certain

discovery materials related to the outstanding sanctions owed by Attorney Finkelstein. (ECF No.306)

The letter is in direct response to representations made by Attorney Finkelstein to this Court regarding

his ability to pay the outstanding sanctions.

Defendants' letter is granted in part. It is ordered that Attorney Finkelstein produce the following

documents:

- Personal tax returns for years 2019-2021.

- Bank records for any bank account (this includes, but is not limited to, any personal
  or business checking or savings accounts, any investment accounts, retirement
  accounts, as well as any certificates of deposits), for the years 2019-2021.

- Records of any transfer of funds or property in the excess of $1,000.00 in value made
  within the last three years.

Dated: September 19, 2022
      New York, New York

                                    SO ORDERED.

                                    _George B Daniels_

                                    GEORGE B. DANIELS
                                    UNITED STATES DISTRICT JUDGE