UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dino Antolini,

                       Plaintiff,

-against-

Amy McCloskey et al.,

                       Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2022

1:19-cv-09038 (GBD) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

On September 19, 2022, Judge Daniels ordered Attorney Finkelstein to produce certain documents related to the outstanding sanctions that he owes. (ECF No. 307.) By the letter filed by Defendants on October 20, 2022 (ECF No. 308), the Court has been advised that Attorney Finkelstein has not yet complied with the Court's September 19, 2022 Order.

No later than November 1, 2022, Attorney Finkelstein shall produce the documents as required by the September 19, 2022 Order. Attorney Finkelstein's failure to comply with the Court's Order shall result in the imposition of further sanctions.

SO ORDERED.

Dated:     New York, New York
           October 25, 2022

_____
STEWART D. AARON
United States Magistrate Judge