UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

DINO ANTOLINI,

                           Plaintiff,

   -against-

AMY MCCLOSKEY, THERESA LAURENT,
DIMUR ENTERPRISES INC., EDDIE C K
CHUNG, and C&S MILLENIUM REAL ESTATE
LLC,

                         Defendants.

------------------------------------x

JUDGMENT

19 Civ. 09038 (GBD) (SDA)

GEORGE B. DANIELS, United States District Judge:

    WHEREAS, on June 8, 2022, Plaintiff and/or Attorney Stuart H. Finkelstein ("Attorney Finkelstein") were ordered to pay the sum of $787.50 to Defendants (6/8/22 Order, ECF No. 292);

    WHEREAS, on June 22, 2022, Attorney Finkelstein was ordered to pay the sum of $14,180.00 to Defendants (6/22/22 Order, ECF No. 297);

    WHEREAS, on November 17, 2022, Attorney Finkelstein's objections to the June 22, 2022 Order were overruled (11/17/22 Order, ECF No. 315); and

    WHEREAS, the foregoing amounts remain unpaid;

    NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in the amount of $787.50 in favor of Defendants and against Plaintiff and Attorney Finkelstein, jointly and severally, and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that judgment shall be entered in the amount of $14,180.00 in favor of Defendants and against Attorney Finkelstein.

Dated:    November 17, 2022
           New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE