USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Dino Antolini,

                Plaintiff,

-against-

Amy McCloskey et al.,

                Defendants.

1:19-cv-09038 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      Defendants' request for an Order to Show Cause or a hearing filed at ECF No. 317 is DENIED. On November 17, 2022, the Court entered Judgment (ECF No. 316) against Attorney Finkelstein based upon prior Court Orders entered on June 8, 2022 (ECF No. 292), June 22, 2022 (ECF No. 297) and November 17, 2022 (ECF No. 315). Pursuant to 28 U.S.C. § 1963, such Judgment may be registered in any federal district where Attorney Finkelstein has assets. As a result of entry of Judgment, Rule 69 of the Federal Rules of Civil Procedure now governs. The "procedure on execution—and in proceedings supplementary to and in aid of judgment or execution" shall accord with the law of the state where the district issuing the Judgment is located. *See* Fed. R. Civ. P. 69(a)(1); *see also Hoggatt v. Allstate Ins.*, 502 F. Supp. 3d 1110, 1114 (N.D. Miss. 2020), *aff'd*, 849 F. App'x 74 (5th Cir. 2021), *cert. denied*, 142 S. Ct. 400 (2021) ("By reducing the sanctions orders to judgments, the Court ensures that [defendant] will be able to use the tools made available under [state] law for enforcing judgments.").

      Now that Judgment has been entered, further proceedings regarding payment pursuant to Court Orders, and/or contempt of such Orders, are not necessary or appropriate. *See* Wright & Miller, 12 *Fed. Prac. & Proc. Civ.* § 3011 (3d ed. 2021) ("As a general matter, debtors' prison

has been abolished in this country, and a money judgment is not a personal order to the defendant that is enforceable by contempt[.]").

**SO ORDERED.**

Dated:   New York, New York
         November 28, 2022

_____
STEWART D. AARON
United States Magistrate Judge